

1 | Steve Wilson Briggs
2 | 4322 Chico Ave.,
  | Santa Rosa, CA 95407
3 | 510 200 3763
4 | snc.steve@gmail.com
  | PLAINTIFF In Propria Persona
5 |
6 |
7 |

**FILED**

AUG 15 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8

## UNITED STATES DISTRICT COURT

9

## NORTHERN DISTRICT OF CALIFORNIA

**CV 18 4952**

| | |
|---|---|
| 10 | STEVE WILSON BRIGGS |
| 11 | Plaintiff, |
| 12 | vs |
| 13 | KEVIN SPACEY;  ARI (ARIEL) EMANUEL; |
| | MATT DAMON;  BEN AFFLECK; |
| 14 | NBCUNIVERSAL MEDIA, LLC; |
| | SONY PICTURES ENT INC.; |
| 15 | TRIGGER STREET PRODUCTIONS; |
| | NEILL BLOMKAMP;  ASIF SATCHU; |
| 16 | MORDECAI (MODI) WICZYK; |
| 17 | WILLIAM (BILL) BLOCK; |
| | DANA BRUNETTI; |
| 18 | SOUND POINT CAPITAL |
| | MANAGEMENT, LC;  MRC (and all |
| 19 | MRC entities and subs.), |
| 20 | Defendants. |
| 21 | |

Civ No:

**COMPLAINT FOR:**

1. CIVIL CONSPIRACY
2. BREACH OF CONTRACT
3. FRAUD
4. FRAUDULENT DECEIT
5. FRAUDULENT CONCEALMENT
6. NEGLIGENCE
7. GROSS NEGLIGENCE
8. WILLFUL SUPPRESSION (SPOLIATION) OF EVIDENCE
9. INFRINGING EXPORTATION
10. COPYRIGHT INFRINGEMENT
11. AN ACCOUNTING

**DEMAND FOR JURY TRIAL**

| | |
|---|---|
| 21 | TABLE (major headings) |
| 22 | Nature Of Action......................................................................... 2 |
| 23 | JURISDICTION / PARTIES............................................................. 4 |
| 24 | STATEMENT OF FACTS AND ALLEGATIONS |
| 25 | Introduction............................................................... 5 |
| | Background Facts........................................................ 9 |
| 26 | The Defendants' Conspiracy Begins................................. 20 |
| 27 | CLAIMS FOR RELIEF.................................................................. 40 |
| 28 | PRAYER FOR RELIEF / DEMAND FOR JURY TRIAL ..................... 57 |

COMPLAINT

1

1

2

## NATURE OF ACTION:

3     1.  A similar filing to this matter was submitted to the Court on November 13, 2017

4 (Briggs v Universal Pictures, et al, 3:17-cv-06552-VC). That filing included many of the

5 same parties, and many of the same causes of action.  April 25, 2018, the Court dismissed

6 that case, and all counts against Defendants (**Defs**) Spacey and Brunetti, all **without**

7 **prejudice**, due to the Plaintiff's failure to properly serve Defs Spacey and Brunetti.  This

8 lawsuit refiles many of those causes of action and claims for relief.  However, the Court may

9 consider this suit an entirely new filing, as there are two new Defendants, and at least one

10 new claim for relief, and none of the issues have been decided in prior proceedings.

11     2.  Plaintiff brings this action against the Defendants pursuant to 28 U.S. Code § 1331,

12 as this matter involves violations of US federal law; and pursuant to 28 U.S. Code § 1367(a)

13 giving this court original jurisdiction, as some aspects of this matter are connected to

14 previously undisclosed events in prior action *Briggs v Blomkamp*, 4:13-cv-04679 PJH (a

15 single cause of action *copyright infringement* suit, currently docketed in the **US Supreme**

16 **Court**, no. 18-63). The honorable Judges Vince Chhabria and Phyllis J Hamilton ruled that

17 *Briggs v Universal* and *Briggs v Blomkamp* are not related cases.

18     3.  This Complaint alleges, with ample evidentiary exhibits, that the Defendants

19 committed numerous civil violations, including, but not limited to, the following:

20     • **Spoliation of evidence:** Nov 6, 2014, six days after Plaintiff filed Notice of Appeal

21         to the Ninth Circuit (re *Briggs v Blomkamp*), the Defs closed the online social

21         network *Trigger Street* (**TS**), previously located at triggerstreet.com. The Defs did

22         so to destroy all website evidence and records, as this was the Defs' *access* point in

23         *Briggs v Blomkamp* (a copyright infringement suit, requiring a showing of access

24         and substantial similarity), and the case was apt to be remanded back to the District

25         Court because the District ruling relied on subordinate (reversed) law, rather than

26         prevailing law. The Defs destroyed TS knowing that Plaintiff would subpoena those

27         records if the Ninth Circuit (or the US Supreme Court) remanded the case.

28     • **Breach of Contract.** Plaintiff was a member of TS from 2006 to 2014. TS's *Terms*

| | |
|---|---|
| 1 | *Of Use* stated the site was **solely for use in the USA,** yet, in fact, the site operated |
| 2 | around the world. Further, secretly and without consent from U.S. members, Defs |
| 3 | Spacey and Brunetti went to London (2002), and Spain (2009) to recruit new |
| 4 | members, touting TS's **"400,000 members <u>around the world</u>."** |

- In *Briggs v Blomkamp*, the Defs hired, as their sole *expert* witness, a high school educated self-described "*fixer*" named Jeff Rovin, who produced a falsified expert report, underpinning the Court's Order.  Two years after *Briggs v Blomkamp* went to appeals, Rovin went on Fox News to admit he was President Bill Clinton's "fixer" (deployed to *fix* problems by producing false stories). The Defs hired Rovin to falsify (fix) his report, and cheat the judicial process. (June 2014, Plaintiff moved to exclude Rovin's report due gross falsification. The motion was inexplicably denied.)

- By making Plaintiff's work available (on TS) in foreign markets, without Plaintiff's consent, the Defs committed *infringing exportation* and *copyright infringement*.

- Defs Spacey and Brunetti (perhaps at the behest of Def Emanuel) created the TS social network to unlawfully access and misappropriate undiscovered works.

- The Defs boasted TS had "**industry standard**" security, when, in fact, TS had no real security —to allow the Defs constant anonymous access to the writers' works.

- In 2007, to access Plaintiff's work, the Defs secretly installed an anti-security feature on TS, which erased all access records when a member deleted his/her work.

- To allow the Defendants unfettered, anonymous access to the original screenplays, all TS members were encouraged to use false identities. The TS *Privacy* page stated:

  "The user name you select or are provided with… is deemed non-personally identifiable information. Your user name may be published on the Site and may be disclosed to... the public... any third parties with whom we elect... if you include your name or any other personally identifying information... such information will become public information and will be published on the Site and will be disclosed to other users of the Site and to other third parties who may have access to or see a display of such information."

- The Defendants' unlawful relationships drove a reckless culture; thus, without doing due diligence, and <u>without even reading the screenplay,</u> Sony Pictures bought the rights to the *Elysium* (a film that infringes on Plaintiff's copyright protected work).

| | |
|---|---|
| 1 | <center>**JURISDICTION:**</center> |
| 2 | 4. **Jurisdiction:** This court has subject matter jurisdiction (1) per 28 USC § 1331, as this |
| 3 | action involves violation of federal law (copyright infringement and Infringing |
| 4 | Exportation); (2) per 28 U.S. Code § 1367(a), as this matter is substantially related to |
| 5 | Plaintiff's prior federal action (Briggs v Blomkamp); (3) additionally, this court has partial |
| 6 | jurisdiction under 28 USC § 1332(a)(2), as one or more Defs are foreign citizens. |
| 7 | 5. **Venue:** venue is proper pursuant to 28 § 1391(b)(2) as events giving rise to this |
| 8 | complaint occurred in this district, and 28 § 1391(d), by virtue of the Defs' business |
| 9 | transaction with this dist., and under 326 US 310 the Defs meet the minimum contact rule. |
| 10 | 6. **Intradistrict Assignment:** San Francisco is the proper intradistrict assignment as a |
| 11 | substantial part of the events and omissions, leading to this lawsuit, occurred in this district. |
| 12 | <center>**THE PARTIES:**</center> |
| 13 | 7. **Plaintiff,** Steve Wilson Briggs, is a filmmaker, screenwriter, author, and musician. |
| 14 | 8. **Defendant** Kevin Spacey is an American actor, and the alleged conceiver of TS. |
| 15 | 9. **Defendant** Ariel (Ari) Emanuel is a talent agent and co-CEO of WME-IMG. |
| 16 | 10. **Defendant** Matt Damon is an American actor and screenwriter. |
| 17 | 11. **Defendant** Ben Affleck is an American actor and screenwriter. |
| 18 | 12. **Defendant** NBCUniversal is a multinational media conglomerate, and parent of |
| 19 | Universal Pictures (a central actor in this matter). |
| 20 | 13. **Defendant** Sony Pictures is a subsidiary of the Japanese multinational Sony Corp. |
| 21 | 14. **Trigger Street Productions** is an American entertainment production company. |
| 21 | 15. **Defendant** Neill Blomkamp is a South African-born film director. |
| 22 | 16. **Defendant** Asif Satchu is a co-CEO of MRC, and believed to be a citizen of Canada |
| 23 | 17. **Defendant** Mordecai Wiczyk is a co-CEO of Media Rights Capital (MRC); . |
| 24 | 18. **Defendant** Bill Block is CEO of Miramax, subsidiary of beIN Media & Al Jazeera. |
| 25 | 19. **Defendant** Dana Brunetti is purported to have helped create Trigger Street. |
| 26 | **Defendant** Sound Point Capital Management, LC is an asset management firm. |
| 27 | 20. **Defendant** MRC is a diversified global media company, with many subsidiaries or |
| 28 | aliases (including: Media Rights Capital, MRC II LP; MRC II Holdings, LP; AsgarI Inc.). |

<center>COMPLAINT</center>
<center>4</center>

1

**STATEMENT OF FACTS & ALLEGATIONS:**

2

3 ● 21.    NOTE: California requires plaintiffs alleging conspiracy to show that the

4       members of a conspiracy acted in concert and agreed to accomplish a common and

5       unlawful plan, and that one or more of them committed an overt act to further it. To

6       meet this requirement, this complaint is more detailed and longer than average.

7

8

**INTRODUCTION**

9    22.  The Defendants conspired to create and operate (for 12 years) a social network for

10 screenwriters and filmmakers, known as Trigger Street, located at www.triggerstreet.com

11 from 11/2002 to 07/2011, and at www.labs.triggerstreet.com 07/2011 to 11/2014. The

12 Defendants used TS to fraudulently access and acquire original film ideas. By using TS's

13 400,000+ members to review, judge, and rank the best work, the Defendants were able to

14 peruse the best scripts, at their leisure, to contemplate misappropriating them.

15    23.  Plaintiff was a TriggerStreet.com (**TS**) member from 2006 until it closed in 2014.

16    24.  The Plaintiff first learned of TS's closure around March of 2016, after he discovered

17 a BBC news article documenting Spacey's travels to Spain for a film festival, in 2009,

18 where he gave a speech and boasted of TS's "400,000 members around the world." The

19 Plaintiff immediately informed the Ninth Circuit of Spacey's statement, to support an

20 appellate argument (re *Briggs v Blomkamp*, which was then in the appellate court)

21 concerning *widespread dissemination*.  But the Plaintiff was alarmed that Spacey had gone

21 to Spain to discuss TS, as this was in violation of TS's *Terms of Use*, which stated TS was

22 solely for use in the USA. Spacey and Brunetti were not named in *Briggs v Blomkamp*, but

23 news of Spacey's visit to Spain caused the Plaintiff to suspect that Defendants Spacey,

24 Emanuel, Brunetti, Damon, Block and the other Defendants, to various extents, conspired

25 to access and misappropriate the Plaintiff's work. The Plaintiff then researched his TS

26 emails and records, as wells as Briggs v  Blomkamp case documents, and other news

27 reports, etc.     This Complaint is the product of that research.

28    25. This Complaint explains how the Defendants conspired to create the screenwriter

1   social networks/websites TS and Project Greenlight, then conspired to use celebrities to lure

2   writers to these dangerous websites, conspired to make false contracts and promises,

3   conspired to access and misappropriate the Plaintiff's screenplay, conspired to deceive the

4   Court and cheat justice by providing false statements and submitting falsified documents

5   and failing to properly participate in discovery, then conspired to hide and destroy evidence.

6      26.   To entice the best undiscovered writers into joining TS and submitting their

7   screenplays, the Defendants published and rendered contracts comprised of false claims,

8   deception and concealments. TS's "Terms of Use", "About Us" and "Security" webpages

9   claimed to employ "industry standard" security, and boasted that TS "encapsulates every

10  aspect of the user's desires and needs", when, in fact, TS's security features were effectively

11  non-existent. (Said TS websites "Terms of Use", "About Us" and "Privacy" pages are

12  attached, respectively, as **Exhibit A**, **Exhibit B**, **Exhibit C**, and are incorporated by

13  reference as if fully set out herein.)

14     27.   The Defendants conspired to disable all security features on the website. The

15  Defendants created a system wherein any member could download any script, without the

16  writer knowing the downloader's ID. Only if an accessor chose to write a script review

17  would the writer be informed of the accessor's ID —but only the accessor's pseudonym

18  (fake name), while other users, who downloaded the script without leaving a review, left no

19  trace at all.

20     28.   More astounding, in mid 2007, the Defendants added a new **anti-security** feature,

21  **without informing members,** whereby if a member were concerned about TS's security,

21  and deleted his script, the deletion would trigger the erasure of all of that member's access

22  records. This was done to conceal the Defs accessing the Plaintiff's work (which was only

23  posted on TS in 2007). In May 2016, in an Amazon Studios forum (at

24  https://studios.amazon.com/discussions/Tx26JKEN8CYMP95) a former TS member

25  recalled that this **"memory dump"** feature was added in 2007. (Said forum is attached as

26  **"Exhibit D"** and incorporated by reference as if fully set out herein; see last entry, page 4.)

27     29.   Prior to the implementation of this "memory dump" feature, users had to read and

28  write reviews for a minimum of three (3) screenplays for every screenplay they posted.

1   Members received one credit for every script review written. Three credits were required to

2   post one original screenplay. If a member wished update and replace his/her screenplay

3   with a revised version, before they were permitted to post the revised script, the member

4   had to, once again, read and review three (3) **new** screenplays. But when the new memory

5   dump *feature* was added—although members suddenly lost all access records when they

6   removed their scripts—they no longer had to read and review three new screenplays to post

7   their new work, because the memory dump feature also returned  members' three (3)

8   original review credits. This memory dump feature was very carefully designed,

9       30.   In 2014, as Briggs v Blomkamp proceeded through discovery, the Plaintiff

10   contacted TS to ask for their records of all members who accessed his work. (Said email is

11   attached as "**Exhibit E**" and  incorporated by reference as if fully set out herein). TS replied

12   that when Plaintiff's work was removed, all access records were erased.  (Said email is

13   attached as "**Exhibit F**" and is incorporated by reference as if fully set out herein.)

14   31. Defs Spacey and Brunetti negligently promoted deceit within the TS community, by

15   encouraging members/users to use false identities (even for writing reviews). The

16   Defendants did this to protect the identities of their misappropriating co-conspirators, while

17   creating a culture where false identities were accepted as normal, and even trusted.  The TS

18   *Privacy* page intentionally scared user/members into using false identities, stating:

19       User Names and User Disclosure

20       The user name you select or are provided with upon registration with the Site
        is deemed non-personally identifiable information. Your user name may be
21       published on the Site and may be disclosed to others, including, without
21       limitation, to the public, and to any third parties with whom we elect to share
        such information. In addition, if you include your name or any other
22       personally identifying information in any material transmitted or posted on
23       public areas of the Site or the Services (including, without limitation, message
        boards, reviews and chat rooms), such information will become public
24       information and will be published on the Site and will be disclosed to other
25       users of the Site and to other third parties who may have access to or
        otherwise see a display of such information.
26

27   32. These statements were made to encourage users to take risks they ordinarily would

28   not take and should not take—part of the Defendants efforts to persuade users/members to

1   make their wares anonymously accessible to the Defendants and create a culture of
2   anonymity.

3       33.  Through secret and private business co-ownerships with key CEOs, in businesses
4   like Screenbid and MRC, Def Ari Emanuel cultivated unethical relationships with
5   Universal Pictures, Sony Pictures, MRC, and QED. Thus, these companies would finance
6   and distribute almost any project Emanuel asked, ignoring due diligence and best practices.
7   The Defendants' grossly negligent culture and practices inevitably led to the
8   misappropriation of the Plaintiff's intellectual property, and led Defendant Sony Pictures to
9   purchase the infringing film, *Elysium*, without first reading Defendant (**Def**) Blomkamp's
10  screenplay.

11      34.  Another of the many troubling aspects of this matter is the fact that the Defs hired as
12  their *expert* witness in *Briggs v Blomkamp*, a man named Jeff Rovin, who, two years after
13  the matter moved to appeals, confessed on FOX News' *Hannity* show (with Sean Hannity)
14  that he was a "fixer" for President Bill Clinton. During the interview Rovin bragged that, as
15  a fixer, he was paid to write false "smear" stories against Clinton detractors.

16      35.  Two years before this admission, the Plaintiff moved the Court to disqualify/exclude
17  Rovin's report due to the rampant and egregious falsification it contained; the District Court
18  denied this motion against Rovin's report (which formed the basis of the Court's Order),
19  without addressing the 10-12 specific acts of falsification cited by the Plaintiff.

20      36.  The Defendants paid Rovin to provide a falsified ("fixed") expert report, to cheat
21  justice and win a judgment in the Defendants' favor.

21      37.  In furtherance of their efforts to cheat the judicial process and deceive the Court,
22  during *Briggs v Blomkamp*'s discovery proceedings, the Defendants failed to make a central
23  party available for discovery, in willful effort to suppress evidence.

24      38.   The Defendants' final illegal action occurred on Nov 6th, 2014, 6 days after
25  Plaintiff filed his Notice Of Appeal (*Briggs v Blomkamp*), when the Defs surreptitiously
26  closed TS, after 12 years, to destroy all incriminating evidence—as the case was apt to be
27  remanded for trial, where the Plaintiff would subpoena all TS site access records.

28

**BACKGROUND FACTS:**

39. To understand the Defendants conspiracy(s), it is necessary to know the primary actors, and their histories.

<u>THE SIX (6) PRIMARY DEFENDANT ACTORS:</u>

**ARI EMANUEL** (Defendant)

40. Defendant Ari Emanuel is the co-CEO of William Morris Endeavor (WME, aka WME-IMG, a talent agency with the niche of representing aging and more conservative actors and personalities, including President Donald Trump). Prior to this, he was CEO of Endeavor Talent Agency (1995-2009), where his aggressive, unethical business practices inspired the *Entourage* (HBO) character *Ari Gold*. In 2002, *Endeavor* was sued for sexual harassment by Sandra Epstein, who also accused Emanuel of making racist remarks.

**ASIF SATCHU** (Defendant)

41. Defendant Asif Satchu was born in Kenya but moved to Canada when he was 6 years old. Satchu, like Def Blomkamp, is believed to be a Canadian citizen. Def Satchu is a co-founder of MRC, with Wiczyk. Def Satchu is the brother of Reza Satchu, an enormously successful Canadian businessman. Def Satchu graduated from Canada's McGill University. In 1999, Satchu **co-founded SupplierMarket.com**. SupplierMarket.com facilitated the **international sales and distribution** of software, bolts, nuts, fasteners, rubber and glass products, etc. 18 months later, Aug. 2000, Satchu and his partners sold SupplierMarket for $950,000,000. Def Satchu graduated from Harvard (MBA) in 1999.

**MORDECAI (MODI) WICZYK** (Defendant)

42. Defendant Modi Wiczyk is an American born businessman, co-CEO and co-founder of MRC. Wiczyk is the visionary of this conspiracy.

43. Around 1995, fresh out of college, Defendant Wiczyk began working at Summit Entertainment, LLC. That was the first year Summit began producing and financing films

1   (prior, Summit had exclusively sold US films overseas).  Only four years later, in 1999,

2   when Wiczyk was only 27, Summit Entertainment made Wiczyk their Senior Vice President

3   of Production and Acquisitions. That same year, 1999, Wiczyk sent out his now famous

4   **memo**, **which would make him one of the most influential and sought after men in**

5   **Hollywood**. Within a year, in 2000, **Wiczyk was hired by __Universal Pictures__** as Vice

6   President of Productions (under CEO **Edgar Bronfman, Jr.**), where Wiczyk served until

7   January 2002, when Def Emanuel made Wiczyk a partner at Endeavor.  Def Wiczyk

8   graduated from Harvard (MBA) in 1999.

9

10        **KEVIN SPACEY** (Defendant).

11     44.   Defendant Kevin Spacey is an Academy Award winning actor. His career was

12   floundering in 2000 when the conspiracy(s) detailed herein began, and when he and Def

13   Brunetti purportedly conceived of TS.  Def Spacey, who dropped out of Juilliard School in

14   his sophomore year, has no known web-design skills. Seemingly, Spacey's only value to the

15   TS social network was as a high-profile, semi-likeable celebrity, whose promise of "industry

16   access and exposure" would lure the best undiscovered writers to the website.

17

18        **DANA BRUNETTI** (Defendant)

19     45.  Dana Brunetti, met Spacey around 1998, while Brunetti was selling cell phones in

20   New York, and soon became Spacey's personal assistant.  Brunetti has no known college

21   education. It is purported around the internet (including on Wikipedia) that Brunetti was

21   responsible for designing TriggerStreet.com; however, there is no evidence that Brunetti

22   possessed any of the skills required to design a social network. Plaintiff suspects Def Asif

23   Satchu (founder of SupplierMarket.com) is likely TS's designer and  coordinator.

24

25        **MRC** (Defendant)

26     46.  MRC is a television and film studio, founded by co-CEOs Defs Satchu and Wiczyk,

27   in 2003 (although MRC often reports it was started in 2006 or 2007) with money provided

28   by Def Ari Emanuel. Def Emanuel is a silent partner in MRC.  MRC operates under many

1   subsidiary LLC's, a hallmark of a money laundering network. Plaintiff is aware of 17 MRC

2   companies: MRC, Media Rights Capital; MRC II LP; MRC II Distribution Company LP;

3   MRC II Holdings, LP; Oaktree Entertainment, Inc.; MRC I Hedge Co, LLC; MRC II

4   Capital Company, LP; MRC Sub Gp, LLC; MRC I Project Company, LLC; Asgari Inc.,

5   Spaceman Productions LLC, Knight Take King LLC, Wbc LLC, Tet LLC, Bambino Films

6   LLC, Blue Cat Productions LLC. Plaintiff believes these companies are illegal "shell"

7   companies, used to launder money. Working with Def Bill Block (CEO of **Miramax**) and

8   the Qatari media corporations *Al Jazeera or beIN Media Group* (**Miramax's parent**), these

9   shells may also be responsible for: (A) selling ideas taken from TS to foreign markets (not

10  for US release); and (B) financing foreign films, misappropriated from TS.

11

12                 **Def Ari Emanuel's Relationship With Defendant Spacey:**

13      47.  Defendant Ari Emanuel likely first met Defendant Kevin Spacey between 1987 and

14  1989, when both men were at Creative Artist Agency (CAA).  In 1987 Def Ari Emanuel

15  was a new CAA talent agent, working in **TV** casting.  In 1987, Def Spacey, represented by

16  CAA, was working in Los Angeles and appeared in 9 episodes of the **TV** series *Wiseguy*.

17

18            **Def Emanuel's Notorious Connection to Def Wiczyk & Satchu:**

19      48.  Defendant Ari Emanuel is a quiet partner in MRC. Thus, by casting WME-IMG

20  actors in MRC films, Def Emanuel profits both as an agent and as a studio owner. This

21  arrangement is a conflict of interest, in violation of CA Labor Code 1700.39.

21      49.  In 2007, The New York Times published an article called *"Tilting The Balance of*

22  *Power Toward Talent Agency Clients"* (by Mike Cieply), which looked at Def Ari

23  Emanuel's questionable relationship with MRC. (Said article "Tilting The Balance of Power

24  Toward Talent Agency Clients"  is attached as  "**Exhibit G**" and is incorporated by

25  reference as if fully set out herein.) The article states:

26      ….representatives of several such companies said last week that they knew of no
        firm that has pushed its alliance with an agency as far as Media Rights. Films
27      backed by the financier have included substantial talent from other agencies —
28      Brad Pitt and Cate Blanchett, stars of "Babel," are represented by Creative Artists.

But virtually all of the company's projects have been built around an Endeavor-backed participant, like the actor Jude Law in "Sleuth," or Hugh Jackman, in "The Tourist." According to Mr. Wiczyk and Mr. Satchu, the agency owns a minority, nonvoting stake in their company, which they declined to specify.

50. Cieply also interviewed other established financiers who are wary of working with Defs Emanuel, Wiczyk, Satchu and MRC because of these questionable arrangements.

...some agents last week questioned whether Media Rights could be trusted not to put their proprietary information in the service of Endeavor. Others wondered if the Endeavor's ownership stake ran afoul of regulatory provisions in California law or contracts with guilds.

"For us, financing opportunities are always exciting and interesting,"said Jeremy Zimmer, a partner at United Talent. Mr. Zimmer said that his agency has not done business with Media Rights, but might do so if it was satisfied that the company's ownership and influences were clear. "What becomes critical is who is the management?" he asked. "What level of transparency are we going to have?"

Robert Jones, California's acting labor commissioner, whose office regulates talent agents, said the state's labor code has a provision banning conflicts of interest by agencies. The law, from a time when models were sometimes sent for hair and makeup work by operators with a close connection to their agencies, says that no agent may refer a client for services to any entity in which the agency has a direct or indirect financial interest.

## THE FOUR (4) MAJOR EVENTS THAT SET UP THE CONSPIRACY(S):

51. The seeds of the Defendants unlawful actions were planted about two decades ago, by **4 events:** two of these events occurring in 1995, two occurring in 1999.

1. **In 1995** Def Ari Emanuel started Endeavor Talent Agency.

2. **In 1995** Edgar Bronfman Jr. (CEO of Seagram's) bought Universal Pictures.

3. **In 1999**, Jerrol LeBaron copyrighted the revolutionary screenwriter-to-Hollywood-film-industry-professional website: **Writers' Script Network.com**; going online March 2000; changing its name to "**InkTip**" (inktip.com) in 2003.

4. **In 1999** Defendant Modi Wiczyk wrote a revolutionary **memo**, titled "Another New Ball Game," which sent Hollywood's powerhouses scrambling to create the ethically questionable business model, postulated in Wiczyk's memo.

52. These four events require brief explanation to understand how they set the stage for the Defendants' conspiracy(s).

COMPLAINT

**Event #1:**

**Def Ari Emanuel Comes To Power As CEO Of Endeavor, 1995**

53.   In 1995 Def Ari Emanuel started Endeavor Talent Agency. Soon, his aggressive, unethical practices would make Endeavor the fastest growing talent agency in Hollywood.

**Event #2:**

**Edgar Bronfman Jr. Comes To Power At Universal Pictures, 1995**

54.   In 1995, Canadian based "Seagram's" (the giant beverage company) bought controlling interest (80%) of Universal Pictures, and Edgar Bronfman Jr. (Seagram's heir, Canadian, McGill College graduate) became owner/CEO of Universal Pictures. Bronfman remained CEO of Universal Pictures even after Vivendi bought Universal in 2000. Bronfman stepped down as chief of Universal in 2001, BUT remained Vice-Chairman of the Board (likely to insure that Def Emanuel's relationship to Universal remained in place) until December 2003; by then Def Emanuel's role with Universal Pictures was well established.

55.   To pay for Universal Pictures, Bronfman Jr. sold Seagram's stake in Dupont (for $9-billion). Most analysts and Seagram's investors considered this a terrible business move, as Bronfman knew little about the film business.

Note:

56.   In 1995, Bromfman and Def Ari Emanuel represented big changes in Hollywood, but the biggest change in 1995 was the advent of the **DVD**. DVDs represented huge new opportunities for producers and film companies; opportunities that would make movies FAR more profitable than ever before —but more profitable for producers, not talent agents. This likely increased Emanuel's drive to become a producer or studio owner.

**Event #3:**

**The Advent Of Writers' Script Network.com (InkTip.com), 1999**

57.   In 1999, Jerrol LeBaron copyrighted his brilliant website **Writers' Script Network.com**, (writersscriptnetwork.com), going online March 2000, and changing its name to **InkTip** and its location to inktip.com in 2003. Unlike all other screenwriter websites at that time (which either just posted screenwriter agents' addresses, or just allowed screenwriters to post loglines or synopses, with no ability to connect the writers to

1  agents and filmmakers), LeBarons website promised something new. Based in Los Angeles

2  County, LeBaron invited Hollywood agents and filmmakers to join his network, and peruse

3  the works of thousands of undiscovered screenwriters. The site had great safeguards to

4  protect both the writers and industry professionals. <u>Writers' Script Network.com required</u>

5  <u>all users to use their **real names**</u>. Writers could <u>not</u> read other writers' work, as that would

6  only reduced the writers' safety. However, after registering, the **industry professionals**

7  could freely read any logline (a short description, 60 words or less) of any screenplay on the

8  website. If a professional wanted to read more, they could click on a link to read a

9  synopsis—and immediately the screenwriter would receive notification of the true identity

10 of who had accessed his work, <u>when</u>, and from <u>where</u>. If the professional wanted to read the

11 entire script, he/she would then need to contact the writer and request a script. Writers'

12 Script Network.com kept all records of access. **LeBarons's site was the new online**

13 **industry <u>standard</u>**; flawless in conception, <u>safety</u> and transparency.

14                                        **Event #4:**

15                                  **<u>The Memo, 1999</u>**

16     58.  In 1999, only 27 years old, Defendant Wiczyk, the new Senior Vice President of

17 Production and Acquisitions at Summit Entertainment, LLC, sent out a **<u>memo</u>** titled

18 "Another New Ball Game". That memo sent Hollywood's unethical establishment

19 scrambling after massive new profits. Within a year, in 2000, **<u>Universal Pictures</u>**

20 <u>(Bronfman) would steal Wiczyk away from Summit, making him VP of Productions</u>. Two

21 years later, <u>Def Ari Emanuel would make Wiczyk his **partner** at Endeavor Talent Agency</u>.

21     59.  In 2007, *Slate* remembered "the memo" in an article called "How An Agent Turned

22 His Pie-In-The-Sky Memo into A Reality". (Said "Slate" article is attached as "**Exhibit H**"

23 and is incorporated by reference as if fully set out herein.). Writer Kim Masters wrote:

24          ...The memo predicted the decline of the studios, with filmmaking talent as
            the beneficiary. He also predicted that <u>a management company with a lot of</u>
25          <u>big stars</u> would start to produce and own films. "The most immediate and
            pressing challenge would be to get the studios to carry the product," he said.
26          The likelihood of a studio boycott was remote, he said, because **"whichever**
            **studio was suffering at the time would probably break ranks in the name**
27          **of short-term self-preservation."** Hmm.
28

Michael Ovitz eventually tried to launch such a management company and failed. But Wiczyk's memo said the agencies could also carry out the change. "A similar structure could be created which complies with the conflict-of-interest laws," Wiczyk wrote. "If [a] fund was created as a stand-alone entity and the agency had an arms-length service contract, they could avoid conflict-of-interest violations… Admittedly this is a delicate issue and a tough deal to pull off, but it's certain **someone would try it**." Why? The potential for enhancing agency commission was "too rich to ignore." In fact, he said, an agency could double its annual revenues.

60.    Wiczyk's psychopathy is on full display in those final lines of the article, as he eagerly implies it is reasonable to behave without ethics—if the profits are "too rich to ignore." But Wiczyk's prediction that "someone would try it" would soon prove correct.

61. But who would wander wayward with Wyczyk on this wicked walk?

### The Endeavor / Universal (NBCUniversal) / MRC Defendants:

#### Ari Emanuel And His Secret Relationship With Universal;

#### Emanuel Unites With Asif Satchu And Modi Wiczyk

62.  In 1999, Def Ari Emanuel knew producers made the REAL money in Hollywood. But, as a talent agent, he couldn't get in on the action—not legally (or not with his name on the product), due to California's conflict of interest laws.

63.    But Def Emanuel saw an opportunity.  Defendant Emanuel had a **distribution problem**. His talent agency (Endeavor) represented many directors, writers and actors, who sometimes decided to make independent and experimental films, only to discover, later, that their films could not get national or global distribution because the distributors thought the films were not marketable.  Thus, many of these films died early deaths.

64.    Bronfman Jr., on the other hand, had a **talent problem**.  Bronfman Jr. knew the importance of getting marquee names on films. Big American studios crank out about 17 films a year.  In this haste, sometimes the studios commit to bad screenplays that no big actors will commit to, thereby dooming the films. But with just one or two big names attached, these *inferior* films could increase their returns by tens of millions of dollars.

65. Bronfman Jr. was in trouble in 1998, and most of Hollywood knew it.  Bronfman Jr.

1  came to power in 1995 with Universal in 4th place among the big six studios (20 Century

2  Fox, Disney, Paramount, Warner Bros., Sony Pictures, Universal Pictures). But only a year

3  later, 1996, Universal was in <u>last</u> place. Then <u>last</u> again in 1997.  In 1998, even worse: <u>last</u>

4  <u>place</u> and Universal had one of its <u>worst years ever, only a 5.9% market share</u>.  Stockholders

5  were restless. (*The Numbers* article "*Market Share for Each Distributor 1995-2017*" is

6  attached as "**Exhibit I**" and is incorporated by reference as if fully set out herein.)

7      66.  In this tough time, Def Ari Emanuel likely approached Bronfman with a **proposal**.

8  Def Emanuel offered to put special effort into Universal Pictures' films and would ask his

9  actors, writers and directors to give preference to Universal Pictures' films. Emanuel also

10  likely offered to take a reduced agent's fee.  **In exchange**, Defendant Emanuel likely

11  received a percentage of the films and/or a of share of Universal's stock, and an agreement

12  that Universal Pictures would distribute or provide production money for any reasonably

13  viable film Def Emanuel brought to Universal.

14      67.  The agreement was made late 1998.  The next year, 1999, Universal pictures would

15  have its best year since Bronfman arrived, climbing to 3rd place, with a 12.7% market

16  share. That was 1999 —the same year Def Modi Wiczyk wrote his memo.

17      68.  But after 3 years in last place (1996, 1997, 1998), Universal and Bronfman needed

18  an edge on the competition. Bronfman Jr. surely read Def Wiczyk's memo.  And January of

19  2000, Bronfman and **Universal Pictures** made Wiczyk their vice President of Productions.

20  (An article about Universal hiring Wiczyk is attached as "**Exhibit J**" and is incorporated by

21  reference as if fully set out herein.)  Just as Wyzyk's *memo* predicted—*"whichever studio*

21  *was suffering at the time would probably break ranks in the name of short-term*

22  *self-preservation"*—Universal was suffering, so Universal broke ranks and hired Wiczyk.

23  •  69.  But Wiczyk had been Vice President of <u>productions</u> at Summit Entertainment,

24  AND Vice President of <u>productions</u> at  Universal Pictures. Wiczyk was a  <u>producer</u>. Why

25  would Defendant Ari Emanuel need a producer at a talent agency? Because Def Emanuel

26  was going into the production business with MRC **and** Universal Pictures.

27      70. When Def Ari Emanuel stole Wiczyk away from Universal Pictures there were no

28  hard feelings between Emanuel, Bronfman, and Universal Pictures, and nothing changed in

1    their arrangement. Def Emanuel continued to provide the talent and producorial services for

2    both MRC and Universal Pictures. Thus, in 2011, MRC would sign its first mega deal with

3    Universal Pictures. And although Bronfman left Universal in 2001, Def Emanuel continues

4    to do favors for Bronfman to this day (e.g., Def Emanuel and WME-IMG represent

5    Bronfman Jr's daughter, Hannah Bronfman).

6

7                          **Wiczyk's Memo Inspires A Conspiracy**

8        71.   The driving force behind Defs Emanuel's, Wiczyk's and Satchu's involvement in

9    this conspiracy was to create the film production system outlined in Wiczyk's *memo*, to

10   increase—maybe even double—profits. The conspiracy required only 3 or 4 players, with

11   the right talents. Def Emanuel had connections to all the studios, and access to huge stars;

12   Asif Satchu was a creative business force who specialized in distribution and networking;

13   Modi Wiczyk was a proven financing, and film production prodigy. They had almost

14   everything they needed—<u>except good screenplays</u>. But as a new "questionable" company,

15   established writers were not inclined to work with this unscrupulous band.

16       72.   A film production starts with acquiring a screenplay, a "property". The Defendants

17   knew that. They also knew good screenplays are hard to find, cost good money and are a

18   risky investment. A bad director could ruin a great script, and even the best writers

19   sometimes wrote bad scripts. In 2000, Def Wiczyk helped sell his brother's (Roee Wiczyk)

20   screenplay to his former employer, Summit Entertainment. But the script was weak, thus

21   never developed, and Roee Wiczyk never sold another script. "Variety" reported on this

21   script sale in 2000. (Said Variety article is attached as "**Exhibit K**" and is incorporated by

22   reference as if fully set out herein.) As a businessman, Wiczyk could sell anything —he sold

23   his brother's script idea —without a name.   But now, operating as *film producers* (or a

24   *studio*), without an actual *good* script, or some good ideas, they couldn't get any project

25   started.   But so corrupt are the Defendants, that Def Wiczyk didn't mind selling his brother

26   Roee's unnamed—probably inexistent—spec script to Summit, but family or not, Wiczyk

27   and the other Defendants weren't going to invest a penny of <u>their</u> money into Roee's script.

28   Again, the Defendants needed a <u>good</u> screenplay.  But they wanted  to reduce their risks.

73.  Defs Emanuel, Satchu and Wiczyk knew ideas are not copyrightable; only unique arrangements of ideas are copyrightable. If the Defendants had a method to access good writers' work, they could extract the best of those ideas, then pay their own writers to turn them into "new" screenplays, then produce and market those derivatives as their own.

74.  The L.A. based Defendants were aware of Writers Script Network.com. As "industry insiders" they had likely even received a call or email from Jerrol LeBaron. They wanted something like Writers Script Network.com—but **without** the good security features.

### The Trigger Street Defendants

Spacey's Career Sputters; Spacey Meets Brunetti;

The Conception Of The Trigger Street Social Network

75.  In 1994 Def Spacey learned Warner Bros intended to make a movie  about the life of Bobby Darin (eventually called "Beyond The Sea"). This was Spacey's secret dream role. He offered to play the leading role, but the producers refused, believing Spacey was too old.

76.  In 1995, Def Spacey's career soared with *Usual Suspects* and *Seven*. But in 1996 and 1997 Def Spacey was back to not getting solid leading-man roles.

77.  This likely inspired Def Spacey to form his production company, *Trigger Street Productions*, to make quality films with himself cast as the lead.  But for the next 7 years his production company floundered. The problem was getting a good screenplay.

78.  Although in 1999 Def Spacey won an Academy Award for Best Actor (American Beauty), 1999 would mark the beginning of a very difficult period in Spacey's career (1999-2003). His production company would go 3 years without making a film (Jan 2000 to Jan 2003). And worse, for some reason Hollywood would not invest much money in any movie with Kevin Spacey cast as the lead. **Thus, Spacey's film budgets were far below the Hollywood average** (the average Hollywood budget in 2000 was about $60 million):

       1.  American Beauty, 1999, **$15 million budget**;

       2.  The Big Kahuna, 1999, **$7 million budget**;

       3.  Ordinary Decent Criminal, 2000, **$12 million budget**;

       4.  Pay It Forward, 2000, **$40 million budget**.

79. Def Spacey's difficulty getting good roles, during this period, was likely due to his terrible reputation around Hollywood as something of a hustler. In 1999, actor Val Kilmer explained in a "Mr Showbiz" interview that in the 1970s Kevin Spacey, who was then a young college student, tricked Kilmer's father out of $18,000 for college tuition —but Spacey, according to Kilmer, kept the money, dropped out of school, and never repaid Kilmer's father. (Said "Mr. Showbiz" article is attached as "**Exhibit L**" and is incorporated by reference as if fully set out herein.)  Stories like Kilmer's, and a tabloid photo journal of Def Spacey participating in a public indiscretion, contributed to Defendant Spacey's trouble.

80.   But amid all of these struggles, <u>somehow in 2000, Spacey was able to secure the film rights to his dream project -**Bobby Darin's life story**</u>. But since Def Spacey had no production funding, he would wait almost 4 more years to make his movie.

81. It's possible that during these tough times, Defendants Spacey and Brunetti looked around online for affordable scripts for Spacey's production company to film. Having no luck, maybe this unlikely pair—a college dropout actor whose career was on life support, and a cell phone salesman—suddenly and spontaneously conceived of a massive social network for screenwriters and filmmakers. Then this pair inexplicably decided to reduce security, and fill the site with fraudulent contracts. Possible, but Unlikely.

82. But just how TS was created doesn't negate the violations the Defendants committed against Plaintiff (or against corporate best practices).

83. However, the Plaintiff believes TS was formed in a conspiracy most likely conceived by Defendant Ari Emanuel, to enrich himself and his conspirators. *Elysium*, alone, earned $286,000,000, worldwide, theatrically. And it should have earn another $570,000,000 in home entertainment and TV, (typically, movies earn twice their theatrical total in home ent., TV, and auxiliary sales), for a total of **$856,000,000** —almost a billion dollars. **This is why setting up TS and Project Greenlight were so important to Def Ari Emanuel. <u>One</u> GOOD script can easily earn a billion dollars—and one big TV show can earn far more than that.**

84. With the preceding facts disclosed and explained, the Defendants conspiracy(s) and additional unlawful actions can be more clearly understood.

## THE DEFENDANTS' CONSPIRACY BEGINS

85.   In 2000, shortly after the birth of **Writers Script Network.com**, Def Emanuel planned his own screenwriter/filmmaker website, but with minimal or no security features. He would use his WME clients, Defs Matt Damon and Ben Affleck, as the websites' spokesmen and alleged *conceivers*. In August 2000, Project Greenlight was born. (An Internet Archives screenshot of projectgreenlight.com—showing its origin time—is attached as "**Exhibit M**" and is incorporated by reference as if fully set out herein.)

86.   Then misfortune struck Universal Pictures in 2000, and  Def Ari Emanuel seized the occasion to launch a **second** website, allegedly conceived by Defs Spacey and Brunetti.

87.   In 2000, Universal Pictures was in a bind. Universal was just a few months away from beginning to film "K-PAX" (based on Gene Brewer's 1995 book, K-PAX) but they didn't have a leading actor (after Will Smith and others prospective leading actors dropped out or declined). Smith and other actors and directors (with integrity) were likely dropping out due to rumours that Argentinian film director and screenwriter, Eliseo Subiela, learned about writer Gene Brewer's 1995 book "K-PAX" and planned to sue Brewer and Universal Pictures for copyright infringement of Subiela's 1986 film, "Man Facing Southeast".

88.   But Universal Pictures, indifferent about a small director from Argentina suing, decided to push forward, film, release, make a fortune, and fight Subiela in court, later.

89.   By mid 2000, with little time to find a leading man, Universal Pictures was desperate enough to even consider casting Def Kevin Spacey in the leading role.

90.   Defendant Emanuel could have just asked Spacey to take the leading role. Spacey would have leaped at the chance. But Spacey wasn't an Endeavor client, so Def Emanuel would not have receive his casting fee.  Def Emanuel was a businessman.  As such, even though he needed a favor from Spacey, he was not going to just give Spacey a leading role. Emanuel wanted something in return. Def Emanuel knew Spacey's career was in trouble.

91.   So Def Emanuel asked Spacey about starting or endorsing a screenwriter/filmmaker social network—one with little or no security features. The conversation likely started with Defendant Emanuel simply asking Spacey how his career was going.

1    92. Def Spacey likely explained his recent career setbacks, and his hopes to one day film

2    Bobby Darin's life story.  He may have explained that he had recently secured the rights to

3    his Bobby Darin film (Beyond the Sea), but had no funding to shoot his dream film.

4                                        **Quid Pro Quo:**

5    93. Upon hearing Spacey's career troubles, Def Emanuel asked Spacey for a favor. The

6    Plaintiff believes (as the evidence indicates), Defendant Emanuel asked Defendants Spacey

7    and Brunetti to design a social network for screenwriters and filmmakers; designed so that

8    ALL users could access ALL screenplays, anonymously. Spacey was only needed for his

9    celebrity value, to draw in members. (Some time later, in 2007, Defendant Emanuel likely

10   asked Spacey and Brunetti to include a counter-security feature, whereby if a screenplay

11   was removed from the website all of its access history would be erased.)

12   94. In exchange for agreeing to operate and/or endorse such a social network, Defendant

13   Emanuel likely promised Defs Spacey and Brunetti a few things in return:

14   - Spacey would star in K-PAX, a film with a solid $68 million budget;

15   - Def Ari Emanuel would help arrange financing for Def Spacey's production
16     company to make Spacey's dream film, *Beyond the Sea*;

17   - Def Emanuel offered to help Spacey's production company arrange financing
18     and distribution (as needed) for Spacey's films, for the life of the TS social
19     network, and Emanuel would introduce Spacey and Brunetti to the financial and
20     distribution partners necessary for their production company to succeed;

21   - Emanuel would try to find Spacey a meaningful—perhaps *career defining*—role.

21   95. The agreement was made. Thus, September 2000, only <u>one month after the birth of</u>

22   <u>Project Greenlight</u>, **TriggerStreet.com (TS) was born.** (Internet Archives screenshot of

23   TriggerStreet.com, showing the origin time of TS is attached as **"Exhibit N"** and

24   incorporated by reference as if fully set out herein.) The probability that both of the world's

25   only celebrity-endorsed screenwriter/filmmaker social networks (TS and Project Greenlight)

26   coincidentally starting only a month apart seems infinitesimal.

27   96. But TS would  remain a closed and inactive site for two (2) years, not having its

28   official "launch" party until 2002. This helped avert suspicion about the two sites starting so

1  close together, and kept TriggerSteet from competing with Project Greenlight (while Project

2  Greenlight was gaining a user bas), and allowed TS to learn from Project Greenlight.

3      97.  In November 2000, as agreed, Spacey began filming KPAX.

4      •  98.  KPAX was released Oct 2001. It would be the first time **Universal Pictures**

5  **ever** cast Kevin Spacey in a leading role (in fact, Universal had only ever cast Spacey in one

6  film, a supporting role, ten years prior, in 1990's "Henry & June"). *Spacey was most

7  commonly cast in **Warner Bros** films and independent films.  Casting Spacey to star in

8  K-PAX, with **$68 million budget**, at such a low point in his career, was almost

9  inconceivable. (See page 18 for the budgets of other contemporaneous Spacey films.)

10     •  99.  **Def Spacey wouldn't star in a film with a budget over $40 million for five**

11  **(5) more years** (Superman Returns). Spacey would only appear in one other Universal

12  Pictures film, two years later, 2003, in *The Life of David Gale*—which was originally a

13  Warner Bros property that Universal Pictures optioned. Spacey came with the deal.

14     •  100.  A month after K-PAX was released, in November 2001, director/writer **Eliseo**

15  **Subiela** (via Jason Laskay) **sued Universal Pictures**, Gene Brewer, et al, for plagiarizing

16  his film *Man Facing Southeast*. The suit was eventually withdrawn when Subiela and

17  Laskay could no longer afford to litigate against a giant corporation, like Universal Pictures.

18

19              **Trigger Streett (TS) Launches, November 2002**

20     101.  After giving Project Greenlight two years to gain traction, November 2002, the

21  Defendants prepared to launch TS. To attract the best undiscovered writers, the Defendants

21  planned to generate "buzz" by throwing 3 huge TS "launch parties"; one in New York, one

22  in Los Angeles, and one in **London**. (A photo of Kevin Spacey at the TS London Launch

23  party is attached as "**Exhibit O**" and is incorporated by reference as if fully set out herein.)

24  While in Britain, Def Spacey did interviews about TS. The Guardian featured a piece called

25  "Cyber Spacey", in which writer, Sean Clarke, mocked Defs Spacey's and Brunetti's

26  well-rehearsed lines. (Said Guardian article in which Def Spacey went to London to discuss

27  TS is attached as "**Exhibit P**" and incorporated by reference as if fully set out herein.)

28  Writer Sean Clarke wrote:

Spacey tells an anecdote about the original idea for the site, which is essentially Brunetti's brainchild. He says they "came up with a sketchy plan, which at the time..." and chuckles wryly, on which cue Brunetti take up the story "... which at the time, we thought was great." They both shake their heads ruefully. Later, I watch as the pair address a press conference, they repeat the story, with exactly the same pauses, the same chuckle, the same interruptions. It's beat-perfect, like a Mamet script.

102.   And to generate even more buzz, before the website was launched, Budweiser announced their corporate sponsorship of the TS social network.

103.   Along with the sponsors, parties and interviews, to help repair Def Spacey's reputation, the TS website posted a heartwarming story that Spacey started the social network "to help undiscovered writers and filmmakers get industry access and exposure."

**104. TriggerStreet.com was "launched," and went online in November 2002**

- 105.   Def Spacey held a New York Trigger Street **launch party** on Nov 11th, 2002.
- 106.   Def Spacey held a Los Angeles TS **launch party** on Nov 18th, 2002.
- 107.   Def Spacey held a London TS **launch party** on Nov 26th, 2002.

**After Trigger Street Officially Launched, Nov 11th, 2002,**

**The Following Events (Connecting The Defendants) Occurred:**

108.  Within just three (3) months of TS's launch (Nov 2002), Spacey received three **(3)** huge payments from Defs Emanuel and Universal Pictures (all in February 2003):

- 1.  In <u>February 2003</u>, 3 months after TS launched, **<u>Universal Pictures</u>** distributed Spacey's film **"The Life of David Gale"**. This would be the last time Universal Pictures would be involved in a Spacey film.

- 2. That same month, <u>February of 2003</u>, Spacey's production company would magically get money to release and distribute its first movie in 3 years: "United States of Leland". The film was distributed by Paramount Classics, and would only be released in 14 theaters; losing millions, bringing in only $344,000. Likely, Universal Pictures wouldn't distribute the film, because after two bad years, Universal was back in 5th place (second to last), and didn't want *United States of Leland* to move them into last place.

1    • 3. That same month, <u>February 2003</u>,  it was announced that production of Spacey's
2    Dream film, "Beyond the Sea," was being fast-tracked—directed by and starring
3    Spacey, produced by Spacey's production company, on a $25,000,000 budget.
4    109.  Suddenly, in the nadir of Spacey's career, inexplicably Hollywood was showing
5    him tremendous support—when 4 of Spacey's previous 5 films were major money losers.
6    <div align="center">Footnotes:</div>
7    • 110.  Shortly after TS launched, in **2003**, Def Ari Emanuel gave Defs Asif Satchu
8    and Mordecai Wiczyk financing to start MRC.
9    • 111.  December 2004, <u>*Beyond the Sea* was released</u>. It would be Spacey's **greatest**
10   **failure**; costing $25 million, but only earning $8.4 million; <u>losing over $16,000,000</u>.
11
12   <div align="center">**<u>Additional Facts Regarding TS, and Connecting The Defendants</u>**</div>
13   • 112.   Spacey's production company made no films for 3 years, January 2000 to
14   January 2003: Ordinary Decent Criminal (**Jan 2000**, direct to DVD in USA), and United
15   States of Leland (**Jan 2003**, released in only 14 theaters).
16   • 113.   Since the launch of  TS, Def Spacey's production company has made 22 films.
17   • 114.   May 2005, 2.5 years after TS launched, Project Greenlight was effectively
18   dead (no new contests for filmmakers or screenwriters). Killed by the success of TS.
19   Oddly, the Project Greenlight website remained open, but inactive —no new contests, no
20   new submissions accepted; just an open, inactive website, until 2015. (More on this.)
21   • 115.   In 2006 Spacey held a TriggerStreet "RE-launch" party in Los Angeles.
21   • 116.   2007, Plaintiff's screenplay, Butterfly Driver, was posted and accessed on TS.
22   • 117.   2007-2009 TS secretly joined Bud.TV (Budweiser TV), without informing
23   members or revising its Term of Use page. In a 2007 Anheuser-Busch announced it was
24   launching Bud.TV, with TriggerStreet.com providing programming. (Said Bud.TV news
25   release is attached as "**Exhibit Q**" and incorporated by reference as if fully set out herein.)
26   Bud.TV's Wikipedia page shows that Defs Damon and Affleck (Project Greenlight), and
27   Def Spacey (TS) all provided Bud.TV programming. (Said Wikipedia article is attached as
28   "**Exhibit R**" and incorporated by reference as if fully set out herein.).

<div align="center">COMPLAINT</div>

1    •   118.   Feb 2009, the BBC reported Def Spacey hosted the Mofilm Film Festival, in

2   Spain, where he boasted of TS's **"400,000 members around the world."** (Said BBC article

3   is attached as **"Exhibit S"** and is incorporated by reference as if fully set out herein.)

4    •   119.   May 2010, "Deadline Hollywood" reported **Universal Pictures** and

5   Def MRC announced a 20 picture, 5-year production and distribution deal. (Said "Deadline

6   Hollywood" article is attached as **"Exhibit T"** and is incorporated by reference as if fully

7   set out herein.) Thus, MRC's first mega-deal would be with **Universal Pictures**.

8    •   120.   March 15th, 2011, **Netflix** and Def **MRC** (owned by Defs Emanuel, Wiczyk

9   and Satchu) announced their mega **$100 million dollar**, two (2) season deal to produce the

10   new series *House of Cards*, **starring Def Spacey**. Quietly, a few months later, July 2011,

11   with a career defining role secured, Spacey moved TS to http//www.labs.triggerstreet.com,

12   and began to use the web address triggerstreet.com as his production company's website.

13    •   121.   August 2013, the film ***Elysium*** was released. Recognizing the film as an

14   Infringement of his work, the Plaintiff sued for copyright infringement, October 2013.

15    •   122.   November 6th, 2014, six (6) days after the Plaintiff filed his Notice Of Appeal,

16   Defs Spacey and Brunetti closed and destroyed the TS social network. This was done

17   because the District Court based its MFSJ ruling on subordinate law (*Art Attacks Ink v MGA*

18   *Entmt Inc.*, 581 F.3d ), rather than prevailing law (*L.A. Printex Industries. Inc. v*

19   *Aeropostale, Inc* ., 102 U.S.P.Q.2nd (BNA)) cited by Plaintiff. Thus, the case was apt to be

20   remanded for trial, where the Plaintiff would subpoena all TS site access records.

21    •   123.   In 2015, almost immediately after TS closed, Project Greenlight (which had

21   been **dead for 10 years**, came back to life, with a new **HBO TV show**, airing fall of 2015,

22   featuring executive producers Defendants Matt Damon and Ben Affleck.

23    •   124.   In 2016, HBO announced that the Project Greenlight TV show was cancelled.

24    •   125.   In 2016, after the cancellation of the *Project Greenlight* TV show, and the

25   closing of TS, with no way to gain access to original screenplays, ProjectGreenlight**.com**

26   (the website) went active, again —**after 10 years of online inactivity**. With Defs Damon

27   and Affleck at the helm, Project Greenlight began seeking new screenplays again.

28    •   126.   In 2015, Dana Brunetti produced his **first** solo effort (without Spacey's

1    Production company, *Trigger Street Productions*), the film **50 Shades of Grey**. *50 Shades of*
2    *Grey* was, of course, distributed by **Universal Pictures**.

3

4    ## Defs Emanuel And Spacey Conspire To Keep Their Ties Secret

5    • 127.   Defs Spacey and Emanuel seem to have gone to great lengths to keep their
6    relationship secret.  Consider: On April 27, 2009, Def Ari Emanuel and Endeavor Talent
7    Agency (ETA) merged with the William Morris Agency (WMA), creating William Morris
8    Endeavor. **17 days later**, May 14, 2009, **after about 20 years with the William Morris**
9    **Agency**, Def Spacey signed with CAA (Creative Artist Agency). Def Spacey did so to keep
10   regulatory authorities and TS members from discovering Def Emanuel's conflicted
11   relationships with Spacy. (A New York Times article about the April 2009 merger of WMA
12   and Endeavor is attached as **"Exhibit U"** and is incorporated by reference as if fully set out
13   herein.)   (A May 2009 Variety article about Def Spacey leaving WME is attached as
14   **"Exhibit V"** and is incorporated by reference as if fully set out herein.)

15

16   **Trigger Street Productions; Sound Point Capital Management (Defendants)**

17   128.   In 2004, Time Magazine voted TS (the Trigger Street social network, at
18   www.triggerstreet.com) one of the 50 best websites on the internet.  Def Brunetti, previously
19   an unknown, owes his success to the popularity of TS—which also helped resuscitated Def
20   Spacey's career.   TS was so instrumental to Spacey's, Brunetti's, and their production
21   company's success that their production company, *Trigger Street Productions* (**TSP**), would
21   not claim the TS web address (www.triggerstreet.com) until 2011, after Spacey secured the
22   leading role in *House of Cards*. In this way, Spacey and Brunetti used TS's popularity to
23   give TSP name recognition. Thus, TSP is a central Defendant in this suit.  As Defs Spacey
24   and Brunetti are both TS's and TSP's founder and CEO, respectively, TSP is complicit in all
25   of Defs Spacey's and Brunetti's violations, detailed herein. Since Relativity Media acquired
26   TSP in 2016, then Relativity Media was acquired by UltraV Holdings (a joint venture
27   among funds managed by Sound Point Capital Management) in 2018, and UltraV provides
28   no known address; Sound Point Capital Management, LC is therefore a named Defendant.

1  **Sony Pictures' Email Leak Exposed Def Ari Emanuel's Secret Universal Pictures Ties,**

2  **His Unlawful Relationships With Sony Pictures' Ceo (M. Lynton),**

3  **and His Bullying, and Thuggish Methods**

4      129.   Further confirming all allegation herein, after *Briggs v Blomkamp* moved to

5  appeals, in 2015, Wikileaks released thousands of Sony Pictures emails (previously released

6  in 2014, when North Korea hacked Sony Pictures).  Countless news agencies carried the

7  story, and dissected the various storylines revealed by the leak. And the juiciest story of all

8  was the story of how Sony Pictures lost (or *passed* on) *Steve Jobs*, the movie.

9     130.  All of the stories are similar: an insider's view of bunch of powerful Hollywood

10  producers, writers and directors negotiating the production budget of the film "Steve Jobs",

11  until the deal went bad and Sony Pictures gave up on the film.  And right in the eye of the

12  storm is Defendant Ari Emanuel. (An articles from "Mashable.com" about said "Steve

13  Jobs" film emails is attached as "**Exhibit W**"and is incorporated by reference as if fully set

14  out herein.)

15     131.  Many of the celebrities captured on Sony Pictures' email/text leak, at times,

16  behaved poorly; but no one behaved worse than Defendant Emanuel; brazen, thuggish, we

17  see him berate Sony Pictures' Chairman Amy Pascal, with impunity. And when the other

18  Sony execs learned of it, they only called Defendant Emanuel a *bully*—behind his back. No

19  one dared to confront Emanuel. But more surprisingly, through a tiny sliver of Defendant

20  Emanuel's emails (just those going into or out of Sony Pictures) we learn:

21     1.  Def Ari Emanuel is a major film producer —in conflict with his role as a talent

21        agent, and in violation of California labor law.

22     2.  Defs Emanuel and Bill Block, and Sony Pictures CEO and Chairman (then) Michael

23        Lynton are secretly (and unlawfully) business partners —co-owners of *Screenbid*.

24     3.  Def Emanuel is also a film financier, or executive producer.

25     4.  Def Ari Emanuel also arranges peripheral services for Sony Pictures (and others),

26        like making deals with Hasbro Toy Company.

27     5.  Whenever necessary, <u>Universal Pictures</u> will distribute ANY film for Ari Emanuel.

28

1    **"Steve Jobs" Emails Confirm Def Ari Emanuel Is Secretly A Major Film**

2    **Producer —and The True Producer Of "Steve Jobs" —not Scott Rudin**

3    132.   Through the Sony Pictures' hacked emails, we see the *Steve Jobs* film negotiation

4    go on for about 8 months, then it begins to fall apart on October 16th, 2014, after Sony

5    Pictures' President of Business Affairs, Andrew Gumpert, sends Sony Pictures' chairperson

6    Amy Pascal, film producer Scott Rudin, Def Ari Emanuel, and WME co-CEO Patrick

7    Whitesell a financing offer which the filmmakers felt was too low.  October 18th, 2014, two

8    days after Gumpert's low offer, Scott Rudin, angrily responds:

9    <div style="text-align:center">2014-10-18 16:09:38  Re: wwbo bumps/jobs  From: Scott Rudin</div>

10   <div style="text-align:center">&lt;sr@scottrudinproductions.com&gt;  To: pascal, amy<br>gumpert, andrew  aemanuel@wmeentertainment.com</div>

11   <div style="text-align:center">pwhitesell@wmeentertainment.com</div>

    **SCOTT RUDIN:**

12          "You have NO risk in the movie but WE should have risk? You lay off

13   every cent except what you choose to keep and WE should then also fund
    you --- that's how this should work?

14          I cannot believe you're serious. What idiot would make this deal? The

15   presumption that five Oscar winners would be desperate enough to give up
    all value for their services and then also risk the baseline bargain-basement

16   fees on top of it is beyond comprehension.

17          Every single movie like this that we have made for you has worked.
    And you think this is fair?"

18

19   133.   At Rudin's words, Def Ari Emanuel, who purports to the world that he is just a

20   talent agent, would then take over the email exchange —seemingly eager to bully a woman.

21   <div style="text-align:center">On Oct 18, 2014, at 9:15 AM, From: Ariel Emanuel</div>

21   <div style="text-align:center">&lt;AEmanuel@wmeentertainment.com&gt;  To: pascal, amy<br>sr@scottrudinproductions.com  gumpert, andrew</div>

22   <div style="text-align:center">pwhitesell@wmeentertainment.com</div>

    **ARI EMANUEL:**

23          "This offer is fucking bull shit. Give us the movie back. You you guys

24   in the business. No other studio would even ask for this. Pass"

25   134.   Def Ari Emanuel immediately establishes and retains dominance and control of the

26   matter for the remainder of the negotiation, and Scott Rudin would remain quiet and

27   subordinate to Def Emanuel. But the key detail in this email is that Def Emanuel has the

28   authority to say "Pass," meaning: *'we choose NOT to do business with you, we will find*

1   *another partner.'*   No mere talent agent can usurp that power from the producer.   Scott

2   Rudin put Ari Emanuel on that email chain because Ari Emanuel is the true producer.

3      135.  The exchange goes on. Sony Pictures' chairperson Amy Pascal writes:

4              On Oct 18, 2014, at 10:18 AM From: Amy_Pascal@spe.sony.com
                          To: aemanuel@wmeentertainment.com
5                    sr@scottrudinproductions.com gumpert, Andrew
6                          pwhitesell@wmeentertainment.com
       **AMY PASCAL:**
7                     "Can we please deal with this Monday
8                     Maybe we all get in a room and close it up"

9      136.   But Def Ari Emanuel will not be silenced by Ms Pascal's request to wait until

10  Monday. He replies five minutes later:

11              On Oct 18, 2014, at 10:23 AM,  From: Ariel Emanuel

12                  <AEmanuel@wmeentertainment.com> To: pascal,
13                   amy  sr@scottrudinproductions.com  gumpert,
                     andrew pwhitesell@wmeentertainment.com
14     **ARI EMANUEL:**
15                  "Whatever
                    **You guys ask us to find financing. Scott, Patrick and myself get**
16                  **Modi** and we still get no respect. Amy, this is not what you want to
17                  hear - but this NEVER happens and any other studio. In fact they
                    then would go out of their way to make a proper deal.
18                  Even Harvey.
19                  Monday is fine."

20     137.  With that statement Def Ari Emanuel admitted he found film financiers for *Steve*

21  *Jobs*, which is strictly a producer's or an executive producer's job.  Def Ari Emanuel also

21  generously (and falsely) shares credit with Rudin and Whitsell for getting Def Modi Wiczyk

22  to help with financing—to make Rudin and Whitsell feel more significant in the exchange,

23  and to the process. But, again, Defs Modi Wiczyk and Ari Emanuel had/have been business

24  partners since 2002 (at Endeavor and MRC); thus, getting Def Modi Wiczyk involved was

25  entirely Def Ari Emanuel's doing. Amy Pascal responds to Def Emanuel's provocation:

26              On Oct 18, 2014, at 10:51 AM,  From: Amy_Pascal@spe.sony.com
                          To: aemanuel@wmeentertainment.com
27                   sr@scottrudinproductions.com gumpert,Andrew
28                          pwhitesell@wmeentertainment.com

**AMY PASCAL:**
> "arithat is totally unnecessary we are in a negotiationwe have all been doing this a long timewe want to make moneyyou want to make money for yourselves andyour clientsthis has nothing to do with respect and to be fair and its a credit to the movie that scott put together there are more financing partners  than we know what todo with here....thats not the issue...we are the only major studio that even tries to make thesekind of movesdont make it harder than it isthe tone is really uncalled for  and unfair and doesnt help get things doneamy"

138.   Through all of this, Scott Rudin never commented or told Def Ari Emanuel to disengaged. That is not his place. Ari runs the show. Def Ari Emanuel replies:

> 2014-10-18 10:58:41  Re: wwbo bumps/jobs From: Ariel Emanuel
> <AEmanuel@wmeentertainment.com> To: pascal, amy
> sr@scottrudinproductions.com  gumpert,
> andrew pwhitesell@wmeentertainment.com

**ARI EMANUEL:**
> "Ok not true. Other studios make these movies"

139.   Def Ari Emanuel was alluding to Universal Pictures, who would produce any film Def Emanuel suggested. Texting stopped for 7 or 8 hours, until Def Ari Emanuel resumed.

> 2014-10-18 16:20:47 From: aemanuel@wmeentertainment.com
> To: gumpert, andrew sr@scottrudinproductions.com,
> pwhitesell@wmeentertainment.com,  pascal, amy

**ARI EMANUEL:**
> "In the real world when some one either risks something or gives something up they get something in return. You guys seem to think we should be honored just to be in business with you based on your offer. Why?"

140.  After this, the negotiation disintegrated over the next 4 weeks. The last email from Def Emanuel to Amy Pascal was sent November 11, 2014, when Emanuel abruptly asked:

> 2014-11-14 22:57:02  From: aemanuel@wmeentertainment.com
> To: pascal, amy

**ARI EMANUEL:**
> "Is business affairs calling me so I can take this to Fox Searchlight officially?"

141.  With that statement Def Emanuel confirmed that, in addition to producing, he even arranges distribution. In the text, Def Emanuel asks Amy Pascal if Sony Pictures' President