# Exhibit
# D

## **Amazon Studios**

- **Sign in**
- **Register**





- Submit

Get your movie or series idea considered by Amazon Studios

Movies
- **Submit a script**
- **Submit a video**

Series
- **Submit a drama series idea**
- **Submit a comedy series idea**
- **Submit a children's series idea**



- Create

Amazon Storybuilder
- **Outline your movie or TV script**

Amazon Storywriter
- **Write your movie or TV script**



- Review

Help us decide which movies and TV shows to make
**See our latest projects and weigh in now**

Movies
- **All movie projects**

Series
- **Original series**
- **All series projects**



- Search

Projects and People

**Forums** › **The Commissary Forum** › Trigger Street Labs website for writers going away

# Trigger Street Labs for writers going away

1-12 of 12 posts

Sort:

Oldest first

|

Page: 1



**Russell Corey** says:

**Notable Projects**

Sad to see this posted on the Trigger Street Labs website. I loved using this site to get feedback on scripts and crafting drafts. I will miss it so much.

Announcement:

To all members of the Trigger Street Labs community:

After twelve incredible years as one of the leaders in being a platform for exposure and discovery of your creative content, we will be shutting down the site effective early January of next year. All users will be able to download their reviews, and save whatever content they need to prior to the shutdown. You can do this through your profile page. We care a great deal about giving you the opportunity to showcase your work, and we did our best to provide you with the most intuitive and creative platform possible.

We would like to extend our gratitude to all of our amazing users who have supported us, given feedback and advice, and allowed us to build a better site over the years. If it weren't for the community, the site would not be what it is today

Furthermore, a deepest thanks goes out to our moderators who have spent their precious free time ensuring the site remain an asset for creative individuals seeking exposure for their content.

We had an amazing ride. Thank you so much for your participation over the years.

Announcement link here.

- Trigger Street Productions
**Reply to this post**
Posted on: November 06, 2014 04:14 PM PST



**Phil Hwang** says:

I used this site off and on over the years. Recently, it had changed its format and was difficult to navigate.

Now, I use Talentville to vet my screenplays. It's always a mixed bag, but it feels like the only alternative to paid feedback.
**Reply to this post**
Posted on: November 07, 2014 01:59 PM PST



**Lauri** says:

There's also Zoetrope for freebies.

But there's nothing wrong with paid feedback. :)
**Reply to this post**
Posted on: November 07, 2014 06:30 PM PST



**Eric Christopherson** says:

Nothing wrong with trusting your own judgment for that matter.
**Reply to this post**
Posted on: November 07, 2014 06:54 PM PST



**Lisa Scott** says:

never trust your own judgement fully. every writer needs an editor. seasoned writers need editors. wannabe writers even more so.
**Reply to this post**
Posted on: November 08, 2014 04:03 AM PST



**Tom Gilman** says:

This site never was about the writers. Dean and a few others used the writers, their scripts and stories as a cover to gain exposure for themselves. In any case, it was poorly managed; and much of the day to day business was left up to a select group of writers and readers so Brunetti and the others could go pursue their pet projects and ignore the site. But thanks to good peer reviewers I gained a lot of experience and knowledge from other members, but never from the site managers who couldn't be bothered to deal directly with the members. Try Zoetrope, which is run far better.

**Reply to this post**
Posted on: February 08, 2015 09:37 PM PST



**terror Tv** says:
Sad? What has triggerstreet ever done for anybody???

Let me tell you what triggerstreet was all about:
1) Dana Brunetti used it to acquire enough funds to promote movies. Now that he's there triggerstreet is dust in the wind
2) Name ONE person who got their big break from the site?? Any one? I think not!
3) Youtube made more people famous, more money than Trigger ever hoped.
4) They came to be leaders in what? They stated they are one of the tops leaders in help young talent. Yeah I think not!
5) Triggerstreet used people dreams, hopes, etc to make money!! That's the cold hard truth
6) And I know this to be a fact. They "adjusted" you internet traffic reports to continue sponsorship from Budweiser.

I say good riddens
**Reply to this post**
Posted on: February 10, 2015 08:29 AM PST



**Jack Hudkins** says:
Terror, thanks for posting the truth. Many of these sites feed off peoples hope. If some make it, then good deal.
**Reply to this post**
Posted on: February 10, 2015 10:07 AM PST
**In response to an earlier post preview this post**



**Ralph Wescott** says:

Trigger Street, like any site, including AS here, is what we & they make it. Success on TS, large or small, is mentioned in their Success section -- Pages of them. I'd say any member using the site learned something while there, or at least entertained themselves. Oh yes, it was on TS that I learned of other sites, (AS for one) contests, books, movie equipment, etc. Without them, I'd still be dreaming and complaining of the stories stuck in my mind and having no idea how to get it into a close resemblance of the screenplay format, let alone all the peoples input on how to use the computer. Just my two cents from another wannabe writer/movie maker.

**Reply to this post**

Posted on: February 10, 2015 04:53 PM PST



**Ed Ellis** says:

*riddance.

And it did help some of us. I, for one was optioned as a result of the site. Bitter is a sad pill.

**Reply to this post**

Posted on: December 29, 2015 06:14 PM PST

**In response to an earlier post preview this post**



**Nathan Mills** says:

For a short time it seemed, TS was also a platform for novelists too. I got great feedback on early drafts of my manuscripts.

**Reply to this post**

Posted on: May 24, 2016 04:32 PM PDT



**Paul Chironi** says:

Honestly, when TriggerStreet was at its height (before the great "memory dump" of 2007) nothing came close to it.

The peer review/Script of the Month/top three scripts get free reviews by ScriptShark all for free has never been matched anywhere.

Granted, Amazon Studios crushed everyone when they started with cash prizes, but not so much in terms of feedback.

And, as corny as it sounds, I thought the "Hall of Justice" was pretty cool.

So -- thanks again Kevin and Dana -- it was a cool ride.

**Reply to this post**

Posted on: May 25, 2016 04:30 PM PDT

< Previous | Page: 1 | Next >

Sign in to post

Our Development Slate

- **Movies**
- **Drama Series**
- **Comedy Series**
- **Kids Series**
- **Preschool Series**

Resources

- **Help**
- **Contact Us**
- **Forums**
- **Jobs**

Connect with us





© 2010-2017 Amazon.com, Inc. or its affiliates

**Conditions of Use**
**Privacy Notice**
**Amazon Studios**

# Exhibit

# E

# Records Request

### Steve

Tue 4/15/2014 12:23 AM

Sent Items

To: Operations@TriggerStreet.com <operations@triggerstreet.com>;

Dear TriggerStret Operations,

My name is Steve Wilson Briggs, (TS member name "birdynumnum"; member since June 10, 2004). I'm the Plaintiff in a copyright suit concerning a screenplay I posted on TriggerStreet.com in 2007, called Butterfly Driver. I posted the script 3-6 times from January to August of 2007. I'm contacting you to request all records of every member who accessed my work during that timeframe (01/01/2007 to 08/31/2007). I'd also like to receive ALL communication records you have between myself and other TS members on your public and private comments, posts and message boards. Please, let me know at your earliest convenience how soon I can expect this information and what I can do accelerate things. I'm sorry for any inconvenience this request creates. Thanks so much.

Steve Wilson Briggs

# Exhibit
# F

# Re: Records Request

## TS Operations

Tue 4/15/2014 10:14 AM

To: Steve <birdynumnumz@hotmail.com>;

Unfortunately, once your submission is deleted from the site all records are deleted as well. The only thing you do have are your reviews and comments on your profile page, in addition to your forum posts.

-Operations

--
TS Operations
Trigger Street Productions


On Tuesday, April 15, 2014 at 12:23 AM PDT, Steve wrote:

Butterfly Driver

# Exhibit
# G

**The New York Times**

MEDIA

# Tilting Hollywood's Balance of Power to Talent Agency Clients

By MICHAEL CIEPLY   MARCH 19, 2007

LOS ANGELES, March 18 — Almost six years ago, big thinkers at Hollywood's Endeavor talent agency, best known as the players behind the industry satire "Entourage" on HBO, drilled into a bothersome question: Why should a star or director work for low pay on a labor of love only to see a film studio or foreign sales company strike it rich if the movie thrives in worldwide theatrical and video markets?

Far better, they reckoned, would be to put those dollars in the pockets of clients and, not incidentally, of the agents who represent them.

By late 2003, a young agent, Mordecai Wiczyk, under the wing of the Endeavor partners Ariel Emanuel and Patrick Whitesell, joined with a Harvard Business School classmate, Asif Satchu, to do just that by creating Media Rights Capital.

It soon built high-profile movies — like Alejandro González Iñárritu's "Babel" and the comedic actor Sacha Baron Cohen's planned "Bruno" — around clients of Endeavor, which was quietly given part ownership in return for helping to find film projects and make deals.

AT&T and the advertising conglomerate WPP Group joined Goldman Sachs as investors. This combination, Mr. Wiczyk and Mr. Satchu said, gives Media Rights the ability to invest $400 million a year into movies, television shows and

broadband Internet episodes, a considerable amount even at a time when Hollywood is crawling with aspiring financiers.

If they succeed, the pair may help shift the balance of power in Hollywood by increasing opportunity for idiosyncratic movies like the multilingual "Babel," and by giving filmmakers and stars more earning power and ownership of their projects.

Despite the new money and the seven Oscar nominations for "Babel," the company has yet to convince a skeptical film business that it is not just a stalking horse for Endeavor and its clients. To expand its reach, Media Rights must overcome a widespread sense that the company is playing loose with restrictions on agencies employing their own clients or that it is somehow beholden to the agency that helped create it. "Everyone who is not in the bus, we're going to keep stopping by the house and opening the door," Mr. Wiczyk said in an interview this month at the company's office in the building that also houses Endeavor.

Mr. Wiczyk, who previously worked at the foreign sales company Summit Entertainment, and Mr. Satchu, who co-founded and later sold the online industrial supply-chain management company SupplierMarket at the height of the dot-com boom, remain more business school than Hollywood in their delivery.

Working the phones from their barebones office on Wilshire Boulevard in Beverly Hills, Mr. Satchu, 35, acknowledged a penchant for making points with scrawls on a whiteboard. Mr. Wiczyk, 34, spoke with considerable passion about their zeal for market information. "We spend all of our time thinking about the data we don't have and what would we do if we had it," he said.

The pair described a process in which information shared among partners like WPP and AT&T at the formative stages of a project — like a DVD and Internet program for homemakers, suggested by the actress Raven-Symoné — may increase its marketability later. They said the company worked through likely outcomes from, say, a series of 10 five-minute spots as opposed to 20 of half that length, granting the actress and her collaborators the final call.

Meanwhile, detailed assessments of foreign markets may influence decisions about selling rights to films like "Sleuth," coming in the fall.

"We get people comfortable; we get people to give us their information," said Mr. Wiczyk, who described himself as being "evangelical" about using data to help artists seize the value in their own work.

And they dream big. They talk of financing 10 films, five or six television shows, and 20 mobile or broadband shows annually.

A financier's connection with a talent agency is not a novelty in Hollywood. Stung by the studios' continuing retreat from star-driven films, talent companies like Creative Artists Agency, the William Morris Agency, International Creative Management and the United Talent Agency have all sought to connect their clients with alternative financing.

Cassian Elwes and his division, William Morris Independent, for instance, have helped Morris clients put together movies (like the planned "Grace Is Gone") outside the studio system. But representatives of several such companies said last week that they knew of no firm that has pushed its alliance with an agency as far as Media Rights.

Films backed by the financier have included substantial talent from other agencies — Brad Pitt and Cate Blanchett, stars of "Babel," are represented by Creative Artists.

But virtually all of the company's projects have been built around an Endeavor-backed participant, like the actor Jude Law in "Sleuth," or Hugh Jackman, in "The Tourist."According to Mr. Wiczyk and Mr. Satchu, the agency owns a minority, nonvoting stake in their company, which they declined to specify. They added that no Endeavor agent holds an individual stake or sits on the Media Rights board.

Still, those at other agencies would like to know more. Requesting anonymity because of general industry reluctance to speak publicly about a rival's business, some agents last week questioned whether Media Rights could be trusted not to put their proprietary information in the service of Endeavor. Others wondered if the Endeavor's ownership stake ran afoul of regulatory provisions in California law or contracts with guilds.

"For us, financing opportunities are always exciting and interesting," said Jeremy Zimmer, a partner at United Talent. Mr. Zimmer said that his agency has not done business with Media Rights, but might do so if it was satisfied that the company's ownership and influences were clear. "What becomes critical is who is the management?" he asked. "What level of transparency are we going to have?"

Robert Jones, California's acting labor commissioner, whose office regulates talent agents, said the state's labor code has a provision banning conflicts of interest by agencies. The law, from a time when models were sometimes sent for hair and makeup work by operators with a close connection to their agencies, says that no agent may refer a client for services to any entity in which the agency has a direct or indirect financial interest.

The law's wording has a broad sweep, but does not specifically address film financing. Mr. Jones said he was not aware of any complaints related to the Media Rights-Endeavor association. Any ruling on a conflict, he added, would depend on the facts of a particular case.

An overall franchise agreement under which the Screen Actors Guild restricted the right of agencies to engage in film production expired in 2001, and Hollywood's major agencies have since operated without a formal agreement with that guild.

Media Rights has been careful to distinguish itself as a financier rather than a producer. Representatives of Endeavor and Media Rights said the two companies became involved only after a legal review, conducted by an outside labor lawyer, persuaded them that agency law and guild regulations permitted the venture.

Meanwhile, the studios are wary because they are likely to have only so much appetite for films in which they are not the principal owners. Last year, Universal paid $42.5 million to acquire the rights in English-speaking regions and some European territories to Mr. Baron Cohen's "Bruno," based on its namesake character, a gay Austrian fashion expert.

Some rival executives considered the figure excessive, given the limited scope of the rights (Universal will not own the negative) and the risk factor in returning to the

mockumentary format that worked in "Borat: Cultural Learnings of America for Make Benefit Glorious Nation of Kazakhstan."

"From my perspective, this kind of deal is only bad for the business if you did it all the time," David Linde, the studio's co-chairman, said. He pointed out that his company had agreed to make more than two dozen of its own movies over the last 10 months; adding "Bruno" would only strengthen its release schedule.

Yet John Lesher, president of Paramount Vantage, which released "Babel," said a similar arrangement was ultimately sound, if not spectacularly lucrative, for his company. Paramount Vantage bought rights in English- and Spanish-speaking territories, and left the rest. "I'm not going to make a tremendous amount, but I'm going to make money on the film," said Mr. Lesher, who made the deal as the director's agent before joining the boutique studio.

The film has made about $114 million at the box office, almost 70 percent of that abroad. Paramount will most likely have strong sales from DVD, thanks to the movie's Oscar nominations, but it also invested heavily in a sustained award campaign.

According to Jon Kilik, a producer of "Babel," the film cost about $30 million to make, and Paramount Vantage paid less than the production cost for its rights. Mr. Kilik said Media Rights assisted the process by providing what he called bridge financing, which held the movie together for several months while talent deals and more conventional film lending were put in place. Financial benefit from the deal was ultimately split among Mr. Iñárritu, the producers, stars and writer of the film, he said.

Endeavor had a jolt last week when Mr. Iñárritu — whose film was a showcase for that agency and Media Rights — bolted to the competing Creative Artists Agency. People associated with the director said his departure had nothing to do with Media Rights, and in a statement on Friday, Mr. Iñárritu said he hoped to find a new project with the financier.

Mr. Whitesell of Endeavor, in a phone interview, said he believed that the information-sharing tack taken by Media Rights would persuade other agencies to

embrace its projects, though he suspected that some might foster similar financing entities rather than signing on.

"I have mixed feelings about other people getting into it," Mr. Whitesell added. "But that will just create more opportunity for clients."

A version of this article appears in print on , on Page C1 of the New York edition with the headline: Tilting Hollywood's Balance of Power to Talent Agency Clients.

© 2017 The New York Times Company

# Exhibit
# H

| HOLLYWOODLAND    INSIDE THE BIG PICTURE SHOW.

MARCH 20 2007 1:45 PM

# More on That Slick Bruno Deal

How an agent turned his pie-in-the-sky memo into a reality.

*By Kim Masters*

# HOLLYWOODLAND

<u>Agent X</u>: A helpful reader (and we could use more of you) has reminded us that years ago—in 1999, to be specific—young Modi Wiczyk wrote a memo on the future of Hollywood. It was called "Another New Ball Game."

Recall that last week, we **told you** how the Endeavor agency—in which Wiczyk is a former partner—got Sacha Baron Cohen a sweet deal for making Bruno (the follow-up to Borat) at Universal. The deal involved the brief use of a financing vehicle called Media Rights Capital. Some studio types were suspicious that MRC was a unit of Endeavor and that the whole point of using MRC was to get a deal that no studio would otherwise have yielded. It would be against the law for MRC to be a unit of Endeavor because it is against California state law for agencies to produce films. Endeavor has said that MRC is a separate entity.

The co-CEO of MRC is Modi Wiczyk.

Few ideas are original, and Wiczyk would seem, in his 1999 memo, to have tipped his hat to his forebears. Peter Guber—the former Columbia Pictures chief who almost decimated the studio in the early '90s—wrote a memo as a young executive in 1969. It was called "The New Ballgame"—a 15,000-word prediction of future shock in the movie business. (The premise was that home video would transform the movie business as well as music, theater, religion, sex, and just about everything else.)

In the early '80s, Michael Eisner wrote another state-of-the-industry memo, replete with baseball metaphors, when he was an executive at Paramount. Jeffrey Katzenberg, as the restless chairman of the Disney studio, annoyed Eisner when he wrote a similar memo packed with baseball metaphors in 1990.

Wiczyk's "Another New Ball Game" was, potentially, a more revolutionary memo. He wrote it as a young executive at a company called Summit Entertainment. The memo predicted the decline of the studios, with filmmaking talent as the beneficiary. He also predicted that a management company with a lot of big stars would start to produce and own films. "The most immediate and pressing challenge would be to get the studios to carry the product," he said. The likelihood of a studio boycott was remote, he said, because "whichever studio was suffering at the time would probably break ranks in the name of short-term self-preservation." Hmm.

Michael Ovitz eventually tried to launch such a management company and failed. But Wiczyk's memo said the agencies could also carry out the change. "A similar structure could be created which complies with the conflict-of-interest laws," Wiczyk wrote. "If [a] fund was created as a stand-alone entity and the agency had an arms-length service contract, they could avoid conflict-of-interest violations. ... Admittedly this is a delicate issue and a tough deal to pull off, but it's certain someone would try it." Why? The potential for enhancing agency commission was "too rich to ignore." In fact, he said, an agency could double its annual revenues.

All this seems very prescient in light of the Bruno deal. Whether Endeavor really can run with that ball remains to be seen. Wrong sport, but you get the idea. **(link)**

**Tuesday, March 13, 2007**

ADVERTISING

 Replay


Sacha Baron
Cohen
Advertisement

**Funny business:** **When Fox let** slip the opportunity to make *Bruno*, Sacha Baron Cohen's follow-up to *Borat*, some thought the studio let one of the hottest stars in the firmament get away. Others said the deal, which cost more than $40 million, was too rich—especially since it's an open question whether Cohen can pull off another movie based on people not recognizing him (this time as a gay Austrian fashion maven).

The *Bruno* deal raises another good question: Has Endeavor, the agency that represents Cohen, invented the perfect crime? Or did it simply come up with a clever way of striking a very favorable deal that infuriates the studios?

Endeavor has had some Oscar heat lately—its clients include Martin Scorsese, Alejandro González Iñárritu, and many others (though Reese Witherspoon just bolted). Even before *Borat* opened, the agency presided over a bidding war for *Bruno* among several studios. Universal's winning bid was $42.5 million—a big bump up from *Borat*, which cost less than $20 million (and has grossed more than $250 million worldwide).

Before the bidding frenzy started, Endeavor sold *Bruno* to a financing entity called Media Rights Capital. MRC didn't take much of a risk, since the studios were fighting to buy the project before the proverbial ink was dry. In fact, MRC sold the package to Universal at such lightning speed that some at the studios have wondered aloud (if not on the record): Why did Endeavor need to bring MRC into the deal?

Advertisement

And that raises the question: Is MRC a separate company, or is it Endeavor in different clothing? It is against California state law for agencies to produce films, and Endeavor has said that MRC is a separate entity. But some in Hollywood perceive MRC as a unit of Endeavor—a unit positioned to cherry-pick projects. Former Endeavor agent Modi Wiczyk is co-CEO of MRC.

One executive who passed on *Bruno* said MRC seems to be an "internal production machine" for the agency. An executive at another company also expressed doubts about the deal. "None of the math made sense," this executive said. Estimating high, the film seemed to require a budget of only about $30 million, "even if you give Sacha the $15 million that he wanted" for starring. And if that were true, then whose pocket would be lined with the markup?

An Endeavor source says all this is the bitter cavil of the defeated. "MRC is its own company," he says. After all, Endeavor would hardly risk its business by breaking the law. And through the independent MRC, Endeavor got Cohen one hell of a deal (and presumably an extra-nice commission for itself). MRC agreed to pay Cohen $15 million instead of the $12.5 that a studio would have paid, and gave him the lion's share of profits as well as creative control. And in the end, he gets to own the negative—a worrisome prospect for studios that live on the income thrown off by their libraries. That's a package the studios would never have matched—much less beaten—without an electric prod.

One of those executives who did not think the deal was well-advised sees it as a bad precedent, explaining that a studio "should not step into a deal where you're violating the most basic practices of the business you're in."

Advertisement

Executives at Universal disagree. One could argue if you do this all the time that it's a bad way to run your business," one says. "We're not doing this all the time. But there are unique opportunities."

The eventual deal with Universal was all the sweeter for Cohen because at the time that it was struck, the research tracking audience interest in *Borat* looked a little wobbly and Fox—figuring that the movie needed to build a little word-of-mouth in the heartland where no one had ever heard of Cohen—cut the number of theaters in which the film would open. None of that sat well with the star. And Fox did not respond to the opportunity to make the *Bruno* deal with the alacrity that Cohen or his representatives deemed appropriate.

For its $42.5 million, Universal got rights to the movie in English-speaking countries, Germany, Austria, and let us not forget Belgium and the Netherlands (but apparently not Kazakhstan). Our Endeavor source tells us this is a bargain. Cohen's Ali G movie did $15 million in the United Kingdom in the pre-*Borat* days, he says, and *Borat* pulled in almost $40 million there. So (he argues), it made sense for Universal to wager that *Bruno* can pull in enough money even in its limited territories—one of which is the United States, after all. (Bear in mind that studios get to keep about half of those grosses. But the Endeavor source says Universal cannot lose money on the movie even if it's terrible.)

This source says the studios are annoyed simply because they were backed into a corner. "People say, 'We're never going to work with you again—fuck you,' " he says cheerfully. "Two months later, there's something they want. ... The studios are getting less powerful, not more. Did we do the right thing for our client? That's a no-brainer." **(link)**

Advertisement

**Friday, March 9, 2007**



Howard Stringer

**TGIF:** It's Friday and that's a blessing for most everyone, except those executives who will watch their movies get flattened by *300* over the weekend.

Last weekend, however, was huge in terms of media-business journalism—almost like a graduate seminar on some of the biggest players in today's Hollywood. There was a long piece about John Lasseter and Disney in the *New York Times*, as well as one about Tom Cruise and his United Artists deal. There was a story about MGM in the *Los Angeles Times*. And there was the mother of them all in the *Wall Street Journal*—a remarkable interview with Sony Chairman Sir Howard Stringer.

It took us a while to digest this feast. And since you presumably don't get paid to read these fine articles, maybe you didn't get around to them at all. So, here is what you need to know:

The John Lasseter piece **purports to address** whether Lasseter can remake the drifting Disney animation operation even while guiding Pixar. Here's what he's really saying: *Meet the Robinsons* is not the first Disney film under his leadership. Don't blame him for this one. After watching a screening of the film last March, Lasseter beat up on director Stephen Anderson for six straight hours. Nearly 60 percent of the film was dumped. Still, to reiterate, don't blame Lasseter if it doesn't work.

The Tom Cruise piece **makes one essential point**: Tom Cruise's production company at Paramount did very, very well with Tom Cruise movies but "those that did not feature the actor—pictures like *The Others*, *Elizabethtown*, *Shattered Glass* and *Narc* —had 'mixed' commercial success." In this sentence, "mixed" is a euphemism. Cruise is not obligated to appear in any United Artists film. And, at Paramount, Cruise and his partner, Paula Wagner, did not quite average a movie a year—at UA, they expect to make several a year.

The *Los Angeles Times* article about MGM chief Harry Sloan, the guy who made the Cruise deal, **reveals** that he has a lot of

The most stunning piece of them all is one that many people somehow overlooked. In his interview with the *Wall Street Journal*, Sir Howard says his achievements have been masked in part by such problems as Sony's battery recall which, he says, "took too long for bizarre Japanese reasons that I don't want to spend the rest of my life discussing." None of the executives alerted him to various problems, and they're also bitching because he doesn't have a place to live in Tokyo, preferring to stay in a hotel when he's there. Stringer says he won't get some lonely apartment in Tokyo but concedes he should have "faked it better," adding, "I mean that seriously."

We don't speak Japanese but when you translate those remarks, we think it comes out like this:

"I hate this job! Fire me!" (**link**)

**Wednesday, March 7, 2007**



Shia LaBeouf

**Project Greenlight:** It's been rumored around a bit on the Web, and now an excellent source says you can count on it: Shia LaBeouf will play the son of Indiana Jones in the upcoming fourth installment in the series, set for release in 2008.

Advertisement

Apparently, the young actor is impressive enough in the upcoming Steven Spielberg-produced *Disturbia* and *Transformers* that he won the role.

We liked LaBeouf in *Holes* and felt inexpressible pity for him in *Project Greenlight*, when he was suffering through the making of *The Battle of Shaker Heights*. We missed him in some of the other stuff. So, America, what do you think? He's got the chops as an actor, but does he have enough leading-man appeal to be the son of Indy? Even some of those close to the project aren't sure.

But if Spielberg and Lucas are, that's the end of the conversation. Those two have been kicking around the idea of another Indiana Jones adventure since they all went to an American Film Institute dinner honoring Harrison Ford in February 2000 and watched that boulder roll on the screen. There have been a number of false starts, and by now it's clear that Ford, who turns 65 this year, needs a kid in the movie.

After all, Indiana Jones is completely foreign to the young audience today, and some in the industry have wondered whether the idea will have broad appeal at this point. It's also painful to imagine the kind of deal that Paramount will have to give to this collection of talent, though Spielberg is a comparatively thrifty director. Given this combination of players, most studios would say yes and take their chances. (**link**)

**Friday, March 2, 2007**

The Oscars are over, but the gossip isn't quite all gone.

—Who almost got the prestigious **Thalberg Award** for lifetime achievement? Come on, guess. You're right if you said schlockmeister **Roger Corman**, producer of such classics as *The Wasp Woman* and *A Bucket of Blood*, as well as the original *Little Shop of Horrors*, *Piranha*, and other classics. He may seem an unlikely choice for a prestige award that previously has gone to Darryl Zanuck and Samuel Goldwyn, but Corman started so many big careers in the business—Martin Scorsese, Francis Coppola, and Jack Nicholson, among others—that he had lots of support from protégés who signed letters on his behalf.

There's always next year. (No one has taken home the Thalberg Award, which is handed out irregularly, since Dino De Laurentiis received it in 2000.)

—As we've mentioned before, many —in the industry were stunned—and some thrilled—when *The Departed* producer Graham King failed to mention Paramount chief Brad Grey's name when he accepted for best picture.

Recall that Grey had **unsuccessfully lobbied the Producers Guild** for recognition as a producer on the film (for work he had done before taking the top job at Paramount). When he didn't get it, he asked the academy—which generally follows the guild's lead in these matters—to render him eligible to pick up the Oscar if *The Departed* were to win. Many thought Grey's campaign for recognition was a bad idea considering that his studio had *Babel* in contention and *The Departed* was a Warner movie. But that didn't stop him.

In fact, even after the academy made its decision, we're told King confided to friends that he'd been pressured to withdraw his own name in protest. This strategy worked some years ago when the Producers Guild wouldn't recognize Grey for his work on *The Sopranos*. The show's creator, David Chase, threatened to withdraw his own name and the guild caved. King fretted over what to do but decided to take that possibly once-in-a-lifetime walk on-stage to get the golden statuette—and compensate by thanking Grey in front of the world. Our source assures us that when the big moment arrived, King simply forgot to say thank you. And we absolutely believe that. (Dr. Freud, call your office.)

It's probably just as well for Grey that the academy didn't give in. On Oscar night, he was seated in a row with his boss, Viacom Chairman Sumner Redstone. Had he attempted to rise from his chair, there's no doubt that a gnarled claw would have shoved him back down so fast that Grey's vertebrae would have cracked.

—It occurred to us that when Jack Nicholson opened the envelope for best picture, he might have said *The Departed* when the card actually read *Little Miss Sunshine*. After all, we know which one he preferred. When we mentioned this—jokingly—to an executive associated with one of the losing films, we were surprised to discover that he had the same thought—and he wasn't joking. Did Jack read the right name? Only Diane Keaton and Price Waterhouse know for sure.

---

BROW BEAT    SLATE'S CULTURE BLOG
MAY 19 2017 8:02 AM

# While Amazon and Netflix Are Producing Ambitious Movies for TV, HBO Is Still Stuck Making TV Movies

*By David Canfield*



*The Wizard of Lies*, starring Robert De Niro and Michelle Pfeiffer.

Craig Blankenhorn/HBO

Steven Soderbergh did not intend for *Behind the Candelabra*, his Liberace biopic starring Michael Douglas and Matt Damon, to wind up on HBO. The director described its bumpy journey to the network upon its premiere, explaining that his initial pitch—requesting a mere $5 million to shoot a script by Richard LaGravenese, with those marquee names already attached—was met with uniform rejection by Hollywood studios. **He told the** *Wrap* that "[everybody] said it was too gay," and in a more in-depth interview **with** *Mother Jones*, he

argued that the "economics of the market rendered such a path impossible." As it turned out to be HBO's gain: *Behind the Candelabra* earned **universal acclaim** among TV and film critics alike, won **11 Emmy Awards**, and hit a **near-decade viewership record.**

Given HBO's resources, the success of *Behind the Candelabra* should not be the anomaly that it is. For decades, the pay-cabler's model for TV movies has been frustratingly static: It takes rich historical material and spins it into movies that, no matter the talent of the people involved, usually come up short on ambition and middling in execution. It's the very opposite of the cutting-edge brand HBO has cultivated for itself in series and documentaries. For every *Candelabra* there's a *Phil Spector* and a *Mary and Martha*—movies that aired in the same season as *Candelabra*, respectively starred Al Pacino and Hilary Swank, and faded from relevance the moment their credits rolled. For every *Bessie*, Dee Rees' uneven but galvanizing biopic starring Queen Latifah, there's a *Confirmation* and an *All the Way*, both of which squandered the dramatic potential of ever-timely political affairs.

CONTINUE READING

**FOLLOW SLATE**

**SLATE ON**   IPHONE   ANDROID   KINDLE

REPRINTS

ADVERTISE WITH US

ABOUT US
CONTACT US
WORK WITH US
FEEDBACK
CORRECTIONS

USER AGREEMENT
PRIVACY POLICY
FAQ

Slate is published by The Slate Group, a Graham Holdings Company. All contents © 2017 The Slate Group LLC. All rights reserved.

# Exhibit

# I



**THE NUMBERS**
Where Data and the Movie Business Meet

Follow us on

News | Box Office | Home Video | Movies | People | Oscars | Research & Data



ALLERGIES
WITH NASA
CONGESTIO

Claritin-D

Market Charts > Distributors

**Distributors Market Share**



— Walt Disney
— Warner Bros.
⋯ Sony Pictures
— 20th Century Fox
— Universal
— Paramount Pictures

**Note:** Figures for 2017 are at an annualized rate.

### Trending Pages

Bankability Index
Daily Box Office
Weekend Box Office
Weekly Box Office
Weekly DVD Sales
Weekly Blu-ray Sales
Top-selling DVDs of 2017
Top-selling Blu-rays of 2017
Theatrical Release Schedule
All-Time Top Grossing Films
Theatrical Records
Movie Budgets
Theatrical Market
Report Builder
People Records
Highest Grossing Stars of 2017

### Search

## Market Share for Each Distributor 1995-2017

| Rank | Distributor | Movies | Total Box Office | Tickets | Share |
|---|---|---|---|---|---|
| 1 | Walt Disney | 535 | $31,230,342,981 | 4,743,883,013 | 15.39% |
| 2 | Warner Bros. | 686 | $30,481,204,951 | 4,568,074,683 | 15.02% |
| 3 | Sony Pictures | 647 | $24,797,983,336 | 3,821,175,597 | 12.22% |
| 4 | 20th Century Fox | 476 | $23,735,862,700 | 3,563,006,067 | 11.69% |
| 5 | Universal | 440 | $23,381,336,666 | 3,492,798,649 | 11.52% |
| 6 | Paramount Pictures | 446 | $22,413,883,651 | 3,448,219,756 | 11.04% |
| 7 | Lionsgate | 362 | $7,879,609,096 | 1,030,549,036 | 3.88% |
| 8 | New Line | 205 | $6,193,114,702 | 1,116,171,066 | 3.05% |
| 9 | Dreamworks SKG | 77 | $4,278,649,271 | 760,431,349 | 2.11% |
| 10 | Miramax | 384 | $3,842,684,125 | 715,187,644 | 1.89% |
| 11 | MGM | 229 | $3,510,209,398 | 642,120,427 | 1.73% |
| 12 | Fox Searchlight | 202 | $2,343,764,984 | 336,789,784 | 1.15% |
| 13 | Weinstein Co. | 172 | $2,148,969,711 | 273,373,370 | 1.06% |
| 14 | Focus Features | 147 | $1,815,301,884 | 248,259,456 | 0.89% |
| 15 | Summit Entertainment | 40 | $1,667,022,795 | 217,204,346 | 0.82% |
| 16 | Sony Pictures Classics | 464 | $1,097,234,134 | 169,170,221 | 0.54% |
| 17 | Miramax/Dimension | 28 | $1,035,673,230 | 177,909,485 | 0.51% |
| 18 | Relativity | 45 | $932,355,849 | 115,528,169 | 0.46% |
| 19 | Open Road | 45 | $752,411,515 | 91,621,986 | 0.37% |
| 20 | Newmarket Films | 28 | $471,900,320 | 76,379,481 | 0.23% |
| 21 | IFC Films | 368 | $409,321,534 | 64,131,428 | 0.20% |
| 22 | CBS Films | 24 | $383,911,097 | 47,627,449 | 0.19% |
| 23 | FilmDistrict | 16 | $382,933,030 | 47,522,112 | 0.19% |
| 24 | Artisan | 58 | $381,879,157 | 72,324,289 | 0.19% |
| 25 | Paramount Vantage | 87 | $376,993,838 | 55,448,089 | 0.19% |
| 26 | Overture Films | 23 | $342,696,132 | 45,769,788 | 0.17% |
| 27 | STX Entertainment | 14 | $313,029,881 | 36,381,227 | 0.15% |

VIEW FEATURES

### Most Anticipated Movies

Baywatch
Pirates of the Caribbean: Dead Men Tell No Tales
The Mummy
47 Meters Down
Dunkirk
Fast and Furious 9
Wonder Woman
Captain Underpants: The First Epic Movie
Kidnap

| 28 USA Films | 28 | $296,282,431 | 53,244,929 | 0.15% |
|---|---|---|---|---|
| 29 Gramercy | 59 | $294,697,471 | 64,740,015 | 0.15% |
| 30 Roadside Attractions | 121 | $294,523,911 | 35,933,499 | 0.15% |
| 31 Weinstein/Dimension | 12 | $292,964,782 | 40,767,850 | 0.14% |
| 32 IMAX Films | 87 | $288,577,206 | 48,148,277 | 0.14% |
| 33 A24 | 53 | $184,597,384 | 21,797,665 | 0.09% |
| 34 Picturehouse | 30 | $155,411,956 | 22,299,888 | 0.08% |
| 35 Polygram | 9 | $150,730,128 | 32,271,996 | 0.07% |
| 36 Warner Independent | 26 | $149,630,060 | 23,182,668 | 0.07% |
| 37 MacGillivray Freeman Films | 7 | $148,322,809 | 29,116,181 | 0.07% |
| 38 Focus/Rogue Pictures | 10 | $143,951,668 | 22,414,937 | 0.07% |
| 39 Fine Line | 73 | $133,674,231 | 26,940,592 | 0.07% |
| 40 Samuel Goldwyn Films | 84 | $129,267,446 | 17,995,840 | 0.06% |
| 41 Magnolia Pictures | 313 | $127,904,584 | 17,479,787 | 0.06% |
| 42 Pure Flix Entertainment | 8 | $127,655,544 | 15,253,084 | 0.06% |
| 43 Sony/TriStar | 10 | $120,306,715 | 24,284,616 | 0.06% |
| 44 Eros Entertainment | 136 | $116,725,566 | 15,663,986 | 0.06% |
| 45 Freestyle Releasing | 100 | $112,577,508 | 15,300,277 | 0.06% |
| 46 October Films | 45 | $105,688,542 | 22,150,242 | 0.05% |
| 47 United Artists | 10 | $100,917,553 | 14,086,858 | 0.05% |
| 48 UTV Communications | 98 | $88,452,170 | 11,254,026 | 0.04% |
| 49 Alliance Films | 47 | $74,299,926 | 10,807,419 | 0.04% |
| 50 Broad Green Pictures | 13 | $72,113,896 | 8,440,897 | 0.04% |
| 51 Savoy | 10 | $65,656,828 | 15,092,800 | 0.03% |
| 52 Rocky Mountain Pictures | 29 | $65,628,076 | 8,741,048 | 0.03% |
| 53 Filmways Pictures | 1 | $65,233,369 | 10,176,812 | 0.03% |
| 54 Bleecker Street | 13 | $64,168,746 | 7,479,270 | 0.03% |
| 55 ThinkFilm | 105 | $61,702,375 | 9,529,534 | 0.03% |
| 56 National Geographic Entertainment | 26 | $60,211,129 | 8,011,887 | 0.03% |
| 57 Yash Raj Films | 51 | $59,413,300 | 8,410,161 | 0.03% |
| 58 Yari Film Group Releasing | 13 | $56,140,232 | 8,417,860 | 0.03% |
| 59 Trimark | 28 | $55,942,522 | 11,883,312 | 0.03% |
| 60 Destination Films | 5 | $55,116,326 | 10,225,661 | 0.03% |
| 61 Orion Pictures | 12 | $51,717,241 | 11,588,590 | 0.03% |
| 62 Goldwyn Entertainment | 33 | $49,807,146 | 10,769,844 | 0.02% |
| 63 EuropaCorp | 7 | $46,155,394 | 5,384,316 | 0.02% |
| 64 Giant Screen Films | 7 | $45,662,623 | 7,719,013 | 0.02% |
| 65 nWave Pictures | 27 | $42,486,061 | 7,042,486 | 0.02% |
| 66 First Look | 51 | $41,549,050 | 7,514,716 | 0.02% |
| 67 RADiUS-TWC | 27 | $35,623,234 | 4,298,068 | 0.02% |
| 68 High Top Releasing | 12 | $32,919,623 | 3,856,730 | 0.02% |
| 69 Music Box Films | 96 | $32,113,522 | 4,024,943 | 0.02% |
| 70 Apparition | 8 | $29,941,563 | 3,907,581 | 0.01% |
| 71 Clarius Entertainment | 5 | $29,119,817 | 3,555,725 | 0.01% |
| 72 IDP/Goldwyn/Roadside | 19 | $28,285,177 | 4,360,764 | 0.01% |
| 73 Zeitgeist | 105 | $27,233,527 | 4,182,797 | 0.01% |
| 74 Focus / Gramercy | 1 | $26,594,261 | 3,074,481 | 0.01% |
| 75 New Yorker | 102 | $23,648,088 | 4,216,013 | 0.01% |
| 76 3D Entertainment | 7 | $23,621,565 | 3,315,452 | 0.01% |
| 77 IDP Distribution | 16 | $23,406,780 | 3,907,113 | 0.01% |
| 78 Alchemy | 32 | $21,556,266 | 2,671,954 | 0.01% |
| 79 Mongrel Media | 101 | $20,251,094 | 2,494,837 | 0.01% |
| 80 Live Entertainment | 4 | $19,129,723 | 4,151,948 | 0.01% |
| 81 SK Films | 5 | $19,084,280 | 3,054,174 | 0.01% |
| 82 Great India Films | 1 | $18,985,794 | 2,194,889 | 0.01% |
| 83 China Lion Film Distribution | 65 | $17,779,555 | 2,112,256 | 0.01% |
| 84 Odeon Films | 9 | $17,763,674 | 2,949,124 | 0.01% |
| 85 Miramax/Roadside Attractions | 1 | $17,737,646 | 2,104,109 | 0.01% |
| 86 Oscilloscope Pictures | 80 | $17,410,635 | 2,153,050 | 0.01% |
| 87 Cohen Media Group | 46 | $17,400,190 | 2,100,457 | 0.01% |
| 88 Excel Entertainment | 18 | $17,155,655 | 2,808,853 | 0.01% |
| 89 Screen Media Films | 35 | $16,801,466 | 2,792,811 | 0.01% |
| 90 FIP | 10 | $16,568,368 | 1,937,178 | 0.01% |
| 91 Entertainment One | 33 | $16,340,929 | 2,011,386 | 0.01% |
| 92 Anchor Bay Entertainment | 57 | $16,327,436 | 2,069,476 | 0.01% |
| 93 Well Go USA | 44 | $16,156,544 | 1,896,839 | 0.01% |
| 94 FUNimation | 9 | $15,901,304 | 1,864,278 | 0.01% |
| 95 WGBH Giant-Screen Films | 3 | $15,553,324 | 2,695,707 | 0.01% |
| 96 Strand | 257 | $15,326,100 | 2,539,831 | 0.01% |

Valerian and the City of a Thousand Planets

## Trending Movies

Guardians of the Galaxy Vol 2
Alien: Covenant
xXx: Return of Xander Cage
Beauty and the Beast
King Arthur: Legend of the Sword
The Fate of the Furious
Everything, Everything
Moana
The Hunger Games
Snatched



Nintendo Wii Store

Wii consoles, games, points,
accessories, guides & more.

▶ Shop Amazon.com/wii

## Trending People

Stan Lee
Frank Welker
Tom Cruise
John Ratzenberger
Samuel L. Jackson
Warwick Davis
Bob Bergen
Chris Pratt
Dwayne Johnson
Naomi Watts

# Exhibit
# J



# Wiczyk goes to U as VP prod'n

*Cathy Dunkley*

JANUARY 7, 2001 | 11:00PM PT

## *Exec to ankle Summit Entertainment*

Modi Wiczyk, senior VP production at Summit Entertainment, will ankle his post to join Universal Pictures as VP, production.

Wiczyk, who will remain at Summit while a replacement is sought, is expected to begin work at U at the end of February or early March. He will report to studio production prexy Kevin Misher.

In the interim, Wiczyk will continue to oversee the development of projects such as "Mr. and Mrs. Smith," written by Simon Kinberg and produced by Akiva Goldsman; "Locked and Upright," written by Barry McEvoy, with Dean Parisot attached to direct for producer Mark Johnson; "Closure," written by Ellen Rappaport, with Andy Fleming attached to direct and Marc Platt producing; and "Escapade," to be written and directed by John Patrick Shanley.

"I feel blessed in that I have got an exciting opportunity ahead of me at Universal after having a wonderful working experience with Patrick Wachsberger and Summit Entertainment," Wiczyk said.

Wiczyk joined Summit in July 1999 as senior veep of production, where he helped build Summit's development, production and co-production department as the company increased its sales and production activities.

Summit's foreign sales — mainly from its relationships with Artis
Entertainment, Mandala Pictures, Newmarket Group and Constantin Films. These
ties have given the company of pics such as "The Blair Witch Project" franchise
and "Cruel Intentions."

Prior to joining Summit, Wiczyk worked on consultancy projects with Paramount
Classics, Industry Entertainment, William Morris Agency and Phoenix Pictures.

*Want to read more articles like this one?* **SUBSCRIBE TO VARIETY TODAY.**

## Sponsored Content

Recommended by



**Hollywood Actress Tells All: "I Felt Bloated, Tired, and Unhealthy… Now I**
ActivatedYou

**14 Athletes who Make Kim Kardashian Look Plain**
Journalistate

**Here's Why You Should Sign Up and Drive for Uber**
Uber



**The one reason Amazon Channels is a "better value" than Netflix and**
Business Insider

**Remove Eye Bags & Wrinkles in Just 1 Minute save money every day**

**20 Movies You Never Knew Were Hotter Than 'Fifty Shades'**
Viral Thread

## Sponsored Content

*How To Fix Your Fatigue (Do This Every Day)* Gundry MD

*Only 1 in 10 People Can Solve This Forrest Gump Quiz. Can You?* Direct Expose

*Sheets That Always Feel Like The Cool Side Of The Pillow* Brooklinen

## More From Variety

*All-Star 'Murder on the Orient Express' Cast Assembles in London*

*M. Night Shyamalan Unveils 'Split'/'Unbreakable' Sequel Starring Bruce Willis, Samuel L. Jackson*

*Chris Pratt Admits He Was 'Caught Off Guard' by 'Passengers' Criticism*



*Don't Create Your* — *Jennifer Lawrence's Sexy 'Red Sparrow' Trailer Seduces CinemaCon*

*Until You See This Site Wayfair* — *T.J. Miller, Jessica Henwick Join Kristen Stewart in Thriller 'Underwater' (EXCLUSIVE)*

*How To Repair a Ripped Shirt: The*

*Essential DIY Guide* Health Headlines

*Your Guide For Wearing This Season's Hottest Denim Looks* Shop Spring

*Daniel Craig, Pierce Brosnan, Sean Connery Pay Tribute to 'Magnificent Bond' Roger Moore*

Recommended by

Sponsored by Amazon Prime Video

**Can't Stop, Won't Stop Watching These Addictive Shows**

Five hilarious TV buffs discuss why Bryan Cranston's "Sneaky Pete" and "Fleabag", starring Phoebe Waller-Bridge, are two must watch addicting series

**Read More**



© Copyright 2017 Variety Media, LLC, a subsidiary of Penske Business Media, LLC. Variety and the Flying V logos are trademarks of Variety Media, LLC.

Variety411: Your production services resource