# Exhibit

# K



# Sony chases down Wiczyk for 'Commercial'

*Dana Harris*

🐦 *@theknife*

AUGUST 1, 2000 | 12:00AM PT

## *Konrad nabs spec actioner for low- against mid-six figures*

Tyro screenwriter Roee Wiczyk has sold a spec with the truth-in-advertising handle of "Untitled Commercial Youth-Oriented Action Film" to Sony-based producer Cathy Konrad's Konrad Pictures in a low- against mid-six-figure deal.

Summit Entertainment is circling to partner with Sony to take foreign rights on the pic, which is pitched as a twentysomething's take on "The Treasure of the Sierra Madre."

Sony exec production VP Matt Tolmach and creative exec Jonathan Kadin brought the script into the studio with Konrad's director of development, Jeanne Allgood.

Wiczyk is repped by Jeff Graup and Alex Goldstone at Graup Entertainment and attorney Howard Abramson of the law firm Behr and Abramson.

*Want to read more articles like this one? **SUBSCRIBE TO VARIETY TODAY.***

## Sponsored Content

Recommended by



Hollywood Actress Tells All: "I Felt Bloated, Tired, and Unhealthy... Now I Activated You

Why Amazon Channels is a "better value" than Netflix or Hulu
Business Insider

Fans Stunned As Don Knotts Blurts Out Why He Left 'The Andy Griffith Definition



How Uber Gave This Chicago Dad Financial Freedom
Uber

Watch Anything On Your TV With This Brilliant Life Hack
lifestyle Research

Here's Why You Should Sign Up and Drive for Uber
Uber

## Sponsored Content

*People Are Racing To Get These Invisible Hearing Aids* Hear.com

*Can hearing aids deliver better than normal hearing?* Hear.com

*California Homeowners Eligible for No Cost Solar...* The Solar Institute

*20 Of The Fastest Military Jets Ever Built* theBrofessional

*These 23 Questions Analyze Your Level of Education* Definition

*Test Your War Movie IQ By Identifying These 50 Scenes* Zoo

## More From Variety

*All-Star 'Murder on the Orient Express' Cast Assembles in London*

*Daniel Craig, Pierce Brosnan, Sean Connery Pay Tribute to 'Magnificent Bond' Roger Moore*

*Cannes Film Market Adds HAF, Vilnius, New Horizons, Thessaloniki to Pix-in-Post Showcases*

*Jennifer Lawrence's Sexy 'Red Sparrow' Trailer Seduces CinemaCon*

*HanWay Films' Gabrielle Stewart on What Independent Distributors Look for in Acquiring Films*

*Chris Pratt Admits He Was 'Caught Off Guard' by 'Passengers' Criticism*



Recommended by

Sponsored by Amazon Prime Video

# Exhibit
# L

Google Groups

---

# Mr. Showbiz article

---

**Sophie2**
Posted in group: **alt.fan.val-kilmer**

Jan 20, 1999 12:00 AM

Here's a nice long interview on Val. Too bad about his disagreement with Kevin
Spacey. I wonder if Val would do a movie with him, feeling the way he does?
Too bad. I would have loved to see those two in a movie together.

MR. SHOWBIZ....

What's a few thousand dollars in old debts between wealthy, successful movie
stars? Plenty, according to Batman-that-was Val Kilmer, who has a bone to pick
with fellow thespian Kevin Spacey.

Seems the Oscar-winning Spacey has been in Kilmer's doghouse for quite some
time, according to comments the famously temperamental star of the new romantic
drama At First Sight made in a recent interview with Mr. Showbiz.

It all goes back to the late '70s, when both were students at Juilliard. As
Kilmer tells it, his late father, Eugene, was "hustled" by the Usual Suspects
star, who claimed he was about to default on his tuition payments and asked the
senior Kilmer for a small loan. According to Kilmer, Spacey knew he was about
to quit school when he asked for money.

"It was, like, $18,000," Kilmer remembers. "My dad thought we were best friends
so he wrote him a check."

Years later, the two crossed paths after both had gone on to establish
flourishing acting careers. As Kilmer recalls it, "I said, 'Congratulations.
You're doing great, but you ought to pay my dad back. I don't have much to say
to you till you do that.' He sent my dad a thousand dollars and some sad-song
letter that was all lies."

Not surprisingly, Spacey sees things in a rather different light. When Mr.
Showbiz asked for his thoughts regarding Kilmer's claims, his publicist told
us, "Ten years ago Mr. Spacey repaid in full an $800 loan, with interest, made
by Eugene Kilmer in 1979 to help towards his first year's college expenses."

Apparently Kilmer's ill will hasn't rubbed off. Spacey's publicist further
states that the Oscar-winning actor feels "strongly" he would not have ascended
to his present status among Hollywood's elite without "the generous support of
[Eugene] Kilmer, and many like him."

There was even a kind word for his accuser, to whom Spacey remains
"particularly grateful" for having pointed him to Juilliard in the first place.
Awww.

VAL Kilmer wants you to like him. Having come off a string of high-profile
action duds (The Saint, The Ghost and the Darkness), a major sci-fi fiasco (The
Island of Dr. Moreau, after which director John Frankenheimer swore he'd never
work with the actor again), and a bitter divorce from actress Joanne Whalley,
the notoriously difficult actor seems eager to show his kinder, gentler side.

Kilmer can currently be heard as the voice of Moses in DreamWorks' animated
family epic The Prince of Egypt. It's his latest shot at slipping into the

shoes of a cultural icon, something the actor does with surprising ease. After all, his best (and most flamboyant) performances—Jim Morrison in The Doors, Doc Holliday in Tombstone—are startling impersonations of real-life historical figures.

But Kilmer's latest role is infinitely more tricky. At First Sight is an intimate love story with a twist. "What if you fall in love at first sight and you can't see?" the actor says. In the film, he plays Virgil Adamson, a blind masseur who is convinced by his architect girlfriend (Mira Sorvino) to undergo experimental surgery to regain his sight. Based on a true story documented by Dr. Oliver Sacks, At First Sight sometimes succumbs to sentimentality but Kilmer's sensitive, nuanced acting manages to skirt the goo.

Clad in a Hugo Boss leather jacket and purple-tinted John Lennon shades, the actor chatted openly about playing blind, playing Batman, and playing with his kids.

**Was playing a blind person a big challenge?**

It's probably the hardest role I've ever played. The premise couldn't be more simple and yet more complex: What if you fall in love at first sight and you can't see? The fact that it's a true story doesn't matter. It doesn't matter that Titanic's a true story. It's a love story. Take the love story out and you'd have nothing. And I think it's really Mira's character's love and belief that inspires Virgil to see. The way that we tell the story is that she made him something he was not.

**Mira Sorvino said you made her role easier because when you were playing the character blind, even though you would react to her, there was nothing in your eyes. Can you talk about how you achieved that?**

It was a lot of work. There are things that seem effortless to us that for Virgil take a lot of effort. Just keeping his clothes neat, making sure his shirt's tucked in. These are things that even when we can see, we still mess up. I'm always doing that. But for Virgil it takes a lot of practice. I went to New York really early on to rehearse for the role. I spent quite a bit of time with my eyes closed in my room or with contact lenses on where I couldn't see. And then I went out on the street and in the subway.

**Did you go out by yourself?**

Yeah. By myself and with friends. It was actually harder with friends. It was very frustrating. They'd say, "Watch out!" But they didn't say "Watch out for what?" If a dog was loose, they wouldn't tell me what direction he was coming from.

**Did people on the street try to help you?**

Some did and some didn't. It's a very deep experience to stand on the street and ask for directions, knowing someone's standing next to you but they won't answer. They don't want to bother. It's an awful kind of pity. It's as though there's something wrong with you because you're blind. And for a lot of blind people I talked to, it's a question of pride. It's hard to admit that you're lost. Children don't like to get lost, but imagine being in that condition as an adult. It's very tough.

**Did you use any blind people as inspiration for your character?**

My friend Michael. He's a sculptor in Santa Fe [N.M.] who lost his sight in Vietnam from a hand grenade. I've known him for years, so it was easy to work with him. He has a miraculous spirit and a great sense of humor. He says, "My first date. It was a blind date." He can tell jokes for hours.

Another inspiration were Shirl and Barbara Jennings, the real-life couple the film is based on. They're so in love and so attentive to each other. It was wonderful to watch. I also became friends with a blind masseur in White Plains.


**What did you learn from him?**

A lot, because Virgil has the same job in the film, so it was my good luck. He read the script and was very soulful and insightful. He had a lot of interesting ideas. For instance, he was very attached to his seeing-eye dog, so he was always lobbying for more dog scenes. It's a very important relationship for a blind person. There was a line toward the end of the film where I say that my dog has been put out to pasture, and some of the focus groups that saw the film were very upset. Irwin [Winkler] almost re-shot the scene because people were upset that it sounded like the dog was dead. Also, in another example of just strange good luck, he had met a woman who didn't know he was blind, and they had their first conversation on the phone. And we talked about the oddness of when you tell someone you'd like to date that you're blind. Sometimes he'll wait until he gets a feeling about them because he feels like they might cancel.

**You said it was especially hard to play Virgil after he regained his sight. Why do you think that was?**

It's hard to describe. If Virgil closes his eyes and feels a table, he knows what it is but it's very different when he sees it. It was hard to accurately capture that physical state. Because the absolute reality is that it takes much longer to regain sight than we could dramatize on-screen. What we filmed is as realistic as we could make it, but Virgil just couldn't have learned that quickly what a door looks like. I'd tell Irwin, "I can't do that." He'd say, "Why?" and I'd say, "Because I can't see it." He'd say, 'Well, OK, can't you just do the scene anyway?" We have that scene where Virgil first comes back to Amy's apartment and is surprised to see the balloons she put up. But the reality is that he would have found the sight of the bed equally bizarre. It would be a much longer process for him to understand what he sees. But it would have been distracting from the love story.

**As Virgil, you captured the way a blind person might physically hold himself. Did you find that these physical characteristics were common in all blind people?**

The two extremes are you're either very rigid—which the masseuse was. He'd talk about it. It was a problem for him because it made people very nervous. There's also this rocking thing that blind children do. But kids just don't care what you think. We had Virgil go to both extremes so Irwin could pick and choose what he wanted in the film. I even rock a lot now. It feels good. [Laughs.]

**You had a few scenes working with blind children. What was that like?**

Some of them handle it better than others. There was this one black boy who was just angry. It was tough to watch him because you could tell. Some see better than others so they don't want to be treated like they can't see. In some ways it was really exposing, because we're really not that different than they are. If you take the physical blindness aspect away from the film, it would be the exact same film. Just a story about a guy from out of town who's never seen New York before. When I moved to the city, I was 17, and it took me an hour to get from 64th Street to 72nd. I felt like one of the Beverly Hillbillies.

**Your character Virgil is more comfortable living a quiet life in the country than he is at living in New York City. Are you similiar off-screen?**

Yeah. I've been living in Santa Fe, N.M., since 1983. I've been going back and
forth between there and New York.

**Are you still a celebrity in Santa Fe, or are you able to be a more anonymous
type of guy?**

They don't care about actors there. It's an artistic, multicultural community.
There're a lot of eccentric characters out there and people who make enormous
contributions to their community. If you've been to Santa Fe, you're kind of
stuck with the tourist aspects of it, but there's a feeling underneath and a
soul to it. It comes from the quality of the lives of the community. I'm
grateful to expose that to my children, because I think it's vanishing out of
our culture everywhere. Even New York. Since I was there in the 1970s things
have changed.

**In the new Guiliani-family-friendly city?**

The Hungarian section of the East Village has vanished. Even in Greenpoint,
where most of the signs are written in Polish, it's now gentrified.

**What are you working on next?**

I have a film that will be at Sundance called Joe the King. Frank Whaley wrote
it and directed it. He's a great actor and comedian. He asked me to play his
dysfunctional alcoholic janitor father. This is Frank's real-life story of his
childhood. The kids in the film are fantastic. It's reminiscent of The 400
Blows. It's terrific.

**You went to Chatsworth High School with Mare Winningham and Kevin Spacey. Do
you still keep in touch with them?**

No, I have no idea what Mare's up to except I just saw the other day that she
has a new record out. And Kevin stole money from my dad, so I don't talk to
Kevin.

**In high school?**

No. College. We went to Juilliard, and he knew my dad well from high school,
and he hustled him. He told him that the school was going to kick him out
because he used up his student loans so my dad wrote him a check. Even though
Kevin knew he was gonna quit. So he hustled my dad for the money.

**Was it like, a thousand bucks?**

No, it was tuition. It was like, $18,000. My dad thought we were best friends
so he wrote him a check. I ran into Kevin years later, and he had made some
movies and probably won a Tony by then. I said, "Congratulations. You're doing
great, but you ought to pay my dad back. I don't have much to say to you till
you do that." He sent my dad a thousand dollars and some sad-song letter that
was all lies. And my dad died, [about] 1992 or '93, right before I started
Tombstone. So I'm gonna have to [have Spacey] pay for the college education of
my children.

[Kevin Spacey's publicist responds: "Ten years ago Mr. Spacey repaid in full an
$800 loan, with interest, made by Eugene Kilmer in 1979 to help towards his
first year's college expenses. He has always been grateful for the opportunity
this afforded him and feels strongly that without the generous support of Mr.
Kilmer, and many like him, he would never have achieved the success he has
today. He is particularly grateful to Val for having suggested he apply to
Juilliard in the first place."]

**What was it like working on The Prince of Egypt?**

Oh, it just gave me quivers. It was just an amazing group of artists. I don't know if Jeffrey [Katzenberg] really got credit for [having] the courage to make such an unusual breakthrough animated film. I can't say enough about it. It's a classic.

**Any trepidation about playing the character of Moses?**

No, because the three directors on that film and Jeffrey really created a warm feeling of collaboration. They were so thorough about everything. I didn't really have concerns because they had talked to so many religious scholars. [That's] the kind of thing that an actor usually has to do himself. [Pauses.] That's the most bacon I've ever had in my whole life.

**Did you see ever see Batman and Robin?**

Half of it. The same half everybody else saw, but I had to turn it off. Especially when I saw a picture of that silver bat suit. Wow. It was hard enough wearing the black one.

**Do you see yourself doing more independent, small-scale films in the future?**

I would love to do a movie just like this every year. I've really been fortunate in that nothing I've done has ever prevented me from doing anything else. That happens all the time, unfortunately. It depends on who you are and the kind of rhythm in which you work. Bruce Willis comes to mind. If [he'd taken] two and a half years off after he did Hudson Hawk, he probably would've been in trouble. But he just loves to work, and that's his rhythm. I'd like to work more on projects that don't take so long to do. Even Heat. I didn't play the lead in that [movie], but it took forever. I started it the day after Batman Forever, and it just took [nearly] as long—about four and a half months. It took about 14 days total to do the shootout scene. Every Sunday, forever. Go down to L.A. and blow it up. It must've been really weird for the people working in the area. Thousands of rounds of bullets. He [director Michael Mann] had 11 cameras on that [scene].

**Now that your divorce is over, are you more comfortable talking about it?**

The last couple of years have been pretty difficult because of my divorce and custody issues. That's something I never talked about in the press because I didn't think it was the right thing to do. Now that the trial's over, I don't feel so bad about telling the truth of it. I never lied. I just didn't think it was appropriate to talk about. That was really a damaging time; to say that I can't co-parent my children is pretty vicious stuff. But, unfortunately, that's what happens with divorce.

**Your ex-wife, Joanne Whalley, is British. So does that mean half of the year the kids are raised in England?**

They live here. That was one of the dramas going on. But there were certain periods of time when it would have been legal for her to just take the children, which was really terrifying.

**So they have to stay in this country even though you have joint custody?**

Yeah. She could move. But the kids have dual passports. All children in the United States who have a foreign parent do until they turn 18. [Pauses.] I can't remember the question. Did we answer it?

**Are you a real hands-on dad off-screen?**

Yeah, I am. My kids really deepen my sense of gratitude for having what I have. They also really energize me. Just over Christmas my 7-year-old daughter took up skiing. My 3-year-old son is fearless, so I thought he would really jump on it too, but he didn't. He'll usually do anything she does, but he was very happy just staying in. But [when] I was a kid, I really appreciated that my parents didn't push things on us. And the mountains aren't going anywhere.

# Exhibit
# M

projectgreenlight.com

Feedback

Explore more than 300 billion web pages saved over time

Saved **252 times** between August 15, 2000 and July 8, 2017.

## Summary of projectgreenlight.com

**PLEASE DONATE TODAY.** Your generosity preserves knowledge for future generations. Thank you.



1996    1997    1998    1999    2001    2002    2003    2004    2005    2006    2007    2008    2009    2010

◄                                                                                                        ►

| JAN | | | | | | | | FEB | | | | | | | | MAR | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 1 | | | | | | | | 1 | 2 | 3 | 4 | | | | | | 1 | 2 | 3 | 4 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 | | 6 | 7 | 8 | 9 | 10 | 11 | 12 | | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 | | 13 | 14 | 15 | 16 | 17 | 18 | 19 | | 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 | | 20 | 21 | 22 | 23 | 24 | 25 | 26 | | 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 | | 27 | 28 | 29 | | | | | | 26 | 27 | 28 | 29 | 30 | 31 | |
| 30 | 31 | | | | | | | | | | | | | | | | | | | | | |

### APR

|    |    |    |    |    |    | 1  |
|----|----|----|----|----|----|----|
| 2  | 3  | 4  | 5  | 6  | 7  | 8  |
| 9  | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 |    |    |    |    |    |    |

### MAY

|    | 1  | 2  | 3  | 4  | 5  | 6  |
|----|----|----|----|----|----|----|
| 7  | 8  | 9  | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 |    |    |    |

### JUN

|    |    |    |    | 1  | 2  | 3  |
|----|----|----|----|----|----|----|
| 4  | 5  | 6  | 7  | 8  | 9  | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 |    |

### JUL

|    |    |    |    |    |    | 1  |
|----|----|----|----|----|----|----|
| 2  | 3  | 4  | 5  | 6  | 7  | 8  |
| 9  | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 |    |    |    |    |    |

### AUG

|    | 1  | 2  | 3  | 4  | 5  |    |
|----|----|----|----|----|----|----|
| 6  | 7  | 8  | 9  | 10 | 11 | 12 |
| 13 | 14 | **15** | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 |    |    |

### SEP

|    |    |    |    |    | 1  | 2  |
|----|----|----|----|----|----|----|
| 3  | 4  | 5  | 6  | 7  | 8  | 9  |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

### OCT

| 1  | 2  | 3  | 4  | 5  | 6  | 7  |
|----|----|----|----|----|----|----|
| 8  | 9  | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | **18** | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 |    |    |    |    |

### NOV

|    |    |    | 1  | 2  | 3  | 4  |
|----|----|----|----|----|----|----|
| 5  | 6  | 7  | 8  | **9** | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| **19** | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 |    |    |

### DEC

|    |    |    |    |    | 1  | **2** |
|----|----|----|----|----|----|----|
| 3  | **4** | 5  | 6  | 7  | 8  | 9  |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 |    |    |    |    |    |    |

## Note

This calendar view maps the number of times projectgreenlight.com was crawled by the Wayback Machine, *not* how many times the site was actually updated. More info in the FAQ.

FAQ | Contact Us | Beta Site Feedback | Terms of Service (Dec 31, 2014)

# Exhibit

# N

triggerstreet.com

Explore more than 300 billion web pages saved over time

Saved **809 times** between September 3, 2000 and July 12, 2017.

## Summary of triggerstreet.com

**PLEASE DONATE TODAY.** Your generosity preserves knowledge for future generations. Thank you.



| 1996 | 1997 | 1998 | 1999 | | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |

◀                                                                                                   ▶

|  | | JAN | | | | |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 |  |  |  |  |  |

|  | | FEB | | | | |
|---|---|---|---|---|---|---|
|  |  |  | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 |  |  |  |  |

|  | | MAR | | | | |
|---|---|---|---|---|---|---|
|  |  |  | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 |  |

|     | APR |    |    |    |    |    |
|-----|-----|----|----|----|----|----|
|     |     |    |    |    |    | 1  |
| 2   | 3   | 4  | 5  | 6  | 7  | 8  |
| 9   | 10  | 11 | 12 | 13 | 14 | 15 |
| 16  | 17  | 18 | 19 | 20 | 21 | 22 |
| 23  | 24  | 25 | 26 | 27 | 28 | 29 |
| 30  |     |    |    |    |    |    |

|     | MAY |    |    |    |    |    |
|-----|-----|----|----|----|----|----|
|     | 1   | 2  | 3  | 4  | 5  | 6  |
| 7   | 8   | 9  | 10 | 11 | 12 | 13 |
| 14  | 15  | 16 | 17 | 18 | 19 | 20 |
| 21  | 22  | 23 | 24 | 25 | 26 | 27 |
| 28  | 29  | 30 | 31 |    |    |    |

|     | JUN |    |    |    |    |    |
|-----|-----|----|----|----|----|----|
|     |     |    |    | 1  | 2  | 3  |
| 4   | 5   | 6  | 7  | 8  | 9  | 10 |
| 11  | 12  | 13 | 14 | 15 | 16 | 17 |
| 18  | 19  | 20 | 21 | 22 | 23 | 24 |
| 25  | 26  | 27 | 28 | 29 | 30 |    |

|     | JUL |    |    |    |    |    |
|-----|-----|----|----|----|----|----|
|     |     |    |    |    |    | 1  |
| 2   | 3   | 4  | 5  | 6  | 7  | 8  |
| 9   | 10  | 11 | 12 | 13 | 14 | 15 |
| 16  | 17  | 18 | 19 | 20 | 21 | 22 |
| 23  | 24  | 25 | 26 | 27 | 28 | 29 |
| 30  | 31  |    |    |    |    |    |

|     | AUG |    |    |    |    |    |
|-----|-----|----|----|----|----|----|
|     |     | 1  | 2  | 3  | 4  | 5  |
| 6   | 7   | 8  | 9  | 10 | 11 | 12 |
| 13  | 14  | 15 | 16 | 17 | 18 | 19 |
| 20  | 21  | 22 | 23 | 24 | 25 | 26 |
| 27  | 28  | 29 | 30 | 31 |    |    |

|     | SEP |    |    |    |    |    |
|-----|-----|----|----|----|----|----|
|     |     |    |    |    | 1  | 2  |
| 3   | 4   | 5  | 6  | 7  | 8  | 9  |
| 10  | 11  | 12 | 13 | 14 | 15 | 16 |
| 17  | 18  | 19 | 20 | 21 | 22 | 23 |
| 24  | 25  | 26 | 27 | 28 | 29 | 30 |

|     | OCT |    |    |    |    |    |
|-----|-----|----|----|----|----|----|
| 1   | 2   | 3  | 4  | 5  | 6  | 7  |
| 8   | 9   | 10 | 11 | 12 | 13 | 14 |
| 15  | 16  | 17 | 18 | 19 | 20 | 21 |
| 22  | 23  | 24 | 25 | 26 | 27 | 28 |
| 29  | 30  | 31 |    |    |    |    |

|     | NOV |    |    |    |    |    |
|-----|-----|----|----|----|----|----|
|     |     |    | 1  | 2  | 3  | 4  |
| 5   | 6   | 7  | 8  | 9  | 10 | 11 |
| 12  | 13  | 14 | 15 | 16 | 17 | 18 |
| 19  | 20  | 21 | 22 | 23 | 24 | 25 |
| 26  | 27  | 28 | 29 | 30 |    |    |

|     | DEC |    |    |    |    |    |
|-----|-----|----|----|----|----|----|
|     |     |    |    |    | 1  | 2  |
| 3   | 4   | 5  | 6  | 7  | 8  | 9  |
| 10  | 11  | 12 | 13 | 14 | 15 | 16 |
| 17  | 18  | 19 | 20 | 21 | 22 | 23 |
| 24  | 25  | 26 | 27 | 28 | 29 | 30 |
| 31  |     |    |    |    |    |    |

## Note

This calendar view maps the number of times triggerstreet.com was crawled by the Wayback Machine, *not* how many times the site was actually updated. More info in the FAQ.

FAQ | Contact Us | Beta Site Feedback | Terms of Service (Dec 31, 2014)

# Exhibit

# O

 **HELLO!** hellomagazine.com

Actors and actresses

NEWS
The latest news
News in pictures
CHANNELS
Celebrities
Actors and actresses
Musicians
Fashion and models
Royalty and statesmen
Health and Beauty
Travel
Canada
IN-DEPTH
Videos
Specials/Galleries
Profiles
British TV celebrities
INTERACTIVE CLUB
Horoscope
Postcards
Quizzes/Games
Competitions
Most Attractive Woman
Most Attractive Man
Most Elegant Woman
Dating
SERVICES
News feed
Tickertape
Contact us
Register
HELLO! MAGAZINE
This week's issue
Subscriptions

FILM



Profile on...
Demi Moore



The *American Beauty* star, seen here with jewellery designer Jade Jagger, was in London to kick off his new talent search website. Photo: © Alphapress.com
**Click on images for gallery**



Helena Bonham Carter and her boyfriend, director Tim Burton, were among the guests supporting Kevin in his new endeavour. Photo: © Alphapress.com

## STARS HELP KEVIN SPACEY LAUNCH BID TO AID ASPIRING FILMMAKERS

28 NOVEMBER 2002
Kevin Spacey's star status should help guarantee that his latest project – a website aimed at finding the next generation of would-be filmmakers - is a success. The actor was certainly able to generate some high-voltage celebrity support on Monday, with famous faces from Sir Paul McCartney to Oscar nominee Helena Bonham Carter turning out in London to help kick off the high-tech talent search.

The *American Beauty* actor admits his own road to Tinseltown wasn't always easy – and that's what led him to develop www.triggerstreet.com, which gives aspiring filmmakers a place to post their work. "I know what that feels like, and I never want to forget it," he says. "I was lucky, I was an actor. If you are a writer or director, you can't even audition."

Those who sign up on the site will have a chance to submit scripts and films, and may also evaluate the submissions of others. Kevin's production company Trigger Street is behind the project, and will have an option for 90 days on scripts and films voted into the website's top ten.

The new endeavour also features plans for a short film festival, judged by Hollywood stars such as Sean Penn, Ed Norton and Mike Myers.

Big name supporters at last night's event included Geri Halliwell, Joseph Fiennes, Jade Jagger, Jeremy Irons and Peter O'Toole.





**Make hellomagazine.com your home page | Advertising in the magazine | Advertising on the website | Disclaimer**

© 2001-2007, **HELLO!** All rights reserved.

# Exhibit

# P

# guardian

# Cyber Spacey

Kevin Spacey last visited Britain as Bill Clinton's conference sidekick. This time, he comes as a businessman, touting a website that helps new film-makers. Sean Clarke gets the sales talk

## Sean Clarke

Wednesday 27 November 2002 10.11 EST

Kevin Spacey is in town to talk about his new website, and talk about his new website he will. He breezes in to a trendy West End hotel in a smart suit and tie. To complete the picture, his former assistant and current business partner arrive bearing bucket-sized lattes, like retro remnants from the golden days of the startup.

The website, TriggerStreet.com, is an adjunct to Spacey's production company, and aims to provide a forum for unsigned film makers and screenwriters. He says it's all about "sending the elevator down", although one senses that he's waiting at the top to reap any benefits. Under the scheme, his production company gets first dibs on any script that makes it into the site's top 10, as voted on by visitors

Spacey is incredibly businesslike about the whole affair, discussing how his sponsors meet his overheads, what the latest hit count and subscription rate is, and his global marketing plans for the site. At one point, he grins devilishly after a question about sponsorship, and announces - to camera, as it were, "I do like a good Bud." A minute later, he's explaining his first-look clause with classic businessman rhetoric ("we were born at night, but not last night") This is Spacey as salesman, an offshoot of his Glengarry Glen Ross persona. There's little trace of the spikey, defensive Spacey one often reads about; today it's strictly quips, not carps.

But at other times, the caring liberal gets an outing. "'You have to send down the elevator' was something Jack Lemmon once said to me," he says, and some of the hard edge falls out of that velvet voice. "He was a great mentor to

me, and there were so many films that wouldn't have been made without him. I've done well because people like him believed in me."

He says the principle of giving the next generation a helping hand is quite widely held in Hollywood, and that people there don't see him as a saint for setting out to help new talent. "I have no idea how I'm perceived, but it's a philosophy I know is shared in the industry. There are people with gigantic egos who only care about themselves," he concedes, before leaning low over the table and saying, almost menacingly, "luckily, I don't have to work with any of those people."

He is genuinely excited, too, when putting himself in the shoes of unsigned film makers using his website. "There was a moment at the launch party in LA I looked across the room, and there was a cluster of people gathered around a plasma screen watching a short film that had been uploaded that afternoon, by a new film-maker. It was Sydney Pollack, Alan Parker, Billy Crystal, Jay Roach [the Austin Powers director] and Sheryl Crowe. And I thought, that film-maker had probably never thought that people of that calibre would be watching his movie, let alone all at one time."

So why has he come to England to launch the site, I ask, hoping for something about encouraging British talent, and prepared for some fluff about how much he likes it over here. Instead, he says that it's all part of a global marketing strategy, and it's down to his co-producer, Dana Brunetti, to give me the spiel about how the British are passionate about film.

"Of course," says Spacey, belatedly, "I have a great track record of working with Brits."

His great track record with British luvvies includes Sam Mendes (under whose direction he won a best actor Oscar), Judi Dench, Alan Parker, and many more. I ask if he'll be looking anyone up while he's in London.

Spacey fixes me with a cold, blank look. Have I said something wrong? Or is simply that Spacey is so famously private about his off-screen existence that he interprets even the most innocuous enquiry as tabloid-style door-stepping?

"I mean," I say warily, "will you be catching up with Sam Mendes?" Presumably it's the right thing to say, for Spacey retrieves his salesman's grin.

"Yes, will be seeing people while I'm here. I even hope to get to the theatre," he adds, presumably in reference to Mendes's celebrated run of Uncle Vanya at the Donmar. He'll be lucky to get tickets.

Asked whether he himself will return to the London stage, he says definitely yes. He doesn't know when, or to do what, but, "I know which boards I shall be treading - those of the Old Vic."

If so, it will be a far cry from the actor's last visit to these shores, accompanying pal Bill Clinton to the Labour party conference. But Spacey is quick to point out that it wasn't the conference he was here for.

"I was in town, but I didn't come for that purpose. I was on a 12-day visit with the former president to Africa. So while there was a whole load of speculation, I heard, after I left about what was I doing at the conference and who was I trying to influence" (he stresses the second syllable) "in fact if they'd done their work, instead of speculating, or even if they'd just asked the question, they'd realise that I'd been on a trip and he just asked me to come along."

He says he's glad he did. "At least you guys get a chance to get up once every year and talk about your issues. We have a convention, it's every four years, and it's all about the election." Spacey is quite serious about politics, a seriousness which he says goes back to stuffing envelopes for Jimmy Carter at high school. "I enjoy politics," he says. "I think a lot of things can get done in politics. I'm not cynical about it. And I think stuffing envelopes is very important."

He's somewhat less optimistic about the future of film, or rather, the future of cinema, and sees digital film, and digital distribution as as becoming increasingly important. "Even now," he says, "theatrical release for middle and smaller films is a difficult road to go down. It's all geared to big three-day weekends." So in future, he thinks, film-makers will find other ways to get their films out.

"You know, people come up to me sometimes and they ask 'When is your film coming to Fresno? When is your film coming to Albuquerque?' And the answer sometimes is 'That film isn't coming to Fresno'. Because if it doesn't do well in the big cities, they're not going to roll it out." The answer, he says, for film-makers who want to get their film out, is to "go direct to the consumer." Which is where his website comes in.

Spacey tells an anecdote about the original idea for the site, which is essentially Brunetti's brainchild. He says they "came up with a sketchy plan, which at the time..." and chuckles wryly, on which cue Brunetti take up the story "... which at the time, we thought was great." They both shake their heads ruefully. Later, I watch as the pair address a press conference, they repeat the story, with exactly the same pauses, the same chuckle, the same interruptions. It's beat-perfect, like a Mamet script. It makes me wonder if my idea that I've been talking to Spacey the salesman is taking it too far. Maybe it is just Spacey the actor, taking on another role.

## Since you're here ...

... we've got a small favour to ask. More people are reading the Guardian than ever, but far fewer are paying for it. Advertising revenues across the media are falling fast. And unlike many news organisations, we haven't put up a paywall - we want to keep our journalism as open as we can. So you can see why we need to ask for your help. The Guardian's independent, investigative journalism takes a lot of time, money and hard work to produce. But we do it because we believe our perspective matters - because it might well be your perspective, too.

If everyone who reads our reporting, who likes it, helps to support it, our future would be much more secure.

Become a supporter
Make a contribution
Topics
- Movies
- features

# Exhibit

# Q

Our Terms of Service and Privacy Policy have changed.
By continuing to use this site, you are agreeing to the new **Privacy Policy** and **Terms of Service**.   ✕

Log In

U.S. +      Business   Markets   Tech   Media   Personal Finance   Small Biz   Luxury   **stock tickers**   🔍

# Anheuser-Busch to launch Bud.TV

**In an effort to find young male viewers, brewer is set to debut its own Web-based television network in February.**

September 6 2006: 9:37 AM EDT

NEW YORK (CNNMoney.com) – Web surfers, this Bud.TV is for you.

Brewer Anheuser-Busch (Charts) announced Wednesday that it will launch a Web-based video network, named Bud.TV, in February. The company says it will feature new humorous webisodes, sporting events, consumer-generated content, field news reports, celebrity interviews, music downloads and comedian vignettes.

The company said the network videos will allow users to view the content in full-screen DVD quality.

Content providers will initially include Wild West Picture Show Productions, TriggerStreet.com, LivePlanet, SEED, @radical.media, Omelet and DDB Worldwide, and the company said more providers will be announced in the future.

"We're always looking for new opportunities to connect with adult consumers on a more personal level," said a statement from company president August Busch IV. "With adults spending more time online looking for entertainment to fit their lifestyles, we believe Bud.TV will enable us to reach them in an engaging and fun way."



Anheuser-Busch is set to start the Web-based network Bud.TV in February.

Anheuser-Busch is already a major advertiser on television and other traditional media, with U.S. ad spending of $606.7 million last year, according to *The Wall Street Journal*, citing statistics from TNS Media Intelligence. But the brewer's target audience of young male viewers has become more difficult to reach in recent years through traditional television programming.

"Traditional broadcast TV doesn't target to the male 21- to 34-year-olds; it tends to be a broader demographic and a more female draw," Tony Ponturo, Anheuser-Busch's vice president of global media and sports marketing, told the *Journal*. "So we are taking it upon ourselves to provide programming that hits that target base."

In 2007, Anheuser-Busch will dedicate about 10% of its U.S. ad budget to online, according to the *Journal*, about double the percentage it is spending this year, including online ads on third-party Web sites as well as Bud.TV.

Turning viral videos into a net brand ■

SAVE  |  EMAIL  |  PRINT  |  [RSS]  |  REPRINT

**More Fun Money**

Citigroup sues pawnshop over logo

Partridge, pear tree, etc.: $86,609

'Bailout' is 2008 word of the year

## Top Stories

Trump's first budget: Trillions in cuts

America's safety net at risk from Trump's budget ax

Strong North Korea links to global cyberattack

Trump's budget: Big gifts for rich, big cuts for poor

British police: Fatalities after incident in Manchester

YOUR E-MAIL ALERTS

Follow the news that matters to you. **Create your own alert** to be notified on topics you're interested in.

Or, visit Popular Alerts for suggestions.

Manage alerts | What is this?

Most stock quote data provided by BATS. Market indices are shown in real time, except for the DJIA which is delayed by two minutes. All times are ET. Disclaimer. Morningstar: © Morningstar Inc. All Rights Reserved. Factset. FactSe: Research Systems Inc.. All rights reserved. Chicago Mercantile Association. Certain market data is the property of Chicago Mercantile Exchange Inc. and its licensors. All rights reserved. Dow Jones: The Dow Jones branded indices are proprietary to and are calculated, distributed and marketed by DJI Opco, a subsidiary of S&P Dow Jones Indices LLC and have been licensed for use to S&P Opco, LLC and CNN. Standard & Poor's and S&P are registered trademarks of Standard & Poor's Financial Services LLC and Dow Jones is a registered trademark of Dow Jones Trademark Holdings LLC. All content of the Dow Jones branded indices © S&P Dow Jones Indices LLC and/or its affiliates.

© Cable News Network. A Time Warner Company. All Rights Reserved. Terms under which this service is provided to you. Privacy Policy.

# Exhibit

# R

# bud.tv

From Wikipedia, the free encyclopedia

**bud.tv** was a marketing venture of the Anheuser-Busch brewing company (the manufacturers of the Budweiser beer brand) in the form of an online entertainment network. The innovative project, which was launched in February 2007 just after the American Super Bowl, was rumored to cost more than $30 million in its first year. The head of the project, as well as its originator, was Jim Schumacker, an executive at A-B.

The first attempt by a consumer product company to launch a full-scale TV network with original long-form programming online, the project was met with great anticipation and interest among media and marketing professionals. It failed to attract the expected number of visitors in its first month of operation, however.

In May 2007, A-B contemplated changing strategies to make their content more portable and accessible to users. Rather than forcing users to come to the site, A-B worked on distribution initiatives with partners to email alerts to fans when and where content is airing.[1]

Despite expectations that it might fold by the year's end,[2] Bud.tv lasted until February 2009 before finally shutting down.[3] Possible causes for the site's initial low viewership include a lack of compelling content, the inability to easily share content, and a difficult-to-use age verification system.[4] The site's age verification firewall required users to enter personal information from government-issued identification, such as driver's license, before registering in order to discourage under-aged visitors. The site was "sunsetted" in February 2009, officially due to the cost, effort and focus required to maintain an entertainment site of this scale.[5][6]

# Contents

- 1  Programming
- 2  See also
- 3  References
- 4  External links

# Programming

The original content on bud.tv ranged from sports to sci-fi to drama, but focused primarily on comedy.[7] Writers tapped for bud.tv came from Saturday Night Live and The Howard Stern Show, and deals were made with such Hollywood players as Vince Vaughn,[8] Kevin Spacey, Ben Affleck and Matt Damon,[9] in addition to sportscaster Joe Buck and race car driver Dale Earnhardt Jr.[10] bud.tv's original programming has included a comedy named, "Replaced by a Chimp," a story about an everyday hero starring Tim Meadows entitled, "Ice Vision and Chef," and a show called "Future Man" starring Chris Parnell and Kevin Farley.

Concerns initially arose from critics arguing that the site would be advertising beer and drinking to underage viewers, but according to Robert C. Lachky, executive vice president for global industry development and chief creative officer at Anheuser-Busch, the original programming available on bud.tv has "nothing to do with (Anheuser-Busch's) brands."[11] The content makes little mention of Budweiser products at all. The breakout hit for the site came in the form of a discarded Super Bowl commercial entitled "Swear Jar" which, at the time, increased traffic by 50%.

The strategy behind this kind of original content created by companies or advertisers is to reach the exact audience segment intended for a given product, utilizing a "soft sell" technique.[12]

# See also

- Afterworld (Sci-Fi Show)
- Anheuser-Busch
- Budweiser (Anheuser-Busch)

# References

1. "How Far Will Consumers Go to See Your Content?" (http://www.adweek.com/aw/esearch/article_display.jsp?vnu_content_id=1003590901). Adweek. 2007-05-28.
2. "Anheuser's Bud.TV Hits an Online Wall" (https://www.wsj.com/article/SB117988898888251178 6.html?mod=todays_us_marketplace). Wall Street Journal. 2007-05-22.
3. "R.I.P. Bud.tv" (http://gigaom.com/video/rip-budtv/). Gigaom. 2009-02-19.
4. "A Tilt of the Glass to Bud.TV" (http://adage.com/whentrainsfly/post?article_id=116879). Advertising Age. 2007-05-24.
5. "R.I.P. Bud.tv" (http://gigaom.com/video/rip-budtv/). Gigaom. 2009-02-19.
6. "Anheuser-Busch Pulls the Plug on Bud.TV" (http://adage.com/article/madisonvine-news/anheuser-busch-pulls-plug-bud-tv/134701/). AdvertisingAge. 2009-02-18.
7. "This Bud's For (Most of) You" (http://creativity-online.com). Creativity. 2007-03-01.

8. "Anheuser-Busch freshens up bud.tv" (http://www.chicagobusiness.com). Crain's Chicago Business. 2007-04-23.
9. "Bud's Walled Garden" (http://chicagobusiness.com/cgi-bin/mag/article.pl?id=27807). Advertising Age. 2007-02-12.
10. Elliott, Stuart (2007-05-21). Marketers Can%27t Be Wrong: The Future Is in Consumer Behavior&st=cse "Viewers tune out bud.tv programs" (https://www.nytimes.com/2007/10/15/business/media/15adcol.html?scp=1&sq=1,200) Check |url= value (help). Crain's Chicago Business. Retrieved 2010-04-27.
11. Elliott, Stuart (2007-10-15). Marketers Can%27t Be Wrong: The Future Is in Consumer Behavior&st=cse "1,200 Marketers Can't Be Wrong: The Future Is in Consumer Behavior" (https://www.nytimes.com/2007/10/15/business/media/15adcol.html?scp=1&sq=1,200) Check |url= value (help). New York Times. Retrieved 2010-04-27.
12. Siklos, Richard (2007-04-15). "A Soft Sell with Cold, Hard Cash in Mind" (https://www.nytimes.com/2007/04/15/business/yourmoney/15frenzy.html?_r=1&scp=1&sq=A+Soft+Sell+With+Cold%2C+Hard+Cash+in+Mind&st=nyt). New York Times. Retrieved 2010-04-27.

# External links

- http://www.bud.tv - Note: This site currently redirects to buds.tv, the logo of which strongly suggests that it will "soon" house content on Cannabis.
- http://www.nytimes.com/2007/02/04/magazine/04BudTV.t.html?ex=1328245200&en=b5134a4321e868c1&ei=5088&partner=rssnyt&emc=rss
- http://www.bud.tv/public/BudTV_TermsOfUse.aspx
- http://www.anheuser-busch.com/press_room/2006/BudTV_090506.html
- http://www.anheuser-busch.com/press_room/Aristotle_011107.html
- http://adage.com/article?article_id=116074
- http://adage.com/article?article_id=114993
- http://adage.com/digital/article?article_id=115068
- http://adage.com/digital/article?article_id=114932

Retrieved from "https://en.wikipedia.org/w/index.php?title=Bud.tv&oldid=770064296"

Categories:  American websites

- This page was last edited on 13 March 2017, at 06:42.
- Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

# Exhibit
# S

 **NEWS**

# Putting movies on mobiles

**Mainstream movies get their recognition at awards ceremonies such as the Baftas and Oscars and movies for phones are getting their turn at MoFilm - the first mobile film festival.**

The awards highlight the increasing impact that mobile phones are making in the entertainment industry.

The first ever mobile film awards got a touch of Hollywood glamour as it was hosted by multiple Oscar winner Kevin Spacey.

Describing his involvement, he said: "When I started to hear about MoFilm, I started to hear about what they were trying to do with respect to short films and content being able to go on to people's phones.

"And in some cases realising that, in some countries, this might be the first time they ever see a movie," he said. "They won't see it on that big screen, they'll see it on a small one."

**New platforms**

Many aspiring filmmakers are frustrated by the lack of opportunities to screen their work but mobile phones are increasingly being seen as a new platform for these short works.

"Just the notion that yet there is another place - a further journey for artists, film-makers, documentarians - anyone who wants to express themselves and find a way to have that expression be seen by a wide audience," said Mr Spacey.

"When you think about how many people have mobile phones in the world, it's pretty ridiculous," he added.

The MoFilm competition received 250 entries from more than 100 countries. Entries were restricted to films that were five minutes or less in length - ideal for viewing and sharing on mobile phones.

An independent jury then selected a shortlist of five film-makers from which a winner was chosen by an audience voting using their phones at the Mobile World Congress.

"English as a Second Language" produced by Frank Chnindamo and directed by Jocelyn Stemat, won the MoFilm grand prize.

"This is about giving people in other countries a platform, and an ability to show their work, I'm here to support an idea that's about other people," said Mr Spacey.

"Purists may hate this but guess what guys, this is what our kids are looking at, they are engaged in this, they want this device.

"This is about people who are inspired and kids want this, they are more informed, they get it," he added.

The majority of films made for mobiles are short in length, taking into account the screen size, however this could be overcome as technology advances.

> " **It is an incredible opportunity, particularly for young emerging film makers** "
> Kevin Spacey

"I'm not sure that something could be longer than ten minutes and be able to sustain itself on that kind of screen," said Mr Spacey.

"Although, I know that one of the things we are learning here is that there are mobile companies that are creating phones that have the ability to watch stuff at higher quality."

MoFilm is pioneering content for mobile and online services that Mr Spacey feels is a world away from Hollywood.

"I am the only person from the film industry here, I see its potential, I get it," he said.

"It doesn't seem to me that other people are aware of it yet but I can see where it's going to be in five or ten years time.

"It is an incredible opportunity, particularly for young emerging film makers."

**Start here**

Mr Spacey's involvement with grass roots movie makers does not begin and end with hosting the MoFilm ceremony. Mr Spacey co-founded the Triggerstreet website that allows budding film-makers to showcase their work.

"I started the website about six years ago, and we now have close to 400,000 members around the world," he said.

"We started out with short films and we've done a whole series of short film festivals on the site."

"There are screen plays, plays, there's novels and now comic books which we just started - it's become a platform for independent film makers.

"One of the things we've learned at Triggerstreet, cause when we started, we didn't quite frankly know whether we were going to get wedding videos and porno.

"The quality of work and the simple ability at story telling, the thing that ignites someone and inspires them to tell a story, can really come from anywhere," he added.

*Digital Planet is broadcast on BBC World Service on Tuesday at 1232 GMT and repeated at 1632 GMT, 2032 GMT and on Wednesday at 0032 GMT.*

*You can listen*

*or download the*

.

Story from BBC NEWS:
http://news.bbc.co.uk/go/pr/fr/-/2/hi/technology/7908414.stm

Published: 2009/02/27 11:33:32 GMT

© BBC 2017