# Exhibit
# T



○ "Article Only"
○ "Article with Comments"
○ "Comments Only"   🖶 Print

# MRC, Universal Make 20 Pic, Five-Year Pact

By Mike Fleming Jr *on* May 27, 2010 9:56 am

**EXCLUSIVE**: Media Rights Capital and Universal Pictures closed a deal that will put up to 20 MRC-generated films through the studio distribution pipeline over a five-year period. The pact begins in 2011.

While MRC partners Modi Wiczyk and Asif Satchu have done repeat business at Universal, this is a new wrinkle in their formula of assembling and funding film packages with big stars and directors, and then licensing distribution to studios on a case by case basis. Those deals were structured to give creative freedom and maximum upside to stars and directors, and eventual ownership stakes in the films when copyrights revert back to MRC years down the line.



The Universal deal is a rent-a-system deal in which the studio will supply its marketing and distribution expertise for a distribution fee. Universal doesn't have first look at MRC projects, and MRC can pre-sell films domestically and in foreign territories. Universal can possibly opt in as an investor in these films. or not. What the deal gives MRC is a guaranteed major studio distribution outlet, to entice artists as it tries to expand its filmmaking program.

The deal doesn't impact Universal's homegrown film slate.

Universal has been involved in MRC's highest profile movie packages. The relationship began with the Sacha Baron Cohen-starrer *Bruno*, which Universal acquired for North American and some offshore territories for $42.5 million, just as buzz was growing on *Borat*. The film grossed $60 million domestic and $139 million worldwide. Universal then acquired *The Adjustment Bureau*, the George Nolfi-directed scifi pic that stars

Matt Damon and Emily Blunt. and will be released September 17, and the M. Night Shyamalan-produced thriller, *Devil*. The studio most recently acquired *Ted*, a $65 million budget R-rated comedy that will mark the feature directorial debut of *Family Guy* creator Seth MacFarlane. MRC's other prolific studio relationship has been Warner Bros, which distributed the Robert Rodriguez-directed Shorts, the Ricky Gervais comedy *Invention of Lying* (Universal released the film overseas) and the Cameron Diaz-starrer *The Box*. MRC pacted with Sony on *30 Minutes or Less*, the comedy directed by *Zombieland*'s Ruben Fleischer.

Backed by Goldman Sachs and AT&T with JP Morgan and Comerica its credit facilities, MRC plans to expand its film output. The track record so far has been mixed, and MRC has yet to score a real breakout hit. MRC is currently prepping the next film by District 9 director Neill Blomkamp, but hasn't yet figured out which studio to place it with.

Universal and MRC confirmed the deals and issued statements.

"We've been continually impressed with the quality of talent that MRC brings to the table," said Universal Pictures chairman Adam Fogelson. "By leveraging our strong marketing and distribution operations we can augment our own slate and expand our relationship with MRC, bringing more value to Universal."

Said MRC's Wiczyk: "MRC has always had the ability to greenlight and fully <u>finance</u> our films. With this deal, we now have another powerful tool for our artist partners, providing them with automatic access to the marketing and distribution expertise of a major studio."

<u>Universal Buys Seth MacFarlane's R-Rated Comedy About Teddy Bear In MRC Film Deal</u>

This article was printed from http://deadline.com/2010/05/mrc-universal-make-20-pic-five-year-pact-44036/

# Exhibit

# U

*The New York Times*

**MEDIA**

# A Merger of Agencies Shakes Up Hollywood

By MICHAEL CIEPLY   APRIL 27, 2009

LOS ANGELES — After months of discussion and rumors, two of the entertainment industry's largest talent agencies, William Morris and Endeavor, agreed on Monday to merge as William Morris Endeavor Entertainment.

Hollywood is scrambling to shore up traditional movie, television and music businesses that are struggling with a digital revolution, while reaching for a grip on forms of entertainment that are still taking shape.



The merger ends a period of relative stability among the major agencies, raising the possibility of new combinations and a stronger thrust by talent representatives into fresh lines of business

involving **FINANCE** , digital distribution or corporate alliances.

But the more immediate question may be whether the new company is really poised to become a powerhouse, or if this is the just the start of another Hollywood power struggle.

The combination was announced in a brief statement after votes by each company's board on

business representation. It will have more than 300 agents, representing clients in film, television, music, books, commercials and corporate branding.



In the near term, the new agency must deal with the layoff of hundreds of agents and supporting staff, a restructured management and the attention of competitors hungry to pick off prime agents and clients.

James A. Wiatt, who was chief executive of Morris, is to be chairman of the new company. Ariel Z. Emanuel, who was the dominant partner at Endeavor, but held no title, will have substantial authority in the new company. He was named a co-chief executive, along with Patrick Whitesell, from Endeavor, and David Wirtschafter, from William Morris.

For years, virtually every significant Hollywood agency has explored possible mergers with competitors as companies looked for growth and new horizons at a time when core movie and television businesses have been constrained by digital inroads and cost cutbacks.

Past merger proposals foundered as principals clashed over ego, control and internal economics. But Mr. Emanuel and Mr. Wiatt persisted in talks that began last year — each driven by

Company, said of the merger and other signs of entertainment industry consolidation.

"The business is shrinking a little bit. That's not to say it's not profitable, but it's evolving and changing," said Mr. Pollock, a former chairman of Universal Pictures.

William Morris, formed in 1898, has been particularly strong in music, has a deeply entrenched book business and represents clients in the commercials business. Its star clients include the performer and music entrepreneur Kanye West, the filmmaker and television producer J. J. Abrams and the toymaker Hasbro, which has a stake in films based on the Transformers and other toy lines.

Endeavor, just 14 years old, has been much stronger in film and scripted television, but had little hope of challenging Creative Artists without added financing and resources. Its roster of stars includes Adam Sandler, Matt Damon, Tyra Banks and Ben Stiller.

The merger could prove a boon to competitors like the United Talent Agency, International Creative Management, Paradigm and the Gersh Agency, all of which have pockets of strength, and have spent the last few months sizing up the agents and clients who might fall away from a combined William Morris and Endeavor.

"I think it changes our world in a great way," said Jeremy Zimmer, a partner at United Talent. "It makes us the clear alternative in a much smaller agency environment."

Through the weekend, many agents at both William Morris and Endeavor were fretting about who might make the cut or where they might fit into the new venture. Mr. Emanuel, whose brother Rahm is the White House chief of staff, told agents who flocked to his office that the weak economy was a major impetus to consolidation.

The atmosphere was also tense at William Morris, where more than a dozen members of the agency's large board found they would not have a place on a new nine-member board — which will include four from Endeavor and five from William Morris.

The politicking is not likely to end with the vote. Agents must now establish an informal pecking order within a new organization that will have neither the cohesiveness of Endeavor, which took pride in its somewhat communal culture, nor the long traditions of William Morris.

One of the first to say he would not be joining the new operation was Tom Strickler, a founding partner at Endeavor who was known internally as a keeper of the corporate culture. Mr. Strickler

coming along for the ride. "I've wanted to get on to the next chapter of my life for while," Mr. Strickler said, speaking by phone on Monday. He said he did not have a next job lined up.

At William Morris, another prominent agent, David Lonner, said he was told by Mr. Wiatt and Mr. Emanuel that he would not be part of WME Entertainment, according to a report on the Variety Web site.

Mr. Lonner did not respond to a call seeking comment. He has shared representation of Mr. Abrams — whose film "Star Trek" is set for release May 7 — with John Fogelman, who is in charge of the William Morris feature film department, and will have a place on the new board.

Spokesmen for Morris and Endeavor declined to discuss the departures.

A version of this article appears in print on , on Page B1 of the New York edition with the headline: A Merger Of Agencies Shakes Up Hollywood.

X by DNSUnlocker

ENTERTAINMENT BUZZ

 Odd-looking Ronaldo bust steals the show at airport ceremony

 WWE flexes sports entertainment muscle at WrestleMania

 Winterthur exhibit offers insight into detecting art fraud

# Exhibit

# V



# Kevin Spacey signs to CAA

*Tatiana Siegel*

MAY 14, 2009 | 06:29PM PT

## *Actor leaves William Morris for new agency*

Kevin Spacey has signed with CAA.

The actor-producer most recently starred in HBO's "Recount," which he produced through his Trigger Street shingle.

Earlier this week, Spacey signed on to star as Jack Abramoff in the true story-based thriller "Casino Jack," directed by George Hickenlooper from an original screenplay by Norman Snider.

He had been most recently been handled by WMA.

*Want to read more articles like this one? **SUBSCRIBE TO VARIETY TODAY.***

## Sponsored Content

Recommended by





The one reason Amazon Channels is a "better value" than Netflix and Business Insider

Hollywood Actress Maggie Q Shares Her Journey To A Healthier ActivatedYou

Weekend Movie Reviews AARP

Find Out How We're Working to Bring Clean Water to Everyone on charity: water

14 Actors Who Mysteriously Disappeared From Their Trend Chaser

9 Credit Cards With Major Holder Perks Credit Karma

## Sponsored Content

*See the credit card with rewards, no annual fee and low interest rates.* NerdWallet

*5 Best Credit Cards: Up To 5% Cash Back* GET.com

*Love Traveling Solo? These 10 Cruises Are Made for You* Cruise Critic

*What Technology Is Keeping You Safe On the Road?* Modern Wellness Guide

*Plan a Summer Getaway to the Tualatin Valley* Tualatin Valley

*This Stock Could Be Like Buying Amazon in 1997* The Motley Fool

## More From Variety

*Canadian Director Denis Côté Tapped as Future Frames Mentor at Karlovy Vary*

*M. Night Shyamalan Unveils 'Split'/'Unbreakable' Sequel Starring Bruce Willis, Samuel L. Jackson*

*Annecy: 'Mutafukaz' Creator-Director Guillaume 'Run' Renard Talks Inspiration, Animation and Adaptation*

*More Than 100 Items Stolen From World's Largest Private 'Star Wars' Memorabilia Collection, Says Owner*

*Esai Morales Running for SAG-AFTRA President (EXCLUSIVE)*

*Film Review: 'Who's Gonna Love Me Now?'*

Recommended by

Sponsored by Amazon Prime Video

*For the LOVE of MY SHOW! – Part 2: Walking a Line of 'Absurd & Super-Real'*



Five hilarious TV fanatics discuss how "Catastrophe", "Goliath" and "Patriot" find the delicate balance between ridiculous storytelling and real life

**Read More**

# Exhibit
# W

# How Sony lost the Steve Jobs movie: The inside story from the hacked emails

2.4k
SHARES

Share on Facebook   Share on Twitter



*IMAGE: JUSTIN SULLIVAN/GETTY IMAGES*



BY CHRISTINA WARREN DEC 11, 2014

A major motion picture about Steve Jobs was inevitable. Even before the Apple cofounder and CEO's death in 2011, Jobs was a figure of almost unparalleled universal interest.

Apple, after all, was one of the biggest companies in the world, and for most regular people, Jobs *was* Apple. Perhaps not since Walt Disney had a company been so associated with its CEO.

**SEE ALSO:** Steve Jobs Emails Show How to Win a Hard-Nosed Negotiation

The reverence for Jobs only grew after his death. Countless books about Apple and Jobs had been published before 2011, but Walter Isaacson's officially sanctioned biography, *Steve Jobs*, had unprecedented access to the man himself. Slated for release just weeks after Jobs' death, the book would go on to be an international bestseller.

It wasn't surprising when Sony was the studio to snap up a film adaptation of the book. Hot off of the success of *The Social Network*, *Steve Jobs* was seemingly the ideal follow-up. A similar

creative team, including screenwriter Aaron Sorkin and producer Scott Rudin, was assembled. Talk that David Fincher would direct began almost immediately.

It seemed perfect. Certainly much more ideal than another Jobs film, the smaller, Joshua Michael Stern-directed film starring Ashton Kutcher as Jobs that went into production in 2012. That movie debuted in 2013 to middling reviews, but for Apple fans the promise was that the next film, the *real* Steve Jobs movie, would be great.

Now, more than three years after acquiring the film rights to Isaacson's book, Sony Pictures is no longer associated with the project. Instead, it was sold to Universal.

How did this happen?

How did Sony screw up such a seemingly sure thing as the official adaptation of Steve Jobs' biography?

How did Sony screw up such a seemingly sure thing as the official adaptation of Steve Jobs' biography? Most of the time, the real story behind these kinds of Hollywood decisions goes untold for months or years until after the dust has settled.

But just a day after Sony officially let go of its interest in the Steve Jobs film and sold it off to Universal, something unprecedented happened: Sony Pictures was hacked.

It was arguably the biggest — and worst — hack in corporate history, with hundreds of thousands of documents (including complete copies of unreleased movies such as *Annie* and *Fury*) captured and subsequently released by cyber criminals.

Within those hacks was the corporate email inbox of Sony Pictures co-chairman Amy Pascal. And within those emails is the story of how the *Steve Jobs* project disintegrated at Sony.

From Pascal's inbox, we get a rare glimpse at what happens within the walls of a struggling film studio — one hampered by indecisiveness and frightened to take on projects that might be too risky and have too little impact.

From the outside looking in, the project was a dynamo, with actors, directors and producers dying to get in on the action. But once it came time to sign on the dotted line, securing talent and financing became an insurmountable obstacle for Sony, one that would ultimately doom the project.

For Pascal, the Jobs project was difficult, but it still felt important. It felt worth fighting for. In an email sent just after the project was sold to another studio, she laid bare the tragedy that the project wouldn't be happening at Sony:

"I feel like i just gave away a seminal movie, like *Citizen Kane* for our time.... I already think I may have made one of the worst decisions of my career."

*(Editors' note: The emails are presented verbatim, including spelling mistakes.)*

# The project



*IMAGE: KEVIN WINTER/GETTY IMAGES*

Sony jumped on the *Steve Jobs* project early. Walter Isaacson's biography wasn't even on bookshelves before the studio optioned the book in October 2011.

Almost immediately, rumors began swirling that the studio wanted Aaron Sorkin — fresh off his Oscar win for *The Social Network* — to adapt the book into a screenplay.

Sorkin officially signed on in May 2012. At the time, Sony's co-chairman Amy Pascal was quoted as saying, "There is no writer working in Hollywood today who is more capable of capturing such an extraordinary life for the screen than Aaron Sorkin; in his hands, we're confident that the film will be everything that Jobs himself was: captivating, entertaining, and polarizing."

Scott Rudin (who also worked with Sony on *The Social Network* and *Moneyball*) and Mark Gordon were attached to produce the project.

The high-profile nature of Jobs and the book meant the project was subject to rumors and speculation almost immediately. The success of *The Social Network* and the allure of Steve Jobs as a figure meant that this had the potential to be an international hit for Sony and its partners.

According to production schedules seen by *Mashable*, the plan at the end of 2013 was for the project to be produced for either fall or Christmas 2015 or into 2016, depending on the budget, director and readiness of the script.

# The script

Sorkin was hired to write his script for *Steve Jobs* (later known as *Jobs* internally at Sony) in May 2012.

While waiting for a script from Sorkin, executives at Sony, including Pascal, president of Sony Pictures Motion Picture group Doug Belgrad, and Columbia Pictures presidents Michael De Luca and Hannah Minghella were already discussing potential names for directors and leads in the project.



*IMAGE: FRAZER HARRISON/GETTY IMAGES FOR BAFTA LA*

Leonardo DiCaprio's agent was eager for the actor to read the script and the actor was clearly an early favorite for the role for the studio and most of the creatives involved.

According to emails reviewed by *Mashable*, Sorkin delivered his first draft of the script to the studio in early February 2014, and it was well-received by the higher-ups at Sony.

An email from Belgrad to Sony CEO Michael Lynton and Pascal summed it up best:

> Turned out pretty amazing.
>
> I love it.
>
> Can't wait to figure out how to do it.

After reading the script, Pascal emailed notes to herself from Sorkin's first draft.

> "I KNOW WE WANT A N ACTOR TOUR DE FORCE BU THE EARLY STUFF IS SO GREAT"

In an email to Elizabeth Cantillion and others, she added a few initial reactions:

> jobs script is on all your pix
>
> its long
>
> its great
>
> its not tsn
>
> but it will be

# Courting Fincher

Less than 48 hours after the first draft of the script arrived, Rudin, the producer, was busy working with executives at Sony to try to figure out a director for the project.

David Fincher (who directed Sony's Rudin-produced, Sorkin-penned *The Social Network*), was an early favorite of Rudin's.

The executives at Sony seemed less sure, more open to trying to open the film up to other directors.

In an email exchange with Rudin, Pascal expressed her concerns about going after Fincher for the job.

Rudin:

"Who do you want over Fincher?"

Pascal:

"I don't know but going with him has its challenges and I think we need to talk about it plus this movie has to have genuine emotional depth ...."

As of Feb.18, 2014, the short list for director candidates within Sony were:

> Danny Boyle
>
> David Fincher
>
> Paul Greengrass
>
> Spike Jonze
>
> Phil Lord and Christopher Miller
>
> Alexander Payne
>
> Steven Soderbergh
>
> Robert Zemeckis

This list can be considered an "ideal candidates" list and was likely not exhaustive or complete.

David Fincher read the script the third week of February 2014. On Feb. 23, he emailed Sorkin saying,

"YES — JOBS — IT'S GREAT, not good, GREAT...

What do YOU wanna do?"

Fincher followed up with an email of notes to Pascal, Rudin and Sorkin.

> Subject: JOBS
>
> Content:
>
> Is great.
>
> It's a play, but a really quicksilver, cinematic one.
>
> I would think you would want to cast and rehearse very carefully (couple months)
>
> Shoot very quickly (4 or 5 weeks — 8 days per ACT??)
>
> The venues would be easy (we could probably find them all in town)
>
> Editing is where we would spend time.
>
> Can SONY market a ONE MAN SHOW(?)

Can you guys make the LENNY of it all. *the MUST SEE?*

This was forwarded to Lynton.

Some of the content in the emails quickly leaked to the press. Sony was able to hold off reporting for a few days, but on Feb. 26, 2014, Pascal finally consented to leak the story to *The Hollywood Reporter*.

In an email with Sony's communication team, Pascal wrote:

"At this point give it to the reporter with no finger prints and fuck variety but there is nothing to say except David read the script and I don't want it to say Rudin is talking with David and start a big problem with mark"

The story quickly spread to *Variety*, *Deadline* and international media outlets.

Fincher sent Pascal an email with a link to Variety's email and a "WTF?" subject line. "You have serious issues *internally*..."

At the same time, Rudin and Pascal were dealing with the fallout from the Fincher discussions on another project the two were trying to work on together, Angelina Jolie's version of *Cleopatra*.

*Cleopatra* has been a passion project for Jolie for years and with a script from Eric Roth, the film seemed closer to potentially entering production. Jolie was interested in having Fincher direct the project when she found out that he was in talks to do the Jobs project instead.

Pascal wanted to diffuse the situation, but Rudin was unswayed. In emails that have been widely reported by *Defamer* and others, Rudin raged against Pascal and called Jolie a "a minimally talented spoiled brat who thought nothing of shoving this off her plate for eighteen months so she could go direct a movie."

But the *Cleopatra* distraction ended up not mattering in the end. Based on email chains within executives at Sony, discussions with Fincher stalled before they got off the ground. Although the director seemed interested in the material, Sony was unwilling to sign him unless he was willing to cut his fee.

Fincher wanted his standard fee of $10 million, control over marketing and a $45 million budget for the film. Because the film is structured in three acts, similar to a play, and is almost all interior shots, executives at Sony as well as producer Rudin were convinced the budget should be lower, and were unwilling to meet Fincher's demands.

In an email conversation in late March 2014 with Pascal, Rudin and co-CEO of William Morris Endeavor Ari Emanuel, Sorkin made an impassioned case for trying to make a deal work with Fincher. "I do not know why [Fincher]'s like this (anymore than I know why Steve Jobs was like Steve Jobs) and I don't want this movie to be a bitter drink for the people at the top because you all have other things you can do and you'll just walk away," Sorkin wrote.

"But we're looking at a home run pitch coming at us. The right director wants to do this and wants to do it now. I just ask that before you throw your hands up you make sure you've exhausted every option and that includes letting him save some face. "

Rudin's reply:

"You don't think $40m to shoot three scenes is enough? Do YOU want every control given to him, including the entire marketing campaign? This is the director who refused to put the girl with the dragon tattoo in the ads for THE GIRL WITH THE DRAGON TATTOO."

In a reply, Sorkin still held out hope that there could be a middle ground where everyone was happy. Still, he conceded that he'd be uncomfortable with Fincher having marketing control because

"There's always the risk that the billboards will say. 'Anyone who doesn't see this movie is an asshole.'"

"There's always the risk that the billboards will say, 'Anyone who doesn't see this movie is an asshole.'"

Moreover, despite the strong sales of the *Steve Jobs* book, internal models from within Sony indicated that the worldwide box office for the film might only track at $100 million (though some remained optimistic of a $150 million worldwide haul).

Although Sony had great success with Fincher on *The Social Network*, his adaptation for the studio of *The Girl With the Dragon Tattoo* was a massive financial failure.

There is a sense in the emails that this was omnipresent in the minds of the studio heads (remember, this is in late March 2014, long before Fincher's *Gone Girl* came out and was a hit at the box office).

By April 9, 2014, the Fincher deal was off the table. The news broke a few days later with both sides trying to spin things to their own liking.

It turns out, the trade reports that it was all about money were basically true.

# Finding Danny Boyle



*IMAGE: CARLOS ALVAREZ/GETTY IMAGES*

After the Fincher deal evaporated, the studio and producers continued to pursue other directors. Going back to the drawing board for directors, familiar names once again popped up, including Danny Boyle. By April 21, 2014, Sony and Scott Rudin were already in talks with Boyle.

*The Hollywood Reporter* had the news — as well as the fact that Leonardo DiCaprio was still the leading contender to take the lead — almost instantly.

By the end of April, Boyle's deal to direct was complete.

# The talent

From the beginning, Leonardo DiCaprio was the studio's ideal pick to play Jobs.

From the beginning, Leonardo DiCaprio was the studio's ideal pick to play Jobs. His star power and appeal with international audiences made him a strong choice.

DiCaprio's representative Rick Yorn expressed interest in getting the script as early as January 2014. As talks got underway, the biggest blocker seemed to be not money, but timing. Negotiations with DiCaprio stretched into September 2014 before finally collapsing before any deal could be made. As of Sept. 21, DiCaprio seemed to be completely off the project.

As word of DiCaprio's departure spread around Hollywood, talent agents for practically every working star in Hollywood began to approach Sony executives about their clients' interest in playing Jobs. Representatives for Mark Ruffalo, James Franco, Eddie Redmayne, Robert Downey Jr. and Tobey Maguire all reached out expressing interest in the role.

One name on that list seemed a natural choice: Christian Bale. After DiCaprio was definitively out, Bale became the primary choice and negotiations began with the star in earnest in early October.

Publications, including *Mashable*, noted how similar Bale looked to Jobs. It felt right.

# The budget and the financing



Throughout the search for a lead actor for the film. Sony struggled to get a solid budget for the film and to find co-financing to get the film made.

Originally targeted for release in 2015, *Jobs* was pushed to 2016 in most internal targets by October of this year. Without a star, financing or a budget, it seemed unlikely the film would make its original debut.

The budget is something Sony struggled with almost from the beginning. During early discussions with Fincher, the budget's goal was $33.5 to $35 million. Fincher wanted the budget expanded to $45 million or higher.

When DiCaprio seemed likely as the lead, some budget projections even ventured into the $50 to $55 million range.

When DiCaprio seemed likely as the lead, some budget projections even ventured into the $50 to $55 million range. That's not an outlandish number in today's Hollywood, but for a film that is virtually a stage play with very little exterior shooting, Sony management was keen on keeping the budget smaller.

That's in part because of the precarious financial condition of Sony Pictures, as well as its parent company, Sony Corporation. The electronics arm of Sony is in disarray and its studio division, Sony Pictures, isn't doing much better.

Sony had a particularly rough summer 2013 when both *White House Down* and *After Earth* bombed at the box office. In the fall of 2013, Wall Street raider Daniel Loeb started buying up shares in Sony and using his perch to pressure the suits in Tokyo to sell or spin-off the studio.

In part because of Loeb's pressures, <u>Sony CEO Kazuo Hirai</u> announced $250 million in operational cuts, with many coming from the film studio.

Fortunately, director Boyle has a reputation for staying within his budgets and shooting quickly, so keeping him on track wasn't a problem. With no DiCaprio, Sony went back down to a $33-$35 million budget projection — with some optimistic estimates as low as $25 million.

Part of the reason the budget became such a concern was because of financing. Sony needed help getting the film co-financed. The problem with co-financing, especially on a film like *Jobs* where many of the talent deals are awarded on the back end with points rather than upfront salaries, is that more investors involved means that Sony's share in the profits is much lower.

Sony's internal budget projections as of Nov. 4, 2014, showed that *Jobs* would need to make $130 million at the box office to hit all of its targets and achieve a 7% margin. and that was on a $33 million budget.

# Financing merry-go-round

Hollywood accounting can be complex, but put simply, trying to make everything work in a budget that stays in the black for the major studio is always the end goal.

Sony could have fully financed the film itself (and that was one of the options the studio was mulling over), but it seemed apparent to the studio and Rudin that they would need to

co-finance the film or at least take on partners for the international release in order to minimize the risk.



*IMAGE: MICHAEL CAULFIELD/WIREIMAGE*

An email — sent to Pascal, Belgrad, De Luca and president of worldwide business affairs and operations for Columbia Pictures Andrew Gumpert — lays it all out:

> Scott is already dug in that beyond the 50pts, the talent needs fresh cash/non-app bonuses at around 130wwbo (50pts is a lot of money in success and that should be it). The fact that folks have gross quotes is not really relevant since the 50pt pool makes up for that. I'm not doing any of this (nor would our financiers), and Scott thinks we should stop the whole thing, and I agree if that is their position. This is easy if they want it to be or not. But let's not get sucked into the rabbit hole.
>
> I feel like if this is how Scott feels, we should go back to letting him get the financing and we will distribute for fees and he can pay the talent and himself whatever he wants if his financiers will allow him to do so.
>
> My view is this is a de-facto negative pickup:
>
> 33m net (fyi that budget assumes Walter I defers 2m. Ba has not spoken to his reps about this, and I'm not sure if he'll do it or on what terms, eg, does walter have to go into the 50pt pool??)
>
> They are on for overages
>
> 50pt pool
>
> 3p financing in place.
>
> Simple/easy if they want it to be.

In other words, Sony could do the full financing at a $33 million budget, provided the talent agree to take most of their salaries on back-end profit points (which account for 50% of the film's profits). That would require at least $130 million total box office to be worth Sony's while.

The problem, for Rudin and his producers, was that the salaries for talent weren't as generous as some would have liked. The alternative, from Sony's perspective, was for Rudin to find others to finance the project and Sony could simply act as the distributor and collect fees from it that way.

The problem was finding a studio to agree to co-finance.

# The savior?

Enter Megan Ellison, founder of Annapurna Pictures. Ellison reached out to Amy Pascal in mid-October 2014 asking to be involved in the film. Ellison, the daughter of Oracle founder (and Steve Jobs's best friend) Larry Ellison, worked with Sony on *American Hustle*.

In emails between Pascal and Rudin, Rudin initially rejected the idea of having Ellison involved in the film, apparently because of a problem the two had on a previous project.

On Oct. 17, 2014, Ellison sent Rudin an email begging to be involved in the project as a producing or financing partner. It said in part:

> And I would love to explain the reason why the Steve Jobs project is so important to me too. Steve Jobs was and always will be an important part of my family. He was my father's best friend, he was the witness at his wedding, he is the only person my father has ever truly admired. So this is also incredibly personal for me. It would be a great joy to be a part of shepherding his story.

> I'm not looking to infringe on your territory. I'm not power hungry or an ego maniac. I just love films and this film in particular. I'd love the opportunity to be a part of it and I want to see how you work. No bullshit, I've looked up to you forever, since as long as I can remember. I hope this you well.

Internally, the executives at Sony saw Ellison's overtures as a win for the project. She could help provide some of the needed financing and the studio could move forward in getting deals locked down on a budget, locations and actors.

For his part, Rudin was not impressed.

His response to Ellison's email to Pascal was that "I'm not interested in financing partners who bring this amount of emotion to it and frankly the notion of selling her this to get the other one done is kind of gross."

His response to Ellison herself was more measured, but was still uninterested in budging. Pascal tried to intervene on Ellison's behalf but Rudin seemed undeterred.

Still, at this stage, it seemed obvious Ellison wanted to be involved and Sony was trying to make something work with Annapurna and the *Jobs* film.

# The collapse

On Oct. 16, 2014, Gumpert (aka "Gump"), sent an outline of the budget and back-end deal and points breakdown to Scott Rudin. It was then pushed out to the various talent representatives on Oct. 18, 2014.

Rudin's initial response to the offer was hostile. "Just to say this: asking any of us to post one cent for overages out of our fixed comp is about as offensive an ask as I have ever seen. I think if you include that in the proposal the movie will go away. Nobody needs to make a movie this badly — at least nobody in this group — to be raped in the process."

Pascal tried to defer a conversation until after the weekend, to which Rudin responded:

> "You have NO risk in the movie but WE should have risk? You lay off every cent except what you choose to keep and WE should then also fund you —- that's how this should work? I cannot believe you're serious. What idiot would make this deal? The presumption that five Oscar winners would be desperate enough to give up all value for their services and then also risk the baseline bargain-basement fees on top of it is beyond comprehension. Every single movie like this that we have made for you has worked. And you think this is fair?"

At this point, Rudin brought Ari Emanuel into the email chain. Emanuel, who was the basis for the Ari Gold character on *Entourage*, was explicit.

"This offer is fucking bull shit. Give us the movie back. You you guys in the business. No other studio would even ask for this. Pass"

In response to Pascal's plea to deal with things on Monday, Emanuel responds again:

> "Whatever
>
> You guys ask us to find financing. Scott. Patrick and myself get Modi [an investor] and we still get no respect. Amy. this is not what you want to hear - but this NEVER happens and any other studio. In fact they then would go out of their way to make a proper deal. Even Harvey."

Pascal responded again, trying to lessen tensions writing in part, "don't make it harder than it is."

The response to Rudin and Emanuel's reaction from the others at Sony was that of shock, dismay and incredulity.

To De Luca and Pascal, Belgrad noted, "Michael bought this book not Scott or Danny and we are well within our rights trying to do this responsibly.

We do not need this movie and we do not need to give it back to them. "

After the weekend had passed, both sides seemed more calm, but it appears it was dawning on Sony that there would be a very real chance that the film may not be made at their studio.

In a message authored by Gumpert and sent to Stefan Litt, the EVP and CFO of Columbia TriStar, the situation was summed up like this:

1. "The only way to get this to net neutral is to have 100% of it financed and backstopped (a la zero dark 30).

2. If we want 1/3 ish of the film. then the in year negative can be reduced from 37.4M to 17.1m, but that is still a big in year negative.

I hate to say it, but our real options are:

1. Release in 2016 (fy 17) where we can plan for this better

2. Release in 2015, BUT only do it as a distribution/backstop deal..."

Meanwhile, Village Roadshow and MRC both declined to co-finance the production.

Then, on Oct 30, 2014, Christian Bale dropped out of the film.

In an email to CEO Lynton, Pascal commented on the "funny" nature of the drop-outs:

"Do you think actors are afraid to play this character

Danny and I were musing about this yesterday"

Lynton's response was interesting:

"or mrs jobs is calling them...."

In Hollywood circles, there have been rumblings for quite some time that the family of Steve Jobs is unhappy with the *Jobs* project at Sony. In an email to De Luca and Belgrad, Pascal appears to take Lynton's suggestion that Jobs' widow, Laurene, intentionally sabotaging the film seriously:

"This is the second actor that pulled out....do you think there is some fears bout playing jobs? Or calls from the mrs?"

# Trying to save the project



*IMAGE: KEVIN WINTER/GETTY IMAGES*

With financing not forthcoming, a budget nonexistent and the second lead actor to drop out, *Jobs* was clearly in trouble by Halloween. Still, outside of Sony, the news that Bale had exited the project led to yet another deluge of actors and agents expressing interest.

Sorkin even had the idea to approach Tom Cruise

Sorkin even had the idea to approach Tom Cruise. citing his work in *Lions for Lambs* as proof that the actor could play the younger Jobs part with aplomb.

Still, by Nov. 3, 2014, director Danny Boyle was sold on signing Michael Fassbender to the role. Though all creative and business parties involved with the film seemed to emphatically trust Boyle's judgment, the tenor within emails was that Fassbender didn't seem to be the right fit for the part.

The news of Fassbender's attachment and interest in the project spread to *Deadline* on Nov. 4. At this point, Rudin, Sorkin, Pascal and Belgrad all seemed to be trying to talk themselves into seeing Fassbender in the role.

Meanwhile, Andrew Gumpert came back with alternatives for the studio for making the film, including a number of scenarios where Sony would co-finance with Annapurna Pictures. With Fassbender as the lead, the budget for the film would now be lower.

Complicating matters further, Leonardo DiCaprio's representative reappeared and showed potential interest in bringing the actor back into discussion.

At this point, Sony started creating two different versions/budgets for the film — one with DiCaprio and one with Fassbender — for potential co-financing with Annapurna Pictures.

# The disintegration

On Nov. 13, 2014, Megan Ellison and Annapurna backed out of the project. In less than a month, Ellison went from literally begging to be involved in the project in any way possible to writing, "I'm having a hard time moving forward on Jobs. I can't help but not feel great about the way things played out until now and the level of investment has only become much more significant."

In a long missive to Belgrad, De Luca and Minghella. Pascal outlines the massive problems shaping up around *Jobs*:

> "We got positioned on jobs
>
> Danny wants mf
>
> Danny wants Cali
>
> Danny wants his rehearsal period
>
> We got totally positioned because the actor we didn't want has another movie he has to do so we are rushing into production with an actor we don't want and have no financing
>
> Mrc passed
>
> Megan passed

Village road show passed

Lone star will probably pass

New regency passed ( tonight

)I love the script but I can't do this to the company

We should figure out if we can stomach giving it to them in ta

Tomorrow for a week with mf at 33.4

I was told by a birdie that searchlight would pass

But then the person who told me that send maybe they wouldn't

I also found out that when we were trying to make Fincher deal it was sent around to
every studio and people even passed in that"

On Nov. 15, Pascal sent an email to Scott Rudin explaining her discomfort with the current
situation regarding the film. The email makes it clear Sony is looking at dropping out of the
project.

In response, Rudin sends Pascal an impassioned plea arguing for the merits of the project, the
script, the source material, and even appeals to Pascal's heart as a film executive.

Pascal responded laying out the issues with the film. Her response also touched on some of the
other controversies of the film, including Jobs' widow's reaction ("we are sony ....the company
apple put out of biz") and her lack of comfort going forward without financial protection.

# The end

At this point, on Nov. 17, it's clear *Jobs* will be going into turnaround, when a project is sold from
one studio to another for development costs. According to an email from De Luca to Pascal,
Rudin was suspicious that the film went into turnaround "too easily" and that "maybe that
signified Lynton bowing to jobs family pressure too."

Two days later, on Nov. 19, after Fox Searchlight failed to pick up the option, Sony had another
chance to go back to the project. The same day, news broke that Sony was dropping out of the
project and that it may be heading to Universal.

Pascal and Rudin exchanged strained emails with one another as the deal finally fell apart.
Even at the end, Pascal still seemed to be trying to figure out how to still work on the project.
That night, she sent Rudin an impassioned plea, opening up about everything she was feeling
about the film.

I want you to think about something and we can talk in the morning.

I put u and the movie in a vulnerable position

I was trying to do anything humanly possible to keep the movie

And I wasn't getting it done

You are I were still talking to respective people as of this am

Yes it did take losing the movie to shock me into the realization that I would do anything
to make the movie with you and for whatever reason that got it done

Am I proud of that

No I'm not

But did it shock my system into action yes it did

I made a decision

Maybe one I could have made all along if I drown out all the noise

I will not blow your deal at universal but you have to admit we gave you a verbal turn around in a very short window

Without even going through the normal process

I was responding to Danny and you and ari and the desire to start now....

I hated it but I did the honorable thing

As late as this am you said you were gonna call michael

And we talked about the movie

When Danny or Robert or whoever called to set that meeting I thought I had a shot

Did I take one more chance at Leo Yes ....you know why

Cuz it would have made things easy

When I actually heard Danny talk about the movie for almost the very first time I understood Cupertino and mf

And everything else

And told him I was blown away

I'm sorry he felt the meeting had gone so terribly

I heard myself saying now I understand all

Should I have said done

We are a go

We are paying

Yea I wish I had

But I it was the begining of my

Realization

When I talked to you and Sri this am we were sittingat the table trying to figure out how to just move forward

And then I made a decision

Albeit a bit late

And decided we had to have the movie and I wasn't behaving like the person I am

Yes you told me that over the weekend

So did Ari

You guys tried

A lot

I'm not saying you didn't

Both of you

But it happened. As you all were closing with universal

I really would really to stay involved with the movie taking the international seemed like a good way to do that

I know universal won't want to do it. Why would they

But you could tell them we were pretty cool about the way we gave you the turnaround and you'd like it to go to us

I don't think Danny is angry with us in the way you suggested I m not sure he is saying he will never work with us againBut I also know he will never go against what you want to do...

I know Aaron doesn't feel like we fucked you guys and neither does mark or Guymon

We still wanted to make the movie and kept trying even though we let you try and make it elsewhere

But let's be honest we all know who has the power here

If it's possible why can't we do it?

Are you sure those guys would actually object to us being passive partners in the movie?

It would be great

It would be amazing

Why can't we try to turn this into something good for everyone

I'm sorry for all of today's conversations and a bunch of other stuff .....

We have been doing this together al long time

You don't owe me anything

I'm not invoking a friendship or a partnership I'm I just saying it would be excellent if you helped me make it happen

I made a mistake

Does it have to be fatal?

Talk in am

Amy

In an email to Tom Rothman, the chairman of the relaunched TriStar Productions, Pascal summed up her discomfort with letting *Jobs* go in terms that were nothing short of epic.

"i feel like i just gave away a seminal movie

like citizen kane for our time. what is

happening to me

everyone you included

said just do it. i already think i may have made

one of the worst decisions of my career....but

i hope the the walk played great....."

Pascal was in better spirits the next day, responding to a message from Rothman checking in on her status.

"I'm great

I had enough of everyone

I'm done with all of it

The classiest among them all turns out to be

Aaron Sorkin.

I didn't need Columbia to be some poor cousin

To this movie....that would have felt worse than not doing it. I know Danny will make a great movie. I'll have another chance to work with him some day.

And my word is all I have

I wish it had all been different

But it's different now

And I'm without jobs but much wiser"

## The epilogue

On November 24, 2014, Universal Pictures officially stepped in to pick up the Steve Jobs film.

Danny Boyle is still directing Aaron Sorkin's script and Michael Fassbender is attached to star in the film, which remains produced by Scott Rudin, Mark Gordon and Guymon Casady.

Also on Nov. 24, Sony Pictures' internal network was the victim of what is quickly becoming the biggest corporate hack in history.

**TOPICS:** ENTERTAINMENT, MOVIES, SONY, SONY HACK, SONY PICTURES, STEVE JOBS