# Exhibit

# X

**WIKILEAKS LEAKED SONY PICTURES' EMAILS SHOW DEFENDANTS COMMITTED PERJURY REGARDING THEIR EFFORTS TO HIDE INFRINGEMENT IN *BRIGGS V BLOMKAMP***

The Defendants' fraud, conspiracy and routine deceit included committing perjury by lying on documents signed under oath.

During the discovery phase of *Briggs v Blomkamp t*he Plaintiff informed the district court that he suspected that writer/producer Simon Kinberg was hired to rewrite Def Blomkamp's poorly written screenplay. In response to Plaintiff's interrogatories to MRC II LP, the Defendants made false statement, under oath, regarding a substantial matter in that case, which may impact the Plaintiff's ability to prevail in that lawsuit.

That deceit occurred when the Defs responded to interrogatory #17; believing Simon Kinberg helped disguise Def Blomkamp's infringement, the Plaintiff asked:

**Plaintiff's Interrogatory:**
INTERROGATORY #17:
"Simon Kinberg is a writer and "script doctor" (a writer who fixes scripts that have serious problems). Simon Kinberg is listed as a producer of Elysium. Exactly what duties did Simon Kinberg play in the production and script doctoring of the screenplay and film "Elysium"?"

**Defendants' Answer:**
"Defendant incorporates by reference the preliminary statement and general objections... Subject to and without waiving the foregoing objections, Defendant responds as follows:
Simon Kinberg produced the Film. As producer, Mr. Kinberg also **assisted  with a polish** of the Film's screenplay during the later stages of writing."

**But The Leaked Sony Emails Reveal The Truth About This:**

The Defendants admitted that Simon Kinberg helped improve the weak screenplay, BUT suggested that his help was just a "polish", which suggests merely dotting I's and crossing T's. But, in fact, Simon Kinberg did exhaustive work to salvage Elysium.

The exhaustive work Simon Kinberg did to save Elysium is revealed in the 2015 Wikileaks re-posting of the Sony Pictures' hacked emails, in five (5) key email exchanges between Defs **Modi Wiczyk, Simon Kinberg**, and Sony Pictures Chairperson **Amy Pascal**. In the first email, Def Wiczyk explains Kinberg's role:

2014-10-27 13:36:12  <u>Fwd: CHAPPIE NOTES</u>
From: <u>mwiczyk@mrcstudios.com</u> To: pascal, amy
**MODI WICZYK:,**
"hi!so i asked si to share all the notes hes wanted to do, in detail, for weeks but hasnt been able to do.it lines up w what everyones saying. great detail and very specific.he also included rachels document and merged it.**simon is a <u>fixer</u> and a logician** and i want him to trest this like hes been brought in to doctor it on some level, and he does too. <u>nb has been ignoring him the past few weeks after listening to him up until then</u>. dont know why, dont care. its our turn now.i told doug that we should leave the mtg telling thema. timeline for seeing new stuff b. possibly do a parallel more radical cut to play w thebig first act and religious note.c. first "basic" cut should do all cuts in the notes, deal w ending. see you at 9."

Def Wiczyk, Simon Kinberg, and Amy Pascal discussed the endless and unimaginable problems Kinberg was having helping director Blomkamp's save his film, *Chappie*. The executives discuss reshoots, dialogue rewrites, other changes, and how to protect Def Blomkamp's insecure ego. Yet, amid these massive problems, Kinberg comments that Def Blomkamp was handling Kinberg's executive ordered changes much better than he handled them on Elysium, where Kinberg explains Blomkamp **"shut down on <u>elysium</u>, partly <u>because he felt he didn't have the answers</u>. he's never shut down on this movie, not once."** In an email to Amy Pascal, Simon Kinberg wrote:

2014-08-07 07:02:55  <u>Re: Chappie</u>  from: <u>sdkinberg@aol.com</u>
to: pascal, amy
**SIMON KINBERG:**
"cool! neill has been really open throughout this process, and wants to get the audience all the way there. i think we're all feeling the same things now, so we can put it together and deliver to him, and he'll take it as an assignment not a judgement, and stay creative. **i saw him shut down on <u>elysium</u>, partly because he felt he didn't have the answers. he's never shut down on this movie, not once. so i don't think he will now...**"

The text/emails reveal Def Wiczyk and Pascal had to hide from Defendant Blomkamp that Kinberg was hired to take over the film to finish it. Revealed when Wiczyk wrote to Pascal:

2014-10-27 13:42:22  <u>Re: To discuss</u>
From: <u>mwiczyk@mrcstudios.com</u>; To: pascal, amy
**MODI WICZYK:**
"not to oversimplify but <u>i know simon has been biting his tongue for a month and all the sloppy stuff has been making him **crazy**</u>. when i speak to him he seems to have a

very clear view of what he wants to do. it lines up w what ur saying. i hink if we make
them do it we will have a much much much better film that works. <u>we just cant
literally tell neill **si is taking over**</u>....so its "our" notes"

There are many more such emails that further reveal how inept and difficult Def Blomkamp
is, and we see the extraordinary measures Kinberg took to save the film. Yet, Kinberg implied
these problems were mild compared to what he endured with Blomkamp revising *Elysium*, where
Blomkamp **"shut down"** and **"didn't have the answers"**. Thus, clearly the script work Kinberg
did on *Elysium* was **exhaustive**, and not a mere "polish" as Def MRC II LP stated under oath.
This was perjury, intended to cheat the judicial process.

## DEFENDANTS COMMITTED WILLFUL RULE 37 VIOLATIONS
## IN BRIGGS V BLOMKAMP

On page 28 of the Plaintiff's First Amended Complaint in Briggs v Blomkamp, et
al, the Plaintiff made a bold prediction: that sometime after May of 2013 (when Blomkamp
learned the details of Plaintiff's impending copyright lawsuit), Defendant Neill Blomkamp went
back into the editing room and tried to edit-out key headache scenes, which were identical to the
Plaintiff's work. The Plaintiff explained that Blomkamp did this to try to cover-up evidence of
his theft of the Plaintiff's intellectual property.

Supporting this prediction, during the discovery phase of Briggs v Blomkamp, the Plaintiff
found a report on TheProvince.com, titled "Elysium's ready as director Blomkamp looks forward
to next project," from February 2013. In the report Def Blomkamp stated the film was finished in
February 2013. Then, proving the Plaintiff's prediction, in sworn responses to Plaintiff's
interrogatories, Def Blomkamp admitted that film editing was finished "Sometime in or about
June 2013."

The Plaintiff then filed a motion to compel documents, asking for all texts and emails
between Def Blomkamp and both *Elysium* film editors: Julian Clarke and Lee Smith (Smith was
the final editor—the editor who would have made these headache changes). The Plaintiff made
this motion to prove that Def Blomkamp resumed film editing after February 2013, to try to
remove or alter the "headache" scenes. However, **the Defendants would not provide a
response from Lee Smith**, only from Clarke (Clarke stated that editing ended well before June

2013—contradicting Blomkamp). Unbeknownst to Julian Clarke —**Lee Smith** returned to the editing room to fix the headache scenes in May and June 2013. (Interestingly, the Sony Pictures email hack shows that Lee Smith was also called back in to re-edit Julian Clarke's work for the Defendants' film *Chappie*.)

The Plaintiff filed his Motion to Compel (seeking a statement from Lee Smith) three weeks before the deadline for dispositive motions (liability), July 9th, 2013. But the district court set the motion hearing for more than a week AFTER the deadline for dispositive motions (Aug 7th, 2013); thus, during the subsequent teleconference hearing with Magistrate Judge Laurel Beeler, the Plaintiff explained that the matter was unresolved but was effectively "moot" because both parties' MFSJs had been filed, and the Plaintiff had less than a week to file his Reply Brief (Magistrate Beeler thus ruled the issue moot); and thus, the Plaintiff filed his Motion For Summary Judgment without being able to inform the court of the Defendants' **violation of Rule 37** (failure to cooperate to compel a discovery response); a violation that resulted in the omission of evidence of a cover-up (Def Blomkamp covertly re-editing Elysium to try to remove the headaches); a violation committed by the Defendants to cheat the judicial process in Briggs v Blomkamp.

# Exhibit

# Y

Cars   Auto Financing   Event Tickets   Jobs   Real Estate   Online Degrees   Shopping

Search                              How do I find it?                    Subscribe to paper



Home
News
Travel
Money
Sports
Life
Tech
Weather

- Life »
- Movies
- Box Office Report
- Movie Listings
- Awards Central
- Shop for Movies/DVDs

After 'District 9,' acting is no longer alien to Sharlto Copley

Updated | Comment | Recommend                    E-mail | Print |





Entertainment E-mail Newsletters

Sign up to get:
- Daily celebrity news and gossip
- Photos
- Pop culture hidden gems
- Latest on new music releases and more

Sign Up Now

Enlarge          TriStar Pictures

A home shoot: *District 9* is set in Johannesburg, the largest city in Copley's native South Africa. But depending on his career, "I would be open to moving to the United States," Copley says.



Enlarge          TriStar Pictures

By Claudia Puig, USA TODAY
Nothing about Sharlto Copley suggests he'd emerge as an action hero.

He has an Everyman look and an affable personality. He once held a gun on someone in real life, but only to defend his girlfriend, who was being robbed. The couple, who have been together for 10 years, have two cats. He has been a "behind-the-scenes" guy, directing and producing short films and videos in his native South Africa. Until this year, he had never acted in a feature film.

**REVIEW:** Heart-pumping 'District 9' is sci-fi at its finest
**TRAILER:** Watch Sharlto Copley in action

But in *District 9*, Copley plays nerdy bureaucrat Wikus van de Merwe, who tangles with aliens, escapes grisly biomedical experimentation, wields heavy ammo and taps into deep reserves of angst. As he fights a huge corporation and the South African government, he teams up with one of the crustacean/hominid aliens.

"My agents said: 'Dude, you couldn't have asked for a better first role. You get to be

Stuck in the middle: Wikus (Sharlto Copley) starts on the government's side, but after his DNA is contaminated and becomes wanted, he teams up with an alien.

the comedy guy, you get to be the guy holding the gun, and you get to be the dramatic guy,' " Copley says.

The low-budget film, produced by Oscar winner Peter Jackson of *Lord of the Rings* fame, has definitely found its audience. It has grossed an estimated $90.8 million in a little more than two weeks.

Told in faux documentary style, it follows the story of aliens who have landed in Johannesburg and are segregated in slumlike internment camps. Wikus is an officious middle manager charged with moving the aliens to another camp farther from the city. But he is contaminated by an alien substance that changes his DNA, and he becomes a wanted man.

The film's locations in Johannesburg, with its volatile history of apartheid, ground the story and Copley's understanding of Wikus' inner turbulence.

"I have known (writer-director Neill Blomkamp) since he was 14 and I was 20," he says.

"I have always regarded him as the next James Cameron. But I didn't think this success would come with a movie that is so South African. As the film was coming together, we were feeling confident. But it's one thing to feel confident that you like something, and it's another thing when the world is watching."

Wikus was crafted through improvisation, Copley says. "We sort of accidentally found the character," he explains. "He was developed through a short test, an experimental piece, really. He was born on camera."

Copley has long had an interest in assuming roles. "I've always watched how people put on skin. We all put on characters based on where we come from, what we believe in, how we've been raised. We put on selected human traits in varying degrees. But this character was about shedding his skin, shedding those traits so that the bare essence of what it is to be a human being is left.

"You'll get closer to who you are when you're about to die, and that's what happens to Wikus. He wants to go back to what he was and hold on to his safe little world, but he's forced to be who he is. On the surface of it, people just think, 'He's a geek, then he's an action hero.' But they relate subconsciously."

That a starring role has found him at age 35 elicits a calm appreciation.

"It would be a completely different situation for me if I were 20 or 25," he says. "I've done a lot of things in my life: in business, in my personal life, in living in South Africa. I've been exposed to violence. I think as a person I have a certain type of grounding."

Though he'll keep writing and directing — "It's in my DNA," he explains — Copley is ready to focus on acting for a while and go wherever the next good role beckons.

"I'll always be a South African. It's formed me," Copley says. "But I would be open to moving to the United States. I'll adjust to the idea of being nomadic for a while. The films I'm interested in are being shot all over the world."

  Mixx

Posted

Updated                                                    E-mail | Print |
To report corrections and clarifications, contact Reader Editor **Brent Jones**. For publication consideration in the newspaper, send comments to letters@usatoday.com. Include name, phone number, city and state for verification. To view our corrections, go to corrections.usatoday.com. Guidelines: You share in the USA TODAY community, so please keep your comments smart and civil. Don't attack other readers personally, and keep your language decent. Use the "Report Abuse" button to make a difference. Read more.

Newspaper Home Delivery - Subscribe Today

Home • News • Travel • Money • Sports • Life • Tech • Weather

About USATODAY.com: Site Map | FAQ | Contact Us | Jobs with Us | Terms of Service
Privacy Policy/Your California Privacy Right | Advertise | Press Room | Developer | Media Lounge | Reprints and Permissions

News Your Way:   Mobile News | Email News | Add USATODAY.com RSS feeds | Twitter | Podcasts | Widgets

Partners: USA WEEKEND | Sports Weekly | Education | Space.com | Travel Tips

Copyright 2011 USA TODAY, a division of Gannett Co. Inc.

# Exhibit

# Z

Wonder Woman    Pirates of the Caribbean

JANUARY 19, 2011
4:18pm PT by Borys Kit

# Sony Snags 'District 9' Director Neill Blomkamp's 'Elysium'



Jason Merritt/Getty Images for VH1

NEWS        SPORTS        ARTS & LIFE        DRIVING

Blomkamp in an e-mail.

The new movie stars Matt Damon and Jodie Foster in
a future where humanity's elite have fled the ruined E
space stations while the planet's poor struggle to survi

The 33-year-old Blomkamp moved to Vancouver as a
family from South Africa, and quickly earned a reputa
effects prodigy in Vancouver's busy effects scene.

His debut feature, 2009's District 9, catapulted him to
feature directors, a box-office and critical hit that also
nominations for best picture, best screenplay (for Blor
Tatchell, his wife and writing partner), best editing fol
Julian Clarke and best visual effects for a team based
Image Engine.

The movie about an alien ghetto was filmed in Johann
 extensive post-production was handled in Vancouver

All eyes were on Blomkamp in the summer of 2011 wh
here on Elysium. Many of the same collaborators were
Blomkamp wrote this screenplay on his own.

Filming continued under tight secrecy until that Septe
show moved to Mexico City.

Then came more than a year of post-production work
finishing now.

"Elysium is basically done at the end of February," Blc
have some straggling VFX shots that go into April but
The stuff looks absolutely amazing."

Here's a look at Damon from the movie:

have a much larger budget and will be released in
late 2012.

ADVERTISEMENT

**From The Web**                    Sponsored Links by Taboola

Trail Cam Picks Up Image Of Ghost Girl Playing In The Woods
Cyber Breeze

The Surprising Guest That Johnny Carson Couldn't Stand
Trend Chaser

If you're over 25 and own a computer, this game is a must-have
Vikings: Free Online Game

The Tallest Women in Hollywood
Livingly

**From the Web**                                                          Pow

   

Pierce Brosnan on Losing
Wife & Now Daughter to
Ovarian Cancer
Foxnews.com

Why Mantis From
'Guardians of the Galaxy
Vol. 2' Looks Familiar
IMDb.com

The 'Wonder Woman'
Photos You Need to See
IMDb.com

Why Summer C
'Baywatch' Lool
Familiar
IMDb.com

SHOW COMMENTS

# Exhibit
# AA



**DEEP FOCUS REVIEW**

REVIEWS     THE DEFINITIVES     CALENDAR     RE(FOCUSED)VIEWS

ARCHIVE

Search …



# Elysium: The Art of the Film

By Brian Eggert | August 5, 2013

Every so often, an "art of" book comes along and makes me want to revisit the film itself and watch solely for the designs. Such is the case with a release in which the film's director, Neill Blomkamp, specifically states he set out to explore the visual aspects of his story more than the sociological implications, a surprising notion considering the picture's central theme. As we learn in the book, when he originally proposed the film Blomkamp put together 50-60 images he created on his computer and set them against the screenplay, creating a kind of graphic novel for investors and his actors. On the strength of these images—not to mention the strength of his first film, *District 9*—he garnered himself a $100 million budget and signed stars Matt Damon and Jodie Foster.

Set in the year 2154, the setup involves a space station called "Elysium" that orbits Earth and houses only the privileged who can afford to live there, while below on the planet's surface is a ravaged Third World

suffering from overpopulation, famine, and disease. An industrial accident leaves lowly factory worker Max (Damon) with just five days to live, and so he embarks on a mission to get passed strict anti-immigration enforcement and be cured in one of Elysium's instant-cure stations. Armed with a hydraulic exoskeleton, Max faces Elysium's ruthless Secretary of Defense (Foster) and her black ops agent Kruger (Sharlto Copley). The resulting film has been widely criticized for its paper thin political commentary, yet praised for Blomkamp's visual style.



*Elysium: The Art of the Film* is a testament to what works about the film. Available now from Titan Books in both a standard and a Limited Edition, the contains full page images showcasing the level of detail Blomkamp, production designer Phil Ivey, the team at Weta Workshop, and even legendary concept artist Syd Mead (*Aliens*, *Blade Runner*, and *TRON*). Each release contains more than 164 pages of full color concept art, drawings, paintings, movie stills, and informative text by author Mark Salisbury. The Limited Edition features a black slipcase with an image of Elysium on one side the ruined Earth on the other, a signature plate signed by Blomkamp, and a print by Mead.

Inside the book is the story of *Elysium* both on and offscreen. In interviews with the cast and crew, but mostly Blomkamp, Salisbury follows the film from inception to execution, detailing the director's origins for the film's diptych world and how he set out to create it. "Blomkamp's more interested in making muscular slice of popular cinema than preachy parables," Salisbury writes. We can see this in fascinating detail he incorporates into the Los Angeles favela and its population rich with tattoos, futuristic logos, and policing robots. One of the most charming details from the film is Max's "parole officer"—an automated, prerecorded sentry with no personality resembling a character of the McDonald's variety.

"Essentially I'm making fun of the First World," Blomkamp remarks, which may be why Foster's character seems almost cartoonishly and inexplicably evil—a point that, for me anyway, was a frustrating quality about *Elysium*. And yet, taking the picture as a bloody satire, something more like *Total Recall* than *District 9*, the director's vision becomes clearer. Throughout the book, there's a sense that Blomkamp was simply having fun creating these diametrically opposed worlds and filling them with fascinating details. Every artist's rendering of robots, vehicles, hardware, weaponry, and futurist architecture has an almost cartoonish inspiration which will only help the somewhat disappointed viewer appreciate the film on an entirely different level. In fact, *Elysium: The Art of the Film* may be essential reading to readjust one's expectations of *Elysium* from a *District 9*-level sociological allegory to the living comic book it proves to be.

*Thanks to Titan Books for sending a review copy of the book. Order it from **Titan's website.***

# Exhibit

# BB

**games**                                          🔍

POPULAR   Star Wars Quiz     Alien: Covenant Ending     Best Value Games     New Games 2017     Best PS4 Hard Drive

# Jodie Foster reveals details about Neill Blomkamps Elysium

By Joshua Winning  April 27, 2011  News

**"I don't even own a screenplay"**





Jodie Foster has been doing the promotional rounds on *The Beaver* this week, which means the press have been attempting to milk her for details about new sci-fi *Elysium* .

The sophomore feature from *District 9* director Neill Blomkamp, the project is pretty much under lock and key, with only the basic plot (humans vs. aliens) being released.

Foster did, however, confirm that her character is the head of an alien planet: "Yes. I hope I'm allowed to say that. I think I'm allowed to say that. That's pretty vague."

Asked if there was anything else she could reveal about the much-anticipated movie, Foster added: "Those sci-fi movies are all really hush-hush. I don't even own a screenplay.

"They won't even give me a screenplay. I've read it, but they won't give me one to physically keep in my home 'cause they're so worried about everybody."

Finally, Foster revealed that the main reason she signed on to the film was because it was a chance to work with Blomkamp.

"Yes, definitely. He did *District 9*, which I think is as close to a perfect movie as you can get," she enthuses. "It's just an extraordinary film. And, this film has a lot of that social commentary in it, but uses sci-fi to get there. It's great."

*The Beaver* opens 17 June.

LATEST



**Please stop using these meaningless words in your video game and movie titles: Origins Edition ▶**



**The Final Fantasy 15 May update adds... stinky tofu. I swear I'm not joking. ▶**

SEE MORE LATEST ▶

**TOPICS**

REVIEWS     TOTAL FILM

Hey guest, welcome to **GamesRadar**+! Sign up and become a member.

Facebook          Google          Twitter          Email

# Exhibit

# CC

Advertisement



# NEILL BLOMKAMP'S ALIEN 5 CONCEPT ART HAS STOLEN OUR HEARTS

 POSTED BY ERIC DIAZ ON JANUARY 2, 2015

SHARE:



Did you know that 20th Century Fox was working on a fifth installment of the *Alien* franchise? Nope, I don't mean a sequel to *Prometheus* or another *Aliens Vs. Predator*, a mean a proper *Alien 5*, with Sigourney Weaver returning as Ellen Ripley, presumably fighting off xenomorphs again. Well, it seems that neither did they, but as recently as March of last year, director Neill Blomkamp (*District 9, Elysium*) was working on a new *Alien* film, possibly to pitch to the studio, as he just posted a ton of concept art for the movie via his Instagram account.



There are interesting ideas in these images, like Ripley wearing some kind of xenomorph style helmet, the derelict ship from Ridley Scott's original film being dissected in some kind of hangar bay, and Hicks, Michael Biehn's character from *Aliens,* alive and well. Does this mean Blomkamp's proposed movie was looking to just ignore *Alien 3* and *Alien: Resurrection*? Considering both of those films' reputations with fans, I doubt if many folks would mind if both of those films end up just being nightmares Ripley had while in cryo-sleep.

So what makes anyone think this *Alien* film will turn out any better than the last two? Well, for a few years Fox had a bad reputation of being a micro-managing studio, one that simply didn't know how to handle their biggest franchises properly. It was during this era that we got the last two lackluster *Alien* films, Tim Burton's lame attempt at a *Planet of the Apes* reboot, and *X-Men: The Last Stand/X-Men:Origins Wolverine.*

However, due to regime changes at the studio over the last few years, Fox has made a pretty big turnaround. *X-Men: First Class* and *Rise of the Planet of the Apes* were terrific films that gave those two franchise a creative shot in the arm, which resulted in last year's equally excellent *X-Men: Days of Future Past* and *Dawn of the Planet of the Apes*. Can Fox do the same creative turnaround with the *Alien* series? Outside of the *X-Men* and *Apes* movies, the *Alien* films are among Fox' most well known and profitable sci-fi franchises. It's not an IP they're going to let lay dormant forever, and there are worse choices to give it a proper revival than Neill Blomkamp.

# **Screen Rant**

You Are Reading: **Sigourney Weaver & James Cameron Praise Neill Blomkamp's Alien Sequel**

- Share On Facebook
- Comments (34)
- Next

Follow Us

- 
- 
- 
- 
- 
- 

Like 128K

Follow @screenrant    95.1K followers

- SR EXCLUSIVES
- MOVIE NEWS
- TV NEWS
- REVIEWS
- VIDEOS
- LISTS
- +
  - QUIZZES
  - TRAILERS
  - PODCASTS
  - TOP MOVIES
  - Comics
  - Gaming

# Exhibit

# DD



536 Shares  ShareOn Facebook

Like 1.8M

Tweet | Share | Email | Share | Share | Pin It | Share | Comment

# Sigourney Weaver & James Cameron Praise Neill Blomkamp's Alien Sequel

- By Daniel Ricwulf
- 07.23.2016
- 34 Comments



536 Shares  ShareOn Facebook

Like  Like

Tweet | Share | Email | Share | Share | Pin It | Share | Comment

Director Neill Blomkamp's (*District 9*, *Chappie*) proposed *Alien* sequel may be one of the biggest will they/won't they teases in fandom right now. *Alien 3* decisively ended the journey of Nostromo survivor and xenomorph-slayer Lieutenant Ripley.
*Alien: Resurrection* managed to somehow continue that journey, postmortem.
Blomkamp's proposal will wipe out the timeline of those less-appreciated entries, picking up right after James Cameron's *Aliens*.

The story would see Sigourney Weaver's 'Ripley' return to Earth alongside her felow survivors, the young girl 'Newt' and Corporal Hicks (Michael Biehn). The project was originally in active development by 20th Century Fox, only to be put on hold for original *Alien* director Ridley Scott's own franchise sequel: *Alien: Covenant* . But the movie's star is still talking up Blomkamp's ideas.

After rumors swirled that Scott's pseudo-prequel *Prometheus* was the reason for the delay, expected to tie that movie's story to the core series before adding a new chapter. Weaver eventually confirmed as much:personally, explaining that Fox had delayed production – which *"was too bad because we would have already done it by now."*

At San Diego Comic-Con 2016, Weaver spoke about her future in the franchise on the panel for *Aliens'* 30th anniversary:

> *"There is an incredible script by Neill. I didn't want to do a fifth one. I thought going to earth wouldn't be fun. I got this script that was amazing and gives fans everything they're looking for and innovates in ways that became part of the world for me. He has things to do and I have things to do. And I hope that we'll circle back around to do it once those things are done."*

Director James Cameron (*Avatar*) then went on to throw in his two cents, saying that Blomkamp's is "*a very strong script*" and "*works gangbusters.*" Continuing on, he stated:

> "*I thought it was dumb [that Hicks and Newt were killed off]. I thought it was a huge slap in the face to the fans. I mean look, [David] Fincher's a friend of mine, and David is an amazing, amazing filmmaker, unquestionably. That was kind of his first big gig, and he was getting vectored around by the studio, and he dropped into the production late and they had a horrible script and they were rewriting it on the fly, and it was just a mess. I think it was a big mistake. So I certainly — had [producer Gale Anne Hurd and I] been involved, we would not have done that because we felt we earned something with the audience with those characters.*"





Considering how much Blomkamp's films have borrowed from the style of *Aliens*, he seems like an obvious choice for a follow-up to that series (though some fans have been concerned about the diminishing returns of his filmography, not to mention the rewriting of the series timeline). While the second half of the *Alien* anthology is decidedly less popular, "erasing" their legacy strikes some as sacrilege. It's one thing to retell or reboot a story for a new generation, but using the same cast to "undo" two whole chapters is a bit too far for some. Then again, Weaver and Cameron seem to be excited about the opportunity the film brings, so maybe that's enough to keep an open mind.

Are you looking forward to Blomkamp's possible rewrite of *Alien* history, or is it better this film never sees the light of day? Let us know your thoughts in the comments section and stay tuned to Screen Rant for updates on the *Alien* series as they hit.

*Alien: Covenant* opens in U.S. theaters on August 4th, 2017. We'll continue to keep you updated on Neill Blomkamp's **untitled *Alien* sequel.**