# Exhibit
# EE



# SCREENCRUSH

HOME | LONGFORM | MOVIE NEWS | TV NEWS | MOVIE REVIEWS | MOVIE TRAILERS

# RIDLEY SCOTT CLAIMS NEILL BLOMKAMP'S 'ALIEN 5' NEVER EVEN HAD A SCRIPT

MATTHEW MONAGLE | 763 Days Ago

Neill Blomkamp

 SHARE ON
TWITTER

SHARE ON
FACEBOOK

In hindsight, it seems kind of odd that we had two directors competing to make movies in the same franchise. Back in 2015, director Neill Blomkamp sort of bull-rushed Hollywood by releasing concept art from the *Alien 5* sequel he had been working on for 20th Century Fox. This was despite the fact that Ridley Scott had already made *Prometheus* — a direct prequel to the events of the *Alien* universe — and was working on what would later become *Alien: Covenant*. After months of rumors and Blomkamp's promise to bring back a few beloved characters, the project petered out, and Scott emerged the sole proprietor of the *Alien* franchise.

And with *Alien: Covenant* set to hit theaters this summer, Scott is going pretty hard on his feelings about Blomkamp's

project. In an interview with French publication *Allocine* (via ScreenRant and Heroic Hollywood), Scott claimed that Blomkamp's film never even had a script to go along with its cool concept art:

> " *I don't think it will ever see the light of day. There was never a script. Just an idea that evolved from a dozen or so pages. I had to participate as producer, but it didn't go farther because Fox decided it didn't want to do it. As far I was concerned, I had already done Prometheus and I was working on Covenant.* "

Of course, that's not what James Cameron — the *other* director to make an icon *Alien* movie—had to say about a possible *Alien 5* script. Back in 2016, Cameron claimed that Blomkamp had given him a copy of the script, even going so far as to say that it was "a very strong script, and he can go

make it tomorrow." Cameron was even backed up by Sigourney Weaver, who spoke in-depth on several occasions about Blomkamp's "great" script. We seem to find ourselves in a bit of a "he said, she *and* he said" situation here.

All of which means one of two things: either Scott is right, and Cameron and Weaver were both a little too exuberant in describing Blomkamp's output as a "script," or Cameron and Weaver are right, and Scott is throwing some colossal shade on a filmmaker who he feels was encroaching on his territory. Or maybe they're all correct, and Blomkamp was very Machiavellian about what materials he showed and to whom? We've officially reached the point where I'd rather see a movie about the non-making of *Alien 5* than the film itself, because it sounds like more drama than any number of space monsters could provide.

▶

Subscribe to ScreenCrush on

# Exhibit

# FF

Search



**'I LIKE TRUMP, SURE'**

# Sean Hannity Gives Platform to Man Who Claims Hillary Is 'Evil,' Bisexual 'Secret Sex Freak'

Before interviewing Mike Pence and Kellyanne Conway on Monday night, the Fox News personality had an 'EXCLUSIVE' interview with Jeff Rovin, a man with a shocking 'secret.'

**BETSY WOODRUFF, ASAWIN SUEBSAENG  10.25.16 1:00 AM ET**

   



On Monday night, <u>unpaid Donald Trump adviser</u> and current Fox News host Sean Hannity broadcasted his "EXCLUSIVE" interview with Jeff Rovin, novelist and self-identified "fixer" for Hillary and Bill Clinton. Rovin <u>first told his story to supermarket tabloid</u> the *National Enquirer* last week, opening up about his alleged past as a Clinton ally who would help the powerful couple manipulate the press and (also!) set up secret, extramarital sexual liaisons.

Hannity emphasized that Fox News could not "independently verify" Rovin's story. He also noted that the Clinton presidential campaign—"shockingly"—did not respond to his team's multiple requests seeking comment.

ADVERTISEMENT



inRead invented by Teads

"I was fixing [for the Clintons], I really don't like that term, but there it is," Rovin told Hannity. "I was fixing something for an actor who was in their inner circle."

Hannity proceeded to gently and credulously ask Rovin about his explosive claims about working to kill negative Clinton stories in the press, and about the Clintons' "open marriage" and how he'd "help them hide their scandals."

Rovin, who said he wanted to appear on Hannity's program to offer a "less hyperbolic" version of the *Enquirer* cover story, was awfully cagey for someone who was outing himself as a notorious Clinton "fixer." He did assert that it was an "open secret" among his fellow Clintonite cohorts that Hillary Clinton had a romantic relationship with <u>Vince Foster</u>, the former White House aide who committed suicide and has since become a fascination of Clinton conspiracy theorists. Rovin said he'd been at the Clinton White House "twice." He discussed how "the world is upside down [and] we have to set it right, again."

He apparently identifies as a libertarian, who is ABSOLUTELY NOT doing this to help the Trump campaign. When pressed by Hannity on who he'd be voting for in November, Rovin demurred but conceded, "I like Trump, sure."

...OK, there's a lot to unpack here.

First, the *Enquirer* "bombshell," of which Rovin was the star subject, is a "<u>WORLD EXCLUSIVE 9-PAGE SPECIAL INVESTIGATION</u>." The story breathlessly details how the former secretary of State and first lady is a sex-crazed, "evil," "polyamorous," bisexual (or at least bi-curious), and "ruthless power-hungry" supervillain, one prolific in the dark arts of criminal conspiracy and character assassination aimed at Bill's "bimbos."

The *Enquirer* article is jam-packed with clandestine sex romps, mysterious death, prostitutes, "LIES AND SPIES," and a woman (now the Democratic presidential nominee!) hell-bent on manipulating her sex-crazed self all the way to becoming leader of the free world.

Rovin—who was interviewed anonymously by the *Enquirer* and labeled Hillary's "BAGMAN"—spilled his guts to the tabloid about the Clintons' alleged sex-hypocrisy, detailing an "endless string of sexual stories arising from what effectively was the Clintons' open, polyamorous marriage."

"[Her fixer] arranged a lesbian romp for bisexual Hillary with a prominent Hollywood identity!" the *Enquirer* reported. "[He] squealed about a lusty rendezvous he arranged for Hillary that FINALLY proves the lesbian rumors that have dogged her for decades!"

"I arranged a meeting for Hillary and a woman in an exclusive Beverly Hills hotel," he told the publication. "From the moment the Clintons found their feet in Los Angeles and began to meet the stars, they became addicted to power... It's ironic their own scandalous truths are worthy of a movie script!"

Get The Beast In Your Inbox!

Enter your email address

### Daily Digest
Start and finish your day with the top stories from The Daily Beast.



### Cheat Sheet
A speedy, smart summary of all the news you need to know (and nothing you don't).



By clicking "Subscribe," you agree to have read the Terms of Use and

SUBSCRIBE

You are now subscribed for the Daily Digest and Cheat Sheet. We will not share Thank You! Compelling stuff.

Rumors that Hillary is a lesbian murderer—or that Bill is a cocaine-addled deviant—have proliferated in fringe corners of the internet and right-wing circles for ages. Authors Robert Morrow, Edward Klein, and Trump's longtime adviser and political ally Roger Stone have written books making outlandish claims about supposed Clinton drug habits, sexual preferences, and bloody, bloody history. (Trump himself suggested this month that Hillary was screwing around on former president Bill.)

Rovin has had a decently impressive career as a fiction writer. He has co-authored sci-fi novels with William Shatner and *X-Files* star Gillian Anderson. He took over Tom Clancy's *Op-Center* novel series after the author died in 2013. And his Penguin Random House author page notes he is "a student of the martial arts"—much like Hannity himself.

Jeff Rovin also edited the *Weekly World News* tabloid for a time. As *The Atlantic* has noted, the publication "highlighted tabloid journalism's thin line between fiction and nonfiction," until its print edition folded in 2007. The tabloid pushed self-consciously outlandish stories,

like the classic "BAT CHILD ESCAPES!" It also had its fair share of Hillary Clinton-related tall tales.

"BILL CATCHES HILLARY WITH SPACE ALIEN!" blared one headline.

"HILLARY ADOPTS ALIEN BABY," read a 1993 cover.

When Rovin started editing the publication, he stressed the importance of its coverage of space aliens.

"National, international, and even interplanetary events are being suppressed," he wrote in an editor's note on May 2, 2005. "Newspapers, television, and the internet are feeding us what dolphins call 'meep... meepahh... marp'—Literally, lies as deep as the ocean."

"When the government tries to cover up visits from space aliens and time travelers, we'll be there," Rovin continued. "(*Weekly World News* will even tell you what investments, if any, people from the future are making in the stock market. You won't find that in *Forbes*!)"

The Trump campaign did not respond to The Daily Beast's request for comment on whether Republican nominee sees any merit in this *Enquirer* story on his Democratic rival. However, the *Enquirer* (a Trump-endorsing tabloid long famous for printing unsubstantiated gossip and stories about space aliens and the Illuminati) and Hannity have become two of Trump's most reliable allies in the media during this election—and sometimes in concert.

Hannity, for his part, has gone full-on conspiracy theorist during this presidential election, during which he has been doing everything in his power—including starring in an official Trump campaign ad—to get Trump elected president.

Earlier this year, when the *Enquirer* ran a baseless story suggesting that Ted Cruz's dad, Rafael, was in New Orleans passing out pro-Castro pamphlets with Lee Harvey Oswald, President John F. Kennedy's assassin, Trump widely promoted the "news," and got his allies in the mainstream media, including Hannity, to help him in the effort.

When Trump went on Hannity's radio show in May, the host allowed Trump to give more oxygen to the *Enquirer*'s supposed JFK-Cruz scoop.

At the time, when asked by The Daily Beast if Hannity would comment further—and if he felt not pushing back bolstered criticism that he is too deferential to the GOP nominee—the host

emailed back: "I was saying that photo was not verified."

Asked if he believed the *Enquirer* is a reliable source, Hannity said, "If [you] want to interview me, contact Fox PR." Hannity later emailed The Daily Beast, "So is the picture authentic or not? You don't have a clue either. Lol."

(Well, we do have a clue: Rafael Cruz did not play a role in JFK's death, but Hannity and the *Enquirer* did their thing, regardless.)

And now Hannity is back at it again, elevating *National Enquirer* content, all in the service of targeting the Clintons and talking up Trump on national TV.

Hannity would not comment on the record for this story. Fox News public relations did not respond to emails seeking comment. The Clinton campaign similarly did not respond to The Daily Beast's requests for comment, so *WHAT ARE THEY HIDING???*

Following the Rovin interview on Monday's episode of *Hannity*, the Fox News personality interviewed Trump running mate Mike Pence and Team Trump campaign manager Kellyanne Conway, two highly respected figures within the Republican Party who spent their Monday-night airtime talking about how great Trump is. Neither uttered one word about Rovin, the *Enquirer*'s story, or Hillary Clinton's alleged past as a villainous sex freak.

Why would they, when they have a supermarket tabloid and Fox News to do their work for them?

## Sponsored Stories

Recommended by



**Work or Family? Uber Drivers Don't Have to Choose: Sign Up to...**

UBER



**Driving for Uber Helped This Woman Love Her City: Sign Up Today**

UBER



**The Absolute Best Sheets You Will Ever Find. Period.**

BUSINESS INSIDER



**The verdict is in: Amazon Channels may be a better value than...**

BUSINESS INSIDER

from his regime. Certainly the president's tax proposals have been tailored to appeal to his billionaire friends more than the middle class. His health care reforms failed to prioritize those who feel threatened by loss of coverage, however much they gripe about the inanities of Obamacare.

Meanwhile promises that could help middle-America, like a massive infrastructure program, appear to be roadkill squashed beneath Trump's staggering ineptitude and his Republican Party's dysfunction.

There is no chance he will succeed in convincing voters he's making America great again, let alone in actually doing so, if he cannot address the reasons why companies desert our towns and cities for all but elite functions, leaving so much of America in tatters.

## A Failed Peasant's Revolt

In its incoherence and lack of organization, Trump's victory less resembled a modern social movement than a peasant's revolt from the Middle Ages. His campaign lacked a coherent program, although its messenger, a New York narcissist, possessed a sixth sense that people "out there" were angry. Trump's message was negative largely because he had nothing positive to say, though that had the useful effect of driving his enemies slightly insane.

So while he's succeeded in stirring the blue hornet's nest, he's created no productive movement. Successful social movements—the Jacksonians, the New Dealers, the Reaganites, and the European social democrats—directly appealed to the working class with policies that for better or worse, challenged the existing social and economic hierarchy.

Trump, like Jackson, identified with the plight of the "left behind" America, notably rural areas and small towns that have seen their business communities shrink, while larger metropolitan areas have grown much faster. The new economic order, evident throughout the Obama era, represents what urban analyst Aaron Ren describes as "the decoupling of success in America. Those who are succeeding in America no longer need the overall prosperity of the country to personally do well. They can become enriched as a small, albeit sizable, minority."

Trump brilliantly played off this geographic and class segmentation. But unlike others who successfully played populist themes, Trump did not emerge from and understand the

mindset of those further down the social order, as did Jackson, Lincoln, Truman, Reagan, Nixon, and Bill Clinton. Trump simply stoked resentments, many but not all well-justified.

Get The Beast In Your Inbox!

Enter your email address

### Daily Digest

Start and finish your day with the top stories from The Daily Beast.



### Cheat Sheet

A speedy, smart summary of all the news you need to know (and nothing you don't).



By clicking "Subscribe," you agree to have read the Terms of Use and

SUBSCRIBE

Thank You! You are now subscribed to the Daily Digest and Cheat Sheet. We will not share

Trump has taken few concrete steps to address the causes of his supporters' distress. Changes in trade negotiations and jawboning corporations are good first steps but limited in their effect. There is little in what he's proposed since January that would help the middle and working class. Unlike Reagan, who cut rates across the board, Trump seems to be listening mostly to the Goldman Sachs grandees to whom he has entrusted our economy.

In the end Trump's modern-day peasants will be left stranded like the supporters of European peasant rebellions of the European middle ages, like England's Jack Cade in the 15th century, or the Taiping rebels in mid-19th century China. These movements grew bright, stormed across the countryside, and conquered cities, until the forces or order imposed themselves and eliminated the most rebellious of their subjects. Hong Xiuquan, the leader of the Taiping, committed suicide in 1864, as the 14-year rebellion failed. Cade, of course, was killed, as recounted in Shakespeare's Henry the 6th, still proud of his "unconquered soul" but nevertheless despised by the ruling classes.

**The Revenge of the Clerisy**

Trump, of course, won't end up executed, but simply excommunicated from polite society. He will creep back to his Manhattan keep, surrounded by gold and glitter, celebrated by as many retainers as he can afford. The same, however, cannot be said for those who rallied to his cause in the thus-far unrealized hopes that we could protect them from the cognoscenti's plans to refashion, and largely diminish, ordinary American's daily lives and economic prospects.

Trump's faltering rebellion has been manna from heaven for the same swamp people—in both parties—who have been steering our democratic republic toward feudalism for a generation. Their ideology, notes author Michael Lind, sees themselves as a deserving meritocracy rather than a reflection of the persistence of social class.

In the end, Trump may succeed in doing something that, a few months ago, would have seemed impossible. He has elevated the very people who concocted policies, from "free trade" to open borders to the wars of the Middle East and Obamacare, that alienated millions of Americans. He has woken up the entire apparatus, from the CIA and FBI to the State Department and the EPA, who now send their insider effluence to the remaining journalists who consider bringing down the president as the new crusade.

It is not too much of an exaggeration that the media is now a fundamental part of progressive clerisy. According to the Center for Public Integrity, 96 percent of all media outlet donations went to Hillary Clinton last year. This process has been accelerated by the shift of media to an ever smaller, and ever more blue series of cities. More than half of all journalism jobs are now in cities which Clinton won by over 30 points; in 2008 they had less than a third.

This may explain why celebrating and even being participants in the "deep state resistance"— which would seem to be contrary to traditional liberal views about popular sovereignty—has become a critical part of the media messaging. Yet, particularly after Trump, the clerisy no longer feels it needs to contain its contempt for the population. One does not have to be a Trump supporter to see the long-term dangers to democratic governance from over-empowered civil servants openly contemptuous of voters and the people they vote for.

Over the next few years, Trump's failure will elevate these "experts" who, in the anti-expert Trump, have found a perfect foil. Every time the president, or his minions, say something stupid (which is often), the talking heads and academics can harrumph about how the country should be run by Ph.D.s and J.D.s who, they feel, should direct rule on the unruly masses from above. To combat them, Trump lacks the eloquence of a Reagan, or the ferocity of a Jackson.

## Oligarchs Restored

The notion of "Making America Great Again" had its flaws, but appealed to people who hoped to see middle-class jobs return to the country. It energized the suburbs and small

cities who now find themselves led by an incompetent leader who appears to have used them, like patrons of a casino. Lured by an image of glamour they will find their wallets lightened rather than their spirits lifted.

The big winners long-term as Trump fails to deliver will be the country's emergent tech oligarchy. Allied with the clerisy, and with an expanding, soon to be dominant, role in the media, they will create the conditions and define the future culture. Hollywood and Wall Street will be partners, but the nerds of the Valley will rule the economy.

To be sure automation and digitization brings many benefits, but Silicon Valley firms have secured advantage for reasons beyond being technically adept. Firms like Apple pay little in the way of taxes (thanks as much to Republicans as Democrats), and companies like Google manage to avoid anti-trust action. The rules are different for the oligarchs; they can afford to raise money without making a profit, as was the case of Amazon, Uber, and others. The shop on Main Street, or the store owner in the strip mall, enjoy no such advantage.

It is almost impossible to overestimate the power of these corporations. Apple alone for example has more cash on hand than the total reserves of both the United Kingdom and Canada. Four of the world's richest people come from either the Seattle or Silicon Valley tech community. More important for the future, techno-nerds account for the most of 23 American billionaires under 40; 12 live in San Francisco, the de facto blue capital, alone.

The triumph of the oligarchs may spell the end of America as we have known it. Increasingly the core functions—and the big rewards—are concentrated in fewer hands and in fewer places. The distress being felt in rural areas and second-tier cities has its roots in globalization which, as Chicago sociologist Richard Longworth suggested two decades ago, undermines the industrial and routine business functions while boosting the already fantastic wealth of top echelon of executives, and those who serve them.

To keep the voters and the people they vote for at bay, the oligarchs will make common cause with the social justice warriors (as we saw during the election) and the greens to confine and control the terms of our national conversation as they work to expand and enforce a neo-feudal order.

The hoi polloi? They will get a stipend from the wealth generated by the oligarchs like Mark Zuckerberg. Likely not enough to start a business or own a home, but good enough to stave

off homelessness or starvation. Silicon Valley and its media tools will forge a generation plugged into its phone but that owns little, and spends its limited capital on media, gadgets, and other idle pursuits. Americans will become more like a nature of serfs, their daily bread dependent on the kindness of their betters, their iPhone serving as both the new confessional and ephemeral town square.

This is precisely the America that Trump's supporters sought to prevent, but may soon be stuck with. Not because the middle and working class has failed, but because Trump, due to his dysfunctional ways and inborn class biases, has betrayed the very people who put him in office.

| Politics | Entertainment | World News | Drink and Food | Arts and Culture | U.S. News | Tech |
|----------|---------------|------------|----------------|------------------|-----------|------|

# Exhibit

# GG

# WORLI ⬛LUSIVE!
# Confe⬛ ⬛s Of A Clinton Bagman — In His Own Words

SHARE

## 'Why I'm coming forward now!'

 By National ENQUIRER Staff

Oct 19, 2016 @ 7:54AM



reporter for several national magazines and newspapers. Because of my g⊂    lationship with stars, publicists and the press I became        ⁊r": someone who helps stars keep embarrassing stories o        the press. I helped keep secrets safe for some of Hollywo⊂        ading men.

In 1991, r        ⊦utation was such that I was asked to work on behalf of a fast⸱ SHARE  figure on the national stage: Arkansas Gov. William Jefferson Clinton. I attended a meeting in Hollywood where I was told by an intermediary: "There will be a lot of stories coming out in the tabloid press. We want them buried."

I was informed that these stories would involve rumors of Bill Clinton's many sexual dalliances and an alleged ongoing affair of Hillary Clinton with a male member of her law firm, Vince Foster, as well as a female mover-and-shaker in Hollywood.

Trending Articles



Ellen DeGereres Turns Portia De Rossi Into Her Mini-Me

Clinton's Smear Campaign

For a ret        of $4,000 a month — paid by a third party, not the
campaig         was told to keep these stories hush-hush in one of
two way         rading access to the Clintons for "positive"
interviev       by paying the reporters.

The payi  SHARE  were always cash, usually delivered in a movie
theater or restaurant on Sunset Boulevard, and came in two
denominations: $100 for a heads-up that a bad story was coming;
or considerably more to kill the piece.

It did not appear that the job would be terribly time-consuming:
After all, Hillary reportedly had just one lover, and Bill's girlfriends
were all in the past.

PHOTOS: Hillary's Lies EXPOSED! Clinton's Top 5 Debate
Whoppers

Not so. The sexual dalliances were ongoing — and so my
communications with the West Wing, Air Force One and Camp
David continued through 1998 — a stunning length of time when
one considers that both the president and the first lady were
supposed to be devoting their full energies to the business of the
people of the United States!

The gravest example of a Clintonian lack of judgment occurred in
March 1994. Presidential brother Roger Clinton was marrying his
eight-months-pregnant bride Molly. There was a bachelor party.

involving Bill Clinton.

Arrange␣ for a meeting between Bill and a 26-year-old
brunette␣ discussed when the president was to arrive in
Dallas fo␣ ceremony.

PHOTOS␣ il Leak Exposes Hillary's Sick Obsession With
Anthony ␣SHARE␣ er Sexting Scandal

The tape recording was offered, for sale, to *The National ENQUIRER*. Before the publication and its then-editor could publish a transcript, I swooped in and negotiated for the White House to give this paper exclusive access to the ceremony itself. Not even *The Washington Post* or *The New York Times* had that. *The ENQUIRER* was given leave to publish exclusive White House photographs.

At the reception, while Bill Clinton sang with the piano player, Hillary was introduced to *The ENQUIRER* reporter. Her expression fierce, voice tight, she took and tightly held the reporter's hand and demanded, "Are we done now?" The reporter replied, "Madam First Lady, with this incident, yes."

Of course, we were not done. This was one of many in an endless string of sexual stories arising from what effectively was the Clintons' open, polyamorous marriage.

PHOTOS: Leaked Emails Detail Hillary Clinton's Desperate Health Crisis Cover-Ups

Clinton had become an elder statesman with heart trouble and
Hillary C          seemed to be focused, at last, on the business of
doing he          – for better or for worse.

I am con          orward now because of the endless attention the
alleged i          etions of Donald Trump have received. Nothing I
have hea          nes close to the sexual and moral corruption of the
Clintons  SHARE  ny of which have yet to be revealed.

Predictably, the liberal media is focusing on one man's alleged
misdeeds and ignoring another's proven sins.

PHOTOS: Always On Call — Hillary Clinton Exposed As Demanding
Boss From Hell!

I mention some of these here and now because we have only two
serious candidates for the presidency. In the few weeks remaining
until the election, we should not be weighing whose corruption is
worse (the Clintons win by a landslide, if all were to be told), but
who has the best ideas and leadership skills to become president
of the United States.

Bill Clinton    Hillary Clinton

# COMMENTS

# Exhibit
# HH

1  Steve Wilson Briggs
   681 Edna Way
2  San Mateo, CA 94402
   Telephone: (510) 200 3763
3  Email: snc.steve@gmail.com

4  Pro Se Plaintiff

ORIGINAL
FILED

JUN 1 2 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

8              UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

10  STEVE WILSON BRIGGS              CASE NO:    CV 13 4679  PJH
                                     Judge: Honorable Phyllis J. Hamilton
11          Plaintiff
                                     NOTICE OF MOTION AND MOTION
12      vs.                          TO DISQUALIFY EXPERT REPORT OF
                                     JEFF ROVIN; MEMORANDUM OF
13  NEILL BOMKAMP, SONY PICTURES ENT., INC.,   POINTS AND AUTHORITIES IN
    TRISTAR PICTURES, INC., MEDIA RIGHTS        SUPPORT THEREOF
14  CAPITAL II,L.P., and QED INTERNATIONAL
                                     Date:      July 23rd, 2014
15          Defendants              Time:      9:00 a.m.
                                     Courtroom: 3
16                                   Judge:     Hon. Phyllis J. Hamilton

17

18    **PLAINTIFF'S MOTION TO DISQUALIFY EXPERT REPORT OF JEFF ROVIN**

19       **PLEASE TAKE NOTICE** on July 23rd, 2014, or as soon thereafter as the matter may

20  be heard, Plaintiff, Steve Wilson Briggs, moves this Court for action in the courtroom of the

21  Honorable Phyllis J. Hamilton, Oakland Courthouse, 3rd Floor, 1301 Clay Street, Oakland, CA.

22  **SCEDULING NOTE**: Plaintiff will be out-of-state for his son's HS graduation 6/18/14 to 6/28/14.

23       **Statement of Purpose.** This motion will be based on the Memorandum Of Points And

24  Authorities, and the Proposed Order filed herewith, moving the Court to Disqualify the Defendants'

25  expert witness, Jeff Rovin, and his report (Expert Report Of Jeff Rovin). The Court has this

26  remedial authority under F.R.C.P. Rule 11, and the Inherent Powers Doctrine. Plaintiff seeks this

27  intervention due to:

28     1)  Unconscionably false and fraudulent statements  found in Rovin's report, which were NOT

                                  - 1 -
         NOTICE OF MOTION & MOTION TO DISQUALIFY EXPERT REPORT OF JEFF ROVIN

1   provided in good faith. Rather, they were dishonestly provided to serve the Defendants.

2   Rovin's shameless dishonesty includes altering the works of, misquoting and distorting

3   other authors –even falsely referencing his own work. Plaintiff believes the first cited

4   example of <u>Fraud On the Court</u> (page 3, under heading "Example I") should be grounds for

5   witness disqualification alone, as the act amounts to Mr. Rovin fabricating evidence

6   purporting to substantiate his claims against Plaintiff's.

7   2)  Rovin's report is entirely premised on 9 false citations and fragmentations of Plaintiff

8   copyright claims ("fragmentations" meaning: extractions of small portions of the much

9   larger, complex collection of ideas Plaintiff presented in his Amended Complaint claims).

10  **NOTE 1: The copyrightability of detailed plots is established and upheld by cases such
    as: <u>Sheldon v. Metro-Goldwyn Pictures Corp.</u>, 81 F.2d 49 (2d Cir. 1936); <u>Nichols v.</u>**

11  **<u>Universal Pictures</u>; 45 F.2d 119 (2d Cir.1930), cert denied 282 U.S. 902 (1931); <u>Metcalf</u>
    <u>v. Bochco</u>, 294 F.3d 1069; <u>Atari Games Corp. v. Oman</u>, 979 F. (2d) 242 (Cir DC 1992)**

12

13  **NOTE 2: <u>Ideas are not copyrightable. However, collections of ideas: plot, settings,</u>
    <u>themes, etc., are.</u> Thus, the idea of a "robot" is not copyrightable –but a gold-plated,**

14  **man-shaped robot with a British accent is copyrightable (George Lucas's C3PO). By
    combining ideas unique expressions are born. In his Amended Complaint, Plaintiff**

15  **showed collections of ideas, events, settings, themes, etc., as his copyright. Rovin
    dismantled Plaintiff's claims into non-copyrightable fragments**

16  3)  Mr. Rovin provided false statements and false citations of other works throughout his report.

17  4)  Mr. Rovin is NOT  a copyright expert, and is unqualified to opine as such.

18  5)  Mr. Rovin misstated and inflated his qualifications, and is undereducated as an "expert".

19  <u>**MEMORANDUM OF POINTS AND AUTHORITIES**</u>

20      This motion to disqualify the Expert Report Of Jeff Rovin (and the expert" himself) is based

21  on facts and evidence that in his report, Mr. Rovin: 1) engaged in extreme and persistent dishonesty

22  to the Court; 2) altered, fragmented and mischaracterized Plaintiff's copyright claims; 3) provided

23  very false, unreliable citations; 4) Mr. Rovin is not a copyright expert; 5) Mr. Rovin inflated his

24  qualifications and is undereducated; 6) his lack of copyright qualifications led him to many ill-

25  informed claims (particularly those concerning scènes à faire).

26  <u>**FRAUDULENT, DISHONEST AND INACCURATE CONTENT OF ROVIN REPORT**</u>

27      What follows are but a few of Mr. Rovin's  many fraudulent statements in his report.

28  <u>EXAMPLE I</u>

– 2 –

NOTICE OF MOTION & MOTION TO DISQUALIFY EXPERT REPORT OF JEFF ROVIN

On page 47, paragraph 1 of his report, Mr. Rovin shamelessly lies to the court as he "quotes" Murray Leinster's *Space Platform*. Rovin writes: "<u>The platform was guarded like no object in history had ever been guarded... But the greatest irony of all was that **(it's proponents)** would in time become rich beyond envy</u>."

**IN TRUTH:** this is a shockingly fraudulent statement. In quoting Leinster, Rovin inserts the parenthetic phrase "it's proponents" for a seemingly harmless omission, then continues the quotation, as if he's simply chosen a different pronoun. **But, in fact, Mr. Rovin had  removed 42 words and an entire paragraph.**

**The 42 words Rovin has removed are 180 degrees the opposite of what Mr. Rovin suggests, and have nothing to do with any proponents. The actual words Rovin removed read:** "...<u>its most probable immediate usefulness would be the help it would give in making nuclear experiments that weren't safe enough to make on Earth. That was the pure irony. Because if those experiment were successful, they could mean that everybody in the world...</u>" This is where Rovin cuts back to his falsified point. But Leinster's final sentence should have have read: "<u>Because if those experiment were successful, they could mean that everybody in the world in time would become rich beyond envy</u>." **[EXHIBIT A, pp 131, 132]**

Leinster words showed hope that our future in space would make everyone rich beyond envy. But for personal gain, and the gain of the Defendants, Rovin lied and altered Leinster's work, replacing Leinster's optimism with cynicism –to make Leinster's work seem more like Plaintiff's.

EXAMPLE II

In his report, Rovin's false statements are so widespread, at times, he doesn't even realize when he's plainly contradicting his other false statements, Compare EXAMPLE (A) and (B):

**EXAMPLE (A):** on page 45, paragraph 1 of his report, Mr. Rovin suggests getting to Uberopolis is easy for Plaintiff's hero, Arlo. Rovin writes: "<u>Plaintiff's hero, Arlo, easily passes through customs and onto a shuttle to get to Uberopolis</u>."

**EXAMPLE (B):** six pages later, Mr. Rovin says the exact opposite, admitting Arlo needed to SNEAK to Uberopolis and use FAKE IDs. Page 51, paragraph 2, of his report, concerning Plaintiff's *Butterfly Driver*, Rovin writes: "<u>While the hero Arlo does need fake I.D. to sneak on to</u>

1 | Uberopolis, that is only because he is a fugitive."

2 | <u>EXAMPLE III</u>

3 | On page 46, paragraph 4 of Rovin's report, Rovin writes: "<u>Murray Leinster's *Space*

4 | *Platform* (1953) presented the core elements that the plaintiff claims as proprietary – a space</u>

5 | <u>station that is resented by those who are not aboard, a base that not only represents wealth but is a</u>

6 | <u>fortified sanctuary removed from the threat of war hanging over the Earth</u>:" (\*ignoring the fact that

7 | I, Plaintiff, never made this proprietary claim).

8 | **IN TRUTH: Mr. Rovin's statement is simply astonishing. In Leinster's *Space Platform***

9 | **there is no "space station" that Rovin speaks of. There is no "base that represents wealth,"**

10 | **which Rovin invents. Period.**

11 | Leinster's Space Platform is a sci-fi/adventure/mystery about a platform that is being built

12 | on a U.S. military base, on Earth. When the platform is completed it is going to be transported into

13 | space by rockets, to be the foundation of a future space station. **All of the action takes place on**

14 | **Earth. In the final 5 pages the platform is rocketed into space, as hero, Joe, and his friends**

15 | **watch from Earth. At no point in the story was the Platform ever manned. At no point was**

16 | **the platform ever a space station" that was "resented by those who are not aboard" (as Rovin**

17 | **invented) , since the platform is unmanned. Nor did the U.S. military base "represent**

18 | **wealth…" as Rovin claimed.**

19 | <u>EXAMPLE IV</u>

20 | Another of Rovin's inventions comes when Rovin just declares that my (Plaintiff)

21 | genetically reprogrammed villain, "Drexler", is NOT genetically reprogrammed at all –which is

22 | false, of course. Rovin either didn't understand the screenplay, or just chose to misstate it. Rovin

23 | states Plaintiff's villain only "<u>…looks younger than he claims to be only as a secondary bi-product</u>

24 | <u>of this subterfuge.</u>" (p 72, para 1). Beyond his deceit, Plaintiff hopes the Court is also offended by

25 | Mr. Rovin's quote, which is plainly intended to confuse, as it contextually meaningless.

26 | **IN TRUTH: How Rovin arrives at this errant conclusion defies logic –particularly**

27 | **when one considers, even if we took away the fact that Plaintiff's "Drexler" looks half his age,**

28 | **Drexler is still immensely strong (from the reprogramming). Additionally, the character *Jerry***

1  *Matthiessen* confirms Drexler (Midland's) DNA had been reprogramed in a DNA analysis

2  (p 90, Butterfly Driver). And as Drexler prepares to kill Arlo, he reaffirms his genetic

3  reprogramming when he plainly states, "I'm immortal." [page 99, Butterfly Driver]

EXAMPLE V

5  Mr. Rovin writes (on page 38 of his report, para 2): "<u>In another example of separating rich</u>

6  <u>from poor, the 2004 comic book Ministry of Space was set on a space station where blue collar</u>

7  <u>people of color were segregated from white citizens.</u>"

8  **IN TRUTH:** *Ministry of Space* **was set primarily on Earth, with a few short excursion**

9  **into space,** primarily in rockets, but also to a lunar station and two quick excursions to space

10 stations –**but it was not set on a space station as Mr. Rovin dishonestly declares.**

11 **The insert picture Rovin uses to reinforce his point (p. 38 of his report) was taken from**

12 **the last page and last panel of the comic. But Mr . Rovin has meticulously cut out the word**

13 **"END" from his insert photo. This, so the Court wouldn't see he had taken the photo from the**

14 **last page, last panel.** He did this because he had falsely suggested the Space Station was the

15 comic's primary setting, and using an insert from the last page, last panel would raise doubt about

16 that false claim. But as seen in **[Exhibit B]** a side by side comparison of the panel from the actual

17 graphic novel (top) and Rovin's insert (bottom), Rovin has cut the word "END".

EXAMPLE VI

19 Mr. Rovin cites his own work FOUR times in his report (page 19, 38, 48, 58). The most

20 surprising of these self-citations occurs on page 58 of his report, when Mr. Rovin gives a false

21 account of his book, *"The Transgalactic Guide to Solar System M-17"*–an extremely hard to find

22 book, which ran only one printing, in 1981, on Perigee Books.

23 Page 58, para 1 of his report (concerning his book) Rovin writes: "<u>For my own science</u>

24 <u>fiction, The Transgalactic Guide to Solar System M-17, I created an **exclusive** space settlement that</u>

25 <u>offers royal accommodations with advanced medical facilities for those who can afford them</u>... "

26 **IN TRUTH: Mr. Rovin calls his swan-shaped spaceship "exclusive", to make Plaintiff's**

27 **satellite city for the rich seem less unique. But Mr. Rovin's own description, from his book,**

28 **confirms Rovin has mislead the Court, as his space swan is NOT exclusive. On page 28, para**

- 5 -
NOTICE OF MOTION & MOTION TO DISQUALIFY EXPERT REPORT OF JEFF ROVIN

1   **4, Rovin writes:** "*Space is for everyone. And Transgalactic works hard to make it as accessible*

2   *as a trip to any city, park, resort, of your home world.*" **[Exhibit C]. In the next paragraph**

3   **(pp 28, 29, Exhibit C) Rovin shows the "Swan" is so unexclusive that only by committing a**

4   **crime is one's access restricted. Rovin writes:** "*MasterPass cards will not be issued to anyone*

5   *who, within the previous three years, has been convicted of a crime involving artificial aging or a*

6   *fine exceeding twenty-five Standards.*"

7                                   EXAMPLE VII

8          Under the heading "A Hero Prone To Excruciating Headaches" (p 63-68) Rovin cites five

9   works (all having no resemblance to the Plaintiff's works, as the headaches are not recurring

10  headaches originating in the hero's own head). In three of Rovin's examples the headaches are

11  caused by external forces (a "disembodied brain", "telepathic mutants", and "anti-radiation shots");

12  the other two headache examples occur only once –and are not recurring affliction headaches.

13         But the issue here occurs on Page 66, para 1, where Rovin writes: "The comic book *Warp*

14  (1983) is about an ordinary Earthman who is about to become a space hero (on a space habitat) and

15  who suffers crushing headaches." Mr. Rovin also provides an insert image of page 4 of the first

16  issues of the comic series in which the character is having a terrible headache.

17         **IN TRUTH: The comic *Warp* only ran 19 issues. Over the course of all 19 issues the**

18  **main character, David Carson, has only one headache which occurs in the first issues (page 4-**

19  **7) –although Rovin claimed this character suffers "headaches" –plural.**

20                                      VIII

21         I will spare the Court the tedium of citing each of Rovin's many other false statements or

22  dishonest manipulations of language. But the following few brief "for instances" are provided to

23  confirm that many more examples abound in Rovin's report.

24     A) Rovin uses the inventive terminology *"stratospheric" utopian city* (p. 32) then
            *"stratospheric" habitat* (p.39) concerning two works that feature cities that float in the
25          atmosphere a few hundred or thousand feet about their planets. Rovin omits the term
            "floating" and uses the term "stratospheric" hoping to induce the Court to conceive these
26          cities as possibly orbiting in space (which they are not) much as Plaintiff's satellite.

27         **IN TRUTH:** the most galling aspect of Rovin's deceitful language is BOTH of Rovin's
            examples show cities floating in fluffy clouds; yet, on Earth, clouds are found in the
28          troposphere –not the stratosphere, as the stratosphere is too high.

B) Under the heading "The Satellite Serves as a Refuge For The Rich," (p 32, para 2) Mr. Rovin observes that Christopher Stasheff's novel *A Wizard in Bedlam* "features 'a successful planetary colony –for the very rich."
**IN TRUTH:** Stasheff's *Wizard in Bedlam* was not about a space colony for the rich; it's about a colony established by the disenfranchised "…people who were sick and tired of not being able to have things their own way" (p 19). Further the colony was set on a large planet –not a satellite or a space station, as Rovin's heading requires.

C) Under the heading "The Satellite Serves as a Refuge For The Rich," (p 30, para 3):: "…the space station is exclusively inhabited by the rich…" Mr. Rovin wrote, commenting on Jack Vance's short story *Abercrombie Station.*

**IN TRUTH:** Abercrombie Station is not exclusively inhabited by the rich. In the short, Abercrombie Station is one of about 10 space station vacation resorts orbiting Earth. What makes Abercrombie Station unique is that it was a space resort for people who had stayed in space too long and had become obese and were attracted to other obese people. Wealth is not a requirement, corpulence is.

D) Mr. Rovin writes about Plaintiff's screenplay: "By contrast, in Plaintiff's screenplay, citizens enjoy '100 percent employment' and 'almost no crime'". (p. 16, para 2)

**IN TRUTH:** in Plaintiff's screenplay 65-95% of the world lives in impoverished "zones" (percentage varies depending on the script version). Only in the rich "State" areas do people enjoy 100% employment. In the poor "zones", children beg in the streets; the government routinely dumps its undesirables in these "zones", and kill masses of prisoners. All of this was shown, repeatedly, in Plaintiff's script.

## ROVIN REPORT PREMISED ON FALSELY CITING, ALTERING & FRAGMENTING

## PLAINTIFF COPYRIGHT CLAIMS

Ideas are not copyrightable –but collections of ideas, or "expressions", are copyrightable. For each of the Plaintiff's copyright claims Plaintiff detailed the unique aggregations of attributes that made his collection of ideas and features a copyrightable expressions.

Mr. Rovin divides his report into these 9 sections (*Rovin's sections headings mocks Plaintiff claim language, but have been altered to suit the Defendants' objectives).

1) A Dystopian Earth With Income Inequalities;
2) A Satellite Orbiting Earth;
3) The Satellite Serves as a Refuge For The Rich;
4) Special Identification For Entering The Satellite;
5) Disparate Medical Resources On Earth And On The Satellite;
6) The Protagonist Who Must travel To The satellite World For Medicine;
7) A Hero Prone To Excruciating Headaches;
8) A "Keepsake" Necklace;
9) A Genetically Reprogrammed Villain.

**IN TRUTH: Rovin's "sections" address simple ideas which have nothing to do with the complex, copyrightable aggregations Plaintiff claimed as his copyright in his Amended**

NOTICE OF MOTION & MOTION TO DISQUALIFY EXPERT REPORT OF JEFF ROVIN

1 | Complaint. Thus, all the content in these nine sections (effectively the entire report) should be

2 | disqualified as INCOMPLETE and TAKEN OUT OF CONTEXT.

3 | **FALSE, INADMISSABLE CONTENT CITED THROUGHOUT ROVIN'S REPORT:**

4 | Several of Rovin's cited works are not just wrongly cited, they **are NOT PRIOR WORKS**.

5 | On page 42 Mr. Rovin cites the film WALL-E (2008) and the video game Mass Effect (November

6 | 2007). The first four existing drafts of the Plaintiff's screenplay were completed three years prior, in

7 | 2005, and the final draft was completed August 2007 –all well before the release of *WALL-E* or

8 | *Mass Effect* –making these citations inadmissible.

9 | **UNQUALIFIED "EXPERT" ROVIN MISINFORMS COURT OF SCÈNES À FAIRE**

10 | Mr. Rovin provided wildly unfounded opinions concerning scènes à faire. These errant

11 | assertions were provided in bad faith (as an employee of the Defendants), or because he is not a

12 | copyright expert and is unqualified and ill-informed to opine in this arena, as he seems to have little

13 | grasp of the concept of "scènes à faire".

14 | Scènes à faire are simple, general scenes that one would expect to see in a film of a

15 | particular genre. In a western, one would expect to see general scenes of cowboys riding on the

16 | range, maybe a bar fight, or maybe a gunfight. In a science fiction genre film (set in space) you

17 | might expect to see nifty spaceships and rockets; or in an Earth-based sci-fi genre film one might

18 | expect to see interesting flying vehicles in an ultra-modern cityscape. General. Nothing specific.

19 | While Merriam-Webster's defines *scènes à faire* as "obligatory scenes", Wikipedia provides

20 | a more thorough, accurate and appropriate copyright definition/explanation of "scènes à faire":

21 | **Scène à faire** (French for "scene to be made" or "scene that must be done"; plural: *scènes à faire*) is a scene in a book or film which is almost obligatory for a genre of its type. In the

22 | *faire*) is a scene in a book or film <u>which is almost obligatory for a genre of its type</u>. In the U.S. it also refers to a principle in copyright law in which certain elements of a creative work are held to be not protected <u>when they are mandated by or customary to the genre</u>.

23 | For example, a spy novel is expected to contain elements such as numbered Swiss bank accounts, a femme fatale, and various spy gadgets hidden in wristwatches, belts, shoes,

24 | and other personal effects. <u>These elements are not protected by copyright</u>, **though specific sequences and compositions of them can be.**

25 | -Wikipedia:

26 | Rovin dismantled small pieces of Plaintiff's massive claims, then wildly assured the Court

27 | the new, bite-sized aspects were scènes à faire. But In both instance Rovin was wrong and absurd.

28 | **Example 1: page 46, line 15, Rovin claims as scènes à faire the "idea of people trying to**

1 | **sneak onto a space habitat" –which is also exclusively for the rich.**

2 |       **IN TRUTH:** Rovin's example (concerning Plaintiff's work) is a very specific plot structure,

3 | and not at all scènes à faire, as no reasonable person would expect that a typical sci-fi film contain a

4 | scene in which people attempt to sneak onto a space habitat for the rich.

5 |       **Example 2: page 73 line 6, Rovin states plainly: "Any elements the works of Plaintiff**

6 | **and Defendants happen to share are scènes à faire..."**

7 |       **IN TRUTH:** Mr. Rovin's statement is absurd. I, Plaintiff, alleged dozens and dozens of

8 | instances of infringement in the Amended Complaint. Most of these claims are composite, complex

9 | claims involving specific plot structures, character details, etc. All of which, BY DEFINITION, are

10 | not scènes à faire. Yet, Rovin brazenly instructs the Court that all of these claims are scènes à faire.

11 |       Let's ignore Plaintiff's complex and countless copyright claims and focus just on the nine

12 | simple aspects Rovin extricated and modified, which are: 1) A Dystopian Earth With Income

13 | Inequalities; 2) A Satellite Orbiting Earth; 3) The Satellite Serves as a Refuge For The Rich; 4)

14 | Special Identification For Entering The Satellite; 5) Disparate Medical Resources On Earth And On

15 | The Satellite; 6) The Protagonist Who Must travel To The Satellite World For Medicine; 7) A Hero

16 | Prone To Excruciating Headaches; 8) A "Keepsake" Necklace; and 9) A Genetically

17 | Reprogrammed Villain. Once the definition of scènes à faire is understood, we see that NONE of

18 | Mr. Rovin's nine section headings are scènes à faire, as Rovin claimed –as no reasonable person

19 | would expect to find any of those aspects in the typical science fiction film –as they are not general

20 | "scenes", they are specific plot structures that would alter or dictate a film's entire plot.

21 |       **MR. ROVIN'S LACK OF QUALIFICATIONS**

22 | 1.  <u>MR. ROVIN IS NOT A COPYRIGHT EXPERT.</u>

23 |       Mr. Rovin has interesting comics and literature credentials, but has no background in

24 | copyright IP or copyright law, making him ill-suited to opine on an infringement case.

25 | 2.  <u>MR. ROVIN IS ESSENTIALLY UNEDUCATED.</u>

26 |       A typical EXPERT witness in a copyright matter would be a copyright or intellectual

27 | property attorney. This usually means many years of college and law school. Yet, Mr. Rovin

28 | seemingly has no formal education beyond high school (p. 3, 4 of his report).

1

### 3. MR. ROVIN FALSIFIED AND MISSTATED HIS QUALIFICATIONS.

2      Among other inflated claims, Mr. Rovin claims to have "created" the short-lived comic

3 company, *Atlas Comics*, 1974-75. This claim is also fraudulent. On page 3, para 2, line 11 and 12,

4 Rovin states: "My magazine publications include creating and editing the Atlas Comics line –

5 several titles of which…". But, in fact, Atlas Comics was created by Martin Goodman.  Wikipedia

6 provides some details of Altas' creation (including the following quote from Jeff Rovin himself):

7          Goodman hired Warren Publishing veteran Jeff Rovin to edit the color comic-book
         line, and writer-artist Larry Lieber, brother of Marvel editor-in-chief Stan Lee, as editor of
8        Atlas' black-and-white comics magazines.
           Rovin said in 1987 he became involved after answering an ad in The New York
9        Times. "I was working for Jim Warren, running his mail-order division, Captain Company,
         and just starting to edit Creepy [and] I'd edited comics for DC and Skywald.... Several
10       weeks after answering the ad, I receive a call from Martin Goodman.... I was one of several
         people Martin interviewed, and I got the job because I'd had experience not only in comics
11       but in mail order, the latter of which was to contribute significantly to Seaboard's cash flow.
         Sharing editorial duties on the comics was writer artist Larry Lieber, whom Martin had long
12       wanted to transplant from under the shadow of Larry's brother.... Larry ended up handling
         about a quarter of
13         Atlas' output—primarily the police, Western [and] war [comics], and color
         anthologies of horror stories.
14         Lieber later became editor of the color comics following Rovin's departure.
                    *-From Wikipedia (http://en.wikipedia.org/wiki/Atlas/Seaboard_Comics)*

15

16                                  **CONCLUSION**

17      For the foregoing reasons, Plaintiff respectfully requests the Court disqualify THE EXPERT

18 REPORT OF JEFF ROVIN and disqualify Mr. Rovin as a witness in this matter due to his willful

19 submission of false and fraudulent information, fabricating evidence purporting to substantiate his

20 claims against Plaintiff's, altering the works of –and falsely citing the works of– numerous writers

21 and artists, misstating his qualifications, and his lack of credentials to qualify as an expert. The

22 court is authorized to intervene under  F.R.C.P. Rule 11, the Inherent Powers Doctrine.

23
        I declare under penalty of perjury that the foregoing is true and correct. Executed on
24 this 12th day of June, 2014.

25      Respectfully Submitted By:

26                                          Steve Wilson Briggs
27                                          681 Edna Way
                                            San Mateo, CA 94402
28                                          Plaintiff, Pro Se

Exhibit

A

after what happened up at the lake, I mustn't. Would you like to go up to the top of the Shed?"

"If you want to," he agreed without enthusiasm.

He followed when she went to a doorway—with a security guard beside it—in the sidewall. She flashed her pass and the guard let them through. They began to walk up an inclined, endless, curving ramp. It was between the inner and outer skins of the Shed. There had to be two skins because the Shed was too big to be ventilated properly, and the hot desert sunshine on one side would have made "weather" inside. There'd have been a convection-current motion of the air in the enclosed space, and minor whirlwinds, and there could even be miniature thunderclouds and lightning. Joe remembered reading that such things had happened in a shed built for Zeppelins before he was born.

They came upon an open gallery, and there was a security man looking down at the floor and the Platform. He had a very good view of all that went on.

They went around another long circuit of the slanting gallery, dimly lighted with small electric bulbs. They came to a second gallery, and saw the Platform again. There was another guard here.

They were halfway up the globular wall now, and were visibly suspended over emptiness. The view of the Platform was impressive. There were an astonishing number of rocket tubes being fastened to the outside of that huge object. Three giant cranes, working together, hoisted a tube to the last remaining level of scaffolding, and men swarmed on it and fastened it to the swelling hull. As soon as it was fast, other men hurried into it with the white pasty stuff to line it from end to end. The tubes would nearly hide the structure they were designed to propel. But they'd all be burned away when it reached its destination.

"Wonderful, isn't it?" asked Sally hopefully.

Joe looked, and said without warmth, "It's the most wonderful thing that anybody ever even tried to do."

Which was true enough, but the zest of it had unreason-

ably departed for Joe for the time being. His disappointment was new.

Halfway around again, Sally opened a door, and Joe was almost surprised out of his lethargy. Here was a watching post on the outside of the monstrous half-globe. There were two guards here, with fifty-caliber machine guns under canvas hoods. Their duties were tedious but necessary. They watched the desert. From this height it stretched out for miles, and Bootstrap could be seen as a series of white specks far away with hills behind it.

Ultimately Sally and Joe came to the very top of the Shed into the open air. From here the steep plating curved down and away in every direction. The sunshine was savagely bright and shining, but there was a breeze. And here there was a considerable expanse fenced in—almost an acre, it seemed. There were metal-walled small buildings with innumerable antennae of every possible shape for the reception of every conceivable wave length. There were three radar bowl reflectors turning restlessly to scan the horizon, and a fourth which went back and forth, revolving, to scan the sky itself. Sally told Joe that in the very middle—where there was a shed with a domelike roof which wasn't metal—there was a wave-guide radar that could spot a plane within three feet vertically, and horizontally at a distance of thirty miles, with greater distances in proportion.

There were guns down in pits so their muzzles wouldn't interfere with the radar. There were enough non-recoil anti-aircraft guns to defend the Shed against anything one could imagine.

"And there are jet planes overhead too," said Sally. "Dad asked to have them reinforced, and two new wings of jet fighters landed yesterday at a field somewhere over yonder. There are plenty of guards!"

The Platform was guarded as no object in all history had ever been guarded. It was ironic that it had to be protected so, because it was actually the only hope of escape from atomic war. But that was why some people hated the Platform, and their hatred had made it seem obviously an item

of national defense. Ironically that was the reason the money had been provided for its construction. But the greatest irony of all was that its most probable immediate usefulness would be the help it would give in making nuclear experiments that weren't safe enough to make on Earth.

That was pure irony. Because if those experiments were successful, they should mean that everybody in the world would in time become rich beyond envy.

But Joe couldn't react to the fact. He was drained and empty of emotion because his job was done and he'd lost a very flimsy hope to be one of the Platform's first crew.

He didn't really feel better until late that night, when suddenly he realized that life was real and life was earnest, because a panting man was trying to strangle Joe with his bare hands. Joe was hampered in his self-defense because a large number of battling figures trampled over him and his antagonist together. They were underneath the Platform, and Joe expected to be blown to bits any second.

 **11**

*Joe sat on the porch of Major Holt's quarters* in the area next to the Shed. It was about eight-thirty, and dark, but there was a moon. And Joe had come to realize that his personal disappointment was only his personal disappointment, and that he hadn't any right to make a nuisance of himself about it. Therefore he didn't talk about the thing nearest in his mind, but something else that was next nearest or farther away still. Yet, with the Shed filling up a full quarter of the sky, and a gibbous moon new-risen from the horizon, it was not natural for a young man like Joe to speak purely of earthly things.

"It'll come," he said yearningly, staring at the moon. "If the Platform gets up day after tomorrow, it's going to take time to ferry up the equipment it ought to have. But still, somebody ought to land on the moon before too long."

He added absorbedly: "Once the Platform is fully equipped, it won't take many rocket pay loads to refill a ship's tanks at the Platform, before it can head on out."

Mathematically, a rocket ship that could leave the Platform with full fuel tanks should have fuel to reach the moon and land on it, and take off again and return to the Platform. The mathematical fact had a peculiar nagging flavor. When a dream is subjected to statistical analysis and the report is in its favor, a dreamer's satisfaction is always diluted by a subconscious feeling that the report is only part of the dream. Everybody worries a little when a cherished dream shows a likelihood of coming true. Some people take firm steps to stop things right there, so a romantic daydream won't be spoiled by transmutation into prosaic fact. But Joe said doggedly: "Twenty ferry trips to pile up fuel, and the twenty-

Exhibit

B





EXHIBIT 39

# Exhibit



## 28    GENERAL PASSENGER INFORMATION

verability. However, because it does not travel through space or at mach speeds, we were able to give the fifteen-ton vessel transparent Corning-ITT-manufactured siding. The result is a panoramic view of whatever terrain you are visiting, a truly breathtaking way to see any world. There is one pilot and one guide per Shuttle Bus, a seat computer and tray, and closer quarters, since the ship has been built compactly for easier piloting through tight spots. However, its small size makes for more personal contact with your guide.

**Other Vessels.** The scientists and tour employees who work and live on the worlds of M-17 have a wide variety of transports at their disposal. These include one-, two-, or three-person skyfliers and orbiters, atomic moles that burrow beneath the surface, multishuttles that fly as one unit in space but can be broken into two or four smaller probes once they've entered a planet's lower atmosphere, space disks for fast interplanetary travel, and a battery of land vehicles. Most of these are geared for rugged-ness rather than comfort, and while you may see them going about their business, you will never have to ride in one.

On the other hand, since Transgalactic encourages everyone to participate in our tours, from the very young to the young in spirit no matter what their age, we equip all of our vehicles with Automeds, the Warner-Cadence Corporation's portable health machine. If someone should have the misfortune to fall ill during a tour, the Automed will maintain that person's bodily functions until a Rescue Vessel arrives. There are between ten and twenty such aide ships stationed at different points on every world. All of our hotels have at least one Supermed Incorporated "Minihospital" and a human physician in residence. Transgalactic feels hat you will enjoy your tour more if your mind is completely at ease. Rest assured that because people are not perfect, we must be.

## ENTRY REGULATIONS AND CUSTOMS RESTRICTIONS

Space is for everyone, and Transgalactic works hard to make it as accessible as a trip to any city, park, or resort on your home world. However, as with intraplanetary travel, there are sundry entry requirements. Listed herewith, they are rigidly enforced.

Most of the worlds in M-17 ask only that you present a MasterPass card for admittance, a computer card that is a combination visa and general ID. MasterPass cards are available through any Transgalactic agent or from the Bureau of Space Travel (BST). The initial fee is ten Standards, and the card is renewable annually at the rate of three Standards. A late payment automatically invalidates MasterPass, and no one is permitted into a spaceport boarding area without one. MasterPass cards

## GENERAL PASSENGER INFORMATION    29





An Orbiter Bus seat, with computer console in front of the passenger; the holovision and CRT computer screen are located in the back of the preceding seat, along with a slide out, fold-down tray.

will *not* be issued to anyone who, within the previous three years, has been convicted of a crime involving artificial aging or a fine exceeding twenty-five Standards. Transgalactic services families, not felons.

Although your travel agent will alert you to particulars, be advised that some worlds in M-17 have additional entry requirements. To avoid last-minute arrangements at the terminal, be certain that all of your data records are in order.

As with BST regulations, restrictions regarding customs are among the most stringently enforced in the universe. While they vary from world to world, the general limitations are as follows. Consumable goods such as narcotics, liquor, and food may not leave the planet you are visiting, nor may they be carried to any world from your Star Cruiser. However, within a 600 vertical mile limit of wherever they are purchased, you may buy and use unlimited amounts of such items. Nonconsumables such as souvenirs, microfilm novels, and clothing may be taken beyond 600 miles of their point of purchase providing that their value does not exceed fifty Standards. In addition, you may have twenty-five Standards worth of nonconsumables shipped to your home by Universal Post—delivery takes from one to two weeks—or you may purchase over 200 and under 350 Standards worth of such goods and have them all shipped to your home. In either case, there is a tax of twenty percent on any nonconsum-

## PROOF OF SERVICE

This is to certify that on this 12th day of June, 2014,

I,     *Steve Wilson Briggs*     ,

served, by way of U.S. mail, true copies of the documents described as

**"NOTICE OF MOTION AND MOTION TO DISQUALIFY EXPERT REPORT OF JEFF ROVIN; MOMORANDUM AND POINTS AND AUTHORITIES IN SUPPORT THEREOF," and "[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO DISQUALIFY EXPERT REPORT OF JEFF ROVIN," and "NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT," and "[PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO FILE SECOND AMENDED COMPLAINT," and "AMENDED REBUTTAL TO DEFENDANTS' "EXPERT REPORT OF JEFF ROVIN,"" and "CORRECTION,"**

on the interested parties below:

Michael J. Kump, and Gregory P. Korn

(of Kinsella, Weitzman, Iser, Kump & Aldisert)

808 Wilshire Boulevard, 3rd Floor

Santa Monica, California, 90401

310 566 9800

Executed on this 12th day of June, 2014

By,_____

Steve Wilson Briggs
681 Edna Way
San Mateo, CA 94402
Plaintiff, Pro Se

PROOF OF SERVICE  CV 13-4679 PJH

# Exhibit
# II

# DEADLINE | HOLLYWOOD

◉ "Article Only"
○ "Article with Comments"
○ "Comments Only"   🖶 Print

# 3RD UPDATE: Sony Pictures Snaps Up Neill Blomkamp's 'Elysium'; Matt Damon And Jodie Foster Set To Star

By Mike Fleming Jr *on* Jan 19, 2011 4:04 pm

**3RD UPDATE:** Sony Pictures has now decided to go it alone on Neill Blomkamp's new scifi pic Elysium for worldwide distribution. So there is no Universal Pictures' involvement, as the studio declined to take part. MRC put the deal together.



**2ND UPDATE**: Director Neill Blomkamp issued this statement: "I literally could not be happier.  I have a brilliant relationship with Sony. I loved them during District 9, they 100% get this film and they get me. *Elysium* is in very good hands."

**SONY PICTURES**

**1ST UPDATE: EXCLUSIVE:** Sony Pictures has won the right to distribute *District 9* filmmaker Neill Blomkamp's next project titled *Elysium.* ~~The producers are currently in negotiation with Universal Pictures to co-finance the film.~~ Meetings with several other studios were cancelled as this scenario took shape. Matt Damon and Jodie Foster are set already to star along with *District 9* star Sharlto Copley. Sony clearly values the relationship it built with Blomkamp after his $30 million low-budget first film became a sleeper hit that was nominated for Best Picture and grossed $210 million worldwide. That, too, was a distribution deal.



At the same time, MRC has signed an overall deal with Blomkamp, and has given a green light to a second movie. Titled *Chappie*, the film will go into production immediately after Blomkamp completes *Elysium*, which is now scheduled for a late 2012 release. Like *Elysium*, Blomkamp wrote

*Chappie* as an original, and that picture is not part of this distribution arrangement.

SPE's Amy Pascal and Michael Lynton have shown a willingness to make big bets on project packages that fit their release schedule needs. That happened on such projects as Roland Emmerich's *2012*, and *The Other Guys*. SPE also made an MRC deal for *30 Minutes Or Less*, directed by Ruben Fleischer and starring Jesse Eisenberg and Danny McBride.

**PREVIOUS 1:30 PM**: *District 9* director Neill Blomkamp has been meeting with studios today on *Elysium*, his futuristic science fiction next film. The pic, which stars Matt Damon, Jodie Foster and Sharlto Copley, is being financed by Media Rights Capital. Blomkamp, MRC's Modi Wiczyk and <u>Simon Kinberg</u> (who's producing with <u>Bill Block</u>) began the day by going from studio to studio, meeting with high-level decision makers who are reading the script, followed by a storyboarded presentation by Blomkamp. This is being repeated at every studio but Disney, which won't make R-rated event films.



I'm told this movie has the social allegory present in the Sony Pictures Entertainment-directed *District 9*, but it's an unabashedly big movie, set 100 years in the future, with all of the obligatory gadgets and technological advances. Blomkamp will have his sets designed by Syd Mead, famous for his work on films like *Blade Runner*. Mead's very hard to hire, but he responded because he so liked *District 9*. The film will prep in April, and start production in July in Vancouver before moving to Mexico City in the fall. The film will be delivered in time for release during the 2012 holidays. It's a tent pole-sized proposition, but like Chris Nolan's *Inception*, it's a fully realized project that a studio can pencil into its release calendar. I don't think it's going to take long to sell.

This article was printed from https://deadline.com/2011/01/neill-blomkamps-elysium-creating-heat-98125/