```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611135949
Cashier ID: sprinka
Transaction Date: 08/15/2018
Payer Name: STEVE WILSON BRIGGS
------------------------------------
CIVIL FILING FEE
 For: STEVE WILSON BRIGGS
 Case/Party: D-CAN-4-18-CV-004952-001
 Amount:       $400.00
------------------------------------
CASH
 Amt Tendered:  $400.00
------------------------------------
Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00

SBA


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```