RECEIVED

AUG 15 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Name: Steve Wilson Briggs
2  Address: 4322 Chico Ave
   Santa Rosa, CA 95407
3  Phone Number: 510 200 3763
4  E-mail Address: snc.steve@gmail.com
5  Pro Se

SBA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Number: CV 18 4952

Steve Wilson Briggs )
                    )  [PROPOSED] ORDER GRANTING
                    )  MOTION FOR PERMISSION FOR
      Plaintiff,    )  ELECTRONIC CASE FILING
                    )
  vs.               )  DATE:
                    )  TIME:
Kevin Spacey, Ari Emanuel, )  COURTROOM:
et al,              )  JUDGE:
                    )
      Defendant.    )

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: 8/15/2018

_____
United States District/Magistrate Judge