Name: Steve Wilson Briggs

Address: 4322 Chico Ave.,

Santa Rosa, CA  95407

Phone Number: (510) 200 3763

E-mail Address: snc.steve@gmail.com

*Pro Se*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Steve Wilson Briggs | ) Case Number: 18-cv-04952-VC |
| | ) |
| | ) **[PROPOSED] ORDER GRANTING** |
| | ) **MOTION FOR PERMISSION FOR** |
| Plaintiff, | ) **ELECTRONIC CASE FILING** |
| | ) |
| vs. | ) DATE: |
| Kevin Spacey, et al | ) TIME: |
| | ) COURTROOM: |
| | ) JUDGE: |
| | ) |
| Defendant. | ) |

The Court has considered the Motion for Permission for Electronic Case Filing.  Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: _____

_____
United States District/Magistrate Judge