

S W Briggs
4322 Chico Ave
Santa Rosa, CA 95407

United States District Court
450 Golden Gate Ave.
Box 36060
San Francisco, CA 94102-3489