Steve Wilson Briggs
4322 Chico Ave.,
Santa Rosa, CA 95407
510 200 3763
snc.steve@gmail.com
PLAINTIFF In Propria Persona

**FILED**

OCT -4 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WILSON BRIGGS<br><br>Plaintiff,<br><br>vs<br><br>KEVIN SPACEY;  et al | Civ No: 18-cv-04952-VC<br><br>**NOTICE RE SERVICE OF PROCESS ISSUES AND IRREGULARITIES RE DEFENDANTS SPACEY, BRUNETTI, AND TRIGGER STREET PRODS, INC.** |

## SERVICE OF PROCESS NOTICE CONCERNING DEFENDANTS KEVIN SPACEY, DANA BRUNETTI AND TRIGGER STREET PRODUCTIONS, INC.

1.   The prior filing of this case (Briggs v Universal), after significant motion activity, was dismissed after the Plaintiff failed to properly serve Defendants (**Defs**) Spacey and Brunetti. Thus, in this current matter, the Plaintiff believes it wisest to apprise the Court of the following facts regarding service of process of Defs Spacey, Brunetti and Trigger Street Productions, Inc.

2.    The Plaintiff has found countless published addresses for each of these three Defendants. For over two decades, many online and printed publications have published Def Kevin Spacey's personal address as

a.   200 Park Avenue South, 8th Floor, New York, NY 10003; or

b.   120 W 45th St., <u>STE 3601</u>*, New York, NY 10036 (*sometimes marked 36 Floor).

3.    Both addresses are commonly associated with Kevin Spacey and Trigger Street Productions Inc; while the former address (200 Park Avenue South...) is also often

1
NOTICE RE SERVICE OF PROCESS

1    associated with Defendant Brunetti, but seemingly most often associated with Frank

2    Selvaggi of *Altman, Greenfield & Selvaggi*; Selvaggi is Spacey's, Brunetti's, and Trigger

3    Street Productions' designated agent for service of process.

4        4.   To clear up uncertainty regarding the Defendants addresses, the Plaintiff turned to the

5    California Secretary of State website, and several other established state and national data

6    repositories. On the California Secretary of State website the Plaintiff was able to find

7    signed, official, current business documents confirming Spacey's, Brunetti's and Trigger

8    Street Productions, Inc's addresses (for purposes of service of process by certified mail, as

9    they all reside outside of California). From this research, the plaintiff discovered the

10   following facts.  The information suggests that the Defendants may have committed address

11   fraud on the state of California, as they use multiple addresses in New York and California.

12        **DEFENDANTS' ADDRESSES & DESIGNATED AGENT'S ADDRESSES**

13       5.   What follows are the facts concerning the Defendants' addresses:

14       1.   In the California Secretary of State's complete Statement of Information (Foreign

15           Corporation) for Defendant Kevin Spacey's corporation **First Take Productions,**

16           **Inc.,***   Spacey declares (four times) that his address is 200 Park Ave. South, 8th

17           Floor New York, NY 10003. (**See Exhibit A**)

18               *The Court should notice that Def Spacey dissolved this company 33 days
19               <u>after</u> Plaintiff filed this lawsuit (09/17/2018), and just <u>4 days after</u> the
                 Plaintiff sent the seven (7) California based Defendants a "Notice Of A
20               Lawsuit And Request To Waive Service Of A Summons." Plaintiff believes
                 this was both an attempt to conceal Spacey's address from the Plaintiff, and
21               an effort to destroy the First Take Corporation—a company which may
21               factor into this lawsuit.

22       2.   **Trigger Street Production, Inc**'s California's Secretary of State's Statement and

23           Designation By Foreign Corporation registration form was filled out, by hand, by

24           Kevin Spacey (born Kevin Spacey Fowler), and signed "Kevin Spacey," 12/10/1997.

25           This document identifies Spacey as the corporation's president. (**See Exhibit B**)

26       3.   The California's Secretary of State's Designation By Foreign Corporation

27           registration form for **Trigger Street Production, Inc** states its address is **120 W**

28           **45th St., STE 3601, New York, NY 10036**. (Plaintiff believes Spacey used his true

personal address for his new corporation). (**See Exhibit B**, section #1)

4. California Secretary of State's complete Statement of Information (Foreign Corporation) for **Trigger Street Productions, Inc** declares the corporation's address is: 120 W 45th St., STE 3601, New York, NY 10036. (**See Exhibit C**, box #1)

5. Although the California Secretary of State's complete Statement of Information (Foreign Corporation) filing for **Trigger Street Productions, Inc.** states the corporations address is: 120 W 45th St., STE 3601, New York, NY 10036, it identifies its Principal Executive Office (and its mailing address) as 200 Park Ave. South, 8th Floor New York, NY 10003. (**See Exhibit C**, box 4 & 6)

6. California Secretary of State's complete Statement of Information (Foreign Corporation) filing for **Trigger Street Productions, Inc**. states that Kevin (Spacey) Fowler is the corporation's CEO, Secretary and CFO, and states that his address is 200 Park Ave. South, 8th Floor New York, NY 10003. (**See Exhibit C**, box 7, 8 & 9)

7. The California Secretary of State's complete Statement of Information (Foreign Corporation) filing for **Trigger Street Productions, Inc**. identifies Frank Selvaggi as the designated agent to accept service of process; completed, by hand, and signed by Frank Selvaggi, himself. (**See Exhibit C**, box 13.)

8. **On February 14, 2018 (this year)** Trigger Street Productions Inc. filed a "No Change Statement" Statement of Information (Foreign Corporation), thereby confirming that all of the preceding information under this heading (sections #2 through #7) is current and has not changed from 1997 to the present. (**See Exhibit D**).

9. **Trigger Street Productions, Inc**'s California Secretary of State's complete Statement of Information (Foreign Corporation) filing (signed by Selvaggi) declares Selvaggi's current business—and perhaps residential—address is 11766 Wilshire Blvd, #1610, Los Angeles, CA 90025. (**See Exhibit C**).

10. **Trigger Street Production, Inc**'s Statement and Designation By Foreign Corporation registration notes that mail is % Altman Greenfield & Selvaggi (**AG&S**), and identifies Frank Selvaggi (of AG&S) is a natural person residing in

1    the State of California, who can receive service for the corporation at 11766 Wilshire

2    Blvd, #1610, Los Angeles, CA 90025. (**See Exhibit B**, section 3)

3    11. Further contradicting the address information provided by Selvaggi, outlined in

4    section 9 and 10, under this heading, the California Secretary of State's complete

5    Statement of Information (Foreign Corporation) filing for Dana Brunetti's

6    corporation "**18th Amendment, LLC, The**" (filed this year, 01/29/18), declares

7    Frank Selvaggi as the agent to accept service of process at a **yet another address**:

8    10960 Wilshire Blvd, Suite 1900, Los Angeles, CA 90024. (**See Exhibit E, box #6.**)

9    12. Once again contradicting the address information provided by Selvaggi in section 9

10   and 10, under this heading, the California Secretary of State's complete Statement of

11   Information (Foreign Corporation) filing for Dana Brunetti's corporation "**Spartan**

12   **97, LLC**" (filed this year, 01/29/18), declares Frank Selvaggi as the agent to accept

13   service of process at 10960 Wilshire Blvd, Suite 1900, Los Angeles, CA 90024. (**See**

14   **Exhibit F,** box #6.) This address is identified as the LLC's "California Office"

15   address (**See Exhibit F,** box 4c).* However, on the very next page of this document,

16   the attachment identifies Frank Selvaggi as a "manager" or "member" of the

17   corporation who resides at **200 Park Ave. South, 8th Floor New York, NY 10003**.

18   Thus, the Defendants propose Selvaggi works in Los Angeles but lives in New York.

19   13. Similarly, on the California Secretary of State complete Statement of Information

20   (Foreign Corporation) statement for Spacey's corporation **Triggerstreet.com, Inc.,**

21   Spacey Declares Frank Selvaggio is the CFO of the corporation, and declares that

21   Selvaggio resides at 200 Park Ave. South, 8th Floor New York, NY 10003.** (**See**

22   **Exhibit G,** box 9)

23   *Thus, the Defendants have provided two conflicting addresses for service of
process to Selvaggi in California (11766 Wilshire Blvd, #1610, Los Angeles,
24   CA 90025, and 10960 Wilshire Blvd, Suite 1900, Los Angeles, CA 90024.

25   **In addition to the conflicting service of process addresses, the Defendants
26   declare that yet another address, 200 Park Ave. South, 8th Floor New York,
NY 10003 is Selvaggi's personal address in certain government filings (**See**
27   **Exhibits G**), then declare this is as his business address in other government
28   filings (**See Exhibit H**).

14. The <u>United States Patent and Trademark Office</u>'s registration for "**Presidential By Kevin Spacey**" identifies Altman Greenfield and Selvaggi as the contact for the trademark owner (Spacey's "Dovetail Ventures, LLC"), and identifies their address as 200 Park Ave. South, 8th Floor New York NEW YORK 10003. (**See Exhibit H**).

15. **The National Directory of Registered Tax Return Preparers & Professionals** lists Frank R. Selvaggi as a CPA at Altman Greenfield & Selvaggi LLP, at 200 Park Ave South, 8th Flr, NY, NY 10003. (**See Exhibit I**). This is also the address on file with the IRS for Selvaggi.

16. The National Directory of Registered Tax Return Preparers & Professionals <u>has no listing for a Frank Selvaggi or Altman, Greenfield & Selvaggi in California.</u>

17. The Plaintiff found no listing for ANY business entity (Inc., LP, or LLC) with the name "Selvaggi" in the California Secretary of State's business database.

18. By typing "Frank Selvaggi" into your Google web browser and  clicking the first result ("Frank Selvaggi / Freedom to Marry"), the fourth paragraph down states: "Mr. Selvaggi is a resident of both **New York City** and North Salem, **New York.**" No mention of California. (**See Exhibit J**)

19. The California Secretary of State's complete Statement of Information (Foreign Corporation) filing for Def's Brunetti's corporation "**18 Amendment, LLC, The**" declares Brunetti resides at 200 Park Ave. South, 8th Floor New York, NY 10003. (**See Exhibit E.**)

20. The California Secretary of State's complete Statement of Information (Foreign Corporation) filing for Dana Brunetti's corporation "**Spartan 97, LLC**" declares Dana Brunetti resides at 200 Park Ave. South, 8th Floor New York, NY 10003. (**See Exhibit F.**)

21. <u>The United States Patent and Trademark Office</u> identifies Dana Brunetti as the owner and registrant of Cavalry Media, and identifies Brunetti's address as **200 Park Ave. South, 8th Floor New York, NY 10003. (See Exhibit K**).

6.   The preceding facts and exhibits comprise the only official state and federal documents declaring the Defendants' addresses that the Plaintiff was able to locate. **All of**

1   the preceding California State and federal records were **current** and **valid at the time**
2   **of the filing of this lawsuit,\*** EXCEPT for the business registration for
3   **Trigerstreet.com, Inc. (Exhibit G),** which was forfeited by the Franchise Tax Board for
4   failure to meet tax requirements (e.g., failure to file a return, pay taxes, penalties, interest),
5   some time after 2010. (Again. \*Defendant Spacey closed First Shot Productions, Inc, 33
6   days after this suit was filed.)

7      7.   Thus, the Plaintiff used the preceding information to serve Defendants Spacey,
8   Brunetti and Trigger Street Productions, Inc., as follows:

9          **PLAINTIFF'S CERTIFIED MAIL SERVICE OF PROCESS**
10            **TO KEVIN SPACEY, AT TWO ADDRESSES**

11      8.   Since the aforementioned official state and federal documents declare 200 Park Ave.
12   South, 8th Floor New York, NY 10003 is Defendant Kevin Spacey's address (**See Exhibit A**
13   **and C**), as permitted by federal and California state law for out of State Defendants, the
14   Plaintiff had his process server (Dr. Morgan Marchbanks) serve Spacey (certified mail,
15   09/17/2018) at 200 Park Ave. South, 8th Floor New York, NY 10003. (\*Spacey also
16   declared this  as his personal address in his California State business registration for Trigger
17   Street Labs, Inc.)

18      9.   Since there are published reports that Defendant Spacey's personal address is actually
19   120 W 45th St., STE 3601, New York, NY 10036, and this address was used by Spacey as
20   the address for Trigger Street Productions, Inc (**See Exhibit B**), as required by federal and
21   California state law for out-of-state Defendants, the Plaintiff **also** had his process server
21   serve Spacey (certified mail, 09/27/2018) at 120 W 45th St., STE 3601, New York, NY
22   10036.

23          **PLAINTIFF'S CERTIFIED MAIL SERVICE OF PROCESS**
24               **TO DANA BRUNETTI**

25      10.   Since the aforementioned official state and federal documents state that 200 Park
26   Ave. South, 8th Floor New York, NY 10003 is Defendant Brunetti's address (**See Exhibits**
27   **E, F G and K**), the Plaintiff had his process server serve Brunetti (by certified mail,
28   09/27/2018)  at 200 Park Ave. South, 8th Floor New York, NY 10003.\*

## PLAINTIFF'S CERTIFIED MAIL SERVICE OF PROCESS
## TO TRIGGER STREET PRODUCTIONS, INC.

11.   Since the aforementioned official California State documents state that 200 Park Ave. South, 8th Floor New York, NY 10003 is Trigger Street Productions, Inc's Principal Executive Office (**See Exhibit C**), the Plaintiff also took care to have his process server serve Trigger Street Productions, Inc. at this address (200 Park Ave. South, 8th Floor New York, NY 10003), by certified mail, 09/**17**/2018.

12.   Since the aforementioned official California State documents state that 120 W 45th St., STE 3601, New York, NY 10036 is Trigger Street Productions, Inc. official address (**See Exhibits B and C**), as required by federal and California state law for out of State Defendants, the Plaintiff has had his process server serve Trigger Street Productions, Inc. (by certified mail, 09/27/2018) at 120 W 45th St., STE 3601, New York, NY 10036.

## PLAINTIFF'S CERTIFIED MAIL SERVICE OF PROCESS
## TO DEFENDANTS' DESIGNATED AGENT, FRANK SELVAGGI

13.   Defs Spacey, Brunetti and Trigger Street Productions, Inc. have each designated Frank Selvaggi, of Altman Greenfield & Selvaggi, LLP, as their agent to accept service of process.

14.   Due to the facts that **(A)** there are numerous California state documents that identify Selvaggi as an officer, manager or member of more than one of Spacey and/or Brunetti's New York State based corporations, and declaring his address to be 200 Park Ave. South, 8th Floor New York, NY 10003 (**See Exhibit F, page 2; and See Exhibit G**); and because **(B)** numerous state and federal documents declare that Frank Selvaggi's (of Altman, Greenfield & Selvaggi, LLP) address is 200 Park Ave. South, 8th Floor New York, NY 10003; and because **(C)** the National Directory of Registered Tax Return Preparers & Professionals declares that Frank R. Selvaggi's address is 200 Park Ave South, 8th Flr, NY, NY 10003;and because **(D)** Selvaggi has multiple conflicting addresses declared to accept service of process in California; therefore, the Plaintiff **also** had his process server serve the Summons and Complaint upon the Defendants' authorized service of process agent, Frank Selvaggi (by certified mail, as required by federal and California state law for out-of-state Defendants, on 09/27/2018), at 200 Park Ave. South, 8th Floor New York, NY 10003.

NOTICE RE SERVICE OF PROCESS

**Plaintiff Served Agent Frank Selvaggi For Defendant Spacey**

15.   Plaintiff also had his server serve the Complaint and other required court documents, intended for Defendant Kevin Spacey, to Spacey's authorized agent for service of process, Frank Selvaggi, at 200 Park Ave South, 8th Flr, NY, NY 10003; addressed as follows:

Kevin Spacey
℅ Frank Selvaggi
200 Park Avenue South, 8th Floor
New York, NY 10003

**Plaintiff Served Agent Frank Selvaggi For Defendant Brunetti**

16.   Plaintiff had his server serve the Summons and Complaint to Defendant Brunetti's authorized agent for service of process, Frank Selvaggi; addressed as follows:

Dana Brunetti
℅ Frank Selvaggi
200 Park Avenue South, 8th Floor
New York, NY 10003

**Plaintiff Served Agent Selvaggi For Defendant Trigger Street Productions**

17.   Plaintiff also had his server serve the Summons and Complaint, for Trigger Street Productions, Inc, to Trigger Street Productions, Inc's authorized service of process agent, Frank Selvaggi, at 200 Park Ave South, 8th Flr, NY, NY 10003; addressed as follows:

Trigger Street Productions, Inc.
℅ Frank Selvaggi
200 Park Avenue South, 8th Floor
New York, NY 10003

**SUMMARY OF SERVICE OF PROCESS FOR**

**ALL OUT-OF-STATE DEFENDANTS**

18.   In addition to serving the Defendants at the declared addresses, headquarters, and serving their service of process agent, the Plaintiff also served the out-of-state defendant *Sound Point Capital Management*, as required by law.

**The Remaining Defendants**

19.   As for the remaining, still unserved Defendants… On September 13th, 2018, the Plaintiff sent the attorneys of the remaining unserved Defendants "Notice Of A Lawsuit And Request To Waive Service Of A Summons." The Plaintiff still awaits their response.

NOTICE RE SERVICE OF PROCESS

## SUMMATION

20.   California Code of Civil Procedure § 415.40 pertains to serving an out of state party. 415.40 explains:

> "A summons may be served on a **person** outside this state in any manner provided this article or by sending a copy of the summons and of the complaint to the person to be served by first-class mail, postage prepaid, requiring a return receipt. Service of a summons by this form of mail is deemed complete on the 10th day after such mailing."

21.   Section 415.40 does not specify whether certified mailed service should be sent to the party's home or business address.

22.   The Plaintiff complied with the CCP § 415.40 guidelines for serving the natural person defendants, by serving the required documents via certified mail with return recept requested, to Defendants Spacey and Brunetti (separately) at their separately claimed addresses. The Plaintiff exceeded this guideline by also separately serving Spacey's and Brunetti's authorized service of process agent, Frank Selvaggi.

23.   The Judicial Branch of California's *California Courts* (courts.ca.gov) website conveniently explains the process for serving an out of state party, stating:

- "If the party being served is a **person**, the papers can be mailed to his or her home or **mailing address**.
- "If it is a **business**, the papers **must** be mailed to the owner(s) at the business's main office.
- "If the **business** has an agent for service, the papers should be mailed to the agent for service."

24.   The Plaintiff met and exceeded this requirement by serving (by certified mail, with return receipt requested) **both** Trigger Street Productions' principal executive office which it declared in its California Secretary of State's complete Statement of Information (Foreign Corporation) filing (at **200 Park Avenue South, 8th Floor New York, NY 10003**), and also serving (by certified mail, with return receipt requested) the principal executive office which Trigger Street Productions declared as its principal executive office in its initial California's Secretary of State's Designation By Foreign Corporation registration (at **120 W 45th St., STE 3601, New York, NY 10036**). (See Exhibits B and C.) Further in compliance with these guidelines, the Plaintiff also served Trigger Street Productions authorized agent, Frank

1 | Selvaggi.

2 |     25.    Although the Plaintiff believes he has already satisfied the service of process

3 | requirements for Defendants Spacey, Brunetti and Trigger Street Productions, to be safe, the

4 | Plaintiff does intend to serve Selvaggi (agent for Spacey, Brunetti, and Trigger Street) at one

5 | of Selvaggi's alleged California addresses. The Plaintiff is waiting to serve Selvaggi's L.A.

6 | office until the Plaintiff learns if the other Defendants agree to waive service. Selvaggi's

7 | L.A. office will then be served along with any of the remaining Los Angeles based

8 | Defendants who decline to waive service of process.

10 | Dated:   10/04/2018       Signed:

11 | Steve Wilson Briggs
12 | Plaintiff, In Propria Persona

NOTICE RE SERVICE OF PROCESS

# EXHIBIT



A



# State of California
## Secretary of State

**Statement of Information**
**(Domestic Stock and Agricultural Cooperative Corporations)**

**FEES (Filing and Disclosure): $25.00. If amendment, see instructions.**
**IMPORTANT - READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

| S |
|---|

**E-H01193**

**FILED**

In the office of the Secretary of
State of the State of California

**Oct - 10 2011**

This Space For Filing Use Only

1. **CORPORATE NAME**

C3408124

FIRST SHOT PRODUCTIONS, INC.

**Due Date:**

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 2 and 3 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 2. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | | |
| 450 N. ROXBURY DRIVE  8TH FLOOR  BEVERLY HILLS  CA 90210 | | | | |
| 3. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | CITY | STATE | ZIP CODE |
| 450 N. ROXBURY DRIVE  8TH FLOOR  BEVERLY HILLS  CA 90210 | | | | |
| 4. MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 2 | | CITY | STATE | ZIP CODE |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 5. CHIEF EXECUTIVE OFFICER/ | | | | |
| KEVIN  SPACEY  200 PARK AVENUE SOUTH  8TH FLOOR  NEW YORK, NY 10003 | | | | |
| 6. SECRETARY | ADDRESS | CITY | STATE | ZIP CODE |
| KEVIN  SPACEY  200 PARK AVENUE SOUTH  8TH FLOOR  NEW YORK, NY 10003 | | | | |
| 7. CHIEF FINANCIAL OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |
| KEVIN  SPACEY  200 PARK AVENUE SOUTH  8TH FLOOR  NEW YORK  NY 10003 | | | | |

**Names and Complete Addresses of All Directors, Including Directors Who Are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| 8. NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| KEVIN SPACEY    200 PARK AVENUE SOUTH 8TH FLOOR   NEW YORK, NY 10003 | | | | |
| 9. NAME | ADDRESS | CITY | STATE | ZIP CODE |
| 10. NAME | ADDRESS | CITY | STATE | ZIP CODE |

11. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:  0

**Agent for Service of Process** (If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California street address (a P.O.Box address is not acceptable). If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 13 must be left blank.)

12. NAME OF AGENT FOR SERVICE OF PROCESS

CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC-LAWYERS INCORPORATING SERVICE

| 13. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** | CITY | STATE | ZIP CODE |
|---|---|---|---|

**Type of Business**

14. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

ENTERTAINMENT

15. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 10/10/2011 | KEVIN  SPACEY | PRESIDENT | |
|---|---|---|---|
| DATE | TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | TITLE | SIGNATURE |

| SI-200 C (REV 10/2010) | APPROVED BY SECRETARY OF STATE |
|---|---|

# EXHIBIT

# B

2069350

# STATEMENT AND DESIGNATION
## BY
## FOREIGN CORPORATION

FILED
In the office of the Secretary of State
of the State of California

DEC 16 1997

*Bill Jones*
BILL JONES, Secretary of State

Trigger Street Productions, Inc.
*(Name of Corporation)*

_____, a corporation organized

and existing under the laws of ___New York___, makes the following
*(State or Place of Incorporation)*

statements and designation:

1. The address of its principal executive office is C/o Altman, Greenfield, & Selvaggi
120 W. 45th St., STE 3601, New York, NY 10036
*(Insert complete address of principal executive office wherever located.)*
**DO NOT USE POST OFFICE BOX**

2. The address of its principal office in the State of California is C/o Altman, Greenfield, & Selvag
11766 Wilshire BLVD, STE 1610, Los Angeles, CA 90025
*(Insert complete address of principal office in California.)*
**DO NOT USE POST OFFICE BOX**

## DESIGNATION OF AGENT FOR SERVICE OF PROCESS IN THE STATE OF CALIFORNIA
### (Complete Either Item 3 or Item 4)

3. (Use this paragraph if the process **agent is** a natural **person.**)

Frank Selvaggi

a natural person residing in the State of California, whose complete address is

11766 Wilshire Blvd., STE 1610, Los Angeles, CA 90025

**DO NOT USE POST OFFICE BOX**

is designated as agent upon whom process directed to the undersigned corporation

may be served within the State of California, in the manner provided by law.

*Page 1 of 2*

*Secretary of State Form*
*S&DC-GENERAL (2-96)*

4. (Use this paragraph if the process **agent is a corporation.**)

_____ , a corporation

organized and existing under the laws of _____ , is designated as

agent upon whom process directed to the undersigned corporation may be served

within the State  of California, in the manner provided by law.

**NOTE:**   Before a corporation may be designated by any other corporation as an
agent for service of process, a corporate agent must have complied with
Section 1505, California Corporations Code.

5. The undersigned corporation hereby irrevocably consents to service of process

directed to it upon the agent designated above, and to service of process on the

Secretary of State of the State of California if the agent so designated or the agent's

successor is no longer authorized to act or cannot be found at the address given.

*Trigger Street Productions, Inc.*
_____
(Name of Corporation)

_____
(Signature of Corporate Officer)

**Kevin Spacey (President)**
_____
(Typed Name and Title of Officer Signing)

**Page 2 of 2**

# State of New York
# Department of State

} **ss:**

I hereby certify, that the certificate of incorporation of *TRIGGER STREET PRODUCTIONS, INC.* was filed on 06/22/1993, with perpetual duration, and that a diligent examination has been made of the index of corporation papers filed in this Department for a certificate, order, or record of a dissolution, and upon such examination, no such certificate, order or record has been found, and that so far as indicated by the records of this Department, such corporation is a subsisting corporation.

\*\*\*

*Witness my hand and the official seal of the Department of State at the City of Albany, this 26th day of November one thousand nine hundred and ninety-seven.*



*Special Deputy Secretary of State*

199711280116   59

# EXHIBIT

# C



# State of California
## Kevin Shelley
## Secretary of State

**(84)**

### STATEMENT OF INFORMATION
### (Foreign Corporation)

03-401427

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

1. CORPORATE NAME: (Please do not alter if name is preprinted.)

```
C2063350  DUE DATE 12-31-03 00776F
TRIGGER STREET PRODUCTIONS, INC.
120 WEST 45TH ST STE 3601
NEW YORK NY  10036
```

**FILED**
In the office of the Secretary of State
of the State of California

**OCT 1 4 2003**



KEVIN SHELLEY, SECRETARY OF STATE

This Space For Filing Use Only

**CALIFORNIA CORPORATE DISCLOSURE ACT (Corporations Code Section 2117)**

2. [ ]  CHECK HERE IF THE CORPORATION IS PUBLICLY TRADED.   IF PUBLICLY TRADED, COMPLETE THIS STATEMENT OF INFORMATION AND THE CORPORATE DISCLOSURE STATEMENT (FORM SI-PTSUPP). **SEE ITEM 2 OF INSTRUCTIONS.**

**NO CHANGE STATEMENT**

3. [ ]  IF THERE HAS BEEN NO CHANGE IN ANY OF THE INFORMATION CONTAINED IN THE LAST STATEMENT OF INFORMATION FILED WITH THE SECRETARY OF STATE, INCLUDING ANY INFORMATION CONTAINED IN FORM SI-PTSUPP, CHECK THE BOX AND PROCEED **TO ITEM 13.**
IF THERE HAVE BEEN ANY CHANGES TO THE INFORMATION CONTAINED IN EITHER FORM, BOTH FORMS MUST BE COMPLETED IN THEIR ENTIRETY.

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 4 and 5 cannot be PO Boxes.)

4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE          CITY AND STATE          ZIP CODE

*200 PARK AVE SOUTH 8th FL.   NEW YORK, NY  10003*

5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY     CITY     STATE     ZIP CODE

*11766 WILSHIRE BLVD #1610   LOS ANGELES   CA 90025*

6. MAILING ADDRESS          CITY AND STATE          ZIP CODE

*200 PARK AVE SOUTH 8th FL.   NEW YORK, NY  10003*

**NAMES AND COMPLETE ADDRESSES OF THE FOLLOWING OFFICERS** (The corporation must have these three officers.  A comparable title for the specific officer may be added; however, please do not alter the preprinted title on this statement.)

7. CHIEF EXECUTIVE OFFICER/          ADDRESS          CITY AND STATE          ZIP CODE

*KEVIN FONZER 200 PARK AVE SO 8th FL. NEW YORK, NY  10003*

8. SECRETARY/          ADDRESS          CITY AND STATE          ZIP CODE

*KEVIN FONZER 200 PARK AVE SO 8th FL. NEW YORK, NY  10003*

9. CHIEF FINANCIAL OFFICER/          ADDRESS          CITY AND STATE          ZIP CODE

*KEVIN FONZER 200 PARK AVE SO 8th FL. NEW YORK, NY  10003*

**LIST THE AGENT FOR SERVICE OF PROCESS** (If an individual, the person named as agent must be a resident of California.)

10. CHECK THE APPROPRIATE PROVISION BELOW AND NAME THE AGENT FOR SERVICE OF PROCESS
[X]  AN INDIVIDUAL RESIDING IN CALIFORNIA.
[ ]  A CORPORATION WHICH HAS FILED A CERTIFICATE PURSUANT TO CALIFORNIA CORPORATIONS CODE SECTION 1505.

AGENT'S NAME   *FRANK SELVAGGI*

11. ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL     CITY     STATE     ZIP CODE

*11766 WILSHIRE BLVD #1610   LOS ANGELES   CA 90025*

12. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

*PRODUCTION SERVICES*

13. THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT     [X] YES

# EXHIBIT

# D



**F**

# State of California
## Secretary of State

### Statement of Information
#### (Foreign Corporation)
**FEES (Filing and Disclosure): $25.00.**
**If this is an amendment, see instructions.**
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**FU59565**

# FILED

In the office of the Secretary of State
of the State of California

**FEB-14 2018**

| 1. CORPORATE NAME |
|---|
| TRIGGER STREET PRODUCTIONS, INC. |

| 2. CALIFORNIA CORPORATE NUMBER | C2063350 |
|---|---|

This Space for Filing Use Only

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**

☑ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 13.**

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4. | STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | |
| 5. | STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | |
| 6. | MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 4 | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 7. | CHIEF EXECUTIVE OFFICER/ | | | | |
| 8. | SECRETARY | | | | |
| 9. | CHIEF FINANCIAL OFFICER/ | | | | |

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 11 must be left blank.

| 10. NAME OF AGENT FOR SERVICE OF PROCESS |
|---|
| |

| 11. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

**Type of Business**

| 12. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION |
|---|
| |

13. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| 02/14/2018 | MICHAEL  COHEN | ACCOUNTANT | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-350 (REV 01/2013)

APPROVED BY SECRETARY OF STATE

# EXHIBIT

# E

| | |
|---|---|
| **Secretary of State**<br>**Statement of Information**<br>(Limited Liability Company) | **LLC-12** |

**18-A36440**

# FILED

In the office of the Secretary of State
of the State of California

**JAN 29, 2018**

**This Space For Office Use Only**

**IMPORTANT** — Read instructions **before completing this form.**

**Filing Fee – $20.00**

**Copy Fees** – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)

18TH AMENDMENT, LLC, THE

| **2. 12-Digit Secretary of State File Number** | **3. State, Foreign Country or Place of Organization** (only if formed outside of California) |
|---|---|
| 201717110510 | DELAWARE |

**4. Business Addresses**

| a. Street Address of Principal Office - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 200 Park Avenue South, 8th Floor | New York | NY | 10003 |

| b. Mailing Address of LLC, if different than item 4a | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 200 Park Avenue South, 8th Floor | New York | NY | 10003 |

| c. Street Address of **California** Office, if Item 4a is not in California - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 10960 Wilshire Blvd, Suite 1900 | Los Angeles | CA | 90024 |

**5. Manager(s) or Member(s)**

If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Dana | | Brunetti | |

| b. Entity Name - Do not complete Item 5a |
|---|
| |

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 200 Park Avenue South, 8th Floor | New York | NY | 10003 |

**6. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Frank | | Selvaggi | |

| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 10960 Wilshire Blvd, Suite 1900 | Los Angeles | CA | 90024 |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b |
|---|
| |

**7. Type of Business**

| a. Describe the type of business or services of the Limited Liability Company |
|---|
| Rental Property |

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

**9. The Information contained herein, including any attachments, is true and correct.**

| 01/29/2018 | Michael Cohen | Accountant | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:

Company:

Address:

City/State/Zip:

# EXHIBIT

# F

**LLC-12**

**Secretary of State**
**Statement of Information**
(Limited Liability Company)

18-A36422

# FILED

In the office of the Secretary of State
of the State of California

JAN 29, 2018

**IMPORTANT — Read instructions before completing this form.**

**Filing Fee – $20.00**

**Copy Fees** – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**This Space For Office Use Only**

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)

SPARTAN 97, LLC

| **2. 12-Digit Secretary of State File Number** | **3. State, Foreign Country or Place of Organization** (only if formed outside of California) |
|---|---|
| 201717110586 | DELAWARE |

**4. Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box<br>200 Park Avenue South, 8th Floor | New York | NY | 10003 |
| b. Mailing Address of LLC, **if different than item 4a**<br>200 Park Avenue South, 8th Floor | New York | NY | 10003 |
| c. Street Address of **California Office**, if item 4a is not in California - Do not list a P.O. Box<br>10960 Wilshire Blvd, Suite 1900 | Los Angeles | CA | 90024 |

**5. Manager(s) or Member(s)**

If **no managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Dana | | Brunetti | |

b. Entity Name - Do not complete Item 5a

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 200 Park Avenue South, 8th Floor | New York | NY | 10003 |

**6. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Frank | | Selvaggi | |

| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 10960 Wilshire Blvd, Suite 1900 | LOS ANGELES | CA | 90024 |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b

**7. Type of Business**

a. Describe the type of business or services of the Limited Liability Company

Rental Property

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

**9. The Information contained herein, including any attachments, is true and correct.**

| 01/29/2018 | Michael Cohen | Accountant | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name: 

Company: 

Address: 

City/State/Zip:

**Attachment to Statement of Information (Limited Liability Company)**

**LLC-12A Attachment**

18-A36422

**A. Limited Liability Company Name**

SPARTAN 97, LLC

This Space For Office Use Only

| **B. 12-Digit Secretary of State File Number** | **C. State or Place of Organization** (only if formed outside of California) |
|---|---|
| 201717110586 | DELAWARE |

**D. List of Additional Manager(s) or Member(s) -** If the manager/member is an individual, enter the individual's name and address. If the manager/member is an entity, enter the entity's name and address. Note: The LLC cannot serve as its own manager or member.

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Frank | | Selvaggi | |
| Entity Name | | | |

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 200 Park Avenue South, 8th Floor | New York | NY | 10003 |

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Anthony | | Bonsignore | |
| Entity Name | | | |

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 200 Park Avenue South, 8th Floor | New York | NY | 10003 |

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |
| Entity Name | | | |

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |
| Entity Name | | | |

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |
| Entity Name | | | |

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |
| Entity Name | | | |

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |
| Entity Name | | | |

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

# EXHIBIT

# G



04-674817

# State of California
## Kevin Shelley
## Secretary of State
### STATEMENT OF INFORMATION
(Foreign Corporation)



| FEES (Filing and Disclosure): $25.00.   If amendment, see instructions. |
|---|

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

1. CORPORATE NAME: (Please do not alter if name is preprinted )

TRIGGERSTREET.COM, INC.

**FILED**
In the office of the Secretary of State
of the State of California

APR 16 2004

KEVIN SHELLEY, SECRETARY OF STATE

C2508123
EL added 10/25/2014

This Space For Filing Use Only

**CALIFORNIA CORPORATE DISCLOSURE ACT** (Corporations Code Section 2117)

2. ☐ CHECK HERE IF THE CORPORATION IS PUBLICLY TRADED.  IF PUBLICLY TRADED, COMPLETE THIS STATEMENT OF INFORMATION AND THE CORPORATE DISCLOSURE STATEMENT (FORM SI-PTSUPP).  SEE ITEM 2 OF INSTRUCTIONS.

**NO CHANGE STATEMENT**

3. ☐ IF THERE HAS BEEN NO CHANGE IN ANY OF THE INFORMATION CONTAINED IN THE LAST STATEMENT OF INFORMATION FILED WITH THE SECRETARY OF STATE, INCLUDING ANY INFORMATION CONTAINED IN FORM SI-PTSUPP, CHECK THE BOX AND PROCEED TO ITEM 13.
IF THERE HAVE BEEN ANY CHANGES TO THE INFORMATION CONTAINED IN EITHER FORM, OR NO STATEMENT HAS BEEN PREVIOUSLY FILED, THIS FORM (AND THE FORM SI-PTSUPP, IF PUBLICLY TRADED) MUST BE COMPLETED IN THEIR ENTIRETY.

**COMPLETE ADDRESSES FOR THE FOLLOWING**  (Do not abbreviate the name of the city.  Items 4 and 5 cannot be PO Boxes.)

| | CITY AND STATE | STATE | ZIP CODE |
|---|---|---|---|
| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | |
| 200 Park Avenue South, 8th Fl | New York, NY | | 10003 |
| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | CITY | STATE | ZIP CODE |
| 11766 Wilshire Blvd Ste 1610 | Los Angeles | CA | 90025 |
| 6. MAILING ADDRESS | CITY AND STATE | | ZIP CODE |
| 11766 Wilshire Blvd Ste 1610 | Los Angeles, CA | | 90025 |

**NAMES AND COMPLETE ADDRESSES OF THE FOLLOWING OFFICERS** (The corporation must have these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this statement must not be altered.)

| | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| 7. CHIEF EXECUTIVE OFFICER/ | | | |
| Dana Brunetti | 200 Park Avenue South, 8th Fl | New York, NY | 10003 |
| 8. SECRETARY/ | ADDRESS | CITY AND STATE | ZIP CODE |
| Ross Partridge | 200 Park Avenue South, 8th Fl | New York, NY | 10003 |
| 9. CHIEF FINANCIAL OFFICER/ | ADDRESS | CITY AND STATE | ZIP CODE |
| Frank Selvaggi | 200 Park Avenue South, 8th Fl | New York NY | 10003 |

**AGENT FOR SERVICE OF PROCESS**
- If an individual, the agent must reside in California and Item 11 must be completed with a California address.
- If another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 11 must be left blank.

10. NAME OF AGENT FOR SERVICE OF PROCESS

Barry Greenfield, c/o Altman, Greenfield & Selvaggi

| 11. ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 11766 Wilshire Blvd Ste 1610 | Los Angeles | CA | 90025 |

**TYPE OF BUSINESS**

12. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

Entertainment

13. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| KEVIN SPACEY | Kevin Spacey | CEO | 3/11/04 |
|---|---|---|---|
| TYPE OR PRINT NAME OF OFFICER OR AGENT | SIGNATURE | TITLE | DATE |

| SI-350 (REV 04/2003) | | APPROVED BY SECRETARY OF STATE |
|---|---|---|

# EXHIBIT

# H

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Wed Sep 26 05:22:26 EDT 2018

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout Please logout when you are done to release system resources allocated for you.

Start List At:          OR Jump to record:          **Record 17 out of 17**

TSDR   ASSIGN Status   TTAB Status   ( Use the "Back" button of the Internet Browser to return to TESS)

# PRESIDENTIAL BY KEVIN SPACEY

| | |
|---|---|
| **Word Mark** | PRESIDENTIAL BY KEVIN SPACEY |
| **Goods and Services** | IC 018. US 001 002 003 022 041. G & S: Tote bags; umbrellas; business-card cases; briefcases; handbags; wallets; luggage |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 87015149 |
| **Filing Date** | April 26, 2016 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | April 25, 2017 |
| **International Registration Number** | 1316876 |
| **Owner** | (APPLICANT) Dovetail Ventures, LLC LIMITED LIABILITY COMPANY DELAWARE |

c/o Altman, Greenfield & Selvaggi, LLP 200 Park Ave. South, 8th Floor New York
NEW YORK 10003

**Attorney of Record**    Kenneth A. Feinswog

**Prior Registrations**    2924016;4422191

**Type of Mark**    TRADEMARK

**Register**    PRINCIPAL

**Other Data**    The name(s), portrait(s), and/or signature(s) shown in the mark identifies "KEVIN SPACEY", whose consent(s) to register is made of record.

**Live/Dead Indicator**    LIVE

---

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP   PREV LIST   CURR LIST   NEXT LIST
FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

---

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT

# I



**PTIN**directory
The National Directory of Registered Tax Return Preparers & Professionals (/)

(/)

# Frank R. Selvaggi, CPA - New York NY Tax Preparer

## Litigation Finance

Hundreds of clients and firms trust LexShares, finance provider to the legal industry. lexshares.com

OPEN

PTINdirectory (https://www.ptindirectory.com/)  »  Tax Preparers by State (/tax-preparers)  »  New York Tax Preparers (/tax-preparers/new-york)  »  New York New York Tax Preparers (/tax-preparers/new-york/new-york-ny)  »  Frank R. Selvaggi, CPA - New York NY Tax Preparer



**Frank R. Selvaggi, CPA**
Altman Greenfield & Selvaggi LLP
200 Park Avenue South, 8th Floor
New York, NY 10003
United States
☎ 212-768-4500 (tel:+1-212-768-4500)

✎ Write Review (/write-client-review.cfm?cpa_dir_id=542137)

Are you Frank R. Selvaggi, CPA, a tax preparer from New York NY?

Add your picture and update your profile now. (...ature-tax-preparer-listing.cfm?cpa_dir_id=542137&ret...or=0)
View your tax professional website created exclusively for you. (http://ptinpro.com/?profile_id=542137)

---

## Request A Free Tax Consultation

(/find-tax-preparer.cfm?cpa_dir_id=542137&city=New%20York&mystate=NY&zip=10003&country=US)
For tax preparation in New York NY, you can count on Frank R. Selvaggi, CPA at Altman Greenfield & Selvaggi LLP. Frank R. Selvaggi, CPA assists taxpayers and small businesses with taxes in New York NY and the surrounding communities. Whether you are an individual or a local business in or around New York NY, Frank R. Selvaggi, CPA has years of valuable experience as an IRS registered tax preparer. Contact Frank R. Selvaggi, CPA, tax filing specialist in New York NY, for help with your taxes.

**Looking to find the best rated tax preparer in New York NY?**
Frank R. Selvaggi, CPA is a local tax preparer at Altman Greenfield & Selvaggi LLP located in New York NY. Frank R. Selvaggi, CPA and other tax preparers located in New York NY will help you with tax preparation, tax planning, bookkeeping, estate and trust taxes, and so much more.

---

## Working Capital Available for Small Business
Instant online approval, no paperwork required, no application fees, no obligation.

(https://www.kabbage.com/landing-page/line-of-credit/?refid=725)

---

## Need Help Finding a Tax Preparer in New York NY?
Our free service can help you find a qualified tax professional.

(/find-tax-preparer.cfm?city=New%20York&mystate=NY&zip=10003&country=US)

# Litigation Finance

Hundreds of clients and firms trust LexShares, finance provider to the legal industry. lexshares.com

OPEN

Advertising Information (http://www.cpadirectmarketing.com/)
About PTIN directory (/about-ptin-directory.cfm)
Contact PTIN directory (/contact-ptin-directory.cfm)

Privacy Policy (/privacy-policy.cfm)
Press Releases (/press-releases.cfm)
Affiliate Program (/affiliate-program.cfm)



The National Directory of Registered Tax
Return Preparers & Professionals, Ltd.
©2012-2018 All rights reserved.

(/)

# EXHIBIT

# J



HOW IT HAPPENED (HTTP://WWW.FREEDOMTOMARRY.ORG/PAGES/HOW-IT-HAPPENED)

WHY IT MATTERS (HTTP://WWW.FREEDOMTOMARRY.ORG/PAGES/WHY-IT-MATTERS)

LESSONS LEARNED

# Frank Selvaggi

WINNING IN THE STATES (HTTP://WWW.FREEDOMTOMARRY.ORG/PAGES/WINNING-IN-THE-STATES)



Frank Selvaggi is a CPA and Founding Partner at Altman, Greenfield & Selvaggi, LLP, the New York City and Los Angeles accounting firm he co-founded in 1986, which specializes in business management for the entertainment industry. Selvaggi and his firm work with some of the top talent within the entertainment industry.

He served for six years on the Board of the Empire State Pride Agenda (ESPA), New York's leading statewide LGBT civil rights and advocacy organization. He held the position of Co-Chair of ESPA's Foundation Board for three years and that of Chair of the Agenda Inc. Board for two.

In addition, he serves on the Board of Directors of the Gay & Lesbian Victory Fund, the nation's largest LGBT political action committee and the only national organization dedicated to increasing the number of openly LGBT elected officials at

all levels of government. He also serves as Board President of the American Associates of the Old Vic Theatre, an iconic theater company in London with roots dating back to 1818 and currently under the artistic direction of actor Kevin Spacey.

Mr. Selvaggi is a resident of both New York City and North Salem, N.Y. He married his long time partner, Bill Shea in Northampton, MA in May 2004. He earned a Bachelor of Science degree in Accounting with highest honors from Rochester Institute of Technology in Rochester, NY in 1981.

VIEW ALL STAFF (/THE-TEAM)

 (https://www.facebook.com/freedomtomarry.org)
 (https://twitter.com/freedomtomarry)

Freedom to Marry was the campaign to win marriage nationwide. With the Supreme Court victory on June 26, 2015, the work of this strategic campaign – though not the larger movement – was achieved, and Freedom to Marry wound down its operations, closing in early 2016. For inquiries, please email legacy@freedomtomarry.org (mailto:legacy@freedomtomarry.org).

# EXHIBIT

# K



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Oct 2 05:21:01 EDT 2018*

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   BOTTOM   HELP

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TSDR   ASSIGN Status   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# CAVALRY MEDIA

| | |
|---|---|
| **Word Mark** | **CAVALRY MEDIA** |
| **Goods and Services** | IC 041. US 100 101 107. G & S: Entertainment services, namely, arranging and conducting theatrical exhibitions, celebrity appearances, and producing television programs, motion picture films, and interactive audiovisual works for computer, all featuring musical, dramatic and comedy performances; entertainment services, namely, television and motion picture film production services, interactive multimedia production services; production and distribution of films and television shows; production of theatrical plays and theatrical exhibitions; providing web sites featuring information in the field of entertainment; fan clubs; music production services; sound recording studio services; post-production editing of films and television shows; entertainment services, namely, producing video games and multimedia entertainment; entertainment services, namely, production and distribution of virtual reality and augmented reality entertainment. FIRST USE: 20171103. FIRST USE IN COMMERCE: 20171103 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 87314035 |
| **Filing Date** | January 25, 2017 |
| **Current** | 1A |

| **Basis** | |
|---|---|
| **Original Filing Basis** | 1B |
| **Published for Opposition** | October 17, 2017 |
| **Registration Number** | 5551595 |
| **Registration Date** | August 28, 2018 |
| **Owner** | (REGISTRANT) Dana Brunetti INDIVIDUAL UNITED STATES 8th Floor 200 Park Avenue South New York NEW YORK 10003 |
| **Attorney of Record** | Victor K. Sapphire, Esq. |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MEDIA" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    TOP    HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY