Steve Wilson Briggs
4322 Chico Ave.,
Santa Rosa, CA 95407
510 200 3763
snc.steve@gmail.com
PLAINTIFF In Propria Persona

FILED
OCT -4 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVE WILSON BRIGGS<br>Plaintiff,<br>vs<br>KEVIN SPACEY; et al | Civ No: 18-cv-04952-VC<br>**(SECOND) PROOF OF SERVICE OF SUMMONS AND COMPLAINT AFFIDAVIT OF DR. MORGAN MARCHBANKS** |

## SECOND PROOF OF SERVICE OF SUMMONS AND COMPLAINT AFFIDAVIT OF DR. MORGAN MARCHBANKS

1. I am over 18, and not a party of this action.
2. I am a resident of Sonoma County, where the mailing took place.
3. My name is Dr. Morgan Marchbanks
4. My address is 346 Major Dr., Santa Rosa, CA 95403.
5. On **September 27th**, 2018, I mailed six (6) total envelopes (three separately addressed envelopes that were mailed to three separate parties, and another three separately addressed envelopes that were mailed "care of" the parties authorized process of service agent) from the U.S. Post Office at 2585 Sebastopol Rd., Santa Rosa, California. Each of the six envelopes contained the following documents:

   a. **Summons** In A Civil Action (2)

   b. **Complaint**

c. **Civil Cover Sheet**

d. Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction

e. Consent Or Declination To Magistrate Judge Jurisdiction

f. Welcome To The Oakland Divisional Office

g. ECF Registration Handout

h. Proposed Order Granting Motion For Permission For Electronic Case Filing

i. Order Setting Initial Case Management And ADR Deadlines

j. Standing Order General (SBA)

k. Standing Order For All Judges OF The Northern District Of California

l. Standing Order - General (SBA) Patent Case

m. Order Relating Cases (Hon. Judge Vincent Chhabria)

n. Reassigned Case - Notice of New Hearing Date -VC

o. Related Case Order

6. The names of the three of the separately served parties were:

a. Kevin Spacey

b. Dana Brunetti

c. Trigger Street Productions, Inc.

7. The name of the parties' shared authorized service of process agent, whom I sent three additional envelopes "care of", for each of the three parties listed in item 6 is **Frank Selvaggi**.

8. I served the documents to each of the separate parties, listed above, by enclosing the documents in separate envelopes and giving the envelope to a U.S. Postal Service clerk at the U.S. Post Office at 2585 Sebastopol Rd., Santa Rosa, California, and paying the clerk to send each of the envelopes "Priority" mail, certified and with return receipt requested, to addresses that are **outside of California**.

9. These six (6) individual envelopes were addressed as follows:

a. Kevin Spacey
120 W 45th St., Suite 3601
New York, NY 10036

b. Dana Brunetti
200 Park Avenue South,
8th Floor New York, NY 10003

c. Trigger Street Productions, Inc.
120 W 45th St., Suite 3601
New York, NY 10036

d. Kevin Spacey
% Frank Selvaggi
200 Park Avenue South, 8th Floor
New York, NY 10003

e. Dana Brunetti
% Frank Selvaggi
200 Park Avenue South, 8th Floor
New York, NY 10003

f. Trigger Street Productions, Inc.
% Frank Selvaggi
200 Park Avenue South, 8th Floor
New York, NY 10003

10. I am not a professional process server.

11. I was not paid to serve these documents upon the parties.

12. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 09/27/2018

Signed: [signature]

Dr. Morgan Marchbanks

7018 0360 0002 1269 7224

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

NEW YORK, NY 10152 OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ | $3.45 |
| Extra Services & Fees (check box, add fee as appropriate) | $2.75 |
| ☐ Return Receipt (hardcopy) $ | $0.00 |
| ☐ Return Receipt (electronic) $ | $0.00 |
| ☐ Certified Mail Restricted Delivery $ | $0.00 |
| ☐ Adult Signature Required $ | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ | $17.30 |
| Total Postage and Fees $ | $23.50 |

0664 09 Postmark Here 09/17/2018

Sent To: Sound Point Capital Mgmt
Street and Apt. No., or PO Box No.: 375 Park Ave, 33rd Floor
City, State, ZIP+4®: NY, NY 10152

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7018 0360 0002 1269 7255

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

NEW YORK, NY 10003 OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ | $3.45 |
| Extra Services & Fees (check box, add fee as appropriate) | $2.75 |
| ☐ Return Receipt (hardcopy) $ | $0.00 |
| ☐ Return Receipt (electronic) $ | $0.00 |
| ☐ Certified Mail Restricted Delivery $ | $0.00 |
| ☐ Adult Signature Required $ | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ | $17.30 |
| Total Postage and Fees $ | $23.50 |

0664 09 Postmark Here 09/17/2018

Sent To: Trigger Street Productions
Street and Apt. No., or PO Box No.: 200 Park Ave South, 8th Flo
City, State, ZIP+4®: NY, NY 10003

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7018 0360 0002 1269 7248

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

NEW YORK, NY 10003 OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ | $3.45 |
| Extra Services & Fees (check box, add fee as appropriate) | $2.75 |
| ☐ Return Receipt (hardcopy) $ | $0.00 |
| ☐ Return Receipt (electronic) $ | $0.00 |
| ☐ Certified Mail Restricted Delivery $ | $0.00 |
| ☐ Adult Signature Required $ | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ | $17.30 |
| Total Postage and Fees $ | $23.50 |

0664 09 Postmark Here 09/17/2018

Sent To: Kevin Spacey
Street and Apt. No., or PO Box No.: 200 Park Ave South, 8th Floor
City, State, ZIP+4®: NY, NY 10003

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7018 0360 0002 1269 7262

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

NEW YORK, NY 10003 OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ | $3.45 |
| Extra Services & Fees (check box, add fee as appropriate) | $2.75 |
| ☐ Return Receipt (hardcopy) $ | $0.00 |
| ☐ Return Receipt (electronic) $ | $0.00 |
| ☐ Certified Mail Restricted Delivery $ | $0.00 |
| ☐ Adult Signature Required $ | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ | $17.30 |
| Total Postage and Fees $ | $23.50 |

0664 09 Postmark Here 09/17/2018

Sent To: Dana Brunetti
Street and Apt. No., or PO Box No.: 200 Park Ave South, 8th Floor
City, State, ZIP+4®: NY, NY 1003

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

ROSELAND
2585 SEBASTOPOL RD
SANTA ROSA
CA
95407-9991
0569960664
09/17/2018 (800)275-8777 1:28 PM

| Product Description | Sale Qty | Final Price |
|---|---|---|
| PM 2-Day | 1 | $17.30 |
| (Domestic) | | |
| (NEW YORK, NY 10003) | | |
| (Weight:2 Lb 11.70 Oz) | | |
| (Expected Delivery Date) | | |
| (Wednesday 09/19/2018) | | |
| Certified | 1 | $3.45 |
| (@@USPS Certified Mail #) | | |
| (70180360000212697262) | | |
| Return Receipt | 1 | $2.75 |
| (@@USPS Return Receipt #) | | |
| (9590940239198060345930) | | |
| PM 2-Day | 1 | $17.30 |
| (Domestic) | | |
| (NEW YORK, NY 10003) | | |
| (Weight:2 Lb 11.50 Oz) | | |
| (Expected Delivery Date) | | |
| (Wednesday 09/19/2018) | | |
| Certified | 1 | $3.45 |
| (@@USPS Certified Mail #) | | |
| (70180360000212697248) | | |
| Return Receipt | 1 | $2.75 |
| (@@USPS Return Receipt #) | | |
| (9590940239198060345947) | | |
| PM 2-Day | 1 | $17.30 |
| (Domestic) | | |
| (NEW YORK, NY 10152) | | |
| (Weight:2 Lb 11.50 Oz) | | |
| (Expected Delivery Date) | | |
| (Wednesday 09/19/2018) | | |
| Certified | 1 | $3.45 |
| (@@USPS Certified Mail #) | | |
| (70180360000212697224) | | |
| Return Receipt | 1 | $2.75 |
| (@@USPS Return Receipt #) | | |
| (9590940239198060345916) | | |
| PM 2-Day | 1 | $17.30 |
| (Domestic) | | |
| (NEW YORK, NY 10003) | | |
| (Weight:2 Lb 11.70 Oz) | | |
| (Expected Delivery Date) | | |
| (Wednesday 09/19/2018) | | |
| Certified | 1 | $3.45 |
| (@@USPS Certified Mail #) | | |
| (70180360000212697255) | | |
| Return Receipt | 1 | $2.75 |
| (@@USPS Return Receipt #) | | |
| (9590940239198060345909) | | |
| Total | | $94.00 |
| Cash | | $82.00 |
| Credit Card Remitd | | $12.00 |
| (Card Name:AMEX) | | |

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Trigger Street Prods
200 Park Ave South
8th Floor
NY NY 10003

9590 9402 3919 8060 3459 09

2. Article Number *(Transfer from service label)*

7018 0360 0002 1269 7255

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X

B. Received by *(Printed Name)* C. Date of Delivery 9/19

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
Insured Mail
Insured Mail Restricted Delivery (over $500)
☐ Priority Mail E
☐ Registered M
☐ Registered M Delivery
☐ Return Receip Merchandise
☐ Signature Cor
☐ Signature Cor Restricted Del

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sound Point Capital Management
375 Park Avenue,
33rd Floor
New York NY 10152

9590 9402 3919 8060 3459 16

2. Article Number *(Transfer from service label)*

7018 0360 0002 1269 7224

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X

B. Received by *(Printed Name)* C. Date of Delivery 9/

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
Insured Mail
Insured Mail Restricted Delivery (over $500)
☐ Priority Mail E
☐ Registered Ma
☐ Registered Ma Delivery
☐ Return Receip Merchandise
☐ Signature Con
☐ Signature Con Restricted Deli

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return