Name: Steve Wilson Briggs
Address: 4322 Chico Ave.,
Santa Rosa, CA  95407
Phone Number: (510) 200 3763
E-mail Address: snc.steve@gmail.com

*Pro Se*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Steve Wilson Briggs<br><br>Plaintiff,<br><br>vs.<br>Kevin Spacey, et al<br><br><br>Defendant. | Case Number: 18-cv-04952-VC<br><br>[PROPOSED] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING<br><br>DATE:<br>TIME:<br>COURTROOM:<br>JUDGE: |

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: October 9, 2018

*[signature]*

United States District/~~Magistrate~~ Judge