1  Steve Wilson Briggs
2  4322 Chico Ave.,
   Santa Rosa, CA 95407
3  510 200 3763
4  snc.steve@gmail.com
   PLAINTIFF In Propria Persona

FILED
OCT -9 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STEVE WILSON BRIGGS<br><br>Plaintiff,<br><br>vs<br><br>KEVIN SPACEY; et al | Civ No: 18-cv-04952-VC<br><br>WITHDRAWAL OF DOCUMENTS CAPTIONED:<br>1. "(FIRST) PROOF OF SERVICE OF SUMMONS AND COMPLAINT AFFIDAVIT OF DR. MORGAN MARCHBANKS"; AND<br>2. "(SECOND) PROOF OF SERVICE OF SUMMONS AND COMPLAINT AFFIDAVIT OF DR. MORGAN MARCHBANKS" |
|---|---|

## WITHDRAWAL OF DOCUMENTS

The Plaintiff hereby requests to withdraw the documents he filed with this Court on October 4, 2018, captioned: 1. **"(First) Proof Of Service Of Summons And Complaint Affidavit Of Dr. Morgan Marchbanks"**; and 2. **"(Second) Proof Of Service Of Summons And Complaint Affidavit Of Dr. Morgan Marchbanks"**

Plaintiff requests to withdraw these document because the Plaintiff absently dubbed these documents "AFFIDAVITS", when they were not affidavits. Rather the documents were sworn "declarations". The Plaintiff will have new proof of service "declarations" re-signed, and file them with the court, posthaste.

Date: __10/05/2018__          Signed: _____

Steve Wilson Briggs
(Plaintiff, In Persona Propria)