Steve Wilson Briggs
4322 Chico Ave.,
Santa Rosa, CA 95407
510 200 3763
snc.steve@gmail.com
PLAINTIFF In Propria Persona

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WILSON BRIGGS<br><br>Plaintiff,<br><br>vs<br><br>KEVIN SPACEY;  et al | Civ No: 18-cv-04952-VC<br><br>**PROOF OF SERVICE DECLARATION OF NEXUS ASSOON, REGARDING SERVICE OF PROCESS OF DEFENDANTS ARI EMANUEL, NEILL BLOMKAMP, MATT DAMON, BEN AFFLECK** |

**PROOF OF SERVICE DECLARATION OF NEXUS ASSOON, REGARDING**

**SERVICE OF PROCESS OF DEFENDANTS**

**ARI EMANUEL, NEILL BLOMKAMP, MATT DAMON, BEN AFFLECK**

My name is Nexus Assoon, and I declare the following:

1.  I am over 18, and not a party of this action.

2.  I am a resident of Los Angeles County, where this service of process took place.

4.  My address is 3007 4th Ave., Los Angeles, CA 90018.

5.  On **October 19th**, 2018, I served summons, Complaint and other legal documents on Ari Emanuel, Neill Blomkamp, Matt Damon, and Ben Affleck by personally delivering summons complaint and other legal documents to the headquarters of WME (William Morris Endeavor), at 9601 Wilshire Blvd (3rd floor), Beverly Hills, CA 90210.

1    6.   When I arrived to the WME building, the lobby receptionist greeted me, and asked

2    me how he could assist me.

3    7.   I explained that I was there to go to the third (3rd) floor to serve legal documents for

4    aforementioned parties.

5    8.   The receptionist then instructed me that correct location for service on these parties

6    was in the downstairs mailroom. I then took the elevator to the downstairs mailroom.

7    9.   In the mailroom, I was greeted by a man who identified himself as "Josh, the

8    Mailroom Supervisor." Josh was caucasian, in his mid 30s, with shortish blonde hair and

9    beard, a slender build, about 5' 10" tall.  There was another mailroom employee working in

10   the mailroom who was also caucasian, and who also appeared to be in his 30s, about 5' 8"

11   tall, brown hair and beard, with glasses.

12   10.  I told Josh that I was there to serve documents for the CEO of WME, Ari Emanuel,

13   and I began to ask if he (Josh) could accept service of process for the WME clients Neill

14   Blomkamp, Matt Damon and Ben Affleck.

15   11.  The man in glasses interrupted and prompted Josh that he should probably call the

16   legal department.

17   12.   Josh ignored the other man with sort of a wave of his hand, and said something like,

18   "I got this." Josh then told me that he could accept the documents and proceeded to take the

19   documents from my hands.

20   13.  The documents that I served upon Ari Emanuel, Neill Blomkamp, Matt Damon and

21   Ben Affleck by delivering them to William Morris Endeavor's mailroom personnel, were:

21           a.  **Summons** In A Civil Action (2)

22           b.  **Complaint**

23           c.  **Civil Cover Sheet**

24           d.  Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction

25           e.  Consent Or Declination To Magistrate Judge Jurisdiction

26           f.  Welcome To The Oakland Divisional Office

27           g.  ECF Registration Handout

28           h.  Proposed Order Granting Motion For Permission For Electronic Case Filing

2
PROOF OF SERVICE

| 1 | | i. | Order Setting Initial Case Management And ADR Deadlines |
|---|---|---|---|
| 2 | | j. | Standing Order General (SBA) |
| 3 | | k. | Standing Order For All Judges OF The Northern District Of California |
| 4 | | l. | Standing Order - General (SBA) Patent Case |
| 5 | | m. | Order Relating Cases (Hon. Judge Vincent Chhabria) |
| 6 | | n. | Reassigned Case - Notice of New Hearing Date -VC |
| 7 | | o. | Related Case Order |

8    14.  I am not a professional process server.

9    15.  I was paid a total of $500 to serve these documents upon these and several other

10   Defendants in the matter of *Briggs v Spacey, et al*.

11   16. I declare under penalty of perjury under the laws of the United States of America that

12   the foregoing is true and correct.

14   Dated:   10/20/2018        Signed:

15                                            Nexus Assoon

3
PROOF OF SERVICE