1  Steve Wilson Briggs
2  4322 Chico Ave.,
   Santa Rosa, CA 95407
3  510 200 3763
   snc.steve@gmail.com
4  PLAINTIFF In Propria Persona
5
6
7
8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                                    | Civ No: 18-cv-04952-VC

11  STEVE WILSON BRIGGS               | **PROOF OF SERVICE**
                                      | **DECLARATION OF NEXUS**
12              Plaintiff,            | **ASSOON, REGARDING SERVICE**
                                      | **OF PROCESS OF DEFENDANTS**
13              vs                    | **NBCUNIVERSAL MEDIA, LLC**

14  KEVIN SPACEY;  et al

15

16

17   **PROOF OF SERVICE DECLARATION OF NEXUS ASSOON, REGARDING**

18   **SERVICE OF PROCESS OF DEFENDANT NBCUNIVERSAL MEDIA, LLC**

19

20     My name is Nexus Assoon, and I declare the following:

21     1.   I am over 18, and not a party of this action.

21     2.   I am a resident of Los Angeles County, where this service of process took place.

22     4.   My address is 3007 4th Ave., Los Angeles, CA 90018.

23     5.   On **October 19th**, 2018, I served summons, Complaint and other legal documents

24   on **NBCUniversal Media, LLC**, by personally delivering said legals documents to the

25   Defendant's registered agent for service of process, **CT Corporation**, located at 818 West

26   Seventh Street (Suite 930), Los Angeles, CA 90017.

27     6.   The CT Corporation agent or staff member whom I gave the documents to was

28   named **Carlos Paz**. Mr. Paz stated his job title was "Intake Specialist."

1    7.   The documents that I served upon NBCUniversal Media, LLC, by delivering them

2  to CT Corporation's intake specialist, Carlos Paz, were the following documents:

3         a.  **Summons** In A Civil Action (2)

4         b.  **Complaint**

5         c.  **Civil Cover Sheet**

6         d.  Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction

7         e.  Consent Or Declination To Magistrate Judge Jurisdiction

8         f.  Welcome To The Oakland Divisional Office

9         g.  ECF Registration Handout

10        h.  Proposed Order Granting Motion For Permission For Electronic Case Filing

11        i.  Order Setting Initial Case Management And ADR Deadlines

12        j.  Standing Order General (SBA)

13        k.  Standing Order For All Judges OF The Northern District Of California

14        l.  Standing Order - General (SBA) Patent Case

15        m.  Order Relating Cases (Hon. Judge Vincent Chhabria)

16        n.  Reassigned Case - Notice of New Hearing Date -VC

17        o.  Related Case Order

18   8.  I am not a professional process server.

19   9.  I was paid a total of $500 to serve these documents upon several Defendants in the

20  matter of *Briggs v Spacey, et al* .

21   10.  I declare under penalty of perjury under the laws of the United States of America that

21  the foregoing is true and correct.

22

23   Dated:____10/20/2018____   Signed:_____

24                                      Nexus Assoon

25

26

27

28

PROOF OF SERVICE