Steve Wilson Briggs
4322 Chico Ave.,
Santa Rosa, CA 95407
510 200 3763
snc.steve@gmail.com
PLAINTIFF In Propria Persona

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WILSON BRIGGS<br><br>Plaintiff,<br><br>vs<br><br>KEVIN SPACEY; et al | Civ No: 18-cv-04952-VC<br><br>**PROOF OF SERVICE DECLARATION OF NEXUS ASSOON, REGARDING SERVICE OF PROCESS OF DEFENDANTS SONY PICTURES ENTERTAINMENT, LLC** |

**DECLARATION OF NEXUS ASSOON, REGARDING SERVICE OF PROCESS OF DEFENDANT NBCUNIVERSAL MEDIA, LLC**

My name is Nexus Assoon, and I declare the following:

1. I am over 18, and not a party of this action.
2. I am a resident of Los Angeles County, where this service of process took place.
4. My address is 3007 4th Ave., Los Angeles, CA 90018.
5. On **October 19th**, 2018, I served summons, Complaint and other legal documents on **Sony Pictures Entertainment, Inc**, by personally delivering said legals documents to the Sony Pictures Entertainment, Inc's stated address for service: 10202 W. Washington Blvd., Culver City CA 90232 (designated in the California Secretary of State's Business Entity statement as the address for service of process).

1
PROOF OF SERVICE

1  6. The Sony Pictures' agent (whom I gave the legal documents to) stated her name was
2  **Deborah Ahn**. Deborah Ahn also stated that she was with Sony Pictures' litigation
3  department.
4  7. Incidentally, when I arrived at the lobby of Sony Pictures' designated service of
5  process building (10202 W. Washington Blvd., Culver City CA 90232) it was approximately
6  4:25pm. However, before accepting and receiving the documents, a Sony Pictures' security
7  personnel, whom I encountered in the building lobby, asked me to wait twenty minutes in
8  the building lobby, because she alleged that all of the legal and/or service agents were in a
9  meeting. Thus, I waited the twenty minutes. And at approximately 5pm, Deborah Ahn came
10 out to the lobby and accepted the documents.
11 8. The documents that I served upon Sony Pictures Entertainment, Inc., by delivering
12 them to Deborah Ahn, were the following documents:
13   a. **Summons** In A Civil Action (2)
14   b. **Complaint**
15   c. **Civil Cover Sheet**
16   d. Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction
17   e. Consent Or Declination To Magistrate Judge Jurisdiction
18   f. Welcome To The Oakland Divisional Office
19   g. ECF Registration Handout
20   h. Proposed Order Granting Motion For Permission For Electronic Case Filing
21   i. Order Setting Initial Case Management And ADR Deadlines
21   j. Standing Order General (SBA)
22   k. Standing Order For All Judges OF The Northern District Of California
23   l. Standing Order - General (SBA) Patent Case
24   m. Order Relating Cases (Hon. Judge Vincent Chhabria)
25   n. Reassigned Case - Notice of New Hearing Date -VC
26   o. Related Case Order
27 9. I am not a professional process server.
28 10. I was paid a total of $500 to serve these documents upon several Defendants in the

matter of *Briggs v Spacey, et al*.

11. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 10/20/2018     Signed: _____

　　　　　　　　　　　　　　　　　Nexus Assoon