Steve Wilson Briggs
4322 Chico Ave.,
Santa Rosa, CA 95407
510 200 3763
snc.steve@gmail.com
PLAINTIFF In Propria Persona

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WILSON BRIGGS<br><br>Plaintiff,<br><br>vs<br><br>KEVIN SPACEY; et al | Civ No: 18-cv-04952-VC<br><br>DECLARATION OF NEXUS ASSOON, REGARDING SERVICE OF PROCESS OF DEFENDANTS MRC (MEDIA RIGHTS CAPITAL AND ALL MRC ENTITIES), ASIF SATCHU, AND MORDECAI WICZYK |

**DECLARATION OF NEXUS ASSOON, REGARDING SERVICE OF PROCESS OF DEFENDANTS MRC (MEDIA RIGHTS CAPITAL AND ALL MRC ENTITIES), ASIF SATCHU, AND MORDECAI WICZYK**

My name is Nexus Assoon, and I declare the following:

1. I am over 18, and not a party of this action.
2. I am a resident of Los Angeles County, where this service of process took place.
4. My address is 3007 4th Ave., Los Angeles, CA 90018.
5. On **October 19th**, 2018, I attempted to serve summons, Complaint and other legal documents on **Media Rights Capital** (and all MRC entities), **Asif Satchu,** and **Mordecai Wiczyk**, by personally delivering said legals documents to Media Rights Capital's **headquarters**, at **9665 Wilshire Blvd., Beverly Hills, CA 90212**.
6. **HOWEVER**, when I arrived to MRC's headquarters the exterior of the building was under construction and blocked off, although I did not actually see any construction

1
PROOF OF SERVICE

workers. It appeared as if the building was open only to construction workers. When I circled the building I eventually found a building entry. At the door a security guard greeted me and asked me where I was going.

7. I explained that I was there to serve legal documents to MRC, and MRC's co-CEOs Asif Satchu and Mordecai Wiczyk.

8. The security guard explained that until the building construction project was complete MRC had moved its headquarters to **1800 Century Park East (10th Fl), Los Angeles CA 90067**. This new address was the address that was given to me, by the Plaintiff Steve Wilson Briggs, as the second—backup—address to serve these parties (as the Plaintiff explained that **1800 Century Park East** address is the address that the California Secretary of State's Business Entity registration designates as the address for service of process). The Plaintiff further explained that the designated register agent for service of process at this address, for MRC, was Scott Tenley.

9. **HOWEVER**, when I arrived at 1800 Century Park East (10th Fl), Los Angeles CA 90067 (again, the officially designated address for service of process), there was no one at all on the very large 10th floor to receive me or assist me. There was no door or directory with the name or words *Scott Tenley*, *MRC*, or *Media Rights Capital*. After about 15 minutes of searching, I encountered a tall, young, caucasian man getting on an elevator, who volunteered to help find a **manager** to assist me.

10. After another 5-7 minutes, the tall man returned with another man (who I assume was some sort of building or floor manager). This new "manager" was an African American man of moderate (brown) complexion. I explained to this man that I was looking for **Scott Tenley**, MRC's registered agent for service of process.

11. The "manager" had no idea who Scott Tenley was. I explained I was there to serve documents for MRC, Asif Satchu and Mordecai Wiczyk, and optimally I should give the documents to Scott Tenley.

Once I said the name MRC the "manager" indicated that he knew this company. The man asked me to follow him to his office. Next to his office was a large room full of racks and racks of very nice and unusual clothes. The room appeared to be a storage area for

1 movie wardrobe. The man walked to a small desk in the office and wrote down an address.
2 The "manager" then handed me the address and explained that Media Rights Capital (MRC)
3 was no longer located in that building and had moved to the address on the slip of paper in
4 his hand.
5     The address on the slip of paper was **9665 Wilshire Blvd., Beverly Hills, CA**
6 **90212**, which is the MRC headquarters address where I attempted to serve MRC, Satchu
7 and Wiczyk about an hour earlier —which was blocked off by construction barriers, and
8 where the security guard stopped me from entering the building and insisted MRC was no
9 longer located and had moved until the construction project concluded.
10   8. I am not a professional process server.
11   9. I was paid a total of $500 to serve these documents upon several Defendants in the
12 matter of *Briggs v Spacey, et al*.
13   10. I declare under penalty of perjury under the laws of the United States of America that
14 the foregoing is true and correct.

Dated: 10/20/2018   Signed: _____

Nexus Assoon