1  Steve Wilson Briggs
2  4322 Chico Ave.,
   Santa Rosa, CA 95407
3  510 200 3763
   snc.steve@gmail.com
4  PLAINTIFF In Propria Persona
5
6
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                                     Civ No: 18-cv-04952-VC
11  STEVE WILSON BRIGGS              **CERTIFICATION OF SERVICE OF "REQUEST FOR ENTRY OF DEFAULT"**
12          Plaintiff,
13              vs                   **AND DECLARATION OF CECILE LUSBY**
14  KEVIN SPACEY; et al
15

16  **CERTIFICATION OF SERVICE OF "REQUEST FOR ENTRY OF DEFAULT"**
17          **AND DECLARATION OF CECILE LUSBY**
18     My name is Cecile Lusby, and I declare the following:
19     1. I am over 18, and not a party of this action.
20     2. I am a resident of Sonoma County, where the mailing took place.
21     4. My address is 4322 Chico Avenue, Santa Rosa, CA 95407.
21     5. On **October 25, 2018,** I mailed three (3) envelopes (separately addressed envelopes
22  to three separate parties) from the U.S. Post Office at 2585 Sebastopol Rd., Santa Rosa,
23  California. Each of the three envelopes contained the following documents:
24        a. **Request For Entry Of Default**
25     6. The names of the three separately served parties were:
26        a. Kevin Spacey
27        b. Dana Brunetti
28        c. Trigger Street Productions, Inc.

7. I addressed the envelopes to the individual defendants % (care of) **Frank Selvaggi**, who, I am told, is the designated agent for service of process for each of the parties served (Kevin Spacey, Dana Brunetti, Trigger Street Productions, Inc.).

8. I served the documents to each of the separate parties, listed above, by enclosing the documents in separate envelopes, with prepaid first-class postage affixed, then depositing the envelopes in the mail drop box of the U.S. Post Office at 2585 Sebastopol Rd., Santa Rosa, California, on October 25, 2018.

9. These three (3) individual envelopes were addressed as follows:

    a. Kevin Spacey
       % Frank Selvaggi
       200 Park Avenue South, 8th Floor
       New York, NY 10003

    b. Dana Brunetti
       % Frank Selvaggi
       200 Park Avenue South, 8th Floor
       New York, NY 10003

    c. Trigger Street Productions, Inc.
       % Frank Selvaggi
       200 Park Avenue South, 8th Floor
       New York, NY 10003

10. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: _____10/25/2018_____   Signed: _____*Cecile Lusby*_____

                                                           Cecile Lusby