```
 1  Steve Wilson Briggs
 2   4322 Chico Ave.,
    Santa Rosa, CA 95407
 3   510 200 3763
 4   snc.steve@gmail.com
    PLAINTIFF In Propria Persona
 5
 6
 7
 8                UNITED STATES DISTRICT COURT
 9               NORTHERN DISTRICT OF CALIFORNIA
```

| STEVE WILSON BRIGGS | Civ No: 18-cv-04952-VC |
|---|---|
| Plaintiff, | **DECLARATION OF PLAINTIFF STEVE WILSON BRIGGS, IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT** |
| vs | |
| KEVIN SPACEY; et al | |

**DECLARATION OF PLAINTIFF STEVE WILSON BRIGGS,**

**IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT**

My name is Steve Wilson Briggs, and I declare the following:

1. Service of the the summons and Complaint in this matter was made upon the defendants via certified USPS mail, with return receipt requested, by Dr Morgan Marchbanks, on October 25, 2018.

2. The Defendants have not responded to the summons and complaint with a motion, answer or in any other manner.

3. The Defendants are not juveniles, incompetent, or in the military.

Dated: October 25, 2018     Signed: /s/ Steve Wilson Briggs
                                     Plaintiff, In Propria Persona