Steve Wilson Briggs
4322 Chico Ave.,
Santa Rosa, CA 95407
510 200 3763
snc.steve@gmail.com
PLAINTIFF In Propria Persona

**ORIGINAL FILED**

OCT - 4 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WILSON BRIGGS<br><br>Plaintiff,<br><br>vs<br><br>KEVIN SPACEY; et al | Civ No: 18-cv-04952-VC<br><br>**(FIRST) PROOF OF SERVICE OF SUMMONS AND COMPLAINT, AFFIDAVIT OF DR. MORGAN MARCHBANKS** |

**FIRST PROOF OF SERVICE OF SUMMONS AND COMPLAINT,**

**AFFIDAVIT OF DR. MORGAN MARCHBANKS**

1. I am over 18, and not a party of this action.
2. I am a resident of Sonoma County, where the mailing took place.
3. My name is Dr. Morgan Marchbanks
4. My address is 346 Major Dr., Santa Rosa, CA 95403.
5. On **September 17th**, 2018, I mailed four envelopes to four separate parties, from the U.S. Post Office at 2585 Sebastopol Rd., Santa Rosa, California. Each of the four envelopes contained the following documents:
   a. **Summons** In A Civil Action (2)
   b. **Complaint**
   c. **Civil Cover Sheet**
   d. Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction
   e. Consent Or Declination To Magistrate Judge Jurisdiction

1
PROOF OF SERVICE

   f. Welcome To The Oakland Divisional Office
   g. ECF Registration Handout
   h. Proposed Order Granting Motion For Permission For Electronic Case Filing
   i. Order Setting Initial Case Management And ADR Deadlines
   j. Standing Order General (SBA)
   k. Standing Order For All Judges OF The Northern District Of California
   l. Standing Order - General (SBA) Patent Case

6. The names of the four separately served parties were:
   a. Kevin Spacey
   b. Dana Brunetti
   c. Trigger Street Productions
   d. Sound Point Capital Management

7. I served the documents to each of the separate parties, listed above, by enclosing the documents in separate envelopes and giving the envelope to a U.S. Postal Service clerk at the U.S. Post Office at 2585 Sebastopol Rd., Santa Rosa, California, and paying the clerk to send each of the envelopes "Priority" mail, certified and with return receipt requested, to addresses that are outside of California.

7. The four individual envelopes were addressed as follows:

   1. Trigger Street Productions
      200 Park Avenue South, 8th Floor
      New York, NY 10003

   2. Kevin Spacey
      200 Park Avenue South, 8th Floor
      New York, NY 10003

   3. Sound Point Capital Management
      375 Park Avenue, 33rd Floor
      New York, NY 10152

   4. Dana Brunetti
      ℅ Cavalry Media

```
                200 Park Avenue South, 8th Floor
                New York, NY 10003

8.  I am not a professional process server.

9.  I was not paid to serve these documents upon the parties.

10. I declare under penalty of perjury under the laws of the United States of America that
the foregoing is true and correct.


Dated:   09/17/2018          Signed: [signature]
                                     Dr. Morgan Marchbanks
```



```
                    ROSELAND
               2585 SEBASTOPOL RD
                   SANTA ROSA
                       CA
                    95407-9991
                    0569960664
  09/27/2018    (800)275-8777    5:05 PM

                         Sale        Final
  Product                 Qty        Price
  Description
                          1          $7.00
  PM 2-Day
  Legal FR Env
      (Domestic)
      (NEW YORK, NY  10036)
      (Flat Rate)
      (Expected Delivery Date)
      (Saturday 09/29/2018)
                          1          $3.45
  Certified
      (@@USPS Certified Mail #)
      (70180360000212696203)
                          1          $2.75
  Return
  Receipt
      (@@USPS Return Receipt #)
      (9590940231057124963160)
                          1          $7.00
  PM 2-Day
  Legal FR Env
      (Domestic)
      (NEW YORK, NY  10003)
      (Flat Rate)
      (Expected Delivery Date)
      (Saturday 09/29/2018)
                          1          $3.45
  Certified
      (@@USPS Certified Mail #)
      (70180360000212696210)
                          1          $2.75
  Return
  Receipt
      (@@USPS Return Receipt #)
      (9590940231057124963153)
                          1          $7.00
  PM 2-Day
  Legal FR Env
      (Domestic)
      (NEW YORK, NY  10003)
      (Flat Rate)
      (Expected Delivery Date)
      (Monday 10/01/2018)
                          1          $3.45
  Certified
      (@@USPS Certified Mail #)
      (70180360000212696227)
                          1          $2.75
  Return
  Receipt
      (@@USPS Return Receipt #)
      (9590940231057124963146)
                          1          $7.00
  PM 2-Day
  Legal FR Env
      (Domestic)
      (NEW YORK, NY  10036)
      (Flat Rate)
      (Expected Delivery Date)
      (Monday 10/01/2018)
                          1          $3.45
  Certified
      (@@USPS Certified Mail #)
      (70180360000212696234)
                          1          $2.75
  Return
  Receipt
      (@@USPS Return Receipt #)
      (9590940231057124963139)
                          1          $7.00
  PM 2-Day
  Legal FR Env
      (Domestic)
      (NEW YORK, NY  10003)
      (Flat Rate)
      (Expected Delivery Date)
      (Monday 10/01/2018)
                          1          $3.45
  Certified
      (@@USPS Certified Mail #)
      (70180360000212696241)
                          1          $2.75
  Return
```