1  Steve Wilson Briggs
2  4322 Chico Ave.,
   Santa Rosa, CA 95407
3  510 200 3763
   snc.steve@gmail.com
4  PLAINTIFF In Propria Persona
5
6
7
8              **UNITED STATES DISTRICT COURT**
9              **NORTHERN DISTRICT OF CALIFORNIA**
10

| STEVE WILSON BRIGGS | Civ No: 18-cv-04952-VC |
|---|---|
| Plaintiff, | **[PROPOSED] ENTRY OF DEFAULT** |
| vs | |
| KEVIN SPACEY, et al | |

17              **[PROPOSED] ENTRY OF DEFAULT**
18

19      Plaintiff, Steve Wilson Briggs, requests that the clerk of court enter default against
20  defendants Kevin Spacey, Dana Brunetti, and Trigger Street Productions, Inc., pursuant to
21  Federal Rule of Civil Procedure 55(a).  As it appears from the record that said defendants
21  have failed to appear, plead or otherwise defend, the default of defendants Spacey, Btunetti
22  and Trigger Street Productions, Inc  is hereby entered, pursuant to Federal Rule of Civil
23  Procedure 55(a).
24      Dated this _____ day of _____, 2018.
25
26                              _____
27                              Susan Y. Soong, Clerk of Court
28