UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102
_____

www.cand.uscourts.gov

Susan Y. Soong  
Clerk of Court

General Court Number  
415-522-2000

October 26, 2018

RE:  Briggs v. Spacey  
      18-cv-04952-VC

Default is declined as to Kevin Spacey, Trigger Street Productions and Dana Brunetti on October 26, 2018.

Susan Y. Soong, Clerk

_____  
by:  Felicia Brown  
Case Systems Administrator  
415-522-2000