1  Stephen G. Larson (SBN 145225)
   *slarson@larsonobrienlaw.com*
2  Jonathan E. Phillips (SBN 233965)
   *jphillips@larsonobrienlaw.com*
3  A. Alexander Lowder (SBN 269362)
   *sbledsoe@larsonobrienlaw.com*
4  **LARSON O'BRIEN LLP**
   555 South Flower Street, Suite 4400
5  Los Angeles, CA  90071
   Telephone:   213.436.4888
6  Facsimile:    213.623.2000

7  Attorneys for TRIGGER STREET
   PRODUCTIONS, INC.
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WILSON BRIGGS,<br><br>Plaintiffs,<br><br>v.<br><br>KEVIN SPACEY; ARI (ARIEL); EMANUEL; MATT DAMON; BEN AFFLECK; NBC UNIVERSAL MEDIA, LLC; SONY PICTURES ENT INC.; TRIGGER STREET PRODUCTIONS; NEILL BLOMKAMP; ASIF SATCHU; MORDECAI (MODI) WICZYK; WILLIAM (BILL) BLOCK; DANA BURNETTI; SOUND POINT CAPITAL MANAGEMENT, LC; MRC (and all MRC entities and subs.),<br><br>Defendants. | Case No: 3:18-cv-04952-VC<br>Related Case No. 3:17-CV-6552-VC<br><br>[Hon. Vince Chhabria]<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF TRIGGER STREET PRODUCTIONS, INC.'S MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6) AND/OR 9(b)**<br><br>*[Filed concurrently with Notice of Motion and Motion to Dismiss; Declaration of A. Alexander Lowder; and [Proposed] Order]*<br><br>Date: December 6, 2018<br>Time: 10:00 a.m.<br>Crtrm.: 4 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Evidence 201, Defendant Trigger Street Productions, Inc. ("Trigger Street") hereby requests that this Court take judicial notice of the following documents in support of Trigger Street's Motion to Dismiss:

1. The docket in the matter entitled Steve Wilson Briggs v. Neill Blomkamp, et al., N.D. Cal. Case No. 13-cv-4679-PJH ("*Briggs I*"), a true and correct copy of which is attached to the concurrently filed Declaration of A. Alexander Lowder as Exhibit 1.

2. The Complaint (without exhibits) in *Briggs I*, a true and correct copy of which is attached to the concurrently filed Declaration of A. Alexander Lowder as Exhibit 2.

3. The docket in the matter entitled *Briggs v. Universal Pictures, et al*, N.D. Cal. Case No. 3:17-cv-06552-VC ("*Briggs II*"), a true and correct copy of which is attached to the concurrently filed Declaration of A. Alexander Lowder as Exhibit 3.

4. The Complaint (without exhibits) in *Briggs II*, a true and correct copy of which is attached hereto as Exhibit 4.

5. The First Amended Complaint (without exhibits) in *Briggs II*, a true and correct copy of which is attached to the concurrently filed Declaration of A. Alexander Lowder as Exhibit 5.

6. The Dismissal in *Briggs II*, a true and correct copy of which is attached to the concurrently filed Declaration of A. Alexander Lowder as Exhibit 6.

In ruling on a Rule 12(b)(6) motion, a "court may take judicial notice of matters of public record without converting a motion to dismiss into a motion for summary judgment, as long as the facts noticed are not subject to reasonable dispute." *Skilstaf, Inc. v. CVS Caremark Corp.*, 669 F.3d 1005, 1006 n.9 (9th Cir.

2002) (internal citations omitted).  A court "must take judicial notice if a party requests it and the court is supplied with the necessary information." *See* Fed. R. Evid. 201(c)(2); *In re Icenhower*, 755 F.3d 1130, 1142 (9th Cir. 2014).  The court "may take notice of proceedings in other courts, both within and without the federal judicial system if those proceedings have a direct relation to matters at issue." *U.S. ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992) (internal citations omitted); *see also Reyn's Pasta Bella, LLC v. Vista USA, Inc.,* 442 F.3d 741, 746 n.6 (9th Cir. 2006) ("We may take judicial notice of court filings and other matters of public record.").

      Accordingly, Trigger Street respectfully requests that this Court take judicial notice of Exhibits 1 through 6 identified above and attached to the concurrently filed Declaration of A. Alexander Lowder.

Dated: October 29, 2018

LARSON O'BRIEN LLP

By: */s/* Stephen G. Larson
Stephen G. Larson
Jonathan E. Phillips
A. Alexander Lowder
Attorneys for TRIGGER STREET PRODUCTIONS, INC.