# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WILSON BRIGGS,<br><br>                        Plaintiffs,<br><br>          v.<br><br>KEVIN SPACEY; ARI (ARIEL) EMANUEL; MATT DAMON; BEN AFFLECK; NBC UNIVERSAL MEDIA, LLC; SONY PICTURES ENT INC.; TRIGGER STREET PRODUCTIONS; NEILL BLOMKAMP; ASIF SATCHU; MORDECAI (MODI) WICZYK; WILLIAM (BILL) BLOCK; DANA BRUNETTI; SOUND POINT CAPITAL MANAGEMENT, LC; MRC (and all MRC entities and subs.),<br><br>                        Defendants. | Case No: 3:18-cv-04952-VC<br>Related Case No. 3:17-CV-6552-VC<br><br>[Hon. Vince Chhabria]<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT TRIGGER STREET PRODUCTIONS, INC.'S MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6) AND/OR 9(B)**<br><br>*[Filed concurrently with Notice of Motion and Motion to Dismiss; Request for Judicial Notice; and Declaration of A. Alexander Lowder]*<br><br>Date:   December 6, 2018<br>Time:  10:00 a.m.<br>Crtrm.: 4 |

Defendant Trigger Street Productions, Inc. moved to dismiss Plaintiff Steven Wilson Briggs's Complaint.  The Court having considered the motion and supporting papers, any opposition, reply, or other submission of the parties, the arguments by counsel, and other material properly before the Court, and for GOOD CAUSE shown, grants the motion to dismiss and ORDERS:

1. The First Claim for Relief is dismissed without leave to amend as to Defendant Trigger Street Productions, Inc.

2. The Second Claim for Relief is dismissed without leave to amend as to Defendant Trigger Street Productions, Inc.

3. The Third Claim for Relief is dismissed without leave to amend as to Defendant Trigger Street Productions, Inc.

4. The Fourth Claim for Relief is dismissed without leave to amend as to Defendant Trigger Street Productions, Inc.

5. The Fifth Claim for Relief is dismissed without leave to amend as to Defendant Trigger Street Productions, Inc.

6. The Sixth Claim for Relief is dismissed without leave to amend as to Defendant Trigger Street Productions, Inc.

7. The Seventh Claim for Relief is dismissed without leave to amend as to Defendant Trigger Street Productions, Inc.

8. The Eighth Claim for Relief is dismissed without leave to amend as to Defendant Trigger Street Productions, Inc.

9. The Ninth Claim for Relief is dismissed without leave to amend as to Defendant Trigger Street Productions, Inc.

10. The Tenth Claim for Relief is dismissed without leave to amend as to Defendant Trigger Street Productions, Inc.

////

////

1
2   11.   The Eleventh Claim for Relief is dismissed without leave to amend as
3   to Defendant Trigger Street Productions, Inc.
4
5   **IT IS SO ORDERED.**
6
7   Dated: _____
8
      _____
9     HONORABLE VINCE CHHABRIA
      UNITED STATES DISTRICT JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28