Steve Wilson Briggs
4322 Chico Ave.,
Santa Rosa, CA 95407
510 200 3763
snc.steve@gmail.com
PLAINTIFF In Propria Persona

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STEVE WILSON BRIGGS<br><br>Plaintiff,<br><br>vs<br><br>KEVIN SPACEY, et al | Civ No: 18-cv-04952-VC<br><br>**REQUEST FOR ENTRY OF DEFAULT**<br>AGAINST DEFENDANTS TRIGGER STREET PRODUCTIONS, INC., AND SOUND POINT CAPITAL MANAGEMENT, LC. |
|---|---|

**REQUEST FOR ENTRY OF DEFAULT**

**TO: the CLERK** of the U. S. District Court Northern District Of California.

Pursuant to FRCP 55(a), Plaintiff Steve Wilson Briggs, hereby requests that the Clerk of the United States District Court Northern District Of California enter default in this matter against Defendants **Trigger Street Productions, Inc.**, and **Sound Point Capital Management, LC**, on the grounds that these Defendants did not respond to the Complaint within the time limits prescribed by the Federal Rules of Civil Procedure, Rule 55(a).

- The summons in this matter was issued on August 15, 2018.
- In the summons the Court gave the defendants a fixed 21 days to answer.
- The summons and **complaint** were served on these Defendants on September 17, 2018.
- The Defendants have not answered with motion or any other responsive pleading within
- the time limit fixed by the court. The Defendants are not known to be in the military

1
REQUEST FOR ENTRY OF DEFAULT

service, as required by 50 U.S.C. app. Section 520.

The Plaintiff requested a similar entry of default against several Defendants on 10/25/2018. However, the Clerk's Office rightly observed that the Plaintiff had not submitted proof to the court that the Defendants had received the Summons and Complaint, in the form of signed return receipts, as required by CA CCP 417.20.  Therefore, on October 29, 2018, the Plaintiff filed a new proof of serve document, captioned "**Supplemental Certification Of Service: Proof Summons Was Served On Defendants Trigger Street Productions, Inc.** (Tsp)**, And Sound Point Capital Management, On 09/17/2018; And Served On Defendants Spacey, Brunetti And Tsp, On 09/27/2018, In The Form Of Signed Return Receipts  From Certified Mail Service Of Defendants; Compliant With Ccp § 417.20**", this document includes copies of all signed return receipts for the 09/17, 2018 service in question. This document is further supported by a declaration verifying and supporting it, which authenticates all signed return receipts and all otherdocuments attached, signed by the process server, Dr. Morgan Marchbanks.

Dated:     10/29/2018             Signed:      /s/ Steve Wilson Briggs
                                                                  Plaintiff, In Propria Persona