ORIGINAL FILED
OCT - 9 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Steve Wilson Briggs
4322 Chico Ave.,
Santa Rosa, CA 95407
510 200 3763
snc.steve@gmail.com
PLAINTIFF In Propria Persona

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STEVE WILSON BRIGGS | Civ No: 18-cv-04952-VC |
|---|---|
| Plaintiff, | (FIRST) PROOF OF SERVICE OF SUMMONS AND COMPLAINT DECLARATION OF DR. MORGAN MARCHBANKS |
| vs | |
| KEVIN SPACEY; et al | |

**FIRST PROOF OF SERVICE OF SUMMONS AND COMPLAINT**

**DECLARATION OF DR. MORGAN MARCHBANKS**

My name is Dr. Morgan Marchbanks and I declare the following:

1. I am over 18, and not a party of this action.
2. I am a resident of Sonoma County, where the mailing took place.
3. My address is 346 Major Dr., Santa Rosa, CA 95403.
4. On **September 17th**, 2018, I mailed four envelopes to four separate parties, from the U.S. Post Office at 2585 Sebastopol Rd., Santa Rosa, California. Each of the four envelopes contained the following documents:
   a. **Summons** In A Civil Action (2)
   b. **Complaint**
   c. **Civil Cover Sheet**
   d. Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction
   e. Consent Or Declination To Magistrate Judge Jurisdiction

1      f. Welcome To The Oakland Divisional Office
2      g. ECF Registration Handout
3      h. Proposed Order Granting Motion For Permission For Electronic Case Filing
4      i. Order Setting Initial Case Management And ADR Deadlines
5      j. Standing Order General (SBA)
6      k. Standing Order For All Judges OF The Northern District Of California
7      l. Standing Order - General (SBA) Patent Case

8    5. The names of the four separately served parties were:
9      a. Kevin Spacey
10      b. Dana Brunetti
11      c. Trigger Street Productions
12      d. Sound Point Capital Management

13    6. I served the documents to each of the separate parties, listed above, by enclosing the
14 documents in separate envelopes and giving the envelope to a U.S. Postal Service clerk at
15 the U.S. Post Office at 2585 Sebastopol Rd., Santa Rosa, California, and paying the clerk to
16 send each of the envelopes "Priority" mail, certified and with return receipt requested, to
17 addresses that are outside of California.

18    7. The four individual envelopes were addressed as follows:

19
20      1. Trigger Street Productions
21         200 Park Avenue South, 8th Floor
        New York, NY 10003

21
22      2. Kevin Spacey
23         200 Park Avenue South, 8th Floor
        New York, NY 10003

24
25      3. Sound Point Capital Management
26         375 Park Avenue, 33rd Floor
        New York, NY 10152

27
28      4. Dana Brunetti
        % Cavalry Media

| | |
|---|---|
| 1 | 200 Park Avenue South, 8th Floor |
| 2 | New York, NY 10003 |

3   8. I am not a professional process server.

4   9. I was not paid to serve these documents upon the parties.

5   10. I declare under penalty of perjury under the laws of the United States of America that

6   the foregoing is true and correct.

7

8   Dated:  10/05/2018        Signed: _____

9                              Dr. Morgan Marchbanks

10

11

12

13

14

15

16

17

18

19

20

21

21

22

23

24

25

26

27

28