1  Steve Wilson Briggs
2  4322 Chico Ave.,
   Santa Rosa, CA 95407
3  510 200 3763
   snc.steve@gmail.com
4  PLAINTIFF In Propria Persona
5
6
7
8              **UNITED STATES DISTRICT COURT**
9            **NORTHERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| 11 | Civ No: 18-cv-04952-VC |
| 12 | **SUPPLEMENTAL CERTIFICATION OF** |
| 13 | **SERVICE: PROOF SUMMONS WAS** |
| | **SERVED ON DEFENDANTS TRIGGER** |
| 14 STEVE WILSON BRIGGS | **STREET PRODUCTIONS, INC.** (TSP), |
| 15 | **AND SOUND POINT CAPITAL** |
| Plaintiff, | **MANAGEMENT, ON 09/17/2018; AND** |
| 16 | **SERVED ON DEFENDANTS SPACEY,** |
| vs | **BRUNETTI AND TSP, ON 09/27/2018, IN** |
| 17 KEVIN SPACEY;  et al | **THE FORM OF SIGNED RETURN** |
| 18 | **RECEIPTS  FROM CERTIFIED MAIL** |
| 19 | **SERVICE OF DEFENDANTS;** |
| | **COMPLIANT WITH CCP § 417.20** |

20
        **SUPPLEMENTAL CERTIFICATION OF SERVICE:**
21   **PROOF SUMMONS WAS SERVED ON DEFENDANTS TRIGGER STREET**
21   **PRODUCTIONS, INC.** (TSP)**, AND SOUND POINT CAPITAL MANAGEMENT, ON**
22   **09/17/2018; AND SERVED ON DEFENDANTS SPACEY, BRUNETTI AND TSP, ON**
     **09/27/2018, IN THE FORM OF SIGNED RETURN RECEIPTS  FROM CERTIFIED**
23       **MAIL SERVICE OF DEFENDANTS; COMPLIANT WITH CCP § 417.20**

24          On October 25, 2018, the Plaintiff submitted to the Clerk a Request For Entry Of Default;

25  however, the Plaintiff neglected to submit to this Court a copy of the signed return receipts to verify

26  that service was executed on these out-of-state Defendants, in compliance with CCP § 417.20.

27  Therefore the Request was denied. The Plaintiff apologizes for any wasted time and energy this

28  oversight may have caused the Court, the Clerk, or the Clerk's office.

1    This filing is to verify for the Court that all out-of-state parties have been served in

2  compliance with § 417.20. Since serving the out-of-state Defendants required two separate

3  service efforts (one on September 17, 2018, the other on September 27, 2018), the details and

4  supplemental proof of service (signed return receipts) are provided under two separate headings.

5

6                        **PROOF FROM 09/17/2018 SERVICE OF PROCESS:**

7                        **Signed Return Receipts From TSP & Soundpoint**

8    On September 17, 2018, Morgan Marchbanks served out-of-state Defendants **Kevin**

9  **Spacey, Dana Brunetti, Trigger Street Productions, Inc.**, and **Sound Point Capital**

10 **Management**, by sending the summons, complaint and other legal documents via the United

11 States Postal Service, certified mail, with return receipt requested, as required for service of

12 process for out of state Defendants.  Dr. Marchbanks signed a declaration outlining the details of

13 this service of these Defendants, which the Plaintiff subsequently submitted to the Court.

14    Approximately a week after Dr. Marchbanks' 09/17/2018 service via mail, Defendants

15 Trigger Street Productions, Inc.'s (**TSP**) and Sound Point Capital Management's signed return

16 receipts arrived in the mail. [**See Exhibit A,** the signed certified mail return receipts, as required by

17 CA CCP SECTION 417.20; and [**See Exhibit B**, the reverse side of same signed return

18 receipts]. Although Defendants Spacey and Brunetti (or their agent) did not respond to Dr.

19 Morgan Marchbanks on this particular service attempt (09/17/2018), they would, however,

20 respond to her second service of process attempt, made on September 27, 2018.

21    The Certified Mail Receipts for these four service parcels is attached a **Exhibit C**.

21

22                        **PROOF FROM 09/27/2018 SERVICE OF PROCESS:**

23                        **Signed Return Receipts From Defs Spacey, Brunetti & Sound Point Capital**

24    On September 27, 2018, Dr. Morgan Marchbanks once again served out-of-state

25 Defendants **Kevin Spacey, Dana Brunetti** and **Trigger Street Productions, Inc.**  Since the

26 Plaintiff was concerned about the Defendants many rumoured, purported and registered

27 addresses, and the possibility the Defendants might attempt somehow to deny valid service, the

28 Plaintiff resolved to serve these three Defendants at least two more times and ways, on their most

1   credible out-of-state address(s). Thus the Plaintiff asked Dr. Marchbanks to send two envelopes

2   containing summons, complaint, etc., to the Defendants' address(s), or their agent's address(s),

3   specified in Dr. Marchbanks service of process declaration, and via the United States Postal

4   Service, certified mail, with return receipt requested, as required under CCP 415.20 for service of

5   process for out of state Defendants.  Approximately a week after Dr. Marchbanks' 09/27/2018

6   service via mail, Defendants Kevin Spacey's, Dana Brunetti's and TSP's signed return receipts

7   arrived in the mail. [**See Exhibit D,** signed certified mail return receipts for Spacey, Bruneti, and

8   TSP, as required by **CA CCP SECTION 417.20**]; and [**See Exhibit E**, the reverse side of same

9   signed return receipts]. A second return receipt came for Defendant Brunetti, and an unsigned but

10  returned receipt also came for Defendant Spacey. [**See Exhibits F** and **G**, signed front, and back,

11  respectively].   All of the return receipts sent % these Defendants' registered agent were signed and

12  returned.

13           The Certified Mail Receipts for these four service parcels is attached a **Exhibit H**.

14                                              Note:

15           The Court should observe that the numbers printed on the left base of the signed face of the

16  return receipts, and the numbers printed horizontally on the left edge of the Certified Mail Receipts,

17  precisely conform to the numbers printed horizontally on the left edge of the Certified Mail

18  Receipts attached to the respective declarations of Morgan Marchbanks.

19

20    Dated:_____10/29/2018_____              Signed:___/s/ Steve Wilson Briggs_____

21                                              Plaintiff, In Propria Persona

21

22

23

24

25

26

27

28

3

# EXHIBIT

# A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Trigger Street Prods
200 Park Ave South
NY NY 10003   8th Floor

9590 9402 3919 8060 3459 09

2. Article Number (Transfer from service label)

7018 0360 0002 1269 7255

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                       ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                 9/19/18

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ____ed Mail
☐ ____ed Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                Domestic Return Rece...

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sound Point Capital Managem___
375 Park Avenue,
33rd Floor
New York NY 10152

9590 9402 3919 8060 3459 16

2. Article Number (Transfer from service label)

7018 0360 0002 1269 7224

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                       ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                 9/19

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                Domestic Return Receipt

# EXHIBIT

# B



EXHIBIT

C



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

NEW YORK, NY 10152

| Certified Mail Fee | $3.45 | 0664 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $ | |
| ☐ Return Receipt (electronic) | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $0.00 | Here |
| ☐ Adult Signature Required | $0.00 | SEP 17 |
| ☐ Adult Signature Restricted Delivery | $0.00 | |
| Postage | $17.30 | 09/17/2018 |
| Total Postage and Fees | $23.50 | 95401 |

Sent To *Sound Point Capital Mgmt*
Street and Apt. No., or PO Box No. *375 Park Ave, 33rd Floor*
City, State, ZIP+4® *NY, NY, 10152*

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

NEW YORK, NY 10003

| Certified Mail Fee | $3.45 | 0664 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $ | |
| ☐ Return Receipt (electronic) | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $0.00 | Here |
| ☐ Adult Signature Required | $0.00 | SEP 17 2018 |
| ☐ Adult Signature Restricted Delivery | $0.00 | |
| Postage | $17.30 | 09/17/2018 |
| Total Postage and Fees | $23.50 | 95401 |

Sent To *Kevin Spacey*
Street and Apt. No., or PO Box No. *200 Park Ave. South, 8th F*
City, State, ZIP+4® *NY, NY 10003*

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instr

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

NEW YORK, NY 10003

| Certified Mail Fee | $3.45 | 0664 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $2.75 | |
| ☐ Return Receipt (electronic) | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $0.00 | Here |
| ☐ Adult Signature Required | $0.00 | SEP 17 2018 |
| ☐ Adult Signature Restricted Delivery | $0.00 | |
| Postage | $17.30 | 09/17/2018 |
| Total Postage and Fees | $23.50 | 95401 |

Sent To *Dana Brunetti*
Street and Apt. No., or PO Box No. *200 Park Ave. South, 8th Floor*
City, State, ZIP+4® *NY, NY 1003*

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

NEW YORK, NY 10003

| Certified Mail Fee | $3.45 | 0664 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $2.75 | |
| ☐ Return Receipt (electronic) | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $0.00 | Here |
| ☐ Adult Signature Required | $0.00 | SEP 17 2018 |
| ☐ Adult Signature Restricted Delivery | $0.00 | |
| Postage | $17.30 | 09/17/2018 |
| Total Postage and Fees | $23.50 | 95401 |

Sent To *Trigger Street Productions*
Street and Apt. No., or PO Box No. *200 Park Ave. South, 8th*
City, State, ZIP+4® *NY, NY 10003*

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instr

# EXHIBIT

# D

**Card 1**

SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
Javier Buendia                    10/1/18

1. Article Addressed to:

Kevin Spacey
c/o Frank Selvaggi
200 Park Ave South
8th Floor
NY NY 10003

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☐ No

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 3919 8060 3462 89

2. Article Number (Transfer from service label)
7018 0360 0002 1269 6258

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053      Domestic Return Receipt

**Card 2**

SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
Javier Buendia                    10/1/18

1. Article Addressed to:

Dana Brunetti
c/o Frank Selvaggi
200 Park Ave. South
8th Floor
New York, NY 10003

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☐ No

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 3105 7124 9631 53

2. Article Number (Transfer from service label)
7018 0360 0002 1269 6210

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053      Domestic Return Receipt

**Card 3**

SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

1. Article Addressed to:

Trigger Street Prods, Inc.
c/o Frank Selvaggi
200 Park Ave South
8th Floor
New York, NY 10034

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☐ No

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 3105 7124 9631 46

2. Article Number (Transfer from service label)
7018 0360 0002 1269 6227

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053      Domestic Return Receipt

# EXHIBIT

# E

**USPS TRACKING #**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 3919 8060 3462 89

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Dr. Morgan Marchbanks
346 Major Dr.
Santa Rosa, CA 95403

---

**USPS TRACKING #**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 3105 7124 9631 53

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Dr. Morgan Marchbanks
346 Major Dr.
Santa Rosa, CA 95403

9-3i1i46

---

**USPS TRACKING #**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 3105 7124 9631 46

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Dr. Morgan Marchbanks
346 Major Drive
Santa Rosa, CA 95403

# EXHIBIT

# F

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dana Brunetti
200 Park Ave South
8th Floor
New York, NY 10003

9590 9402 3919 8060 3462 96

7018 0360 0002 1269 6241

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Xavier Brund_

☐ Agent
☐ Addre

B. Received by (Printed Name)

Xavier Brund 18

C. Date of De

10/1/

D. Is delivery address different from item 1? ☑ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Expres
☐ Registered Mail™
☐ Registered Mail Re Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirma
☐ Signature Confirma Restricted Delivery

Domestic Return Re

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kevin Spacey
120 W 45th St
STE 3601
New York, NY 10036

9590 9402 3105 7124 9631 60

7018 0360 0002 1269 6203

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addr

B. Received by (Printed Name)

C. Date of De

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express
☐ Registered Mail™
☐ Registered Mail Res Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmatio
☐ Signature Confirmatio Restricted Delivery

Domestic Return Rece

# EXHIBIT

# F



USPS TRACKING #

9590 9402 3919 8060 3462 96

**United States**
**Postal Service**

First-Class Mail
Postage & Fees P
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Dr. Morgan Marchbanks
346 Major Dr.
Santa Rosa, CA    95403

G-311146



USPS TRACKING #

9590 9402 3105 7124 9631 60

**United States**
**Postal Service**

First-Class Mail
Postage & Fees P
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Dr. Morgan Marchbanks
346 Major Dr.
Santa Rosa, CA 95403

# EXHIBIT

# G

