```
1  Steve Wilson Briggs
2  4322 Chico Ave.,
   Santa Rosa, CA 95407
3  510 200 3763
   snc.steve@gmail.com
4  PLAINTIFF In Propria Persona
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WILSON BRIGGS | Civ No: 18-cv-04952-VC |
| Plaintiff, | DECLARATION OF DR. MORGAN MARCHBANKS, IN VERIFICATION AND SUPPORT OF PLAINTIFF'S SUPPLEMENTAL PROOF OF SERVICE FILING |
| vs | |
| KEVIN SPACEY; et al | |

DECLARATION OF DR. MORGAN MARCHBANKS, IN VERIFICATION AND SUPPORT OF PLAINTIFF'S SUPPLEMENTAL PROOF OF SERVICE FILING

My name is Dr. Morgan Marchbanks and I declare the following:

I am over 18, and not a party of this action.

I am a resident of Sonoma County, where the mailing took place.

My address is 346 Major Dr., Santa Rosa, CA 95403.

On September 17th, 2018, I sent four envelopes containing summons, complaint, etc., via USPS certified mail, with return receipt requested, to the Defendants in the matter of Briggs v Spacey et al, named Kevin Spacey, Dana Brunetti, Trigger Street Productions, Inc., and Sound Point Capital Management. Then again, ten Days later, on September 27, 2018, I sent six more envelopes containing summons complaint, etc., via USPS certified mail, with return

1  receipt requested, to Defendants in this matter named Kevin Spacey, Dana Brunetti, and Trigger
2  Street Productions, Inc. The address that I sent these certified parcels to are detailed in my two
3  previous service declarations in this matter.
4      I have reviewed the document(s) that I am told that the Plaintiff in this matter, Steve Wilson
5  Briggs, submitted to the Court on October 29, 2018, entitled: "**Supplemental Certification Of**
6  **Service: Proof Summons Was Served On Defendants Trigger Street Productions, Inc.**
7  **(TSP), And Sound Point Capital Management, On 09/17/2018; And Served On**
8  **Defendants Spacey, Brunetti And TSP, On 09/27/2018, In The Form Of Signed Return**
9  **Receipts From Certified Mail Service Of Defendants; Compliant With Ccp § 417.20.**"
10     I hereby verify that all of the details in that document (named in bold print above),
11 concerning my service of the Defendants, to be completely accurate with my recollection of events,
12 and consistent with the declarations that I signed previously in this matter.
13     Additionally, I reviewed the exhibit attachments attached to that document (named in bold
14 print above), and I hereby verify that all of the exhibit attachments (which are signed return receipts
15 for service, and certified mail receipts) are the same return receipts that I prepared with the USPS
16 postal clerk on September 17, 2018, and/or are the same return receipts that Mr. Briggs pre-filed
17 for me to deliver to the US post office on September 27, 2018, to attach to the parcels at the US
18 post office, and which were subsequently signed by the Defendants or their agents, and returned,
19 via USPS mail, to my address, which I later returned to Mr. Briggs.
20     I declare under penalty of perjury under the laws of the United States of America that the
21 foregoing is true and correct.
22 Dated:___10/29/2018___ Signed: _[signature]_
23                             Dr. Morgan Marchbanks