Steve Wilson Briggs
4322 Chico Ave.,
Santa Rosa, CA 95407
510 200 3763
snc.steve@gmail.com
PLAINTIFF In Propria Persona

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STEVE WILSON BRIGGS<br><br>Plaintiff,<br><br>vs<br><br>KEVIN SPACEY;  et al | Civ No: 18-cv-04952-VC<br><br>**CERTIFICATION OF SERVICE OF "REQUEST FOR ENTRY OF DEFAULT"**<br>**AND DECLARATION OF CECILE LUSBY** |
|---|---|

**CERTIFICATION OF SERVICE OF "REQUEST FOR ENTRY OF DEFAULT"**
**AND DECLARATION OF CECILE LUSBY**

My name is Cecile Lusby, and I declare the following:

1. I am over 18, and not a party of this action.
2. I am a resident of Sonoma County, where the mailing took place.
4. My address is 4322 Chico Avenue, Santa Rosa, CA 95407.
5. On October 29, 2018, I deposited two envelopes containing a "Request for Entry of Default" in the mail drop box at  the U.S. Post Office at 2585 Sebastopol Rd., Santa Rosa, California.
6. The envelopes were addressed to Trigger Street Productions, Inc., and to Sound Point Capital Management, LC. The envelopes were addressed as follows:

    a. Trigger Street Productions, Inc.
       c/o Frank Selvaggi
       200 Park Avenue South, 8th Floor
       New York, NY 10003

    and

    b. Sound Point Capital Management
       375 Park Avenue, 33rd Floor
       New York, NY 10152

8. I served the documents to each of the separate parties, listed above, by enclosing the documents in separate envelopes, with prepaid first-class postage affixed, then depositing the envelopes in the mail drop box of the U.S. Post Office at 2585 Sebastopol Rd., Santa Rosa, California, on October 29, 2018.

10. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 10/29/2018     Signed: *Cecile Lusby*

                                                 Cecile Lusby