Steve Wilson Briggs
4322 Chico Ave.,
Santa Rosa, CA 95407
510 200 3763
snc.steve@gmail.com
PLAINTIFF In Propria Persona

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| STEVE WILSON BRIGGS | Civ No: 18-cv-04952-VC |
|---|---|
| Plaintiff, | **[PROPOSED] ENTRY OF DEFAULT** |
| vs | |
| KEVIN SPACEY, et al | |

### [PROPOSED] ENTRY OF DEFAULT

Plaintiff, Steve Wilson Briggs, requests that the Clerk of Court enter default against defendants Trigger Street Productions, Inc., and Sound Point Capital Management, LC, pursuant to Federal Rule of Civil Procedure 55(a). As it appears from the record that said defendants have failed to appear, plead or otherwise defend within the specified time limits, the default of defendants Trigger Street Productions, Inc, and Sound Point Capital Management is hereby entered, pursuant to Federal Rule of Civil Procedure 55(a).

Dated this _____ day of _____, 2018.

_____
Susan Y. Soong, Clerk of Court