RUFUS-ISAACS ACLAND & GRANTHAM LLP
ALEXANDER RUFUS-ISAACS, State Bar No. 135747
  *aisaacs@rufuslaw.com*
232 N. Canon Drive
Beverly Hills, California  90210
Telephone: (310) 274-3803
Facsimile: (310) 860-2430

Attorneys for defendant SOUND POINT
CAPITAL MANAGEMENT, LC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVE WILSON BRIGGS,<br><br>    Plaintiff,<br><br>    v.<br><br>KEVIN SPACEY; ARI (ARIEL) EMANUEL; MATT DAMON; BEN AFFLECK; NBC UNIVERSAL MEDIA, LLC; SONY PICTURES ENT INC.; TRIGGER STREET PRODUCTIONS; NEILL BLOMKAMP; ASIF SATCHU; MORDECAI (MODI) WICZYK; WILLIAM (BILL) BLOCK; DANA BRUNETTI; SOUND POINT CAPITAL MANAGEMENT, LC; MRC (and all MRC entities and subs.),<br><br>    Defendants. | CASE No. 3:18-cv-04952-VC<br>Related Case No. 3:17-CV-6552-VC<br><br>**DEFENDANT SOUND POINT CAPITAL MANAGEMENT'S NOTICE OF JOINDER IN DEFENDANT TRIGGER STREET PRODUCTIONS, INC.'S MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6) AND/OR 9(B) MOTION TO DISMISS**<br><br>Date:    December 6, 2018<br>Time:    10:00 am<br>Crtrm.:  4<br><br>Judge:   Hon. Vince Chhabria |

PLEASE TAKE NOTICE THAT Defendant Sound Point Capital Management, LC ("Sound Point"), hereby joins in defendant Trigger Street Productions, Inc.'s Motion To Dismiss Complaint Pursuant To Fed. R. Civ. P. 12(B)(6) And/Or 9(B) Motion To Dismiss, and seeks dismissal of the complaint against Sound Point for the same reasons as set forth in the motion.

Additionally, the motion is even stronger from Sound Point's perspective because it is barely mentioned in the Complaint. Its only appearance is in paragraph 128 of the Complaint where it is alleged that "Relativity Media acquired TSP in 2016, then Relativity Media was

1  acquired by UltraV Holdings (a joint venture among funds managed by Sound Point Capital
2  Management) in 2018, and UltraV provides no known address; Sound Point Capital Management,
3  LC is therefore a named Defendant."
4     The fact that Sound Point may have acquired an interest in Relativity in 2018 does not
5  affect the basis for Trigger Street's motion, and therefore Sound Point respectfully seeks dismissal
6  of the Complaint for the same reasons that are set forth in Trigger Street's motion.
7
8  DATED: October 31, 2018                RUFUS-ISAACS ACLAND & GRANTHAM LLP
9
10
                                          By: _____
11                                             Alexander Rufus-Isaacs
                                               Attorneys for defendant SOUND POINT
12                                             CAPITAL MANAGEMENT, LC

RUFUS-ISAACS ACLAND & GRANTHAM LLP
232 N. CANON DRIVE
BEVERLY HILLS, CALIFORNIA 90210
Tel (310) 274-3803 • Fax (310) 860-2430

8632.3.1                                 2                              :18-cv-04952-VC
SOUND POINT CAPITAL MANAGEMENT'S NOTICE OF JOINDER IN TRIGGER STREET PRODUCTIONS'
MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6) AND/OR 9(B)

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 232 N. Canon Drive, Beverly Hills, California 90210.

On October 31, 2018, I served true copies of the following document(s) described as **DEFENDANT SOUND POINT CAPITAL MANAGEMENT'S NOTICE OF JOINDER IN DEFENDANT TRIGGER STREET PRODUCTIONS, INC.'S MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6) AND/OR 9(B) MOTION TO DISMISS** on the interested parties in this action as follows:

Steve Kenyatta Wilson Briggs
681 Edna Way
San Mateo, CA 94402
Plaintiff pro se

Stephen G. Larson
Jonathan E. Phillips
A. Alexander Lowder
LARSON O'BRIEN LLP
555 South Flower Street, Suite 4400
Los Angeles, CA 90071
Counsel for Defendant Trigger Street Productions, Inc.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 31, 2018, at Beverly Hills, California.

_____
Alexander Rufus-Isaacs