UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

_____

www.cand.uscourts.gov

Susan Y. Soong                                                                                    General Court Number
Clerk of Court                                                                                         415-522-2000

October 31, 2018

RE:  Briggs v. Spacey
        18-cv-04952-VC

Default is declined as to Trigger Street Productions as Defendant has filed a motion to dismiss and declined as to Sound Point Capital Management, LC as service is not pursuant to CA CCP Section 416.10 on October 31, 2018.

Susan Y. Soong, Clerk

*Felicia Brown*___

by:  Felicia Brown
Case Systems Administrator
415-522-2000