Steve Wilson Briggs
4322 Chico Ave.,
Santa Rosa, CA 95407
510 200 3763
snc.steve@gmail.com
PLAINTIFF In Propria Persona

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STEVE WILSON BRIGGS<br><br>Plaintiff,<br><br>vs<br><br>KEVIN SPACEY, et al | Civ No: 18-cv-04952-VC<br><br>**REQUEST FOR ENTRY OF DEFAULT [FOURTH]**<br><br>AGAINST DEFENDANTS<br>KEVIN SPACEY, AND DANA BRUNETTI |
|---|---|

### REQUEST FOR ENTRY OF DEFAULT

**TO: the CLERK** of the U. S. District Court Northern District Of California.

Pursuant to FRCP 55(a), Plaintiff Steve Wilson Briggs hereby requests that the Clerk of the United States District Court Northern District Of California enter default in this matter against Defendants **Kevin Spacey, Inc.**, and **Dana Brunetti**, on the grounds that these Defendants did not respond to the Complaint within the time limits prescribed by the Federal Rules of Civil Procedure, Rule 55(a). The Plaintiff submitted a previous Request for default against Defendants Spacey and Brunetti for process server Morgan Marchbanks' September 17, 2018, service of the Defendants, which was denied, as the Defendants signed no certified mail return receipts for that service attempt. However, this **Request for Entry of Default** is based on process server Morgan Marchbanks' September 27, 2018 service on these Defendants, for which the Defendants agent did sign and return the certified mail return receipts. The essential facts of this matter are:

- The summons in this matter was issued on August 15, 2018.
- In the summons the Court gave the defendants a fixed 21 days to answer.
- The **Summons** and **Complaint** were served on these Defendants on September 27, 2018.
- The Defendants have not answered with motion or any other responsive pleading within the time limit fixed by the court.
- The Defendants are not known to be in the military service, as required by 50 U.S.C. app. Section 520.

The Summons and Complaint were served to these out-of-state Defendants by certified USPS mail, with return receipts requested, on September 27, 2018. Service by mail affords the Defendants an extra 10 days, before service is deemed completed. Therefore, these Defendants' answer or other response was due on or before October 29, 2018. This Request for Entry of Default was submitted to this Court on October 31, 2018, and at the time of its submission Defendants Spacey and Brunetti had still not honored this Court with a response.

Defendants Kevin Spacey and Dana Brunetti have defaulted.

Therefore, the Plaintiff asks the Clerk to review the case record, to confirm that the Defendants have failed to appear, plead or defend, within the required time limits, and enter Defendant Spacey and Brunetti in default, pursuant to FRCP 55(a).

Dated:   10/31/2018          Signed:    /s/ Steve Wilson Briggs
                                        Plaintiff, In Propria Persona