Steve Wilson Briggs
4322 Chico Ave.,
Santa Rosa, CA 95407
510 200 3763
snc.steve@gmail.com
PLAINTIFF In Propria Persona

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WILSON BRIGGS<br><br>Plaintiff,<br><br>vs<br><br>KEVIN SPACEY; et al | Civ No: 18-cv-04952-VC<br><br>**CERTIFICATION OF SERVICE OF "REQUEST FOR ENTRY OF DEFAULT [FOURTH]" AND DECLARATION OF CECILE LUSBY** |

**CERTIFICATION OF SERVICE DECLARATION OF CECILE LUSBY, RE: "REQUEST FOR ENTRY OF DEFAULT [FOURTH] AGAINST DEFENDANTS SPACEY AND BRUNETTI"**

My name is Cecile Lusby, and I declare the following:

1. I am over 18, and not a party of this action.
2. I am a resident of Sonoma County, where the mailing took place.
4. My address is 4322 Chico Avenue, Santa Rosa, CA 95407.
5. On October 31, 2018, I deposited two envelopes containing a "Request for Entry of Default [Fourth]; Against Defendants Kevin Spacey and Dana Brunetti", and "Proposed Entry of Default," in the mail drop box at the U.S. Post Office at 2585 Sebastopol Rd., Santa Rosa, California.
6. The envelopes were addressed to Kevin Spacey and Dana Brunetti. The envelopes were addressed as follows:

1

CERTIFICATION OF SERVICE & REQUEST FOR ENTRY OF DEFAULT

     a. Kevin Spacey
        ℅ Frank Selvaggi
        200 Park Avenue South, 8th Floor
        New York, NY 10003

     and

     b. Dana Brunetti
        ℅ Frank Selvaggi
        200 Park Avenue South, 8th Floor
        New York, NY 10003

7. I served the documents to each of the separate parties, listed above, by enclosing the documents in separate envelopes, with prepaid first-class postage affixed, then depositing the envelopes in the mail drop box of the U.S. Post Office at 2585 Sebastopol Rd., Santa Rosa, California, on October 31, 2018.

8. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:   10/31/2018    Signed: *Cecile Lusby*

                                              Cecile Lusby