Steve Wilson Briggs
4322 Chico Ave.,
Santa Rosa, CA 95407
510 200 3763
snc.steve@gmail.com
PLAINTIFF In Propria Persona

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STEVE WILSON BRIGGS<br><br>Plaintiff,<br><br>vs<br><br>KEVIN SPACEY;  et al | Civ No: 18-cv-04952-VC<br><br>**SUPPLEMENTAL CERTIFICATION OF SERVICE: PROOF SUMMONS WAS SERVED ON DEFENDANTS TRIGGER STREET PRODUCTIONS, INC. (TSP), AND SOUND POINT CAPITAL MANAGEMENT, ON 09/17/2018; AND SERVED ON DEFENDANTS SPACEY, BRUNETTI AND TSP, ON 09/27/2018, IN THE FORM OF SIGNED RETURN RECEIPTS  FROM CERTIFIED MAIL SERVICE OF DEFENDANTS; COMPLIANT WITH CCP § 417.20** |
|---|---|

**SUPPLEMENTAL CERTIFICATION OF SERVICE:
PROOF SUMMONS WAS SERVED ON DEFENDANTS TRIGGER STREET PRODUCTIONS, INC. (TSP), AND SOUND POINT CAPITAL MANAGEMENT, ON 09/17/2018; AND SERVED ON DEFENDANTS SPACEY, BRUNETTI AND TSP, ON 09/27/2018, IN THE FORM OF SIGNED RETURN RECEIPTS  FROM CERTIFIED MAIL SERVICE OF DEFENDANTS; COMPLIANT WITH CCP § 417.20**

     On October 25, 2018, the Plaintiff submitted to the Clerk a Request For Entry Of Default; however, the Plaintiff neglected to submit to this Court a copy of the signed return receipts to verify that service was executed on these out-of-state Defendants, in compliance with CCP § 417.20. Therefore the Request was denied. The Plaintiff apologizes for any wasted time and energy this oversight may have caused the Court, the Clerk, or the Clerk's office.

This filing is to verify for the Court that all out-of-state parties have been served in compliance with § 417.20. Since serving the out-of-state Defendants required two separate service efforts (one on September 17, 2018, the other on September 27, 2018), the details and supplemental proof of service (signed return receipts) are provided under two separate headings.

**PROOF FROM 09/17/2018 SERVICE OF PROCESS:**

**Signed Return Receipts From TSP & Soundpoint**

On September 17, 2018, Morgan Marchbanks served out-of-state Defendants **Kevin Spacey, Dana Brunetti, Trigger Street Productions, Inc.**, and **Sound Point Capital Management**, by sending the summons, complaint and other legal documents via the United States Postal Service, certified mail, with return receipt requested, as required for service of process for out of state Defendants. Dr. Marchbanks signed a declaration outlining the details of this service of these Defendants, which the Plaintiff subsequently submitted to the Court.

Approximately a week after Dr. Marchbanks' 09/17/2018 service via mail, Defendants Trigger Street Productions, Inc.'s (**TSP**) and Sound Point Capital Management's signed return receipts arrived in the mail. [**See Exhibit A,** the signed certified mail return receipts, as required by CA CCP SECTION 417.20; and [**See Exhibit B**, the reverse side of same signed return receipts]. Although Defendants Spacey and Brunetti (or their agent) did not respond to Dr. Morgan Marchbanks on this particular service attempt (09/17/2018), they would, however, respond to her second service of process attempt, made on September 27, 2018.

The Certified Mail Receipts for these four service parcels is attached a **Exhibit C**.

**PROOF FROM 09/27/2018 SERVICE OF PROCESS:**

**Signed Return Receipts From Defs Spacey, Brunetti & Sound Point Capital**

On September 27, 2018, Dr. Morgan Marchbanks once again served out-of-state Defendants **Kevin Spacey, Dana Brunetti** and **Trigger Street Productions, Inc.** Since the Plaintiff was concerned about the Defendants many rumoured, purported and registered addresses, and the possibility the Defendants might attempt somehow to deny valid service, the Plaintiff resolved to serve these three Defendants at least two more times and ways, on their most

1  credible out-of-state address(s). Thus the Plaintiff asked Dr. Marchbanks to send two envelopes
2  containing summons, complaint, etc., to the Defendants' address(s), or their agent's address(s),
3  specified in Dr. Marchbanks service of process declaration, and via the United States Postal
4  Service, certified mail, with return receipt requested, as required under CCP 415.20 for service of
5  process for out of state Defendants.  Approximately a week after Dr. Marchbanks' 09/27/2018
6  service via mail, Defendants Kevin Spacey's, Dana Brunetti's and TSP's signed return receipts
7  arrived in the mail. [**See Exhibit D,** signed certified mail return receipts for Spacey, Bruneti, and
8  TSP, as required by CA CCP SECTION 417.20]; and [**See Exhibit E**, the reverse side of same
9  signed return receipts]. A second return receipt came for Defendant Brunetti, and an unsigned but
10 returned receipt also came for Defendant Spacey. [**See Exhibits F** and **G**, signed front, and back,
11 respectively].  All of the return receipts sent ℅ these Defendants' registered agent were signed and
12 returned.
13         The Certified Mail Receipts for these four service parcels is attached a **Exhibit H**.
14                                          Note:
15         The Court should observe that the numbers printed on the left base of the signed face of the
16 return receipts, and the numbers printed horizontally on the left edge of the Certified Mail Receipts,
17 precisely conform to the numbers printed horizontally on the left edge of the Certified Mail
18 Receipts attached to the respective declarations of Morgan Marchbanks.
19
20    Dated:____10/29/2018_____        Signed:___/s/ Steve Wilson Briggs_____
21                                              Plaintiff, In Propria Persona

# EXHIBIT A

**Return Receipt 1:**

- SENDER: COMPLETE THIS SECTION
- 1. Article Addressed to:
  Trigger Street Prods
  200 Park Ave South
  8th Floor
  NY NY 10003
- 9590 9402 3919 8060 3459 09
- 2. Article Number: 7018 0360 0002 1269 7255
- PS Form 3811, July 2015 PSN 7530-02-000-9053
- COMPLETE THIS SECTION ON DELIVERY
- A. Signature: X [signed]
- B. Received by (Printed Name): [signed]
- C. Date of Delivery: 9/19/18

**Return Receipt 2:**

- SENDER: COMPLETE THIS SECTION
- 1. Article Addressed to:
  Sound Point Capital Management
  375 Park Avenue,
  33rd Floor
  New York NY 10152
- 9590 9402 3919 8060 3459 16
- 2. Article Number: 7018 0360 0002 1269 7224
- PS Form 3811, July 2015 PSN 7530-02-000-9053
- A. Signature: X [signed]
- C. Date of Delivery: 9/19

# EXHIBIT B



# EXHIBIT C



# EXHIBIT

# D

**Return Receipt 1:**

- SENDER: COMPLETE THIS SECTION
  - Complete items 1, 2, and 3.
  - Print your name and address on the reverse so that we can return the card to you.
  - Attach this card to the back of the mailpiece, or on the front if space permits.
- 1. Article Addressed to:

  Kevin Spacey
  c/o Frank Selvaggi
  200 Park Ave South
  8th Floor
  NY NY 10003

- 9590 9402 3919 8060 3462 89
- 2. Article Number: 7018 0360 0002 1269 6258
- A. Signature: X (signed)
- B. Received by (Printed Name): Javier Buendia
- C. Date of Delivery: 10/1/18
- PS Form 3811, July 2015 — Domestic Return Receipt

**Return Receipt 2:**

- 1. Article Addressed to:

  Dana Brunetti
  c/o Frank Selvaggi
  200 Park Ave. South
  8th Floor
  New York, NY 10003

- 9590 9402 3105 7124 9631 53
- 2. Article Number: 7018 0360 0002 1269 6210
- A. Signature: X (signed)
- B. Received by (Printed Name): Javier Buendia
- C. Date of Delivery: 10/1/18

**Return Receipt 3:**

- 1. Article Addressed to:

  Trigger Street Prods, Inc.
  c/o Frank Selvaggi
  200 Park Ave South
  8th Floor
  New York, NY 10034

- 9590 9402 3105 7124 9631 46
- 2. Article Number: 7018 0360 0002 1269 6227
- A. Signature: X (signed)
- B. Received by (Printed Name): (blank)
- C. Date of Delivery: (blank)

# EXHIBIT E

**USPS TRACKING #**

9590 9402 3919 8060 3462 89

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Dr. Morgan Marchbanks
346 Major Dr.
Santa Rosa, CA 95403

---

**USPS TRACKING #**

9590 9402 3105 7124 9631 53

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Dr. Morgan Marchbanks
346 Major Dr.
Santa Rosa, CA 95403

---

**USPS TRACKING #**

9590 9402 3105 7124 9631 46

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Dr. Morgan March[banks]
346 Major Drive
Santa Rosa, CA 95403

# EXHIBIT

# F

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Dana Brunetti
   200 Park Ave South
   8th Floor
   New York, NY 10003

   9590 9402 3919 8060 3462 96

   7018 0360 0002 1269 6241

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): Xavier Buend 18
C. Date of Delivery: 10/1

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)

   ☐ Priority Mail Express
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Kevin Spacey
   120 W 45th St
   STE 3601
   New York, NY 10036

   9590 9402 3105 7124 9631 60

   7018 0360 0002 1269 6203

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)

   ☐ Priority Mail Express
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

Case 3:18-cv-04952-VC   Document 33-3   Filed 10/31/18   Page 16 of 19

# EXHIBIT F




# EXHIBIT G

