| | |
|---|---|
| 1 | Steve Wilson Briggs |
| 2 | 4322 Chico Ave., |
|   | Santa Rosa, CA 95407 |
| 3 | 510 200 3763 |
| 4 | snc.steve@gmail.com |
|   | PLAINTIFF In Propria Persona |

FILED

OCT -9 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| STEVE WILSON BRIGGS | Civ No: 18-cv-04952-VC |
|---|---|
| Plaintiff, | **(SECOND) PROOF OF SERVICE OF SUMMONS AND COMPLAINT DECLARATION OF DR. MORGAN MARCHBANKS** |
| vs | |
| KEVIN SPACEY; et al | |

## SECOND PROOF OF SERVICE OF SUMMONS AND COMPLAINT
## DECLARATION OF DR. MORGAN MARCHBANKS

My name is Dr. Morgan Marchbanks and I declare the following:

1. I am over 18, and not a party of this action.
2. I am a resident of Sonoma County, where the mailing took place.
4. My address is 346 Major Dr., Santa Rosa, CA 95403.
5. On **September 27th**, 2018, I mailed six (6) total envelopes (three separately addressed envelopes that were mailed to three separate parties, and another three separately addressed envelopes that were mailed "care of" the parties authorized process of service agent) from the U.S. Post Office at 2585 Sebastopol Rd., Santa Rosa, California. Each of the six envelopes contained the following documents:

    a. **Summons** In A Civil Action (2)

    b. **Complaint**

|   |   |
|---|---|
| 1 | c. **Civil Cover Sheet** |
| 2 | d. Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction |
| 3 | e. Consent Or Declination To Magistrate Judge Jurisdiction |
| 4 | f. Welcome To The Oakland Divisional Office |
| 5 | g. ECF Registration Handout |
| 6 | h. Proposed Order Granting Motion For Permission For Electronic Case Filing |
| 7 | i. Order Setting Initial Case Management And ADR Deadlines |
| 8 | j. Standing Order General (SBA) |
| 9 | k. Standing Order For All Judges OF The Northern District Of California |
| 10 | l. Standing Order - General (SBA) Patent Case |
| 11 | m. Order Relating Cases (Hon. Judge Vincent Chhabria) |
| 12 | n. Reassigned Case - Notice of New Hearing Date -VC |
| 13 | o. Related Case Order |

6. The names of the three of the separately served parties were:

   a. Kevin Spacey

   b. Dana Brunetti

   c. Trigger Street Productions, Inc.

7. The name of the parties' shared authorized service of process agent, whom I sent three additional envelopes "care of", for each of the three parties listed in item 6 is **Frank Selvaggi**.

8. I served the documents to each of the separate parties, listed above, by enclosing the documents in separate envelopes and giving the envelope to a U.S. Postal Service clerk at the U.S. Post Office at 2585 Sebastopol Rd., Santa Rosa, California, and paying the clerk to send each of the envelopes "Priority" mail, certified and with return receipt requested, to addresses that are **outside of California**.

9. These six (6) individual envelopes were addressed as follows:

   a. Kevin Spacey
      120 W 45th St., Suite 3601
      New York, NY 10036

|   |   |
|---|---|
| 1 | b. Dana Brunetti |
| 2 | 200 Park Avenue South, |
|   | 8th Floor New York, NY 10003 |
| 3 |   |
| 4 | c. Trigger Street Productions, Inc. |
|   | 120 W 45th St., Suite 3601 |
| 5 | New York, NY 10036 |
| 6 |   |
| 7 | d. Kevin Spacey |
|   | ℅ Frank Selvaggi |
| 8 | 200 Park Avenue South, 8th Floor |
| 9 | New York, NY 10003 |
| 10 | e. Dana Brunetti |
| 11 | ℅ Frank Selvaggi |
| 12 | 200 Park Avenue South, 8th Floor |
|   | New York, NY 10003 |
| 13 |   |
| 14 | f. Trigger Street Productions, Inc. |
|   | ℅ Frank Selvaggi |
| 15 | 200 Park Avenue South, 8th Floor |
| 16 | New York, NY 10003 |

10. I am not a professional process server.

11. I was not paid to serve these documents upon the parties.

12. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  10/05/2018          Signed: _____

Dr. Morgan Marchbanks