Steve Wilson Briggs
4322 Chico Ave.,
Santa Rosa, CA 95407
510 200 3763
snc.steve@gmail.com
PLAINTIFF In Propria Persona

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WILSON BRIGGS<br><br>Plaintiff,<br><br>vs<br><br>KEVIN SPACEY; et al | Civ No: 18-cv-04952-VC<br><br>**(SECOND) PROOF OF SERVICE OF SUMMONS AND COMPLAINT DECLARATION OF<br>DR. MORGAN MARCHBANKS** |

## SECOND PROOF OF SERVICE OF SUMMONS AND COMPLAINT
## DECLARATION OF DR. MORGAN MARCHBANKS

My name is Dr. Morgan Marchbanks and I declare the following:

1. I am over 18, and not a party of this action.
2. I am a resident of Sonoma County, where the mailing took place.
4. My address is 346 Major Dr., Santa Rosa, CA 95403.
5. On **September 27th**, 2018, I mailed six (6) total envelopes (three separately addressed envelopes that were mailed to three separate parties, and another three separately addressed envelopes that were mailed "care of" the parties authorized process of service agent) from the U.S. Post Office at 2585 Sebastopol Rd., Santa Rosa, California. Each of the six envelopes contained the following documents:

    a. **Summons** In A Civil Action (2)
    b. **Complaint**

|   |   |    |
|---|---|----|
| 1 | c. | **Civil Cover Sheet** |
| 2 | d. | Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction |
| 3 | e. | Consent Or Declination To Magistrate Judge Jurisdiction |
| 4 | f. | Welcome To The Oakland Divisional Office |
| 5 | g. | ECF Registration Handout |
| 6 | h. | Proposed Order Granting Motion For Permission For Electronic Case Filing |
| 7 | i. | Order Setting Initial Case Management And ADR Deadlines |
| 8 | j. | Standing Order General (SBA) |
| 9 | k. | Standing Order For All Judges OF The Northern District Of California |
| 10 | l. | Standing Order - General (SBA) Patent Case |
| 11 | m. | Order Relating Cases (Hon. Judge Vincent Chhabria) |
| 12 | n. | Reassigned Case - Notice of New Hearing Date -VC |
| 13 | o. | Related Case Order |

6. The names of the three of the separately served parties were:

    a. Kevin Spacey

    b. Dana Brunetti

    c. Trigger Street Productions, Inc.

7. The name of the parties' shared authorized service of process agent, whom I sent three additional envelopes "care of", for each of the three parties listed in item 6 is **Frank Selvaggi**.

8. I served the documents to each of the separate parties, listed above, by enclosing the documents in separate envelopes and giving the envelope to a U.S. Postal Service clerk at the U.S. Post Office at 2585 Sebastopol Rd., Santa Rosa, California, and paying the clerk to send each of the envelopes "Priority" mail, certified and with return receipt requested, to addresses that are **outside of California**.

9. These six (6) individual envelopes were addressed as follows:

    a. Kevin Spacey
       120 W 45th St., Suite 3601
       New York, NY 10036

    b. Dana Brunetti

      200 Park Avenue South,
      8th Floor New York, NY 10003

  c.  Trigger Street Productions, Inc.
      120 W 45th St., Suite 3601
      New York, NY 10036

  d.  Kevin Spacey
      % Frank Selvaggi
      200 Park Avenue South, 8th Floor
      New York, NY 10003

  e.  Dana Brunetti
      % Frank Selvaggi
      200 Park Avenue South, 8th Floor
      New York, NY 10003

  f.  Trigger Street Productions, Inc.
      % Frank Selvaggi
      200 Park Avenue South, 8th Floor
      New York, NY 10003

10. The Plaintiff in this matter, Steve Wilson Briggs, asked me to re-read and re-sign this declaration, after he noticed that the previous declaration regarding the process service by mail, of said documents to said parties, was not dated properly. It was dated 10/05/2018, when, in fact it was signed on October 9, 2018.

11. I am not a professional process server.

12. I was not paid to serve these documents upon the parties.

13. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  10/31/2018      Signed: _____
                                                    Dr. Morgan Marchbanks