```
1  Steve Wilson Briggs
2  4322 Chico Ave.,
   Santa Rosa, CA 95407
3  510 200 3763
   snc.steve@gmail.com
4  PLAINTIFF In Propria Persona
```

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| STEVE WILSON BRIGGS<br><br>Plaintiff,<br><br>vs<br><br>KEVIN SPACEY, et al | Civ No: 18-cv-04952-VC<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT SOUND POINT CAPITAL MANAGEMENT, LC, WITHOUT PREJUDICE** |
|---|---|

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:** Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), I, Plaintiff Steve Wilson Briggs, hereby voluntarily dismiss Defendant **SOUND POINT CAPITAL MANAGEMENT, LC,** as it appears, upon deeper examination of the evidence, they acted independently of the other Defendants, without or deceit, self-interest, or unethical intent. Such dismissal shall be without prejudice, with each side to bare its own costs and fees.

Dated: November 5, 2018.            Signed:  /s/ Steve Wilson Briggs  _
                                            STEVE WILSON BRIGGS
                                            Plaintiff, In Propria Persona

1
NOTICE OF VOLUNTARY DISMISSAL OF SOUND POINT CAPITAL MANAGEMENT