# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **"NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT SOUND POINT CAPITAL MANAGEMENT, LC, WITHOUT PREJUDICE"** with the Clerk of the Court for the United States District Court, Northern District Of California, San Francisco Division, by using the District's Pacer system on November 5, 2018. Participants in the case who are registered PACER users will be served by the District PACER system.

I further certify that some of the participants in this case are currently not registered PACER users. To these parties I have mailed the foregoing document by First-Class Mail, postage prepaid.

Dated: November 5, 2018.      Signed: /s/ Steve Wilson Briggs
                                      STEVE WILSON BRIGGS
                                      Plaintiff, In Propria Persona