Steve Wilson Briggs
4322 Chico Ave.,
Santa Rosa, CA 95407
510 200 3763
snc.steve@gmail.com
PLAINTIFF In Propria Persona

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STEVE WILSON BRIGGS          Plaintiff,    vs    KEVIN SPACEY;  et al | Civ No: 18-cv-04952-VC  **PROOF OF SERVICE OF SUMMONS AND COMPLAINT DECLARATION OF SERVICE (AND CORRECTION) OF DR. MORGAN MARCHBANKS, REGARDING 09/17/2017 SERVICE OF PROCESS OF OF DEFENDANTS TRIGGER STREET PRODUCTIONS, INC., AND SOUNDPOINT CAPITAL MANAGEMENT** |
|---|---|

**FIRST PROOF OF SERVICE OF SUMMONS AND COMPLAINT**

**DECLARATION OF DR. MORGAN MARCHBANKS**

My name is Dr. Morgan Marchbanks and I declare the following:

1. I am over 18, and not a party of this action.

2. I am a resident of Sonoma County, where the mailing took place.

3. My address is 346 Major Dr., Santa Rosa, CA 95403.

4. On **September 17th**, 2018, I mailed four envelopes to four separate parties, from the U.S. Post Office at 2585 Sebastopol Rd., Santa Rosa, California. Each of the four envelopes contained the following documents:

   a. **Summons** In A Civil Action (2)

|   |   |   |
|---|---|---|
| 1 | b. | **Complaint** |
| 2 | c. | **Civil Cover Sheet** |
| 3 | d. | Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction |
| 4 | e. | Consent Or Declination To Magistrate Judge Jurisdiction |
| 5 | f. | Welcome To The Oakland Divisional Office |
| 6 | g. | ECF Registration Handout |
| 7 | h. | Proposed Order Granting Motion For Permission For Electronic Case Filing |
| 8 | i. | Order Setting Initial Case Management And ADR Deadlines |
| 9 | j. | Standing Order General (SBA) |
| 10 | k. | Standing Order For All Judges OF The Northern District Of California |
| 11 | l. | Standing Order - General (SBA) Patent Case |

5. The names of the four separately served parties were:

   a. Kevin Spacey
   b. Dana Brunetti
   c. Trigger Street Productions
   d. Sound Point Capital Management

6. I served the documents to each of the separate parties, listed above, by enclosing the documents in separate envelopes and giving the envelope to a U.S. Postal Service clerk at the U.S. Post Office at 2585 Sebastopol Rd., Santa Rosa, California, and paying the clerk to send each of the envelopes "Priority" mail, certified and with return receipt requested, to addresses that are outside of California.

7. The four individual envelopes were addressed as follows:

   1. Trigger Street Productions
      200 Park Avenue South, 8th Floor
      New York, NY 10003

   2. Kevin Spacey
      200 Park Avenue South, 8th Floor
      New York, NY 10003

   3. Sound Point Capital Management

| | |
|---|---|
| 1 | 375 Park Avenue, 33rd Floor |
| 2 | New York, NY 10152 |
| 3 | |
| 3 | 4.  Dana Brunetti |
| 4 |      ℅ Cavalry Media |
| 5 |      200 Park Avenue South, 8th Floor |
| 6 |      New York, NY 10003 |

7    8.  The Plaintiff in this matter, Steve Wilson Briggs, asked me to re-read and re-sign this
8  declaration, after he noticed that the previous declaration regarding the process service by mail, of
9  said documents to said parties, was not dated properly. It was dated 10/05/2018, when, in fact it
10  was signed on October 9, 2018.

11    9.  I am not a professional process server.

12    10.  I was not paid to serve these documents upon the parties.

13    11.  I declare under penalty of perjury under the laws of the United States of America that the
14  foregoing is true and correct.

15

16   Dated:____11/02/2018_____    Signed:_____
17                                                                Dr. Morgan Marchbanks