Steve Wilson Briggs
4322 Chico Ave.,
Santa Rosa, CA 95407
510 200 3763
snc.steve@gmail.com
PLAINTIFF In Propria Persona

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

STEVE WILSON BRIGGS
Plaintiff,
vs
KEVIN SPACEY; et al

Civ No: 18-cv-04952-VC

**PROOF OF SERVICE DECLARATION OF CECILE LUSBY, REGARDING SERVICE OF PROCESS BY U.S.P.S. MAIL TO DEFENDANTS ARI EMANUEL; NEILL BLOMKAMP; MATT DAMON; BEN AFFLECK**

**PROOF OF SERVICE DECLARATION OF CECILE LUSBY, REGARDING SERVICE OF PROCESS BY U.S.P.S. MAIL TO DEFENDANTS ARI EMANUEL; NEILL BLOMKAMP; MATT DAMON; BEN AFFLECK**

My name is Cecile Lusby, and I declare the following:

I am over 18, and not a party of this action.

I am a resident of Sonoma County, where the mailing took place.

My address is 4322 Chico Avenue, Santa Rosa, CA 95407.

On November 1, 2018, I served Summons, Complaint and other legal documents on Ari Emanuel, Neill Blomkamp, Matt Damon, and Ben Affleck, all via USPS mail. The envelopes were addressed to **Ari Emanuel, Neill Blomkamp, Matt Damon** and **Ben**

**Affleck**, as follows:

1.

Ari (Ariel) Emanuel
% William Morris Endeavor
9601 Wilshire Blvd (3rd Floor)
Beverly Hills, CA 90210

2.

Neill Blomkamp
% William Morris Endeavor
9601 Wilshire Blvd (3rd Floor)
Beverly Hills, CA 90210

3.

Matt Damon
% Gary Kress
2401 Main Street,
Santa Monica, CA 90405

4.

Ben Affleck
% Gary Kress
2401 Main Street,
Santa Monica, CA 90405

Each envelopes contained the following documents:

a. **Summons** In A Civil Action (2)

b. **Complaint**

c. **Civil Cover Sheet**

d. Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction

e. Consent Or Declination To Magistrate Judge Jurisdiction

f. Welcome To The Oakland Divisional Office

g. ECF Registration Handout

h. Proposed Order Granting Motion For Permission For Electronic Case Filing

i. Order Setting Initial Case Management And ADR Deadlines

j. Standing Order General (SBA)

k. Standing Order For All Judges OF The Northern District Of California

l. Standing Order - General (SBA) Patent Case

m. Order Relating Cases (Hon. Judge Vincent Chhabria)

n. Reassigned Case - Notice of New Hearing Date -VC

o. Related Case Order

I served the Summons, Complaint and other legal documents by placing four separate sets of documents in four separate envelopes, addressed to each of these four named defendants, as above, with postage paid; I then gave the four envelopes to a US postal clerk at the US Post Office at 2585 Sebastopol Rd., Santa Rosa, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 11/01/2018 Signed: Cecile Lusby

Cecile Lusby