Steve Wilson Briggs
4322 Chico Ave.,
Santa Rosa, CA 95407
510 200 3763
snc.steve@gmail.com
PLAINTIFF In Propria Persona

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVE WILSON BRIGGS, | Civ No: 18-cv-04952-VC |
| Plaintiff, | |
| vs | **STATUS REPORT REGARDING PLAINTIFF'S SERVICE OF PROCESS OF SUMMONS AND COMPLAINT ON ALL DEFENDANTS** |
| KEVIN SPACEY et al, | |
| Defendants. | |
| | Date:       November 5, 2018 |
| | Judge:      Hon. Vince Chhabria |

**STATUS REPORT REGARDING PLAINTIFF'S SERVICE OF PROCESS**

**OF SUMMONS AND COMPLAINT ON ALL DEFENDANTS**

Plaintiff Steve Wilson Briggs hereby submits this status report to the Court.  This report is intended to inform the Court of the complete current status of service of process on each of the 14 defendants, and to apprise the Court that, among other things:

A.  Several of the Defendants have fraudulent principal business addresses on file with the California Secretary of State's office in the Defendants' California corporate business entity *statement of information* (**S.I.**).

B.  Several of the Defendants have failed to update and maintain their business entity statements of information (for 12 to 15 years), although the California Secretary of State require annual or biennial updates. Thus, these Defendants have no valid Principal business address on file with the California Secretary of State, as their actual addresses have

1   changed, but it is not reflected in their S.I.

2   C.  One or more of the employees of one or more of the Defendants (MRC and Ari Emanuel)

3       attempted to intimidate the Plaintiff's process server.

4   To eliminate deniability for the Defendants, the Plaintiff decided to serve Summons on a

5   person in charge, at an address that the Defendants have **officially** claimed as **their personal**

6   **addresses** on their California Secretary of State business entity Statement of Information, then

7   mailing the Defendants summons and Complaints to those same claimed addresses; thus treating

8   the registered agent as the a person apparently in charge of the Defendants' office or usual place of

9   business, then mailing a second copy of the Summons and Complaint to this same address, in

10  compliance with CCP 415.20 (a) and (b).

11  Several service-of-process proof-of -service declarations from the Plaintiff's southern

12  California based process servers, which will support the facts of this Status Report, are not

13  currently on file, but will be submitted the week of November 5, 2018.

14  The status and details of service of Summons and Complaint on each Defendant follows.

| Defendant | Service of Process Details | STATUS |
|-----------|---------------------------|--------|
| Kevin Spacey | In compliance with **CCP 415.40** (which allows service on an out-of-state defendant via first class US mail, requiring a return receipt), the Plaintiff served this out-of-state defendant via process server Morgan Marchbanks, who via first class certified USPS mail, with return receipt requested, sent Summons and Complaint to both:<br>a. A business address (where this Defendant was designated as an officer) on file with the CA Sec of State in the company's S.I., % the designated agent for service of process. (09/27/2018)<br>b. To personal out-of state address on file with the California Secretary of State. (09/17/2018)<br>● Defendant's agent signed and returned the receipt.<br>● See additional details of California address fraud, under the following heading. | **Served** |
| Ari Emanuel | In compliance with CCP 415.20 (a) and (b), on October 19, 2018, Plaintiff's process server, Nexus Asson, served this Defendant by personally delivering Summons and Complaint to his usual office of business, during usual office | **Served** |

| | | | |
|---|---|---|---|
| 1 2 3 4 5 6 | | hours, and leaving said documents with a person who is apparently in charge thereof.  Then, on November 1, 2018, Plaintiff's process server Cecile Lusby completed service of process by mailing summons and complaint by first-class mail, postage prepaid to the Defendant at the place where a copy of the summons and complaint were left.<br>  ● See additional details, regarding intimidation of process server, under the following heading. | |
| 7 8 9 10 11 12 13 14 15 | Matt Damon | In compliance with CCP 415.20 (a) and (b), on October 30, 2018, Plaintiff's process server Melvin Jackson served this Defendant by personally delivering Summons and Complaint to his usual office of business, during usual office hours, and leaving said documents with a person who is apparently in charge thereof (Gary Kress).  Then on November 1, 2018, Plaintiff's process server Cecile Lusby then completed service of process by mailing summons and complaint by first-class mail, postage prepaid to the Defendant at the place where a copy of the summons and complaint were left.<br>  ● See details of violations of the intent of CCP 452, under the following heading. | **Served** |
| 16 17 18 19 20 21 21 22 23 | Ben Affleck | In compliance with CCP 415.20 (a) and (b), on October 30, 2018, Plaintiff's process server Melvin Jackson served this Defendant by personally delivering Summons and Complaint to his usual office of business, during usual office hours, and leaving said documents with a person who is apparently in charge thereof (Gary Kress).  Then on November 1, 2018, Plaintiff's process server Cecile Lusby then completed service of process by mailing summons and complaint by first-class mail, postage prepaid to the Defendant at the place where a copy of the summons and complaint were left.<br>  ● See details of violations of the intent of CCP 452, under the following heading. | **Served** |
| 24 25 26 | NBCUniversal | On October 19, 2018, the Plaintiff's process server Nexus Asson served this Defendant by personally delivering Summons and Complaint to the Defendant's designated agent for service of process (CT Corporation System). | **Served** |
| 27 28 | Sony Pictures Ent | On October 19, 2018, the Plaintiff's process server Nexus Asson served this Defendant by personally delivering | **Served** |

STATUS REPORT REGARDING SERVICE OF PROCESS

| | | | |
|---|---|---|---|
| 1<br>2<br>3 | | Summons and Complaint to the Defendant's Principal Executive Office and delivering the documents to one of the Defendant's attorneys (Deborah Ahn). | |
| 4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14 | Trigger Street Prod | In compliance with **CCP 415.40** (which allows service on an out-of-state defendant via first class US mail, requiring a return receipt), the Plaintiff served this out-of-state defendant via process server Morgan Marchbanks, who via first class certified USPS mail, with return receipt requested, sent Summons and Complaint to both:<br><ul><li>a. The out-of-state Principal Executive Office, on file with the CA Sec of State in the company's S.I., ℅ the designated agent for service of process. (09/27/2018)</li><li>b. The out-of-state address on file in "Box 1" of the company's S.I. (09/17/2018)</li></ul><ul><li>Defendant's agent signed and returned the receipt.</li><li>See additional details of California address fraud, under the following heading.</li></ul> | **Served** |
| 15<br>16<br>17<br>18<br>19<br>20<br>21 | Neill Blomkamp | In compliance with CCP 415.20 (a) and (b), on October 19, 2018, Plaintiff's process server Nexus Asson served this Defendant by personally delivering Summons and Complaint to his usual office of business, during usual office hours, and leaving said documents with a person who is apparently in charge thereof.  Then on November 1, 2018, Plaintiff's process server Cecile Lusby then completed service of process by mailing summons and complaint by first-class mail, postage prepaid to the Defendant at the place where a copy of the summons and complaint were left. | **Served** |
| 21<br>22<br>23<br>24<br>25<br>26<br>27<br>28 | Asif Satchu | In compliance with CCP 415.20 (a) and (b), on October 26. 2018, Plaintiff's process server Nexus Asson served this Defendant by personally delivering Summons and Complaint to his usual office of business, during usual office hours, and leaving said documents with a person who is apparently in charge thereof.  Then on November 1, 2018, Nexus Asson completed service of process by mailing summons and complaint by first-class mail, postage prepaid to the Defendant at the place where a copy of the summons and complaint were left.<br><ul><li>See additional details regarding falsified and fraudulent address, and <u>intimidation of process</u></li></ul> | **Served** |

4

| 1 | | server, under following heading. | |
|---|---|---|---|
| 2 | Mordecai Wiczyk | In compliance with CCP 415.20 (a) and (b), on October 26, 2018, Plaintiff's process server Nexus Asson served this Defendant by personally delivering Summons and Complaint to his usual office of business, during usual office hours, and leaving said documents with a person who is apparently in charge thereof. Then on November 1, 2018, Nexus Asson completed service of process by mailing summons and complaint by first-class mail, postage prepaid to the Defendant at the place where a copy of the summons and complaint were left.<br>● See additional details regarding falsified and fraudulent address, and <u>intimidation of process server</u>, under the following headings. | **Served** |
| 11 | Bill Block | The Plaintiff's process server, Nexus Asoon, attempted to serve Defendant Block at the current and active address of its Principal Executive Office, designated on its S.I., on file with the California Secretary of State's office. Mr. Block serves as the CEO of Miramax. However, Mr. Assoon was informed by an agent at that address that Miramax has not been at that address for about a year.<br>● This service was abandoned because the Plaintiff could not find another verifiable address for the Defendant. Thus, Plaintiff intends to request permission from the Court for an alternative means of service, and an extension of service deadline for this defendant. | **<u>Not Yet Served</u>** |
| 20 | Dana Brunetti | In compliance with **CCP 415.40** (which allows service on an out-of-state defendant via first class US mail, requiring a return receipt), the Plaintiff served this out-of-state defendant via process server Morgan Marchbanks, who via first class certified USPS mail, with return receipt requested, sent Summons and Complaint to both:<br>c. A business address (where this Defendant was designated as an officer) on file with the CA Sec of State in the company's S.I., % the designated agent for service of process. (09/27/2018)<br>d. To personal out-of-state address on file with the California Secretary of State. (09/19/2018)<br>● Defendant's agent signed and returned the receipt.<br>● See additional details of California address fraud, under the following headings. | **Served** |

STATUS REPORT REGARDING SERVICE OF PROCESS

| | | | |
|---|---|---|---|
| Sound Point Cap | **PLAINTIFF HAS VOLUNTARILY DISMISSED THIS DEFENDANT, WITHOUT PREJUDICE.** Defendant was served in compliance with 415.40. | **Served** and dismissed |
| MRC | In compliance with CCP 415.20(a) and (b), on October 26, 2018, Plaintiff's process server Nexus Asson served this Defendant (**MRC II Distribution Company, LP**, the identity the Defendant declared in *Briggs v Blomkamp* and *Briggs v Universal* **17-cv-06552-VC**), by personally delivering Summons and Complaint to his usual office of business, during usual office hours, and leaving said documents with a person who is apparently in charge thereof. Then on November 1, 2018, Nexus Asson completed service of process by mailing summons and complaint by first-class mail, postage prepaid to the Defendant at the place where a copy of the summons and complaint were left. <ul><li>It should be noted that MRC II Distribution Company's address is fictitious and fraudulent, see details below.</li><li>See additional details, regarding falsified and fraudulent address, and <u>intimidation of process server</u>, under the following headings.</li></ul> | **Served** |

### Summary Of Current Process Of Service Status Report:

- All Defendants—except Bill Block—Have Been Successfully Served.

### ADDITIONAL SERVICE ISSUES AND OBSTACLES

Plaintiff sent *Notice of Lawsuit and Request to Waive Service* to all ten (10) California based Defendants. All 10 Defendants ignored the waiver request, and did not respond.

Therefore the Plaintiff had to do exhaustive research to determine an unquestionably valid way to serve each Defendant—because each of the natural person Defendants have many addresses on record (perhaps because the Defendants have changed residences frequently, or they own multiple residences, sometimes in multiple states). Another obstacle to serving the Defendants is their great celebrity and considerable wealth; which meant that at any moment each Defendant might be anywhere in the world, in some remote, secured location. Therefore the Plaintiff

STATUS REPORT REGARDING SERVICE OF PROCESS

1   determined it was wisest to scour the California and national business records of each Defendant,

2   and serve them at one of the corporations that they own or where they act as an executive officer.

3   From that research the Plaintiff discovered many facts about the Defendants' businesses—facts

4   that make it nigh impossible for any citizen of the US or California to properly serve these

5   Defendants. The bullet point facts that follow are based on that research, and based on the findings

6   of the Plaintiff's server of process.

7   ● Defendant MRC II Distribution Company, LP uses a false and fraudulent address, claiming

8       an address in the WME* building next door—in suite number that does not even exist

9       (9601 Wilshire Blvd, Suite 610, Beverly Hills, CA 90212). (*Defendant Ari Emanuel is

10      co-CEO of WME.)

11          ● There is no site #610 in the 9601 Wilshire building.

12          ● The 9601 Wilshire Building is not in the 90212 area code.

13  ● While serving this fictitious address, the Plaintiff's process server, Nexus Assoon, reported

14      that he felt that the mailroom supervisor attempted to intimidate him. (The details are

15      included in Mr. Assoon's soon to be filed service of process certificate.)

16  ● MRC II Distribution Company, LP's CA Sec State Bus Ent S.I. have NOT been updated

17      for almost 12 years. (CA requires updates for foreign entities every year.)

18  ● Media Rights Capital primary building (9665 Wilshire Blvd, 2nd Floor, Beverly Hills, CA

19      90212 —which it claims as an address on it website, and which some of its subsidiaries

20      claim as their Principal address) was blocked off for construction when the Plaintiff's

21      server, Nexus Assoon, arrived (although Mr. Assoon observed business workers enter

21      and exit).  A member of the building's security personnel informed Mr. Assoon that MRC

22      had moved for the duration of construction to 1800 Century Park East, Los Angeles.

23  ● Media Rights Capital II, LP's California Secretary of State Business Entity statement of

24      information (**CA Sec State Bus Ent S.I.**) claims 1800 Century Park East, Los Angeles,

25      10th Floor, is its Principal Address, and claims this address is also the personal address of

26      its agent for service of process. However, on the 10th floor of 1800 Century Park, no

27      MRC company was in the directory or on the door of any office. Plaintiff's server, Mr.

28      Assoon, spoke to an office manager who said MRC had moved back to 9665 Wilshire.,

1   some time ago Neither the office manager or another man Mr. Asson encountered had
2   never heard of Scott Tenley.
3   ● Plaintiff's process server, Nexus Asson, attempted to serve Trigger Street Productions as
4   the Principal Business Office in California, listed in its CA Sec State Bus Ent S.I.; which is
5   11766 Wilshire Boulevard, #1610, Los Angeles CA 90025. However, **the *Help Desk***
6   **assistant at this address informed Mr Asson that room #1610 has been vacant and**
7   **not leased or rented for 4-5 years**, and the company Altman, Greenfield and Selvaggi
8   (which Frank Selvaggi works for) has also not been in the building for 4-5 years.
9   ● Trigger Street Productions Inc's CA Sec State Bus Ent S.I. provides a false and invalid
10   Principal California address.
11   ● Trigger Street Productions Inc's CA Sec State Bus Ent S.I. is signed by Frank Selvaggi,
12   an agent who alleges to reside in California, who in fact does not. (In violation of CA law.)
13   ● Trigger Street Productions Inc's CA Sec State Bus Ent S.I. has NOT been updated for
14   **15 years**. (CA requires annual updates for foreign entities.)
15   ● Defendant Bill Block is CEO of Miramax. According to its current and active CA Sec
16   State Bus Ent S.I. Miramax's address is 2450 Colorado, Suite 100 East Tower, Los
17   Angeles, CA 90404. However, according to the *Help Desk* personnel at this address,
18   Miramax moved from that location about a year earlier, without updating its CA Sec State
19   Bus Ent S.I.  Thus, Mr. Assoon could not serve Defendant Block.
20   ● Gary Kress, the process agent for Defendants Matt Damon and Ben Affleck's businesses,
21   is rarely in his office, per his secretary. This is against the intention and spirit of CCP 452.
21   Thus, Mr Kress was not there when Mr Assoon attempted to serve his business address,
22   and the secretary refused to permit Mr. Asson to leave the summons and Complaint. Thus,
23   Plaintiff had to pay another server to try to serve this address four days later.
24   ● Defendants Matt Damon and Ben Affleck have NOT updated the CA Sec State Bus Ent
25   S.I. for their business GDS, LLC in over 12 years. (CA requires biennial updates).
26   ● Defendants Damon and Affleck have NOT updated the CA Sec State Bus Ent S.I. for
27   Mad Post Productions, LLC in over 13 years. (CA requires biennial updates.)
28

STATUS REPORT REGARDING SERVICE OF PROCESS

1

**CONCLUSION**

2          The Plaintiff hopes this Status Report Regarding Plaintiff's Service Of Process Of

3    Summons And Complaint On All Defendants proves useful to the Court.

4

5    Dated: November 5, 2018.                    Signed:  /s/ Steve Wilson Briggs              _

6                                                         STEVE WILSON BRIGGS
                                                         Plaintiff, In Propria Persona

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

21

22

23

24

25

26

27

28

STATUS REPORT REGARDING SERVICE OF PROCESS