## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **"STATUS REPORT REGARDING PLAINTIFF'S SERVICE OF PROCESS OF SUMMONS AND COMPLAINT ON ALL DEFENDANTS"** with the Clerk of the Court for the United States District Court, Northern District Of California, San Francisco Division, by using the District's Pacer system on November 5, 2018.

Dated: November 5, 2018.             Signed:  /s/ Steve Wilson Briggs  
                                                    STEVE WILSON BRIGGS  
                                                    Plaintiff, In Propria Persona