Steve Wilson Briggs
4322 Chico Ave.,
Santa Rosa, CA 95407
510 200 3763
snc.steve@gmail.com
PLAINTIFF In Propria Persona

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STEVE WILSON BRIGGS, | Civ No: 18-cv-04952-VC |
|---|---|
| Plaintiff, | |
| vs | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE ON DEFENDANT WILLIAM (BILL) BLOCK; AND CONDITIONAL REQUEST TO EXTEND SERVICE DEADLINES** |
| KEVIN SPACEY et al, | |
| Defendants. | |
| | Date:       December 13, 2018<br>Courtroom:  4<br>Time:       10:00 a.m.<br>Judge:      Hon. Vincent Chhabria |

Having considered the Plaintiff's "Motion For Alternative Service On Defendant William (Bill) Block; and Conditional Request To Extend Service Deadlines," and finding the Plaintiff's arguments to be sound, and finding that Defendant William (Bill) Block, and any other Defendant herein who failed to update his/her company's Statement of Information on file with the California Secretary of State, rendered the plaintiff incapable of timely serving the Summons and Complaint upon the Defendant(s). Therefore, the Court rules as follows.

**IT IS HEREBY ORDERED:**

1. The Plaintiff Motion to serve Defendant Block by publication is **granted**.

2

1    2. Plaintiff conditional request to extend service deadline, if necessary and if due to the
2        Defendants failure to maintain their business Statements of Information on file with the
3        Secretary of State, is also **granted**.
4
5  Dated:_____    Signed:_____
6                                    The Honorable Vince Chhabria
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
21
22
23
24
25
26
27
28