## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **"MOTION FOR ALTERNATIVE SERVICE ON DEFENDANT WILLIAM (BILL) BLOCK; AND CONDITIONAL REQUEST TO EXTEND SERVICE DEADLINES"**, and the **"PROPOSED ORDER"** with the Clerk of the Court for the United States District Court, Northern District Of California, San Francisco Division, by using the District's Pacer system on November 5, 2018.


Dated: November 5, 2018.        Signed:  /s/ Steve Wilson Briggs          _
                                         STEVE WILSON BRIGGS
                                         Plaintiff, In Propria Persona