Steve Wilson Briggs
4322 Chico Ave.,
Santa Rosa, CA 95407
510 200 3763
snc.steve@gmail.com
PLAINTIFF In Propria Persona

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVE WILSON BRIGGS | Civ No: 18-cv-04952-VC |
| Plaintiff, | |
| vs | REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF: |
| KEVIN SPACEY;  ARI EMANUEL; MATT DAMON;  BEN AFFLECK; NBCUNIVERSAL MEDIA, LLC; SONY PICTURES ENT INC.; TRIGGER STREET PRODUCTIONS; NEILL BLOMKAMP;  ASIF SATCHU; MORDECAI WICZYK; WILLIAM (BILL) BLOCK; DANA BRUNETTI; MRC (and all MRC entities and subs.), | 1. PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE FOR DEF BILL BLOCK; 2. PLAINTIFF'S MOTION FOR AWARD OF SERVICE OF PROCESS EXPENSES & REMUNERATION; 3. PLAINTIFF'S COMPLAINT'S ALLEGATIONS OF NEGLIGENCE AND FRAUD |
| Defendants. | Date:     Thurs, December 13, 2018 Time:     10:00 a.m. Courtroom: 4 Judge:     Hon. Vince Chhabria |

REQUEST FOR JUDICIAL NOTICE

Pursuant to Federal Rules of Evidence Rule 201, Plaintiff Steve WIlson Briggs respectfully asks the Court to take judicial notice of the attached exhibits.

Judicial notice of court records are proper under Federal Rule of Evidence 201(b), which allows the court to judicially notice "a fact that is not subject to reasonable dispute because it is

1  generally known within the trial court's territorial jurisdiction"; or "can be accurately and readily

2  determined from sources whose accuracy cannot reasonably be questioned."

3       Rule 201(c) allows the Court  to take judicial notice on its own, or the Court "must take

4  judicial notice if a party requests it and the court is supplied with the necessary information."

5       And Rule 201(d), which holds that a court must take judicial notice of facts if requested by

6  a party and supplied with the necessary information.

7       Rule 201(d) gives the Court authority to take judicial notice at any stage of the

8  proceedings.

9        The exhibits submitted for judicial notice are attached. They are three (3) court documents

10  and various other government records and public records (e.g., California Secretary of State

11  business entity statements of information).

12                    Court Records

13       Exhibit A: "Defendants' Answer And Affirmative Defenses To Plaintiff's First Amended

14  Complaint For Copyright Infringement," case document from Briggs v Blomkamp et al,

15  13-cv-04679 -PJH.   Please, notice page 3, para #13, the Defendant MRC II Distribution

16  Company, LP misleads the Court that it principal place of business is 9665 Wilshire Blvd, Beverly

17  Hills, CA 90212. Prepared by Michael J. Kump, Esquire.

18       Exhibit B: "Defendants' Certification Of Interested Entities Or Persons," case document

19  from Briggs v Blomkamp et al, 13-cv-04679 -PJH. Please notice on page 1, paragraph 1,

20  Defendant MRC II Distribution Company, LP claims to be a Defendant, and Media Rights Capital

21  II, LP claims to be the "Parent of Defendant" corporation. Prepared by Michael J. Kump, Esquire.

21       Exhibit C: "Corporate Disclosure Statement Of Sony Pictures Entertainment, Inc., Tristar

22  Pictures, Inc., MRC II Distribution Company, L.P., And QED International, LLC," case

23  document from Briggs v Blomkamp et al, 13-cv-04679 -PJH. Please notice page 1, paragraph

24  1, as MRC II Distribution misleads the Court that it has no parent. Prepared by Michael J. Kump,

25  Esquire.

26                 Government & Public Records, Etc.

27       Exhibit D: "Filing Periods" and "Tips for Filing" from the California Secretary of State

28  website. Please note

a.  the "Filing Periods" guideline specifies how often businesses are required to re-submit and update their CA Secretary of State statement of information. Please, notice all corporations are required to submit a new business entity statement of information every 1 or 2 years, depending on their business type.

b.  Under "Tips for Filing Corporation Statements of Information," bullet #3 states: "If the agent for service of process of the entity has changed or resigned, a fully completed statement must be submitted." And bullet #6 states that each corporate officer must have a complete business or residential address."

Exhibit E: California Corporations Code 1502 (for corporation designating agents for service of process). Please note that this statute requires that if a corporation designates a natural person as its agent for service of process, this person must reside in California.

Exhibit F: California Corporations Code 1507. Please note this law holds corporate officers personally liable if they make or publish false business statements, documents, reports, etc.

Exhibit G: CA Secretary of State "Entity Detail" for MRC II Distribution Company, LP (from the CA Secretary of State website). Please note the company has not updated its statement of information since 2007. (As a "foreign" entity updates are due every year.)

Exhibit H: Current and active CA Secretary of State business entity statement of information for MRC II Distribution Company, LP. Please note the company claims its Principal Address is 9601 Wilshire Blvd, Suite 610, Beverly Hills, CA 90210.

Exhibit I: CA Secretary of State Amendment to Application for Registration, which changes only the agent for service of process (to Scott Tenley), but leaves the address unchanged.

Exhibit J: CA Secretary of State "Entity Detail" for William Morris Endeavor (from the CA Secretary of State website). Please note the company statements of information have been properly filed for successive years (as a "foreign" entity updates are due every year).

Exhibit K: Current and active CA Secretary of State business entity statement of information for William Morris Endeavor, LLC. Please note the company claims its Principal Address is 9601 Wilshire Blvd, 3rd Floor, Beverly Hills, CA 90210.

Exhibit L: CA Secretary of State "Entity Detail" for Sony Pictures Entertainment, Inc. (from the CA Secretary of State website). Please note the company statements of information

1    have been properly filed for successive years ("foreign" entity updates are due every year).

2        Exhibit M: Current and active CA Secretary of State business "Entity Detail" for Media

3    Rights Capital II, LP (from the CA Secretary of State website). Please note that the CA Sec State

4    statement of information reports have NOT been filed in 10 years (they are due every year for a

5    foreign corporation).

6        Exhibit N: Current and active CA Secretary of State business entity statement of

7    information for Media Rights Capital II, L.P. Please note the address claimed is 1800 Century

8    Park East, 10th Floor, Los Angeles, CA 90067, and Scott Tenley is the agent for service of

9    process.

10        Exhibit O: Current and active CA Secretary of State business "Entity Detail" for Trigger

11   Street Productions, Inc (from the CA Secretary of State website). Please note that the CA Sec

12   State statement of information reports have NOT been filed in 15 years (they are due every year

13   for a foreign corporation). The "No Change" report means no information has changed since the

14   last report.

15        Exhibit P: Current and active CA Secretary of State business entity statement of

16   information for Trigger Street Productions, Inc. Please note:

17       a.   Franks Selvaggi signs this document himself, and falsely claims to be a California resident.

18       b.   The current Principal California Address claimed is 11766 Wilshire Blvd, #1610, Los

19            Angeles 90025.

20        Exhibit Q: The National Directory of Registered Tax Return Preparers & Professionals

21   website identifies Frank Selvaggi as a CPA working in New York City.

21        Exhibit R: FreedomToMarry.Org's website has a page dedicated to Frank Selvaggi,

22   which states he lives in New York state.

23        Exhibit S: Current and active CA Secretary of State business "Entity Detail" for GDS,

24   LLC (from the CA Secretary of State website). Please note that the CA Sec State statement of

25   information reports have NOT been filed in 12 years (they are due every 2 years for an LLC).

26        Exhibit T: Current and active CA Secretary of State business entity statement of

27   information for GDS, LLC. Please note that on line 7 and 8 company managers Ben Affleck and

28   Matt Damon claim their address is 2401 Main Street, Santa Monica, CA 90405.

1        Exhibit U: Current and active CA Secretary of State business "Entity Detail" for GDS,

2    LLC (from the CA Secretary of State website). Please note that the CA Sec State statement of

3    information reports have NOT been filed in 13 years (they are due every 2 years for an LLC).

4        Exhibit V: Current and active CA Secretary of State business entity statement of

5    information for Mad Post Productions, LLC. Please note that on line 7 and 8 company managers

6    Ben Affleck and Matt Damon claim their address is 2401 Main Street, Santa Monica, CA 90405.

7        Exhibit W: Current and active CA Secretary of State business entity statement of

8    information for Miramax, LLC. Please note address is 2450 Colorado, Suite 100 East Tower, Los

9    Angeles, CA 90404.

10

11       In addition to the federal authorities, cited in the opening paragraphs of this document, the

12   California Code of Evidence § 452(g) allows judicial notice of facts and propositions that are of

13   such common knowledge within the territorial jurisdiction of the court that they cannot reasonably

14   be the subject of dispute; and California Code of Evidence § 452(h) allows judicial notice of facts

15   and propositions that are not reasonably subject to dispute and are capable of immediate and

16   accurate determination by resort to sources of reasonably indisputable accuracy. All of the exhibits

17   herein adhere to these standards for judicial notice.

18

19   Dated: November 5, 2018.        Signed:  /s/ Steve Wilson Briggs _____ _

20                                           STEVE WILSON BRIGGS

21                                           Plaintiff, In Propria Persona

21

22

23

24

25

26

27

28

# EXHIBIT

# A

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
MICHAEL J. KUMP (SBN 100983)
  mkump@kwikalaw.com
GREGORY P. KORN (SBN 205306)
  gkorn@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Defendants NEILL BLOMKAMP,
SONY PICTURES ENTERTAINMENT INC.,
TRISTAR PICTURES, INC., MRC II
DISTRIBUTION COMPANY L.P. (erroneously
named as MEDIA RIGHTS CAPITAL), and
QED INTERNATIONAL, LLC

1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| STEVE WILSON BRIGGS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NEILL BLOMKAMP; SONY PICTURES ENT., INC., TRISTAR PICTURES, INC., MEDIA RIGHTS CAPITAL, and QED INTERNATIONAL,<br><br>　　　　Defendants. | Case No. CV 13-4679-PJH<br><br><br>**DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT** |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

Defendants Neill Blomkamp, Sony Pictures Entertainment Inc., TriStar Pictures, Inc., MRC II Distribution Company L.P. (erroneously sued as Media Rights Capital), and QED International, LLC (collectively, "Defendants") answer the Amended Complaint for Copyright Infringement ("Complaint") as follows:

## NATURE OF ACTION

1.      Answering Paragraph 1 of the Complaint, Defendants admit that this is an action for copyright infringement of a screenplay purportedly written by Plaintiff entitled "Butterfly Drive," which screenplay is purportedly attached as Exhibit A to the Complaint (hereinafter, "Plaintiff's Screenplay"). Defendants admit that the film "Elysium" was initially theatrically released in the United States on or about August 9, 2013 (hereinafter, the "Film"). Defendants deny each and every remaining allegation in Paragraph 1.

2.      Answering Paragraph 2 of the Complaint, Defendant MRC II Distribution Company L.P. (hereinafter, "MRC"), erroneously sued as "Media Rights Capital," denies that an entity named "Media Rights Capital" is properly named in the Complaint. MRC denies that it is attempting to mislead the Court in answering the Complaint and alleges that it is a company organized and existing under the laws of the State of California and that it, rather than the named "Media Rights Capital," is the entity referred to colloquially as "MRC" or "Media Rights Capital" which contracted in connection with the Film and which owns the relevant copyrights in the Film. The remaining Defendants (excluding MRC) lack sufficient information and belief upon which to admit or deny the allegations concerning the "MRC" entities in Paragraph 2, and on that basis those allegations are denied by those remaining Defendants. All Defendants deny each and every remaining allegation in Paragraph 2.

3.      Answering Paragraph 3 of the Complaint, and for the reasons set forth in Paragraph 2 above, Defendant MRC denies that an entity named "Media Rights Capital" is properly named in the Complaint and alleges that it is the relevant "MRC" entity which contracted in connection with the Film and which owns the relevant copyrights in the Film. MRC denies all remaining allegations in Paragraph 3. The remaining Defendants (excluding MRC) lack sufficient information upon which to admit or deny the allegations in Paragraph 3, and on that basis the

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1 | allegations are denied.

2 |     4.       Answering Paragraph 4 of the Complaint, Defendants deny each and every

3 | allegation thereof.

4 |     5.       Answering Paragraph 5 of the Complaint, Defendants admit that the Amended

5 | Complaints purports to have "added a personal information section."  Except as so admitted,

6 | Defendants deny each and every allegation in Paragraph 5.

7 | **JURISDICTION**

8 |     6.       Answering Paragraph 6 of the Complaint, Defendants admit that the Court has

9 | subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).  Defendants deny each and

10 | every remaining allegation in Paragraph 6.

11 |     7.       Answering Paragraph 7 of the Complaint, Defendants admit that the Complaint

12 | alleges that venue is proper and alleges that the Court has personal jurisdiction.  Defendants deny

13 | each and every remaining allegation in Paragraph 7.

14 |     8.       Answering Paragraph 8 of the Complaint, Defendants admit that the Complaint

15 | alleges that the action is properly assigned to the San Francisco division of the Northern District of

16 | California.  Defendants deny each and every remaining allegation in Paragraph 8.

17 | **THE PARTIES**

18 |     9.       Answering Paragraph 9 of the Complaint, Defendants lack sufficient information

19 | and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

20 | denied.

21 |     10.     Answering Paragraph 10 of the Complaint, Defendants admit the allegations

22 | thereof.

23 |     11.     Answering Paragraph 11 of the Complaint, Defendants admit that Sony Pictures

24 | Entertainment Inc. ("SPE") has its principal place of business at 10202 W. Washington Boulevard,

25 | Culver City, California.  Defendants deny each and every remaining allegation in Paragraph 11.

26 |     12.     Answering Paragraph 12 of the Complaint, Defendants admit that TriStar Pictures,

27 | Inc. ("TriStar") is an indirect subsidiary of SPE and has its principal place of business in Culver

28 | City, California.  Defendants admit that TriStar is a distributor of the Film.  Defendants deny each

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

CV 13-4679-PJH

ANSWER AND AFFIRMATIVE DEFENSES TO FAC FOR COPYRIGHT INFRINGEMENT

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1  and every remaining allegation in Paragraph 12.

2       13.    Answering Paragraph 13 of the Complaint, Defendants admit that MRC II

3  Distribution Company (erroneously sued as Media Rights Capital) ("MRC") has its principal place

4  of business at 9665 Wilshire Boulevard, Beverly Hills, CA 90212.  Defendants admit that MRC

5  was involved in the development and production of the Film.  Defendants deny each and every

6  remaining allegation in Paragraph 13.

7       14.    Answering Paragraph 14 of the Complaint, Defendants admit that QED

8  International ("QED") is located at 1800 N. Highland Ave., 5th Floor, Los Angeles, California

9  90028.  Defendants admit that QED is credited as a producer of the Film.  Defendants deny each

10  and every remaining allegation in Paragraph 14.

11  **BACKGROUND**

12       15.    Answering Paragraph 15 of the Complaint, Defendants lack sufficient information

13  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

14  denied.

15       16.    Answering Paragraph 16 of the Complaint, Defendants lack sufficient information

16  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

17  denied.

18       17.    Answering Paragraph 17 of the Complaint, Defendants lack sufficient information

19  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

20  denied.

21       18.    Answering Paragraph 18 of the Complaint, Defendants lack sufficient information

22  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

23  denied.

24       19.    Answering Paragraph 19 of the Complaint, Defendants lack sufficient information

25  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

26  denied.

27       20.    Answering Paragraph 20 of the Complaint, Defendants lack sufficient information

28  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

1  denied.

2      21.    Answering Paragraph 21 of the Complaint, Defendants deny the allegation that

3  "MRC was a struggling new film company with but 1 credit for 2007, 'Couples', filmed for only

4  $2500." Defendants lack sufficient information and belief upon which to admit or deny the

5  remaining allegations in Paragraph 21, and on that basis the remaining allegations are denied.

6      22.    Answering Paragraph 22 of the Complaint, Defendants lack sufficient information

7  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

8  denied.

9      23.    Answering Paragraph 23 of the Complaint, Defendants deny each and every

10  allegation thereof.

11      24.    Answering Paragraph 24 of the Complaint, Defendants lack sufficient information

12  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

13  denied.

14      25.    Answering Paragraph 25 of the Complaint, Defendants lack sufficient information

15  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

16  denied.

17      26.    Answering Paragraph 26 of the Complaint, Blomkamp denies that he was aware of

18  the triggerstreet.com website at any time prior to the filing of this lawsuit.  Blomkamp denies that

19  he contacted Plaintiff regarding Plaintiff's  Screenplay.  All Defendants deny that they were

20  familiar with and/or accessed Plaintiff's Screenplay in any way or at any time, including without

21  limitation on triggerstreet.com.  Defendants lack sufficient information and belief upon which to

22  admit or deny the remaining allegations in Paragraph 26, and on that basis, those remaining

23  allegations are denied.

24      27.    Answering Paragraph 27 of the Complaint, Defendants lack sufficient information

25  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

26  denied.

27      28.    Answering Paragraph 28 of the Complaint, Defendants lack sufficient information

28  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1   denied.

2       29.     Answering Paragraph 29 of the Complaint, Defendants lack sufficient information

3   and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

4   denied.

5       30.     Answering Paragraph 30 of the Complaint, Defendants lack sufficient information

6   and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

7   denied.

8       31.     Answering Paragraph 31 of the Complaint, Defendants lack sufficient information

9   and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

10  denied.

11      32.     Answering Paragraph 32 of the Complaint, Defendants lack sufficient information

12  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

13  denied.

14      33.     Answering Paragraph 33 of the Complaint, Defendants deny that the Film and the

15  trailer for the Film feature a plot, characters, and/or settings that misappropriated Plaintiff's

16  Screenplay.  Defendants lack sufficient information and belief upon which to admit or deny the

17  remaining allegations in Paragraph 33, and on that basis those remaining allegations are denied.

18      34.     Answering Paragraph 34 of the Complaint, Defendants deny that the story structure

19  of the Film conforms to Plaintiff's Screenplay in any way.  Defendants lack sufficient information

20  and belief upon which to admit or deny the remaining allegations in Paragraph 34, and on that

21  basis those remaining allegations are denied.

22      35.     Answering Paragraph 35 of the Complaint, Defendants lack sufficient information

23  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

24  denied.

25      36.     Answering Paragraph 36 of the Complaint, Defendants lack sufficient information

26  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

27  denied.

28      37.     Answering Paragraph 37 of the Complaint, Defendants object on the basis that the

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800  •  FAX 310.566.9850

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1    allegation is irrelevant and violates the requirement in Rule 8(a) of the Federal Rules of Civil

2    Procedure for a "short and plain statement" of the claim, and on that basis the allegation is denied.

3        38.    Answering Paragraph 38 of the Complaint, Defendants lack sufficient information

4    and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

5    denied.

6        39.    Answering Paragraph 39 of the Complaint, Defendants lack sufficient information

7    and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

8    denied.

9    **STATEMENT OF FACTS COMMON TO ALL CLAIMS FOR RELIEF**

10       40.    Answering Paragraph 40 of the Complaint, Defendants admit that the Film was

11   theatrically released in the United States and certain other territories on August 9, 2013.

12   Defendants deny each and every remaining allegation in Paragraph 40 and specifically deny that

13   the Film infringes Plaintiff's alleged copyright interests.

14       41.    Answering Paragraph 41 of the Complaint, Defendants lack sufficient information

15   and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

16   denied.

17       42.    Answering Paragraph 42 of the Complaint, Defendants deny that the Film infringes

18   any copyright interests Plaintiff might have in the Screenplay in whole or part.  Defendants lack

19   sufficient information and belief upon which to admit or deny the remaining allegations in

20   Paragraph 42, and on that basis those remaining allegations are denied.

21       43.    Answering Paragraph 43 of the Complaint, Defendants deny each and every

22   allegation thereof.

23       44.    Answering Paragraph 44 of the Complaint, Defendants admit that Plaintiff's

24   Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

25   every allegation in Paragraph 44.

26       45.    Answering Paragraph 45 of the Complaint, Defendants admit that the Film is the

27   best evidence of its contents.  Defendants admit that Exhibit B to the Complaint is the best

28   evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1   Paragraph 45.

2        46.   Answering Paragraph 46 of the Complaint, Defendants admit that Plaintiff's

3   Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

4   every allegation in Paragraph 46.

5        47.   Answering Paragraph 47 of the Complaint, Defendants admit that Plaintiff's

6   Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

7   every allegation in Paragraph 47 and specifically deny that the "plot features" referenced in

8   Paragraph 47 constitute either Plaintiff's original or copyrightable expression.

9        48.   Answering Paragraph 48 of the Complaint, Defendants deny each and every

10   allegation thereof.

11       49.   Answering Paragraph 49 of the Complaint, Defendants deny each and every

12   allegation thereof.

13       50.   Answering Paragraph 50 of the Complaint, Defendants deny each and every

14   allegation thereof.

15       51.   Answering Paragraph 51 of the Complaint, Defendants admit that Plaintiff's

16   Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Defendants

17   admit that the Film is the best evidence of its contents.  Except as so admitted, Defendants deny

18   each and every allegation in Paragraph 51.

19       52.   Answering Paragraph 52 of the Complaint, Defendants admit that Plaintiff's

20   Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

21   every allegation in Paragraph 52.

22       53.   Answering Paragraph 53 of the Complaint, Defendants admit that the Film is the

23   best evidence of its contents.  Defendants admit that Exhibit B to the Complaint is the best

24   evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in

25   Paragraph 53.

26       54.   Answering Paragraph 54 of the Complaint, Defendants admit that Plaintiff's

27   Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

28   every allegation in Paragraph 54.

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1    55.    Answering Paragraph 55 of the Complaint, Defendants admit that Plaintiff's

2  Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

3  every allegation in Paragraph 55.

4    56.    Answering Paragraph 56 of the Complaint, Defendants admit that the Film is the

5  best evidence of its contents.  Defendants admit that Exhibit B to the Complaint is the best

6  evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in

7  Paragraph 56 and specifically deny that any characters from the Film or the screenplay on which

8  the Film is based infringe Plaintiff's alleged copyright interests.

9    57.    Answering Paragraph 57 of the Complaint, Defendants deny each and every

10  allegation thereof.

11    58.    Answering Paragraph 58 of the Complaint, Defendants admit that Plaintiff's

12  Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

13  every allegation in Paragraph 58.

14    59.    Answering Paragraph 59 of the Complaint, Defendants admit that Exhibit B to the

15  Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and

16  every allegation in Paragraph 59.

17    60.    Answering Paragraph 60 of the Complaint, Defendants admit that the Film is the

18  best evidence of its contents.  Defendants admit that Plaintiff's Screenplay and Exhibit B to the

19  Complaint are the best evidence of their contents.  Except as so admitted, Defendants deny each

20  and every allegation in Paragraph 60.

21    61.    Answering Paragraph 61 of the Complaint, Defendants admit that Plaintiff's

22  Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Except as so

23  admitted, Defendants deny each and every allegation in Paragraph 61.

24    62.    Answering Paragraph 62 of the Complaint, Defendants admit the purported

25  document entitled "Uberopolis: City of Light" and Exhibit B to the Complaint are the best

26  evidence of their contents.  Except as so admitted, Defendants deny each and every allegation in

27  Paragraph 62.

28    63.    Answering Paragraph 63 of the Complaint, Defendants admit that Plaintiff's

1    Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Except as so

2    admitted, Defendants deny each and every allegation in Paragraph 63.

3        64.    Answering Paragraph 64 of the Complaint, Defendants admit that Plaintiff's

4    Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Except as so

5    admitted, Defendants deny each and every allegation in Paragraph 64.

6        65.    Answering Paragraph 65 of the Complaint, Defendants deny each and every

7    allegation thereof.

8        66.    Answering Paragraph 66 of the Complaint, Defendants deny each and every

9    allegation thereof.

10       67.    Answering Paragraph 67 of the Complaint, Defendants admit that Exhibit B to the

11   Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and

12   every allegation in Paragraph 67.

13       68.    Answering Paragraph 68 of the Complaint, Defendants deny each and every

14   allegation thereof.

15       69.    Answering Paragraph 69 of the Complaint, Defendants admit that Plaintiff's

16   Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Except as so

17   admitted, Defendants deny each and every allegation in Paragraph 69.

18       70.    Answering Paragraph 70 of the Complaint, Defendants deny each and every

19   allegation thereof.

20       71.    Answering Paragraph 71 of the Complaint, Defendants admit that Plaintiff's

21   Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

22   every allegation in Paragraph 71.

23       72.    Answering Paragraph 72 of the Complaint, Defendants admit that Exhibit B to the

24   Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and

25   every allegation in Paragraph 72.

26       73.    Answering Paragraph 73 of the Complaint, Defendants deny each and every

27   allegation thereof.

28       74.    Answering Paragraph 74 of the Complaint, Defendants admit that Plaintiff's

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

ANSWER AND AFFIRMATIVE DEFENSES TO FAC FOR COPYRIGHT INFRINGEMENT

1  Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Except as so
2  admitted, Defendants deny each and every allegation in Paragraph 74.

3       75.     Answering Paragraph 75 of the Complaint, Defendants admit that Plaintiff's
4  Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and
5  every allegation in Paragraph 75.

6       76.     Answering Paragraph 76 of the Complaint, Defendants admit that Plaintiff's
7  Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and
8  every allegation in Paragraph 76 and specifically deny that the "characteristics, actions,
9  motivations and conditions listed in paragraph 75" constitute either Plaintiff's original or
10 copyrightable expression.

11      77.     Answering Paragraph 77 of the Complaint, Defendants deny each and every
12 allegation thereof.

13      78.     Answering Paragraph 78 of the Complaint, Defendants deny each and every
14 allegation thereof.

15      79.     Answering Paragraph 79 of the Complaint, Defendants admit that Plaintiff's
16 Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and
17 every allegation in Paragraph 79.

18      80.     Answering Paragraph 80 of the Complaint, Defendants deny each and every
19 allegation thereof.

20      81.     Answering Paragraph 81 of the Complaint, Defendants admit the Film is the best
21 evidence of its contents.  Defendants admit that Exhibit B to the Complaint is the best evidence of
22 its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 81.

23      82.     Answering Paragraph 82 of the Complaint, Defendants admit that Plaintiff's
24 Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and
25 every allegation in Paragraph 82.

26      83.     Answering Paragraph 83 of the Complaint, Defendants admit that Plaintiff's
27 Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and
28 every allegation in Paragraph 83 and specifically deny that the characteristics listed in Paragraph

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800  •  FAX 310.566.9850

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1   82 (as incorporated by reference) constitute either Plaintiff's original or copyrightable expression.

2       84.     Answering Paragraph 84 of the Complaint, Defendants deny each and every
3   allegation thereof.

4       85.     Answering Paragraph 85 of the Complaint, Defendants deny each and every
5   allegation thereof.

6       86.     Answering Paragraph 86 of the Complaint, Defendants deny each and every
7   allegation thereof.

8       87.     Answering Paragraph 87 of the Complaint, Defendants deny each and every
9   allegation thereof.

10      88.     Answering Paragraph 88 of the Complaint, Defendants admit that Plaintiff's
11  Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Defendants
12  admit that the Film is the best evidence of its contents.  Except as so admitted, Defendants deny
13  each and every allegation in Paragraph 88.

14      89.     Answering Paragraph 89 of the Complaint, Defendants admit that Plaintiff's
15  Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Defendants
16  admit that the purported website www.welcometoelysium.com is the best evidence of its contents.
17  Except as so admitted, Defendants deny each and every allegation in Paragraph 89.

18      90.     Answering Paragraph 90 of the Complaint, Defendants admit that Plaintiff's
19  Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and
20  every allegation in Paragraph 90 and specifically deny that the characteristics listed in Paragraph
21  89 (as incorporated by reference) constitute either Plaintiff's original or copyrightable expression.

22      91.     Answering Paragraph 91 of the Complaint, Defendants deny each and every
23  allegation thereof.

24      92.     Answering Paragraph 92 of the Complaint, Defendants deny each and every
25  allegation thereof.

26      93.     Answering Paragraph 93 of the Complaint, Defendants admit that Plaintiff's
27  Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Except as so
28  admitted, Defendants deny each and every allegation in Paragraph 93.

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

94.     Answering Paragraph 94 of the Complaint, Defendants admit that Plaintiff's Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 94 and specifically deny that the characteristics listed in Paragraph 93 (as incorporated by reference) constitute either Plaintiff's original or copyrightable expression.

95.     Answering Paragraph 95 of the Complaint, Defendants deny each and every allegation thereof.

96.     Answering Paragraph 96 of the Complaint, Defendants deny each and every allegation thereof.

97.     Answering Paragraph 97 of the Complaint, Defendants deny each and every allegation thereof.

98.     Answering Paragraph 98 of the Complaint, Defendants lack sufficient information and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are denied.

99.     Answering Paragraph 99 of the Complaint, Defendants admit that the referenced episode of *Star Trek* is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 99.

100.     Answering Paragraph 100 of the Complaint, Defendants admit that Plaintiff's Screenplay, the Film, and the referenced episode of *Star Trek* are the best evidence of their contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 100.

101.     Answering Paragraph 101 of the Complaint, Defendants admit that Plaintiff's Screenplay and Exhibit Q to the Complaint are the best evidence of their contents.  Defendants admit that the Film and any screenplay on which the Film is based are the best evidence of their contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 101.

102.     Answering Paragraph 102 of the Complaint, Defendants deny each and every allegation thereof.

103.     Answering Paragraph 103 of the Complaint, Defendants admit that Plaintiff's Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Defendants admit that the Film is the best evidence of its contents.  Except as so admitted, Defendants deny

ANSWER AND AFFIRMATIVE DEFENSES TO FAC FOR COPYRIGHT INFRINGEMENT

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1   each and every allegation in Paragraph 103.

2       104.   Answering Paragraph 104 of the Complaint, Defendants admit that Plaintiff's

3   Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

4   every allegation in Paragraph 104 and specifically deny that the characteristics listed in Paragraph

5   103 (as incorporated by reference) constitute either Plaintiff's original or copyrightable

6   expression.

7       105.   Answering Paragraph 105 of the Complaint, Defendants deny each and every

8   allegation thereof.

9       106.   Answering Paragraph 106 of the Complaint, Defendants deny each and every

10   allegation thereof.

11       107.   Answering Paragraph 107 of the Complaint, Defendants admit that Plaintiff's

12   Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Defendants

13   admit that the Film is the best evidence of its contents.  Except as so admitted, Defendants deny

14   each and every allegation in Paragraph 107.

15       108.   Answering Paragraph 108 of the Complaint, Defendants admit that Plaintiff's

16   Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

17   every allegation in Paragraph 108 and specifically deny that the "themes" listed in Paragraph 107

18   (as incorporated by reference) constitute either Plaintiff's original or copyrightable expression.

19       109.   Answering Paragraph 109 of the Complaint, Defendants deny each and every

20   allegation thereof.

21       110.   Answering Paragraph 110 of the Complaint, Defendants deny each and every

22   allegation thereof.

23       111.   Answering Paragraph 111 of the Complaint, Defendants deny each and every

24   allegation thereof and further allege that Paragraph 111 contains no allegation of fact and is

25   unintelligible.

26       112.   Answering Paragraph 112 of the Complaint, Defendants admit that Plaintiff's

27   Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

28   every allegation in Paragraph 112.

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800  •  FAX 310.566.9850

113.   Answering Paragraph 113 of the Complaint, Defendants admit that Exhibit B to the Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 113.

114.   Answering Paragraph 114 of the Complaint, Defendants deny each and every allegation thereof and further allege that Paragraph 114 contains no allegation of fact and is unintelligible.

115.   Answering Paragraph 115 of the Complaint, Defendants admit that Plaintiff's Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 115.

116.   Answering Paragraph 116 of the Complaint, Defendants admit that Plaintiff's Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 116.

117.   Answering Paragraph 117 of the Complaint, Defendants admit that Exhibit B to the Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 117.

118.   Answering Paragraph 118 of the Complaint, Defendants deny each and every allegation thereof and further allege that Paragraph 118 contains no allegation of fact and is unintelligible.

119.   Answering Paragraph 119 of the Complaint, Defendants admit that Plaintiff's Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 119.

120.   Answering Paragraph 120 of the Complaint, Defendants admit that the Film is the best evidence of its contents.  Defendants admit that Exhibit B to the Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 120.

121.   Answering Paragraph 121 of the Complaint, Defendants admit that Plaintiff's Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 121.

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1   122.   Answering Paragraph 122 of the Complaint, Defendants deny each and every

2   allegation thereof.

3   123.   Answering Paragraph 123 of the Complaint, Defendants deny each and every

4   allegation thereof.

5   124.   Answering Paragraph 124 of the Complaint, Defendants deny each and every

6   allegation thereof and further allege that Paragraph 124 contains no allegation of fact and is

7   unintelligible.

8   125.   Answering Paragraph 125 of the Complaint, Defendants admit that Plaintiff's

9   Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Defendants

10  admit that the Film is the best evidence of its contents.  Except as so admitted, Defendants deny

11  each and every allegation in Paragraph 125.

12  126.   Answering Paragraph 126 of the Complaint, Defendants admit that Plaintiff's

13  Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

14  every allegation in Paragraph 126.

15  127.   Answering Paragraph 127 of the Complaint, Defendants admit that Exhibit B to the

16  Complaint is the best evidence of its contents.  Defendants admit that the Film is the best evidence

17  of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph

18  127.

19  128.   Answering Paragraph 128 of the Complaint, Defendants deny each and every

20  allegation thereof.

21  129.   Answering Paragraph 129 of the Complaint, Defendants deny each and every

22  allegation thereof.

23  130.   Answering Paragraph 130 of the Complaint, Defendants deny each and every

24  allegation thereof.

25  131.   Answering Paragraph 131 of the Complaint, Defendants admit that Plaintiff's

26  Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

27  every allegation in Paragraph 131.

28  132.   Answering Paragraph 132 of the Complaint, Defendants admit that Exhibit B to the

ANSWER AND AFFIRMATIVE DEFENSES TO FAC FOR COPYRIGHT INFRINGEMENT

1   Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and
2   every allegation in Paragraph 132.

3        133.   Answering Paragraph 133 of the Complaint, Defendants lack sufficient information
4   and belief on which to admit or deny the allegation that Plaintiff chose the word "repatriation" to
5   "reference immigration in a warlike state," and on that basis the allegation is denied.  Defendants
6   deny each and every remaining allegation in Paragraph 133.

7        134.   Answering Paragraph 134 of the Complaint, Defendants admit that Plaintiff's
8   Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and
9   every allegation in Paragraph 134.

10       135.   Answering Paragraph 135 of the Complaint, Defendants admit that Exhibit B to the
11  Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and
12  every allegation in Paragraph 135.

13       136.   Answering Paragraph 136 of the Complaint, Defendants admit that Plaintiff's
14  Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Except as so
15  admitted, Defendants deny each and every allegation in Paragraph 136.

16       137.   Answering Paragraph 137 of the Complaint, Defendants admit that Plaintiff's
17  Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and
18  every allegation in Paragraph 137.

19       138.   Answering Paragraph 138 of the Complaint, Defendants admit that Exhibit B to the
20  Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and
21  every allegation in Paragraph 138.

22       139.   Answering Paragraph 139 of the Complaint, Defendants admit that Plaintiff's
23  Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and
24  every allegation in Paragraph 139.

25       140.   Answering Paragraph 140 of the Complaint, Defendants admit that Exhibit B to the
26  Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and
27  every allegation in Paragraph 140.

28       141.   Answering Paragraph 141 of the Complaint, Defendants admit that Plaintiff's

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

ANSWER AND AFFIRMATIVE DEFENSES TO FAC FOR COPYRIGHT INFRINGEMENT

1 Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and
2 every allegation in Paragraph 141.

3     142.    Answering Paragraph 142 of the Complaint, Defendants admit that Exhibit B to the
4 Complaint is the best evidence of its contents.  Defendants admit that the Film is the best evidence
5 of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph
6 142 and specifically deny that the Film "follows the Plaintiff's model" in any way.

7     143.    Answering Paragraph 143 of the Complaint, Defendants deny each and every
8 allegation thereof.

9     144.    Answering Paragraph 144 of the Complaint, Defendants admit that Plaintiff's
10 Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Defendants
11 admit that the Film is the best evidence of its contents.  Except as so admitted, Defendants deny
12 each and every allegation in Paragraph 144.

13     145.    Answering Paragraph 145 of the Complaint, Defendants deny each and every
14 allegation thereof.

15     146.    Answering Paragraph 146 of the Complaint, Defendants admit that Plaintiff's
16 Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Except as so
17 admitted, Defendants deny each and every allegation in Paragraph 146.

18     147.    Answering Paragraph 147 of the Complaint, Defendants admit that Plaintiff's
19 Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and
20 every allegation in Paragraph 147.

21     148.    Answering Paragraph 148 of the Complaint, Defendants admit that Exhibit B to the
22 Complaint is the best evidence of its contents.  Defendants admit that the Film is the best evidence
23 of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph
24 148.

25     149.    Answering Paragraph 149 of the Complaint, Defendants deny each and every
26 allegation thereof.

27     150.    Answering Paragraph 150 of the Complaint, Defendants admit that Plaintiff's
28 Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Except as so

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1    admitted, Defendants deny each and every allegation in Paragraph 150.

2        151.    Answering Paragraph 151 of the Complaint, Defendants deny each and every
3    allegation thereof.

4        152.    Answering Paragraph 152 of the Complaint, Defendants deny each and every
5    allegation thereof.

6        153.    Answering Paragraph 153 of the Complaint, Defendants admit that Plaintiff's
7    Screenplay is the best evidence of its contents.   Except as so admitted, Defendants deny each and
8    every allegation in Paragraph 153.

9        154.    Answering Paragraph 154 of the Complaint, Defendants admit that Exhibit B to the
10    Complaint is the best evidence of its contents.  Defendants admit that the Film is the best evidence
11    of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph
12    154.

13        155.    Answering Paragraph 155 of the Complaint, Defendants admit that Plaintiff's
14    Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and
15    every allegation in Paragraph 155.

16        156.    Answering Paragraph 156 of the Complaint, Defendants admit that Exhibit B to the
17    Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and
18    every allegation in Paragraph 156.

19        157.    Answering Paragraph 157 of the Complaint, Defendants admit that Plaintiff's
20    Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and
21    every allegation in Paragraph 157.

22        158.    Answering Paragraph 158 of the Complaint, Defendants admit that Exhibit B to the
23    Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and
24    every allegation in Paragraph 158.

25        159.    Answering Paragraph 159 of the Complaint, Defendants admit that Plaintiff's
26    Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and
27    every allegation in Paragraph 159.

28        160.    Answering Paragraph 160 of the Complaint, Defendants admit that Exhibit B to the

CV 13-4679-PJH
ANSWER AND AFFIRMATIVE DEFENSES TO FAC FOR COPYRIGHT INFRINGEMENT

1 Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and
2 every allegation in Paragraph 160.

3      161.    Answering Paragraph 161 of the Complaint, Defendants admit that Plaintiff's
4 Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Except as so
5 admitted, Defendants deny each and every allegation in Paragraph 161.

6      162.    Answering Paragraph 162 of the Complaint, Defendants admit that Plaintiff's
7 Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and
8 every allegation in Paragraph 162.

9      163.    Answering Paragraph 163 of the Complaint, Defendants admit that Exhibit B to the
10 Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and
11 every allegation in Paragraph 163.

12      164.    Answering Paragraph 164 of the Complaint, Defendants deny each and every
13 allegation thereof.

14      165.    Answering Paragraph 165 of the Complaint, Defendants deny each and every
15 allegation thereof.

16      166.    Answering Paragraph 166 of the Complaint, Defendants admit that Plaintiff's
17 Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and
18 every allegation in Paragraph 166.

19      167.    Answering Paragraph 167 of the Complaint, Defendants admit that Exhibit B to the
20 Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and
21 every allegation in Paragraph 167.

22      168.    Answering Paragraph 168 of the Complaint, Defendants admit that Plaintiff's
23 Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and
24 every allegation in Paragraph 168.

25      169.    Answering Paragraph 169 of the Complaint, Defendants admit that Exhibit B to the
26 Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and
27 every allegation in Paragraph 169

28      170.    Answering Paragraph 170 of the Complaint, Defendants deny each and every

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

CV 13-4679-PJH
ANSWER AND AFFIRMATIVE DEFENSES TO FAC FOR COPYRIGHT INFRINGEMENT

1  allegation thereof.

2      171.   Answering Paragraph 171 of the Complaint, Defendants admit that Plaintiff's
3  Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Defendants
4  admit that the Film is the best evidence of its contents.  Except as so admitted, Defendants deny
5  each and every allegation in Paragraph 171.

6      172.   Answering Paragraph 172 of the Complaint, Defendants admit that Plaintiff's
7  Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and
8  every allegation in Paragraph 172.

9      173.   Answering Paragraph 173 of the Complaint, Defendants admit that Exhibit B to the
10  Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and
11  every allegation in Paragraph 173.

12      174.   Answering Paragraph 174 of the Complaint, Defendants admit that Plaintiff's
13  Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and
14  every allegation in Paragraph 174.

15      175.   Answering Paragraph 175 of the Complaint, Defendants admit that Exhibit B to the
16  Complaint is the best evidence of its contents.  Defendants admit that the Film is the best evidence
17  of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph
18  175.

19      176.   Answering Paragraph 176 of the Complaint, Defendants deny each and every
20  allegation thereof.

21      177.   Answering Paragraph 177 of the Complaint, Defendants admit that Plaintiff's
22  Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and
23  every allegation in Paragraph 177.

24      178.   Answering Paragraph 178 of the Complaint, Defendants admit that Exhibit B to the
25  Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and
26  every allegation in Paragraph 178.

27      179.   Answering Paragraph 179 of the Complaint, Defendants deny each and every
28  allegation thereof.

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

ANSWER AND AFFIRMATIVE DEFENSES TO FAC FOR COPYRIGHT INFRINGEMENT

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1    180.    Answering Paragraph 180 of the Complaint, Defendants admit that Plaintiff's

2  Screenplay is the best evidence of its contents. Except as so admitted, Defendants deny each and

3  every allegation in Paragraph 180.

4    181.    Answering Paragraph 181 of the Complaint, Defendants admit that Exhibit B to the

5  Complaint is the best evidence of its contents. Except as so admitted, Defendants deny each and

6  every allegation in Paragraph 181.

7    182.    Answering Paragraph 182 of the Complaint, Defendants deny each and every

8  allegation thereof.

9    183.    Answering Paragraph 183 of the Complaint, Defendants deny each and every

10  allegation thereof.

11    184.    Answering Paragraph 184 of the Complaint, Defendants admit that Plaintiff's

12  Screenplay is the best evidence of its contents. Except as so admitted, Defendants deny each and

13  every allegation in Paragraph 184.

14    185.    Answering Paragraph 185 of the Complaint, Defendants admit that Exhibit B to the

15  Complaint is the best evidence of its contents. Except as so admitted, Defendants deny each and

16  every allegation in Paragraph 185.

17    186.    Answering Paragraph 186 of the Complaint, Defendants admit that Plaintiff's

18  Screenplay is the best evidence of its contents. Except as so admitted, Defendants deny each and

19  every allegation in Paragraph 186.

20    187.    Answering Paragraph 187 of the Complaint, Defendants admit that Exhibit B to the

21  Complaint is the best evidence of its contents. Except as so admitted, Defendants deny each and

22  every allegation in Paragraph 187.

23    188.    Answering Paragraph 188 of the Complaint, Defendants admit that Plaintiff's

24  Screenplay is the best evidence of its contents. Except as so admitted, Defendants deny each and

25  every allegation in Paragraph 188.

26    189.    Answering Paragraph 189 of the Complaint, Defendants admit that Exhibit B to the

27  Complaint is the best evidence of its contents. Except as so admitted, Defendants deny each and

28  every allegation in Paragraph 189.

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800  •  FAX 310.566.9850

1    190.    Answering Paragraph 190 of the Complaint, Defendants admit that Plaintiff's

2    Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

3    every allegation in Paragraph 190.

4    191.    Answering Paragraph 191 of the Complaint, Defendants admit that Exhibit B to the

5    Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and

6    every allegation in Paragraph 191.

7    192.    Answering Paragraph 192 of the Complaint, Defendants admit that Plaintiff's

8    Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

9    every allegation in Paragraph 192.

10    193.    Answering Paragraph 193 of the Complaint, Defendants admit that Exhibit B to the

11    Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and

12    every allegation in Paragraph 193.

13    194.    Answering Paragraph 194 of the Complaint, Defendants admit that Plaintiff's

14    Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

15    every allegation in Paragraph 194.

16    195.    Answering Paragraph 195 of the Complaint, Defendants admit that Exhibit B to the

17    Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and

18    every allegation in Paragraph 195.

19    196.    Answering Paragraph 196 of the Complaint, Defendants admit that Plaintiff's

20    Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Except as so

21    admitted, Defendants deny each and every allegation in Paragraph 196.

22    197.    Answering Paragraph 197 of the Complaint, Defendants admit that Plaintiff's

23    Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

24    every allegation in Paragraph 197.

25    198.    Answering Paragraph 198 of the Complaint, Defendants admit that Exhibit B to the

26    Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and

27    every allegation in Paragraph 198.

28    199.    Answering Paragraph 199 of the Complaint, Defendants deny each and every

1   allegation thereof.

2       200.    Answering Paragraph 200 of the Complaint, Defendants admit that Plaintiff's

3   Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Defendants

4   admit that the purported "official Elysium website" is the best evidence of its contents.

5   Defendants admit that the Film is the best evidence of its contents.  Except as so admitted,

6   Defendants deny each and every allegation in Paragraph 200.

7       201.    Answering Paragraph 201 of the Complaint, Defendants admit that Plaintiff's

8   Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

9   every allegation in Paragraph 201.

10      202.    Answering Paragraph 202 of the Complaint, Defendants admit that Exhibit B to the

11  Complaint is the best evidence of its contents.  Defendants admit that the Film is the best evidence

12  of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph

13  202.

14      203.    Answering Paragraph 203 of the Complaint, Defendants admit that Plaintiff's

15  Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

16  every allegation in Paragraph 203.

17      204.    Answering Paragraph 204 of the Complaint, Defendants admit that the purported

18  "official ELYSIUM website" is the best evidence of its contents.  Except as so admitted,

19  Defendants deny each and every allegation in Paragraph 204.

20      205.    Answering Paragraph 205 of the Complaint, Defendants admit that Plaintiff's

21  Screenplay is the best evidence of its contents.  Defendants admit that the purported "Elysium

22  official website" is the best evidence of its contents.  Except as so admitted, Defendants deny each

23  and every allegation in Paragraph 205.

24      206.    Answering Paragraph 206 of the Complaint, Defendants admit that Plaintiff's

25  Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

26  every allegation in Paragraph 206.

27      207.    Answering Paragraph 207 of the Complaint, Defendants admit that the purported

28  "official Elysium website" is the best evidence of its contents.  Except as so admitted, Defendants

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

ANSWER AND AFFIRMATIVE DEFENSES TO FAC FOR COPYRIGHT INFRINGEMENT

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1  deny each and every allegation in Paragraph 207.

2      208.   Answering Paragraph 208 of the Complaint, Defendants deny each and every

3  allegation thereof.

4      209.   Answering Paragraph 209 of the Complaint, Defendants admit that the purported

5  "synopsis" is the best evidence of its contents.  Except as so admitted, Defendants deny each and

6  every allegation in Paragraph 209 and specifically deny that Defendants created a synopsis of the

7  Film which is patterned after Plaintiff's alleged synopsis.

8      210.   Answering Paragraph 210 of the Complaint, Defendants admit that the "synopsis"

9  purportedly quoted in Paragraph 210 is the best evidence of its contents.  Except as so admitted,

10  Defendants deny each and every allegation in Paragraph 210.

11      211.   Answering Paragraph 211 of the Complaint, Defendants admit that the purported

12  synopsis quoted in Paragraph 211 is the best evidence of its contents.  Except as so admitted,

13  Defendants deny each and every allegation in Paragraph 211.

14      212.   Answering Paragraph 212 of the Complaint, Defendants admit that the purported

15  synopsis is the best evidence of its contents.  Except as so admitted, Defendants deny each and

16  every allegation in Paragraph 212 and specifically deny that Defendants created a synopsis of the

17  Film which "follows" Plaintiff's alleged synopsis in any way.

18      213.   Answering Paragraph 213 of the Complaint, Defendants deny each and every

19  allegation thereof.

20      214.   Answering Paragraph 214 of the Complaint, Defendants deny each and every

21  allegation thereof.

22      215.   Answering Paragraph 215 of the Complaint, Defendants deny each and every

23  allegation thereof.

24      216.   Answering Paragraph 216 of the Complaint, Defendants object on the basis that the

25  allegation is irrelevant and violates the requirement in Rule 8(a) of the Federal Rules of Civil

26  Procedure for a "short and plain statement" of the claim, and on that basis the allegation is denied.

27      217.   Answering Paragraph 217 of the Complaint, Defendants admit that Exhibit B to the

28  Complaint is the best evidence of its contents.  Defendants admit that the Film is the best evidence

1 of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph

2 217 and specifically deny that they were aware of Plaintiff's Screenplay before the filing of this

3 lawsuit and edited the Film for any reasons relating to Plaintiff's Screenplay.

4 218.   Answering Paragraph 218 of the Complaint, Defendants deny each and every

5 allegation thereof.

6 219.   Answering Paragraph 219 of the Complaint, Defendants deny each and every

7 allegation thereof.

8 220.   Answering Paragraph 220 of the Complaint, Defendants deny each and every

9 allegation thereof.

10 221.   Answering Paragraph 221 of the Complaint, Defendants admit that the documents

11 referenced in Paragraph 221 are the best evidence of their contents.  Except as so admitted,

12 Defendants deny each and every allegation in Paragraph 221.

13 222.   Answering Paragraph 222 of the Complaint, Defendants lack sufficient information

14 and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

15 denied.

16 223.   Answering Paragraph 223 of the Complaint, Defendants deny each and every

17 allegation thereof.

18 224.   Answering Paragraph 224 of the Complaint, Defendants deny each and every

19 allegation thereof.

20 225.   Answering Paragraph 225 of the Complaint, Defendants admit that the Ninth

21 Circuit opinion quoted in Paragraph 225 is the best evidence of its contents.  Except as so

22 admitted, Defendants deny each and every allegation in Paragraph 225.

23 226.   Answering Paragraph 226 of the Complaint, Defendants admit that no one was

24 complicit in Defendants' alleged access to Plaintiff's Screenplay, as none of Defendants were

25 aware of or accessed Plaintiff's Screenplay prior to the filing of this action.  Defendants deny each

26 and every remaining allegation in Paragraph 226.

27 227.   Answering Paragraph 227 of the Complaint, Defendants deny each and every

28 allegation thereof.

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1    228.    Answering Paragraph 228 of the Complaint, MRC admits that it and Trigger Street

2 Productions are among the producers of the television series *House of Cards*.  MRC denies each

3 and every remaining allegation in Paragraph 228.  The remaining Defendants (excluding MRC)

4 lack sufficient information and belief upon which to admit or deny the allegations in Paragraph

5 228, and on that basis the allegations are denied by those Defendants.

6    229.    Answering Paragraph 229 of the Complaint, QED admits that it was for some

7 period of time contracted as a sales agent on the film "Inseparable."  QED denies the remaining

8 allegations in Paragraph 229.  The remaining Defendants (excluding QED) lack sufficient

9 information and belief upon which to admit or deny the allegations in Paragraph 229, and on that

10 basis the allegations are denied by those Defendants.

11    230.    Answering Paragraph 230 of the Complaint, SPE and TriStar deny each and every

12 allegation thereof.  The remaining Defendants (excluding SPE and TriStar) lack sufficient

13 information and belief upon which to admit or deny the allegations in Paragraph 230, and on that

14 basis the allegations are denied by those Defendants.

15    231.    Answering Paragraph 231 of the Complaint, Defendants admit that Blomkamp is a

16 well-known writer and director of feature films.  Defendants lack sufficient information and belief

17 upon which to admit or deny the remaining allegations in Paragraph 231, and on that basis those

18 remaining allegations are denied.

19    232.    Answering Paragraph 232 of the Complaint, Defendants admit that Blomkamp was

20 a screenwriter and filmmaker as of 2007.  Defendants deny that Blomkamp was aware of the

21 website triggerstreet.com in 2007.  Defendants lack sufficient information and belief upon which

22 to admit or deny the remaining allegations in Paragraph 232, and on that basis those remaining

23 allegations are denied.

24    233.    Answering Paragraph 233 of the Complaint, Defendants admit that Blomkamp was

25 a filmmaker as of 2007.  Defendants admit that the film *District 9* was theatrically released in

26 2009.  Defendants lack sufficient information and belief upon which to admit or deny the

27 remaining allegations in Paragraph 233, and on that basis those remaining allegations are denied.

28    234.    Answering Paragraph 234 of the Complaint, Defendants admit that their Answer

1 and Affirmative Defenses to Complaint for Copyright Infringement is the best evidence of its

2 contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 234.

3      235.    Answering Paragraph 235 of the Complaint, Defendants deny each and every

4 allegation thereof.

5      236.    Answering Paragraph 236 of the Complaint, Defendants admit that this action

6 alleges copyright infringement of Plaintiff's Screenplay and nothing more.  Defendants lack

7 sufficient information and belief upon which to admit or deny the remaining allegations in

8 Paragraph 236, and on that basis those remaining allegations are denied.

9      237.    Answering Paragraph 237 of the Complaint, Defendants admit that this action

10 alleges copyright infringement of Plaintiff's Screenplay and nothing more.  Defendants lack

11 sufficient information and belief upon which to admit or deny the remaining allegations in

12 Paragraph 237, and on that basis those remaining allegations are denied.

13      238.    Answering Paragraph 238 of the Complaint, Defendants lack sufficient information

14 and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

15 denied.

16      239.    Answering Paragraph 239 of the Complaint, Defendants lack sufficient information

17 and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

18 denied.

19      **THE PLAINTIFF'S IDENTITY AND PERSONAL HISTORY**

20      240.    Answering Paragraph 240 of the Complaint, Defendants deny each and every

21 allegation thereof.

22      241.    Answering Paragraph 241 of the Complaint, Defendants lack sufficient information

23 and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

24 denied.

25      242.    Answering Paragraph 242 of the Complaint, Defendants lack sufficient information

26 and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

27 denied.

28      243.    Answering Paragraph 243 of the Complaint, Defendants lack sufficient information

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

CV 13-4679-PJH
ANSWER AND AFFIRMATIVE DEFENSES TO FAC FOR COPYRIGHT INFRINGEMENT

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1    and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

2    denied.

3          244.    Answering Paragraph 244 of the Complaint, Defendants lack sufficient information

4    and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

5    denied.

6          245.    Answering Paragraph 245 of the Complaint, Defendants lack sufficient information

7    and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

8    denied.

9          246.    Answering Paragraph 246 of the Complaint, Defendants lack sufficient information

10   and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

11   denied.

12         247.    Answering Paragraph 247 of the Complaint, Defendants lack sufficient information

13   and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

14   denied.

15         248.    Answering Paragraph 248 of the Complaint, Defendants lack sufficient information

16   and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

17   denied.

18         249.    Answering Paragraph 249 of the Complaint, Defendants lack sufficient information

19   and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

20   denied.

21                                      **COUNT ONE**

22         250.    Answering Paragraph 250 of the Complaint, Defendants incorporate by reference

23   the admissions and denials in Paragraphs 1 through 249, inclusive, as though fully set forth herein.

24         251.    Answering Paragraph 251 of the Complaint, Defendants lack sufficient information

25   and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

26   denied.

27         252.    Answering Paragraph 252 of the Complaint, Defendants deny each and every

28   allegation thereof.

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

253.    Answering Paragraph 253 of the Complaint, Defendants deny each and every allegation thereof.

254.    Answering Paragraph 254 of the Complaint, Defendants deny each and every allegation thereof.

255.    Answering Paragraph 255 of the Complaint, Defendants deny each and every allegation thereof.

256.    Answering Paragraph 256 of the Complaint, Defendants deny each and every allegation thereof.

257.    Answering Paragraph 257 of the Complaint, Defendants deny each and every allegation thereof.

258.    Answering Paragraph 258 of the Complaint, Defendants lack sufficient information and belief upon which to admit or deny the allegations concerning the accessibility of triggerstreet.com, and on that basis those allegations are denied.  Defendants deny each and every remaining allegation in Paragraph 258 and specifically deny that they were aware of and accessed Plaintiff's Screenplay prior to the filing of this action.

259.    Answering Paragraph 259 of the Complaint, Defendants deny each and every allegation thereof.

260.    Answering Paragraph 260 of the Complaint, Defendants deny each and every allegation thereof.

261.    Answering Paragraph 261 of the Complaint, Defendants deny each and every allegation thereof.

## AFFIRMATIVE DEFENSES

Defendants set forth the following affirmative defenses without admitting that they have the burden of proof with regard to these matters:

## FIRST AFFIRMATIVE DEFENSE

### (Failure To State A Claim)

262.    Plaintiff's Complaint fails to state a claim upon which relief may be granted.

1

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

## SECOND AFFIRMATIVE DEFENSE

### (No Statutory Damages Or Attorneys' Fees)

263.    One or more of Plaintiffs' claims for statutory damages and/or attorneys' fees under 17 U.S.C. § 504 are barred because some, if not all, of Plaintiffs' copyright registrations were not made within three months after the first publication of the allegedly infringing works, as required by 17 U.S.C. § 412.

## THIRD AFFIRMATIVE DEFENSE

### (Invalid Copyright)

264.    Plaintiff's Complaint fails on the basis that the copyright asserted therein is invalid.

## FOURTH AFFIRMATIVE DEFENSE

### (Laches, Estoppel, and Waiver)

265.    Plaintiff's Complaint and the relief requested therein are barred in whole or part under the doctrines of laches, estoppel, and/or waiver.

## FIFTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

266.    Plaintiff is precluded form recovering on any of his claims for relief by the doctrine of unclean hands.

## PRAYER FOR RELIEF

WHEREFORE, Defendants pray for judgment as follows:

1.    That Plaintiff shall take nothing by way of the Complaint;

2.    That the Complaint shall be dismissed with prejudice;

3.    For an award of attorneys' fees and costs; and

4.    For such other and further relief as the Court deems just and proper.

Respectfully submitted,

ANSWER AND AFFIRMATIVE DEFENSES TO FAC FOR COPYRIGHT INFRINGEMENT

1    DATED: January 9, 2014

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KINSELLA WEITZMAN ISER
KUMP & ALDISERT LLP

By:  _____/s/ Michael J. Kump_____
     Michael J. Kump
     Attorneys for NEILL BLOMKAMP, SONY
     PICTURES ENTERTAINMENT INC., TRISTAR
     PICTURES, INC., MRC II DISTRIBUTION
     COMPANY L.P., and QED INTERNATIONAL,
     LLC

10021.00015/196948

ANSWER AND AFFIRMATIVE DEFENSES TO FAC FOR COPYRIGHT INFRINGEMENT

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 808 Wilshire Boulevard, 3rd Floor, Santa Monica, CA 90401.

On January 9, 2014, I served true copies of the following document(s) described as **DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT** on the interested parties in this action as follows:

Steve Wilson Briggs               *Plaintiff*
681 Edna Way                      Tel.: (510) 200-3763
San Mateo, CA 94402               Email: snc.steve@hotmail.com
                                  snc.steve@gmail.com

☒ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the address listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Kinsella Weitzman Iser Kump & Aldisert's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope with postage fully prepaid.

☐ **BY FAX TRANSMISSION:** I faxed a copy of the document(s) to the persons at the fax numbers listed above. The telephone number of the sending facsimile machine was (310) 566-9850. No error was reported by the fax machine that I used.

☐ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address choffman@kwikalaw.com to the person at the e-mail address above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **BY OVERNIGHT DELIVERY:** I enclosed said document(s) in an envelope or package provided by the overnight service carrier and addressed to the person at the address above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight service carrier or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 9, 2014, at Santa Monica, California.

_____
Candace E. Hoffman

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

# EXHIBIT

# B

1  KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
   MICHAEL J. KUMP (SBN 100983)
2    mkump@kwikalaw.com
   GREGORY P. KORN (SBN 205306)
3    gkorn@kwikalaw.com
   808 Wilshire Boulevard, 3rd Floor
4  Santa Monica, California 90401
   Telephone: 310.566.9800
5  Facsimile: 310.566.9850

6  Attorneys for Defendants NEILL BLOMKAMP,
   SONY PICTURES ENTERTAINMENT INC.,
7  TRISTAR PICTURES, INC., MRC II
   DISTRIBUTION COMPANY L.P. (erroneously
8  sued as MEDIA RIGHTS CAPITAL), and QED
   INTERNATIONAL, LLC

9

10              **UNITED STATES DISTRICT COURT**

11         **NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)**

12

13  STEVE WILSON BRIGGS,                  Case No. CV 13-4679-PJH

14             Plaintiff,

15       vs.                             **DEFENDANTS' CERTIFICATION OF
                                         INTERESTED ENTITIES OR PERSONS**
16  NEILL BLOMKAMP; SONY PICTURES
   ENT., INC., TRISTAR PICTURES, INC.,   [Local Rule 3-16]
17  MEDIA RIGHTS CAPITAL, and QED
   INTERNATIONAL,
18
             Defendants.
19

20

21

22

23

24

25

26

27

28

10021.00015/194858.1

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 · FAX 310.566.9850

1    Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

2  associations of persons, firms, partnerships, corporations (including parent corporations) or other

3  entities (i) have a financial interest in the subject matter in controversy or in a party to the

4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

5  substantially affected by the outcome of this proceeding:

6    Steve Wilson Briggs (Plaintiff)

7    Neill Blomkamp (Defendant)

8    Sony Pictures Entertainment Inc. (Defendant)

9    TriStar Pictures, Inc. (Defendant)

10   MRC II Distribution Company L.P. (Defendant)

11   QED International, LLC (Defendant)

12   Media Rights Capital II, L.P. (Parent of Defendant)

13

14  DATED: November 27, 2013        KINSELLA WEITZMAN ISER
                                    KUMP & ALDISERT LLP
15

16

17
                                 By:      /s/ Michael J. Kump
18                                     Michael J. Kump
                                       Attorneys for NEILL BLOMKAMP, SONY
19                                     PICTURES ENTERTAINMENT INC., TRISTAR
                                       PICTURES, INC., MRC II DISTRIBUTION
20                                     COMPANY L.P., and QED INTERNATIONAL,
                                       LLC
21

22

23

24

25

26

27

28

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 808 Wilshire Boulevard, 3rd Floor, Santa Monica, CA 90401.

On **November 27, 2013,** I served true copies of the following document(s) described as:

**DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

on the interested parties in this action as follows:

| | |
|---|---|
| Steve Wilson Briggs<br>681 Edna Way<br>San Mateo, CA 94402<br>Tele.:   510.200.3763<br>Email:  snc.steve@gmail.com | *Plaintiff Pro Se* |

☒  **BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the address listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Kinsella Weitzman Iser Kump & Aldisert's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope with postage fully prepaid.

☐  **BY OVERNIGHT DELIVERY:**  I enclosed said document(s) in an envelope or package provided by the overnight service carrier and addressed to the person at the address above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight service carrier or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents.

☐  **BY HAND DELIVERY:**  I caused such envelope(s) to be delivered by hand to the office of the addressee(s).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **November 27, 2013**, at Santa Monica, California.

      /s/  Barbara DiPalma
      Barbara DiPalma

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 · FAX 310.566.9850

10021.00015/195203.1

# EXHIBIT

# C

1  KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
   MICHAEL J. KUMP (SBN 100983)
2    mkump@kwikalaw.com
   GREGORY P. KORN (SBN 205306)
3    gkorn@kwikalaw.com
   808 Wilshire Boulevard, 3rd Floor
4  Santa Monica, California 90401
   Telephone: 310.566.9800
5  Facsimile: 310.566.9850

6  Attorneys for Defendants NEILL BLOMKAMP,
   SONY PICTURES ENTERTAINMENT INC.,
7  TRISTAR PICTURES, INC., MRC II
   DISTRIBUTION COMPANY L.P. (erroneously
8  sued as MEDIA RIGHTS CAPITAL), and QED
   INTERNATIONAL, LLC

9

10              UNITED STATES DISTRICT COURT

11        NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

12

13  STEVE WILSON BRIGGS,                    Case No. CV 13-4679-PJH

14              Plaintiff,
                                            CORPORATE DISCLOSURE
15        vs.                               STATEMENT OF DEFENDANTS SONY
                                            PICTURES ENTERTAINMENT INC.,
16  NEILL BLOMKAMP; SONY PICTURES           TRISTAR PICTURES, INC., MRC II
    ENT., INC., TRISTAR PICTURES, INC.,     DISTRIBUTION COMPANY L.P., AND
17  MEDIA RIGHTS CAPITAL, and QED           QED INTERNATIONAL, LLC
    INTERNATIONAL,
18                                          [Fed. R. Civ. P. 7.1]
                Defendants.
19

20

21

22

23

24

25

26

27

28

10021.00015/194859.1

CORPORATE DISCLOSURE STATEMENT

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Sony Pictures Entertainment Inc. hereby states that it is an indirect subsidiary of Sony Corporation and that no other publicly held corporation owns 10% or more of its stock.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant TriStar Pictures, Inc. hereby states that it is an indirect subsidiary of Sony Corporation and that no other publicly held corporation owns 10% or more of its stock.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant MRC II Distribution Company L.P. hereby states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant QED International, LLC hereby states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

DATED: November 27, 2013

KINSELLA WEITZMAN ISER
KUMP & ALDISERT LLP


By:      /s/ Michael J. Kump
Michael J. Kump
Attorneys for NEILL BLOMKAMP, SONY
PICTURES ENTERTAINMENT INC., TRISTAR
PICTURES, INC., MRC II DISTRIBUTION
COMPANY L.P., and QED INTERNATIONAL,
LLC

1
CORPORATE DISCLOSURE STATEMENT

**KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP**
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 808 Wilshire Boulevard, 3rd Floor, Santa Monica, CA 90401.

On **November 27, 2013,** I served true copies of the following document(s) described as:

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS SONY PICTURES ENTERTAINMENT INC., TRISTAR PICTURES INC., MRC II DISTRIBUTION COMPANY L.P., AND QED INTERNATIONAL LLC**

on the interested parties in this action as follows:

| | |
|---|---|
| Steve Wilson Briggs<br>681 Edna Way<br>San Mateo, CA 94402<br>Tele.:   510.200.3763<br>Email:  snc.steve@gmail.com | *Plaintiff Pro Se* |

☒  **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the address listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Kinsella Weitzman Iser Kump & Aldisert's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope with postage fully prepaid.

☐  **BY OVERNIGHT DELIVERY:** I enclosed said document(s) in an envelope or package provided by the overnight service carrier and addressed to the person at the address above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight service carrier or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents.

☐  **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of the addressee(s).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **November 27, 2013**, at Santa Monica, California.

  /s/  Barbara DiPalma
Barbara DiPalma

10021.00015/195203.1

# EXHIBIT D

Alex Padilla
California Secretary of State

---

| What can we help you with? |
|---|

| Search |
|---|



# Statement of Information Help



(http://bizfile.sos.ca.gov)

All LLC Statements of Information and the required Statement of Information for most corporations can be submitted electronically (http://www.sos.ca.gov/business-programs/bizfile/) using a credit card. PDF copies of imaged business entity documents, including Statements of Information are available for free on the Secretary of State's Business Search (https://businesssearch.sos.ca.gov/).

Note: Statements of Information for common interest developments must be submitted on paper, by mail or in person (drop off), at this time.

## Topics of Interest

- Filing Periods
- Tips for Online Filing
- Tips for Filing Corporation Statements of Information
- Tips for Filing Limited Liability Company (LLC) Statements of Information
- Filing Schedule

Case 3:18-cv-04952-VC Document 40 Filed 11/05/18 Page 50 of 99

# Filing Periods

- Domestic stock and agricultural cooperative corporations must file a complete Statement of Information (Form SI-550) within the first 90 days of filing the Articles of Incorporation, after which a Statement of Information is due every year. <u>See Filing Schedule.</u>

- Domestic nonprofit corporations must file a complete Statement of Information (Form SI-100) within the first 90 days of filing the Articles of Incorporation, after which a Statement of Information is due every two years (every odd year or every even year based on year of initial registration). <u>See Filing Schedule.</u>
    - Note: Credit unions and general cooperative corporations are required to file every year instead of every two years.

    - Filing tip: If the corporation's Articles of Incorporation were originally filed with the California Secretary of State in an even-numbered year, file the SI-100 (and SI-CID, if applicable) every even-numbered year. If the corporation originally filed Articles of Incorporation with the California Secretary of State in an odd-numbered year, file every odd-numbered year.

- Foreign corporations must file a complete Statement of Information (Form SI-550) within the first 90 days of filing the Statement and Designation by Foreign Corporation, after which a Statement of Information is due every year. <u>See Filing Schedule.</u>

- Limited liability companies must file a complete Statement of Information (Form LLC-12) within the first 90 days of filing the Articles of Organization or Application to Register, after which a Statement of Information is due every two years (every odd year or every even year based on year of initial registration). <u>See Filing Schedule.</u>
    - Filing tip: If the limited liability company's Articles of Organization or Application to Register was originally filed with the California Secretary of State in an even-numbered year, file the LLC-12 every even-numbered year. If the limited liability company originally filed with the California Secretary of State in an odd-numbered year, file every odd-numbered year.

In addition, any time there are information changes in between statutory filing periods, an updated statement should be filed.

Failure to file the required Statement of Information with the Secretary of State as outlined in statute may result in penalties being assessed by the Franchise Tax Board and suspension or forfeiture.

<u>Back to Top</u>

# Tips for Filing Online

Please visit <u>Statements of Information (/business-programs/business-entities/statements/)</u> to obtain forms to submit by paper.

To file online, users will need:

- Internet Explorer version 8 or later.

- A valid Visa or MasterCard.

- Software to view PDF/A files if a free electronic copy is requested.

A statement is not submitted for filing until after the credit card payment has been accepted, and the payment confirmation screen is displayed. The payment confirmation screen provides the ability to enter an email address for a free PDF copy. Statements are normally filed within 1 business day and, if requested, electronic copies are sent out within 3 business days.

The returned electronic copy will be in a secure PDF/A format. Forms may appear blank if viewed with software that is incompatible with the file format, or when viewed on cell phones or tablets. The Secretary of State recommends viewing the return copies on a desktop, laptop or notebook computer.

Note: If "no change" is selected, the "no change" box on the form image will be checked and the form will only display the entity name, the corporation number, the date submitted, and the name and title of the submitter.

Back to Top

## Tips for Filing Corporation Statements of Information

- Include the appropriate filing fee when submitting Statements of Information. Filing fees are available on Forms, Samples and Fees (/business-programs/business-entities/forms/). If a statement is being filed to update any information on a previously filed statement and is being filed outside the statutory filing period, no fee is required. If filing the statutory required statement, the total filing fee is $25 for stock corporations and $20 for non-stock corporations.

- The name of the corporation must be entered exactly as it is registered with the California Secretary of State. The name and entity number can be researched on Business Search (https://businesssearch.sos.ca.gov/).

- If the agent for service of process of the entity has changed or resigned, a fully completed statement must be submitted.

- For California stock, agricultural cooperatives and foreign corporations, if a current fully completed Statement of Information has been filed previously with the Secretary of State's office and no changes need to be made on the current required statement, a Statement of No Change (Form SI-550 NC) can be submitted. If ANY changes have occurred since the last fully completed Statement of Information was filed, a new fully completed Statement of Information (Form SI-550) must be submitted. Please read and follow the instructions on each form.

- Addresses must be completed with the city, state and zip. The submitted form will be returned unfiled if an address is incomplete or if a P.O. Box is entered as a street address.

- Corporations must have all three statutory officers. (Chief Executive Officer, Secretary and Chief Financial Officer.) Comparable titles may be added, but the preprinted titles on the form must not be altered. Each officer must have a complete business or residential address.

- A complete California street address is required for an agent for service of process. The submitted form will be returned unfiled if a P.O. Box is entered as the agent address. If the entity named as agent is a corporation, it must meet the requirements of California Corporations Code section 1505. A corporation cannot act as its own agent.

- The type of business entered must be specific to the type of business in which the corporation currently is engaged.

- The information on the form must be legible for scanning. Either type or write the information legibly.

- The most current forms are available at Statements of Information (/business-programs/business-entities/statements/). Submissions on incorrect or outdated forms will be returned unfiled.

- The required Statement of Information for most corporations can be submitted online and is processed generally in one business day.

- If the entity is a Common Interest Development, the CID box on the Form SI-100 must be checked and both the Statement by Common Interest Development (Form SI-CID) and Form SI-100 must be submitted on paper, by mail or in person, with appropriate fees.

Back to Top

## Tips for Limited Liability Company (LLC) Statements of Information

- Include the appropriate filing fee when submitting Statements of Information. Filing fees are available on Forms, Samples and Fees (/business-programs/business-entities/forms/). If a statement is being filed to

update any information on a previously filed statement and is being filed outside the statutory filing period, no fee is required. If filing the statutory required statement, the filing fee is $20.

- The name of the limited liability company must be entered exactly as it is registered with the California Secretary of State. The name and entity number can be researched on Business Search (https://businesssearch.sos.ca.gov/).

- The jurisdiction must match the Secretary of State's records. The jurisdiction can be researched on Business Search (http://kepler.sos.ca.gov/).

- If a current fully complete Statement of Information has been filed previously with the Secretary of State's office and no changes need to be made to the information provided on the current filed fully complete Statement of Information, a Statement of No Change (Form LLC-12NC) can be submitted. If ANY changes have occurred to the information provided on the current fully complete Statement of Information, a new fully complete Statement of Information (Form LLC-12) must be submitted. Please read and follow the instructions on each form.

- Addresses must be completed with city, state and zip. The submitted form will be returned unfiled if an address is incomplete or if a P.O. Box is entered as a street address.

- Every limited liability company is required to have at least one member. If no manager is appointed or elected, all members are managers. Each listed manager or member-manager must have a complete business or residential address.

- A complete California street address is required for an individual named as agent for service of process. The submitted form will be returned unfiled if a P.O. Box is entered as the agent's address. If the named agent is a corporation, the corporation must have a current California Corporations Code section 1505 registration on file with the California Secretary of State.

- Provide the general type of business or service in which the limited liability company is engaged or will be engaged.

- The information on the form must be legible for imaging. Either type or write the information neatly.

- The most current forms are available at Statements of Information (/business-programs/business-entities/statements/). Submissions on incorrect or outdated forms will be returned unfiled.

Back to Top


## Filing Schedule

After the initial statement is filed, the following chart can be used to determine the filing period when subsequent statements are due.

The incorporation, registration, formation or conversion date of an entity is listed under "Date Filed" on the Business Search (https://businesssearch.sos.ca.gov/).

Domestic stock, agricultural cooperatives, credit unions, general cooperatives and all foreign corporations must file a statement every year. Domestic nonprofit corporations and all limited liability companies must file a statement every two years.

Filing tip for entities that must file every two years: If the entity's year of incorporation, registration, formation, or conversion was an even numbered year, file every even numbered year. If the year of incorporation, registration, formation, or conversion was an odd numbered year, file in every odd year.

## Statutory Required 6 Month Filing Window

| Month of Incorporation, Registration, Formation, or Conversion | Statement of Information Filing Period | |
|---|---|---|
| | First day of | |

| | | Through last day of |
|---|---|---|
| January | August | January |
| February | September | February |
| March | October | March |
| April | November | April |
| May | December | May |
| June | January | June |
| July | February | July |
| August | March | August |
| September | April | September |
| October | May | October |
| November | June | November |
| December | July | December |

Statements to update information on a previous filing and submitted outside the statutory filing period must be submitted on paper. Statements submitted on paper should be directed to the Secretary of State's office in Sacramento (/business-programs/business-entities/contact/), either by mail or delivered in person. Current processing times for paper forms may be found on Processing Times (/business-programs/business-entities/processing-times/).

Back to Top

# EXHIBIT

# E

 

California
LEGISLATIVE INFORMATION

| Home | Bill Information | California Law | Publications | Other Resources | My Subscriptions | My Favorites |

Code: [Select Code ▼]　Section: [＿＿＿＿＿]　[Search]　ⓘ

Up^　<< Previous　Next >>　　cross-reference chaptered bills　PDF |　Add To My Favorites　🖨

[Highlight]

CORPORATIONS CODE - CORP
　　TITLE 1. CORPORATIONS [100 - 14631]　( Title 1 enacted by Stats. 1947, Ch. 1038. )
　　　DIVISION 1. GENERAL CORPORATION LAW [100 - 2319]　( Division 1 repealed and added by Stats. 1975, Ch. 682. )

　　CHAPTER 15. Records and Reports [1500 - 1512]　( Chapter 15 added by Stats. 1975, Ch. 682. )

1502.　(a) Every corporation shall file, within 90 days after the filing of its original articles and annually thereafter during the applicable filing period, on a form prescribed by the Secretary of State, a statement containing all of the following:

(1) The name of the corporation and the Secretary of State's file number.

(2) The names and complete business or residence addresses of its incumbent directors.

(3) The number of vacancies on the board, if any.

(4) The names and complete business or residence addresses of its chief executive officer, secretary, and chief financial officer.

(5) The street address of its principal executive office.

(6) The mailing address of the corporation, if different from the street address of its principal executive office.

(7) If the address of its principal executive office is not in this state, the street address of its principal business office in this state, if any.

(8) If the corporation chooses to receive renewal notices and any other notifications from the Secretary of State by electronic mail instead of by United States mail, the corporation shall include a valid electronic mail address for the corporation or for the corporation's designee to receive those notices.

(9) A statement of the general type of business that constitutes the principal business activity of the corporation (for example, manufacturer of aircraft; wholesale liquor distributor; or retail department store).

(b) The statement required by subdivision (a) shall also designate, as the agent of the corporation for the purpose of service of process, a natural person residing in this state or a corporation that has complied with Section 1505 and whose capacity to act as an agent has not terminated. If a natural person is designated, the statement shall set forth that person's complete business or residence street address. If a corporate agent is designated, no address for it shall be set forth.

(c) If there has been no change in the information in the last filed statement of the corporation on file in the Secretary of State's office, the corporation may, in lieu of filing the statement required by subdivisions (a) and (b), advise the Secretary of State, on a form prescribed by the Secretary of State, that no changes in the required information have occurred during the applicable filing period.

(d) For the purposes of this section, the applicable filing period for a corporation shall be the calendar month during which its original articles were filed and the immediately preceding five calendar months. The Secretary of State shall provide a notice to each corporation to comply with this section approximately three months prior to the close of the applicable filing period. The notice shall state the due date for compliance and shall be sent to the last address of the corporation according to the records of the Secretary of State or to the last electronic mail address according to the records of the Secretary of State if the corporation has elected to receive notices from the Secretary of State by electronic mail. The failure of the corporation to receive the notice is not an excuse for failure to comply with this section.

(e) Whenever any of the information required by subdivision (a) is changed, the corporation may file a current statement containing all the information required by subdivisions (a) and (b). In order to change its agent for service of process or the address of the agent, the corporation must file a current statement containing all the

information required by subdivisions (a) and (b). Whenever any statement is filed pursuant to this section, it supersedes any previously filed statement and the statement in the articles as to the agent for service of process and the address of the agent.

(f) The Secretary of State may destroy or otherwise dispose of any statement filed pursuant to this section after it has been superseded by the filing of a new statement.

(g) This section shall not be construed to place any person dealing with the corporation on notice of, or under any duty to inquire about, the existence or content of a statement filed pursuant to this section.

(h) The statement required by subdivision (a) shall be available and open to the public for inspection. The Secretary of State shall provide access to all information contained in this statement by means of an online database.

(i) In addition to any other fees required, a corporation shall pay a five-dollar ($5) disclosure fee when filing the statement required by subdivision (a). One-half of the fee shall, notwithstanding Section 12176 of the Government Code, be deposited into the Business Programs Modernization Fund established in subdivision (k), and one-half shall be deposited into the Victims of Corporate Fraud Compensation Fund established in Section 2280.

(j) A corporation shall certify that the information it provides pursuant to subdivisions (a) and (b) is true and correct. No claim may be made against the state for inaccurate information contained in the statements.

(k) There is hereby established the Business Programs Modernization Fund in the State Treasury. Moneys deposited into the fund shall, upon appropriation by the Legislature, be available to the Secretary of State to further the purposes of this section, including the development and maintenance of the online database required by subdivision (h), and by subdivision (c) of Section 2117.

(Amended by Stats. 2013, Ch. 364, Sec. 1. (AB 554) Effective January 1, 2014.)

# EXHIBIT

# F

 

### California LEGISLATIVE INFORMATION

Home | Bill Information | California Law | Publications | Other Resources | My Subscriptions | My Favorites

Code: [Select Code ▼]   Section: [＿＿＿] [Search]

Up^    << Previous    Next >>     cross-reference chaptered bills     PDF | Add To My Favorites

[Highlight]

CORPORATIONS CODE - CORP

   TITLE 1. CORPORATIONS [100 - 14631] ( Title 1 enacted by Stats. 1947, Ch. 1038. )

    DIVISION 1. GENERAL CORPORATION LAW [100 - 2319] ( Division 1 repealed and added by Stats. 1975, Ch. 682. )

   CHAPTER 15. Records and Reports [1500 - 1512] ( Chapter 15 added by Stats. 1975, Ch. 682. )

1507. Any officers, directors, employees or agents of a corporation who do any of the following are liable jointly and severally for all the damages resulting therefrom to the corporation or any person injured thereby who relied thereon or to both:

(a) Make, issue, deliver or publish any prospectus, report, circular, certificate, financial statement, balance sheet, public notice or document respecting the corporation or its shares, assets, liabilities, capital, dividends, business, earnings or accounts which is false in any material respect, knowing it to be false, or participate in the making, issuance, delivery or publication thereof with knowledge that the same is false in a material respect.

(b) Make or cause to be made in the books, minutes, records or accounts of a corporation any entry which is false in any material particular knowing such entry is false.

(c) Remove, erase, alter or cancel any entry in any books or records of the corporation, with intent to deceive.

(Repealed and added by Stats. 1975, Ch. 682.)

# EXHIBIT G



Alex Padilla
California Secretary of State

# Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Friday, November 2, 2018. Please refer to document Processing Times for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## 200704800009    MRC II DISTRIBUTION COMPANY, L.P.

| | |
|---|---|
| Registration Date: | 02/15/2007 |
| Jurisdiction: | DELAWARE |
| Entity Type: | FOREIGN |
| Status: | ACTIVE |
| Agent for Service of Process: | SCOTT TENLEY |
| | 1800 CENTURY PRK EAST 10TH FL |
| | LOS ANGELES CA 90067 |
| Entity Address: | 9601 WILSHIRE BLVD SUITE 610 |
| | BEVERLY HILLS CA 90212 |
| Entity Mailing Address: | * |

| Document Type ⬍ | File Date ⬇ | PDF |
|---|---|---|
| AMENDMENT | 02/06/2012 | |
| AMENDMENT | 11/14/2011 | |
| REGISTRATION | 02/15/2007 | |

* Indicates the information is not contained in the California Secretary of State's database.

Note: If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to Name Availability.
- If the image is not available online, for information on ordering a copy refer to Information Requests.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to Information Requests.
- For help with searching an entity name, refer to Search Tips.
- For descriptions of the various fields and status types, refer to Frequently Asked Questions.

[ Modify Search ]    [ New Search ]    [ Back to Search Results ]

# EXHIBIT

# H



# State of California
## Secretary of State

## FOREIGN LIMITED PARTNERSHIP
## APPLICATION FOR REGISTRATION

File # **200704800009**



# FILED
in the office of the Secretary of State
of the State of California

## FEB 1 5 2007

A $70.00 filing fee must accompany this form.

IMPORTANT – Read instructions before completing this form.

This Space For Filing Use Only

---

**ENTITY NAME**  (End the name in Item 1 with the words "Limited Partnership" or the abbreviation "L.P.")

1. NAME UNDER WHICH THE FOREIGN LIMITED PARTNERSHIP PROPOSES TO REGISTER AND TRANSACT BUSINESS IN CALIFORNIA
   MRC II DISTRIBUTION COMPANY, L.P.

2. NAME OF THE FOREIGN LIMITED PARTNERSHIP, IF DIFFERENT FROM THAT ENTERED IN ITEM 1 ABOVE

---

**OFFICE ADDRESSES**  (Do not abbreviate the name of the city.)

| | | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| 3. | ADDRESS OF THE PRINCIPAL EXECUTIVE OFFICE<br>9601 WILSHIRE BLVD., SUITE 610 | BEVERLY HILLS, CA | 90212 |

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4. | ADDRESS OF THE PRINCIPAL OFFICE IN CALIFORNIA, IF ANY<br>9601 WILSHIRE BLVD., SUITE 610 | BEVERLY HILLS | CA | 90212 |

---

**DATE AND PLACE OF ORGANIZATION**

5. THIS FOREIGN LIMITED PARTNERSHIP WAS FORMED ON  11 (MONTH) - 30 (DAY) - 06 (YEAR)  IN  DELAWARE (STATE OR COUNTRY)
   AND IS AUTHORIZED TO EXERCISE ITS POWERS AND PRIVILEGES IN THAT STATE OR COUNTRY.

---

**AGENT FOR SERVICE OF PROCESS**  (If the agent is an individual, the agent must reside in California and both Items 6 and 7 must be completed.  If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 6 must be completed (leave Item 7 blank).)

6. NAME OF AGENT FOR SERVICE OF PROCESS
   MICHAEL S. SHERMAN, ESQ.

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7. | IF AN INDIVIDUAL, ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA<br>1900 AVENUE OF THE STARS, 7TH FLOOR | LOS ANGELES | CA | 90067 |

---

**APPOINTMENT**  (The following statement is required by statute and may not be altered.)

8. IN THE EVENT THE ABOVE AGENT FOR SERVICE OF PROCESS RESIGNS AND IS NOT REPLACED, OR IF THE AGENT CANNOT BE FOUND OR SERVED WITH THE EXERCISE OF REASONABLE DILIGENCE, THE SECRETARY OF STATE OF THE STATE OF CALIFORNIA IS HEREBY APPOINTED AS THE AGENT FOR SERVICE OF PROCESS OF THIS FOREIGN LIMITED PARTNERSHIP.

---

**GENERAL PARTNERS**  (Enter the names and addresses of all of the general partners. Attach additional pages, if necessary.)

| | NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|---|
| 9a. | MRC II SUB GP, LLC | 9601 WILSHIRE BLVD., # 610 | BEVERLY HILLS, CA | 90212 |
| 9b. | | | | |

---

**EXECUTION**

10 I DECLARE I AM THE PERSON WHO EXECUTED THIS INSTRUMENT, WHICH EXECUTION IS MY ACT AND DEED.

SEE ATTACHED SIGNATURE PAGE

SIGNATURE OF GENERAL PARTNER                    DATE          TYPE OR PRINT NAME OF GENERAL PARTNER

---

**RETURN TO**  (Enter the name and the address of the person or firm to whom a copy of the filed document should be returned.)

| 11. | NAME | ⌈MICHAEL S. SHERMAN, ESQ. ⌉ |
|---|---|---|
| | FIRM | JEFFER, MANGELS, BUTLER & MARMARO |
| | ADDRESS | 1900 AVENUE OF THE STARS, 7TH FLOOR |
| | CITY/STATE/ZIP | ⌊LOS ANGELES, CA 90067 ⌋ |

---

LP-5 (REV 03/2005)                                              APPROVED BY SECRETARY OF STATE

FOREIGN LIMITED PARTNERSHIP
APPLICATION FOR REGISTRATION
ADDENDUM

MRC II DISTRIBUTION COMPANY, L.P.
a Delaware limited partnership

EXECUTION
10. General Partner

MRC II SUB GP, LLC, a Delaware          <u>February 15, 2007</u>
limited liability company               Date
Its General Partner

By:     Media Rights Capital II, L.P.
        a Delaware limited partnership
        Its Member

        By:     MRCLP GP, LLC
                Its General Partner

                By:     _____
                        Asif Satchu
                        Its Authorized Signatory

200704800009

# EXHIBIT

# I



**State of California**
**Secretary of State**

**Foreign Limited Partnership**
**Amendment to Application for Registration**

LP-6

**FILED**
In the Office of the Secretary of State
of the State of California

**FEB 0 6 2012**

| A $30.00 filing fee must accompany this form. | |
|---|---|
| **IMPORTANT – Read instructions before completing this form.** | This Space For Filing Use Only |

| File Number | **Entity Name** (Enter the exact name of the limited partnership.) |
|---|---|
| 1. CA SECRETARY OF STATE FILE NUMBER<br><br>**200704800009** | 2. NAME UNDER WHICH THE FOREIGN LIMITED PARTNERSHIP CONDUCTS BUSINESS IN CALIFORNIA<br><br>MRC II Distribution Company LP |

**Items 3 through 13:** (Complete ONLY the items to be amended or added by this filing. Attach additional pages, if necessary. Any other matters to be included may be made on an attachment to this document. Any attachments are incorporated herein by this reference and made part of this document.)

**Entity Name as amended** (Complete Item 3 if the actual name of the foreign limited partnership has changed in the foreign jurisdiction. Complete Item 4 if amending or adding an alternate name in California. See instructions.)

3. NAME OF FOREIGN LIMITED PARTNERSHIP AS AMENDED IN THE FOREIGN JURISDICTION

4. ALTERNATE NAME (See instructions before completing Item 4.)

**Office Addresses**

| 5. ADDRESS OF PRINCIPAL OFFICE | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 6. ADDRESS OF OFFICE REQUIRED IN THE JURISDICTION OF FORMATION, IF ANY | CITY | STATE | ZIP CODE |

**Agent for Service of Process** (If the agent is an individual, complete both Items 7 and 8. If the agent is a corporation, complete Item 7 and leave Item 8 blank.)

| 7. NAME OF AGENT FOR SERVICE OF PROCESS<br><br>Scott Tenley | | | |
|---|---|---|---|
| 8. IF AN INDIVIDUAL, ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CA<br><br>1800 Century Park East, 10th Floor | CITY<br><br>Los Angeles | STATE<br><br>CA | ZIP CODE<br><br>90067 |

**General Partner Information (New Partner, Address Change, Name Change, and/or Withdrawn Partner(s))**

| 9. New Partner | NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 10. Address Change | NAME | ADDRESS | CITY | STATE | ZIP CODE |
| 11. Name Change | FROM: | | TO: | | |
| 12. Withdrawn Partner(s) | NAME: | | NAME: | | |

**Foreign Limited Liability Limited Partnership**

13. ☐ CHECK THIS BOX IF THE FOREIGN LIMITED PARTNERSHIP IS A FOREIGN LIMITED LIABILITY LIMITED PARTNERSHIP.

**Execution** (This document must be signed by at least one general partner of the foreign limited partnership. If additional signature space is necessary, the signatures may be made on an attachment to this document.)

14. I DECLARE I AM THE PERSON WHO EXECUTED THIS INSTRUMENT, WHICH EXECUTION IS MY ACT AND DEED.

Scott Tenley
Secretary of
MRC II SUB GP, LLC

January 25, 2012
DATE

SIGNATURE OF GENERAL PARTNER

MRC II SUB GP, LLC
TYPE OR PRINT NAME OF GENERAL PARTNER

| LP-6 (REV 01/2010) | APPROVED BY SECRETARY OF STATE |
|---|---|

# EXHIBIT

# J

Alex Padilla
California Secretary of State

 # Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Friday, November 2, 2018. Please refer to document Processing Times for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## 200912710034    WILLIAM MORRIS ENDEAVOR ENTERTAINMENT, LLC

| | |
|---|---|
| Registration Date: | 05/05/2009 |
| Jurisdiction: | DELAWARE |
| Entity Type: | FOREIGN |
| Status: | ACTIVE |
| Agent for Service of Process: | CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS INCORPORATING SERVICE, (C1592199) |
| | To find the most current California registered Corporate Agent for Service of Process address and authorized employee(s) information, click the link above and then select the most current 1505 Certificate. |
| Entity Address: | 9601 WILSHIRE BLVD 3RD FL BEVERLY HILLS CA 90210 |
| Entity Mailing Address: | 9601 WILSHIRE BLVD 3RD FL BEVERLY HILLS CA 90210 |
| LLC Management | * |

A Statement of Information is due EVERY ODD-NUMBERED year beginning five months before and through the end of May.

| Document Type ⇅ | File Date ⬇ | PDF |
|---|---|---|
| SI-COMPLETE | 03/28/2018 | |
| SI-COMPLETE | 05/16/2017 | |
| REGISTRATION | 05/05/2009 | |

* Indicates the information is not contained in the California Secretary of State's database.

Note: If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to Name Availability.
- If the image is not available online, for information on ordering a copy refer to Information Requests.
- For information on ordering certificates, status reports, certified copies of documents and copies of

documents not currently available in the Business Search or to request a more extensive search for records, refer to Information Requests.

- For help with searching an entity name, refer to Search Tips.
- For descriptions of the various fields and status types, refer to Frequently Asked Questions.

| Modify Search | New Search | Back to Search Results |

# EXHIBIT K

18-307698



| **Secretary of State** | **LLC-12** |
| **Statement of Information** | |
| (Limited Liability Company) | **43** |

**FILED**
**Secretary of State**
**State of California**

**MAR 28 2018**

371/350/20/pc
*Above Space For Office Use Only*

**IMPORTANT** — This form can be filed online at *bizfile.sos.ca.gov.*
*Read instructions* before completing this form.
**Filing Fee – $20.00**
**Copy Fees** – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, *see instructions*.)

William Morris Endeavor Entertainment, LLC

| **2. 12-Digit Secretary of State Entity (File) Number** | **3. State, Foreign Country or Place of Organization** (only if formed outside of California) |
| 200912710034 | Delaware |

**4. Business Addresses**

| a. Street Address of Principal Office - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
| 9601 Wilshire Blvd., 3rd Floor | Beverly Hills | CA | 90210 |
| b. Mailing Address of LLC, if different than Item 4a | City (no abbreviations) | State | Zip Code |
| | | | |
| c. Street Address of California Office, if Item 4a is not in California - Do not list a P.O. Box | City (no abbreviations) | State CA | Zip Code |
| | | | |

**5. Manager(s) or Member(s)**    If no managers have been appointed or elected, provide the name and address of each member. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and address(es) on *Form LLC-12A*.

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
| | | | |
| b. Entity Name - Do not complete Item 5a | | | |
| WME IMG, LLC | | | |
| c. Address | City (no abbreviations) | State | Zip Code |
| 9601 Wilshire Blvd., 3rd Floor | Beverly Hills | CA | 90210 |

**6. Service of Process** (Must provide either Individual OR Corporation.)

INDIVIDUAL – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | Suffix |
| | | | |
| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box | City (no abbreviations) | State CA | Zip Code |
| | | | |

CORPORATION – Complete Item 6c only. Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b | C1592199 |
| Corporation Service Company Which Will Do Business In California As CSC - Lawyers Incorporating Service | |

**7. Type of Business**

Describe the type of business or services of the Limited Liability Company

Entertainment

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
| Ariel | | Emanuel | |
| b. Address | City (no abbreviations) | State | Zip Code |
| 9601 Wilshire Blvd., 3rd Floor | Beverly Hills | CA | 90210 |

**9. The information contained herein, including any attachments made part of this document, is true and correct.**

| March 27, 2018 | Karina Yamada | Authorized Person | |
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

LLC-12 (REV 01/2018)

2018 California Secretary of State
bizfile.sos.ca.gov

# EXHIBIT

# L

Alex Padilla
California Secretary of State

 # Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Friday, November 2, 2018. Please refer to document Processing Times for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C1598055    SONY PICTURES ENTERTAINMENT INC.

| | |
|---|---|
| Registration Date: | 10/09/1987 |
| Jurisdiction: | DELAWARE |
| Entity Type: | FOREIGN STOCK |
| Status: | ACTIVE |
| Agent for Service of Process: | DANIEL FLOYD |
| | 10202 W. WASHINGTON BLVD. |
| | CUVLER CITY CA 90232 |
| Entity Address: | 10202 W. WASHINGTON BLVD. |
| | CULVER CITY CA 90232 |
| Entity Mailing Address: | 10202 W. WASHINGTON BLVD. |
| | CULVER CITY CA 90232 |

A Statement of Information is due EVERY year beginning five months before and through the end of October.

| Document Type ⇅ | File Date ⇕ | PDF |
|---|---|---|
| SI-COMPLETE | 10/11/2018 | |
| SI-COMPLETE | 02/13/2018 | |
| 1505 CERTIFICATE | 11/22/1993 | |
| AMENDED REGISTRATION | 08/30/1991 | |
| AMENDED REGISTRATION | 12/22/1987 | |
| REGISTRATION | 10/09/1987 | |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code section 2114 for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to Name Availability.
- If the image is not available online, for information on ordering a copy refer to Information Requests.
- For information on ordering certificates, status reports, certified copies of documents and copies of

documents not currently available in the Business Search or to request a more extensive search for records, refer to <u>Information Requests</u>.

- For help with searching an entity name, refer to <u>Search Tips</u>.
- For descriptions of the various fields and status types, refer to <u>Frequently Asked Questions</u>.

| Modify Search | New Search | Back to Search Results |

# EXHIBIT

# M

Alex Padilla
California Secretary of State

 # Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Friday, November 2, 2018.
Please refer to document Processing Times for the received dates of filings currently being processed. The data
provided is not a complete or certified record of an entity. Not all images are available online.

## 200826100018    MEDIA RIGHTS CAPITAL II, L.P.

| | |
|---|---|
| Registration Date: | 09/17/2008 |
| Jurisdiction: | DELAWARE |
| Entity Type: | FOREIGN |
| Status: | ACTIVE |
| Agent for Service of Process: | SCOTT TENLEY |
| | 1800 CENTURY PARK EAST 10TH FL |
| | LOS ANGELES CA 90067 |
| Entity Address: | 1800 CENTURY PARK EAST 10TH FL |
| | LOS ANGELES CA 90067 |
| Entity Mailing Address: | * |

| Document Type ⇅ | File Date ⬇ | PDF |
|---|---|---|
| REGISTRATION | 09/17/2008 | |

* Indicates the information is not contained in the California Secretary of State's database.

Note: If the agent for service of process is a corporation, the address of the agent may be requested by ordering a
status report.

- For information on checking or reserving a name, refer to Name Availability.
- If the image is not available online, for information on ordering a copy refer to Information Requests.
- For information on ordering certificates, status reports, certified copies of documents and copies of
  documents not currently available in the Business Search or to request a more extensive search for records,
  refer to Information Requests.
- For help with searching an entity name, refer to Search Tips.
- For descriptions of the various fields and status types, refer to Frequently Asked Questions.

| Modify Search |   | New Search |   | Back to Search Results |

# EXHIBIT

# N

**2 0 0 8 2 6 1 0 0 0 1 8**

| LP-5 | File # _____ |



## State of California
### Secretary of State

**FILED**
In the office of the Secretary of State
of the State of California

**SEP 17 2008**

## FOREIGN LIMITED PARTNERSHIP
## APPLICATION FOR REGISTRATION

A $70.00 filing fee AND a certificate of good standing by an authorized public official of the jurisdiction of formation must accompany this form.

**IMPORTANT – Read instructions before completing this form.**

This Space For Filing Use Only

**ENTITY NAME** (See instructions for name requirements in the State of California.)

1. NAME OF FOREIGN LIMITED PARTNERSHIP

Media Rights Capital II, L.P.

2. ALTERNATE NAME (if the name in Item 1 does not comply with the requirements of California Corporations Code section 15901.08. See instructions)


**OFFICE ADDRESSES** (Please do not abbreviate the name of the city.)

| 3. ADDRESS OF PRINCIPAL OFFICE | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 1800 Century Park East, 10th Floor | Los Angeles | CA | 90067 |

| 4. ADDRESS OF OFFICE REQUIRED IN THE JURISDICTION OF FORMATION, IF ANY | CITY | STATE | ZIP CODE |
|---|---|---|---|
| c/o Corporation Service Company 2711 Centerville Road, Suite 400 | Wilmington | DE | 19808 |

**DATE AND PLACE OF ORGANIZATION**

5. THE FOREIGN LIMITED PARTNERSHIP WAS FORMED ON **07** (MONTH) - **25** (DAY) - **06** (YEAR) UNDER THE LAWS OF **Delaware** (STATE OR COUNTRY)

**INITIAL AGENT FOR SERVICE OF PROCESS IN CALIFORNIA** (If the initial agent is an individual, the agent must reside in California and both Items 6 and 7 must be completed. If the initial agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 6 must be completed (leave Item 7 blank).)

6. NAME OF INITIAL AGENT FOR SERVICE OF PROCESS

Scott Tenley

| 7. IF AN INDIVIDUAL, ADDRESS OF INITIAL AGENT FOR SERVICE OF PROCESS IN CA | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 1800 Century Park East, 10th Floor | Los Angeles | CA | 90067 |

**GENERAL PARTNERS** (Enter the names and addresses of all the general partners. Attach additional pages, if necessary. Attachments, if any, are incorporated herein by this reference and made part of this document.)

| 8a NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| MRCLP GP, LLC | 1800 Century Park East, 10th Fl | Los Angeles | CA | 90067 |

| 8b NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| | | | | |

**FOREIGN LIMITED LIABILITY LIMITED PARTNERSHIP**

9. ☐ CHECK THIS BOX IF THE FOREIGN LIMITED PARTNERSHIP IS A FOREIGN LIMITED LIABILITY LIMITED PARTNERSHIP

**EXECUTION** (This document must be signed by at least one general partner of the foreign limited partnership. If additional signature space is necessary, the signatures may be made on an attachment to this document.)

10. I DECLARE I AM THE PERSON WHO EXECUTED THIS INSTRUMENT, WHICH EXECUTION IS MY ACT AND DEED.

September 17, 2008
DATE

SIGNATURE OF GENERAL PARTNER

MRCLP GP, LLC, By: Asif Satchu, Manager
By: Daniel F. Plucinski, Attorney-in-Fact
TYPE OR PRINT NAME OF GENERAL PARTNER

| LP-5 (REV 01/2008) | APPROVED BY SECRETARY OF STATE |

# Delaware

PAGE 1

## The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THAT "MEDIA RIGHTS CAPITAL II, L.P." IS DULY FORMED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL EXISTENCE NOT HAVING BEEN CANCELLED OR REVOKED SO FAR AS THE RECORDS OF THIS OFFICE SHOW AND IS DULY AUTHORIZED TO TRANSACT BUSINESS.

THE FOLLOWING DOCUMENTS HAVE BEEN FILED:

CERTIFICATE OF FORMATION, FILED THE TWENTY-FIFTH DAY OF JULY, A.D. 2006, AT 5:40 O'CLOCK P.M.

CERTIFICATE OF CONVERSION, CHANGING ITS NAME FROM "MEDIA RIGHTS CAPITAL II, LLC" TO "MEDIA RIGHTS CAPITAL II, L.P.", FILED THE TWENTY-THIRD DAY OF OCTOBER, A.D. 2006, AT 5:40 O'CLOCK P.M.

CERTIFICATE OF LIMITED PARTNERSHIP, FILED THE TWENTY-THIRD DAY OF OCTOBER, A.D. 2006, AT 5:40 O'CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CERTIFICATES ARE THE ONLY CERTIFICATES ON RECORD OF THE AFORESAID LIMITED PARTNERSHIP, "MEDIA RIGHTS CAPITAL II, L.P.".

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "MEDIA RIGHTS CAPITAL II, L.P." WAS FORMED ON THE TWENTY-FIFTH DAY OF JULY,

4195363   8310

080916175

You may verify this certificate online
at corp.delaware.gov/authver.shtml

Harriet Smith Windsor, Secretary of State

AUTHENTICATION: 6823538

DATE: 09-02-08

200826100018



*PAGE 2*

*The First State*

*A.D. 2006.*

    *AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL TAXES HAVE*

*BEEN PAID TO DATE.*

*4195363  8310*

*080916175*

You may verify this certificate online
at corp.delaware.gov/authver.shtml

*Harriet Smith Windsor*

Harriet Smith Windsor, Secretary of State

*AUTHENTICATION: 6823538*

*DATE: 09-02-08*

**2 0 0 8 2 6 1 0 0 0 1 8**

# EXHIBIT

# O

Alex Padilla
California Secretary of State

 # Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Friday, November 2, 2018. Please refer to document Processing Times for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C2063350    TRIGGER STREET PRODUCTIONS, INC.

| | |
|---|---|
| Registration Date: | 12/16/1997 |
| Jurisdiction: | NEW YORK |
| Entity Type: | FOREIGN STOCK |
| Status: | ACTIVE |
| Agent for Service of Process: | FRANK SOZVAGGI |
| | 11766 WILSHIRE BLVD #1610 |
| | LOS ANGELES CA 90025 |
| Entity Address: | 200 PARK AVE S 8TH FL |
| | NEW YORK NY 10003 |
| Entity Mailing Address: | 200 PARK AVE S 8TH FL |
| | NEW YORK NY 10003 |

A Statement of Information is due EVERY year beginning five months before and through the end of December.

| Document Type ↕ | File Date ⬇ | PDF |
|---|---|---|
| SI-NO CHANGE | 02/14/2018 | |
| SI-COMPLETE | 10/14/2003 | |
| REGISTRATION | 12/16/1997 | |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code section 2114 for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to Name Availability.
- If the image is not available online, for information on ordering a copy refer to Information Requests.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to Information Requests.
- For help with searching an entity name, refer to Search Tips.
- For descriptions of the various fields and status types, refer to Frequently Asked Questions.

Modify Search     New Search     Back to Search Results

# EXHIBIT

# P

03-401427



# State of California
## Kevin Shelley
## Secretary of State

**84**

### STATEMENT OF INFORMATION
### (Foreign Corporation)



**FILED**
In the office of the Secretary of State
of the State of California

OCT 1 4 2003

*Kevin Shelley*
KEVIN SHELLEY, SECRETARY OF STATE

This Space For Filing Use Only

IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM

1. CORPORATE NAME: (Please do not alter if name is preprinted.)

C2063350   DUE DATE 12-31-03 00776F
TRIGGER STREET PRODUCTIONS, INC.
120 WEST 45TH ST STE 3601
NEW YORK NY  10036

CALIFORNIA CORPORATE DISCLOSURE ACT (Corporations Code Section 2117)

2. ☐ CHECK HERE IF THE CORPORATION IS PUBLICLY TRADED.   IF PUBLICLY TRADED, COMPLETE THIS STATEMENT OF INFORMATION AND THE CORPORATE DISCLOSURE STATEMENT (FORM SI-PTSUPP).  SEE ITEM 2 OF INSTRUCTIONS.

**NO CHANGE STATEMENT**

3. ☐ IF THERE HAS BEEN NO CHANGE IN ANY OF THE INFORMATION CONTAINED IN THE LAST STATEMENT OF INFORMATION FILED WITH THE SECRETARY OF STATE, INCLUDING ANY INFORMATION CONTAINED IN FORM SI-PTSUPP, CHECK THE BOX AND PROCEED TO ITEM 13.
   IF THERE HAVE BEEN ANY CHANGES TO THE INFORMATION CONTAINED IN EITHER FORM, BOTH FORMS MUST BE COMPLETED IN THEIR ENTIRETY.

COMPLETE ADDRESSES FOR THE FOLLOWING  (Do not abbreviate the name of the city. Items 4 and 5 cannot be PO Boxes.)

4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY AND STATE | ZIP CODE
200 PARK AVE SOUTH 8ᵗʰ FL. NEW YORK, NY 10003

5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | CITY | STATE | ZIP CODE
11766 WILSHIRE BLVD #1610 LOS ANGELES CA 90025

6. MAILING ADDRESS | CITY AND STATE | ZIP CODE
200 PARK AVE SOUTH 8ᵗʰ FL. NEW YORK, NY 10003

NAMES AND COMPLETE ADDRESSES OF THE FOLLOWING OFFICERS  (The corporation must have these three officers.  A comparable title for the specific officer may be added; however, please do not alter the preprinted title on this statement.)

7. CHIEF EXECUTIVE OFFICER/ | ADDRESS | CITY AND STATE | ZIP CODE
KEVIN FOWLER 200 PARK AVE SO 8ᵗʰ FL. NEW YORK, NY 10003

8. SECRETARY/ | ADDRESS | CITY AND STATE | ZIP CODE
KEVIN FOWLER 200 PARK AVE SO 8ᵗʰ FL. NEW YORK, NY 10003

9. CHIEF FINANCIAL OFFICER/ | ADDRESS | CITY AND STATE | ZIP CODE
KEVIN FOWLER 200 PARK AVE SO 8ᵗʰ FL. NEW YORK, NY 10003

LIST THE AGENT FOR SERVICE OF PROCESS (If an individual, the person named as agent must be a resident of California.)

10. CHECK THE APPROPRIATE PROVISION BELOW AND NAME THE AGENT FOR SERVICE OF PROCESS
   ☒ AN INDIVIDUAL RESIDING IN CALIFORNIA.
   [ ] A CORPORATION WHICH HAS FILED A CERTIFICATE PURSUANT TO CALIFORNIA CORPORATIONS CODE SECTION 1505.

   AGENT'S NAME  FRANK SELVAGGI

11. ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE
11766 WILSHIRE BLVD #1610 LOS ANGELES CA 90025

12. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
PRODUCTION SERVICES

13. THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT  ☒ YES

FRANK SELVAGGI | | AGENT | 9/30/03
TYPE OR PRINT NAME OF OFFICER OR AGENT | SIGNATURE | TITLE | DATE

SI-350 (REV 01/2003)

# EXHIBIT Q



**PTIN**directory

The National Directory of Registered Tax Return Preparers & Professionals (/)

(/)

# Frank R. Selvaggi, CPA - New York NY Tax Preparer

## Litigation Finance

Hundreds of clients and firms trust LexShares, finance provider to the legal industry. lexshares.com

OPEN

PTINdirectory (https://www.ptindirectory.com/)   »   Tax Preparers by State (/tax-preparers)   »   New York Tax Preparers (/tax-preparers/new-york)   »   New York New York Tax Preparers (/tax-preparers/new-york/new-york-ny)   »   Frank R. Selvaggi, CPA - New York NY Tax Preparer



**Frank R. Selvaggi, CPA**
Altman Greenfield & Selvaggi LLP
200 Park Avenue South, 8th Floor
New York, NY 10003
United States
☎ 212-768-4500 (tel:+1-212-768-4500)

✎ Write Review (/write-client-review.cfm?cpa_dir_id=542137)



**Are you Frank R. Selvaggi, CPA, a tax preparer from New York NY?**

Add your picture and update your profile now. (/feature-tax-preparer-listing.cfm?cpa_dir_id=542137&referer=0)
View your tax professional website created exclusively for you. (http://ptinpro.com/?profile_id=542137)

## Request A Free Tax Consultation

(/find-tax-preparer.cfm?cpa_dir_id=542137&city=New%20York&mystate=NY&zip=10003&country=US)
For tax preparation in New York NY, you can count on Frank R. Selvaggi, CPA at Altman Greenfield & Selvaggi LLP. Frank R. Selvaggi, CPA assists taxpayers and small businesses with taxes in New York NY and the surrounding communities. Whether you are an individual or a local business in or around New York NY, Frank R. Selvaggi, CPA has years of valuable experience as an IRS registered tax preparer. Contact Frank R. Selvaggi, CPA, tax filing specialist in New York NY, for help with your taxes.

**Looking to find the best rated tax preparer in New York NY?**
Frank R. Selvaggi, CPA is a local tax preparer at Altman Greenfield & Selvaggi LLP located in New York NY. Frank R. Selvaggi, CPA and other tax preparers located in New York NY will help you with tax preparation, tax planning, bookkeeping, estate and trust taxes, and so much more.

## Working Capital Available for Small Business
Instant online approval, no paperwork required, no application fees, no obligation.

(https://www.kabbage.com/landing-page/line-of-credit/?refid=725)

## Need Help Finding a Tax Preparer in New York NY?
Our free service can help you find a qualified tax professional.

(/find-tax-preparer.cfm?city=New%20York&mystate=NY&zip=10003&country=US)

## Litigation Finance

Hundreds of clients and firms trust LexShares, finance provider to the legal industry. lexshares.com

OPEN

Advertising Information (http://www.cpadirectmarketing.com/)
About PTINdirectory (/about-ptin-directory.cfm)
Contact PTINdirectory (/contact-ptin-directory.cfm)

Privacy Policy (/privacy-policy.cfm)
Press Releases (/press-releases.cfm)
Affiliate Program (/affiliate-program.cfm)

 The National Directory of Registered Tax
Return Preparers & Professionals, Ltd.
©2012-2018 All rights reserved.

(/)

# EXHIBIT

# R

**[HOW IT HAPPENED (HTTP://WWW.FREEDOMTOMARRY.ORG/PAGES/HOW-IT-HAPPENED)](http://www.freedomtomarry.org/pages/how-it-happened)**

**[WHY IT MATTERS (HTTP://WWW.FREEDOMTOMARRY.ORG/PAGES/WHY-IT-MATTERS)](http://www.freedomtomarry.org/pages/why-it-matters)**

**LESSONS LEARNED**

# Frank Selvaggi

**[WINNING IN THE STATES (HTTP://WWW.FREEDOMTOMARRY.ORG/PAGES/WINNING-IN-THE-STATES)](http://www.freedomtomarry.org/pages/winning-in-the-states)**



**ARCHIVE**

**ABOUT US**

**[(HTTP://WWW.FREEDOMTOMARRY.ORG/SEARCH)](http://www.freedomtomarry.org/search)**

Frank Selvaggi is a CPA and Founding Partner at Altman, Greenfield & Selvaggi, LLP, the New York City and Los Angeles accounting firm he co-founded in 1986, which specializes in business management for the entertainment industry. Selvaggi and his firm work with some of the top talent within the entertainment industry.

He served for six years on the Board of the Empire State Pride Agenda (ESPA), New York's leading statewide LGBT civil rights and advocacy organization. He held the position of Co-Chair of ESPA's Foundation Board for three years and that of Chair of the Agenda Inc. Board for two.

In addition, he serves on the Board of Directors of the Gay & Lesbian Victory Fund, the nation's largest LGBT political action committee and the only national organization dedicated to increasing the number of openly LGBT elected officials at

all levels of government. He also serves as Board President of the American Associates of the Old Vic Theatre, an iconic theater company in London with roots dating back to 1818 and currently under the artistic direction of actor Kevin Spacey.

Mr. Selvaggi is a resident of both New York City and North Salem, N.Y. He married his long time partner, Bill Shea in Northampton, MA in May 2004. He earned a Bachelor of Science degree in Accounting with highest honors from Rochester Institute of Technology in Rochester, NY in 1981.

VIEW ALL STAFF (/THE-TEAM)

(https://www.facebook.com/freedomtomarry.org)
(https://twitter.com/freedomtomarry)

Freedom to Marry was the campaign to win marriage nationwide. With the Supreme Court victory on June 26, 2015, the work of this strategic campaign – though not the larger movement – was achieved, and Freedom to Marry wound down its operations, closing in early 2016. For inquiries, please email **legacy@freedomtomarry.org** (mailto:legacy@freedomtomarry.org).

# EXHIBIT S

Alex Padilla
California Secretary of State

 # Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Friday, November 2, 2018. Please refer to document Processing Times for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## 200210810102    GDS, LLC

| | |
|---|---|
| Registration Date: | 04/16/2002 |
| Jurisdiction: | CALIFORNIA |
| Entity Type: | DOMESTIC |
| Status: | ACTIVE |
| Agent for Service of Process: | GARY KRESS |
| | 2401 MAIN STREET |
| | SANTA MONICA CA 90405 |
| Entity Address: | 2401 MAIN STREET |
| | SANTA MONICA CA 90405 |
| Entity Mailing Address: | * |
| LLC Management | Managers |

A Statement of Information is due EVERY EVEN-NUMBERED year beginning five months before and through the end of April.

| Document Type | ↕ | File Date | ↧ | PDF |
|---|---|---|---|---|
| SI-NO CHANGE | | 03/07/2018 | | |
| SI-COMPLETE | | 07/13/2006 | | |
| REGISTRATION | | 04/16/2002 | | |

* Indicates the information is not contained in the California Secretary of State's database.

Note: If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to Name Availability.
- If the image is not available online, for information on ordering a copy refer to Information Requests.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to Information Requests.
- For help with searching an entity name, refer to Search Tips.
- For descriptions of the various fields and status types, refer to Frequently Asked Questions.

| Modify Search | New Search | Back to Search Results |
|---|---|---|

# EXHIBIT T



# State of California
## Secretary of State



### STATEMENT OF INFORMATION
#### (Limited Liability Company)

**Filing Fee $20.00. If amendment, see instructions.**

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

1. **LIMITED LIABILITY COMPANY NAME** (Please do not alter if name is preprinted.)

200210810102
GDS, LLC
2401 MAIN STREET
SANTA MONICA CA 90405

**FILED**
in the office of the Secretary of State
of the State of California

JUL 1 3 2006

This Space For Filing Use Only

**DUE DATE:** 04/30/2006

**FILE NUMBER AND STATE OR PLACE OF ORGANIZATION**

| 2. SECRETARY OF STATE FILE NUMBER | 3. STATE OR PLACE OF ORGANIZATION |
|---|---|
| **200210810102** | **CA** |

**NO CHANGE STATEMENT**

☒ If there has been no change in any of the information contained in the last Statement of Information filed with the Secretary of State, check the box and proceed **to Item 13.**

If there have been any changes to the information contained in the last Statement of Information filed, or no Statement of Information has been previously filed, this form must be completed in its entirety.

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY AND STATE | ZIP CODE |
|---|---|---|
| 2401 Main Street | Santa Monica, CA 90405 | |

| 5. CALIFORNIA OFFICE WHERE RECORDS ARE MAINTAINED (**DOMESTIC ONLY**) | CITY | STATE | ZIP CODE |
|---|---|---|---|
| Same as Item 4 | | CA | |

**NAME AND COMPLETE ADDRESS OF THE CHIEF EXECUTIVE OFFICER, IF ANY**

| 6. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| | | | |

**NAME AND COMPLETE ADDRESS OF ANY MANAGER OR MANAGERS, OR IF NONE HAVE BEEN APPOINTED OR ELECTED, PROVIDE THE NAME AND ADDRESS OF EACH MEMBER** (Attach additional pages, if necessary.)

| 7. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| Matthew Damon | Same as Item 4 | | |

| 8. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| Benjamin Affleck | Same as Item 4 | | |

| 9. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| | | | |

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California address. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 11 must be left blank.)

| 10. NAME OF AGENT FOR SERVICE OF PROCESS |
|---|
| Gary Kress |

| 11. ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 2401 Main Street | Santa Monica | CA | 90405 |

**TYPE OF BUSINESS**

| 12. DESCRIBE THE TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY |
|---|
| Entertainment |

13. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT

| Gary Kress | | Agent | 03/24/06 |
|---|---|---|---|
| TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | SIGNATURE | TITLE | DATE |

| LLC-12R (REV 05/2005) | APPROVED BY SECRETARY OF STATE |
|---|---|

006025

# EXHIBIT

# U

Alex Padilla
California Secretary of State

 # Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Friday, November 2, 2018. Please refer to document Processing Times for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## 199919510102    MAD POST PRODUCTIONS, LLC

| | |
|---|---|
| Registration Date: | 07/13/1999 |
| Jurisdiction: | CALIFORNIA |
| Entity Type: | DOMESTIC |
| Status: | ACTIVE |
| Agent for Service of Process: | GARY KRESS |
| | 2401 MAIN STREET |
| | SANTA MONICA CA 90405 |
| Entity Address: | 2401 MAIN STREET |
| | SANTA MONICA CA 90405 |
| Entity Mailing Address: | * |
| LLC Management | Managers |

A Statement of Information is due EVERY ODD-NUMBERED year beginning five months before and through the end of July.

| Document Type ⇅ | File Date ⬇ | PDF |
|---|---|---|
| SI-NO CHANGE | 07/03/2017 | |
| SI-COMPLETE | 12/09/2005 | |
| REGISTRATION | 07/13/1999 | |

* Indicates the information is not contained in the California Secretary of State's database.

Note: If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to Name Availability.
- If the image is not available online, for information on ordering a copy refer to Information Requests.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to Information Requests.
- For help with searching an entity name, refer to Search Tips.
- For descriptions of the various fields and status types, refer to Frequently Asked Questions.

[ Modify Search ]    [ New Search ]    [ Back to Search Results ]

# EXHIBIT V



# State of California
## Secretary of State

**STATEMENT OF INFORMATION**
**(Limited Liability Company)**

L

**64**

Filing Fee $20.00.  If amendment, see instructions.

### IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM

1.   LIMITED LIABILITY COMPANY NAME  (Please do not alter if name is preprinted.)

MAD POST PRODUCTIONS, LLC

**FILED**
In the office of the Secretary of State
of the State of California

DEC 0 9 2005

*ec*  This Space For Filing Use Only

**DUE DATE:**

### FILE NUMBER AND STATE OR PLACE OF ORGANIZATION

| 2.   SECRETARY OF STATE FILE NUMBER | 3.   STATE OR PLACE OF ORGANIZATION |
|---|---|
| 199919510102 | California |

### NO CHANGE STATEMENT

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the Secretary of State, check the box and proceed to Item 13.

If there have been any changes to the information contained in the last Statement of Information filed, or no Statement of Information has been previously filed, this form must be completed in its entirety.

### COMPLETE ADDRESSES FOR THE FOLLOWING  (Do not abbreviate the name of the city.  Items 4 and 5 cannot be P.O. Boxes.)

| 4.   STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY AND STATE | | ZIP CODE |
|---|---|---|---|
| 2401 Main Street | Santa Monica, CA | | 90405 |

| 5.   CALIFORNIA OFFICE WHERE RECORDS ARE MAINTAINED (DOMESTIC ONLY) | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 2401 Main Street | Santa Monica, | CA | 90405 |

### NAME AND COMPLETE ADDRESS OF THE CHIEF EXECUTIVE OFFICER, IF ANY

| 6.   NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| | | | |

### NAME AND COMPLETE ADDRESS OF ANY MANAGER OR MANAGERS, OR IF NONE HAVE BEEN APPOINTED OR ELECTED, PROVIDE THE NAME AND ADDRESS OF EACH MEMBER  (Attach additional pages, if necessary.)

| 7   NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| Benjamin Affleck | 2401 Main Street | Santa Monica, CA | 90405 |
| 8.   Matthew Damon | 2401 Main Street | Santa Monica, CA | 90405 |
| 9.   NAME | ADDRESS | CITY AND STATE | ZIP CODE |

### AGENT FOR SERVICE OF PROCESS  (If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California address.  If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 11 must be left blank.)

10.   NAME OF AGENT FOR SERVICE OF PROCESS
Gary Kress

| 11.   ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 2401 Main Street | Santa Monica, | CA | 90405 |

### TYPE OF BUSINESS

12   DESCRIBE THE TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY
entertainment

13.   THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT

| Benjamin Affleck | | Manager | 12-05-05 |
|---|---|---|---|
| TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | SIGNATURE | TITLE | DATE |

| LLC-12R (REV 05/2005) | APPROVED BY SECRETARY OF STATE |
|---|---|

# EXHIBIT W

**Secretary of State**
**Statement of Information** Q5
(Limited Liability Company)

## LLC-12

**FILED**
Secretary of State
State of California

**NOV 2 0 2017**

**IMPORTANT — Read instructions before completing this form.**

**Filing Fee – $20.00**

**Copy Fees –** First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**This Space For Office Use Only**

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)

Miramax, LLC

| 2. 12-Digit Secretary of State File Number | 3. State, Foreign Country or Place of Organization (only if formed outside of California) |
|---|---|
| 201130410151 | Delaware |

**4. Business Addresses**

| | City (no abbreviations) | | State | Zip Code |
|---|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box<br>2450 Colorado Ave, Suite 100 East Tower | Los Angeles | | CA | 90404 |
| b. Mailing Address of LLC, if different than item 4a | City (no abbreviations) | | State | Zip Code |
| c. Street Address of California Office, if Item 4a is not in California - Do not list a P.O. Box | City (no abbreviations) | | State<br>CA | Zip Code |

**5. Manager(s) or Member(s)**

If no **managers** have been appointed or elected, provide the name and address of each member. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Entity Name - Do not complete Item 5a | | | | |
|---|---|---|---|---|
| Miramax Guaranty Services, LLC | | | | |

| c. Address | City (no abbreviations) | | State | Zip Code |
|---|---|---|---|---|
| 2450 Colorado Avenue, Suite 100 East Tower | Los Angeles | | CA | 90404 |

**6. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box | City (no abbreviations) | State<br>CA | Zip Code |
|---|---|---|---|
| | | | |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b

Corporation Services Company Which Will Do Business In California As CSC-Lawyers Incorporating Service C1592199

**7. Type of Business**

a. Describe the type of business or services of the Limited Liability Company

Motion Picture Exploitation

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

**9. The information contained herein, including any attachments, is true and correct.**

| 9/26/17 | Adrian Lopez | SVP, Business and Legal Affairs | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:

Company: Miramax, LLC

Address: 2450 Colorado Avenue, Suite 100 East Tower

City/State/Zip: Santa Monica, CA 90404

LLC-12 (REV 01/2017)

2017 California Secretary of State
www.sos.ca.gov/business/be