## CERTIFICATE OF SERVICE

      I hereby certify that I served the foregoing **"REQUEST FOR JUDICIAL NOTICE"** with the Clerk of the Court for the United States District Court, Northern District Of California, San Francisco Division, by using the District's Pacer system on November 5, 2018.

Dated: November 5, 2018.        Signed: /s/ Steve Wilson Briggs
                                            STEVE WILSON BRIGGS
                                            Plaintiff, In Propria Persona