UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

_____

www.cand.uscourts.gov

Susan Y. Soong  General Court Number
Clerk of Court  415-522-2000

November 5, 2018

RE:  Briggs v. Spacey
      18-cv-04952-VC

Default is declined as to Kevin Spacey and Dana Brunetti on November 5, 2018.

Susan Y. Soong, Clerk

_____
by:  Felicia Brown
Case Systems Administrator
415-522-2000