1  Steve Wilson Briggs
2  4322 Chico Ave.,
   Santa Rosa, CA 95407
3  510 200 3763
   snc.steve@gmail.com
4  PLAINTIFF In Propria Persona
5

6

7

8               **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 10 STEVE WILSON BRIGGS, | Civ No: 18-cv-04952-VC |
| 11 Plaintiff, | |
| 12 vs | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE DEFENDANT TRIGGER STREET PRODUCTIONS INC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| 13 KEVIN SPACEY et al, | |
| 14 Defendants. | |
| 15 | |
| 16 | Date:       December 13, 2018 |
| 17 | Courtroom:  4 |
| 18 | Time:       10:00 a.m. |
|    | Judge:      Hon. Vince Chhabria |

19

20

21      Having considered the Plaintiff's "Plaintiff's Motion To Strike Defendant Trigger Street

21  Productions' Motion To Dismiss Plaintiff's Complaint; And Memorandum Of Points And

22  Authorities," and finding the Plaintiff's arguments to be sound, and finding that Defendant Trigger

23  Street Productions, Inc failed to submit a corporate disclosure statement at its first appearance,

24  with its motion to dismiss, in violation of Federal Rules of Procedure, Rule 7.1, the Court rules as

25  follows.

26      **IT IS HEREBY ORDERED:**

27      1. The Plaintiff's *Motion to Strike Defendant Trigger Street Productions' Motion to*

28         *Dismiss Plaintiff's Complaint* is **granted**, and Trigger Street Productions' Motion to

| | |
|---|---|
| 1 | Dismiss is hereby STRICKEN, in entirety. |
| 2 | |
| 3 | Dated:_____          Signed:_____ |
| 4 | The Honorable Vince Chhabria |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

[PROPOSED] ORDER