CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **"PLAINTIFF'S MOTION TO STRIKE DEFENDANT TRIGGER STREET PRODUCTIONS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT; AND MEMORANDUM OF POINTS AND AUTHORITIES,"** and "[Prosed Order]", with the Clerk of the Court for the United States District Court, Northern District Of California, San Francisco Division, by using the District's Pacer system on November 5, 2018.

Dated: November 6, 2018.        Signed:  /s/ Steve Wilson Briggs_
                                                       STEVE WILSON BRIGGS
                                                       Plaintiff, In Propria Persona