03-401427



# State of California
## Kevin Shelley
## Secretary of State



### STATEMENT OF INFORMATION
(Foreign Corporation)

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

1. CORPORATE NAME: (Please do not alter if name is preprinted.)

   C2063350  DUE DATE 12-31-03  00776F
   TRIGGER STREET PRODUCTIONS, INC.
   120 WEST 45TH ST STE 3601
   NEW YORK NY  10036

**FILED**
In the office of the Secretary of State
of the State of California

OCT 1 4 2003

KEVIN SHELLEY, SECRETARY OF STATE

This Space For Filing Use Only

**CALIFORNIA CORPORATE DISCLOSURE ACT** (Corporations Code Section 2117)

2. [ ] CHECK HERE IF THE CORPORATION IS PUBLICLY TRADED. IF PUBLICLY TRADED, COMPLETE THIS STATEMENT OF INFORMATION AND THE CORPORATE DISCLOSURE STATEMENT (FORM SI-PTSUPP). SEE ITEM 2 OF INSTRUCTIONS.

**NO CHANGE STATEMENT**

3. [ ] IF THERE HAS BEEN NO CHANGE IN ANY OF THE INFORMATION CONTAINED IN THE LAST STATEMENT OF INFORMATION FILED WITH THE SECRETARY OF STATE, INCLUDING ANY INFORMATION CONTAINED IN FORM SI-PTSUPP, CHECK THE BOX AND PROCEED TO ITEM 13.
   IF THERE HAVE BEEN ANY CHANGES TO THE INFORMATION CONTAINED IN EITHER FORM, BOTH FORMS MUST BE COMPLETED IN THEIR ENTIRETY.

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 4 and 5 cannot be PO Boxes.)

4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE: 200 PARK AVE SOUTH 8th FL.  CITY AND STATE: NEW YORK, NY  ZIP CODE: 10003

5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY: 11766 WILSHIRE BLVD #1610  CITY: LOS ANGELES  STATE: CA  ZIP CODE: 90025

6. MAILING ADDRESS: 200 PARK AVE SOUTH 8th FL.  CITY AND STATE: NEW YORK, NY  ZIP CODE: 10003

**NAMES AND COMPLETE ADDRESSES OF THE FOLLOWING OFFICERS** (The corporation must have these three officers. A comparable title for the specific officer may be added; however, please do not alter the preprinted title on this statement.)

7. CHIEF EXECUTIVE OFFICER/ KEVIN FOWLER  ADDRESS: 200 PARK AVE SO 8th FL.  CITY AND STATE: NEW YORK, NY  ZIP CODE: 10003

8. SECRETARY/ KEVIN FOWLER  ADDRESS: 200 PARK AVE SO 8th FL.  CITY AND STATE: NEW YORK, NY  ZIP CODE: 10003

9. CHIEF FINANCIAL OFFICER/ KEVIN FOWLER  ADDRESS: 200 PARK AVE SO 8th FL.  CITY AND STATE: NEW YORK, NY  ZIP CODE: 10003

**LIST THE AGENT FOR SERVICE OF PROCESS** (If an individual, the person named as agent must be a resident of California.)

10. CHECK THE APPROPRIATE PROVISION BELOW AND NAME THE AGENT FOR SERVICE OF PROCESS
    [X] AN INDIVIDUAL RESIDING IN CALIFORNIA.
    [ ] A CORPORATION WHICH HAS FILED A CERTIFICATE PURSUANT TO CALIFORNIA CORPORATIONS CODE SECTION 1505.
    AGENT'S NAME: FRANK SELVAGGI

11. ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL: 11766 WILSHIRE BLVD #1610  CITY: LOS ANGELES  STATE: CA  ZIP CODE: 90025

12. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION: PRODUCTION SERVICES

13. THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT [X] YES

TYPE OR PRINT NAME OF OFFICER OR AGENT: FRANK SELVAGGI   SIGNATURE   TITLE: AGENT   DATE: 9/30/03

SI-350 (REV 01/2003)