

BUSINESS

# Kevin Spacey Fallout: CAA And Publicist Staci Wolfe Part Ways With Actor

by Anita Busch

- November 2, 2017 6:06pm

**EXCLUSIVE:** Kevin Spacey, who has been accused of sexual harassment with an under-aged Anthony Rapp (*Star Trek: Discovery*) with subsequent accusations from other men as well, is no longer repped by talent agency CAA. The actor had been at the agency for the past eight years. Staci Wolfe his publicist at Polaris has also parted ways with the actor.



**RELATED**
'Gladiator' & 'Shadowlands' Writer Bill Nicholson On "Hope Gap", His "Most Intense And Loving" Movie...

This comes after Netflix suspended indefinitely the Spacey starring *House of Cards* and, as we reported here today, they and Media Rights Capital both said there was at least one investigated incident with the Oscar winner on the set of the political drama. It was in Season 6. Polaris' Wolfe released a statement just last night that the disgraced actor "is taking the time necessary to seek evaluation and treatment."

ADVERTISEMENT

After Rapp came forward with the allegation of sexual assault, Spacey's response was to come out as homosexual as he issued an apology to the actor while saying he didn't remember the incident.

Right after that, GLAAD's president Sarah Kate Ellis Tweeted out what

many had been thinking: "Coming out stories should not be used to deflect from allegations of sexual assault." and "This isn't a coming out story about Spacey, but a story of survivorship by Anthony Rapp & those who speak out about unwanted sexual advances."

London's venerable Old Vic Theater London's theater where Spacey served as an artistic director from 2004-2015 then came forward to say it was "deeply dismayed" and asked for anyone who felt that they were unable to raise a complaint to please come forward.

Filmmaker and actor Tony Montana, who is best known for 2003 documentary *Overnight,* and Mexican actor Roberto Cavazos who worked with Spacey at the Old Vic both came forward with stories of sexual misconduct or assault by Spacey. One allegation, which Spacey denies, came anonymously from a 48 year-old man who said the sexual assault by the actor happened at the time with the man was only 14.

Subscribe to *Deadline Breaking News Alerts* and keep your inbox happy

 39

## 39 Comments

• on Nov 2, 2017 6:09 pm

and when are we going to hear about the agents in 5K suits and how they tease the young boys with acting gigs?? So many creepy agents…

realitycheck • on Nov 3, 2017 3:55 pm

THIS needs to happen. The Agents next please!

BritGeek • on Nov 2, 2017 6:15 pm

He's done. Another amazing fall from grace. But again, not surprising. Being a young actor in London at the time of Spacey's stewardship of the Old Vic it was common knowledge to steer clear. I remember

being amazed when I began to visit America and my new friends were surprised even to find out he was gay. Let alone all of the other stuff. Young male actors used to share their Spacey stories at auditions. Always with a familiar narrative. Farewell Kevin. Talented actor but an unashamed predator. Fuck you for blaming it on being drunk and then echoing the awful talking points that equate homosexuality with paedophilia. Good riddance.

**bankonit** • on Nov 2, 2017 8:35 pm

@britgeek

+1000000000
perfect articulating of it.

**SteveHC** • on Nov 3, 2017 1:17 am

Oh, I'd say he's ashamed…

• on Nov 3, 2017 8:31 am

Well said, BritGeek. The net positive is others able to avoid being preyed upon by this asshole.

**CA** • on Nov 2, 2017 6:35 pm

The rats scatter…

**Ed** • on Nov 3, 2017 8:21 am

Exactly. Only now does CAA jump off the Spacey train? He's been acting like this for thirty years.

**Scandal** • on Nov 2, 2017 6:53 pm

CAA and Staci HAD to of known about all this. Only now that it's out do they speak up. Cowards.

• on Nov 2, 2017 9:34 pm

The agents and publicists are complicit. They all new but only NOW are the taking a stand. #repugnant

• on Nov 3, 2017 4:47 am

But..but..the commissions.

• on Nov 2, 2017 6:57 pm

so dumb. incident happened 30 years ago. Why doesn't USA cut of Japan and German ASAP for what happened back in 40's

Sam • on Nov 2, 2017 8:19 pm

CNN just came out with an article about at least ten of the set crew members were grabbed and harassed. Eeeeeeehhhhh.

• on Nov 2, 2017 9:00 pm

I bet. Now everyone he ever loooked at was harassed or raped give me a break. Zero proof of any of this being pushed out there

• on Nov 3, 2017 7:51 am

Says the guy who's done it himself and gets nervous every time some one else gets caught

bankonit • on Nov 2, 2017 8:34 pm

lol you're in an idiot. 8 new accusers have come forward. more come, probably recent as this year.

times have changed, grandpa.

Deppa • on Nov 2, 2017 10:28 pm

Between this and Weinstein, I just dont understand how almost NONE of the victims didn't say a word earlier? People in the entertainment industry are not shy (at all). It just seems like everyone now wants to jump on the bandwagon and say a pat on the head felt like they were being raped.

**Hey Deppa** • on Nov 3, 2017 9:20 am

People keep their mouths shut so they can get money and fame. And/or they were paid off.

• on Nov 3, 2017 12:53 pm

I doubt the crew is looking for money and fame. I bet they were simply looking to keep their jobs and be able to pay their rent by not pissing off the star of the show.

• on Nov 2, 2017 10:36 pm

My sentiments exactly. If Rapp was so traumatised why wait 31 years to do say something. There is another motive behind this for sure.

**Chendall Maybbe** • on Nov 2, 2017 7:39 pm

Is entertainment lawyer Todd Rubenstein going to part ways as well?

• on Nov 2, 2017 7:46 pm

it's over for him, he choose the boys over the craft.

• on Nov 2, 2017 8:21 pm

One look at that face and you'd never guess that he was a serial child abusing predator.

• on Nov 2, 2017 9:03 pm

They all know. The agents, the managers, the publicists, the personal assistants, etc..

These actors MAKE THEM MONEY … nobody wants to kill the golden goose.

They're all guilty.

Get your heads out of your asses.

• on Nov 3, 2017 8:06 am

Well said. Follow the money trail and you'll usually find the answers.

- **on Nov 2, 2017 10:34 pm**

What amazes me in this scenario is why no one is asking what Rapp was doing in Spacey's bedroom in the first place. Also what a 14 year old was doing at a showbiz party unchaperoned.
No one goes around with an age label stuck on their forehead. And….why wait 31 years to come forward with an accusation.

- **on Nov 3, 2017 7:37 am**

Rapp hasn't been silent about this incident at all. In fact, he's been dining out on it (to the point of bragging) at dinner parties for decades. Don't believe his "traumatized" shit.

**Victoria Parker** • on Nov 2, 2017 10:49 pm

Spacey is toast! And all without the bother of any stupid trials or legal process!

So much faster – and more fun – to destroy high-profile people this way!

A few accusations. No time wasted presenting evidence, cross-examining witnesses. Consideration by a jury. Just straight to the verdict, condemnation and execution!

Gosh Trial by Twitter and mob hysteria witch hunt is so much more enjoyable!!!

**jerry vitello** • on Nov 3, 2017 7:28 am

I don't disagree… Trial by twitter is not okay, but Spacey is a scumbag, predator and a downright nasty man who abused his power and preyed upon young gay and straight men. Relentless in his pursuit of every young man he thought to be weaker than him. This isn't a trial by twitter, this is a guy who is getting outed for messing with people's minds and destroying the creative pursuits of young artists who had every right to dream being one.

- **on Nov 3, 2017 12:56 pm**

Very well said, yes.

**jedijones77** • on Nov 2, 2017 11:14 pm

Kind of hilarious how these allegations are super-snowballing against so many people because actors are

so attention-starved that they need to come out with their abuse story to get the attention back on them and away from the last person. This was just a dam waiting to burst.

• on Nov 3, 2017 7:39 am

Yep. Next year's Oscars are going to be interesting. I hear the venue has been moved to an elevator because that how many people will be in attendance after every abuser in Hollywood is exposed and shunned.

• on Nov 3, 2017 4:11 pm

Instead of #oscarssowhite it'll be #oscarsorapist.

K. • on Nov 2, 2017 11:38 pm

His Richard III was so brilliant. Alas, do the crime pay the time.

Lucy • on Nov 2, 2017 11:43 pm

i wasn't devastated by the news about Weinstein, not just because it has been commonly known about him, but because it was commonly known that many "suits" throughout the history of film preyed on the vulnerable creatives of the industry. So it hurts more when creatives prey on one another. They, above others, should understand and sympathize with others of their kind.

Zack • on Nov 3, 2017 2:07 pm

Sorry if it hurts you more, but last I checked, these are all human beings being preyed upon. No need for a caste system here.

Eddie • on Nov 3, 2017 6:50 am

Keep it coming people. Tear this entire garbage heap down. Expose everyone and all the bullshit. Like The Joker said in the first Batman movie "This town needs an enema!"

Delilah • on Nov 3, 2017 8:33 am

Like rats abandoning a sinking ship.

**Spotgirl** • on Nov 3, 2017 8:40 am

I might respect an admission, from Spacey or any of these bastards, that they were wrong and at fault. But no, it's a parade of "I was drunk," "I apologize but I don't remember," and the requisite so-and-so is going to rehab/undergoing counseling. Face it, your careers are effectively over. Admit responsibility and take your punishment. Power corrupts, but I hope this abuse scandal topples all the high-and-mighty who are guilty.



*Will Angelina's 'Survivor' mistake come back to haunt her? 'I...*



*American Horror Story: Apocalypse Recap: So That's How the World...*



*Report: The number of people who are fine with paying app...*



*5 Affordable Alternatives to The Iconic Birkin Bag*



*Ian MacKaye's New Group With Fugazi, Evens Members to Debut This…*

About Us | Advertise | Terms of Use | Privacy Policy | Your Privacy Rights

| Ad Choices | Privacy Preferences | Google+



The Power of Content

Copyright © 2018 Penske Business Media, LLC. All rights reserved.

HOLLYWOOD™ & Design © 2018 Hollywood Chamber of Commerce. The Hollywood Sign is a trademark and intellectual property of Hollywood Chamber of Commerce. All Rights Reserved.

Powered by WordPress.com VIP