Steve Wilson Briggs
4322 Chico Ave.,
Santa Rosa, CA 95407
510 200 3763
snc.steve@gmail.com
PLAINTIFF In Propria Persona

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| STEVE WILSON BRIGGS, | Civ No: 18-cv-04952-VC |
|---|---|
| Plaintiff, | |
| vs | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SERVE DEFENDANTS SPACEY AND BRUNETTI BY PUBLICATION** |
| KEVIN SPACEY et al, | |
| Defendants. | |
| | Date:         December 13, 2018 |
| | Courtroom:  4 |
| | Time:        10:00 a.m. |
| | Judge:       Hon. Vince Chhabria |

PROPOSED ORDER

Having considered the Plaintiff's motion, captioned "Plaintiff's Motion For Service Of Process By Publication For Defendants Kevin Spacey, Dana Brunetti; And To Extend Service Deadlines," and finding the Plaintiff's arguments to be sound, **IT IS HEREBY ORDERED:**

1. That service of process of the plaintiff's Summons and Complaint upon Defendants Kevin Spacey and Dana Brunetti will be executed by publication.
2. Defendant Trigger Street Productions will pay all costs of said service by publication.

Dated:_____        Signed:_____
                                                    The Honorable Vince Chhabria