## CERTIFICATE OF SERVICE

      I hereby certify that I served the foregoing **"PLAINTIFF'S MOTION FOR SERVICE OF PROCESS BY PUBLICATION FOR DEFENDANTS KEVIN SPACEY, AND DANA BRUNETTI; AND TO EXTEND SERVICE DEADLINES,"** and "**[Proposed] Order**", and filed same with the Clerk of the Court for the United States District Court, Northern District Of California, San Francisco Division, by using the District's Pacer system on November 8, 2018.

Dated: November 8, 2018.        Signed: /s/ Steve Wilson Briggs
                                            STEVE WILSON BRIGGS
                                            Plaintiff, In Propria Persona