1  Steve Wilson Briggs
2  4322 Chico Ave.,
   Santa Rosa, CA 95407
3  510 200 3763
4  snc.steve@gmail.com
   PLAINTIFF In Propria Persona
5
6
7
8           UNITED STATES DISTRICT COURT
9           NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10 | Civ No: 18-cv-04952-VC |
| 11  STEVE WILSON BRIGGS, | **TEMPORARY "ILLUSTRATIVE"** |
| 12       Plaintiff, | **PROOFS OF SERVICE OF SUMMONS** |
| 13       vs | **DECLARATIONS OF NEXUS ASSOON,** |
| 14  KEVIN SPACEY; ARI EMANUEL; | **AND MELVIN JACKSON, REGARDING:** |
|     MATT DAMON; BEN AFFLECK; | 1. NEXUS ASSON'S SERVICE OF |
| 15  NBCUNIVERSAL MEDIA, LLC; |    PROCESS OF DEFENDANTS MRC, |
|     SONY PICTURES ENT INC.; |    ASIF SATCHU, AND MORDECAI |
| 16  TRIGGER STREET PRODUCTIONS; |    WICZYK (WHICH OUTLINES AN |
| 17  NEILL BLOMKAMP; ASIF SATCHU; |    INCIDENT OF INTIMIDATION |
|     MORDECAI WICZYK; WILLIAM |    DISPLAYED BY DEFS' EMPLOYEES |
| 18  (BILL) BLOCK; DANA BRUNETTI; |    TOWARD PLAINTIFF'S PROCESS |
| 19  MRC (and all MRC entities and subs.), |    SERVER); |
| 20       Defendants. | 2. MELVIN JACKSON'S SERVICE OF |
|     |    PROCESS OF MATT DAMON AND |
| 21  |    BEN AFFLECK, VIA GARY KRESS; |
|     | 3. NEXUS ASSON'S UNSUCCESSFUL |
| 21  |    SERVICE ATTEMPT OF WILLIAM |
| 22  |    (BILL) BLOCK; AND MATT |
|     |    DAMON AND BEN AFFLECK, VIA |
| 23  |    GARY KRESS |

24
25
26
27
28

1
TEMPORARY "ILLUSTRATIVE" PROOFS OF SERVICE OF SUMMONS

# TEMPORARY "ILLUSTRATIVE" PROOF OF SERVICE OF SUMMONS
## DECLARATION OF NEXUS ASSOON

Attached to this document, the Court will find three (3) temporary "illustrative" proof-of-service declarations from the Plaintiff's process servers, Nexus Assoon and Melvin Jackson. The attachments cannot serve as the final proof of service declaration, as the originals, which the Plaintiff hoped to copy and file with the Court by now, seem to have been lost in the mail, from the servers (who happen to be cousins) to the Plaintiff. Therefore, the attachments, herein, are made from PDFs of the final signed "signing page" of the original declarations, and from a PDFs of the "Google Doc" of each separate service statement, shared between Plaintiff and his process servers. Therefore, the Plaintiff will soon travel to Los Angeles to have his process servers sign the declarations, again. The Plaintiff will then file the newly signed documents on or before Tuesday, November 13, 2018.

The first attachment is Nexus Assoon's declaration regarding his service of process of Summons and Complaint to MRC, Asif Satchu, and Mordecai Wiczyk. This declaration is very detailed, because during this service Mr. Asson believes one or more employees of Ari Emanuel's (and assumably MRC's, Satchu's, and Wiczyk's) attempted to intimidate him. (**See Exhibit A**.)

The second attachment is Melvin Jackson's declaration concerning service of process of Matt Damon and Ben Affleck. (**See Exhibit B**.)

The third attachment is Nexus Assoon declaration concerning (1) his unsuccessful attempt to serve William (Bill) Block at Miramax—which is no longer located at the address on the CA Sec of State Business Entity Statement; and (2) Mr. Assoon's unsuccessful effort to serve Matt Damon and Ben Affleck, via their company's (GDS, LLC, and Mad Post Productions, LLC) agent for service of process, Gary Kress. (**See Exhibit C**)

These attachments are intended only to assure the court that service has been made, and that the proper service of process declarations (made from a single PDF source) will be filed soon.

Dated: November 8, 2018.        Signed: /s/ Steve Wilson Briggs

                STEVE WILSON BRIGGS
                Plaintiff, In Propria Persona