1    Steve Wilson Briggs
2    4322 Chico Ave.,
      Santa Rosa, CA 95407
3    510 200 3763
      snc.steve@gmail.com
4    PLAINTIFF In Propria Persona
5
6
7
8                **UNITED STATES DISTRICT COURT**
9             **NORTHERN DISTRICT OF CALIFORNIA**
10
11    STEVE WILSON BRIGGS          Civ No: 18-cv-04952-VC
12           Plaintiff,        **PROOF OF SERVICE DECLARATION**
                                   **OF NEXUS ASSOON, REGARDING**
13             vs           **SERVICE OF PROCESS OF**
                                     **DEFENDANTS MRC**
14    KEVIN SPACEY; et al       **(MRC II DISTRIBUTION COMPANY,**
15                                **L.P.);  ASIF SATCHU; MORDECAI**
                                         **WICZYK**
16
17
18    **PROOF OF SERVICE DECLARATION OF NEXUS ASSOON, REGARDING**
19    **SERVICE OF PROCESS OF DEFENDANT MRC (MRC II DISTRIBUTION**
20                      **COMPANY, L.P.)**
21

21    My name is Nexus Assoon, and I declare the following:

22      I am over 18, and not a party of this action.

23      I am a resident of Los Angeles County, where this service of process took place.

24      My address is 3007 4th Ave., Los Angeles, CA 90018.

25      On **October 26**, 2018, I served Summons, Complaint and other legal documents on

26    Defendants **Media Rights Capital (MRC** —whose proper identity, I have been informed, is

27    **MRC II Distribution Company, LP**), as well as serving Defendants Asif Satchu and

28    Mordecai Wiczyk, who I am told are co-CEO's of all MRC companies. **I executed this**

1    service by personally delivering Summons, Complaint and other legal documents to the

2    Principal Address claimed by MRC II Distribution Company, LP in their current and active

3    California Secretary of State's *business entity statement of information*, which is 9601

4    Wilshire Blvd (Suite #610), Beverly Hills, CA 90210.  It should also be noted that Plaintiff,

5    Steve Wilson Briggs, informed me that MRC II Distribution Company, LP identified itself

6    as the proper Defendant in *Briggs v Blomkamp*, in its corporate disclosure.

7            Due to a few unusual statements made during this service, it is necessary to review a

8    few events from my October 19, 2018 service of MRC and the WME Defendants (Ari

9    Emanuel, Matt Damon, Ben Affleck, and Neill Blomkamp), before reviewing the details of

10   the successful service of MRC, Stachu and Wiczyk on 10/26/2018.

11            On October 19, 2018, I attempted to serve Media Rights Capital (MRC),

12   unsuccessfully, by first attempting to serve the documents to MRC's 9665 Wilshire Blvd,

13   Beverly Hills address; then, when I was informed that MRC was not in that building due to

14   construction, by attempting to serve the documents at the address listed on the current

15   California Secretary of State's Business Entity statement for "Media Rights Capital II", at

16   1800 Century Park East, (10th floor), which its Business Entity report claimed as the

17   Principal Address for both Media Rights Capital II, L.P., and as the address for its registered

18   agent (Scott Tenley). However, when I arrived at that address on 10/19/2018, I was told

19   neither MRC or Scott Tenley were located at that address. Rather, I was told that MRC

20   moved back to the 9665 Wilshire address. I signed a statement for Mr. Briggs concerning

21   this service failure on October  20, 2018, which Mr. Briggs has submitted to the Court.

21            A couple days after this service failure, Mr. Briggs informed me that he did some

22   research and discovered that the Principal Address for MRC II Distribution Company, LP,

23   listed in its current and active California Secretary of State's *business entity statement*, was

24   9601 Wilshire Blvd, Suite #610, Beverly Hills 90210. Mr. Briggs also informed me that this

25   address information has not changed or been updated in over 11 years —since 2007. This

26   building is also the headquarters of William Morris Endeavor (WME), and is the location

27   where I successfully served Ari Emanuel, Neill Blomkamp, Matt Damon and Ben Affleck a

28   week earlier, on October 19, 2018.

1    With this new address, I agreed to attempt to serve MRC and its co-CEO's, Asif Satchu

2  and

3  Mordecai Wiczyk.

4    I attempted this third service of Defendants MRC (MRC II Distribution Company,

5  L.P.), Mr Satchu and Mr Wiczyk, on October 26, 2018. What follows are the service details.

6    At approximately 12:30pm, Friday, October 20, 2018, I entered the WME building, at

7  9601 Wilshire Blvd, in Beverly Hills. I walked to the *help desk* for assistance, however no

8  one was at the desk. As I waited, I noticed a tall caucasian man, about 6' 3", and about 65

9  years old with short gray/white hair approaching me from the elevator. He politely asked if

10  he could assist me. The man had what sounded like an Australian accent.

11    I explained that I was there to serve summons and complaints to MRC II Distribution

12  Company, and Asif Satchu and Mordecai Wiczyk, in their office at this address, suite #610.

13    The man immediately said that **there was no suite #610 in the building**, but kindly

14  offered to escort me up to the sixth floor. We rode up together on the elevator.

15    On the sixth floor, we exited the elevator. The tall man led me down a few halls. I saw

16  no room #610. Soon we arrived to a door marked (to the best of my recollection): "WME

17  Mailroom." The tall man and I entered.

18    Entering the room, I observed about five mailroom employees working there. Two

19  men sat near the door, at a large desk with two computer monitors, while three others

20  worked a bit further back in the room, behind the service desk/counter. The tall Australian

21  man introduced me to the two men sitting at the desk, behind the computer monitors.

21    I explained to the men at the desk that I was there to serve Summons and Complaint to

22  MRC II Distribution Company, Asif Satchu and Mordecai Wiczyk.

23    As soon as I said that, a tall man with short blond-ish hair, wearing a brown shirt near

24  the center of the room, asked in a loud voice, "You that guy from last week?"

25    From the man's unfriendly facial expression and voice tone, I took his question to be an

26  attempt to intimidate me.

27    I assumed from the man's question that he was aware that I served documents for

28  Defendants Emanuel, Affleck, Damon and Blomkamp, downstairs in the WME basement

1    mailroom, the previous Friday, 10/19/2018.  I also assumed that there were some details in

2    my proof of service declaration of that failed service attempt (which Mr Briggs later filed

3    with the Court) that this man must have found out about, and clearly he did not like those

4    details. I believe this man was the mailroom supervisor, due to the way he took charge of

5    matters while I was there, and the way the other workers quietly deferred to him.

6         I decided that it was wisest to ignore this question and his aggressive manner. Rather,

7    I asked if he could accept the Summons and other documents.

8         The mailroom supervisor replied something like, "No. Keep me out of this."  He then

9    picked up his phone and called a person in WME's legal department, and said something

10   like, "There's a guy up here serving legal documents for MRC Distribution and some other

11   guys."

12        I then began waiting for someone from the legal team to arrive. While I was waiting, I

13   placed the three large envelopes I was carrying (containing the legal documents) on a

14   counter in the entry/service area of the room.

15        After about four minutes a caucasian man, whom I took to be an attorney, with

16   medium length brown hair, about 5' 7" tall, slender to medium build, and about 28-33 years

17   in age, entered the room. "You have something for me?" the attorney asked.

18        I told him I was there to serve Summons, Complaint and other legal documents to

19   MRC II Distribution Company, L.P., Asif Satchu and Mordecai Wiczyk.

20        The attorney said, "MRC is not even at this address."

21        I replied, "According to the California Secretary of State they are." I then held up the

21   screen of my phone, for him to see a PDF copy of the Secretary of State's *business entity*

22   *statement* for MRC II Distribution Company, L.P.

23        "I know the law!" The attorney replied, abruptly, then added, "**I refused to take**

24   **those**." The attorney pointed at the envelopes containing the Summons and Complaints.

25        I replied (as I recall), "That's OK. But I've been instructed not to leave here with

26   them."

27        The attorney then raised his voice and turned his head to speak to the mailroom

28   supervisor, and said (to the best of my recollection), "Call the custodian and tell him to

4

PROOF OF SERVICE

1   throw those in the trash!" The attorney gestured toward the documents on the counter as he

2   spoke.

3       Several of the mailroom employees found this amusing and began laughing, looking

4   at me

5   as they did so.  I took their laughter to be an opportune attempt to intimidate me.

6       I then asked the attorney, "Can I have your name, please?"

7       "No. I'm not giving them my name. I'm not involved in this!" The attorney answered,

8   with

9   what sounded like anger in his voice.

10      The attorney and I then walked out of the mailroom to the elevator, neither of us

11  speaking to the other. We then shared an elevators down, in silence

12          According to the California Code of Civil Procedure 415.20(b):

13          (a) In lieu of personal delivery of a copy of the summons and complaint to
            the person to be served as specified in Section 416.10, 416.20, 416.30, 416.40,
14          or 416.50, **a summons may be served by leaving a copy of the summons
            and complaint during usual office hours in his or her office** or, if no
15          physical address is known, at his or her usual mailing address, other than a
            United States Postal Service post office box, **with the person who is
16          apparently in charge thereof, and by thereafter mailing a copy of the
            summons and complaint by first-class mail**, postage prepaid to the person
17          **to be served at the place where a copy of the summons and complaint were
            left.** When service is effected by leaving a copy of the summons and complaint
18          at a mailing address, it shall be left with a person at least 18 years of age, who
            shall be informed of the contents thereof. Service of a summons in this manner
19          is deemed complete on the 10th day after the mailing.

20          (b) If a copy of the summons and complaint cannot with reasonable
21          diligence be personally delivered to the person to be served, as specified in
            Section 416.60, 416.70, 416.80, or 416.90, **a summons may be served by
21          leaving a copy of the summons and complaint at the person's** dwelling
22          house, usual place of abode, **usual place of business**, or usual mailing address
            other than a United States Postal Service post office box, **in the presence of a**
23          competent member of the household or a **person apparently in charge of his
24          or her office,** place of business, or usual mailing address other than a United
            States Postal Service post office box, at least 18 years of age, **who shall be
25          informed of the contents thereof, and by thereafter mailing a copy of the
26          summons and of the complaint by first-class mail**, postage prepaid to the
            **person to be served at the place where a copy of the summons and**
27

28

1    **complaint were left.** Service of a summons in this manner is deemed complete
2    on the 10th day after the mailing.

3    35.   In compliance with this law, on October 26, 2018, I left a copy of the summons and

4    complaint in MRC II Distribution Company, L.P.'s usual place of business, by delivering the

5    documents to the address that MRC II Distribution Company, L.P. has claimed on its

6    California Secretary of State *business entity statement of information* since 2007. Further in

7    compliance with CCP 415.20(b), I left the Summons and Complaint in the presence of a

8    competent person who was seemingly in charge of MRC's (MRC II Distribution Company,

9    L.P.'s) usual mailing address.

10   I then completed the final step of service on MRC (MRC II Distribution Company,

11   LP) on November 1, 2018, by placing said Summons, Complaint and other legal documents

12   in an envelope, then addressing said envelope to the place where the documents were left,

13   then depositing the envelope (containing said documents) in a USPS mail drop-box, in Los

14   Angeles County. Therefore, service will officially be "complete" ten days after mailing: on

15   Nov 11, 2018.

16   The three envelopes that I mailed to the defendants were addressed as follows:

17   1.
18   MRC II Distribution Company, L.P.
     9601 Wilshire Blvd (Suite #610)
19   Beverly Hills, CA 90210
20   2.
21   Asif Satchu
     (co-CEO of MRC & MRC II Distribution Company, L.P.)
21   9601 Wilshire Blvd (Suite #610)
22   Beverly Hills, CA 90210
23   3.
24   Mordecai Wiczyk
     (co-CEO of MRC & MRC II Distribution Company, L.P.)
25   9601 Wilshire Blvd (Suite #610)
26   Beverly Hills, CA 9021

27   The documents that I served upon MRC II Distribution Company, LP , by personally

28   delivering, then mailing them to the previously stated location, were:

6
PROOF OF SERVICE

| | | |
|---|---|---|
| 1 | a. | **Summons** In A Civil Action (2) |
| 2 | b. | **Complaint** |
| 3 | c. | **Civil Cover Sheet** |
| 4 | d. | Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction |
| 5 | e. | Consent Or Declination To Magistrate Judge Jurisdiction |
| 6 | f. | Welcome To The Oakland Divisional Office |
| 7 | g. | ECF Registration Handout |
| 8 | h. | Proposed Order Granting Motion For Permission For Electronic Case Filing |
| 9 | i. | Order Setting Initial Case Management And ADR Deadlines |
| 10 | j. | Standing Order General (SBA) |
| 11 | k. | Standing Order For All Judges OF The Northern District Of California |
| 12 | l. | Standing Order - General (SBA) Patent Case |
| 13 | m. | Order Relating Cases (Hon. Judge Vincent Chhabria) |
| 14 | n. | Reassigned Case - Notice of New Hearing Date -VC |
| 15 | o. | Related Case Order |

16    I am not a professional process server.

17    I declare under penalty of perjury under the laws of the United States of America that

18  the foregoing is true and correct.

19

20   Dated:_____11/01/2018_____      Signed:_____

21                                                      Nexus Assoon

21

22

23

24

25

26

27

28

PROOF OF SERVICE