Steve Wilson Briggs
4322 Chico Ave.,
Santa Rosa, CA 95407
510 200 3763
snc.steve@gmail.com
PLAINTIFF In Propria Persona

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WILSON BRIGGS | Civ No: 18-cv-04952-VC |
| Plaintiff, | **DECLARATION OF NEXUS ASSOON, REGARDING THE UNSUCCESSFUL SERVICE OF PROCESS OF DEFENDANT WILLIAM (BILL) BLOCK; MATT DAMON; BEN AFFLECK** |
| vs | |
| KEVIN SPACEY; et al | |

**DECLARATION OF NEXUS ASSOON, REGARDING THE UNSUCCESSFUL SERVICE OF PROCESS OF DEFENDANT WILLIAM (BILL) BLOCK; MATT DAMON; BEN AFFLECK**

My name is Nexus Assoon, and I declare the following:

I am over 18, and not a party of this action.

I am a resident of Los Angeles County, where this service of process took place.

My address is 3007 4th Ave., Los Angeles, CA 90018.

On October 26, 2018, I attempted to serve Summons and Complaint and other legal documents on Defendant William (Bill) Block (individually, at Miramax's principal office), and to Matt Damon and Ben Affleck (together, via the agent for service of process of two of their joint businesses).

1

CERTIFICATION OF SERVICE & REQUEST FOR ENTRY OF DEFAULT

### Attempted Service of Bill Block

At approximately 1:15 pm, 10/16/18, I attempted to serve Bil Block at Miramax. William (Bill) Block is the CEO of Miramax, LLC (a very well known film company). Plaintiff Steve Wilson Briggs directed me to serve Mr. Block at the current and active address listed on Miramax's business entity statement, on file with the California Secretary of State's office. This address is **2450 Colorado Ave Ste 100 East Tower, Los Angeles CA 90404**.

I entered the building at 2450 Colorado and went to the help desk. At the "help dsk" I was informed by a dark skinned man, of African decent, that Miramax moved to 1901 Avenue of the Stars about a year ago. Due to Mr Briggs belief that Mr Block and the other Defendants were trying to avoid being served by him, I was only authorized to attempt to serve the Defendants at addresses that were their verifiable places of business, or verifiable home addresses. Since the address that the Help Desk worker gave me was unverified, I ended my effort to serve Bill Block.

### Attempted Service of Matt Damon & Ben Affleck

Mr. Briggs informed me that the California Secretary of State's business entity statement of *Mad Post Productions, LLC* states that the business' agent for service of process is Gary Kress, and further states that the business' Principal Address is 2401 Main Street, Santa Monica, CA, 90405. The business entity statement also declared that the business address was also Gary Kress's, Matt Damon, and Ben Affleck's address.

I entered 2401 Main Street at approximately 2:15 pm. I explained to an older woman named Joetta Bradford (or Bradson), who seemed to be an office assistant, that I was there to serve Summons and Complaint for Matt Damon and Ben Affleck—care of their registered agent, Gary Kress. Joetta explained hat Gary Kress is rarely in the office, but explained she expected him to be there the coming Tuesday, 10/30/18, but only in the afternoon. Thus, I left empty handed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

CERTIFICATION OF SERVICE & REQUEST FOR ENTRY OF DEFAULT

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: 11/01/2018 | Signed: _____ |
| 3 | | Nexus Assoon |

CERTIFICATION OF SERVICE & REQUEST FOR ENTRY OF DEFAULT