UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE KENYATTA WILSON BRIGGS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KEVIN SPACEY, et al.,<br><br>　　　　Defendants. | Case No. 18-cv-04952-VC<br><br>**ORDER DENYING MOTION FOR SERVICE BY PUBLICATION AND MOTION FOR EXTENSION OF SERVICE DEADLINE**<br><br>Re: Dkt. No. 39 |

　　　　Briggs's motion to serve defendant William Block by publication is denied. Federal Rule of Civil Procedure 4(e) allows a plaintiff to use the rules of the state to serve process and California Code of Civil Procedure section 415.50 permits service by publication. But service by publication is appropriate only as a last resort. *Board of Trustees of Leland Stanford Junior Univ. v. Ham*, 216 Cal. App. 4th 330, 338 (2013). Briggs must convince the Court that he cannot with "reasonable diligence" serve Block in another way specified by the California rules. Cal. Civ. Proc. Code § 415.50(a). Reasonable diligence requires "a thorough, systematic investigation and inquiry conducted in good faith." *Board of Trustees*, 216 Cal. App. 4th at 338. Because he tried to serve Block at only one location, Briggs has not shown that he attempted with reasonable diligence to serve Block in another way.

　　　　Briggs's request for an anticipatory extension of the service deadline is denied.

　　　　**IT IS SO ORDERED.**

Dated: November 9, 2018

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　United States District Judge