| | |
|---|---|
| 1 | Stephen G. Larson (SBN 145225) |
| 2 | *slarson@larsonobrienlaw.com* |
|   | Jonathan E. Phillips (SBN 233965) |
| 3 | *jphillips@larsonobrienlaw.com* |
| 4 | A. Alexander Lowder (SBN 269362) |
|   | *alowder@larsonobrienlaw.com* |
| 5 | **LARSON O'BRIEN LLP** |
| 6 | 555 South Flower Street, Suite 4400 |
|   | Los Angeles, CA  90071 |
| 7 | Telephone:  213.436.4888 |
| 8 | Facsimile:    213.623.2000 |

Attorneys for
TRIGGER STREET PRODUCTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WILSON BRIGGS, | Case No. 3:18-cv-04952-VC |
|   | Related Case No. 3:17-CV-6552-VC |
| Plaintiffs, | |
| v. | |
|   | [Hon. Vince Chhabria] |
| KEVIN SPACEY; ARI (ARIEL); EMANUEL; MATT DAMON; BEN AFFLECK; NBC UNIVERSAL MEDIA, LLC; SONY PICTURES ENT INC.; TRIGGER STREET PRODUCTIONS; NEILL BLOMKAMP; ASIF SATCHU; MORDECAI (MODI) WICZYK; WILLIAM (BILL) BLOCK; DANA BURNETTI; SOUND POINT CAPITAL MANAGEMENT, LC; MRC (and all MRC entities and subs.), | **DEFENDANT TRIGGER STREET PRODUCTIONS, INC.'S CERTIFICATION OF INTERESTED PARTIES** |
| Defendants. | |

3:18-cv-04952-VC

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL INTERESTED PARTIES:**

The undersigned is counsel of record for Defendant Trigger Street Productions, Inc. and hereby submits the following disclosure statement pursuant to Civil Local Rules 3-15:

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties to this action, there is no such interest to report.

Respectfully submitted,

Dated:  November 9, 2018                LARSON O'BRIEN LLP

By: /s/ Stephen G. Larson
    Stephen G. Larson
    Jonathan E. Phillips
    A.  Alexander Lowder

Attorneys for Defendant
TRIGGER STREET PRODUCTIONS, INC.