KELLI L. SAGER (State Bar No. 120162)
  kellisager@dwt.com
ROCHELLE L. WILCOX (State Bar No. 197790)
  rochellewilcox@dwt.com
BRENDAN N. CHARNEY (State Bar No. 293378)
  brendancharney@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017
Telephone:     (213) 633-6800
Facsimile:      (213) 633-6899

Attorneys for Defendants
NBCUNIVERSAL MEDIA, LLC

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVE WILSON BRIGGS,<br><br>          Plaintiff,<br><br>     v.<br><br>KEVIN SPACEY; ARI (ARIEL) EMANUEL; MATT DAMON; BEN AFFLECK; NBCUNIVERSAL MEDIA, LLC; SONY PICTURES ENT. INC.; TRIGGER STREET PRODUCTIONS; NEILL BLOMKAMP; ASIF SATCHU; MORDECAI (MODI) WICZYK; WILLIAM (BILL) BLOCK; DANA BRUNETTI; SOUND POINT CAPITAL MANAGEMENT, LC; MRC (and all MRC entities and subs.),<br><br>          Defendants. | Case No. 3:18-cv-04952-VC<br><br>[Hon. Vince Chhabria]<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS COMPLAINT**<br><br>(Notice of Motion and Motion to Dismiss Complaint; Request For Judicial Notice With Exhibits A-I, Filed Concurrently)<br><br>Date:         December 20, 2018<br>Time:        10:00 a.m.<br>Crtrm:       4 |

1

[PROPOSED] ORDER GRANTING MOTION TO DISMISS
Case No. 17-cv-06552-VC
4837-0933-2346v.1 0020040-000144

On December 20, 2018, a hearing was held on Defendant NBCUniversal Media, LLC's Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure 41(b) and 12(b)(6).

Having considered the Motion to Dismiss, responsive briefing, and the arguments of the parties at the hearing on this matter, and for good cause shown, the Court GRANTS the Motion to Dismiss. The Court dismisses with prejudice Plaintiff's Complaint, with each party to bear its own costs, expenses, and fees.

The clerk is directed to close Case No. 3:18-cv-04952-VC.

IT IS SO ORDERED.

Dated: _____, 2018    By: _____
                              THE HONORABLE VINCE CHHABRIA
                              UNITED STATES DISTRICT JUDGE

DAVIS WRIGHT TREMAINE LLP