KELLI L. SAGER (State Bar No. 120162)
  kellisager@dwt.com
ROCHELLE L. WILCOX (State Bar No. 197790)
  rochellewilcox@dwt.com
BRENDAN N. CHARNEY (State Bar No. 293378)
  brendancharney@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, California 90017
Telephone:    (213) 633-6800
Facsimile:    (213) 633-6899

Attorneys for Defendant
NBCUNIVERSAL MEDIA, LLC

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVE WILSON BRIGGS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KEVIN SPACEY; ARI (ARIEL) EMANUEL; MATT DAMON; BEN AFFLECK; NBCUNIVERSAL MEDIA, LLC; SONY PICTURES ENT. INC.; TRIGGER STREET PRODUCTIONS; NEILL BLOMKAMP; ASIF SATCHU; MORDECAI (MODI) WICZYK; WILLIAM (BILL) BLOCK; DANA BRUNETTI; SOUND POINT CAPITAL MANAGEMENT, LC; MRC (and all MRC entities and subs.),<br><br>　　　　Defendants. | Case No. 18-cv-4952<br><br>[Hon. Vince Chhabria]<br><br>**DEFENDANT NBCUNIVERSAL MEDIA, LLC'S CORPORATE DISCLOSURE STATEMENT (FRCP 7.1)** |

---

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant NBCUniversal Media, LLC states that it is wholly owned by NBCUniversal, LLC.  Its ultimate parent is Comcast Corporation, which is publicly traded.  No other publicly held corporation holds 10% or more of these entities' stock.

DATED: November 9, 2018

DAVIS WRIGHT TREMAINE LLP
KELLI L. SAGER
ROCHELLE L. WILCOX
BRENDAN N. CHARNEY

By: */s/ Rochelle L. Wilcox*
   Rochelle L. Wilcox
Attorneys for Defendant
NBCUNIVERSAL MEDIA, LLC

DAVIS WRIGHT TREMAINE LLP