KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
MICHAEL J. KUMP (SBN 100983)
  mkump@kwikalaw.com
GREGORY P. KORN (SBN 205306)
  gkorn@kwikalaw.com
KATE MANGELS (SBN 301811)
  kmangels@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Defendants
MRC II DISTRIBUTION COMPANY LP;
MORDECAI WICZYK; ASIF SATCHU;
SONY PICTURES ENTERTAINMENT INC.;
and ARIEL EMANUEL

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVE WILSON BRIGGS,<br><br>                Plaintiff,<br><br>        vs.<br><br>KEVIN SPACEY, et al.,<br><br>                Defendants. | Case No. 3:18-cv-04952-VC<br><br>[Hon. Vince Chhabria]<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6) AND/OR 12(b)(1)**<br><br>Date:     December 20, 2018<br>Time:    10:00 a.m.<br>Crtrm.:   4 |

In support of Defendants' Motion to Dismiss Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) and/or 12(b)(1), Defendants hereby request pursuant to Rule 201 of the Federal Rules of Evidence that the Court additionally take judicial notice of the following facts and documents:

1. The First Amended Complaint in the matter entitled *Briggs v. Blomkamp*, N.D. Cal. Case No. 4:13-cv-04679-PJH (the "Infringement Action"), a true and correct copy of which is attached to the Declaration of Gregory Korn as **Exhibit 1.**

2. The October 3, 2014 decision of the Northern District of California in the Infringement Action matter: *Briggs v. Blomkamp*, 70 F. Supp. 3d 1155 (N.D. Cal. 2014).

3. The March 1, 2018 opinion of the Ninth Circuit Court of Appeals affirming the grant of summary judgment in the Infringement Action: *Briggs v. Blomkamp*, 714 Fed. Appx. 712 (9th Cir. 2018).

DATED: November 9, 2018          Respectfully submitted,

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP

By:     */s/ Gregory Korn*
        Gregory Korn
        Attorneys for Defendants
        MRC II DISTRIBUTION COMPANY LP;
        MORDECAI WICZYK; ASIF SATCHU;
        SONY PICTURES ENTERTAINMENT INC.; and
        ARIEL EMANUEL

10021.00024/605486.1