KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
MICHAEL J. KUMP (SBN 100983)
  mkump@kwikalaw.com
GREGORY P. KORN (SBN 205306)
  gkorn@kwikalaw.com
KATE MANGELS (SBN 301811)
  kmangels@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Defendants
MRC II DISTRIBUTION COMPANY LP;
MORDECAI WICZYK; ASIF SATCHU;
SONY PICTURES ENTERTAINMENT
INC.; and ARIEL EMANUEL.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WILSON BRIGGS,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>KEVIN SPACEY; et al.,<br><br>　　　　　Defendants. | Case No. 3:18-cv-04952-VC<br><br>[Hon. Vince Chhabria]<br><br>**DECLARATION OF GREGORY KORN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6) AND/OR 12(b)(1)**<br><br>[Motion to Dismiss and Request for Judicial Notice Filed Contemporaneously Herewith]<br><br>Date:　　December 20, 2018<br>Time:　　10:00 a.m.<br>Crtrm.:　4 |

## DECLARATION OF GREGORY P. KORN

I, Gregory P. Korn, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Kinsella Weitzman Iser Kump & Aldisert LLP, attorneys of record for Defendants MRC II Distribution Company LP; Mordecai Wiczyk; Asif Satchu; Sony Pictures Entertainment Inc.; and Ariel Emanuel. If called as a witness, I could and would competently testify to all the facts within my personal knowledge except where stated upon information and belief.

2. Attached hereto as Exhibit 1 is a true and correct copy of the First Amended Complaint in the matter entitled *Steve Wilson Briggs v. Neill Blomkamp, et al.,* N.D. Cal. Case No. 13-cv-4679-PJH ("Infringement Action"). I was counsel for the defendants in that matter and am personally familiar with this First Amended Complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed November 9, 2018, at Santa Monica, California.

_____
Gregory P. Korn

1
DECLARATION OF GREGORY KORN