KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
MICHAEL J. KUMP (SBN 100983)
  mkump@kwikalaw.com
GREGORY P. KORN (SBN 205306)
  gkorn@kwikalaw.com
KATE MANGELS (SBN 301811)
  kmangels@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Defendants
MRC II DISTRIBUTION COMPANY LP;
MORDECAI WICZYK; ASIF SATCHU;
SONY PICTURES ENTERTAINMENT
INC.; and ARIEL EMANUEL.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WILSON BRIGGS,<br><br>Plaintiff,<br><br>vs.<br><br>KEVIN SPACEY; et al.,<br><br>Defendants. | Case No. 3:18-cv-04952-VC<br><br>[Hon. Vince Chhabria]<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS MRC II DISTRIBUTION COMPANY LP'S MOTION FOR AN ORDER DECLARING PLAINTIFF A VEXATIOUS LITIGANT AND FOR PRE-FILING SCREENING ORDER**<br><br>Date: December 20, 2018<br>Time: 10:00 a.m.<br>Crtrm.: 4 |

# [PROPOSED] ORDER

On December 20, 2018, Defendant MRC II Distribution Company LP (erroneously sued as "MRC") brought on for hearing Defendant's Motion for an order declaring Plaintiff Steve Wilson Briggs ("Plaintiff") a vexatious litigant and imposing a pre-filing screening order on further filings in this proceeding and on any further proposed actions brought by him in this Judicial District or elsewhere related to the facts of this proceeding. Defendant's motion was brought on the grounds that Plaintiff has filed and continues to file frivolous pleadings, including the complaint in the instant case, and that these pleadings are numerous, abusive, and harassing in violation of the holdings of *Molski v. Evergreen Dynasty Corp.*, 500 F.3d 1047 (9th Cir. 2007) and *DeLong v.Hennessey*, 912 F.2d 1144 (9th Cir. 1990).

Having considered the moving and opposing papers, and having heard argument of counsel, IT IS HEREBY ORDERED that Defendants' Motion is GRANTED as follows:

1. Plaintiff is ordered to obtain leave of this Court before filing any further documents in this action (with the exception of proofs of service and documents required to be filed in response to filings of any defendant); and

/ / /

/ / /

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

2. Plaintiff is ordered to obtain leave of this Court before filing any subsequent actions in this Judicial District or elsewhere which relate in any way to the facts of the Complaint in this action, including without limitation actions relating to Plaintiff's past and present claims concerning the feature film *Elysium*.

**IT IS SO ORDERED.**

DATED: _____    _____
                                              The Honorable Vince Chhabria
                                                United States District Judge