KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
MICHAEL J. KUMP (SBN 100983)
  mkump@kwikalaw.com
GREGORY P. KORN (SBN 205306)
  gkorn@kwikalaw.com
KATE MANGELS (SBN 301811)
  kmangels@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Defendants
MRC II DISTRIBUTION COMPANY LP;
MORDECAI WICZYK; ASIF SATCHU;
SONY PICTURES ENTERTAINMENT INC.;
and ARIEL EMANUEL

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVE WILSON BRIGGS,<br><br>    Plaintiff,<br><br>vs.<br><br>KEVIN SPACEY, et al.,<br><br>    Defendants. | Case No. 3:18-cv-04952-VC<br><br>[Hon. Vince Chhabria]<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS MRC II DISTRIBUTION COMPANY LP'S MOTION FOR AN ORDER DECLARING PLAINTIFF A VEXATIOUS LITIGANT AND FOR PREFILING SCREENING ORDER**<br><br>Date:      December 20, 2018<br>Time:     10:00 a.m.<br>Crtrm.:   4 |

In support of Defendants MRC II Distribution Company LP's Motion for an Order Declaring Plaintiff a Vexatious Litigant and for Prefiling Screening Order, Defendants hereby request pursuant to Rule 201 of the Federal Rules of Evidence that the Court additionally take judicial notice of the following facts and documents:

1. The First Amended Complaint in the matter entitled *Briggs v. Blomkamp*, N.D. Cal. Case No. 4:13-cv-04679-PJH (the "Infringement Action"), a true and correct copy of which is attached to the Declaration of Gregory Korn as **Exhibit 1.**

2. The October 3, 2014 decision of the Northern District of California in the Infringement Action matter: *Briggs v. Blomkamp*, 70 F. Supp. 3d 1155 (N.D. Cal. 2014).

3. The March 1, 2018 opinion of the Ninth Circuit Court of Appeals affirming the grant of summary judgment in the Infringement Action: *Briggs v. Blomkamp*, 714 Fed. Appx. 712 (9th Cir. 2018).

DATED: November 9, 2018       Respectfully submitted,

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP

By:   */s/ Gregory Korn*
Gregory Korn
Attorneys for Defendants
MRC II DISTRIBUTION COMPANY LP;
MORDECAI WICZYK; ASIF SATCHU;
SONY PICTURES ENTERTAINMENT INC.; and
ARIEL EMANUEL

10021.00024/606167.1