KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
MICHAEL J. KUMP (SBN 100983)
  mkump@kwikalaw.com
GREGORY P. KORN (SBN 205306)
  gkorn@kwikalaw.com
KATE MANGELS (SBN 301811)
  kmangels@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Defendants
MRC II DISTRIBUTION COMPANY LP;
MORDECAI WICZYK; ASIF SATCHU;
SONY PICTURES ENTERTAINMENT
INC.; and ARIEL EMANUEL.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVE WILSON BRIGGS, <br><br> Plaintiff, <br><br> vs. <br><br> KEVIN SPACEY; et al., <br><br> Defendants. | Case No. 3:18-cv-04952-VC <br><br> [Hon. Vince Chhabria] <br><br> **DECLARATION OF GREGORY KORN IN SUPPORT OF DEFENDANTS MRC II DISTRIBUTION COMPANY LP'S MOTION FOR AN ORDER DECLARING PLAINTIFF A VEXATIOUS LITIGANT AND FOR PRE-FILING SCREENING ORDER** <br><br> [Motion to Declare Plaintiff a Vexatious Litigant and Request for Judicial Notice Filed Contemporaneously Herewith] <br><br> Date:     December 20, 2018 <br> Time:     10:00 a.m. <br> Crtrm.:   4 |

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

**DECLARATION OF GREGORY P. KORN**

I, Gregory P. Korn, declare as follows:

1.      I am an attorney duly admitted to practice before this Court.  I am a partner with Kinsella Weitzman Iser Kump & Aldisert LLP, attorneys of record for Defendants MRC II Distribution Company LP; Mordecai Wiczyk; Asif Satchu; Sony Pictures Entertainment Inc.; and Ariel Emanuel. If called as a witness, I could and would competently testify to all the facts within my personal knowledge except where stated upon information and belief.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the First Amended Complaint in the matter entitled *Steve Wilson Briggs v. Neill Blomkamp, et al.,* N.D. Cal. Case No. 13-cv-4679-PJH ("Infringement Action"). I was counsel for the defendants in that matter and am personally familiar with this First Amended Complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed November 9, 2018, at Santa Monica, California.

_____
Gregory P. Korn