1    Steve Wilson Briggs

2    681 Edna Way

3    San Mateo, CA 94402

4    510 200 3763

5    snc.steve@gmail.com

6    Pro Se **PLAINTIFF**

**FILED**

DEC 1 9 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF COURT
DISTRICT OF CALIFORNIA
OAKLAND

7

8           **UNITED STATES DISTRICT COURT**

9          **NORTHERN DISTRICT OF CALIFORNIA**

10    STEVE WILSON BRIGGS     }   CASE NO:    CV 13 4679 PJH

11    Plaintiff,                  }

12           vs.              }

13    NEILL BLOMKAMP,        }

14    SONY PICTURES ENT., INC.,   }     **AMENDED COMPLAINT FOR**

15    TRISTAR PICTURES, INC.,     }     **COPYRIGHT INFRINGEMENT**

16    MEDIA RIGHTS CAPITAL,     }

17    QED INTERNATIONAL,       }

18    Defendants             }

19                 **NATURE OF ACTION:**

20      1.    Pursuant to 17 U.S.C. § 101, et seq, this is an action for copyright infringement of the

21   Plaintiff's copyright protected screenplay "Butterfly Driver" (originally "Uberopolis: City of

22   Light") written in 2005; W.G.A. reg. #1103287, 2005; U.S. Copyright Office reg. certificate #

23   PAu 3-683-232, June 21st, 2013. **[See Exhibit C].** The infringement commensed on August, 9th,

24   2013, when the Defendants distributed and publically displayed "Elysium", a film infringing on

25   the Plaintiff's work, including the heart of his story, plot, characters, settings, conflict, catalyst,

26   crisis, climax-twist, themes (immigration, healthcare...), hero's "affliction", "keepsake necklace",

27   and much more. The Plaintiff will show: 1) "Elysium" bears Substantial Similarity to his work; 2)

28   the Defendants had access to his work -although the Plaintiff believes the Court will find the

1

COMPLAINT

1    infringement rises to "Striking Similarity" (obviating access), marked by staggering similarities

2    beyond reason and probability, further confirmed by: 1) obvious attempts to give the appearance

3    of dissimilarity; 2) the Plaintiff's idiosyncracies present in the Defendants' work, OR; 3) the

4    Plaintiff's uniqueness, intricacy and complexity emulated in the Defendants' work.

5        2.    This Amended Complaint clarifies charges, and attends concerns with the Defendants'

6    Answer And Affirmative Defenses (11/27/13). Among these concerns is Paragraph 9, stating

7    Defendant, Media Rights Capital (MRC), is erroneously named in this suit, and naming MRC II

8    Distribution Company as the proper party. This is false, and seems an effort to mislead the Court.

9        3.    MRC was the first financier to join Blomkamp. MRC sold Elysium's rights to Sony

10   Pictures. MRC gave marketing interviews prior to the film's release. **[See Exhibit D].** MRC is

11   named Elysium's finacier, studio or co-producer by countless sources -including the credits of

12   "Elysium", and MRC's own website, stating: "MRC has been financing and producing films since

13   2006...Notable films include...Neill Blomkamp's second feature film, Elysium". **[See Exhibit E].**

14   Many notables will not work with MRC due to ethics concerns and their questionable ties to Ari

15   Emanuel, of WME (agent of Defendant, Blomkamp). **[See Exhibit F].** "MRC II Distributing

16   Company" is not listed on or linked to MRC's website. Online the Plaintiff found only a defunct

17   address for the company with MRC's phone, at: http://investing.businessweek.com. The Plaintiff

18   believes Defendant, MRC, seeks to extricate from this suit and rename the possibly fictitious

19   subsidiary due to MRC's current involvement with Trigger Street Productions

20   (TriggerStreet.com) on the TV series "House of Cards". The Plaintiff contends MRC is naming

21   the subsidiary to hide from the court its ties to Trigger Street, as TriggerStreet.com is later named

22   as the Defendants' access to the Plaintiff's work. MRC's claim is unconscionably false.

23       4.    The Plaintiff hopes the Court will find the Defense's false claim (that MRC is

24   erroneously named in this suit) deceptive, and hold MRC and the Defense to account.

25       5.    The Plaintiff has added a personal information section to this complaint to attend the

26   Defense's vague character insinuations in their Answer And Affirmative Defenses.

27                                    **JURISDICTION**

28       6.    **Jurisdiction.** This court has subject matter jurisdiction over this complaint pursuant

                                            2

                                                              COMPLAINT

1    to 28 U.S.C. §§ 1331 & 1338(a), as this action is for copyright infringement arising under the

2    copyright laws of the United States, and pursuant to 28 U.S.C. 1332(a)(2) as, upon information,

3    Defendant, Neill BlomKamp, is a citizen of Canada and South Africa; not a citizen of the U.S.A.

4        7.    **Venue.** Venue is proper, and this court has personal jurisdiction, pursuant to 28

5    U.S.C. § 1391(b)(2), as the events giving rise to this complaint occured in this district. It is also

6    the proper venue pursuant to 28 U.S.C. § 1391(d) by virtue of defendant's business transactions

7    with this district; and under 326 US 310, as all defendants meet minimum contact rule.

8        8.    **Intradistrict Assignment.** San Francisco is the proper division assignment as a

9    substantial part of the events and omissions giving rise to this lawsuit occurred in this district.

10                                    **THE PARTIES**

11       9.    **The Plaintiff,** STEVE WILSON BRIGGS, is a resident of San Mateo, California. He

12   is the writer, producer and director of the independent feature film "The Amazing Mr. Excellent",

13   father, musician and a teacher's aide at Sequoia High School in Redwood City, California.

14       10.   **Defendant,** NEILL BLOMKAMP is a resident of Vancouver, Canada. He is

15   credited with writing, directing and co-producing the screenplay in question, "Elysium".

16       11.   **Defendant,** SONY PICTURES ENT., INC., is the TV and film production wing of

17   Sony. Sony Pictures, upon information, provided aid to produce Elysium, and purchased the film

18   rights from Defendant, MRC. Located at 10202 West Washington Blvd., Culver City, California.

19       12.   **Defendant,** TRISTAR PICTURES, INC., is a film production/distribution studio

20   (a property of Sony Pictures), and the distributor of "Elysium; located in Culver City California.

21       13.   **Defendant,** MEDIA RIGHTS CAPITAL, is a TV and film studio, founded by

22   Asif Satchu and Modi Wiczy, credited with financing "Elysium"; located at 9665 Wilshire Blvd,

23   2nd Floor, Beverly Hills, CA 90212. Media Rights Capital is properly named in the lawsuit.

24       14.   **Defendant,** QED INTERNATIONAL is a film production and financing company,

25   credited with producing Elysium; located at 1800 N Highland Ave, 5th Flr, L.A., CA 90028.

26                                    **BACKGROUND**

27       15.   In May 2005, the Plaintiff completed the first draft of his screenplay "Uberopolis: City

28   of light", emailing it to family and friends. **[See Exhibit G** (the first 3 pages of 113].

                                          3

                                                              COMPLAINT

16.     December 16th, 2005, the Plaintiff registered a revised version of "Uberopolis: City of Light" with the Writer's Guild of America (West); registration ID #: 1103287. **[See Exhibit H]**

17.     In January, 2006, the Plaintiff began a 23 month campaign to market his script. Approximately January, 2007, the Plaitiff revised and renamed his script "Butterfly Driver". During this campaign, the Plaintiff sent dozens of query letters and emails to literary agents, and film companies. **[See Exhibit I** -a few of many letters and emails]. The Plaintiff posted loglines (very short synopses) on screenwriter websites; entered events like the Philadelphia Logline Festival **[See Exhibit J]**; entered private script competitions, like the 2006 Slamdance Screenplay Competition **[See Exhibit K];** posted loglines and synopses on Inktip.com -a private, secured screenwriter to industry professional website (with strict "Terms Of Use").**[See Exhibit L]**.

18.     February, 2007, the Plaintiff posted the entire "Butterfly Driver"" script on Kevin Spacey's and Dana Brunetti's filmmaker-screenwriter website, "Trigger Street" (triggerstreet.com) -named one of the "50 best websites of 2004"; designed to link filmmakers and screenwriters with industry professionals, by allowing members to post screenplays, short films (10 minutes or less), and short stories to get feedback from peers and professionals. **[See Exhibit M]**

19.     TriggerStreet had approximately 50,000 active members in 2007. Around 2011 the site was re-named "Trigger Street Labs" and moved to "labs.triggerstreet.com", allowing Spacey and Brunetti to use "triggerstreet.com" exclusively for their production company. But in 2007, when the Plaintiff's work was posted, there was one site: triggerstreet.com, known as "Trigger Street".

20.     Trigger Street (now TriggerStreet Labs) is a private site. Anyone can become a member, free (anonomously, if they wish), by agreeing to "Terms of Use" (not to use, copy or share other members' expressions, ideas, work, etc.), then access thousands of screenplays and short films.

21.     In 2007, like today, the majority of TriggerStreet members were short filmmakers and screenwriters. In 2007, Defendant, Neill Blomkamp was a short filmmaker, with only a few short films to his credit. Blomkamp wouldn't begin his first feature for another year. Defendant, MRC, was a struggling new film company with but 1 credit for 2007, "Couples", filmed for only $2,500.

22.     Trigger Street is the ONLY place the Plaintiff ever posted a complete script of Butterfly Driver -and the only place he released a version of the script with the new "inciting

4

COMPLAINT

1  incident", the "keepsake necklace", and  his hero's secret "character affliction".

2      23.    TriggerStreet.com is where the Defendants had access to the Plaintiff's script.

3      24.    From February to August of 2007, the Plaintiff posted "Butterfly Driver" on

4  TriggerStreet.com about 4 times, making script revisions, each time.

5      25.    During this time the Plaintiff communicated with TriggerStreet members, Thomas

6  Gilman, Jason Beck, and Bob Thielke **[Exhibit N, O, P]**, whose input helped improve his script.

7      26.    Late July, 2007, the Plaintiff posted to TriggerSteet the last revised version of "Butterfly

8  Driver", for a short while. **[See Exhibit A].** During this time, his script received more downloads

9  than usual. A person identifying himself as a writer or producer for the TV series "The Wire" or

10  "Homicide: Life On The Streets" contacted the plaintiff, through the site's message board, to

11  compliment the script. A young director (whose name escapes the Plaintiff) also praised the script

12  through the message board. The Plaintiff believes this director MAY have been Defendant, Neill

13  Blomkamp. Although Blomkamp, or any associate, may have accessed the work, without a word.

14      27.    In December, 2007, now intent to produce his own movies, the Plaintiff stopped

15  marketing his script; Butterfly Driver, intent to film it himself, someday.

16      28.    January 2008, The Plaintiff began production of his film "The Amazing Mr. Excellent".

17      29.    In 2009, the Plaintiff filmed an investment trailer for his screenplay "Sunflowers".

18      30.    In 2010, The Amazing Mr. Excellent won "Best Of Fest" at the Temecula Valley

19  International Film Festival; and was singled out at the 2011 Oakland International Film Festival.

20      31.    In the spring of 2012, the Plaintiff wrote and filmed an anti-bullying short film, "The

21  Space Nerd", with students of Sequoia High School, San Mateo, CA (viewable online).

22      32.    In 2012, the Plaintiff  filmed investment trailers for two new scripts, "Sweeter Nectar

23  Cherries" and "Alfy and Darry" (both viewable online, A&D script unfinished). He also produced

24  two infomercials for "Sweeter Nectar Cherries", and ran a Kickstarter.com financing campaign

25  for the film (which failed), and opened the film's website: sweeternectarcherries.com.

26      33.    On May 27th, 2013, the Plaintiff went to see a movie with friend, Sequoia High School

27  teacher, Cameron Farris. Before the feature, the theater previewed a trailer for the film "Elysium",

28  which featured a plot, characters, settings seemingly misappropriated from Butterfly Driver.

5

COMPLAINT

34. Later that evening, the Plaintiff read about Elysium online, at Wikipedia.com; and discovered Elysium's story structure closely conformed to his script.

35. June 13th, 2013, the Plaintiff found and downloaded the Defendants' screenplay, "Elysium" (probably an unauthorized posting), at the web address: http://writetoreel.com/forum/showthread.php?1643-Elysium-Script-PDF . **[See Exhibit B]**

36. The text of the script conformed to the trailer dialogue viewed on May 27th, 2013.

37. On May 28th, 2013, Plaintiff began contacting attorneys for representation, including Defense counsel: Kinsella, Weitzman, Iser, Kump, and Aldisert, LLP, (KWIKA Law), on June 3rd, 2013.

38. The Plaintiff found attorneys open to limited or hybrid contingencies, but none to commit through trial -without guaranteed money.

39. On June 20th, 2013, while meeting in his San Francisco office, attorney, Vijay Toke informed the Plaintiff that in order to file an infringement complaint he would need to register his copyright first. The next day, June 21st, 2013, the Plaintiff registered Butterfly Driver, with the U.S. Copyright Office; registration effective 06/21/13, certificate number PAu 3-683-232).

## STATEMENT OF FACTS COMMON TO ALL CLAIMS FOR RELIEF:

40. On August 9th, 2013, the Defendants released, distributed and displayed publicly, "Elysium"in The USA and 11 other countries; marking the the commencement of infringement.

41. On August 10th, 2013, the Plaintiff viewed the film, Elysium, at a local theater. This confirmed the script the Plaintiff found online was the Elysium script, but not the final draft.

42. Upon viewing the Defendants' film, the Plaintiff concluded: the film and screenplay, Elysium, was a severe infringement on his copyright protected story "Butterfly Driver", as a whole, and on the parts; including his plot, characters, settings, conflicts, themes, catalyst, crisis, climax, inciting incident, his hero's "character affliction" and "keepsake necklace" and more.

## PRIMARY INCIDENTS OF COPYRIGHT INFRINGEMENT

### 1) PLOT INFRINGEMENT:

43. The basic plot of the Defendants' "Elysium" is almost identical to the basic plot of the plaintiff's "Butterfly Driver". Compare:

6

1                                     "Butterfly Driver" Plot :

2      44.     A poor man, living in the impoverished ruins of Earth (where police vehicles loom in

3 the sky and brutalize the poor) pays his family's emmigration out of their dangerous "zone" city

4 by doing a dangerous mission for a disabled transporter -only to learn his seven year old daughter

5 will die within seven days without medicine found only on a satellite world for the super-rich

6 (Uberopolis). But the hero is poor; and getting to the satellite requires big money and special

7 identification. Impossible without help from an outlaw political network. The hero suffers

8 sudden, short, excrutiating headaches -and carries secrets the World President ( who has been

9 genetically "reprogrammed" to appear much younger than he is) will kill to suppress. The

10 President deploys a special agent to apprehend the hero. The special agent doesn't want the

11 assignment, so he negotiates for medical aid for his son. An important woman gives the hero a

12 special "keepsake necklace". To gain access to the villain, Arlo threatens to detonate an

13 explosive device. In the climatic final battle, when it looks as if the hero might prevail, he falls to

14 his knees, clutches his head and screams with a terrible headache. Eventually the hero defeats the

15 villain -but sustains a life threatenning injury. As the hero drifts off toward death, he has a dream-

16 like vision about the "keepsake necklace". The vision saves the hero. In the end, the hero's action

17 impacts the world: bringing a cheap energy source, and allowing people to vote in open elections.

18                                       "Elysium" Plot :

19      45.     A poor man, living in the impoverished ruins of Earth (where police vehicles loom in

20 the sky and brutalize the poor) has less than a week to get to a satellite world for the super-rich

21 (Elysium) to get medical care to save himself (and his girl-friend's dying six year old daughter).

22 But the hero is poor; and getting to the satellite requires big money and special identification.

23 Impossible without the help of an outlaw, disabled human trafficker -who requires that the hero

24 do a dangerous mission in exchange for emmigration to the satellite. While downloading

25 information into his brain, the hero acquires a condition of sudden, short, excrutiating headaches.

26 In his brain, the hero now carries secrets that a powerful Elysium official (who has been

27 genetically "re-atomized" to appear much younger than she is) will kill to possess. The official

28 deploys a special agent to apprehend the hero. The special agent doesn't want the assignment,

COMPLAINT

1 so he negotiates for restored privileges and a mansion on Elysium. The hero carries a "keepsake

2 necklace", given to him by an important woman from his past. To gain access to the satellite

3 world, Max threatens to detonate an explosive device to his head. In the climatic final battle, just

4 when it looks as if the hero might finally prevail, the hero suddenly falls to his knees, clutches his

5 head and screams with a terrible headache. Somehow the hero defeats the villain. But the hero

6 must die to save much of the world. As he prepares to die the hero takes comfort in his "keepsake

7 necklace", in a dream-like montage. In the end, the hero's action brings medical aid, and perfect

8 health, to the world.

9 SUMMARY: Plot Infringement

10 46. The Plaintiff's plot features: **1)** a giant satellite world for the super-rich; **2)** a hero

11 prone to excrutiating headaches (which knock him to his knees); **3)** a villain who has been

12 genetically reprogrammed to appear much younger than he/she is; **4)** advanced medicine found

13 on the satellite world; **5)** a hero who must get to the satellite world for medicine (medical care);

14 **6)** a "plight of immigrant" theme; **7)** a sick girl, who will die without the hero's action; **8)** a hero

15 who is poor, and needs I.D. and transport to a satellite world; **9)** an "anguish of living without

16 healthcare" theme; **10)** a disabled transporter who helps the hero; **11)** an agent (sent by the villain

17 to apprehend the hero) who accepts the assignment after negotiating; **12)** a keepsake necklace,

18 carried by the hero, which factors into the stories conclusion; **13)** an overpopulated, impoverished

19 Earth, where police vehicles loom in the sky and brutalize the poor, ruled by a rich elite who live

20 on the satellite world; **14)** a hero who threatens the villain with detonating an explosive device...

21 47. The unique collection of plot features, in paragraph 46, outline a crafted expression, the

22 plot of the Plaintiff's screenplay, Butterfly Driver; copyright of the plaintiff.

23 48. "Elysium" uses each aspect of the Plaintiff's plot, listed in paragraph 46 (and much

24 more, delineated in the subsequent pages); infringing on the Plaintiff's copyright protect work.

25 49. Further, the Defendants made obvious efforts to give the appearance of dissimilarity

26 by changing their medical technolgy's name from "reprogramming" to "re-atomizing"; changing

27 the hero's backstory; changing the villain's gender; making the sick girl the girl-friend's daughter,

28 rather than the hero's daughter (which weakens, slows and complicates the story).

8

COMPLAINT

## 2) CHARACTER INFRINGEMENT

50.   Several central characters (including the hero and villain) of the Defendants', "Elysium", infringe on copyright protected characters from the Plaintiff's "Butterfly Driver". Compare:

**THE HERO:**  Arlo vs Max

51.   The heroes of both movies are  tough, poor men, age 35-45 (Plaintiff's hero is 45, Defendants' script hero is "30s", played in film by Matt Damon at 41-42), who carry keepsake necklaces, and suffer a unique affliction: short, sudden, excrutiating headaches, which cause the hero to stumble, grab his head and scream. Both heroes have with the same goals:

52.   THE HERO'S GOAL (**Butterfly Driver**): the hero has less than a week to get from Earth to a satellite world for the rich, to get medicine to save his daughter.

53.   THE HERO'S GOAL, (**Elysium**): the hero has less than a week to get to a satellite world for the rich, to get medical care to save himself (and inevitably, his girl-friend's daughter).

SUMMARY: Arlo Vs Max

54.   The Plaintiff's hero, Arlo Grainer: **1)** is a 35-45 year old male, living 100 plus years in the future; **2)** is poor, living in the overpopulated ruins of a largely impoverished Earth; **3)** has less than a week to get to a satellite world for the super rich; **4)** contacts underworld figures to get I.D. and transport to the satellite world; **5)** suffers from rare, brief, excrutiating headaches; **6)** suffers a headache, battling in the story's climax; **7)** must get medical aid or medicine to save his daughter; **8)** carries a keepsake necklace from a special woman from his past.

55.   The characteristics, context and conditions listed in paragraph 54 are the expression of the Plaintiff's copyrighted character, Arlo Grainer; from the Plaintiff's work "Butterfly Driver".

56.   All of the characteristics, context and conditions, listed in paragraph 54, apply to the Defendants' character "Max". Thus, the Defendants' "Max" infringes on the Plaintiff's copyright protected character, "Arlo", and his copyright protected work, Butterfly Driver.

57.   The Defendants made obvious efforts to conceal their infringement by changing their hero's job, backstory, parental status, and changing the hero's goal from: "going to a satellite world to save his 7 year old daughter"; to "going to a satellite world to save himself ," then attaching a girl-friend's 6 year old daughter to the mission, to achieve the same effect.

9

COMPLAINT

THE HERO'S "AFFLICTION"

58.     The Plaintiff's hero, Arlo, suffers rare (never before used in film) ophthalmodynia (ice picks) headaches, so excrutiating they feel as if the sufferer's brain has been stabbed by an ice-pick. Thus, Arlo occasionally: 1) falls to his knees; 2) clutches his head; 3) cries-out in pain. In the script's climax, Arlo suffers a headache while fighting the villain. **[Exhibit A pp. 23, 46, 105]**

59.     Elysium's hero, Max, displays the symptoms and reactions listed in paragraph 58 -even suffers a headache in battle, in the climax. **[Exhibit B pp. 62, 63, 77, 112].**

COMPARISON OF PLAINTIFF & DEFENDANTS' AFFLICTION "HEADACHES"

60.     NOTE: the script "Elysium" contains four headache, but the film shows only three. The Plaintiff's "Butterfly Driver" had three events -but the early WGA reg. version "Uberopolis: CIty of Light" had four. The extra event from that script [EVENT #2] was added, for comparison.

LEGEND:     Plaintiff's "Butterfly Driver" **(BD) - in bold print [Exhibit A];**

Defendants' "Elysium" - in regular print **[Exhibit B]**

61.     FIRST EVENT:

**(BD):     Arlo suddenly falls to his knees, grabs his head, and growls in pain, "GRRRR." His eyes roll back as he fights his way back to his feet. [Exhibit A p. 9]**

(ELYSIUM):     Max tries to run, but he collapses. He clasps his head in pain... Max clasps his head like a migraine. The data creating an epileptic white static in his head. **[Exhibit B p. 62,]**

62.     SECOND EVENT:

**(BD):     Arlo stands up then unexpectedly drops to his knees in pain. ARLO: "GGGRRRR! Argh!" Arlo's eyes roll back behind his head, showing only the whites of his eyes for a moment. Arlo cries out. ARLO: "AAAHHHH!"** ["Uberopolis:City of Light" p. 33]

(ELYSIUM):     Suddenly another blast of static pain grates through Max's brain. He screams, holding his head. He staggers to his feet. **[Exhibit B p. 63]**

63.     THIRD EVENT:

**(BD):     He (Arlo) suddenly falls to one knee and grabs his head, stricken by an ice-pick headache. He growls. Eyes rolled back, Arlo rises to his feet, holding his temple, as if defying the pain to stop him. [Exhibit A p. 46]**

10

1   (ELYSIUM):   Suddenly he has a mini seizure. The searing white light. The migraine. His head

2   wants to explode. He collapses to the ground... (more) **[Exhibit B p. 77]**

3     64.   FOURTH EVENT:

4   **(BD):   Arlo releases his grip. Drexler slowly drops to his knees, blood dripping from his**

5   **face. ...As Arlo reaches for his gun a jolt of pain shoots through his head, driving him to**

6   **one knee. Arlo's eyes roll in their sockets as he groans and struggles to his feet. BANG! A**

7   **fist smashes Arlo in the face, knocking him to the ground. Arlo looks up to find Drexler**

8   **looming over him. DREXLER: "Bad time for a headache." [Exhibit A p. 109].**

9   (ELYSIUM):   Max starts to get the upperhand when- A white hot flash of cerebral pain... He

10   trips and stumbles over desks and terminals, holding his head. Manual grabs Max and pulls him

11   back toward spider...   Kruger rises, whips out a deadly throwing knife and wings it at Manuel.

12   Max uses every ounce of strength to will himself to his feet. **[Exhibit B p. 112]**

13                 SUMMARY: Hero's Affliction

14     65.   The unusual headaches (in paragraph 60-64) and the way they manifest in the Plaintiff's

15   character, Arlo (grabbing head, stumbling, crying-out), and the surprising way a headache occurs

16   in the story's climax, are the Plaintiff's unique expression and copyright.

17     66.   In adopting the symptoms and reactions of the Plaintiff's hero's affliction, and using

18   them similarly (including amid battle in the climax), the Defendants infringed on the Plaintiff's

19   copyright protected character, Arlo Grainer, and on his copyrighted script, "Butterfly Driver".

20     67.   As seen in paragraphs 60-64, the Defendants do not call these events "headaches";

21   rather, "migraines". But "migraine" is neurological disorder characterized by recurrent <u>headaches</u>.

22   The Defendants also, twice, call the events "seizures", and an "epileptic white static" -which

23   reveal the Defendants' misinformation of a serious disability, as epilepsy and epileptic seizures do

24   not cause sufferers to fall to their knees, screaming, clutching their heads. The Defendants also

25   call the event "A white hot flash of cerebral pain." But "cerebral pain" is a "headache".

26     68.   The Defendants' willful misuse of language, illustrated in paragraph 67, is a crude and

27   obvious effort to give an appearance of dissimilarity (e.g. using the terms "migraines", "seizures"

28   and "epileptic white static", to avoid the word "headache" -to appear to describe a different

COMPLAINT

"affliction", while describing an almost identical reaction -to pain in the head.

Uniqueness And Intricacy

69.    Amid these headaches, the Defendants mirror the Plaintiff's hero's "will" to his feet (in paragraph 63, Line 23, from the Plaintiff's work). "**...Arlo rises to his feet, holding his temple, as if defying the pain to stop him**"[**Exhibit A p. 46**]; and paragraph 61, Line 12 **"as he fights his way back to his feet" [Exhibit A p. 9]**. Compare to Defendants' work, (paragraph 64, Line 8): "...Max uses every ounce of strength to will himself to his feet." [**Exhibit B p. 112**].

70.    The example provided in paragraph 69 (as well as the general parity of the passages comapred  in paragraph 61 and 64) shows more than just infringement -it shows replication of uniqueness, intricacy and complexity of the similar sections: a poor man trying to get to a satellite world, driven to his knees by a crushing headache, grabbing his head, willing himself to his feet.

**THE HERO**'S "KEEPSAKE NECKLACE"

71.    In the Plaintiff's, "Butterfly Driver", a character, "Benni", gives the hero, Arlo, a keepsake necklace . As Arlo faces death, near the end of the screenplay, he sees the neclace in a dream-like vision, which saves his life. The Plaintiff refers to the necklace as a "necklance" and a "pendant". [**Exhibit A pp. 54, 55, 65, 113**]

72.    In  "Elysium" a nun gives Max a keepsake necklace. As Max faces death, near the end, he looks at the necklace and remembers "Frey" (in a dream-like way). The Defendants refer to the necklace as a "pendant", and a "necklace" (and once as a "locket"). [**Exhibit B pp. 29, 117, 120**]

73.    SUMMARY: In using a keepsake necklace, in Elysium, as the Plaintiff used the keepsake necklace in Butterfly Driver, the Defendants infringed on the Plaintiff's copyright.

**THE VILLAIN:** Drexler Vs Delacourt (Rhodes)

74.    The Villains of both works (Drexler in Butterfly Driver; Delecourt/Rhodes in Elysium) have been genetically "reprogrammed" (or "re-atomized") to appear much younger than they are [**Exhibit A p. 3; Exhibit B p.18**]; both villains send agents to apprehend the hero due to information he possesses; and both villains order mass killings of prisoners traveling in space shuttles (to reveal the depth of the character's evil) [**Exhibit A p.105; Exhibit B pp. 12, 13**]; and both villains are seemingly evil, but committed to the belief that they are defending their elite ilk,

12

COMPLAINT

**[Exhibit A pp. 93-96; Exhibit B p. 18].** Additionally, The villain of Butterfly Driver, Drexler, is the World President, and used his media company to cheat himself into The Presidency. Once again, following the Plaintiff's model, in the film, Elysium, the villain, Delacourt, devises an evil plan to cheat herself into The Presidency.

SUMMARY: Drexler Vs Delacourt (Rhodes)

75.    The plaintiff's character, "Drexler": 1) has been genetically *"reprogrammed" to appear much younger than he is (Elysium calls this technology *"re-atomizing"); 2) is very rich; 3) lives on a satellite world for the rich; 4) orders mass killings of people traveling in space shuttles; 5) wants the hero apprehended for information he possesses; 6) sends a special agent to apprehend the hero; 7) is evil, but believes his deeds serve his elite ilk; 8) cheats himself into the Presidency.

76.    The characteristics, actions, motivations and conditions listed in paragraph 75 are the Plaintiff's unique expression; forming his copyright protected character "Drexler", from his copyright protected work, "Butterfly Driver".

77.    By adopting all (or substantial aspects) of each attributes listed in paragraph 75, for their villain, "Delacourt" ("Rhodes" in the original screenplay), the Defendants infringed on the Plaintiff's copyright protected character, "Drexler", and his protected work "Butterfly Driver".

78.    In changing minor details about their character "Deleacourt" or "Rhodes" (gender, rank, making the character intent to cheat her way into the Presidency, rather than having already commited the deed), the Defendants made obvious efforts to disguise their infringement.

**SICK CHILD:** Franny Vs Matilda

79.    Franny" is Arlo's sick 7 year old daughter, who has a respiratory disease. She will die in less than a week -without medicine found only on a satellite for the super rich. Her life depends on the hero's actions. If he fails, she dies. Thus, she is central to the plot. Franny is saved by the hero and seen, healthy, in the script's final minutes. She lives in a world where the rich live on a giant satellite with great medical aid; and where the poor live on Earth.

80.    The unique role Franny plays in the plot, within the story's unique settings, are part of her copyrightability. Han Solo would just be another guy in a vest, and Luke Skywalker another guy in a Karate gi, if not for the unique world around them.

13

COMPLAINT

81. Elysium's, "MATILDA" is Frey's (the hero's girl-friend's) sick 6 year old daughter. She is very sick with Leukemia. She will die in less than a week -without medical aid only found on a satellite for the super-rich. Her life depends on the hero's actions. If he fails, she dies. Thus, she is central to the plot. She is saved by the hero's action, and seen, healthy, in the story's final moments. Matilda lives in a world where the rich live on a giant satellite with great medical aid, and the poor live on Earth.

SUMMARY: "Franny" Vs "Matilda"

82. The Plaintiff's character, "Franny", has these characteristics and conditions: 1) she is a very sick little girl; 2) she has less than a week to live -without medicine or medical aid found on a satellite for the rich; 3) her life depends on the hero's actions; 4) she is saved by the hero and seen healthy in the final story's final moments; 5) she is a central to the plot; 6) she lives in a world where the rich live on a giant satellite with great medical aid; while the poor live on Earth.

83. The unique collection of characteristics and circumstances, listed in paragraph 82 form an intricate, interdependant, copyrightable character structure, and are the Plaintiff's expression of his copyright protected character, "Franny", from his work, "Butterfly Driver".

84. The unique role Franny plays in the plot, and the uniques settings around her, are part of her copyrightability. In today's world, Han Solo would just be a guy in a vest, and Luke Skywalker just a guy in a Karate gi. But in their story context and settings, they are copyrightable.

85. The Defendant's, "Matilda", shares all attributes, listed in paragraph 82, thus, the Defendants' "Matilda" infringes on the Plaintiff's character, "Franny".

86. In making nuanced changes to "Matilda" (e.g. changing her name, her age, her relationship to the hero) the Defendants made obvious efforts to disguise their infringement.

3) SETTING INFRINGEMENT:

87. Perhaps the most unusual settings in film this year (2013), the two central settings of the Defendants' "Elysium" infringe on the two central settings of the Plaintiff's "Butterfly Driver".

SETTING 1: GIANT SATELLITE WORLD FOR THE RICH

88. The Plaintiff's satellite is 3 miles in diameter **[Exhibit A p. 26]**. The Defendants' script calls for a satellite 60 miles in diameter. But the film's satellite is 1 or 2 miles in diameter.

14

COMPLAINT

89.　The plaintiff's satellite world has many unusual aspects: 1) it is an enormous satellite man-made world, with forests and large aquatic features; 2) only the super-rich live in the satellite's pristine biosphere; 3) fantastic medical technologies are available there; 4) entering the satllite requires special identification; 5) it is home to the story's genetically reprogrammed villain; 6) it orbits an overpopulated, impoverished Earth; 7) it is where the final battle transpires; 8) there, prisoners in orange jumpsuits board shuttles for Earth. **[Exhibit A pp.3, 33; Exhibit B p. 5];** the satellite's capacity is 300,000, when complete, 150,000 currently. (Elysium's capacity is 251,200). **[Exhibit A p. 4; and SEE Elysium website: http://www.welcometoelysium.com/ ]**

SUMMARY: Setting 1, Giant Satellite for the Rich

90.　The list of features, in paragraph 89, are a simplification of the Plaintiff's expression of his copyright protected satellite world, Uberopolis, featured in his work, "Butterfly Driver".

91.　The Defendants, "Elysium" uses all of characteristics listed in paragraph 89 for their satellite world. Thus, the Defendant's "Elysium" infringes on the Plaintiff's copyright.

92.　By never referring to Elysium as a "satellite" (to avoid the Plaintiff's language), and in making superficial changes to their satellite world (size, shape), the Defendants made obvious effort to give the appearance of dissimilarity.

SETTING 2: DYSTOPIAN EARTH

93.　The other central setting of both screenplays is the impoverished overpopulated ruin of Earth. On this setting, in both scripts:: 1) the poor have little access to medical care; 2) the hero lives in a slum, overrun by thugs and crime; 3) police and military vehicles loom in the sky and brutalize the poor **[Exhibit A pp. 7, 16, 52, 53 ; Exhibit B pp. 6, 7];** 4) Army ships, full of "undesirables" are released into the slums **[Exhibit A p. 53; Exhibit B p. 5];** 5) the poor are brutalized by the governement of the satellite world (who also do a few kind things for the poor, such as provide supplies) **[Exhibit A p. 95; Exhibit B p. 17-18];** 6) rich businesses build manufacturing plants in the slums to take advantage of the cheap labor **[Exhibit A pp. 47, 95; Exhibit B pp.15, 16, 27, 28];** 7) people commonly travel by flying shuttles and flying cars, and commute to the giant satellite; 8) the poor live in the ruins of cities in decay. (NOTE: Elysium's script doesn't specify "ruins", but its synopsis does, and the film illustrates this state).

15

COMPLAINT

SUMMARY: Setting 2, Dystopian Earth

94.    The characteristics listed in paragraph 93 are the Plaintiff's expression of his dystopian vision of a future Earth, and his copyright, from his copyright protected work, "Butterfly Driver".

95.    The Defendants','"Elysium", adopts (all, or significant aspects of) each of the conditions listed in paragraph 93, infringing on the Plaintiff's copyright.

96.    In making superficial changes to their vision of Earth in "Elysium" (adding robots, changing the year, etc.) the Defendants made obvious efforts to disguise their infringement.

CONJOINED SETTINGS: Rich Satellite World, Poor Dystopic Earth:

97.    The placement of the Plaintiff's two unique settings (the satellite for the super-rich, orbiting the Plaintiff's dystopic future-Earth, paragraphs 87-96) are the Plaintiff's copyright.

98.    The Plaintiff is aware of no other story, prior to Butterfly Driver, featuring a gigantic man-made super satellite with giant aquatic and forested areas, great medical technologies for the rich, and the other aspects listed in paragraph 89. Nor is he aware of any stories, prior to his, featuring his vision of a dystopic future-Earth, with all the the aspects listed in paragraph 93.

99.    The Star Trek (1969, TV) episode, "The Cloud Minder" is the nearest copyrightable equivlent known. But "The Cloud Minders" did not feature a man-made orbiting giant satellite, but a city that floated in the the clouds. The human-like alien beings there were not super-rich. Rather, they were alien artists and intellectuals. There were no aquatic or forested features, nor special medicine that compelled the other alien species, on the planet below, to the cloud city. On the planet, the aliens all worked in mines, and was nothing like the Plaintiff's future-Earth.

100.    Butterfly Driver and Elysium are "Science Fiction" works, because they loosely adhere to, or expand, understood science. The fact that The Cloud Minders features a city that floats in a cloud (against all science), makes it a "Fantasy" genre story.

SETTING: YEAR

101.    Butterfly Driver is set in the year 2120.  Elysium's original script says the movie is set in 2109 . But the actual film and official synopsis revise that year to 2154. However, In 2010, before the Defendants had written their script, the Plaintiff posted an 80 word logline of his screenplay (for investors), on his website (mrexcellentmovie.com) in which he changed the setting year of

16

Butterfly Driver to 2144 -ten years from Elysium's final setting. **[See Exhibit Q]** .

102.   In placing Elysium's setting year near the Plaintiff's setting year, the Defendants adhere to and expand a pattern of infringement and similarity.

### 4) CENTRAL CONFLICT INFRINGEMENT

103.   The "conflict" is/are the thing(s) that stands between the hero and his goal. The heroes of both, the Plaintiff's, Butterfly Driver, and the Defendants', Elysium, have extremely similar goals. Both heroes need to get to a satellite world to access medical technology. Both heroes must overcome an almost identical conflict list:: 1) the hero is not a citizen of the satellite world; 2) the hero is poor; 3) the hero needs fake I.D. and help to get to a satellite world; 4) a powerful, evil, official wants the hero stopped; 5) the hero suffers debilitating headaches which make reaching his goal more difficult; 6) The evil, powerful official sends a special agent to apprehend the hero.

SUMMARY: Central Conflict

104.   All of the story conflicts, enumerated in paragraph 103, together, are an expression of the Plaintiff's effort, from his screenplay, "Butterfly Driver", the Plaintiff's exclusive copyright.

105.   The Defendants infringed on the Plaintiff's copyright by adopting all of the Plaintiff's central "conflicts", listed in paragraph 103, for their screenplay and film, "Elysium".

106.   Further, the Plaintiff charges that in making three minor changes to the "conflicts" in "Elysium" (e.g. making the pursuing agent into an "evil" agent, and changing the gender and office of the evil Official), the Defendants made willful efforts to disguise their infringement.

### 5) THEME(S) INFRINGEMENT

107.   The Plaintiff's "Butterfly Driver" has at least five imperarive central themes:

   1) <u>Survival without adequate healthcare is inhumane</u>

   2) <u>the plight of immigrants is brutal</u>

   3) <u>wealth corrupts and divides us</u> (literally -the poor on Earth, the rich on a satellite)

   4) <u>Heroic Sacrifice</u>:  BUTTERFLY DRIVER: Arlo  risks everything for his daughter.

   ELYSIUM: Max gives up his life to save Matilda and mankind.

   5) <u>Redemption comes from refusing to give up hope</u> (the spiritual theme of both movies).

   BUTTERFLY DRIVER (spiritual theme): Arlo doesn't give up hope of saving his

17

COMPLAINT

1  daughter. Thus, in the end, he finds redemption and liberates the world with free,

2  fair elections. (Butterfly Driver uses a rabbi, a cleric, a pastor and a necklace to

3  reinforce this theme).

4  ELYSIUM (spiritual theme): Max doesn't give up his dream of getting to Elysium;

5  thus, finds redemption -and liberates the world. (Elysium uses a nun and a necklace

6  to reinforce this theme).

7  SUMMARY: Themes

8  108.  The five themes (listed in paragraph 107) are, in the context of his script, "Butterfly

9  Driver", or in any substantially similar story, the artful expression and copyright of the Plaintiff.

10  109.  The Defendants adopted all five of the Plaintiff's central themes for "Elysium", further

11  infringing on the Plaintiff's copyright.

12  6) CATALYST, CRISIS, CLIMAX (and twist) INFRINGEMENT

13  110.  Typically a screenplay has three imparitive "plot points": 1) catalyst, 2) crisis, 3) climax.

14  Elysium borrows all three from the Plaintiff's, "Butterfly Driver".

15  **CATALYST**

16  111.  The catalyst is the event that pushes the hero into action, and gives him his goal. The

17  catalyst usually marks then end of the first act and the beginning of second.

18  112.  BUTTERFLY DRIVER: the hero learns his daughter has less than a week to live,

19  unless he can get to Uberopolis to get medicine to save her. **[Exhibit A p. 35]**

20  113.  ELYSIUM: the hero learns he has only five days to live, unless he can get to Elysium

21  for medical care. *His girl-friend's dying daughter must get there, too. In the film Max has 5 days

22  to live. Elysium's script is inconsistent: "only a few days" or "20 days". **[Exhibit B pp 31, 72]**

23  **CRISIS**

24  114.  The crisis is the story's low point, when all hope seems lost.

25  115.  Usually the crisis occurs about halfway through the story. The Plaintiff's crisis occurs

26  near the third act, The Defendants also place their crisis near the end. Compare:

27  116.  BUTTERFLY DRIVER: after struggling to get to Uberopolis, Arlo learns the

28  medication his daughter needs is not on the satellite world. **[Exhibit A p. 83]**

18

COMPLAINT

117. ELYSIUM: Arriving to Elysium, Max learns he can't be treated without wiping out the data in his head, and Matilda can't be treated because she's not a citizen. **[Exhibit B pp. 105, 106]**

**CLIMAX**

118. The climax begins when the hero directly confronts the villain, until the resolution.

119. The Plaintiff set his climax on the giant satellite for the effect: the great battle on the great satellite. Arlo initiates the climax by holding an explosive devise to his head to gain access to the villain.

120. Conversely, the Defendants started their climax on Earth; where the battle could have ended. But the Defendants moved the dying child, her mother, the hero, and the villain, all to the satellite world, to conclude the battle; to emulate the effect of the Plaintiff's script. Max escalates the climax by holding a grenade to his head to gain entry into Elysium.

121. Both works have identical CLIMAX TWISTS: The hero battles the villain on the giant satellite. They struggle. Finally the hero gains the advantage, then suddenly, the "twist": the hero has a massive headache. **[Exhibit A p. 109; Exhibit B p 112]**

SUMMARY: Catalyst, Crisis, Climax (and twist)

122. The Plaintiff's catalysts, crisis, climax (and "climax twist") are, collectively the Plaintiff's unique expression, and the plaintiff's exclusive copyright.

123. As shown in paragraph 110-122, the Defendants' catalyst, crisis and climax are all identical, or extremely similar to the Plaintiff's; and thus, infringe on the Plaintiff's copyright.

7) <u>INCITING INCIDENT INFRINGEMENT</u>

124. The inciting incident, as many writers and screenwriters know, is the event that takes the hero out of his normal routine world. It is sometimes, simply, the catalyst.

125. The Plaintiff's inciting incident occurs midway through the first act. The Defendants' "Elysium" uses the Plaintiff's inciting incident as the first event of the second act. But in both works, oddly, the inciting incident is separate from the inciting incident.

126. BUTTERFLY DRIVER'S INCITING INCIDENT: Arlo learns bounty hunters are closing in on him. He realizes he has to get his wife and kids out of their dangerous "zone" city and into the rich, safe "State". But he needs money to pay their transport and immigration

19

1   ("repatriation") fees. Arlo turns to his friend -a local underground transporter. <u>The transporter has</u>

2   <u>a disability: he is a missing arm</u>. The transporter arranges Arlo's wife and kids' transport and

3   immigration -BUT Arlo must do a VERY dangerous mission in exchange.

4       127.    ELYSIUM'S INCITING INCIDENT: Max learns he has radiation poisoning and has

5   only five days to live. His only hope is to get to the satellite city, Elysium, for medical care. With

6   no money to pay, Max asks his friend (a local underground transporter) to smuggle him to

7   Elysium. <u>The transporter has a disability: he has a paralyzed leg</u>. The transporter agrees to

8   transport Max -if Max does a VERY dangerous mission in exchange.

9                         SUMMARY: Inciting Incident

10      128.    The unusual structure of "paying emmigration transport, by doing a dangerous mission

11  for a disabled underworld transporter," is the Plaintiff's expression and copyright.

12      129.    As illustrated in paragraph 124-128, the Defendants "Elysium", adopts the Plaintiff's

13  inciting incident, and thus infringes on the Plaintiff's copyright.

14                8) <u>IDIOSYNCRATIC & STYLE INFRINGEMENT</u>

15      130.    The Plaintiff use of two unusual words, one double naming of a prop, one word play,

16  and the omission of race and sex, can be considered idiosyncratic, or a style signature. The

17  Defendants','"Elysium", uses these same (or extremely similar) idiosyncrasies :

18      131.  **(A)**  BUTTERFLY DRIVER uses the very uncommon word "repatriate", in lieu of

19  the word "immigrate**". [Exhibit A pp. 12, 13, 34, 41 117]**.

20      132.    ELYSIUM uses the word "repatriated" on page 5. **[Exhibit B p. 5]**

21      133.    "Repatriation" is usually used in association with war. The Plaintiff uses it to reference

22  immigration in a warlike state. The word departs from Blomkamp's simple story language.

23      134.  **(B)**  BUTTERFLY DRIVER uses the term genetic "reprogramming" for the act of

24  reversing the effects of disease, age, and physically improving a person. **[Exhibit A p. 3, 36, 90].**

25      135.    ELYSIUM uses a similar term "reatomizing" for the act of reversing the effects of

26  disease and age, and physically improving a person. **[Exhibit B pp. 2, 4, 104)**

27      136.  **(C)**  BUTTERFLY DRIVER refers to a key necklace as a "necklace" and a "pendant".

28  This is unusual because most screenwriters refer to each object by one name, to avoid confusing

COMPLAINT

1    the props department -who dissect the script to prepare props for each scene.

2         ELYSIUM also refers to their necklace as a "necklace" and a "pendant"

3    137. **(D)** BUTTERFLY DRIVER shows humans killed in space and their bodies left to

4    fall back to Earth. The Plaintiff uses the terms "disposal" and "litter" to show the dead bodies are

5    the new "trash" hazard. Playing with this motif, the villain, Drexler, orders a shuttle set for

6    "disposal" -meaning: dump all aboard into space. **[Exhibit A pp. 3, 31, 107, 105, 108]**

7         138. ELYSIUM: Before Rhodes orders Kruger to destroy two shuttles full of immigrants

8    (to let their bodies to fall to Earth) she asks how many of the ships are a "debris danger" -playing

9    on the "trash" motif. **[Exhibit B pp. 10, 11]** (the "debri danger" line was cut out of the movie).

10   139. **(E)** BUTTERFLY DRIVER omits the racial identities of the central characters, to

11   reflect a less "racial' future. Omitting this information is unusual for a screenplay.

12   140. ELYSIUM also omits any mention of the racial identity of its central characters.

13   141. **(F)** BUTTERFLY DRIVER, is somewhat unique in that there is an absence of sex in

14   the storyline (against Hollywood conventions). The Plaintiff made this unusual style decision to

15   maintain the integrity of his story and his central hero, and to add urgency to the story.

16   142. ELYSIUM also follows the Plaintiff's model and permits no sexual contact.

17         SUMMARY: Idiosyncratic and Style Infringement

18   143. The Plaintiff's idiosyncratic elements described in paragraphs 131-142, in the

19   context of Butterfly Driver, or any similar work, are the plaintiff's copyright. In taking these

20   idiosyncrasies for Elysium, the Defendants further infringed on the Plaintiff's copyright.

21         9) FUTURE TECHNOLOGICAL 'VISION" INFRINGEMENT

22   144. **Butterfly Driver:** the Plaintiff's future vision is expressd in theree central technologies:

23   1) an advanced satellite world, 2) medical technology; 3) a future where the rich routinely

24   commute from Earth, to their homes on a satellite world, in private and public spacecraft.

25   **Elysium:** features the central technologies of: 1) a satellite world for the rich; 2)  medical

26   technology (identical to the Plaintiff's medical technology, "genetic reprogramming"); 3) shows

27   the rich routinely commute from Earth, to their homes on a satellite world, in private and public

28   spacecraft. **[Exhibit A p  33, 70, 73, 76; Exhibit B p 50, 51, 52 ].**

                                            21

                                                        COMPLAINT

145.    SUMMARY: paragraph 144 illustrates the Defendants' technological "vision" infringes on the Plaintiff's technological "vision", and on his copyright protected work, Butterfly Driver.

10)  RESOLUTION SIMILARITY

146.    In both scripts, the heroes actions have unlikely global consequences. Compare:

147.    **"BUTTERFLY DRIVER" Global Impact Resolution**: The hero's actions topple the government, bringing much of the world free, open elections -as well as a new clean energy.

148.    **"ELYSIUM" Global Impact Resolution:** because of one hero's actions, the government of Elysium is toppled, and medical aid is sent out to cure all the people of the world.

149.    SUMMARY: The Defendants' resolution mirrors the nature, style and scale of the Plaintiff's resolution, and conforms to an expanding pattern of similarity and infringement.

MOOD and PACING

150.    Mood is the pervading feel of a work; created by setting, tone and pace. The Defendants' mirror the mood of the Plaintiff's work, as; 1) The pacing of both works is similar: fast but not frenetic; (2) both works feature disabled characters, suggesting a brutal government; (3) both works are serious, with little humor in narrative, dialogue or action; (4) the settings and themes of both works are identical; (5) both works used similar scenes too darken the mood, such as unnecessary, casual police beatings of the heroes. **[See Exhibit A p. 30; See Exhibit B p. 8]**

151.    Again, both works feature the mood and pacing aspects listed in paragraph 150, expanding the Defendants' pattern of infringement of the Plaintiff's work.

**SECONDARY INSTANCES OF COPYRIGHT INFRINGEMENT**

1)  SECONDARY SCENE INFRINGEMENT

152.    The following scenes from the Plaintiff's work, were infringed on by "Elysium".

153.    **(A)** In Butterfly Driver, to gain direct access to the villain, Arlo, holds up an explosive "A-cell" and threatens to detonate it. In an uncertain moment with the villain, Arlo throws the A-cell out a window.  **[Exhibit A pp. 88, 97]**

154.    In Elysium, to get to Elysium, Max holds a grenade to his head and threatens to detonate it. In an uncertain moment villain, Max throws the grenade in a shuttle's cockpit. **[Exhibit B pp. 94-95]** (*Note: in the actual film, Max does not throw the grenade).

22

155. **(B)** In <u>Butterfly Driver</u>, hero, Arlo, is strap-locked in a doomed shuttle, and breaks free and struggles to saves his friend from his straps. **[Exhibit A p. 31]**

156. In <u>Elysium</u>, hero, Max, must struggle to free his friend, Frey, who is strap-locked in the seat of a doomed shuttle. **[Exhibit B p. 96-99]**

157. **(C)** In <u>Butterfly Driver</u>, Jerry negotiates with insurers for his son's life. **[Exhibit A p. 22]**

158. <u>Elysium</u>: Frey negotiates with hospital for her daughter's life. **[Exhibit B pp. 26, 27]**

159. **(D)** In <u>Butterfly Driver</u>, the villain, Drexler, is extremely strong because he was reprogrammed without myostatin **[Exhibit A p. 36].** Drexler also refers to himself as "immortal", suggesting he feels superior to regular humans. **[Exhibit A p. 99]**

160. In <u>Elysium</u>, the villain, Kruger possesses "immense strength" **[Exhibit B p. 20]**, from re-atomizing. Kruger calls the humans on Earth "humans" and "peasants", suggesting he thinks he and Elysians are superior to regular humans. **[Exhibit B pp. 57, 67, 91]**

161. **(E)** In <u>BOTH</u> screenplays tech programmers must forge documents to get the heroes into Uberopolis and Elysium, respectively. **[Exhibit A pp. 57-58, Exhibit B pp. 44]**

162. **(F)** <u>Butterfly Driver</u>: Arlo has a tracker cut out of his neck. **[Exhibit A p. 33]**

163. <u>Elysium</u>: Kruger cuts an ID & tracking chip out of his wrist. **[Exhibit B p. 57]**

164. SUMMARY: Paragraphs 153-163 are further instances and evidence of the Defendants' "Elysium" infringing on the Plaintiff's copyright protected work, "Butterfly Driver".

### 2) SECONDARY CHARACTER INFRINGEMENT

#### (1) Rianna & Benni Vs Frey :

165. Elysium's character FREY is a hybrid character based on the characters RIANNA & BENNI from the Plaintiff's copyright protected work, "Butterfly Driver". Compare:

166. <u>Butterfly Driver</u>: Rianna lives in an slum, but is an educated, devoted mother; while Benni is beautiful, hopeful, but disappointed with the men around her. **[Exhibit A p. 52].**

167. <u>Elysium</u> : Frey lives in an uneducated slum, but is an educated, tough and devoted mother -also beautiful hopeful and disappointed with the men around her **[Exhibit B p. 75].**

168. <u>Butterfly Driver</u>: the writer hints at an attraction between Benni and Arlo, but no romance occurs, as it would undermine the story's urgency. **[Exhibit A p. 52]**

23

169. Elysium : Max is attracted to Frey, but no romance occurs. **[Exhibit B pp. 15, 75]**

**(2) Jerry Vs Kruger:**

170. Although Elysium's "KRUGER" is evil and Butterfly Driver's JERRY Matthiessen is good, they have a few important things in common:

171. **(A)** JERRY and KRUGER are both sent to apprehend the hero by a high ranking official.

172. **(B)** Butterfly Driver: when superiors ask agent Jerry Matthiessen to find Arlo, Jerry bargains for health care for his son, before accepting the mission. **[Exhibit A pp. 25, 45]**

173. Elysium : when his superior asks special agent Kruger to apprehend Max, Kruger bargains for a mansion and more, before accepting the mission. **[Exhibit B pp. 56, 57]**

174. **(C)** Butterfly Driver: Jerry works for government law enforcement, the OFI

175. Elysium : Kruger works for government law enforcement, the CCB.

**(3) Dylan Vs Spider:**

176. The Defendants' character "SPIDER" bears a striking resemblance to the Plaintiff's character, "DYLAN". Compare:

177. In Butterfly Driver, "Dylan" runs an underground base with flight path monitors on the walls. He sometimes transports immigrants. He is disabled: missing an arm. **[Exhibit A p. 7]**

178. In Elysium,"Spider" runs an underground base, with flight path monitors on the walls. He transports immigrants. He is disabled: a paralyzed leg. **[Exhibit B p. 36]**

**(4) Matty Vs Matilda:**

179. Elysium's character, "Matilda" (who infringes on Plaintiff's character, "Franny") also bears striking resemblance to the Plaintiff's character "MATTY". Compare:

180. Butterfly Driver: "Matty" is Jerry's sick 9 year old son. He is dying of a respiratory disease. He wants to be healthy and get out of his air chamber. **[Exhibit A p. 44]**

181. Elysium : "Matilda" is 6 and dying of Leukemia. She is the daughter of Frey, Max's childhood sweetheart. Matilda wants to be healthy and get out of the hospital. **[Exhibit B p. 66]**

182. The fact that "Matilda" is the feminine form of "Matty" is also curious.

183. SUMMARY: Paragraphs 165-183 provide further examples and evidence of the Defendants' infringement of the Plaintiff's copyright, and expand a pattern of similarity.

24

COMPLAINT

MINOR SCRIPT INFRINGEMENT:

184. **(B)** Butterfly Driver: the final battle and chase on Uberopolis, Arlo runs through doors that take the fight under the metal city floor. **[Exhibit A p. 101]**

185. Elysium the final battle and chase on Elysium, Max goes through a hatch that takes the fight under the metal city floor. **[Exhibit B pp. 110-112]**

186. **(C)** Butterfly Driver, Arlo's friend is killed by a state bounty hunter. **[Exhibit A p. 10]**

187. In Elysium , Max's friend is killed by state assassin, Kruger. **[Exhibit B p. 64]**

188. **(D)** Butterfly Driver: uses Bush era, post 911 terms to reinforce points, such as: "I don't negotiate with State enemies," and tags like "embolden". **[Exhibit A pp. 51, 88]**

189. Elysium borrows this stroke with "Homeland Defense" ("Homeland Security" in the movie). **[Exhibit B p. 2, 100]**

190. **(A)** Butterfly Driver: A character named "VAN" reflects some current attitudes toward immigrants, when he comments about an immigrant woman's hard work, "She just repatriated. People from the state can't work like that." **[Exhibit A p. 41]**

191. Elysium : reflects some current attitudes toward immigrants when Rhodes says, "Jesus Christ. Yes, the real issue. The ungodly influx of immigrants..." **[Exhibit B p. 17]**

192. **(E)** Butterfly Driver: Drexler and leaders talk politics and P.R. **[Exhibit A p.75]**

193. In Elysium : Delacourt, and leaders discuss politics and P.R. **[Exhibit B pp. 17-18]**

194. **(F)** In Butterfly Driver:, the massive climax battle causes chaos among civilians, and causes security officers to evacuate as alarms blare. **[Exhibit A p. 105]**

195. In Elysium , the massive climax battle causes chaos among civilians, and causes security officers to evacuate as alarms blare. **[Exhibit B p. 110]**

196. **(G)** Butterfly Driver: remote cameras track Arlo. **[Exhibit A pp. 98, 103, 107]**

In Elysium : remote cameras track Max **[Exhibit B pp. 80, 90]**

197. **( H )** Butterfly Driver: Characters refer to Arlo as a LEGEND. **[Exhibit A pp. 14, 48]**

198. Elysium : Julio tells Max "... you used to be a LEGEND. **[Exhibit B p. 25]**

199. Paragraphs 184-199 provide further examples and evidence of the Defendants' infringement of the Plaintiff's copyright, and expand a pattern of similarity.

25

COMPLAINT

## INTERNET / MULTI-MEDIA INFRINGEMENT

200.  The Plaintiff, showed the science, social nd political history behind his world,. The Defendants eliminated the social and political history from their script and film, but included this information on the official Elysium website. These details further infringe on the Plaintiff's "Butterfly Driver"; listed below:

201.  **(A)**  In <u>Butterfly Driver:</u> the villain, Drexler, is directly responsible for creating Uberopolis. He is the richest man in the world and owner of the most profitable company ever - Drexler Industries. Drexler Industries makes it's fortunes from 3 enterprises: 1) HEALTH & MEDICAL; 2) REAL ESTATE (homes on Uberopolis); 3) its media company.

202.  In <u>Elysium</u> the evil character Carlyle is directly responsible for creating Elysium. He is the CEO of Armadyne Corp. Armadyne is the most profitable company ever. Armadyne makes its fortune from 3 enterprises: 1) HEALTH & MEDICAL COMPANY;2) REAL ESTATE (Elysium); 3) his robotics products. (http://www.armadyne.net/company/leadership.php )

203.  **(B)**  <u>Butterfly Driver:</u> : When the second half of Uberopolis is completed it will support 200,000 to 300,000 citizens.  **[Exhibit A p. 4]**

204.  The offficial <u>Elysium</u> website says Elysium has a maximum capacity of 251,200 citizens -approximating Uberopolis's capacity. (http://www.welcometoelysium.com/)

205.  **(C)**  In <u>Butterfly Driver:</u>, immigration into the state costs tens of thousands of dollars. But only citizens who pass an intelligence test can vote.  **[Exhibit A pp. 12, 84]**  On the <u>Elysium</u> official website, it is revealed that legal immigration requires an IQ test. The website includes an IQ test site visitors can take.  http://www.itsbetteruphere.com/

206.  **(D)**  In "<u>Butterfly Driver:</u>" the government of Uberopolis also governs Earth, from Uberopolis, and it is a corporate, business centered world government.

207.  The official <u>Elysium</u> website establishes that the government of Elysium also governs the Earth. It is a business centered government, governed by The Elysium Corporate Authority. ( http://www.armadyne.net/#../company/about.php).

208.  Paragraphs 200-207 provide further examples and evidence of the Defendants' infringement of the Plaintiff's copyright, and expand a pattern of similarity.

26

<u>MARKETING INFRINGEMENT</u>

209.   The synopsis is a filmmaker's foremost marketing tool.  In 2010, the Plaintiff posted an updated Butterfly Driver investor synopsis online, **[See Exhibit Q]** archived Aug. 6th, 2010, at: http://web.archive.org/web/20100807072930/http://www.mrexcellentmovie.com/future.html The Defendants synopsis seems patterned after that synopsis written by the Plaintiff's. Compare:

210.   "**BUTTERFLY DRIVER:** In 2144 Earth is grossly overpopulated, with 95% of the population living in poverty, while the elite .01% live on the giant man made luxery satellite, Uberopolis. Against this backdrop, in some anonomous slum, legendary soldier -and world's most wanted fugitive, Arlo Grainer, learns the polluted atmosphere will kill his daughter unless she receives an extremely costly drug. For that medicine Arlo will go across the globe and into the heart of Uberopolis, pursued by every bounty hunter on Earth".

211.   **ELYSIUM** (Synopsis-Logline): "In the year 2154, two classes of people exist: the very wealthy, who live on a pristine man-made space station called Elysium, and the rest, who live on an overpopulated, ruined planet. The people of Earth are desperate to escape the crime and poverty that is now rampant throughout the land. The only man with the chance to bring equality to these worlds is Max (Matt Damon), an ordinary guy in desperate need to get to Elysium. With his life hanging in the balance, he reluctantly takes on a dangerous mission -- one that pits him against Elysium's Secretary Delacourt (Jodie Foster) and her hard-line forces -- but if he succeeds, he could save not only his own life, but millions of people on Earth as well."

SUMMARY: Marketing Infringement

212.   The Defendants' synopsis only mentions aspects infringed on from the Plaintiff's work -no mention of robots, exoskeleton suits, or high-tech guns, as they are insubstantial, and added only to disguise the infringement.  The Defendants' synopsis follows the Plaintiff's synopsis structure. Mention, first, the year, then the class division, then the satellite world, followed by plot details. On IMDB's top 200 science fiction films, of the future-set non-time-travel films, only "Elysium" and "Children Of Men", include the setting year in their synopsis, just as the Plaintiff.

213.   Paragraph 209-212 illustrate the Defendants' "Elysium" marketing synopsis adheres to a pattern of infringement and  similarity.

27

COMPLAINT

## DEFENDANTS' ATTEMPT TO APPEAR DISSIMILAR:

214. Beyond the extensive copyright infringement outlined herein, (see in paragraphs 1-213) the Plaintiff believes the Defendants made obvious efforts to hide infringement and appear dissimilar from the Plaintiff's work (see paragraph 1-213). These efforts began long before the film was released. While making Elysium, the Defendants implemented measures of extreme secrecy -to keep the Plaintiff unaware his work was being misappropriated. In pre-production, the Defendants would not permit actors to see a script, or review their lines before auditioning. Cast and crew members were not permitted to reveal any story details, or take a script home. Legendary actress, Jody Foster, star of Silence of The Lambs (perhaps the film with the most surprise ending ever), says she had never seen such secrecy. **[See Exhibit R]**.

215. Further evidence of the Defendants' efforts to hide their infringement is Jodie Foster's media statements that her character was originally written for a man. **[See Exhibit S].**

216. Late May 2013, the Plaintiff contacted about 40 attorneys (including the Defendants' Counsel, K.W.I.K.A. Law) providing, via email, many case details. **[See Exhibit T]**. A few attorneys declined due to a "conflict of interests". KWIKA Law did not respond.

217. The plaintiff believes, in May or early June 2013, the Defendants were informed of the immanent suit, giving them two months to re-edit portions of the film. The Plaintiff suspects this because the Defendants' script calls for four headaches, yet the film shows only three. And the 3 surviving headaches were inexplicably short; and all missing the special effects described in the script. The "epileptic white static", the "blast of static pain", the "searing white light", and the "white hot flash of cerebral pain..." are all missing, as if someone tried to edit out the headaches, but couldn't make the scene work without a pinch of the headache footage. Defendant, Neill Blomkamp, is a special effects master. Every special effect in his film is executed as described - except the headaches. The Plaintiff contends the Defendants removed one headache, and attempted to remove the others, but could not, due to  insufficient coverage film footage.

218. The Plaintiff believes the enormity of infringement, outlined throughout this complaint, joined with the Defendants' efforts to appearance of dissimilar, surpass substantial similarity, and comfortably meet the Striking Similarity criteria.

28

COMPLAINT

1                                   **DEFENDANTS' PROFITS**

2      219.     As of December 16th, 2013, Elysium had earned over $286,000,000, worldwide,

3 against a cost of 115,000,000; amounting to profits of $161,000,000 (not include online, TV, or

4 DVD sales). The Plaintiff suspects the Defendants overstate losses in anticipation of this

5 litigation, as the budget for Elysium was listed at $90,000,000 from late May to late July, 2013,

6 all around the internet. Suddenly, in July 2013, months after production ended, the budget

7 skyrocketed to $115 million. The Plaintiff believes this is "Hollywood acounting, at play,

8 where expenses are inflated to make films appear to be losses."**[See Exhibit U]** See:

9 (http://web.archive.org/web/20130629221705/http://en.wikipedia.org/wiki/Elysium_(film)

10      220.     The Plaintiff believes, upon learning of this litigation, June 2013, the Defendants

11 began to grossly inflate their expenses. The Plaintiff believes the actual cost of Elysium is

12 $90,000,000, and the global marketing expenses to be $40,000,000, based on the $35,000,000

13 marketing budget Sony gave "District 9", Blomkamp's first film in 2009 ($210,000,000 gross

14 worldwide). The Plaintiff believes each Defendants' fees, royalties, salaries, or other "expenses"

15 received for any service they provided in the infringement (including fees for writing, directing,

16 producing, facilities, rights, etc.) must be deducted from costs and counted as profit.

17                  DEFENDANTS' BUSINESS ETHICS CONCERN

18      221.     On May 14th, and June 11th 2013, billionaire investor, Daniel Loeb, CEO of Third

19 Point, LLP, Sony's largest shareholder (7%), wrote an open letter to Sony's President, Kazuo

20 Hirai, asking Hirai to make Sony Pictures Entertainment (Defendant) a partially publicly traded

21 company because it lacks transparency, accountability and discipline. **[See Exhibit V]**. Other

22 articles criticize Sony picture for not implementing the same accounting methods for their film

23 production as propounded in their investment business plans. Mr. Loeb's letter initiated an

24 investor conference, November 2013, and a budget slashing of $100,000,000 at Sony Pictures.

25                       **PERSONAL DAMAGES AND INJURY**

26      222.     The Plaintiff's "Butterfly Driver" is a tight, thoughtful work, cultivated from the

27 American experience of a native Californian, transplanted to an immigrant community in New

28 York City (Inwood, Washington Heights) during the events of 911 (2001); forged from first-hand

COMPLAINT

1 perspective of the failures of the American healthcare system (then); and life-long witness

2 experience of the heart wrenching dichotomy engendered by America's immgration issues. Even

3 "Franny", the sick seven year old girl, was based of the Plaintiff's asthmatic seven year old son.

4     223.    Conversely, the Defendant(s)'s "Elysium" lacked any authenticity feel, is marred by

5 story flaws, such as the collision of thoughtful and absurd ideas, a lack of character depth, story

6 consistency -and basic science understanding (e.g., using turbine engines for space travel, etc.).

7       The Defendants' film promulgated conspicuously racist views; such as their vision of a

8 future where Latinos have amassed no wealth and (in the Defendants' eyes) have no work ethic

9 -as seemingly all Latinos in their film and script, wish to illegally enter a space world, where no

10 jobs are offered, so they can illegally live in mansions, get free health care, and not work. These

11 flaws and offensive views made Elysium one of Slate Magazine's Worst Movies of 2013.

12     224.    As a consequence of the Defendants' infringement, and their offensive views, the

13 Plaintiffs' reputation may be permanently damaged by the igniminious association with the

14 Defendants' infringing work. The Defendants' infringement makes it much harder for the Plaintiff

15 to approach the filmmaking establishment for support on future works, as Sony Pictures Ent., Inc.

16 also owns Columbia Pictures, and fellow Defendant, TriStar Pictures.

17     225.    The Defendant's infringement makes it impossible for the Plaintiff to market his

18 screenplay, as there is no room in the film market for two films about a poor man living in the

19 future ruins of an impoverished Earth, who needs to get to a satellite world for the super rich, etc.

20 As affirmed by LEWIS GALOOB TOYS, INC.v. NINTENDO OF AMERICA, INC., 964

21 F.2d 965 (9th Cir. 1992) Judge FARRIS [Cite: The Supreme Court specifically affirmed finding

22 that the motion picture adaptation "impinged on the ability to market new versions of the story."

23 Stewart, 495 U.S. at 238]

24 **ACCESS NOTE**

25     226.    The Plaintiff is does not believe Kevin Spacey or Dana Brunetti were complicit in

26 the access of his work or the infringement. But the Plaintiff is certain one or more of the

27 Defendants, or an acquaintance, accessed the Plaintiff's work on TriggerStreet.com.

28     227.    Since Defendant, Blomkamp, is at least credited with writing Elysium, the Plaintiff

30

COMPLAINT

1 believes he is most likely the infringer. Since TriggerStreet (now Trigger Street Labs) is a website

2 for short filmmakers and screenwriter, and in 2007 Blomkamp was exclusively a short

3 filmmaker, and the Plaintiff a screenwriter, adds to the weight of evidence against Blomkamp.

4     228.    Defendant, MRC, has been invloved with Spacey's and Brunetti's Trigger Street

5 Productions since late 2010 or early 2011 concerning, "House of Cards" (six months to a year

6 before production of Elysium began).

7     229.    Defendant QED International and CEO, Bill Block, have had been in business

8 contact with Trigger Street Productions since 2009 or early 2010, on the film "Inseparable" -

9 almost two years before production of Elysium.

10     230.    Defendants Sony Pictures Entertainment and TriStar began work with Trigger Street

11 Productions in March of 2007, on the feature film "21" -a few months before the Plaintiff alleges

12 one or more of the Defendants accessed his script.

13     231.    In 2007 TriggerStreet.com ("Trigger Street") gave screenwriters access to critical

14 feedback from their peers -and a small hope of being noticed by a Hollywood insider. In 2004,

15 and again in 2007, Defendant Neill Blomkamp gained worldwide attention due to his knack for

16 using social media to create viral global interests in his short films.

17     232.    In 2007, the Plaintiff, was a screenwriter seeking feedback from his peers, and

18 Defendant, Blomkamp, was a short filmmaker, based in Los Angeles (home of Trigger Street).

19 Neill Blomkamp, at the time (2007), was perhaps the most social media savvy short filmmaker in

20 the world -and living in the screenwriting hub of the world. The idea that a viral short filmmaker

21 could be in Los Angeles in 2007 and not be aware of Trigger Street, seems implausible.

22     233.    In 2007, just as today, the majority of TriggerStreet members were short filmmakers

23 and screenwriters. In 2007, Neill Blomkamp was a short filmmaker, with only a few short films

24 (and no feature films) to his credit. Blomkamp would wouldn't start his first feature film,

25 "District 9", for another year, until June 2008; and wouldn't finish until 2009.

26                     **DEFENSE'S CHARGE OF "PREVIOUSLY PUBLISHED"**

27     234.    In the Defense's Answer And Affirmative Defenses to the Plaintiff's original

28 Complaint, the Defense suggests that potions of the Plaintiffs work were previously published

COMPLAINT

1  (paragraph 201). This is mistaken. The Defense is suggesting the short (25-90 word)

2  logline/synopses the Plaintiff posted on his website and private and special interest, screenwriter

3  websites (with "Term of Use", etc., to attract investors, agents and filmmakers) constitutes

4  "publication".

5      235.    The Plaintiff contends the Defense's interpretation of "publishing" is wrong, and -were

6  that to become the precedent standard of "publication"- it would have a chilling effect on

7  innovation, as inventers and creators would be forced to secret away their wares from the very

8  entrepreneurs who would otherwise make their ideas real, for fear that even a simplified emailed

9  description of their work could be considered publication, and violate their protections.

10                            **COPYRIGHT REGISTRATION**

11      236.    As stated earlier (paragraph 1, and 15-17) in this amended Complaint (and in the

12  previous Complaint), the Plaintiff finished the first draft of his screenplay, "Uberopolis:City of

13  Light", May, 2005. He continued to revise it, eventually renaming it, "Butterfly Driver", January

14  2007 (approx.). The Plaintiff revised the work until late July or early August 2007, to the

15  Plaintiff's recollection and evidence. If the Plaintiff had registered sepearate copyrights for each

16  of the earlier, verifiable, fixed versions of Uberopolis, or Butterfly Driver (several posted on

17  TriggerStreet.com) there would be substantially more infringement claims in this Complaint.

18  But this suit is only for the final revised version of "Butterfly Driver", registered June 21st, 2013.

19      237.    During the registration process, on the U.S. Copyright Office's website, the Plaintiff

20  was asked to provide any previous titles of the work. As stated, Butterfly Driver is a revision and

21  refinement of the Plaintiff's original, "Uberopolis: City of Light"; thus, the Plaintiff provided that

22  previous title **[As Seen in Exhibit C].**  The Plaintiff was also asked, near that point to provide a

23  "Year of Completion". **[As Seen in Exhibit C].**  The Plaintiff was uncertain if the Copyright

24  Office wanted the year of completion of the earliest, previous, title, from 2005, or the final

25  version, from 2007. Uncertain, the Plaintiff entered the year of the "previous title", 2005. But the

26  Pllaintiff uploaded and registered, for the U.S. Copyright Office archives, a digital PDF of his

27  2007 title, "Butterfly Driver". This suit is for the infringement of that uploaded and registered

28  screenplay: the last edited 2007 version of Butterfly Driver, attached as **Exhibit A.**

COMPLAINT

**SERVICE NOTE**

238.    It should be noted that the Plaintiff's nephew, Vince Marchbanks, a graduate of USC's architecture department, 2007 (not a professional server), arrived to serve QED International at 1:50 pm, December 4th, 2013. A QED receptionist told Mr. Marchbanks the legal representative was at "lunch" and would be back in 20 minutes. After waiting an hour, and seeing no employees enter the building, Mr. Marchbanks asked the receptionist if the legal rep had returned. She said she would "check" his office. In a few minutes, she returned, saying the representative was now "busy", but he had directed the receptionist to take the documents.

239.    This was the second time Mr. Marchbanks attempted to served QED. The first time, on Tuesday, November 26th, 2013, the same receptionist received Mr. Marchbanks in the foyer and told him the other QED staff members were on vacation.

**THE PLAINTIFF'S IDENTITY AND PERSONAL HISTORY**

240.    Due to doubts posed by the Defense concerning the Plaintiff's identity, (line 5 of the Defense's Answers And Affirmative Defenses to the Plaintiff's original Complaint), and the vague character insinuations the Defense's intends, the Plaintif isf providing this section to assert his identity, hoping to spare the Court this effort.

241.    <u>The Plaintiff has NO criminal history, and has worked with emotionally disturbed kids for 26 years, requiring routine Federal and State background checks and fingerprinting.</u> Except for a custody suit, the Plaintiff has never sued (ot threatened to sue) another party. Nor has he ever collected unemployment, social assistance, etc.

PLAINTIFF"S IDENTITY

242.    The Plaintiff was born Steve Kenyatta Briggs, in San Francisco, California, September 24th, 1964. After his mother re-married to his step-father, Dennis Wilson, when the Plaintiff was 5 years old; the Plaintiff then took the name "Wilson". The name Wilson has been on his Social Security card as long as the Plaintiff can remember. The Plaintiff began to hyphenate his name, Steve Wilson-Briggs, around the time he was 16 years, or so, to the best of the Plaintiff's recollection. The Plaintiff, if memory serves, has been known as Steve Wilson-Briggs, or Steve Wilson Briggs (without hyphen), for about thirty years. In the late 1990's the Plaintiff began to

33

drop tthe hyphen when certain government and private agancies' (including certain airlines) computers could not process a hyphen. These agencies would then manufacture convenient names for the plaintiff, such as WilsonBriggs, or Wilsonbriggs (including the DMV) **[See Exhibit W** -S.S. Card, License, bank cards, AAA, passport; IRS and DMV mail; assorted travel documents]. While  other agencies drop the hyphen entirely, for "Wilson Briggs". Oddly, the hyphen appears on the Plaintiff's Social Security card, but not on the Social Security mailings. **[See Exhibit W]**

243.    The Plaintiff's banking, DMV, lIRS, emails, and everything else is in his life, is under the last name "Wilson-Briggs", or "Wilson Briggs" . The name that appeared on his license (expired in September 2013) was Wilson-Briggs. The name on his current licence is Wilson Briggs. National airlines and railrways process the Plaintiff's name with and without hyphen.**[See Exhibit W].** The name that appears on his son's birth certificate is Steve K. Wilson Briggs.

244.    "Steve Kenyatta Wilson Briggs", "Steve Kenyatta Wilson-Briggs", or "Steve Wilson Briggs", "Steve Wilson-Briggs", and "Steve Kenyatta Briggs" (or Steven);  all these names refer, nationally, to one person, alone, the Plaintiff. Steve Wilson Briggs.

245.    The Plaintiff found nowhere in Copyright law or in the registration process, requiring applicants use their birth name, or any specific name. If so, this would have a debilitatimg impact on women's standing in intellectual property, as they often take their spouse's names. It would have a similar effect on immigrants who's identities are valid, but often impossible to verify.

PLAINTIFF"S RESIDENCE

246.    For the past 15 years the Plaintiff has lived only at these addresses: 4996 Broadway # 4G, NY, NY 10034 (1999-2007); 4322 Chico Ave. Santa Rosa, California 95407 (his family's home for 42 years, 1971-the present); 681 Edna Way, San Mateo California, 94402 (2011 to present); and for 4 months at a forgotten address in Elmhearst, Queens, NY (1998-1999).

247.    From 1999 to the 2007, the Plaintiif declared dual residency in California and New York, using his family's home in Santa Rosa as his California residence -for reasons pertaining to maintaining custodial ties to California regarding parenting arrangements of his son. During this time the Plaintiff lived 8 to 9 monhs per year in New York and 3-4 months per year in California,

34

COMPLAINT

where he worked (exclusively) for Seneca Cente. This arrangement allowed the Plaintiff to live in New York City, without working, which afforded the Plaintiff unlimited time to parent his son, when he was in New York -without need for other Child Care -and unlimited time to write.

248.   When the Plaintiff moved back to California, in 2007, the Plaintiff returned to the family address in Santa Rosa. He uses that address on his license, Social Security, IRS and for some mail, as his home in San Mateo, is transitional.

PLAINTIFF"S EMPLOYMENT

249.   For the past 15 years the Plaintiff has worked for Seneca Center (Northern California, 1993 to 2009); Pheonix House (NYC, 1999); and The Sequoia Union High School District, (Redwood City, CA, 2010 to Present); all concurrent to his private writing, film and music endeavors. The agencies above have been the Plaintiff's only employers over the past 15 years.

**COUNT ONE**

**Copyright Infringement Under 17 U.S.C. §§ 101 et seq.**

250.   The Plaintiff incorporates by reference all of the allegations of paragraphs 1 through 250, inclusive, as if fully set forth herein.

251.   The Plaintiff is the writer of his screenplay, Butterfly Driver. Butterfly Driver is an original screeplay, copyrightable under the Copyright Act, The Plaintiff has a valid Copyright to his work. As such, per Title 17 U.S.C. §§ 101. et seq., the Plaintiff has the exclusive right to reproduce, distribute, perform, display, license, and to prepare derivative works based on the copyrighted work.

252.   The Plaintiff alleges that the Defendants' screenplay and film Elysium are derived from unauthorized misappropriation of the Plaintiff's work, Butterfly Driver; and infringe on the Plaintiff's copyright; in violation of Title 17 U.S.C. §§ 101. et seq.

253.   Pursuant to 17 USC § 106, in making derivatives, reproducing, distributing and displaying publicly their film, "Elysium" (based on their screenplay, Elysium), which infringes on the Plaintiff copyright protected Butterfly Driver, the Defendants violated the Plaintiff's exclusive rights of under Title 17 U.S.C. §§ 101. et seq.

254.   The Plaintiff alleges the Defendant's willfully committed the infringement of the

35

COMPLAINT

Plaintiff's work for purposes of commercial advantage and/or private financial gain.

255.    On information and belief, The Plaintiff alleges that, as a result of the Defendants' infringement of the Plaintiff's copyright protected work, Butterfly Driver, the Defendants have realized and continue to realize profits, rightfully belonging to the Plaintiff. As of October 1st, 2013, Elysium had earned over $286,000,000 million, against a cost of $90 to $115,000,000. Earning profits in excess of $161,000,000, and growing.

256.    The Plaintiff asserts the Defendants' infringement has caused and is causing substantial, irreparable damage to Plaintiff.

257.    The Plaintiff contends that the Defendant's screenplay and film, Elysium, bear "Substantial Similarity" to the Plaintiff's screenplay, and believes the Court may agree that the transgression rises to "Striking Similarity".

258.    The Plaintiff alleges each of the Defendants had discrete and convenient access to his work via Trigger Street (triggerstreet.com). Trigger Street can be accessed, free, and anonomously, anywhere there is internet connectivity.

259.    Beyond the vast similarity, the Plaintiff contends: 1) the Defendants made obvious attempts to give the appearance of dissimilarity; 2) the plaintiff's work contains idiosyncratic elements repeated or emulated in the Defendants work; 3) uniqueness, and intricacy of sections of the Plaintiff's work are mirrored in the Defendants'; 4) the same mistakes occur in both works.

260.    The Plaintiff alleges the Defendants' screenplay and film specifically infringe on the heart of the Plaintiff's story, Butterfly Driver, including the Plaintiff's plot, characters (hero, villain, sick girl, more), settings (including the giant orbiting satellite city for the super-rich), hero's affliction headache, hero's keepsake necklace, hero's goal, themes, central conflicts, catalyst, crisis, nciting incident, climax-twist, idiosyncratic elements, resolution, future vision, more.

261.    The Defendant's infringement is so extensive that when the Plaintiff's infringed content is extracted from Elysium there is no story left to market -all that remains are robots, two exoskeletons, some high-tech guns, and the hero's new backstory; all of which are simply "add-ons", added to disguise infringement -not connected to the central story.

36

COMPLAINT

# PRAYERS FOR RELIEF

## FIRST CAUSE OF ACTION: COPYRIGHT INFRINGEMENT

262. WHEREFORE, the Plaintiff asks the Court to enter judgment in his favor, and against Defendants, Neill Blomkamp, Sony Pictures Ent., Inc., TriStar Picture, Inc., Media Rights Capital, and Q.E.D. International, and grant the Plaintiff the following relief:

263. A.) Declare that the Defendants' unauthorized conduct violates the Plaintiff's rights under the Federal Copyright Act;

264. B.) Pursuant to Title 17 USC § 503(b) the Plaintiff requests The Court order the end of production and distribution, and the impounding and destruction of all original recordings and all copies of the Defendants' film "Elysium", in all formats (DVD, CD, film, digital, etc), and order the impounding and destruction of all derivatives (such as video games, soundtracks, etc.);

265. D.) As per Title 17 USC § 504(a)(b) the Plaintiff seeks Actual Damages (the opportunity to make and market his film) and Lost Profits;

266. E.) Such other and further relief as the Court deems just and proper;

267. F.) Pursuant to Title 17 USC § 506(a)(1)(A), as the Defendants' actions were willful and for purposes of commercial advantage, the Plaintiff asks the Court to hold the Defendant(s) criminally accountable as provided under section 2319 of Title 18.

268. G.) The Plaintiff also prays for the injunctive remedies of: ordering the stopping any further and future sales and distribution of the Defendants' infringing work, "Elysium" (by that name or any other name), in any form (digital, film, DVD, CD, online video, games, toys, etc.).

269. The Plaintiff incorporates by reference all of the allegations of paragraphs 1 through 208, inclusive, as if fully set forth herein. Consistent with the guidelines for injunctive remedies: 1) the Plaintiff has established that he will suffer irreparable harm without the injunctive measures; 2) the Plaintiff has presented a solid complaint and evidence supporting his claim that he will prevail; 3) the Defendants will not be harmed by the injunction more than the Plaintiff will be harmed without them; 4) and consistent with the guidelines for injunctive remedies, it is in the public's interest to be protected from being sold media and content misappropriated from other artists.

COMPLAINT

270.    H.) Pursuant to 17 U.S.C. §§ 412, the Plaintiff's "Butterfly Driver" was preregistered under section 408 (f) before the commencement of the infringement (and that has an effective date of registration not later than the earlier of 3 months after the first publication of the work or 1 month after the copyright owner has learned of the infringement). Thus, the Plaintiff prays of the Court for the remedy of reasonable fees for attorneys and disbursements. The Plaintiff's U.S. Copyright Office registration effective date for his unpublished script, "Butterfly Driver", is June 21st, 2013, which is seven weeks before the Defendants released, distributed and displayed publicly, "Elysium", in The USA and 11 other countries, on August 9th, 2013 (SEE: http://www.imdb.com/title/tt1535108/releaseinfo); which marked the commencement of the infringement -as any infringement before that date would be presumptively fair, non-profit activity. [LEWIS GALOOB TOYS, INC. v. NINTENDO OF AMERICA, INC. (9th Cir., 1992) (964 F.2d 965) "Game Genie users are engaged in a non-profit activity. Their use of the Game Genie to create derivative works therefore is presumptively fair." The Court also ruled in this case that, "a family's use of a Game Genie for private home enjoyment must be characterized as a non-commercial, nonprofit activity."].

DATED:  December 19th, 2013

Respectfully submited,

By:_____

   (Signature of Steve Wilson Briggs, Plaintiff)

COMPLAINT

EXA

**Butterfly Driver**


Written By

Steve Wilson Briggs


WGAw # 1103287                           Steve Wilson Briggs
Steve Wilson Briggs

FADE IN:

EXT. FOGGY FIELD - NIGHT

Blinding rays of a parked car's headlights cut the night
fog, silhouetting five figures trudging through a sparsely
wooded field near a small country farmhouse.

The shadows move into view: a sturdy man in an overcoat (JERRY
Matthiessen, 45); a slender, neatly attired man (HOWARD Mann,
35); a portly FARMWOMAN (55); two barking dogs.

> HOWARD
> It makes me uncomfortable.

> JERRY
> Relax, Howard. All dogs put their
> noses there.

> FARMWOMAN
> Whatever made that hole made such a
> noise.  Got Bessie and Baxter to
> barking.  How'd you know it was here?

Jerry looks intermittently at a small multi-function
phone/computer/global positioning device (called an omni-
com) in his hand, to pinpoint a location.

> JERRY
> Friend at the observatory's echo-
> locators pegged it here.  You didn't
> call the police?

> FARMWOMAN
> Not if I don't have to. Y'all police,
> anyway. I seen him on TV.
> > (shining her
> > flashlight at Jerry)
> Um...uh... Jerry Mathers!

> JERRY
> Matthiessen. We're not exactly police.
> But we wanna be sure it's not
> contaminated. Spores, or what not.

> FARMWOMAN
> Y-yes. Thank you.

The farmwoman stops near a crater, shining her flashlight
into a five foot in diameter by three foot deep hole.

FARMWOMAN (CONT'D)
Got some kinda ooze in it. Is that
spore?  The dogs was licking it.

Shining his flashlight in the crater, Jerry sees a blackish-
red "goo" lining the crater.

JERRY
I won't know till tomorrow.

FARMWOMAN
Chilly.  Mind if I go inside?

JERRY
Sure.  G'night.

Howard smiles as the farmwoman turns to her house.

The men cover their airways with cotton air-masks.  Jerry
crouches at the mouth of the crater and puts on a pair of
latex gloves. Howard looks around nervously.

JERRY (CONT'D)
Ten times more meteor sightings since
they built Uberopolis.

HOWARD
You think this fell from Sky Town?

JERRY
A hypothesis... Looks organic.

Jerry grabs a short stick lying nearby and pokes the goo.

HOWARD
Ah, the scientific "stick test"...
Smells like ham. I read cannibals
said cooked human tastes like pork.
They called human meat "long pork";
cause we're long when you roast us –
not short like pigs...

As Howard continues, Jerry takes a small sample jar and a
scraper from the breast pocket of his overcoat, leans over,
scrapes a sample and wipes it into the jar.

HOWARD (CONT'D)
Can you hurry? I hate being way out
here without gun clearances.

Jerry seals the sample carefully, drops the jar into a clear
plastic bag, and tucks it in his pocket.

                              JERRY
                    Let's go.

Howard nods. The two men head back toward their vehicle.
Against the headlights, their figures become shadows again.

The sound of closing car doors. A moment later, their vehicle
levitates straight up, arcs skyward and fades into the dark.


EXT. SPACE - NIGHT

A dead man, dressed in an orange jumpsuit, floats, silent,
in space. Beyond the corpse, a 3 mile wide satellite city,
Uberopolis, orbits 1000 miles above Earth's polluted skies.

The body is sucked into Earth's gravitational pull, faster
and faster, until the skin peels and burns from the heat of
re-entry. The body ignites and rockets downward.


EXT. CITY STREET - NIGHT

In an impoverished city, known as Zone 242, a teenage boy
(JOHN CARL, 15) jogs down a crowded street, carrying a small
bag, weaving through thugs, hustlers, hookers and homeless.

Overhead, a SHOOTING STAR streaks behind the patchy clouds.


INT. RIANNA'S HOUSE - BEDROOM - CONTINUOUS

In rundown single-family apartment house, situated above a
large garage, a woman, Rianna (40) looks out a bedroom window,
anxiously, seated by her daughter, Franny (7) who lies in
bed, looking rather gaunt.

On A BEDSIDE TV a cartoon is interrupted by a commercial.

ON THE TV:

A muscular, handsome man, President Peter DREXLER (50,
although he appears only 25) greets the viewers; behind him,
a photo of a satellite city, Uberopolis, floating on space.

                         DREXLER (on TV)
                    Hi, I'm President Peter Drexler, and
                    owner of Uberopolis. We have a lot
                              (MORE)

> DREXLER (on TV) (CONT'D)
> to celebrate in the Global State.
> 100 percent employment, almost no
> crime, but with 15 billion people,
> pollution and congestion persist
> everywhere -except, Sky Town. I invite
> you to come enjoy our casinos, museums
> and golf courses, all orbiting 1000
> miles above the worries of Earth.
> Let the pure air heal your lungs and
> the low gravity heal your bones...

An elderly man jumps from a three story building, landing unharmed on the Uberopolis street.

> DREXLER (CONT'D)
> Last year the first half of Uberopolis
> sold out in 6 months. The second
> half is under construction, to be
> opened next year. Reserve your home
> now. See why over 150,000 people
> like me call Sky Town home.

BACK TO SCENE

THROUGH THE WINDOW: Rianna sees her son, John Carl, running, down the street for home, up the stairs, to the front door.

BEDROOM

John Carl rushes in the room and hands the bag to his mother.

> RIANNA
> Thank you.

Rianna pulls the cough medicine from the bag.

> FRANNY
> John Carl, I just saw a shooting
> star.  I get another wish.

Rianna pours a capful of medicine. John Carl turns to Rianna.

> JOHN CARL
> Cool.
> (turning to Rianna)
> I'm going downstairs to see dad before
> he goes to work... Night, Franny.

Rianna nods, extending the cap to Franny's lips. Franny waves, drinking down the medicine. John Carl exits.

INT. GARAGE-REC CENTER - NIGHT (CONTINUOUS)

John Carl enters the large garage where his father (ARLO GRAINER, 45) teaches a small group of kids self-defense. Other kids play on a small pool table, paint on an easel and play board games; a few parents watch from the periphery.

Arlo demonstrates a "take-down" move. The kids repeat the move -except one little girl who fails to execute the move. Arlo shows her again. She tries again, and fails.

                    LITTLE GIRL
          I can't get it.

                    ARLO
          Just keep trying. That's the secret.
          We'll get it tomorrow.

The girl nods, reassured, as Arlo shakes her hand. Glancing at his watch, Arlo raises his voice to the rest of the garage.

                    ARLO (CONT'D)
          That's it guys! Goodnight!

Arlo moves toward a small office area within the garage, shaking a few of the kids' hands as they disperse for home.

IN THE GARAGE OFFICE

Arlo enters the office, followed by John Carl, who takes a seat on Arlo's desk. He picks up a photo of Arlo and another man (RODDY, 45). Both men in the photo wear gray jackets with black triangles over their hearts, beer mugs raised.

Arlo opens a door in the office and steps into his messy

BEDROOM

and takes a gun holster lying on his bed, puts it on, then throws on a gray jacket with a triangle over the heart. From the office John Carl comments on his father's messy room.

                    JOHN CARL
          You kept your room clean when you
          lived upstairs with mom.

                    ARLO
          Yeah, well, I'm a bachelor, now.
          Homework?

                        JOHN CARL
          Finished.

Arlo exits his bedroom and walks through

THE OFFICE and into

THE GARAGE-REC ROOM

followed by John Carl. Arlo walks to a small vehicle, called
a SKY-CYCLE (resembling a large motorcycle with a sidecar)
parked in the rear of the garage. As Arlo mounts the sky-
cycle, John Carl opens the garage door.


EXT. GARAGE - NIGHT (CONTINUOUS)

Arlo pushes the sky-cycle outside. Rain falls lightly.

                        JOHN CARL
          You patrolling with Roddy?

Arlo nods. John Carl steps out of the garage and closes the
garage door. Arlo pushes a button on the sky-cycle's dash; a
canopy covers the sky-cycle. He pushes another button; wings
extend from below the sky-cycle.

                        ARLO
          G'night.

                        JOHN CARL
          Night.

John Carl jogs upstairs and enters the house.

Arlo levitates the sky-cycle to the second floor and knocks
on Franny's window to get her attention.

THROUGH FRANNY'S WINDOW

Franny turns. Arlo blows her a kiss. Franny waves. Arlo turns
the sky-cycle skyward, and slips into the dark.


INT. WAREHOUSE - NIGHT

On the sky-cycle, Arlo glides through the port gate of a
large warehouse full of boxed supplies. He parks near a
loading dock where two large, worn, HOVER-JETS (flying cargo
trucks) warm their engines.

A rugged older man missing his right arm (DYLAN, 55) waves
off one of the hover-jets as it glides out the port gate.

Arlo and Dylan shake hands; their voices barely audible over
the warming hover-jet engine.

>                    DYLAN
>          We got an emergency call about two
>          minutes ago, so I had to send Roddy
>          out with Isaac. I got enough M.T.'s.
>          You can line-ride, unless you wanna
>          do a butterfly run?

>                    ARLO
>          We haven't had a butterfly in a year.

Dylan nods his head toward an attractive woman standing,
nervously, near the warehouse office. TAMARA GWYNN (30).

>                    DYLAN
>          Tamara Gwynn. A driver from 186
>          dropped her off. State energy
>          researcher. Loaded. Needs to get to
>          L.A. by morning for a court trial.
>          She's offering 500 grand up front
>          and 500 after. That's 300 for you.

>                    ARLO
>          I'd like to help, but I've got kids.

Dylan nods understandingly, and gestures toward the GRAY
hover-jet.  A WORKER throws a bundle into the cargo hull and
latches the door.

>                    DYLAN
>          Run this to 238. Take theirs to 246;
>          bring 246's jet here. It's in the
>          flight plan.

Arlo nods, hops in the hover-jet and glides through the gate.


INT/EXT HOVER-JET - NIGHT

Above barren badlands Arlo races his hover-jet. Approaching
another "zone" a police-jet drops behind Arlo and opens fires.

Arlo spins and returns fire. The police-jet swerves. Arlo
enters the city low to the ground and quickly loses the police-

jet. Winding through the streets, Arlo disappears down a ramp leading to an underground bunker.


INT. WAREHOUSE - NIGHT

Arlo brings a BLUE hover-jet to a stop. As Arlo exits Dylan walk toward him to greet him.

"RING"! Arlo's omni-com (a multi-purpose communication device) rings. He pulls it out as he dashes toward his sky-cycle...

                    ARLO
          That Roddy's distress signal!

Arlo jumps on his sky-cycle and races through one of the dock gates, back into the night.


EXT. SKY ABOVE ZONE 242 - NIGHT

Above slum-like housing, Arlo streaks across a stormy sky, looking at his omni-com's screen to track Roddy's location. Below, he spots two sky-cycles, on top of an old three-story office building. Arlo speaks into his omni-com.

                    ARLO
          Their cycles are on the roof of the
          old Beckler building.

                    DYLAN (on the phone)
          OK. Wait for Gomez and Drake...

Arlo ignores Dylan and glides down to the rooftop.


EXT. ABANDONED BUILDING - ROOF - NIGHT

Dismounting his sky-cycle, Arlo draws his gun and runs toward the roof's "emergency exit", and enters.


INT. ABANDONED BUILDING - NIGHT (CONTINUOUS)

Arlo descends The dark stairway from the roof and clicks 'on' his gun-mounted flashlight. At the base of the stairs he pushes open a door and steps into a long hall.

IN THE HALL

A dozen office doors face the hall. The eerie silence is broken by the sound of leaking rain DRIPPING through the aging ceiling. The offices are littered with broken furniture and the worthless artifacts of squatters come and gone.

Arlo suddenly drops to his knees, grabs his head, and GROWLS in pain.

His eyes roll back as he fights his way to his feet. The pain subsides as streetlight through the office windows reveals a trickle of blood beneath his nose.

Arlo collects himself and continues down the hall, looking in each office door. His omni-com indicates Roddy is in an office just ahead. As Arlo steps

IN THE OFFICE

his flashlight reflects off the rear office window, blinding him for an instant, just as his foot breaks through the rotting office floor.

He SLAMS down violently, smacking his face against the dirty floor. Lying disoriented, water drips onto his face.

Adjusting his eyes, Arlo jolts back, discovering his face is only inches from the bloody face of a motionless man -also wearing a gray jacket. Arlo checks the man for a pulse. Nothing. A voice calls, weakly, from the corner.

                    VOICE
          Isaac's gone.

                    ARLO
          Roddy?

Arlo turns his gun-light toward the voice, to discover it's Roddy, slumped in a corner, looking in his omni-com at a digital photo of a woman holding a baby.

                    RODDY
          My son would be eighteen. That war
          killed some beautiful people.

Arlo pulls his foot out of the floor and crawls to Roddy. He opens Roddy's jacket to find Roddy's chest bloodied from several bullet holes.

                    ARLO
          We're gettin' out of here.

                    RODDY
          I only got a couple minutes left.

Arlo stands. Roddy coughs up a little blood. Arlo moves behind
Roddy and lifts.

                    ARLO
          Who did this?

Roddy's heels drag behind as they move into the the hall.

IN THE HALL

                    RODDY
          Bounty hunters set us up to find the
          butterfly -Tamara. They beat us...
          We couldn't give up the warehouse.
          Isaac broke and told 'em you were
          here. You got a bigger bounty than
          Gwynn. They found your name in Ike's
          omni-com. Won't be long before they
          break his code and get your info.
          Save your family.


EXT. ABANDONED BUILDING - ROOF - NIGHT (CONTINUOUS)

Arlo trips through the threshold, and falls hard to the wet
roof, with Roddy in his arms.

                    ARLO
          Roddy...?

Roddy doesn't respond, his face vacant.

Two sky-cycles descend from the sky. Lying vulnerable, Arlo's
eyes grow alarmed. As the sky-cyclists land their sky-cycles
on the roof, one calls to Arlo in a familiar voice:

                    GOMEZ
          Grainer!

                    ARLO
          Gomez, bounty hunters killed Roddy.
          Isaac's dead downstairs. They're
          after me. I gotta get my family.

Arlo races to his sky cycle and hurls into the stormy sky.

11

EXT. SKY OVER ZONE 242 - NIGHT

The rain pounds against the windshield as Arlo races home.
He pulls out his omni-com and pushes a button.

                    VOICE / RIANNA
            Arlo?

                        ARLO
            Blue Guard's coming. Get the kids
            and get out now!

Arlo hangs up and dives the sky-cycle down, landing in front
of his garage.


EXT. RIANNA'S APARTMENT - NIGHT (CONTINUOUS)

Hopping off the sky-cycle, Arlo reaches under the seat, grabs
a fuel canister, pulls out his gun, and races up the stairs.
As Arlo enters the apartment Rianna exits carrying the
respirator, while John Carl carries Franny.

                        ARLO
            I'll be right down.

Arlo runs in the apartment, Rianna, John Carl (with Franny)
rush down to the sky-cycle.


INT. RIANNA'S APARTMENT - NIGHT (CONTINUOUS)

Arlo enters the living-room, fuel can in hand, grabs a tall
coat rack by the door and empties it on the floor -except
one hat and one jacket.

Arlo pours fuel on the floor as he moves with the coat-rack
across the room. He places the fuel can on a windowsill behind
the long curtain then shoves the coat-rack and jacket behind
the curtain -in front of the fuel can.

Arlo pulls out his omni-com, turns on its video recorder and
places it in the jacket's breast pocket, on the coat rack;
leaving the curtain cracked and the video lens exposed.

Arlo turns off the light as he runs out of the apartment.

In the darkened living-room, streetlight through the window
transforms the coat-rack's silhouette into a man hiding behind
the curtain.

INT. SKY-CYCLE - NIGHT (CONTINUOUS)

Arlo jumps in the sky-cycle and speeds away. John Carl sits
behind Arlo, as Rianna holds Franny in the side-seat.

                    RIANNA
          We have no money. Where can we go?
          The kids have never been out of 242.

                    ARLO
          Maybe your mom's, in New York.
          Franny's gonna need State care.

                    RIANNA
          You can't go back to the State.

                    ARLO
          I'm not coming...

                    JOHN CARL
          But dad...

                    ARLO
          Not now.
               (turning to Rianna)
          You got ten grand there.

Arlo pulls a card from his jacket and hands it to Rianna.
Rianna takes the card and swipes it through her omni-com.

                    RIANNA
          That won't last a week in The State.
          And won't touch repatriation fees...
          What if she gets as bad as last month,
          and needs an air chamber?

Arlo pulls the sky-cycle into the warehouse.


INT. WAREHOUSE (OFFICE)- NIGHT

Arlo sits on the edge of Dylan's desk as Dylan talks on the
phone. On a small battered couch, Franny sleeps on Rianna's
lap; beside her, John Carl sits, stoically.

                    DYLAN
          OK... Three... Cheapest possible...

Arlo gestures to Rianna to pass him her omni-com.  She
obliges. Arlo activates the video feed from the omni-com he
left on the coat-rack in Rianna's apartment.

IN THE OMNI-COM SCREEN

Arlo sees TWO BOUNTY HUNTERS, guns drawn, enter

RIANNA'S APARTMENT (LIVINGROOM)

guided by Arlo's omni-com signal. In the dark, the bounty
hunters mistake the coat-rack shadow (behind the curtains)
for Arlo's silhouette. They open fire. BANG! BANG! BANG!

"BOOM!" Their bullets hit the fuel can behind the coat-rack,
causing an explosion.

BACK TO SCENE

Arlo hands the omni-com back to Rianna. Dylan hangs up the
phone and turns to Arlo.

                    DYLAN (CONT'D)
          I got a guy who can get them into
          New York, legit, and start the
          repatriation for a hundred grand.

                    ARLO
          Where can I get a hundred grand?


INT. WAREHOUSE DOCK - HOVER-TRUCK - NIGHT

Arlo hands Franny's sleeping body to Rianna, who sits

IN THE REAR OF A HOVER-TRUCK

huddled with John Carl, among the boxes. Arlo hands Rianna a
money card.

                    ARLO
          Here's another 150 grand. She'll
          wire the rest when I get her to L.A.

Rianna takes the card, nervously.

John Carl keeps a brave face. Without proper words Arlo
strokes John Carl's face, the way only a proud father might.

The hover-jet pilot waves from the cockpit, "ready". Arlo
looks at his family through the cargo door.

                    ARLO (CONT'D)
          Love you.

Arlo closes the hull door. As the hover-jet accelerates
through the gate, Arlo turns to find Dylan and Tamara
watching, a few yards away. Dylan makes the introductions:

                    DYLAN
          This is the butterfl -- Tamara Gwynn.
          That's Arlo Grainer.

Tamara and Arlo shake.

                    TAMARA
          Honored to meet the legend.

                    ARLO
          Ah, legends get better work hours.

Dylan scowls at the sky-cycle.

                    DYLAN
          Lemme see what I can do here.

Dylan grabs his toolbox and disappears under the sky-cycle.
Tamara turns to Arlo.

                    TAMARA
          I'm sorry about your friend.

Arlo nods and lowers his eyes, in evident anguish.

                    ARLO
          Why would they send bounty hunters?

                    TAMARA
          I want change -the natural enemy of
          The State... The war you fight here,
          I fought inside the system.

                    ARLO
               (shaking his head)
          The war ended fourteen years ago. I
          just fight to feed my family, now.

                    TAMARA
          That's too bad. My father taught me,
          "A war isn't over if one soldier's
          still fighting." I always thought of
          you when he said it.

                    ARLO
YOU can be that soldier.

                    TAMARA
I'm prepared to be...

                    ARLO
What's to fight for, anyway? I'm
free of State control out here.

                    TAMARA
You? What about the world?

                    ARLO
I fought for them for a long time.
They wouldn't fight for themselves.

Arlo moves to a locked cabinet and opens it, revealing that
it's full of guns. He takes a gun and clips it to his
belt.Arlo holds a gun up for Tamara. She shakes her head, to
decline, but seizes the moment to redirect their conversation.

                    TAMARA
Those for religious riots?

                    ARLO
Nah. The religious killed each other
the first couple years the State
dumped 'em here, but stopped when
they got their own sectors. They're
not dangerous if you keep them apart.

                    TAMARA
Progress... So, you're religious?

                    ARLO
Nah. Maybe there's a God, though...
You religious?

                    TAMARA
        (shaking her head)
Faith comes from our unreasonably
hopeful nature. How we survive. I
put unreasonable hopes in my A-Cell.

                    ARLO
A-Cell?

                    TAMARA
Antimatter cell... Traditional fuel
pollution kills 130 million people
                (MORE)

> TAMARA (CONT'D)
> every year. The State calls that an
> acceptable environmental sacrifice.
> My father believed every problem has
> an absolute solution -without
> sacrifice. After 6 years, via atomic
> polarity reversal, we created our A-
> cells, isolating antimatter H2O in a
> neutral plasmic insulator. A teaspoon
> of water produces enough clean energy
> to power a sky-car for a week. They'll
> save over 100 million lives per year.

> ARLO
> And you're honored to meet *me*?

Tamara smiles, noticing a digital world map on the wall with
700 yellow lights, representing "zone" cities, connected by
black lines -representing "trade lanes". Most of the world
is in RED territory. But the zones are in GRAY territory.

> TAMARA
> I hear there are 700 zones now?

Arlo nods.

> TAMARA (CONT'D)
> So, you transport exiles now?

> ARLO
> First time. I'm a line rider and an
> M.T.

> TAMARA
> M.T.?

> ARLO
> Moving Target. Street slang for us
> volunteer cops. No tax base to pay
> us, so we split time 'line-riding'.

Tamara's scrunched brow confesses her ignorance.

> ARLO (CONT'D)
> We run supplies between the zones on
> the outland. Ride outside the lanes
> or more than 100 feet from the
> surface, you trip the radar, signal
> the Blue Guard, and get shot down.

                    TAMARA
          A lot of slang in the zones... I
          guess you call exiles "butterflies"
          because we're weak, chased by the
          wind from a thousand predators?

                    ARLO
              (shrugging)
          Maybe it's cause you represent hope.

Tamara shrugs, satisfied with the alternative. Tamara
flinches, suddenly remembering something. Reaching in her
handbag she pulls out two cases, approximately 12" by 3"
each: one blue, one black. Tamara hands Arlo the BLUE CASE.

                    TAMARA
          Mr. Grainer, I need a place for the
          A-cell.

Arlo opens it. The A-cell is a smooth, 9 inch long, phallic-
shaped glass cylinder, with rounded metal caps on the ends.
Inside the glass is liquid and high tech circuitry.

                    TAMARA (CONT'D)
          If we don't make it, it can't fall
          into The State's hands. The research
          is micro-chipped inside... But be
          careful. If the shield breaks and
          the antimatter touches regular matter,
          the explosion will level a city block.

                    ARLO
          And you want to market this?

                    TAMARA
          It's a prototype. The production
          models will use less antimatter.

                    ARLO
          What's in the black case?

                    TAMARA
          A worthless decoy -just in case.

                    ARLO
          It can't go with me either... Dylan!

Dylan looks up from under the sky-cycle. Arlo closes the
case and sets the A-cell on a counter.

ARLO (CONT'D)
Send this to me, care of Tian, at
the 115 Z.R. Center. Fragile.

DYLAN
First thing in the morning.

Tamara looks shocked at Arlo's casual handling of her A-cell.

TAMARA
Zone 115?

ARLO
I'm going there after we're done.

Rising from under the Sky-cycle, Dylan tosses Arlo the keys.

DYLAN
Better hurry...

Dylan and Arlo exchange a warm handshake.

ARLO, DYLAN
(simultaneously)
Until then.

Arlo and Tamara hop on their sky-cycle, but before they can
exit, Drake and Gomez glide into the warehouse, using their
sky-cycle side cars to transport the dead bodies of Roddy
and Isaac.

Arlo takes a somber last look at Roddy's body.

The sky-cycle's canopy rises, the wings extend. Arlo tugs
the throttle and races into the outland.


INT/EXT SKY-CYCLE - NIGHT

Racing through the outland "trade lanes" to Los Angeles,
through the sky-cycle window Tamara sees a few small PIRATE
SKY-CYCLES force down a POSTAL HOVER-JET.

TAMARA
Are they robbing that mail truck?

ARLO
Pirates. It happens out here.

Perhaps to ease Tamara's nerves, Arlo offers a bit of
conversation.

                    ARLO (CONT'D)
          So, why did The State chase you out?

                    TAMARA
          They wanted to buy the A-cell rights.
          But planned a slow transition to
          protect the energy industry. Too
          many lives would be lost. When we
          refused, they banned  A-cell
          production. So file suit. Dad was
          killed two days later. I went into
          hiding in the zones. After the trial
          starts, with the media attention,
          I'll be O.K.

Arlo contemplates Tamara's explanation.

                    TAMARA (CONT'D)
          And you never told me where you keep
          your "unreasonable" hope?

Arlo pauses as he drives.

                    ARLO
          My garage...

Tamara's face takes a confused twist.

                    ARLO (CONT'D)
          The kids in my neighborhood had to
          stay inside 'cause it wasn't safe to
          play outside... Same in all the zones.
          But after I turned my garage into a
          rec-center, they had a place to play.

A faint smile manifests on Arlo's face then dissipates,
perhaps at the realization that his garage is gone. Tamara's
expression softens at his explanation.

SUNRISE

The sprawling glow of beautiful city of LOS ANGELES comes
into view. Many large, heavily trafficked "skyways" (flight
paths) lead into the city.  Arlo gets into one of the skyways.

                    ARLO (CONT'D)
          We're about to enter State's airways.
          My sky-cycle's not State legal. Keep
          an eye out for the blue guard.

Arlo and Tamara proceed deeper into the vast, modern city. The buildings grow thicker and taller as they fly. Tamara points to a distant skyscraper with a giant "R" on the top.

> TAMARA
> The court's next to the Riordan News Center.

IN THE REAR-VIEW MIRROR

Arlo sees a police sky-car descend behind them, SIREN on.

BACK TO SCENE

Arlo accelerates to escape.  The police car gives chase. Arlo weaves through the skyscrapers, racing for downtown.

The police pull closer. At street level, Arlo weaves through countless hovering vehicles.

Ahead, Arlo sees another police-jet headed straight for his sky-cycle. With vehicles in all directions but down, Arlo smashes the sky-cycle to the street to avoid the collision.

The sky-cycle scrapes along the street in a wake of sparks and smoke, finally stopping amid a crowded street.


EXT. STREET OF LOS ANGELES - MORNING (CONTINUOUS)

Arlo leaps from the sky-cycle wreckage, forehead bleeding. Tamara hops out. The police sky-car begins a U-turn.

> ARLO
> We're a block away --

> TAMARA
> Split up. I can make it from here.

> ARLO
> I don't think...

> TAMARA
> They're after you. Go! They're coming.

Tamara turns and disappears into the crowd.

A handgun emerges from the police sky-car and fires at Arlo. "BANG!" People on the street duck, and dive for safety. Arlo turns and runs toward the Riordan building, two blocks away.

The police-jet quickly catches Arlo and runs him down. Arlo disappears under the sky-car.


INT/EXT POLICE SKY-CAR - CONTINUOUS

The POLICE DRIVER/PILOT looks in the rear-view mirror, but doesn't see Arlo's body emerge from under his sky-car.

Arlo desperately clings to the bottom of the sky-car, shoe heels dragging on the street.

The police driver looks forward to see he's on a collision course with the Riordan anchor room. He swerves up, narrowly avoiding the newsroom.

The centrifugal force of the sky-car's upward turn throws Arlo, sending him SLAMMING into the newsroom window.


INT/EXT ANCHOR ROOM - DAY (CONTINUOUS)

The set people turn their cameras toward the commotion. Through the window they see Arlo rise to his feet, grab a metal trashcan from the street corner and smash it against the anchor-room window, shattering it.

Arlo charges into the anchor-room, throws his arms behind his head and drops to his knees at the anchor desk.

                    ARLO
          I'm Arlo Grainer! Wanted for
          insurrection. I surrender...

Police officers rush into the room and shove their guns in Arlo's face, but with the cameras "on", they hold their fire.


INT. JERRY'S OFFICE - DAY

On the GLASS OFFICE DOOR reversed lettering reads: "OFFICE OF FEDERAL INQUIRIES, JERRY MATTHIESSEN, ESQ., SAN FRANCISCO".

Jerry sits at his desk, talking on his omni-com, looking out the window at the beautiful modern city of San Francisco.

                    JERRY
          Sure, I can hold...

Jerry taps his fingers impatiently, "on hold", as a news
report of Arlo's arrest plays on his computer monitor.

ON THE MONITOR: film footage of Arlo's apprehension,
surrender, and arrest replays.

> REPORTER (V.O.)
> Moments before Tamara Gwynn's court
> appearance, Arlo Grainer brazenly
> kidnapped the researcher, to access
> her fortune to fund Z.R. terrorists.
> Sadly, Gwynn was killed in a high
> speed crash when The State attempted
> to save her, moments before Grainer's
> surrender...

BACK TO SCENE

Jerry resumes his phone conversation:

> JERRY
> Yes... Yes... You've been very fair...
> Right... But an oxygen chamber isn't
> a luxury... How much time can I
> get?... Three days?... Alright.

Jerry hangs up and drops his head dejectedly.

> REPORTER
> -- 14 years ago after allied sanctions
> forced the U.S. to join The State,
> Grainer declared Stockton, California,
> a 'zone' outside State authority.
> Six hundred cities soon followed. To
> evade arrest Grainer went into hiding --

Howard walks in, holding a coffee cup looking at his wrist-
watch-TV (watching a replay of Arlo's arrest).

> HOWARD
> You see Grainer's arrest?

> JERRY
> Hundred times.

> HOWARD
> Weren't you in the service together?

> JERRY
> Flight school, for a year. He got
> kicked out cause he got "ice-picks".

Howard looks at Jerry, dumbstruck.

                    JERRY (CONT'D)
          Opthalmodynia. Short, terrible
          headaches. Like being stabbed in the
          brain with an ice pick... They said
          he was unsafe to fly and made him a
          flatfoot...

                    HOWARD
          Hmm. You think he kidnapped Gwynn?

                    JERRY
          I dunno. I'm about to fly to L.A. to
          do a DNA check on Arlo's sky-cycle.

                    HOWARD
          So, what'd you dig up on the crater?

Jerry pulls a piece of paper from his desk and reads it as
he stands and puts on his jacket.

                    JERRY
          DNA. Matched a prisoner named Leonard
          Lespi, arrested six months ago. Prison
          Commissioner Guerrero said Lespi
          lost his hand working on Sky Town
          and it fell to Earth in a heat
          resistant glove.

                    HOWARD
          A hand? Whatever made that crater
          weighed at least 150 pounds. And
          what glove?

                    JERRY
          You're surprised?... Guerrero granted
          me a call with Lespi -after The State
          response is released, in four months.

Howard rolls his eyes, familiar with State stalling tactics.

                    JERRY (CONT'D)
          I better get going... See yuh.

Howard nods. Jerry exits.

INT. L.A. POLICE IMPOUND GARAGE – DAY

In a dark impound garage, Jerry walks with a POLICE ESCORT to the stowed wreckage of Arlo's sky-cycle. The escort nods to the wreckage without breaking his determined silence.

Jerry pokes his head in the sky-cycle. Looking around, he sees no blood evidence. He produces a cotton swab, and swabs samples from the steering wheel and both seats.

Dropping the swab in a small cup of a hand-held DNA analyzer, Jerry produces a liquid solution from his pocket and pours a few drops in the cup, then pushes the "start" button.

RING! Jerry answers his omni-com. State Secretary ANEESH SHENKAR (50) appears in Jerry's eyepiece attachment, sitting in his office.

INTERCUT TELEPHONE CONVERSATION – JERRY AND ANEESH:

                        JERRY
Aneesh.

                        ANEESH
Tampering with State evidence?

                        JERRY
Naturally.

DING! The DNA analyzer sounds.

INSERT – DNA ANALYZER SCREEN

The analyzer screen reads: "IDENTITIES CONFIRMED: 1) ARLO GRAINER, 2) TAMARA GWYNN."

BACK TO SCENE

                        ANEESH
The case is airtight.

                        JERRY
That's a first. How can I help you?

Jerry walks around the sky-cycle, examining it for evidence.

                        ANEESH
We've had some riots in the zones since we arrested Grainer. We thought having you lead our investigation might calm things down.

Case 4:18-cv-04952-VC-JHD Document 7 Filed 12/19/18 Page 55 of 676

25

                              JERRY
                    I'm supposed to watch you guys, not
                    help you. I'm better suited for the
                    defense.

The COP shrugs at Jerry, as if to ask, "Are you finished?"
Jerry nods affirmatively. Jerry and the cop begin walking
toward the exit.

                              ANEESH
                    Grainer won't accept a State rep...
                    It's just a P.R. position, anyway.

Jerry purses his lips, unimpressed.

                              ANEESH (CONT'D)
                    We can always suspend O.F.I. funding.

                              JERRY
                    My son's filter room is about to be
                    repossessed. I don't have time for
                    your threats today.

                              ANEESH
                    Jerry, we're trying to avoid a hot
                    war here. Get on board and I'll buy
                    your kid's filter.

Jerry stops at the exit door, stunned by the offer.


INT. ANEESH'S OFFICE - DAY (CONTINUOUS)

Aneesh hangs up his omni-com and turns to COMMISSIONER
GUERRERO (50) who sits sits opposite to Aneesh's desk.

                              ANEESH
                    Matthiessen's on board.

                              COMMISSIONER GUERRERO
                    Good. Should I have the warden take
                    Grainer out?

                              ANEESH
                    Why? Zone felons get 120 days on sky
                    town, before trial. We'll handle him
                    there, like all the rest.

INT. COURT ROOM -- FRIDAY

Arlo stands before a judge, face shaved, in a prison jumpsuit.

> JUDGE
> The prisoner refuses representation
> and plea. Charged with murder,
> conspiracy, kidnap, and insurrection.
> He's ordered to the Uberopolis work
> program until his trial date.

SMACK! The judge lowers his gavel.


INT/EXT PRISONER SHUTTLE - NIGHT

Arlo boards a shuttle with 50-100 other prisoners. The shuttle
launches, and disappears into the sky, en route to Uberopolis.


EXT. UBEROPOLIS - DAY

Uberopolis bustles with life: three miles in diameter,
enclosed in a transparent, spherical shield, with a flora-
sphere and aqua-sphere beneath the city floor.

The city is divided in half by a giant metal wall.

On one side of the wall is an ultra-modern city, replete
with casinos, golf courses, towering apartments and offices.
On the other side of the wall: a construction zone, where
thousands of prisoners toil to complete the city.

MONTAGE - ARLO ENTERS PRISON AND UBEROPOLIS

-- Arlo's body is scanned by an advanced MRI machine.

-- A doctor inserts a tracking chip behind Arlo's neck.

-- Arlo enters the construction zone, awed by it's enormity.

-- Arlo works hard welding a pipe joint.

-- Arlo, with his beard growing back, wipes his sweaty face.

-- Arlo helps hoist supplies up a building's scaffolding.

BACK TO SCENE

SUPERIMPOSE: "Uberopolis, Four Months Later."

In the construction zone, WEARING A SHORT BEARD, Arlo rivets a vent. A hundred yards away, a shuttle sits atop the dividing wall; another sits halfway up the wall, on a platform. As Arlo works he watches a shuttle land at the foot of the wall.

A green-suited guard hands a neighboring prisoner a red ticket, then calls to Arlo, yelling over Arlo's Rivet gun. The neighboring prisoner listens to the name the guard calls:

> GUARD SUPERVISOR
> Grainer!... Arlo Grainer!...

Arlo turns to the guard. The guard hands Arlo a red ticket.

> GUARD SUPERVISOR (CONT'D)
> You're on the 6 PM Earth-bound
> shuttle, after work... Lunch break.

> ARLO
> Thanks.

Arlo drops his rivet gun and removes his lunch. The neighboring prisoner (DAVID LEVINE, 35) approaches Arlo.

> DAVID
> You're Arlo Grainer.
> (extending his hand)
> David Levine, zone 319 outside of
> Boston. Honored.
> (shaking Arlo's hand)

> ARLO
> 242, outside of Dallas.

David holds up his red ticket as he shakes Arlo's hand.

> DAVID
> Looks like we're going back together.
> Your trial start on Monday, too?

Arlo nods.

> DAVID (CONT'D)
> Hey, I gotta friend over here who'd
> love to meet you.

David gestures to an area 20 yards away. Arlo shrugs and follows David to a machine with a pipe spigot extending from its side, pouring clear water into a large hole in the floor, covered by a metal bar grate.

> DAVID (CONT'D)
> The dehumidifier recycles condensation
> back into the harbor, on the other
> side of that wall.

> ARLO
> So, if we take this grate off, we
> can escape into the city?

> DAVID
> It's capped from the other side.

David removes a sandwich from his lunch pouch and drops the
meat into the hole. A moment later a SCAR-NOSED dolphin
emerges beneath the grate to eat the meat.

> DAVID (CONT'D)
> This is my friend, Spike.

David reaches through the bars to pet the dolphin's face.
Arlo dumps his sandwich meat to Spike, then bends to pat
Spike's scarred nose. Spike eats then happily swims away.

> ARLO
> Incredible...

> DAVID
> One of the last dolphin's left.

Arlo rises and turns his attention back to the shuttles.
David notices and turns toward the shuttles, too.

> DAVID (CONT'D)
> You dig shuttles, too? I taught myself
> mechanical design by studying 'em. I
> know 'em inside out.

> ARLO
> Their schedules don't add up...

Arlo points toward a shuttle, half way up the wall, where
brown suited workers load boxes marked 'DREXLERIN 2'.

> ARLO (CONT'D)
> The medical shuttles load those boxes
> from the medical warehouse --

> DAVID
> Not just boxes -Drexlerin 2. That
> stuff's gonna be gold on the black
> market. They started pulling it out
> (MORE)

                    DAVID (CONT'D)
          of the medical warehouse a couple
          weeks back.

Arlo looks at David startled at his awareness.

                    DAVID (CONT'D)
          You won't last in the zones, if you
          don't pay attention.

Arlo nods then continues. He points to a shuttle at the top
of the dividing wall, where  free citizens from the other
side of the wall board, easily.

                    ARLO
          The problem is: the hourly citizen
          commuter shuttle takes five hours -
          to Earth and back; but...

Arlo points to the shuttle on the construction zone floor.
Prisoners exit its hull.

                    ARLO (CONT'D)
          ...the inmate return shuttles only
          take two hours.

                    DAVID
          That doesn't make sense.

As David ponders, the supervisor calls from behind them.

                    GUARD SUPERVISOR
          Time to get back to work!

                    DAVID
          Guess I'll see you at boarding time.

Arlo nods. He and and David return to work.


EXT. PRISONER SHUTTLE PAD (UBEROPOLIS) - EVENING

SUPERIMPOSE: "Uberopolis, Prisoner Boarding Dock, 4 Hours
Later."

Arlo and 50 prisoners gather near a shuttle, surrounded by
guards.  A GUARD yells:

                    GUARD
          Line up!

Arlo and David find each other in the crowd and join the
other prisoners forming a line.

                    ARLO
          I got a bad feeling about this.

At the front of the line guards help prisoners into neck
collars and handcuffs attached to a cable. Arlo squints at
the cockpit -no pilots inside, or pilot loading platform.

                    ARLO (CONT'D)
          There are no pilots. No pilot loading
          platform.

Distracted, Arlo and David fail to notice that they've arrived
at the front of the line. A GUARD attempts to place the
restraints on Arlo. He reflexively pulls away.

The guard shocks Arlo with a stun gun. As Arlo convulses,
the guard slaps the restraints on him. Safe from retaliation,
the guard pounds Arlo in the ribs. Intimidated, David doesn't
resist the restraints. The cable pulls them away.


INT/EXT SHUTTLE - CARGO BAY - SAME

Arlo, David and the other prisoners are pulled to their seats.
The cable restraints pop off as new wrist and waist restraints
pop out of the seats. The shuttle doors close.

                    ARLO
          It only takes two hours round trip.
          That's too fast to get back. No pilots -
          no guilty consciences. We're getting
          dumped in space.

                    DAVID
          What? Dumped?... What can we do?

                    ARLO
          Get in the airlock. I flew in the
          Army. If we can get to the cockpit I
          can override the autopilot.

The shuttle autopilots into Uberopolis' outer shield airlock.
The rear airlock gate closes. The front gate opens. The
shuttle accelerates into space. David yells to the prisoners:

                    DAVID
          We're about to get dumped in space!
          Break free and get into the airlock!

                    PRISONER #1
            You're wanna get us sent back?!

Arlo and David struggle to break the wristbands. Blood
trickles from Arlo's wrist. "SNAP!" His right arm breaks
free. "SNAP!" His left.

Arlo pushes his legs against the front seat until his seat
snaps back, allowing him to scoot out of the chest harness.

Freed, Arlo quickly helps to free David, as he yells to the
other prisoners:

                        ARLO
            Get free or you're gonna die in here!

                    PRISONER #3
            Sit down and shut up!

Arlo and David rush into the airlock and seal the door.

IN THE AIRLOCK

                        ARLO
            There must be a cargo lock to keep
            the hull from opening.

A RED LIGHT FLASHES and an ALARM BLARES, as Arlo and David
frantically search for the switch, to keep the doors closed.

THROUGH THE AIRLOCK WINDOW, David and Arlo look

IN THE CARGO BAY

as the restraints pop off and the prisoners float from their
seats. The overhead cargo doors slowly open. The vacuum of
space sucks the life from the prisoners, in an instant; their
bodies trail behind the shuttle, like so much litter.

IN THE AIRLOCK

                        DAVID
            God. They're all dead!

                        ARLO
            We'll die, too, if this thing
            autopilots back to Sky Town.

Rushing into

THE COCKPIT

David and Arlo hop in the pilots' seats. Arlo pushes a few buttons then nose-dives the shuttle toward Earth. David jerks back violently and turns to Arlo, dismayed.

>           ARLO
> Taking a direct course to New York,
> before they blow us out of the sky.

ON THE RADAR MONITOR

David notices a missile icon, suddenly gaining from behind.

BACK TO SCENE

>           DAVID
>     A warhead...

David holds hid breat. Arlo races he engine. The warhead gains. Their faces shake, straining in the G-forces.

THROUGH THE WINDSHIELD: The State's beautiful New York City comes into view.

ON THE RADAR MONITOR

An instant from contact the warhead disarms and falls into the Hudson River.

BACK TO SCENE

Arlo and David exhale in relief.

>           ARLO
> It must have been programmed to
> disable over major State centers.

>           DAVID
> We could've just ejected in the pod.

Arlo cuts a confused glance at David.

>         DAVID (CONT'D)
>   This cockpit's an escape pod

Processing the new data, Arlo looks around, then reaches up and flips a few promising buttons on an overhead panel.

EXT. SHUTTLE - EVENING

The cockpit pod disconnects from the shuttle, leaving the fuselage to crash into the sea.

EXT. TRANSIT MALL PARKING LOT (JERSEY CITY) - EVENING

Arlo lands the small pod in a crowded commuter parking lot near the transit mall. David and Arlo hop out and race through the river of commuters, into the transit mall.

INT. TRANSIT MALL - SAME

Amid the transit mall crowd, Arlo notices some unattended luggage. He taps David to draw his attention to the bags. Dressed liked baggage handlers in their orange jumpsuits they seize the bags and rush to a restroom.

IN THE RESTROOM

Now wearing oversized white button-up shirts, Arlo and David rifle through the contents of the suitcases.

> DAVID
> Nothing.

Arlo pulls a razor from the luggage.

> ARLO
> Perfect.

David bends over. Arlo cuts a tiny tracking device from the back of his neck. Fingers bloody, Arlo drops the tracker in the toilet, and hands David the razor. David hesitates.

> ARLO (CONT'D)
> Just do it.

David nervously cuts the tracking device from Arlo's neck and drops it in the toilet. Arlo stands upright.

> DAVID
> Till then.

Arlo nods. David and Arlo charge out of the bathroom, into

THE TRANSIT MALL

where David disappears into the commuter crowd. Arlo, timing
his move perfectly, jumps a turnstile and rushes across the

TRAIN PLATFORM

into an AIR TRAIN, just beating the closing doors.


EXT. NEW YORK CITY STREET — NIGHT

Arlo emerges from the subway onto a street of upper Manhattan.
Across the street, Arlo sees a romantic couple about to enter
an apartment building. Glancing both ways, Arlo trots across
the street and slips into the the building behind the couple.


INT. APARTMENT BUILDING - HALLWAY - NIGHT

In the hall outside of Rianna's mother's apartment Arlo knocks
on the door. Rianna opens the door, eyes wet with tears,
shocked to find Arlo.

                    RIANNA
          Arlo? You escaped.

                    ARLO
          They tried to kill me. I Just want
          to see the kids then I'll go... Are
          you crying?...

                    RIANNA
          Our repatriation is held because we
          didn't get Tamara's second payment.
          So the hospital won't treat Franny.

Arlo rushes into the apartment.


INT. RIANNA'S MOTHER'S APARTMENTS - BEDROOM - NIGHT

Franny lies in bed, unresponsive, breathing through a
respirator. Arlo sits at her bedside with DR. LANEY SHULER
(45, female, WITH A BURN SCAR ON HER FACE). Rianna and her
mother (MRS RAMIREZ, 65) watch near the doorway. Laney places
a BLOOD ANALYZER to Franny's arm.

                    ARLO
          Thanks for coming so quick, Schuler.

> DR. LANEY SCHULER
> Save me from a burning truck, you
> get a house call.

John Carl enters the room and hands a small LOAF OF BREAD to Arlo. Arlo shoves it in hs pocket. Mrs. Ramirez turns to Rianna.

> MRS. RAMIREZ
> He shouldn't have come here. They're
> going to arrest us any minute.

Rianna glares at her mother. DING! The analyzer's bell sounds. Laney reads the LED.

> DR. LANEY SCHULER
> Respiratory Distress Syndrome.
> Prolonged exposure to carbon dioxide
> inflames the alveoli, restricts
> oxygen, causing system failures. The
> only treatment is extremely expensive:
> Drexlerin. An inverse agonist
> polypeptide. I'd give her a 50
> percent survival chance with it -
> less than a week without it.

> ARLO
> How soon can you get some for her?

> DR. LANEY SCHULER
> Drexlerin was discontinued. Drexlerin
> 2 will be released in a week or two.
> There's none left in The State.

> ARLO
> Yes there is...

EXT. REMOTE FIELD - NIGHT

A sky-car lands on a dark field. A dimly lit town is visible in the distance. Arlo steps from the sky-car into darkness.

> DR. LANEY SCHULER
> 115 is just ahead.

> ARLO
> Thanks, Laney.

Closing the door, Arlo jogs toward the city, as the Laney slowly turns the sky-car toward the cloudy night sky.

INT. JERRY'S OFFICE - DAY

Jerry sits impatiently at his own desk, with the TV on, glancing at his watch, fidgeting.

ON THE TV

Drexler exits a private shuttle with a BEAUTIFUL WOMAN, waving to their admirers, as a TV reporter narrates the story.

> TV REPORTER (V.O.)
> Today, Mr and Mrs. Drexler arrived
> on Uberopolis for a week long
> government summit. He announced
> Drexler Labs would soon make genetic
> reprogramming available to the public.
> Ten years ago, then 40 years old,
> Drexler, had his DNA reprogrammed to
> a permanent age of 25, and his DNA
> altered to produce no myostatin; so
> his bulging biceps are three times
> normal strength -without exercise.

BACK TO SCENE

Howard walks in the office holding a YELLOW HAMSTER WHEEL.

> HOWARD
> Morning.

Jerry nods, preoccupied.

> JERRY
> Morn. Guerrero's supposed to call
> with Lespi, about the crater. He's
> late.

Howard hands Jerry the yellow hamster wheel.

> HOWARD
> That's for Jacob... How's he doing?

> JERRY
> Thanks... Sick again.

> HOWARD
> Maybe he needs a cloned lung?

> JERRY
> We're saving for one; my insurance
> won't cover it -pre-existing.

                    HOWARD
          Maybe that Drexlerin stuff?

                    JERRY
          Out of supply. 'Sides, the doctor
          says Jacob's allergen impacted; so,
          it won't help him --

RING! Jerry's phone rings. He taps his computer monitor to
receive the call. COMMISSIONER GUERRERO appears on the screen.

INTERCUT TELEPHONE CONVERSATION - JERRY, GUERRERO AND LESPI

                    JERRY (CONT'D)
          Commissioner...

                    COMMISSIONER GUERRERO
          Matthiessen, I've got Lespi. You got
          one minute. Ready?

                    JERRY
          A minute?

                    COMMISSIONER GUERRERO
          Maximum security limits. Here he is.

                    JERRY
          Wait...

Commissioner Guerrero's image disappears. LESPI (40) appears,
sitting in a cell.

                    LESPI
          I know you?

                    JERRY
          Jerry Matthiessen... Seems we found
          your hand in a crater.

                    LESPI
          Gonna arrest me?

                    JERRY
          Just wondering how it got there?

                    LESPI
          I was riding cargo on a supply
          shuttle, when a battery started a
          box fire. I tried to jump in the
          airlock, but the alarm triggered and
          slammed the airlock door on my wrist.

                              JERRY
                    Mind showing me your hands?

Lespi raises both hands. Two arms, two hands.

                         JERRY (CONT'D)
                    How'd you get a new one?

                              LESPI
                    State bought me a bionic... Hey,
                    tell my goddamn lawyer I need to...

A smooth automated female voice interrupts:

                         FEMALE AUTOMATED VOICE
                    You have exceeded your time limit.

The monitor screen goes black.

Jerry hangs up and turns to Howard with a confused look.

                              JERRY
                    I thought prisoners can't get
                    electives or bionics?

                              HOWARD
                    They can't.

Howard stands and grabs his jacket.

                         HOWARD (CONT'D)
                    Ready for lunch?

Standing, confused expression intact, Jerry grabs his jacket.

                              JERRY
                    I gotta press conference for the
                    Grainer trial downstairs in 45
                    minutes. P.R.

                              HOWARD
                    Busy day.

The men exit.


INT. RESTAURANT - DAY

Jerry and Howard sit at a small table in a swanky crowded
restaurant-bar. Howard watches one of the many TV monitors.

TV MONITOR

A news report plays video footage of a few boats pulling the wreckage of the shuttle from the Atlantic ocean.

SUPERIMPOSE: "Unmanned Shuttle Crashes Near New York."

BACK TO SCENE

                    HOWARD
          An unmanned shuttle crashed.

                    JERRY
          Crazy world.

Jerry chews down the last of his hot-dog and wipes his mouth.

                    JERRY (CONT'D)
          Mmm... 'Member when they served the
          real meat kind at the company party?

                    HOWARD
          Yeah. Those were incredible.

Jerry glances at his watch.

                    JERRY
          I gotta get back for that press
          statement.

Jerry tidies his hair then throws a tip on the table.

                    JERRY (CONT'D)
          See yuh.

Howard nods and sips a beverage. Jerry races out of the restaurant.


INT. PRESS ROOM - DAY

Jerry jogs into the pressroom. To his surprise he sees no reporters; just a CAMERAMAN, a MAKE-UP ARTIST, a bleach blonde LIGHTING-WOMAN (30) and producer, VAN AUCKLAND (35). Van Auck recognizes Jerry and approaches, hand extended.

                    VAN
          Van Auck, Public Imaging.

Jerry and Van shake.

40

                    JERRY
          Jerry Matthiessen... Public imaging?

Van gestures to a podium. Jerry walks to the podium as Van
explains.

                    VAN
          We make sure the administration is
          seen in the right light. The questions
          will come through the earpiece.

Van turns to the Make Up Artist.

                    VAN (CONT'D)
          Make up! He's kind of pasty.

Jerry walks behind the podium and puts on his earpiece, where
the Make Up Artist begins touching up his face.

                    JERRY
          Where are the reporters?

                    VAN
          We superimpose them. Look at your
          monitor.

Jerry looks.

ON THE MONITOR

With the click of a button, Van Auck fills the room on the
monitor with a dozen computer-generated reporters.

BACK TO SCENE

Jerry's jaw drops, astounded.

                    VAN (CONT'D)
          Gens. Computer generated models.
          I've preprogrammed the questions.

Van turns to the Make Up Artist.

                    VAN (CONT'D)
          Can you bring out his lips?

The Make-up Man applies a bit of lipstick to Jerry's lips.

The Lighting Woman quickly adjusts a light and scrambles to
set up a few microphones at the podium. Van and Jerry watch
her move, impressed by her work ethic. Van comments to Jerry:

                              VAN (CONT'D)
                    She just repatriated. People from
                    The State can't work like that.

Jerry remains still as the Make Up Artist colors his lips.
Finished, The Make-up Man nods to Van. Van turns to Jerry.

                              VAN (CONT'D)
                    You ready?

Jerry combs his hair with his hand and clears his throat.


INT. JERRY'S OFFICE - DAY

Jerry rushes into the office, breathing hard from jogging.
He finds Howard watching a video on his computer.

                              HOWARD
                    Why you running?

                              JERRY
                         (checking his watch)
                    My press conference comes on in three
                    minutes. What are you watching?

                              HOWARD
                    Old war footage of Arlo's platoon
                    debriefing; after they were almost
                    wiped out.

                              JERRY
                    Why you watching that?

                              HOWARD
                    Case background. The States's kinda
                    obsessed with the guy. Doesn't seem
                    like a killer. Saved his troops --

                              JERRY
                    Tamara's DNA was in his sky-cycle.

                              HOWARD
                    Circumstantial. Just look at this.

Howard clicks the remote control. Jerry rolls his eyes and
looks at his watch.

                              JERRY
                    Two minutes.

ON THE MONITOR

IN A CONFERENCE ROOM

four soldiers (Arlo, 30; ERIC SANCHEZ, 25; TIAN SHEN WU, 25;
LU WON PHAM, 25) sit across a conference table from two U.S.
Army officials; GENERAL 1, and GENERAL 2 (50's).

> GENERAL 1
> ...Lieutenant Midland stayed at base
> with the prisoner and sent the rest
> of the platoon into San Gabriel?

> ERIC
> Just the four of us made it back to
> base. Midland and the prisoner were
> gone. We headed south along the river –
> before the Allies finished us.

> ARLO (younger)
> About five minutes outta camp we
> found Midland's hover truck smoldering
> about 100 feet from the riverbank.
> We stopped to help, but he was gone.
> We found the prisoner dying half way
> to the river, face burned, holding
> an American field pistol –he must
> have wrestled it away from Midland.

> GENERAL 2
> No sign of Lieutenant Midland?

> TIAN
> Just his uniform by the river near
> some British sand-boots and a pool
> of blood.

> LU WON PHAM
> Probably jumped in the river to get
> past the heat seekers to defect to
> the Allies –and didn't want his
> uniform getting in the way.

> TIAN
> We heard Allied rovers, so we left
> the prisoner for the Allies to save.

VIDEO ENDS.

BACK TO SCENE

                    JERRY
          If he's innocent, he'll have his day
          in court.

Jerry hastily switches the channel to his press conference.
Seeing himself on TV, Jerry studies his image.

ON THE MONITOR

Jerry stands at the podium speaking.

SUPERIMPOSE: "LIVE"

                    JERRY / ON TV
          My involvement in the Grainer case
          has met with favor and skepticism...

BACK TO SCENE

Jerry and Howard watch curiously.

                    JERRY
          Am I that fat?

                    HOWARD
          Even fatter. How come it says "Live"?

                    JERRY
          Good question. Those reporters weren't
          even there. They're all gens. Computer
          generated.

                    JERRY / ON TV
          Mr. Grainer refuses State
          representation. So the best way I
          can assure a fair trial is to
          cooperate with the prosecution...

                    HOWARD
          All gens?

Jerry nods.

Howard's notices something about Jerry's face and stares at
him, transfixed. Jerry pauses, disarmed by Howard's stare.

                    HOWARD (CONT'D)
          You wearing lipstick?

                                        CUT TO:

INT. JERRY'S APARTMENT (JACOB'S BEDROOM) - NIGHT

Jerry sits by his son, MATTY (9) reading reading from the book 'The Little Prince'. Matty lies on a bed inside a large clear, plastic tent, which filters out air impurities, next to a window overlooking the city.

                  JERRY
           " 'You become responsible forever
           for what you have tamed. You are
           responsible for your rose...' 'I am
           responsible for my rose,' the little
           prince repeated so that he would be
           sure to remember.' "

Jerry closes the book.

                  JERRY (CONT'D)
           That's it for tonight, big guy.

                  MATTY
           Aah...

                  JERRY
           Sorry.

A hamster runs exuberantly on the yellow hamster wheel Howard bought Matty.

                  MATTY
            Dad, how long do I have to stay in
           here this time?

                  JERRY
            Probably only three days.

                  MATTY
            That's so long...

Matty leans his head against the plastic glass.

                  JERRY
            I know it's hard, Matty. But the
           air's dirty this time of year. But
           you'll get better soon and we'll
           finally get to go fishing.

                  MATTY
            Really?

                  JERRY
            I know it.

Jerry kisses his son's head -through the plastic glass.

                    JERRY (CONT'D)
          G'night, big man.

Jerry stands and turns out the light.

                    MATTY
          Night, Dad.

Jerry exits.

IN THE LIVINGROOM

Jerry wife, LAURA (35) lies on the couch reading a digital
book when Jerry enters the room.

                    LAURA
          You ready for Arlo's case, Monday?

Jerry walks to Laura on the couch.

                    JERRY
          I'm not even gonna be there. They
          just need me for P.R. spots.

Jerry lies beside Laura on the couch.

                    LAURA
          I don't know why they'd ask you to
          help their prosecution? What if he's
          innocent...?

                    JERRY
          He'll have his day in court. I give
          'em one favor, to keep my kid's
          filter, and I never hear the end.

                    LAURA
          I understand what you did... I was
          just thinking out loud.

Jerry purses his lips rigidly, perhaps struggling with his
own guilt.

                                        CUT TO:


EXT. ZONE 115 - DAWN

Sunlight barely penetrates the drizzling sky as Arlo walks a
desolate street of zone 115.

Thunder claps in the distance as he steps off the main road and stumbles over the ruins of an old multi-storied building.

Arlo proceeds over the rubble, to a surviving portion of the ruined building. He suddenly falls to one knee and grabs his head, stricken by an "ice-pick" headache. He GROWLS.

Eyes rolled back, Arlo rises to his feet, holding his temple, as if defying the pain to stop him. The pain quickly subsides. Arlo staggers forward.


INT. RUINED BUILDING - DAWN

Arlo enters the gutted building, confused, as if trying to make sense of the ruins.

Deeper in the building he finds a ragged teenager (LOUIS, 17) in tattered shoes and a GRAY SWEATER, sleeping with a rifle on his chest and a radio headset in one ear.

Arlo notices a small BLACK HANDGUN sticking out of the teen's belt. Arlo approaches the teenager and cautiously places one hand on the kid's rifle and swiftly pulls the handgun out of the kid's belt with the other.

The teenager awakens, startled and unable to move under the force of Arlo's arm on the rifle. Arlo touches the handgun to the teen's mouth, as if asking him to hush. Panic fills the teen's eyes.

                    ARLO
          I'm not going to hurt you. I'm Z.R.,
          too.

Arlo tucks the black gun in his belt to demonstrate his good intentions.

                    LOUIS
          What do you want?

Arlo releases control of the rifle, but remains within striking range of the kid.

                    ARLO
          The Z.R. center used to be here.

                    LOUIS
          A long time ago. They bombed it.

Case 3:18-cv-04952-VC-JH Document 1 Filed 12/10/18 Page 87 of 656

47

                    ARLO
          Then why are you here?

                    LOUIS
          Watching the sweatshop.

The teen points out the window to a large warehouse with
lots of downtrodden employees arriving.

                    ARLO
          For what?

                    LOUIS
          A State company makes fancy clothes
          in there. They brought a lot of jobs
          to this zone. We protect the workers
          from the thugs, and the workers
          sometimes buy us food.

                    ARLO
          Us?

                    LOUIS
          My back-up's behind you.

Arlo looks over his shoulder to discover an attractive woman,
BENNI (25) standing only a few feet behind him, in a tattered
jacket with a gun trained on Arlo's head. The woman moves
slightly forward to address Arlo.

                    BENNI
          You ask a lot of questions.
               (turning to Louis)
          And you talk too much, Louis.

                    LOUIS
          I didn't say nothin'.

Benni pulls the radio headset out of Louis's ear.

                    BENNI
          Maybe if you weren't listening to
          that crap all the time.

Benni turns to Arlo.

                    BENNI (CONT'D)
          You with the blue guard?

                    ARLO
          Arlo Grainer. Zone 242.

Case 4:13-cv-04926-PJH Document 7 Filed 12/10/18 Page 88 of 676

48

                    BENNI
                (excited)
        Arlo Grainer? Oh my god. You're
        supposed to be in prison?

                    ARLO
        I didn't like it. And you are...?

                    BENNI
        Benni...
                (shaking Arlo's hand)
        ...and that's my little brother Louis.

Louis waves. Arlo remains distracted by Benni's gun.

                    BENNI (CONT'D)
        Sorry.

Benni lowers her gun from Arlo's face and unconsciously primps
her hair, confessing some subtle interest in Arlo. Louis
turns to Benni.

                    LOUIS
        You know him?

                    BENNI
        Arlo Grainer is like a myth. Don't
        you remember in school...

                    LOUIS
                (to Benni)
        On TV... didn't Arlo Grainer kill
        that lady scientist?

                    ARLO
        I didn't kill anyone.

                    BENNI
        The State frames people, Louis, then
        takes them to jail, forever.

Louis's nervously scrutinizes Arlo. Benni turns to Arlo.

                    BENNI (CONT'D)
        Why would you come here?

                    ARLO
        Looking for the Z.R. Center and Tian
        Shen Wu.

Case 3:18-cv-04952-VC JH Document 56-1 Filed 12/10/18 Page 89 of 656

                    BENNI
          Bounty hunters killed Tian about two
          years ago. The new center's not too
          far. Why are you going there?

                    ARLO
          I need to get to Sky Town.

                    BENNI
          Really?

Benni considers Arlo's shabby outfit.

                    BENNI (CONT'D)
          Looking like that?

                    ARLO
          Got something better?

                    BENNI
          We collect the sweatshop's irregular
          clothes for Faith House... Come
          upstairs and see what we can find...
                    (turning to Louis)
          Stay awake, Louis.

Benni turns and begins toward an old staircase. Arlo follows.

                    BENNI (CONT'D)
          Why are you going to Sky Town?

                    ARLO
          To get some medicine.

Arlo and Benni continue upstairs to the ruins of an old
abandoned apartment.


INT. UPSTAIRS APARTMENT

The Spartan decor of Benni and Louis's apartment is lighted
only by candle fire. Arlo follows Benni into her bedroom.

IN BENNI'S BEDROOM

Arlo notices several garbage bags (full of clothes) on the
bed, and more clothes stacked around the room. He struggles
to ignore Benni's athletic shape as she picks out a couple
shirts, pants and a belt.

Benni approaches Arlo with the clothes.

50

                    BENNI
          Put out your arms.

Arlo complies. Benni sizes the clothes against his frame,
then hands him the best suited pants, shirt and belt. Benni
points at an adjacent bathroom door.

                    BENNI (CONT'D)
          You can change in there. I'll get
          you a towel and bucket to clean up.

Benni turns to get Arlo's supplies. Arlo sniffs his armpits.


INT. JERRY'S APARTMENT (BEDROOM) - NIGHT

Sleeping IN THE DARK, next to Laura, Jerry's omni-com RINGS.
He TURNS ON THE LIGHT and answers his omni-com.

INTERCUT TELEPHONE CONVERSATION - JERRY AND ANEESH.

                    JERRY
          Hello.

                    ANEESH
          Jerry,  I've reserved a ticket for
          you to New York. Grab your hat.

                    JERRY
          What?

                    ANEESH
          Arlo escaped on the crashed shuttle --

                    JERRY
          What?

                    ANEESH
          If we don't find him before his trial,
          Monday morning, we're gonna have a
          mess on our hands. You're our
          investigator. You have all your
          weapons and travel clearances.

                    JERRY
          I don't investigate for The State.
          You must have some regulars, 'Neesh.

                    ANEESH
          Evidence planters, not investigators.
          Imagine how emboldened the zones
          will be if he's not in that court
          room Monday. You could save a lot of
          lives.

Jerry pauses to consider the request.

                    JERRY
          With one condition -I don't work for
          the prosecution anymore.

Aneeshes pauses to consider the terms.

                    ANEESH
          Fine. Just find him.

                    JERRY
          On my way.

Jerry hangs up, stands and steps to a SAFE sitting on the
dresser. Laura slowly rouses, awake.

                    LAURA
          What's going on?

                    JERRY
          I gotta go to New York.

Jerry spins the combination lock, opens the door and removes
a hand gun and a pre-packed travel bag. Laura watches as
Jerry pack his gun into his bag.

                    LAURA
          Weapons clearance?... You're
          investigating for them... It's Arlo.

Jerry throws on his pants.

                    JERRY
          Can't say... Love you.

Jerry bends over and kisses Laura goodbye.

                    LAURA
          Love you, too.

Jerry turns, grabs a shirt off a coat-rack, and exits.

INT. BENNI'S BEDROOM - MORNING

SPORTING A GOATEE on his chin, and looking great in his new clothes, Arlo exits the bathroom to find Benni bending over a bucket of water, in a tank top, finishing her hair wash.

> BENNI
> Wow, You look great.

> ARLO
> You too... I mean --

> BENNI
> Don't. That's the nicest thing I've heard in a month.

> ARLO
> You don't have a boyfriend?

> BENNI
> Only thugs and paint blowers around here.

Arlo notices military dog tags on Benni's wrist.

> ARLO
> U.S. Army issue.

Benni reaches for the dog-tags protectively.

> BENNI
> My dad's. He was arrested in a police sweep. I'm sure they killed him. Mom was killed when they bombed this building.

Benni throws on a jacket, then picks up a plastic bowl and a spoon from the floor.

> BENNI (CONT'D)
> The Z.R. Center can probably arrange tickets for you to Uberopolis, but we're gonna need to stop at Faith House for a fake I.D. and passport.

> ARLO
> What's the bowl for?

> BENNI
> You'll see.

CUT TO:

EXT. ZONE 115 - MORNING

A light rain falls. Benni and Arlo hasten down the dreary streets of Zone 115 as a few down-trodden people emerge from the doorways of the endless rundown buildings.

A large, heavily armed, State Army hover-truck suddenly descends to the street ahead of them. A gate opens, releasing dozens of weak and gaunt women and children. Arlo and Benni watch unflinchingly, familiar with the State's practice of dumping religious prisoners in the zones.

> BENNI
> When the State started dumping the religious in our zone, it wasn't long before they started killing each other.

Cargo emptied, the army hover-truck quickly flies away.

> BENNI (CONT'D)
> Tian got their leaders to meet and work things out... They opened Faith House; run by leaders of all faiths.

The religious refugees disperse, slowly, disoriented.

> BENNI (CONT'D)
> The killing stopped. They even have a school there for gifted children...

A young girl and a young boy, just dumped from the truck walk weakly toward Arlo and Benni. The young girl looks into Arlo's eyes imploringly.

> YOUNG GIRL
> Please, sir. We haven't eaten for two days.

> YOUNG BOY
> We lost our mother at the camp.

> YOUNG GIRL
> They took our father away.

Arlo reaches into his coat pocket, removes the bread John Carl gave him and hands it to the kids.

> ARLO
> That's all I have.

                          YOUNG GIRL, YOUNG BOY
              Thanks you.  Thank you.

They two children collapse on the steps of a building and
devour the bread, ravenously.

Arlo and Benni continue on their path.  As they pass a tiny
neglected park Benni's voice perks up.

                          BENNI
              I found something amazing here
              yesterday...

SMALL ABANDONED PARK

Benni walks Arlo to the back gate of the small park. Near a
rusting fence she picks up an upside-down paper cup. Under
the cup, poking through a dirt patch, is a VIOLET flower.

                          ARLO
              Incredible.

                          BENNI
              I think it's a violet. We never get
              flowers here... It's even prettier
              in the rain...

Arlo admires how Benni's beauty also holds up in the rain.
Benni quickly digs the flower out of the ground with her
spoon, careful to protect the roots.

                          ARLO
              You're gonna keep it?

                          BENNI
              I'm taking it to Faith House. Maybe
              they can save it and make more.
              Imagine, a few of these in every
              neighborhood around here...

As Benni stands up she wipes her wet hair out of her face,
accidentally tangling her necklace pendant in her her hair.

                          BENNI (CONT'D)
              Ouch.

Arlo steps behind her and pulls the pendant out of her hair.
He examines the pendant. A large handmade woven-yarn pendant
of a YELLOW BUTTERFLY on a simple string.

                          ARLO
              That a dream catcher?

Benni nods.

> BENNI
> I made it... Dreams are like my
> religion.

> ARLO
> You believe in 'em?

> BENNI
> When that's all you got...

Arlo considers the butterfly dream-catcher.

> ARLO
> Butterfly... Represent hope, right?

Benni grabs the pendant string with her dirty hand. Their
hands touch along the necklace string.

> BENNI
> Change, to me... I'm not afraid of
> change.

Benni looks up at Arlo's face.

> BENNI (CONT'D)
> Some people are.

Arlo pauses, suddenly aware how close they are. Benni seems
comfortable at this range; Arlo, apprehensive.

"BROOM!" Thunder claps in the distance.

Arlo looks at his watch.

Benni bends and picks up the potted violet, and walks toward
the park exit. Arlo follows. As they return to

THE STREETS OF ZONE 115

their conversation resumes:

> BENNI (CONT'D)
> You must be happily married?

> ARLO
> Separated.

> BENNI
> You think she's your soul mate?

                    ARLO
                (shrugging)
        I'm not sure what a soul-mate is...?

                    BENNI
        Someone you're deeply connected to.

                    ARLO
        Maybe. But she says I don't talk
        enough.

                    BENNI
        I think guys avoid talking to avoid
        their feelings.

                    ARLO
                (shaking his head)
        I just have a way saying the wrong
        thing... You sound like a therapist.

Benni smiles.

                    BENNI
        I'd love to be a children's therapist.
        If we ever get a college here.

Benni turns off the sidewalk toward an old but well maintained
house.

                    BENNI (CONT'D)
        Here we are.

Arlo follows Benni up the stairs, bags of clothes in hand.


INT. FAITH HOUSE - DAY

Arlo and Benni stand

IN THE LARGE LOBBY

of the Faith House, with a RABBI (60), an Islamic CLERIC
(60), a GURU (60) and a PASTOR (60). Arlo shakes their hands.

THREE SECURITY GUARDS, on the periphery of the room, watch
Arlo as carefully as he watches them. Arlo addresses the
holy men, cautiously, as he watches the security guards.

                    ARLO
        Thank you for your help.

                    BENNI
He's doesn't have much time.

                    GURU
It will only be a few moments.

                    PASTOR
             (turning to Arlo)
Stand against the wall.

Arlo moves against the white wall, watching the religious
men and their guards uneasily.

The cleric steps behind a mounted digital camera and snaps a
picture of Arlo.

The rabbi types a few words into a computer.

                    RABBI
I found a corpse, killed in a skyway
accident yesterday. His Uberopolis
permits haven't been vacated yet.
Avery Hibbard.

Arlo eyes dart, suspiciously. Benni turns to Arlo, concerned.

                    BENNI
You look nervous.

                    ARLO
Different religions in the same
room...

                    BENNI
Happens here everyday.

                    RABBI
We fought for centuries...

                    PASTOR
Now we're all looking for a homeland.

Arlo notices an opened door on the periphery of the main
room, with school-aged children inside. A classroom. Arlo
meanders closer to observe through the door.

INSIDE THE CLASSROOM

A small group of children study together. One of the students
reads to the class as the teacher and other students listen.

                    STUDENT
          ...internationally scorned for its
          belligerent history, but its trade
          imbalance and social and corporate
          welfare destroyed its economy, and
          eventually the world's. No longer
          beholden, the allies attacked...

Arlo turns his away from the classroom. Back

IN THE CENTRAL BUSINESS OFFICE

the rabbi types a few more words in his computer.

Arlo and the security guards exchange suspicious glares.

An identification card comes out of a small advanced printer.
The cleric pulls the I.D. off the printer and quickly turns
to hand it to Arlo.

The cleric's sudden motion startles Arlo. In a reflexive
motion Arlo pulls out the black handgun (stolen from Louis)
and shoves it an inch from the cleric's face.

The cleric doesn't flinch, no stranger to danger. The security
guards draw their guns on Arlo.

                    BENNI
          What are you doing?!

                    ARLO
              (breathing heavily)
          I thought it was a gun...

The cleric reveals Arlo's identification card in his hand.

                    CLERIC
          Your I.D.

                    ARLO
          Tell them to drop the guns.

The pastor gestures for the security guards to lower their
weapons. The guards lower their guns, cautiously.

                    GURU
          Surviving the war and fourteen years
          underground requires some healthy
          paranoia. But you're safe here.

The Guru places his hand on Arlo's shoulder, comfortingly.
Benni's face softens from anger to understanding.

Benni touches Arlo hand and steps in front of his gun barrel.
Arlo lowers the gun and wipes the sweat from his brow.

                    ARLO
          I thought...

The cleric nods, understanding.

                    BENNI
              (nervously embarrassed)
          We should hurry to the Z.R. Center.

The holy men and Arlo all nod in eager agreement.

                    GURU
          Blessings.

                    PASTOR
          Godspeed.

Arlo and Benni exit.


EXT. STREETS OF ZONE 115 - DAY

Confused by Arlo's behavior, Benni hurries ahead of Arlo,
through the impoverished local pedestrians, predators and
their quarry.

                    ARLO
          I'm sorry.

Arlo catches up to Benni.

                    ARLO (CONT'D)
          I got nervous.

                    BENNI
          You put a gun in the cleric's face.

                    ARLO
          The religious can't mix in my zone.
              (overlapping)

                    BENNI
              (overlapping)
          If you can do that --

Benni stops walking and turns to face Arlo, breathing deeply
to gather her strength.

                    BENNI (CONT'D)
         Did you kidnap Tamara Gwynn?... They
         found her DNA in your sky-cycle.

Arlo's face flattens, stunned.

                    ARLO
         Tamara came to 242 trying to get
         back to L.A. for her trial before
         the State killed her -to stop her
         from producing her A-cells.

Benni resumes walking. Wounded, Arlo follows, as he explains.

                    ARLO (CONT'D)
         When the bounty hunters who followed
         Tamara learned I was in 242 they
         came after me and my family, instead.
         I agreed to drive her to the L.A.
         for money to get my family to safety.
         I almost got her there... She was
         like you... Strong, full of hope.
         She was gonna save the world...

Benni's face softens as Arlo explains.

                    ARLO (CONT'D)
         I'm afraid you don't believe me, but
         I didn't hurt Tamara.

Benni stops to face Arlo.

                    BENNI
         I believe you...

Benni turns away and resumes walking. Arlo follows.

                    BENNI (CONT'D)
         Weird to hear the fearless Arlo
         Grainer say he's afraid.

                    ARLO
         Fearless? I got fears. They keep me
         smart... on my toes.

                    BENNI
         What fears could you have?

                    ARLO
         Fear I won't live to see my kids
         grow up... Fear I'll outlive 'em...
                    (MORE)

                         ARLO (CONT'D)
                    Or I'll fail 'em... Like I failed
                    Tamara.

                         BENNI
                    You did all you could.

                         ARLO
                    Fear of my own mistakes.

                         BENNI
                    What? You inspired millions of us --

                         ARLO
                    It was a mistake.

Benni's jaw drops with shock and disillusionment.

                         ARLO (CONT'D)
                    I wouldn't have declared Stockton a
                    free zone if I knew how many zone
                    fighters would die... for a mistake.

Benni's eyes grow wet with tears.

                         BENNI
                    It's not mistake. My parents died
                    for this.

Arlo's face goes flaccid, horrified that he's hurt Benni.

                         ARLO
                    You're right... It's not a mistake...

Benni pulls away and quickly crosses the street.

                         ARLO (CONT'D)
                    I didn't mean to say that...

Arlo lowers his head and follows her across the street, to
the basement door of an old building.


EXT. Z.R. BASEMENT - DAY

Wet from the rain, Arlo stands in silence with Benni as she
knocks on the basement door.

Benni dries her eyes before the door opens.

Two young Chinese men: a tall man, RICK (25), and a short man, BRUCE (25) open the door suspiciously.

                    BRUCE
         Benni.

                    BENNI
         Rick, Bruce. This is Arlo Grainer —a
         friend of your father's...


INT. RIANNA'S MOTHER'S APARTMENT (LIVINGROOM) - DAY

Jerry stands, speaking with Rianna and her mother. John Carl watches the proceedings carefully from the door of Franny's bedroom, behind him Franny is visible, unconscious, in bed.

                    RIANNA
         ...he came alone. Only long enough
         to see Franny. Then he left.
              (turning to her mother)
         I can't believe you called these
         people.

                    MRS. RAMIREZ
         If I didn't, we would have been
         arrested.

                    RIANNA
         You're a crazy lady!

Jerry steps back at Rianna's yells, stepping off the plastic carpet cover and onto the carpet. Rianna's mother reacts.

                    MRS. RAMIREZ
         Please, don't step on the carpet.

                    JERRY
         Sorry.

Jerry steps forward and returns to Rianna.

                    JERRY (CONT'D)
         Where's he going?

Rianna hesitates.

                    JERRY (CONT'D)
         He's better off if I find him before
         the Blue Guard.

                    RIANNA
        Zone 115. He has a friend there...
        Tian Shen Wu.


INT. Z.R. CENTER – DAY

The Z.R. Center is little more than a basement apartment
full of recycled hi-tech equipment.

An AFRICAN AMERICAN MAN works at a computer desk. A WHITE
WOMAN (wearing an air filter) works on another computer in
the background.

Rick drinks tea with Arlo, on the couch. Benni listens
curiously.

                    ARLO
        ... He introduced me to Sun Tzu.

                    RICK
        My father told us many stories about
        you and how --

Bruce enters the room extending a BLUE box toward Arlo.

                    BRUCE
        A few months ago, this came for you,
        in care of my father.

Arlo stares at the the box astonished. Benni moves closer.

                    BRUCE (CONT'D)
        I've never seen anything like it.

Bruce hands the box to Arlo.

                    ARLO
        Thank you. Thank you.

Arlo opens the box, quickly, to find...

                    ARLO (CONT'D)
        The A-Cell.

Benni moves closer to see the A-cell -in perfect condition.

                    BENNI
        How can it be here?

                         ARLO
              Dylan sent it... I forgot.

                         BENNI
              This means --

                         ARLO
                    (whispering)
              Hope is unreasonable.

                         BENNI
              It means you can still help Tamara
              change the world.

Benni's phone rings. She answers.

                         BENNI (CONT'D)
              Louis...

Benni listens to her phone. The African American Man pulls a
document from a printer and hands it to Arlo.

                         AFRICAN AMERICAN MAN
              You're booked on the 3 PM shuttle to
              Uberopolis, gate five.

Arlo nods appreciatively.

                         ARLO
              Thanks. That only gives me three
              hours.

Arlo and Bruce consider the A-cell.

                         RICK
              Maybe we can help get that into the
              right hands.

                         BENNI
                    (on the phone)
              ... Thanks.

Benni hangs up, and turns to Arlo.

                         BENNI (CONT'D)
              Louis says a State investigator just
              came by. He's on his way here.

Arlo quickly tucks the A-cell into his jacket. Benni looks
at Arlo uncertainly.

>                    ARLO
>          I can't leave it here with The State
>          coming...

Arlo moves closer to address Benni more personally.

>                    ARLO (CONT'D)
>          Thanks for everything... I'm sorry
>          about what I said. It's not a mistake.

>                    BENNI
>          It's OK.

>                    ARLO
>          I mean it.

Benni removes her yellow dream-catcher necklace and puts it
around Arlo's neck.

>                    BENNI
>          For luck.

>                    ARLO
>          Thanks.

>                    BENNI
>          If you're ever back in 115...

Benni looks down self-consciously.

>                    ARLO
>          Of course.

Arlo turns for the door.

>                    BENNI
>          How can you get back into The State
>          without a State car?

>                    ARLO
>          I'll work on that. I gotta go before
>          they get here.

Arlo pulls the basement door open to leave.

>                    RICK
>          I know how you can get back in The
>          State.

Arlo stops to listen.

EXT. Z.R. CENTER - DAY

Jerry parks his sky-car on the street outside of the Z.R. center. Stepping out into the rain, Jerry raises his hands over his head, to show he's unarmed as he approaches the Z.R. basement headquarters.

INT. Z.R. CENTER - DAY

Jerry stands in the living area of the sector 115 Z.R. center with the tall and the short Chinese man. The computer and gadgets are all gone now, hidden. Bruce stares at Jerry with admiration and comments to his brother:

>                    BRUCE
> All these celebrities.

>                    RICK
>          (to Jerry)
> Brave of you to come here without
> the Blue Guard.

>                    JERRY
> I figured I was safer without 'em.
> His wife said he came to see a...
> Tian Shen Wu.

>                    RICK
> Our father's dead. Arlo needed a
> passport back into the State.

>                    JERRY
> Where's he going?

Rick and Bruce look at each other cautiously.

>                    JERRY (CONT'D)
> He's better off if I get him before
> the blue guard does.

>                    BRUCE
> The shuttle port.

>                    JERRY
> To where?

>                    RICK
> We didn't ask.

INT/EXT JERRY'S SKY-CAR - DAY

Jerry races along the New York City skyline.

          JERRY
   Call Howard.

Jerry's sky-car dials Howard, automatically. A moment later,
Howard's image appears in the rear-view mirror.

IN THE REAR-VIEW MIRROR MONITOR

Howard appears particularly neat and handsome, sitting in
their office.

INTERCUT PHONE CONVERSATION - JERRY AND HOWARD

          HOWARD
   Jerry.

          JERRY
  You look great.

          HOWARD
  I'm meeting Michael for lunch. Where
  are you?

          JERRY
  New York. Tracking Arlo. He escaped
  in that shuttle crash --

          HOWARD
  You're kidding?

          JERRY
  They asked me to find him. I tracked
  him to the New York shuttle-port.

Jerry lowers his sky-car toward a shuttle-port parking garage
as he continues talking with Howard (on the phone).

          HOWARD
  Where's he going?

          JERRY
  I don't know? His friends in 115
  just said he was coming here.

          HOWARD
  115?

INT. SKY-CAR (IN PARKING GARAGE) - DAY (CONTINUOUS)

Still on the phone, Howard's face (in the rear-view mirror monitor) listens engrossed, as Jerry pulls his sky-car into the largely empty garage.

> JERRY
> He went there to see a dead friend...
> Tian Shen Wu.

> HOWARD
> From the San Gabriel debriefing video.

Jerry pulls the sky-car to a stop in a parking spot.

> JERRY
> I knew that name sounded familiar...
> Can you run a check on all the San
> Gabriel survivors?

> HOWARD
> Sure.

> JERRY
> Call when you know something.

Jerry watches Howard's image vanish in the rear-view mirror as he hangs up. As the regular rear-view mirror perspective returns, Jerry's body jolts, startled to find Arlo, in the back seat, holding a gun to Jerry's head.

> ARLO
> Keep your hands on the wheel, Jerry.

Jerry does as he's told. Arlo reaches over the seat and takes the gun from Jerry's belt, takes the keys from the ignition, and takes Jerry's omni-com. Arlo drops the omni-com on the sky-car seat, but puts the gun and keys in his jacket pocket.

> ARLO (CONT'D)
> I need you to get out slowly.

Jerry and Arlo simultaneously exit, leaving their doors open.

Using the gun, Arlo points for Jerry to move to the rear of the Sky-car. Jerry complies.

Arlo opens the trunk. Seeing no witnesses, speaking with his gun, he directs Jerry to get in the trunk.

Jerry feigns entering the trunk then suddenly strikes Arlo's arm, powerfully, knocking Arlo's gun into the trunk.

As Arlo moves for the gun, Jerry grabs him and tackles him into the trunk and hammers two punches to his face.

From under Jerry, Arlo reaches up and grabs the hood of the trunk and slams it down on Jerry's head, twice. Dazing Jerry.

Arlo spins on top of Jerry. Jerry's feet dangle out of the trunk while Arlo stands firmly on the ground. With this advantage, Arlo hammers two forceful blows to Jerry's face.

With few defensive options, Jerry Kicks Arlo in the chest, sending Arlo staggering back several yards.

Jerry, feet sticking out of the trunk, grabs the gun and turns it on Arlo.

                    JERRY
          Stop!

Arlo freezes, then notices that Jerry is holding his (Arlo's) gun.

                    ARLO
          You have my gun. It's not loaded.

Arlo casually pulls Jerry's gun from his pocket and trains it on Jerry's face.

                    ARLO (CONT'D)
          Drop it or I'll shoot.

                    JERRY
          Shit.

Jerry drops the gun outside of the sky-car.

Arlo moves closer and gestures, with the gun, for Jerry to lie flat in the trunk. Jerry complies.

                    JERRY (CONT'D)
          Was it loaded.

                    ARLO
          Yeah.

Jerry rolls his eyes. Arlo tosses Jerry the sky-car key.

                    ARLO (CONT'D)
          Good to see you again. Sorry 'bout
          the circumstances...

                         JERRY
             I don't get it. You were safe in the
             zones. Why'd you come back?

                         ARLO
             My kid needs Drexlerin.

Arlo closes the trunk, drops Jerry's gun on the ground, and
dashes for the boarding gates.


INT. BOARDING GATE (SHUTTLE PORT) - DAY

Arriving at the baggage check line, Arlo takes off his jacket
and wraps the A-Cell inside. He passes inconspicuously through
a screening line as his jacket goes through an x-ray device.

A security worker notices the A-Cell in the X-ray monitors
and pulls it out.

Arlo's faces tightens.

Considering the A-Cell's phallic shape, the FEMALE SECURITY
WORKER eyes Arlo suspiciously. A nearby male SECURITY WORKER
giggles.

                         ARLO
             For my wife.

                         FEMALE SECURITY WORKER
             Of course.

Allowing Arlo past, the female security worker giggles as
she returns the A-cell to Arlo.


INT. PARKING GARAGE - DAY

Trapped in his own sky-car trunk, Jerry pounds his fists,
kicks and yells to no avail:

                         JERRY
             Open this fucking trunk!


INT. COMMUTER SHUTTLE - DAY

Arlo sits on a luxury commuter shuttle, nervously looking
around. A flight attendant hands Arlo a cup of orange juice.

                    ARLO
          Thank you.


INT. PARKING GARAGE - DAY

TWO POLICE OFFICERS work to pop Jerry's sky-car's trunk.

BANG-BANG! Jerry kicks the trunk's interior, loudly.

                    JERRY (O.S.)
                      (muffled)
          Come on!

The trunk pops open. Jerry emerges, stiffly, flashing his
badge, one EYE BLACKENED from his fight with Arlo.

                    JERRY (CONT'D)
          Jerry Matthiessen. Inquiries.

One of the officer hands Jerry his gun.

                    JERRY (CONT'D)
          Thanks.

Jerry opens the sky-car, grabs his omni-com and runs toward
the shuttle boarding gates, leaving the officers to wonder.


INT. SHUTTLE PORT - DAY

Jerry hops on an accelerated speed ramp to catch his breath.
On the speed ramp, a TV billboard commercial catches Jerry's
eye; the image of President Drexler superimposed next to a
brunette woman, TV anchorwoman, Hanna Trowers.

ON THE BILLBOARD MONITOR:

                    COMMERCIAL VOICE OVER (V.O.)
          Tonight, on TNC primetime, President
          Drexler talks everything from election
          strategy to to his experience as a
          P.O.W. in San Gabriel, tonight on
          Dana Trowers: Primetime.

BACK TO SCENE

Watching the monitor, epiphany illuminates Jerry's face.

                    JERRY
          San Gabriel...

Jerry pulls out his omni-com and dials hurriedly. Howard, at
the office, answers his omni-com.

INTERCUT TELEPHONE CONVERSATION - HOWARD AND JERRY

                    HOWARD
          I've been waiting for you to call
          back... You got beat up.
                (noticing Jerry's
                bruised face)

As Jerry glides on the speed ramp, talking to Howard, he
carefully scans the commuter crowds for any sign of Arlo.

                    JERRY
          It's nothing. I made contact with
          Arlo. Too much contact.

                    HOWARD
          Where's he going?

                    JERRY
                (shrugging)
          That's the problem. I don't know. He
          just said he needs Drexlerin.

                    HOWARD
          I heard they're warehousing it on
          Uberopolis till it's released.

                    JERRY
          Sky Town? OK... Look check the
          connection between Arlo, Drexler and
          San Gabriel.

                    HOWARD
          Got it.

                    JERRY
          Call Aneesh first and tell him to
          warn Drexler that Arlo may be in Sky
          Town already.

                    HOWARD
          On it.

Jerry hangs up, jumps off the speed ramp and dials Drexler
as he walks toward the shuttle baggage check line.

INT. UBEROPOLIS - SHUTTLE-PORT - DAY

Arlo exits the shuttle and slips through the crowd in the
shuttle-port concourse, as the public address plays a soothing
info-mercial about the history of Uberopolis:

                    PUBLIC ADDRESS
              ...All six billion gallons of water
              in the Uberopolis Harbor were secured
              when Drex-Tech captured the Rathman-
              Tuttle comet...

In front of the shuttle-port, Arlo finds a row of small
vehicles. Above the vehicles

A SIGN READS: "UBER-CARTS -FOR YOUR CONVENIENCE".

Arlo takes an Uber-Cart and zips toward downtown, Uberopolis.

                                        CUT TO:


INT. SHUTTLE PORT - BOARDING GATE (EARTH) - DAY

Standing the baggage check line, Jerry shows his guns and
clearances to a SECURITY WORKER. The worker takes the guns,
reading Jerry's paperwork:

                    SECURITY WORKER
              Sorry, Mr. Matthiessen. We'll issue
              you a stun gun, right away.

                    JERRY
              I've got permits...

                    SECURITY WORKER
              No guns permitted on Sky Town. Fragile
              environment. A bullet up there might
              ricochet a week before stopping.

Jerry's steps forward, thoughtfully.

A FEMALE SECURITY WORKER hands him a pack of underwear. Jerry
looks confused by the gift.

                    JERRY
              Underwear?

                    FEMALE SECURITY WORKER
          Gravity garments. Socks, briefs and
          arm bands... Magnetized. There's no
          gravity on Sky Town. The electro-
          magnetic floor grid simulates a
          gravity about one third of Earth's.
          Without these, you'll just float in
          the air.


INT. DREXLER MEDIA CENTER - CONFERENCE ROOM - EVENING

Near the top of the mammoth Drexler Media Center, President
Drexler sits at a huge table in a very elegant conference
room, with about 20 business leaders of all ethnicities.

The conference room is quite large, occupying most of the
57th floor, encircled by full length windows.

A few guards stand on the perimeter of the room.

Drexler lifts a briefcase to the table top and rises to his
feet. All talking stops.

                    DREXLER
          Six years ago Drexler Labs introduced
          Drexlerin -a bi-monthly maintenance
          drug, rather than a cure -to ensure
          future sales.

Drexler opens the briefcase and pulls out a tube of Drexlerin
pills.

INSERT - THE BRIEFCASE CONTENTS: DREXLERIN BOTTLE AND A GUN

BACK TO SCENE

                    DREXLER (CONT'D)
          Sold in packs of 5, the expense and
          popularity of Drexlerin made it a
          hot black market target -resulting
          in huge losses. Postal distribution
          proved disastrous, too. It's
          popularity was eventually killing
          more people than it was saving.
          Next week we introduce the one time...

Drexler removes the small bottle.

> DREXLER (CONT'D)
> ...curative, Drexlerin 2. As you're
> aware, stock tripled this week.

The businessmen clap enthusiastically. Drexler dismisses
their applause.

> DREXLER (CONT'D)
> I have an interview here in a few
> minutes, so, business to add to
> tomorrow's agenda?

> BUSINESSMAN #2
> I'd like to expand the prison labor
> program to Earth-based industry. I
> hear you have over 5,000 workers up
> here?

> DREXLER
> Hmm... Interesting. Anyone else?

> BUSINESS WOMAN
> I'm concerned that the Riordan Network
> is pushing free speech limits. Maybe
> it's time...

Drexler shakes his head.

> DREXLER
> Riordan's 10 percent market share
> assures voters the media is free.

> BUSINESSMAN #3
> I'm concerned about rising zone
> pirating. If we close the trade lanes
> we end the pirating...

> BUSINESS WOMAN #2
> Close the lanes and take them off
> our power grid. We'd save --

> DREXLER
> We've been through this. The threat
> of a zone attack galvanizes the voters
> behind us. If we close the lanes or
> the power grid, we lose our factories,
> cheap labor, and our grip of power...
> We'll increase Blue Guard presence
> in the lanes.
> (looking at his watch)
> Let resume in the morning.

EXT. STREETS OF UBEROPOLIS – NIGHT

As Arlo races the streets of Uberopolis on his uber-cart, he draws the attention of two POLICE OFFICERS in a police sky-ranger. One of the officers points to Arlo.

                    POLICE OFFICER 1
          Grainer!

One of the officers fires a stun projectile from his stun-gun. Arlo looks over his shoulder to find the officers. He hits the accelerator and begins weaving through the streets.

The police vehicle follows tenaciously. Arlo turns down a series of narrow alley ways. Not easily shaken, the police sky-ranger pulls closer.

Arlo turns the wrong way down a one-way street. Arlo, chased by the police vehicle, weaves wildly against the flow of traffic, as pedestrians race for safety.

Arlo turns sharply down a

NARROW ALLEY

and finds himself racing toward a dead-end wall. He leaps up, back, and out of his uber-cart, before it crashes into the wall.

The police aren't so lucky. Without time to swerve or eject, their sky-ranger smashes into the wall.

Arlo races to the police vehicle, to find both officers semi-conscious and groaning. Arlo checks for witnesses. All clear.

                                        CUT TO:


EXT. UBEROPOLIS – SHUTTLE-PORT – NIGHT

Jerry de-boards the commuter shuttle and steps into the shuttle-port.

                    PUBLIC ADDRESS
          Uberopolis comes from the German
          "Uber" meaning above. And Uberopolis
          is truly a city above the rest...

As he walks through the commuter crowd, Jerry pops open his omni-com and calls... Howard answers.

INTERCUT TELEPHONE CONVERSATION - JERRY AND HOWARD

                    JERRY
          You get anything?

                    HOWARD
          Wu, Pham, and Sanchez all survived
          San Gabriel. Pham and Sanchez were
          busted for conspiracy after the war.
          Standard 120 days on Sky Town. After
          they returned to Earth, both were
          incinerated in prison riots. I checked
          "prisoners killed in riots" in the
          Corrections base and every Sky Town
          prisoner, ever, was killed in riots -
          after they returned to Earth. And
          all from the zones.

                    JERRY
          Hmm.

                    HOWARD
          What's more curious is Leonard Lespi
          was on the list... It said he died
          four months ago.

                    JERRY
          What?... That means the Lespi I spoke
          with --

                    HOWARD
          Was a gen... Died in space somehow
          and was sucked back to Earth and
          into our crater.

                    JERRY
          If he died in space, the other
          prisoners on that list did too.

                    HOWARD
          But how?

                    JERRY
          I dunno. And we have no evidence of
          a crime; no bodies or witnesses -
          except Arlo. Find any connection to
          San Gabriel?

                    HOWARD
          You won't believe... The platoon
          Drexler escaped from was Arlo's.

                         JERRY
        No shit?

                    HOWARD
        They erased any mention of the
        capturing platoon from The State
        database. I had to go to the prewar
        archives.

Jerry ponders the information briefly as the P.A. announces:

                    HOWARD (CONT'D)
        I dug up this old photo of Arlo's
        platoon.

Howard sends Jerry a digital photo of Arlo (15 years prior,
with his old platoon) to Jerry's omni-com.

INSERT - THE PHOTO: Arlo and 40 soldiers pose for a picture.

                    PUBLIC ADDRESS
        ...95 percent of the materials used
        to construct Uberopolis were mined
        and produced at President Drexler's
        lunar refinery...

Jerry notices one of the men in the photo looks familiar.

                         JERRY
        That guy on the left looks sort of
        like Drexler.

                         HOWARD
        Frank Midland, Platoon lieutenant.
        Incinerated by the same lancer that
        burned Drexler's face.

                         JERRY
        Hmm. Can you dig up Drexler's, Arlo's,
        and Midland's military records?

                         HOWARD
        On it.

                                        CUT TO:

EXT. STREETS OF UBEROPOLIS - NIGHT

Arlo walks swiftly down a busy Uberopolis street, dressed in
a police uniform, sunglasses and his hat tilted to protect
his identity.

Arlo notices a hospital's red cross, Uberopolis General. Surveying his environs, he proceeds into the hospital.


INT. HOSPITAL - NIGHT

Arlo's police uniform has allowed him to penetrate deep into the hospital. He arrives at a SECURITY DESK where a brown jump-suited security DESK GUARD sits idly watching TV.

Behind the desk a sign reads: " ORGAN CENTER, AUTHORIZED PERSONNEL". Arlo adjusts his hat and approaches the desk.

>                    ARLO
>           We're sweeping for that nut, Grainer.
>           They asked me to check the Drexlerin
>           warehouse.

>                    DESK GUARD
>           Yeah, dispatch said that dude might
>           be here. They've all gone home for
>           the day. If he's back there, he'll
>           be easy to find. The warehouse is
>           the 3rd door on the left.

The worker turns and presses a few numbers on a keyless entry pad. The door slides open. Arlo disappears beyond the door.


EXT. UBEROPOLIS (STREETS) - NIGHT (SAME)

As Jerry walks the Sky Town streets near the shuttle-port, he notices countless video cameras mounted on every street.

Spotting a police officer in a sky-ranger, Jerry pulls out his badge and hails him to stop. The officer complies.

>                    POLICE OFFICER 2
>           We got a prisoner on the loose. What
>           do you need?

>                    JERRY
>           That's who I'm after... Where can I
>           get a sky-car?

>                    POLICE OFFICER 2
>           Get a cop ranger or cycle from the
>           downtown station. Civilian vehicles
>           can't go higher than twenty feet
>                    (MORE)

                              POLICE OFFICER 2 (CONT'D)
                    from the street. Police vehicles can
                    free-range.

Jerry nods appreciatively and points at a video camera mounted
along the street.

                              JERRY
                    Can the station get me access to
                    these camera monitors, to locate the
                    prisoner?

                              POLICE OFFICER 2
                    Hell no. Until today we never had
                    crime to monitor. Those are so The
                    Drexler Media Center can televise
                    the celebrities here. It's good for
                    business. I gotta run.

Jerry nods. The cop drives away.


INT. HOSPITAL, WAREHOUSE - HALL - NIGHT

Once beyond the door and out of the security guard's eyesight,
Arlo runs to the third door from the left.

Arlo opens the warehouse door; glancing right then left, he
enters.


INT. HOSPITAL WAREHOUSE - CONTINUOUS

Arlo enters the warehouse to find a vast warehouse, the size
of a football field, with towering ceilings; empty.

Arlo looks around in gaped-jawed disbelief, scanning the
distant corners of the room for any sign of Drexlerin.

                                                        CUT TO:

EXT. DREXLER MEDIA BUILDING - NIGHT

Jerry hastily enter the beautiful Drexler Media building.


INT. DREXLER MEDIA BUILDING - NIGHT (SAME)

Entering the

LOBBY

Jerry jumps in a glass elevator. Stepping out in

THE 56TH FLOOR, RECEIVING AREA

Jerry shows his credentials to a RECEPTIONIST (25) at a desk.

> JERRY
> I need to see your broadcast engineer.

The receptionist points beyond a large double door, where a LARGE GUARD stands imposingly.

> RECEPTIONIST
> In there. But you --

> JERRY
> Thanks.

Jerry turns, approaches the GUARD and flashes his ID and credentials to the guard.

> RECEPTIONIST
> But, you can't just --

> JERRY
> Federal Inquiries. I need the engineer.

Jerry quickly proceeds toward the control room.

> LARGE GUARD
> Hold up, cowboy.

> JERRY
> I've got an escaped prisoner. There's no time.

The guard grabs Jerry's shoulder forcefully.

> LARGE GUARD
> I said, "wait".

> JERRY
> I said, "there's no time".

Jerry explodes with an elbow to the guards face, dropping him to his knees.

The guard topples to the floor, unconscious. Jerry walks briskly beyond the door into the Broadcast Center.

IN THE BROADCAST CENTER

The control center is filled with high-tech equipment.
Employees work, busily. Jerry addresses one of them.

> JERRY
> Where's the control room?

The employee points to a nearby door. Jerry steps into the
Control Room.

IN THE TV CONTROL ROOM

Five or six people work behind a high-tech monitor, with 100
TV monitors on the walls around them.

> JERRY
> Who's the engineer?

A man raises his hand. Jerry holds up his credentials and
waives the engineer closer.

> JERRY (CONT'D)
> I have a prisoner loose in Sky Town.
> I need surveillance camera access.

CUT TO:

INT. HOSPITAL (SECURITY DESK) - NIGHT

Arlo emerges from the warehouse, face awash with anxiety.
The security worker sits engrossed in his desktop TV.

ON THE TV

Anchorwoman, Dana Trwowers, begins an interview with Drexler.

> HANNA TROWERS
> Tonight I'm honored to welcome
> President Peter Drexler, live from
> Uberopolis...

> DREXLER
> Thank you.

BACK TO SCENE

Barely looking up from his TV the desk guard asks:

> DESK GUARD
> Didn't find him, huh?

Arlo responds, trying to restrain his tense desperation.

> ARLO
> No. The warehouse is empty. They
> want me to look in the Drexlerin
> lab. Where's that?

The guard calls to another SECURITY GUARD, lazily posted
down the hall.

> DESK GUARD
> Spence, where's the Drexlerin lab?

> SECURITY GUARD
> That shit's made on Earth. They just
> stored it here until they were...

The security guard suddenly recognizes Arlo.

> SECURITY GUARD (CONT'D)
> Grainer.

The guard reaches for his stun gun.

Arlo runs.

The guard fires, narrowly missing Arlo.

EXT. HOSPITAL - NIGHT

Arlo runs out of the hospital and onto the street, followed
by the two hospital security guards.

CUT TO:

INT. TV CONTROL ROOM - NIGHT

The engineer shows Jerry how to guide a stylus pen over a
computer touch screen (which shows a map of the city).

> ENGINEER
> Touch the map anywhere to view the
> camera in that part of the city.

The engineer hands Jerry the stylus.

> ENGINEER (CONT'D)
> When you find your man, tap his image,
> and the cameras will track him
> anywhere in the city.

                    JERRY
          Thanks.

The engineer leaves Jerry to search for Arlo.

Jerry looks at the 100+ TV monitors and turns to a female
engineer standing near him:

                    JERRY (CONT'D)
          These are all Drexler media channels?

                    FEMALE ENGINEER
          All 212 stations.

Jerry sees Drexler's image on several of the stations, still
sitting across from an anchorwoman.

The Female Engineer pushes a sequence of buttons and Drexler's
image is sent to most of the monitors.

ON THE MONITORS

The interview continues.

                    DREXLER
          ...Brilliant, really.  We conquered
          the Middle East by allowing their
          factions to exterminate each other.

                    HANNA TROWERS
          But your voter competency test, and
          sterilization plan for the poor,
          some say they're intended to eradicate
          the intellectually challenged —much
          like The State has ousted the
          religious.

                    DREXLER
          First, citizens are free to believe
          as they wish —in their homes.
          Religious assemblers are expelled to
          prevent the wars that religious
          assemblies invite.  Voter testing
          and my sterilization plan deserve
          debate.  For thousands of years our
          social progress has been stunted by
          the intellectual limits of the masses.
          We've subsidize them while they've
          over-populated us to extinction's
          brink...

BACK TO SCENE

Jerry turns to the female engineer.

                    JERRY
          Is that live?
                    (nodding to the
                    monitors)

The female engineer nods.

                    JERRY (CONT'D)
          Where is that?

                    FEMALE ENGINEER
          Drexler's conference room. One floor
          up.


EXT. STREETS OF UBEROPOLIS - NIGHT

Fleeing from the security workers, Arlo spies an unattended
police sky-ranger (car) on a crowded street corner. He jumps
in the sky-ranger. A cop, standing amid the pedestrians,
turns to find Arlo stealing the vehicle.

                    POLICE OFFICER 3
          Hey!


EXT. STREETS OF UBEROPOLIS (ALLEY) - NIGHT

Driving the stolen sky-ranger, Arlo slips down a quiet alley,
unsure of where to go or what to do. Stopping his stolen sky-
cycle, he hangs his head to think.

                    ARLO
                    (whispering)
          No Drexlerin...

Arlo looks up to see the final moments of Drexler's TV
interview on a giant boulevard tv billboard.

ON ELECTRONIC BILLBOARD

                    DREXLER
          ... We're in a historical turning
          point: when reason overcomes religion.

> HANNA TROWERS (on TV)
> But in expelling the religious from
> The State, how are you less guilty
> than they of committing holy war?

> DREXLER (on TV)
> Ten thousand wars they waged against
> mankind. I waged one, to prevent ten
> thousand more.

The Anchorwoman pauses in the drama of the moment.

> HANNA TROWERS (on TV)
> Thank you, President Drexler. My
> best to the first lady.

Drexler nods.

BACK TO SCENE

Taken by an idea, Arlo picks up the sky-ranger's phone, and accelerates back into the flow of Uberopolis traffic.


INT. TV CONTROL ROOM - NIGHT

The 200 TV screens return to their original broadcasts -except one, which stays focused on Drexler.

An engineer pushes a button on the control board to speak to Drexler on the set.

> PROGRAM DIRECTOR
> Great interview.

> DREXLER
> You got all the questions right,
> this time.

> PROGRAM DIRECTOR
> Thanks. G'night, sir.

Jerry looks at the screen where Drexler is sitting with the anchorwoman. Unexpectedly the Anchorwoman vanishes from the screen. A look of disbelief takes Jerry's face.

> JERRY
> She's a gen?

                          PROGRAM DIRECTOR
                    You're a detective?
                          (sarcastically)


INT. DREXLER MEDIA CENTER - CONFERENCE ROOM - NIGHT

Drexler removes the lapel microphone from his suit jacket
and walks to a

BAR

in a cozy corner of the conference room (near the conference
table) appointed with the amenities suited to his stature.

FOUR SECURITY GUARDS, visible in the shadows of the conference
room, keep a low profile, careful not to disturb the
President.

Drexler turns to his security guards:

                          DREXLER
               Soda?

One security guard nods and Drexler graciously tosses him a
canned beverage.

Drexler grabs a bottle of wine, and a wineglass, and pours a
drink, and takes a seat in a cushioned leather club chair.

Drexler loosens his collar, and places the wine bottle and
glass on the end table beside him.

Only a few yards away, his briefcase (containing the gun and
Drexlerin) still sits atop the conference table.

Drexler's watch-phone rings. He answers. It's his
receptionist, LYNN.

                          DREXLER (CONT'D)
               It's late, Lynn.

                          LYNN (on the phone)
               I have Arlo Grainer on the line.

Drexler pushes a button on a watch-phone. Arlo's image appears
on the tiny screen.

INTERCUT TELEPHONE CONVERSATION - ARLO AND DREXLER.

                    DREXLER
          What can I do for you?

                    ARLO
          We need to talk.

                    DREXLER
          I don't negotiate with State enemies.

                    ARLO
          I have the A-cell.

                    DREXLER
          I have the A-cell. It's a dud. Bad
          science.

                    ARLO
          You have a decoy.

Arlo holds up the A-cell for Drexler to see.

                    ARLO (CONT'D)
          Thing is, it's just a prototype. It
          still has some kinks. Like three
          ounces of antimatter. If someone
          were to, say, smash this open... All
          that antimatter could erase this
          city in an instant.

Drexler hesitates.

                    DREXLER
          I'm on the 57th floor of the Media
          Center. I'll have security stand
          down.

Arlo accelerates his stolen sky-cycle into the flow of
traffic.


INT.  TV CONTROL ROOM - NIGHT

Jerry watches the TV monitor. His omni-com rings. He answers.
It's Howard sitting

IN JERRY'S OFFICE

looking exhausted.

INTERCUT TELEPHONE CONVERSATION - JERRY AND HOWARD

Case 3:18-cv-04952-VC-JH   Document 1   Filed 11/09/18   Page 29 of 156

89

                    JERRY
            What do yuh got?

                    HOWARD
            All there was in prewar records were
            their stat sheets and DNA index.
            Frank Midland: six-three, 230, 14
            boot...

Jerry grinds his teeth as he looks at a video monitor.

ON THE MONITOR

A field doctor cauterizes a soldier's wound.

BACK TO SCENE

                    HOWARD (CONT'D)
            ... Arlo: 6'-1", 210, 12 boot, wounded
            three times, honorable discharge.
            Nothing big in his DNA. Drexler: 225
            pounds, six-two, 12 boot... Odd.
            Drexler's prewar DNA records were
            destroyed. But his current sample is
            similar to Midland's...

Jerry processes the information as he glances at one of the
video monitors.

ON THE MONITOR

A cowboy brands a cow.

BACK TO SCENE

The video seems to trigger something in Jerry. He glances
back at the previous monitor:

ON THE MONITOR

A field doctor cauterizes a soldier's wound.

BACK TO SCENE

                    JERRY
            That's it! The burn would have
            cauterized the wound.

Jerry's eyes dart as he speaks to Howard on his omni-com,
his voice modulating with the intensity of a man unraveling
a puzzle.

                    JERRY (CONT'D)
          There would have been no bleeding.
          The blood was Drexler's, not
          Midland's.

                    HOWARD
          What?

Jerry's speech intensifies.

                    JERRY
          In the debriefing video: the blood
          by the river with the boots —because
          Drexler's boots were too small...
          That's why he had the gun. Midland
          killed him...

                    HOWARD
          Who? —What?

Jerry ignores Howard, lost in the epiphany.

                    JERRY
          ... The DNA reprogramming, that's
          why it's not a perfect match. That's
          why he destroyed his old records...

                    HOWARD
               (overlapping)
          I don't follow.

Jerry continues, lost in the revelation.

                    JERRY
          And Arlo knows... That's why they
          want me on their team —so I won't be
          at the trial —cause there won't be
          one. Just gens acting out a televised
          trial —long after they've killed
          Arlo.

                    HOWARD
          What?

Jerry looks at the video monitor.

ON THE MONITOR

Jerry sees Arlo speeding down an Uberopolis street on his
Sky-cycle.

BACK TO SCENE

Jerry taps Arlo's video image. The video system automatically
tracks Arlo's progress. With Jerry's tap, a tiny icon of
Arlo appears on the lower screen -a digital map of Uberopolis.

ON THE LOWER SCREEN

Jerry's eyes follow the icon of Arlo, across the Uberopolis
map. He sees Arlo is heading for the Drexler Media Center.

BACK TO SCENE

                  JERRY
          He's coming here.

Jerry hangs up the phone and addresses the control room.

               JERRY (CONT'D)
          Who's in charge!

A man raises his hand.

             PROGRAM DIRECTOR
          I'm the program director.

                  JERRY
          Go live with what I have here...
          Every news channel.

             PROGRAM DIRECTOR
          Only President Drexler can
          authorize...

                  JERRY
          You ever see one of these?

The program director looks up to see Jerry's holding a stun
gun inches from his face.

The program director pushes a series of buttons to run the
video feed of Arlo, racing on a sky-cycle, to all 200
stations.

                                CUT TO:

EXT. STREETS OF UBEROPOLIS - NIGHT

Arlo suddenly steers the sky-cycle straight up, to the Drexler-
Media building's 57th floor.

Arlo takes a few rotations around the building, his eyes scanning for a very certain target.

Spying Drexler through the window, Arlo stomps the accelerator, and SMASHES the sky-ranger through the window of Drexler's conference room.


INT. DREXLER MEDIA CENTER - CONFERENCE ROOM - NIGHT

Glass and debris flies everywhere as Arlo spills onto the floor.  Drexler shields his face from the debris and leaps out of the club chair, to his feet.

Arlo lands on the floor, near the conference table, amid glass and twisted metal.

                    DREXLER
          God damned fool!

Drexler's four security guards pull out their stun-guns.

Seeing the bodyguards moving closer, Arlo pulls out the A-cell and holds it up to smash it down.

                    ARLO
          Get back or I'll smash it.
               (looking to Drexler)
          Get 'em back!

Drexler yells to the guards.

                    DREXLER
          Get away from him! Put those away.

The guards put their stun-guns away and back up.

                    ARLO
          Get 'em out of here.

Drexler turns to his guards.

                    DREXLER
          Get out.

The guards hesitate. Drexler reiterates his orders, calmly.

                    DREXLER (CONT'D)
          Now. I'll be fine.

The guards reluctantly exit. The door closes behind them.

Arlo crawls amid the glass and twisted metal, holding his knee, wounded.

                    ARLO
          I know...
                    (grimacing in pain)
          ... you killed... Tamara Gwynn.

                    DREXLER
          A painful choice, made for the greater
          good.

Arlo brings himself to a seated position.

                    ARLO
          And everyday you dump hundreds of
          prisoners into space.
                    (breathing heavily)

Arlo struggles to his knees.

                    DREXLER
          To offset escalating birthrates and
          overpopulation in the zones.

                    ARLO
          You kill zoners and prisoners for
          transplant organs.

                    DREXLER
          Shouldn't those who injure society,
          also heal it?... You know quite a
          bit about me... But I don't think
          we've had the pleasure...

Arlo  quickly pulls a small piece of metal from his knee.

                    ARLO
          Don't you remember me? You ordered
          my platoon into an ambush in the San
          Gabriel...

Grimacing, Arlo rises to his feet.

                    ARLO (CONT'D)
          So you could kidnap and ransom our
          prisoner -to finance your defection.
          But outside of camp a Lancer struck
          your hover truck -burning your face.
          Drexler survived... Facing treason,
          you took Drexler's clothes and tags,
                    (MORE)

> ARLO (CONT'D)
> and ordered him to the river; where
> you shot him, pushed his body in the
> river, put on his uniform... and
> played dead, waiting for the allies.

Drexler passively takes a seat in the club chair.

> ARLO (CONT'D)
> Face burned, with allied tags; no
> one questioned your ID. Your plastic
> surgeon sealed it. The you killed
> his parents and the inheritance was
> yours. Except we saw the burned
> soldier by the river, in British
> uniform, but U.S. boots and gun. You
> got rid of Lu, Eric and Tian before
> they realized... But I know you killed
> Drexler... Midland.

Drexler nods somberly.

> DREXLER
> Very good...

Drexler's demeanor softens. He proceeds, almost humbly.

> DREXLER (CONT'D)
> Before the war, I dreamed only of
> serving my country then running for
> office. Leadership burned like fire
> in me. My dream was almost stolen
> when my face was burned... See, wisdom
> and character mean little to voters
> in this age. They seek fame, wealth,
> beauty. I wasn't famous... or rich...
> (smiling)
> ...But I looked OK... I didn't kill
> Drexler for his money, I killed him
> to get back my electable face...

                                        CUT TO:


INT. FAMILY'S HOME #1 (EARTH) - NIGHT (SAME)

A family watches the confession.

                                        CUT TO:


INT. DREXLER MEDIA CENTER - CONFERENCE ROOM - NIGHT (SAME)

As Drexler continues, his humility wears off.

                              DREXLER
                    I used his name, but my with my
                    policies The State IQ average is up -
                    128; we've achieved full employment;
                    we have more billionaires than ever;
                    and brought jobs to the zones and
                    provide your youth plenty of cheap
                    video games and headsets; to keep
                    them safe from their own despair -
                    too content to fight.

Arlo's expressions flattens in the face of such evil.

                              DREXLER (CONT'D)
                    So, you're here to topple the kingdom
                    by killing the king?

                              ARLO
                         (shaking his head)
                    My daughter's sick. I need Drexlerin.

                              DREXLER
                    You'd threaten a hundred thousand
                    lives to save your daughter?... Not
                    exactly heroic...

Arlo's jaw clenches.

                              DREXLER (CONT'D)
                    Drexlerin is produced on Earth. We
                    warehoused it here to keep it safe
                    from pirates until our bunkers were
                    ready. The last shipments returned
                    to Earth yesterday...

Drexler rises and moves slowly to the conference table, to
his briefcase. Arlo follows, keeping the A-cell raised like
a bat.

                              DREXLER (CONT'D)
                    But I did bring a few doses for my
                    presentation. A trade: the A-cell
                    for the Drexlerin.

Arlo pauses at the offer.

                              DREXLER (CONT'D)
                    Very generous, considering your
                    position... I'll have you escorted
                    to give your daughter the Drexlerin -
                    then returned to prison. My word...
                              (MORE)

                    DREXLER (CONT'D)
        Or you can keep the A-cell —but how
        will that help your daughter?

Arlo's eyes race, calculating his options.

                    ARLO
        Tamara didn't want you to have it.

                    DREXLER
            (disgusted)
        Tamara would have destroyed the energy
        industry and our economy for her
        cause. I've planned a thirty year
        phasing; allowing industry to
        adjust...

Drexler swings the briefcase top open, shielding Arlo's view
of the briefcase contents.

                    ARLO
        Thirty years? Billions more will
        die.

                    DREXLER
        But the quality of life is preserved.
        There's a bigger picture to consider.

INSERT - THE BRIEFCASE CONTENTS: DREXLERIN BOTTLE AND A GUN

BACK TO SCENE

Drexler removes the Drexlerin to show Arlo. Arlo's eyes dart
wildly, confused.

Drexler's eyes grow sympathetic of Arlo's plight; his voice
softens to give Arlo his most earnest support.

                    DREXLER (CONT'D)
        The anguish of power: sometimes
        sacrifice is the only option. I
        sacrificed religion for peace. You
        can do this —for your daughter...

Drexler extends the Drexlerin bottle to Arlo. Arlo slowly
extends the A-cell toward Drexler, to trade.

                                        CUT TO:

97

INT. FAMILY'S HOME #2 (EARTH) - NIGHT (CONTINUOUS)

A family watches, tensely.

                                        CUT TO:

INT. DREXLER MEDIA CENTER - CONFERENCE ROOM - CONTINUOUS

Preparing to exchange the A-cell with Drexler, Arlo's pauses;
perhaps remembering Tamara's opinion that "sacrifice is a
failure to find solution."

Arlo reaches forward to exchange the A-cell for the Drexlerin.
Arlo takes the Drexlerin from Drexler with his left hand.

In a WALL MIRROR behind Drexler, Arlo sees the gun in
Drexler's briefcase.

As Drexler reaches for the A-cell with his left hand, in the
mirror, Arlo watches Drexler's right hand (no longer holding
the Drexlerin) reach for the gun.

Drexler secures the gun in his right hand, as his left hand
prepares to seize the A-cell.

As Drexler's fingertips come within an inch of the A-cell
Arlo unexpectedly flips the A-cell to his side, toward the
giant hole in the window created by his sky-ranger.

                    ARLO
          I hope it doesn't break.

Dismayed, Drexler watches the A-cell fly toward the window.
With no time to fire, Drexler scrambles after the A-cell,
gun in hand. Arlo, in turn, scrambles after Drexler.


EXT. DREXLER MEDIA CENTER - THROUGH BROKEN WINDOW - NIGHT

Drexler dives through the broken window, after the A-cell.

Arlo leaps out the window after Drexler.

Drexler's fingers comes inches from the A-cell, but Arlo
seizes Drexler's left ankle with his right hand.

Fifty seven stories up, holding Drexler's foot in his right
hand, Arlo grabs the window frame with his left, and flings
Drexler, with all of his might, toward the city floor.

Case 3:18-cv-04952-VC Document 56-1 Filed 12/09/18 Page 138 of 356

98

As Drexler falls, Arlo kicks off the wall -after the A-cell. Arlo seizes the A-cell in his finger tips, just before his 'gravity garments' pull him down toward the city floor.

"BANG!" Drexler fires his gun at Arlo, as he falls, missing.

The gunfire draws the attention of the crowds on the street below, sending them screaming in all directions, and Arlo Drexler hurl down.

The backfire of the gun throws Drexler into a spin as he falls, causing him to lose control of the gun and drop it.

Arlo falls at a moderate speed, toward the city floor.


INT. TV CONTROL ROOM - NIGHT

Seeing Drexler and Arlo fall past the window of the control center, Jerry stands and throws his chair against the window.

"CRASH!" The window shatters.

Looking down at the street, Jerry hesitates then dives out the window.

Behind him, one of the engineers reaches for the controls to switch the television stations back to their original programs. The program director stops the engineer, pointing at a viewership monitor, spiking upward.

                    PROGRAM DIRECTOR
            Look at the viewership spike.


EXT. STREETS OF UBEROPOLIS - NIGHT

"SLAM!" Drexler hits the ground forcefully, but Arlo's throw wasn't forceful enough to hurt Drexler in the weightlessness.

"Slam!" Arlo lands hard but safely. But the impact causes the A-cell to fumble out of his hand and bounce about 40 feet away.

Screaming Uberopolis citizens run in all directions, panicked.

Arlo rises to his feet in time to see Drexler running for his gun, near the A-cell.

Arlo grabs a parked Uber-cart (nearly weightless in space) and throws it.

The Uber-cart strikes Drexler to the ground.

>                    DREXLER
>          Shit.

Jerry, lands roughly on the street, some distance away.

Arlo dashes to get the A-cell. Before he can grab the A-cell, Drexler broadsides Arlo with a heavy punch, which, in the weightless state, sends Arlo flying toward a wall.

Drexler turns for the A-cell.

Arlo breaks his impact with the wall with his legs and arms, and leaps back toward Drexler and the A-cell.

The "wall leap" propels Arlo, sliding across the city street. Arlo's hand reaches the A-cell an instant before Drexler.

>                DREXLER (CONT'D)
>          Son of a bitch!

A-cell in hand, Arlo hops up from the street.

Furiously, Drexler turns for his gun, lying on the street.

Before Drexler can get the gun, Arlo leaps, and tackles Drexler.

Arlo and Drexler land between two parked sky-cars; their bodies in the street, their ankles on the sidewalk.

Drexler takes the advantage with his great power, and puts Arlo in a brutal headlock.

>                DREXLER (CONT'D)
>          You think I need a gun to kill you?
>          Your body is aging, slowing down...
>          I'm immortal.

Street traffic zips along, as Drexler strangles the life from Arlo's body.

Choking, Arlo feels the sidewalk curb on his ankle. Seeing a sky-car coming down the street, Arlo kicks off the curb.

The kick sends Arlo, with Drexler on top of him, sliding across the street, into the traffic.

The bottom of a sky-car smacks Drexler's head, prying his arm from Arlo's neck. Drexler groans in pain.

                          DREXLER (CONT'D)
          Shit.

Arlo hurries to his feet and crosses the street.

"BANG!" Arlo turns to find Drexler, reunited with his gun.

Jerry turns and runs toward the gunfire.

Drexler aims to fire again.

"BANG!" The bullet deflects off of the sky-car and ricochets down the street, hitting a bystander.  The bystander falls.

"BANG!" Another bullet ricochets wildly, puncturing a hydrogen pipe. The gas pours out.

TWO POLICE OFFICER on a sky-cycle recognizes Arlo:

                      POLICE OFFICER 4
          Grainer!

The officer hits his SIRENS and pursues Arlo.

Arlo runs the wrong way down a

ONE WAY STREET

and wildly weaves over, under and around the heavy traffic, as Drexler follows. A taxi driver yells at Arlo, angrily:

                        TAXI DRIVER
          Watch out!

Jerry grabs a parked Uber-car and joins the chase -the wrong way down the one-way street.

Arlo runs into a casino.


INT. CASINO - NIGHT

Arlo leads Drexler through the casino and out the back exit.

EXT. STREETS OF UBEROPOLIS - NIGHT

Exiting the casino, Arlo runs down the street. Drexler follows a few moments behind.

"BANG!" Arlo dives and slides across the street, under a few speeding uber-taxis. Emerging on the other side of the street, Arlo sees a few workmen coming out of a DOUBLE DOORWAY, leading under the city floor.

Above the doorway a sign reads: "ELECTROLYSIS POWER STATION, AUTHORIZED PERSONNEL".

Arlo runs into the underground power station. Drexler follows.


INT. UNDERGROUND POWER STATION - NIGHT

Inside the power station, Arlo finds himself amid tens of workers in a dim, narrow hallway; pipes and cables line the walls. More hallways branch-off the main hallway.

Seeing Drexler still pursuing, Arlo turns and squeezes through the workers, deeper into the power station, until he spies a FIRE ALARM.

Arlo flips the fire alarm. "RING!" The fire alarm blares.

                    WORKER
          Fire!

Tens of workers rush toward Drexler, to escape. Drexler turns and races out of the power station, the same way he entered.

Arlo follows the flow of fleeing workers in the opposite direction, toward an exit.


EXT. STREETS OF UBEROPOLIS - DAY

Emerging from the power station, Arlo sees a POLICE OFFICER slowly cruising on his sky-cycle, distracted by the commotion.

Arlo tackles the police officer off his sky-cycle. Looking up from the ground, the officer watches Arlo abscond with his sky-cycle.

                    POLICE OFFICER 5
          Asshole!

Drexler emerges from the power station in time to see Arlo speeding away on the sky-cycle.

Drexler flags a 2ND POLICE OFFICER to a stop, yanks the cop out of the sky-ranger, jumps in the sky-ranger and resumes his pursuit.

Through the traffic Jerry sees Drexler speed after Arlo.

Stuck on a civilian vehicle, incapable of following Drexler and Arlo into the roof of the city, Jerry jumps off of his Uber-cart and flings it down the street, furiously.

>                    JERRY
>              Son of of... Shit!

Hydrogen continues to pour from the pipe punctured by Drexler's bullet.

Arlo, on his nimble sky-cycle, makes a quick move through the tops of the city buildings and back down into the heart of the city -eluding Drexler's less maneuverable sky-ranger.

Arlo dismounts his sky-cycle, revs the throttle then releases it. The sky-cycle speeds down the street -unmanned. Arlo turns and runs toward the harbor, the other way, unnoticed.

Drexler sees Arlo's sky-cycle and pursues, mistakenly believing Arlo is at the helm.

The unmanned sky-cycle caroms off walls and cars down the street, creating sparks in it's path.

"BANG!" The unmanned sky-cycle crashes near the leaking hydrogen pipe, creating a spark, igniting the hydrogen.

"BOOM!" Drexler watches the huge hydrogen explosion.

>                    DREXLER
>              God...

"RING!" A fire alarm sounds.

Disgusted that he's lost Arlo's trail, walking a street perpendicular to Arlo's path, Jerry sees Arlo run past.

Jerry pursues Arlo -toward the harbor.  A half a block behind Arlo, Jerry calls out:

>                    JERRY
>              Arlo!

Arlo doesn't respond, racing toward the edge of the harbor.

                    JERRY (CONT'D)
            It's me! Jerry!... I can help you!

Arlo stops on the edge of the harbor, and turns to face Jerry.
Jerry stops running, careful not to encroach on Arlo's space.

                    ARLO
                  (gasping)
           You're with the State!

                    JERRY
           I can get you out of here alive!

As Arlo looks toward Jerry, his eyes grow alarmed.

Sensing that Arlo is not looking at him, but past him, Jerry
turns around to find Drexler, 100 yards away, racing toward
them in his sky-ranger, gun drawn.

Jerry leaps out of the way. Arlo dives into the harbor water.

"BANG!" Drexler fires from 60 yards away.

Arlo surfaces briefly, then dives and disappears underwater.

"BANG!" Drexler fires again from 30 yards away.

Drexler glides over the water's surface, scanning for Arlo.


INT. TV CONTROL ROOM - CONTINUOUS

With no cameras underwater, the TV cameras remain focused on
the water's surface.


INT. HARBOR UNDERWATER - CONTINUOUS

Swimming underwater, Arlo makes it to the far wall of the
harbor. Blood swirls in the water, from a BULLET WOUND in
his leg.

Arlo desperately searches for the freshwater inlet, where he
and David Levine had lunch together.

Oxygen dwindling, a scar-nosed dolphin pokes Arlo in the
stomach. Spike! Arlo follows Spike a few yards to the inlet
hole, still covered by the grate.

Arlo pulls forcefully at the steering wheel sized grate latch that keeps the opening shut.

It breaks free.

Arlo pulls the grate open and climbs through.


EXT. CONSTRUCTION ZONE (UBEROPOLIS) - DAY

Arlo emerges from the water, gasping and coughing, on the prison construction side of the harbor wall.

He pulls himself out of the water and sits wearily on the lip of the inlet hole, blood dripping from his leg.

Arlo quickly removes his wet shirt and wraps it around his leg wound to slow the blood flow.


EXT. HARBOR - DAY

President Drexler and SEVERAL POLICE in sky-rangers scour the water's surface, for any sign of Arlo.


EXT. CITY SHUTTLE PORT - UBEROPOLIS - NIGHT

Dozens of Uberopolis citizens rush to the shuttle-port, demanding to be evacuated. Chief Kanu and a few police try to calm the crowd.

                    WOMAN #3
          Take me back to earth!

                    MAN
          Get me out of here! Now!

                    CHIEF KANU
          Calm down, people!

A message comes over Chief Kanu's radio.

                    RADIO DISPATCHER
          Chief Kanu, the electrolysis station
          is down. Our oxygen supply is reduced
          until we get it up again -and there's
          a hydrogen fire burning downtown.

Chief Kanu turns to a SENIOR POLICE OFFICER next to him.

>                    CHIEF KANU
>          Shit! Our oxygen supply is down and
>          we have a hydrogen fire. We've got
>          to evacuate.

>                    SENIOR POLICE OFFICER
>          Evacuate?!

>                    CHIEF KANU
>          Or suffocate.

Chief Kanu speaks into his radio, back to dispatch.

>                    CHIEF KANU (CONT'D)
>          THROW THE SIRENS NOW! And raise the
>          evacuation trains!

The evacuation sirens blare throughout Uberopolis.


EXT. HARBOR - NIGHT

Drexler glides over the water looking for Arlo's body.
Drexler grabs his phone and calls the radio dispatcher.

INTERCUT TELEPHONE CONVERSATION - DREXLER AND RADIO DISPATCHER

>                    DREXLER
>          Who told you to evacuate?

>                    RADIO DISPATCHER
>          Kanu. We've got a hydrogen fire and
>          the electrolysis station is down.

Drexler turns away from the phone to yell at the officers
searching the water for Arlo.

>                    DREXLER
>          Shit!! Get outta here! Evacuate!

Drexler returns to his phone conversation with the radio
dispatcher.

>                    DREXLER (CONT'D)
>          Tell Warden Arnold to set the prisoner
>          evacuation for disposal.

Drexler hangs up. Around him the police officers evacuate.
One of the officers turns to addresses Drexler.

                    POLICE OFFICER 6
          What about you, sir?

                        DREXLER
          I'll leave when I find this bastard!


EXT. CONSTRUCTION ZONE (UBEROPOLIS) - NIGHT

Arlo sits, eyes closed, trying to recover from his bullet
wound, in an out of sight area near the fresh water inlet
hole.

Evacuation alarms sound. Arlo opens his eyes and moves from
his sheltered area to see what's happening around him.

On a long raised strip, resembling a subway

PLATFORM

Arlo sees two very long evacuation shuttle-trains slowly
rise up from the floor of the construction zone, on both
sides of the platform. The front "car" of the shuttle train
is an oversized shuttle, pulling many smaller freight cars.

The doors to one of the shuttles opens. One of two red-suited
PILOTS speaks into an intercom mic mounted on the platform.

                    PILOT #1 (on intercom)
               Prisoners, enter the open shuttle
               for immediate evacuation.

The prisoners hastily enter the open shuttle, leaving nothing
but guards on the platform.

Stealthily, Arlo creeps closer. But in moving, an automated
camera senses Arlo's figure, triggering the video tracking
system.


INT. TV CONTROL ROOM - NIGHT (CONTINUOUS)

In the empty control room Arlo's image comes back on the
world's TV's.

INT. UBEROPOLIS - CONTINUOUS

In a open area of downtown Uberopolis the free citizens
frantically board any one of a dozen long evacuation shuttle
trains.

Two of the shuttle-trains slowly lower back down below the
floor of city. The city floor slides back above them, creating
an airtight airlock to launch into space.


EXT. HARBOR - NIGHT

Drexler searches the water for Arlo. The last evacuating
police officers calls back to Drexler from a distance.

                    POLICE OFFICER 7
          President Drexler! Look at your TV!

Drexler flips open his watch-phone and sees Arlo on the
construction side of the dividing wall.


EXT. CONSTRUCTION ZONE (UBEROPOLIS) - DAY

Carefully, Arlo moves closer to the

PLATFORM

and the prisoners.

The doors to the second shuttle opens. The comparatively
small number of guards enter the second shuttle train, leaving
the platform clear -except the two pilots.

As a short pilot unexpectedly begins to walk toward the front
shuttle of the PRISON car, a tall pilot calls to him. Arlo
listen closely, hiding behind a half wall.

                    SHORT PILOT
          Come on, we gotta go.

                    TALL PILOT
          I gotta set the autopilot over here.

                    SHORT PILOT
          They're gonna dispose of all of 'em?!

                    TALL PILOT
          Doing the world a favor.

Pilot #1 disappears into the prisoner's shuttle cargo door.

Pilot #2 enters the guards' shuttle and disappears inside.

Arlo quickly slips into the prisoner's shuttle


INT. PRISONER'S SHUTTLE - CARGO BAY - CONTINUOUS

Arlo finds a hundred prisoners sitting strapped to their seats. The pilot enters the autopilot code into a small wall mounted navigation box.

Arlo sneaks up on the pilot and places him in a choke hold. Looking at the navigation box Arlo sees the words "DISPOSAL... MISSION... SET...", flicker by.

> ARLO
> Reset the mission.

Arlo takes a RED stun-gun from the pilot's belt, as he speaks.

> PILOT #2
> I can't reset. I don't have the code.

The prisoners watch, uncertain.

> ARLO
> Release the prisoners.

The pilot presses a code into the box. The prisoner restraints pop off. Keeping the pilot in a one armed headlock, Arlo grabs the shuttle intercom to address the prisoners in the rear freight cars.

> ARLO (CONT'D)
> This shuttle's gonna dump you in
> space! Get on the other shuttle train
> now if you want to live.

The prisoners rush out of the disposal shuttle train and into the guards's (largely vacant) shuttle. The prisoner's quickly overwhelm the guards with their numbers.

Arlo releases the pilot, with a shove, through the cargo door. The pilot runs into the opposite shuttle to pilot the only remaining evacuation shuttle.

Arlo begins to step from the cargo hull onto the platform. He looks up to see Drexler racing toward him, gun drawn.

Case 3:18-cv-04952-VC  Document 56-1  Filed 11/09/18  Page 149 of 356

BANG! Arlo leaps out of the doorway and behind one of the many passenger seats in the cargo hull.

Drexler rushes in the cargo hull and begins aggressively searching the seat rows.

Hiding, silently, under one of the seat rows, Arlo looks up to see Drexler passing. Arlo fires the RED stun-gun at Drexler. Hit with the electrode, Drexler drops his gun and convulses in pain.

Arlo jumps up and punches Drexler in the face, slams him into the wall and places Drexler in a one armed headlock.

Holding the stun gun in his free fist Arlo begins rapidly hammering Drexler in the face with stun-gun reinforced fist, until blood pours from Drexler's nose and mouth.

Arlo brings back his fist, and prepares to land the killing blow to Drexler's face; then pauses:

                    ARLO (CONT'D)
          I could kill you...
               (breathing heavily)
          I'm getting your gun. Then we're
          gonna bring Franny the medicine.
          Then I'll surrender... Understand?!

Drexler nods his head, weakly.

Arlo releases his grip. Drexler slowly falls to his knees, blood dripping from his face.

Arlo steps away from Drexler and toward the gun on the floor.

As Arlo reaches for the gun a jolt of pain shoots through his head, driving him to one knee -an "ice-pick" headache. Arlo eyes roll in their sockets as he GROANS and struggles to his feet.

"BANG!" A fist smashes Arlo in the face, knocking him to the ground. Arlo looks up to find Drexler looming over him.

                    DREXLER
          Bad time for a headache.

Arlo kicks the gun across the floor, to keep it from Drexler.

Drexler leaps for the gun and grabs it, as Arlo struggles to his knees. Without hesitation, Drexler turns and fires.

Arlo's head jerks back. He falls to his knees, hit by the bullet on the right side of his neck.

Arlo grabs the side of his neck.

Drexler lowers the gun to fire the killing bullet.

ZAP! Drexler's body jolts, violently, in pain.

Jerry stands behind Drexler, with his stun-gun discharged into Drexler's neck.

                    DREXLER (CONT'D)
          GRRRR!

Drexler recovers from the shock, and raises his gun to shoot Jerry.

Jerry throws his stun-gun down and unloads a haymaker of a right hook (a punch) to Drexler's face, before Drexler can fire.

The punch knocks Drexler out of the shuttle's door, unconscious, on the platform.

Jerry rushes to Arlo's side, to find Arlo, semi-conscious, holding his bloody hand to the wound on his neck.

                    JERRY
          Shit.

Jerry takes off his white shirt. He removes Arlo's hand from the wound and places his shirt over the bullet hole.


EXT. CONSTRUCTION ZONE - PLATFORM - CONTINUOUS

As Jerry works to assist Arlo he doesn't notice the shuttle bay doors closing behind him.

Jerry places Arlo's hand back over the wound.

                    JERRY
          Push.

Jerry glances up and discovers the shuttle is moving.

                    JERRY (CONT'D)
          What the hell?!

Weakly, Arlo points to the cockpit.

> ARLO
> Get in cockpit... We're getting...
> Dumped in space.

Jerry lifts Arlo from the floor and carries him

THROUGH THE AIRLOCK

INTO THE COCKPIT

where Jerry helps Arlo into the copilot's chair.


EXT. CONSTRUCTION ZONE - PLATFORM - CONTINUOUS

The two evacuation shuttle-trains docked at the platform slowly lower back down below the floor of the construction zone. The floor slides back above them, creating an airtight seal, creating an airlock.


INT. SHUTTLE COCKPIT - UNDER THE CITY FLOOR - CONTINUOUS

IN THE COCKPIT Jerry sees the shuttle submerge below the city floor, then the metal city floor automatically cover the shuttle, in an airlock tunnel.

Now, in an underground tunnel, through the windshield, Jerry sees the perimeter wall open at the end of the tunnel. The automated shuttle slowly gains speed, toward the opening, to exit into space.


EXT. UBEROPOLIS - NIGHT

Dozens of evacuation trains shuttle trains, filled with evacuees, flee Uberopolis.


EXT. UBEROPOLIS - CONSTRUCTION ZONE - NIGHT

Drexler regains consciousness and looks around to discover the shuttle train is gone. Wearily, Drexler pulls out his watch phone and speaks.

                    DREXLER
          Defense shield... This is the Big
          Picture... Locate prisoner disposal
          shuttle-train... Good. Neutralize.
          All points strike. Disable internal
          override.


INT. SHUTTLE COCKPIT - NIGHT

Arlo and Jerry sit in the pilot's seat, Jerry to Arlo's left.
Arlo's eyes relax as if losing consciousness.

Jerry presses Arlo's own hand against his neck wound.

                    JERRY
          Keep the pressure... Arlo!

Keeping one hand on his neck's bullet wound, the shirt now
red with blood, Arlo reaches into his pocket and hands Jerry
the Drexlerin bottle.

                    ARLO
          Give... to my daughter.

Jerry pushes Arlo's hand back.

                    JERRY
          You're gonna give 'em to her.

Jerry reaches over to help Arlo push the shirt against the
wound. Turning back to the radar monitor, Jerry sees a
speeding blip approaching from below the right.

                    JERRY (CONT'D)
          I got a Warhead. What do I do?

                    ARLO
          Go faster.

Arlo's head wobbles, light-headed from blood-loss.

                    JERRY
          Shit.

Jerry races the shuttle forward.

Arlo's eyes roll, drifting off to die.

INT. DREAM SEQUENCE - SHUTTLE - (CONTINUOUS)

Arlo turns left to find a gaunt, pale child, sitting in Jerry's pilot seat, with a respirator mask over his face.

The child rises, smiles, and hands Arlo a yellow flower, then turns and walks to the rear of the cockpit, and disappears through the airlock window.

WATER SPLASHES through the airlock window.

Arlo moves to the airlock, to discover it's sealed by a steel-bar grate. Beyond the grate he sees 'Spike', the dolphin, swimming in the cargo hull.  Arlo tugs at the bars to free Spike, to no avail. A voice calls:

> VOICE (V.O.)
> There's no way out.

A RED LIGHT FLASHES in the cargo hull. An ALARM BLARES.

Deep in Spike's eye, Arlo sees the spiral of Benni's yellow butterfly dream catcher.

END DREAM SEQUENCE


INT. SHUTTLE - COCKPIT - NIGHT (CONTINUOUS)

Waking and turning left, Arlo finds Jerry yelling as the war heads gain.

> JERRY
> There's no way out!

> ARLO
> Back... to Sky Town... fast.

Jerry looks at Arlo, confused, but turns the shuttle back, full speed. The warhead follows, gaining.

Racing the warhead back to Uberopolis, they pass dozens of evacuating shuttle trains.

The warhead gains. Moments from impact, Arlo's eyes close...

114

INT. DREXLER'S PRIVATE SHUTTLE - COCKPIT - CONTINUOUS

The last Uberopolis evacuees: Drexler, his pilot, Warden
Arnold and Chief Kanu sit in Drexler's private shuttle.

Drexler looks out the windshield in time to see Arlo and
Jerry's shuttle racing back toward Uberopolis, with three
missiles only a moment behind. Drexler's eyes widen with
disbelief.

                    DREXLER
          Bastard.


INT. SHUTTLE - NIGHT (CONTINUOUS)

An instant before impact, Arlo opens his eyes, reaches up
and throws three switches. Thrusters fire and the evacuation
pod launches. Arlo pulls back on the control column.

Jerry watches, astonished.


EXT. UBEROPOLIS - NIGHT (CONTINUOUS)

The Evac-shuttle turns sharply up, out of the way of the
warheads, narrowly missing the outer wall of Uberopolis.

The fuselage of the shuttle plows through the outer shield
of Uberopolis. The warhead follows an instant behind,
detonating and blasting Uberopolis to ruins.


INT. SHUTTLE - NIGHT (CONTINUOUS)

Jerry exalts with both arms in the air.

                    JERRY
          HELL YEAH!! HELL YEAH!!

Jerry looks toward Arlo, to find him slumped, motionless, in
his seat.

                    JERRY (CONT'D)
          Arlo..?

Jerry reaches over and applies pressure to Arlo's neck.

                    JERRY (CONT'D)
        Arlo... Come on, man... Arlo...

                                          FADE TO:

EXT. CEMETERY - DAY

The green cemetery lawn contrasts against the gray sky. A
small group of people with their heads hung solemnly, sit
listening to a female orator give the funeral eulogy.

Behind the woman, a coffin. The woman's words are muffled by
the wind and street traffic.

Laura, Jerry, Howard, John Carl and Rianna, sit teary eyed
in a row. ARLO, at the end of the row, sits with a large
scar on his neck; his face clean shaven, again.

Sitting next to Arlo, Franny reaches forward and touches
Jerry on the shoulder. Jerry turns. Franny hands him a yellow
flower.

                      FRANNY
        I'm sorry about your son, Matthew.

Taking the flower, Jerry forces a smile.

The service concludes. The mourners rise. HOWARD approaches
Jerry with a brief embraces, then somberly walks away, as
the other mourners disperses for home.

Arlo and Rianna (followed by John Carl and Franny) approach
Jerry and Laura as they arrive to their funeral car. Laura,
enters the car, too anguished to look up and notice them.
Rianna addresses Jerry.

                      RIANNA
        If there's anything you need...

Jerry nods, appreciatively.  Jerry eyes fall upon Arlo.

                      ARLO
        You gonna be OK?

Jerry hesitates.

                      JERRY
        It's always gonna hurt...
            (his voice breaks)

Jerry hugs Arlo almost convulsively.

                        JERRY (CONT'D)
            We went fishing... When you were in
            the hospital... He gotta go fishing.

Arlo pauses, overcome by the weight of the moment.

                        ARLO
            Maybe you can try again...

                        JERRY
                    (pausing)
            I'm not sure I'm that strong.

Jerry pulls back from Arlo.  The two men exchange a brief
look of mutual regard.

Jerry slips into the funeral car with his wife.  The funeral
car drives away, leaving Arlo with his family on the cemetery
lawn.  Drizzle falls.

Across the street, TWO UNDERCOVER AGENTS watch Arlo from a
parked sky-car.

Arlo picks up Franny and hugs her tightly.  Arlo and Franny
break their embrace and consider each other at close range,
as Arlo holds Franny, perched on his forearms.

                        ARLO
            You ready for your new school?

                        FRANNY
                    (nodding)
            Mommy got me new clothes.

                        ARLO
            I can't wait to see.

Arlo puts Franny down. Franny, John Carl, Arlo and Rianna
slowly walk toward a sky-car. John Carl and Franny walk a
few steps ahead of their parents.

                        RIANNA
            The hospital released you this
            morning?

                        ARLO
            Last night.

                        RIANNA
            I could have picked you up.

                              ARLO
                    Didn't want to impose. The State
                    gave me a hotel room —and some new
                    friends while I'm in town.

Arlo nods toward the two undercover agents. Noticing Arlo's
nod, one of the agents waves to Arlo.

                              ARLO (CONT'D)
                    Vince loaned me the suit...
                         (waving back to the
                          agents)
                    John Carl says you got an apartment
                    and a job?

                              RIANNA
                    Just a basic apartment.  It's really
                    not much.  And I'm substitute teaching
                    for Laura until a permanent position
                    opens.  Jerry arranged it.  We can
                    afford repatriation now.

John Carl and Franny get into the car and close the doors.
Arlo and Rianna stop outside of the car to finish:

                              ARLO
                    I'm not repatriating.

                              RIANNA
                    The kids are happy here --

The drizzle strengthens into a light rain.

                              ARLO
                         (nodding)
                    And Franny needs the good medical
                    care.  I'll try to visit--

                              RIANNA
                    You can't be serious.  You just spent
                    a month in intensive care and you
                    can't even try it here?... They
                    exonerated you.  You're not a
                    criminal.  They're giving the profits
                    from Tamara's A-cells to her
                    charities... We're having an election
                    soon.  Things are changing.

Arlo lowers his eyes.

                         RIANNA (CONT'D)
          ...Don't you get it? The war's over!
          You're the only one left fighting...
          and for what?

Arlo's eyes survey his surroundings, hesitating to answer.

                         ARLO
          Something better.

                         RIANNA
          Is it so bad here?  We can believe
          whatever we want in...
                   (hesitating at her
                    own hypocrisy)
          ...our own homes...

Rianna purses her lips in frustration. The rain smears her
VIOLET eye shadow, obscuring her tears.

                         ARLO
          You're still beautiful in the rain.

Rianna surrenders a momentary smile.

                         RIANNA
          You're still impossible.

Arlo smiles in turn.


EXT. HOVER-JET - NIGHT

A lone sky-cycle races above dark, barren fields and desserts.
The sky-cycle glides through the doors of a large warehouse.


INT. WAREHOUSE - NIGHT

Arlo parks the sky-cycle, dismounts and strides confidently
toward a hover-jet warming on the dock, next to a familiar
figure: Dylan.

Arlo gives Dylan a quick wave. Dylan nods, closes the hover-
jet's cargo hull and tosses Arlo the key.

Catching the keys, Arlo hops into the hover-jet, cranks the
key and blazes out of the warehouse, back into the night.

                                        FADE OUT:

EX. B

EXT. ORPHANAGE LOS ANGELES - DAY

A YOUNG BOY, maybe 8, helps a NUN wash clothes. She hangs them on the lines, as the hot LOS ANGELES sun beats down.

The little boy looks up at the sky where he sees a majestic floating SPACE HABITAT. A torus. Bigger than the moon but the same effect against the blue sky.

                    MAX
          Sister?

                    NUN
          Yes Max?

                    MAX
          Are the people from there, are they
          different to me?

She looks over at the little boy for a moment, then goes back to hanging the laundry, as we CUT TO--

EXT. SPACE

We see the TORUS as it sparkles in all of its glory. We fly over millions of mansions covering the inner habitable side of the torus as it spins slowly in the sunlight.

                    NUN (V.O.)
          They are not so different to you
          Max. They are just rich. That's the
          only difference. They are rich.

EXT. LOS ANGELES - DUSK

Gleaming rockets take off, tearing through the atmosphere and into space from a run down SLUM in LOS ANGELES.

A LITTLE GIRL watches as they glow up into the heavens. Her shirt is dirty and riddled with holes.

                    NUN (V.O.)
          You see one day the rich decided
          that Earth was too dirty for them
          and they wanted a new place to
          live, so they built Elysium.

EXT. ORPHANAGE - CONTINUOUS

Max looks over at the nun skeptically.

                    MAX
          But they look different.

                              NUN
                    I don't think so. You think so?

Max nods, and we CUT TO--

A COMMERCIAL FOR THE NEW FALL LINE BY GUCCI.

Various supermodel-like faces come up on the screen. "A"
through "F" lettered next to each head. A FINGER selects the
"C" model, we realize it's a touch screen.

A BEAUTIFUL WOMAN takes her finger off the screen and walks
into a MEDICAL BAY that sits in a high-end designer store.
She lies down on an MRI looking machine.

The machine closes around her. A flash of light and then
GUCCI reads across the image of the dazzling woman, her face
looks instantly younger.

                              NUN (V.O.)
                    They just don't get old the same
                    way as us...

EXT. ORPHANAGE - CONTINUOUS

Max goes back to scrubbing.

                              MAX
                    Do they get sick?

INT. GUCCI MEDICAL BAY

The MRI machine runs a laser up and down the woman's body. A
computer monitor reads the diagnosis:

Trace amounts of CANCER. Certain smaller ailments. The laser
changes color. RE-ATOMIZING comes up on the screen.

                              NUN (V.O.)
                    They have machines to fix that.
                    They live longer. They are very
                    lucky.

BEEEP. Health check COMPLETED. 100% CLEAR.

The woman's name and details come up: AGE 97. She looks 40.

EXT. ELYSIUM - DAY

ELYSIAN MOTHERS push strollers past a perfect lawn. They chat
as the curvature on the inside of the habitat stretches out
behind them. They look healthy, happy, perfect.

3.

                    MAX (V.O.)
          I don't want to get sick. I want to
          go there like them. Then I won't
          get sick.

INT. SPIDER'S LAIR – NIGHT

Lines of humans wait to buy illegal tickets to Elysium from
gun-strapped SMUGGLERS. We see a MOTHER and DAUGHTER.

                    NUN (V.O.)
          Well, some people do go there...

We see the little girl get a fake ELYSIAN ID NUMBER burnt
into her wrist. She winces. A FATHER and his YOUNG SON on
crutches step forward. The father places the dirty cash down.

EXT. SPACE – DAY

A filthy graffiti-covered rickety old space-ship shoots away
from earth, heading toward the magnificent ring in the sky.

                    NUN (V.O.)
          Actually many people go there.

INT. IMMIGRANT SHIP

Throngs of illegal immigrants. The MOTHER strokes her
DAUGHTER'S hair. Coke bottles and garbage float in zero G.
The FATHER and his YOUNG SON lie waiting to land.

                    NUN (V.O.)
          But it's illegal, they don't like
          us there.

EXT. ELYSIUM – DAY

As the ship pulls up to the surface...

INT. PROTOCOL ROOM

A very high-tech cylindrical room on the inside of Elysium. A
tiny scroll of text blinks on a computer monitor:

ILLEGAL ENTRY. DISPATCHING HOMELAND DEFENSE.

EXT. ELYSIUM – DAY

The graffitied ship touches down. The back bay doors open and
the immigrants emerge. The MOTHER helps her sick DAUGHTER out
onto the lawn of this new utopia.

                    NUN (V.O.)
          So they send us home...

4.

The immigrants see HELICOPTER-LIKE VEHICLES dotting the skies, getting closer, filled with IMMIGRATION POLICE DROIDS.

The immigrants run for their lives. The father and son get caught, as a droid fires a net over them, trapping them.

> MAX (V.O.)
> All of us?

> NUN (V.O.)
> No, not all...

The mother and daughter escape through a hedge. The mother throws a rock through the window of a big empty mansion. She opens the door and carries her sick child inside.

INT. MANSION ELYSIUM - MED BAY

The mother finds an in-house medical bay. Like a large hospital MRI inside each of the Elysian homes. She puts the child down on the machine and presses the button. The machine scans the barcode on her wrist. The MRI closes around her.

> NUN (V.O.)
> Some people stay...

The mother watches a screen. The graphic on screen shows the RE-ATOMIZATION PROCESS. The machine opens, and...

The girl looks healthy. The screen reads: 100% CLEAR. The mother cries with happiness as she hugs her healthy daughter.

> NUN (V.O.)
> They stay as long as they can....

EXT. ELYSIUM MANSION - LAWN - DAY

The young girl and mother sit at a picnic, enjoying every second, watching artificial waterfalls in the distance, but--

They see little black dots on the horizon. Those helicopter-like vehicles. The mother wraps up fast, racing inside.

> NUN (V.O.)
> But sooner or later, they are
> found...

INT. ELYSIUM MANSION - DAY

The mother and daughter hide. The doors BLOW OPEN. HOMELAND DEFENSE droids raid the house. The mother is violently handcuffed, the girl trying to protect her is held down.

INT. DEPORTATION HANGAR - NIGHT

A huge hangar. ILLEGALS are lined up like cattle, waiting to be deported. The massive space shuttle waits as orange jump-suited humans climb on board. ILLEGAL ALIEN on their backs.

The mother and daughter are among them.

The immense shuttle lifts up and departs. Pan with it. Earth comes into frame. Huge and bright, it feels not far away.

>                    NUN (V.O.)
>          And they are sent back here.

EXT. EARTH SLUM

The ship pulls up to a no name slum. The HUMANS are repatriated. Thrown out by ARMED DROIDS.

>                    MAX (V.O.)
>          It's not fair.

EXT. ORPHANAGE - DAY

>                    NUN
>          I know, I know my little Max. It's
>          not fair. But one day if you become
>          a rich man you can go there.

Max nods, determined.

>                    MAX
>          I will be rich.

>                    NUN
>          Oh really. That's good. How are you
>          going to be rich?

>                    MAX
>          I will be a dealer.

The nun whips her head over, looking at Max.

>                    NUN
>          A dealer? Who have you been
>          speaking to?

Max looks down and goes back to scrubbing.

>                    MAX
>          Pedro. He said you can be rich if
>          you be a dealer.



                    NUN
          Well you just stop listening to
          Pedro. I don't want to hear such
          nonsense ever. Do you understand?

The nun turns back to her washing.

                    MAX
          Yes sister.

Close-up on YOUNG MAX's face as he scrubs the clothing.
Thinking, dreaming of ELYSIUM. We slowly DISSOLVE TO:

INT. MAX'S SHACK - MORNING

Adult MAX leans forward in front of a small dirty mirror. He
splashes water on his face. He is 30s, good looking, clearly
from a troubled past. We see gang tatts run down his neck and
arms. A small gold locket dangles from his neck.

EXT. LOS ANGELES FAVELA - MORNING

Max walks past serious GANGSTERS hanging out in the favela. A
few GIRLS hang out with them.

                    GANGSTER
          Off to work?

                    CARLO
          Gotta be up early to work that
          line, man.

The gangsters laugh.

                    MAX
          Yeah, laugh it up, remember you owe
          me bail money Carlo.

Carlo goes quiet. Max keeps moving.

Wide shot of the FAVELA: we see the thousands of rickety
little houses and cinder-block shacks all interconnected.

TITLE: LOS ANGELES - FORMERLY UNITED STATES 2109.

What looks like the layout of the Hollywood Hills,
overlooking a vast polluted population, seems to resemble
Tijuana more than Los Angeles. Women hang laundry, police
choppers fly overhead. Chickens squawk. Another day in LA.

Little favela CHILDREN suddenly appear, surrounding Max. They
try and go through his pockets. He slaps their hands away.

                         CHILD 1
          You got money?

                         CHILD 2
          We want money!

                         MAX
          You think I got money? I NEED
          money, that's why I'm going to
          work. Wait...do YOU have money?

The children look confused. Max catches one of them and turns
him upside down, shaking him by his feet. A few coins fall
out of his pockets. The other children laugh hysterically.
Max puts him down and grabs a five dollar coin.

                         MAX (CONT'D)
          Uh huh! Rich!

The kid grabs for it, the other kids dying with laughter.

                         MAX (CONT'D)
          Now I can finally buy my ticket to
          Elysium!

The kids laugh even harder. Max hands it back.

                         MAX (CONT'D)
          Now fuck off.

The children run off laughing. Max continues down the sloping
favela. Up ahead he sees:

HUNDREDS OF PEOPLE gathering. Ragged clothing, filthy and
starving. A flying machine heads toward the mob.

It slows and hovers overhead. The airborne vehicle is mostly
blue and has a UN peacekeeper vibe. ELYSIUM FOOD PROGRAM
written on the side. Max keeps walking alongside the mob.

The rear bay doors open on the flying vessel and a robotic
DROID presses a release button on the cargo controls.

Food aid bags begin ejecting out of the jet. The huge grain
bags fall to the dusty ground. People fight over the food.

Max looks up at the droid. Its cold mechanical eyes looking
down on the humans. Max watches as the jet seals up and flies
away while the starving people fight fiercely over scraps.

INT. TRAIN - MORNING

Max stands in a crowded, filthy train. He watches LA skim by
out of the graffiti-laden windows.

Case 2:23-cv-04929-CJH Document 56-1 Filed 11/09/23 Page 168 of 356

8.

He turns to see two ROBOTIC POLICE OFFICERS move through the
train. They check passengers, one of them carries a portable
scanner. They shine it at the HUMANS and their data comes up.

The Officers walk up to a bunch of decidedly dangerous
looking GANGSTERS. Each of them is scanned. The robots pat
the suspects down fairly violently.

                    GANGSTER
        I'm clean, don't fucking touch me!

                    POLICE DROID
        (robotic voice) Checked, move on.

The droids stalk through the train. They walk up to Max. He
watches them coming. They scan him. He smiles, cheery.

                    MAX
        Good morning officers.

                    POLICE DROID
        Multiple felonies. Extended history
        of dealing. What's in the backpack?

                    MAX
        Ah, you know, a little of this,
        little of that--

One of the Officers tries to grab Max's bag. Max resists.

                    MAX (CONT'D)
        Guys seriously, I'm just on my way
        to work, this is my stop here.

The Officer is not happy with Max hanging onto the bag. Very
quickly it whips out a telescopic BATON, as the train
suddenly comes to a stop. People start getting off.

                    MAX (CONT'D)
        Look, your stick's very scary, but
        this is my stop, okay? I don't want
        any trouble.

Max tries to walk. WHACK! The Officer lashes him across the
knees, he falls. The second Officer grabs his neck and holds
him down. The first one rummages through his backpack.

The train starts moving again. Max struggles to look up at
the Officers since his head is down.

                    MAX (CONT'D)
        That was my stop!

They subdue him violently, giving him a crack to the ribs.

9.

The DROID is satisfied there are no drugs in the bag. He throws it next to Max on the ground.

> POLICE DROID
> You are scheduled for parole hearing 68 today. Thank you citizen.

They move on. Max lies on the floor, his lip bleeding now. He watches his stop disappear behind him. Then he slowly looks up, chin bloody, eyes staring at ELYSIUM, so far away...

EXT. ELYSIUM

The huge 100 km diameter ring spins ever so slowly. Birds of paradise wave gently in the clean air. We pan over to--

A large government complex. THE CCB. Its metal exterior looks like a shiny version of the Pentagon.

INT. CCB HQ CONTROL ROOM

The control room is a large NASA mission control style room. Many workers sit at computer terminals. All of them are aimed at a huge wall-screen of data which projects a map of Elysium with incoming and outgoing shuttle flight paths, real time police data etc. At the highest seat of authority sits:

SECRETARY RHODES. Powerful, beautiful. Her eyes are cold, sharp, missing nothing. She is the head of the CCB.

> CCB AGENT
> Sixteen incoming ships, ma'am. We have permits for nine of them. Usual raw materials, cargo. Seven unaccounted for.

Rhodes watches the screen. Small ships incoming.

> RHODES
> Normal Monday morning. Scramble units for each of the landing sites.

> CCB AGENT 2
> Uh, actually ma'am, it looks like fifteen of our operational units were pulled offline last night.

Rhodes snaps her focus over to the agent.

> RHODES
> What?!

The agent is reading her terminal in real time.

> CCB AGENT 3
> Looks like they were decommissioned
> by Minister Patel. We have six
> active units, ma'am.

> RHODES
> Five of which are dealing with
> yesterday's squatters?

> CCB AGENT 2
> And the immigrants in delta
> quadrant. Would you like us to send
> the standard warning to the
> incoming ships?

Rhodes just shakes her head, disgusted.

> RHODES
> Yeah, that always works.

> CCB AGENT 3
> (checking comm) First undocumented
> ship just touched down.

A massive satellite-image comes up, looking down on the
graffiti-riddled ship as it lands and ILLEGALS stream out.

> OVERHEAD VOICE
> We are tracking...24 illegals.

> CCB AGENT
> Ma'am, we need to dispatch our
> available team to one of the
> landing sites. Should we send them?

Rhodes looks at the little red dots on screen.

> RHODES
> Are there any active weapons
> satellites?

> CCB AGENT 4
> Negative ma'am. Also decommissioned
> two days ago. Along with all
> terrestrial batteries.

Rhodes slides back in her chair watching the satellite feed.
She considers, the red dots spreading. Finally...

> RHODES
> How many of those incoming ships
> are a debris danger?

Silence. A room of blank faces.

...

>           RHODES (CONT'D)
> Simple question. If we shoot them
> down...how many...are...a....
> debris...danger?

A flurry of typing. Rhodes keeps her eyes on the ships.

>           CCB AGENT 3
> Uh....Based on current flight
> paths, two of them. But again, all
> systems are offline.

The wall graphic changes, two of the ships go red. With a
warning and a graphic showing potential debris spill.

>           RHODES
> Not completely offline... What
> agents are currently active that
> have access to class 5 weaponry?

>           CCB AGENT 4
> We have two agents active that are
> capable. R SMITH and M KRUGER.

>           RHODES
> Activate Kruger. He's always
> reliable.

>           CCB AGENT
> Uh ma'am, that is a direct--

>           RHODES
> I gave you an order.

>           CCB AGENT
> Yes ma'am.

EXT. LIQUOR STORE LOS ANGELES - DAY

We see a man outside a dilapidated liquor store, his ragged
clothing covering his head like a Jedi. He picks at his
fingernails with a lethal looking knife. This is M KRUGER.

His wrist vibrates. He moves the burlap material to reveal a
shockingly high-tech device on his wrist built by RAYTHEON.

He clicks the ANSWER button, we see a wire running back up to
his ear. We cannot see his face. Not yet.

>           CCB AGENT 3 (ON COMM)
> Agent 32 Alpha 21b. We are sending
> a packet over.

12.

Kruger pulls the ear-piece out of his ear. He clicks the wrist device, a large iPod style screen. INCOMING DATA.

INT. CCB HQ CONTROL ROOM

The huge wall-screen is a satellite image following Kruger into a deserted field. We see him overhead as he pulls a rope that removes a cover from a hole in the ground.

EXT. DESERTED FIELD LOS ANGELES - DAY

Kruger pulls out a stinger MISSILE looking device. He gets into firing position, the ugly snout of the giant bazooka housing multiple rockets.

He presses a button on his wrist device which syncs with the missile launcher. He aims at the sky.

                    KRUGER
          System in place.

INT. CCB HQ CONTROL ROOM

Rhodes leans forward, inhales.

                    RHODES
          Shoot them down.

                    CCB AGENT 3
          Greenlight, 21b greenlight.

EXT. DESERTED FIELD LOS ANGELES

CLICK. He fires. Four small missiles snake up into the stratosphere many times faster than the speed of sound. Kruger is coughing on the rocket smoke. And laughing.

INT. CCB HQ CONTROL ROOM

                    CCB AGENT 4
          Missiles away.

EXT. SPACE

Four MISSILES speed into space. Like tiny pixels against black, we see the ships hundreds of kilometers away.

We travel with one of the immigrant ships. We see Elysium up ahead, a small snaking missile screaming toward us.

BOOOOOM!

The missile strikes, the ship implodes and jettisons thousands of kilograms of shrapnel into space.

EXT. SHUTTLE

We see another shuttle filled with immigrants.

INT. SHUTTLE

A FATHER looks out of the dirty porthole. His face goes white as the missile snakes toward them. He holds his DAUGHTER.

EXT. SPACE

BOOOOM! The second ship is blown into oblivion. Sparkling glinting shards of metal sprinkle into the universe.

INT. CCB HQ CONTROL ROOM

The explosions fill the big wall-screen. One ship disappears.

                    OVERHEAD VOICE
          Target neutralized.

The other one is gone.

                    OVERHEAD VOICE (CONT'D)
          Target neutralized.

The screen is clear. The skies are empty again. Rhodes leans back, exhales. The room sits in total silence. Then...

                    OVERHEAD VOICE (CONT'D)
          Secretary Rhodes please report to
          the briefing center immediately.
          Secretary Rhodes. To the briefing
          center.

Rhodes stands up, straightens her jacket and confidently walks out of the control room. The agents watch her go.

EXT. DESERTED FIELD LOS ANGELES

KRUGER looks over to see two YOUNG BOYS who witnessed him firing the rockets. He tosses the weapon onto the ground.

                    KRUGER
          Hey kids.

                    KID
          Are you like...the police?

He pulls a lethal knife from his coat.

                    KRUGER
          Not really.

14.

As he approaches them with the knife, we CUT TO--

EXT. LOS ANGELES COUNTY HOSPITAL - DAY

The hospital is old, dirty, run down. And very overcrowded.

INT. LOS ANGELES COUNTY HOSPITAL - DAY

We move through the masses to find: MAX sitting, holding a
tissue to his lip, still bleeding.

A NURSE emerges. She is beautiful, but has the look of not
enough sleep and too much stress. This is FREY, late
twenties. She slows when she sees him.

                    FREY
          Max...? Max DaCosta...?

He smiles, but it pains him to smile.

                    MAX
          Frey?! Long time.

                    FREY
          Yeah.

She looks at his bloody lip, with a hint of disapproval.

                    FREY (CONT'D)
          I see things haven't changed.

                    MAX
          This, this isn't my fault.

                    FREY
          Okay.

She takes out gauze, stitches, starts working.

                    FREY (CONT'D)
          This might sting a little.

                    MAX
          How long have you--

                    FREY
          Don't talk.

He keeps his mouth shut, as she stitches him up. He looks at
her, their faces close. She finishes. Max starts to talk but--

                    NURSE
          Frey. They need you up on the third
          floor.

                        FREY
              Be right there.

She packs up her stuff to go.

                        MAX
              Hey, you think maybe we could...

                        FREY
              Bye Max, you stay out of trouble.

Max just smiles. It still stings a little.

                        MAX
              You know me...(she's gone) I'm
              clean.

He sits there a moment. Alone. Then he grabs his bag.

EXT. BIOSPHERE FACTORY - DAY

MAX walks towards the entrance of the immense plant. Its
smoke stacks pour pollution into the atmosphere.

The giant facility is ringed by a tatty chain-link fence with
barbed wire. Guards at the front wave him through.

INT. BIOSPHERE FACTORY

Max walks into a busy safety prep area. He grabs a respirator
MASK off a hook and is about to put it on when the FOREMAN
stops him.

                        FOREMAN
              Third time this month.

                        MAX
              Yeah I know, sorry sir, won't
              happen again.

                        FOREMAN
              That's what you said last time. I'm
              docking thirty minutes. Get your
              act together, Da Costa.

                        MAX
              Yes sir.

Max salutes, walks to the airlock separating the entry from
the factory. As he enters the airlock, the Foreman yells:

                        FOREMAN
              You're lucky to have this job.

> MAX
> Very lucky sir. I always dreamed of
> it.

The airlock hisses open, revealing:

The interior of the factory is MASSIVE. Thousands of workers slave over machinery. On the assembly lines, we see--

The familiar POLICE and MILITARY DROIDS of ELYSIUM. This is where their army is built.

Max walks through the huge space. He looks up to the second level office, where the CEO presides, standing at the glass:

INT. CARLYLE'S OFFICE - DAY

CEO JOHN CARLYLE is Elysian, rich. He watches over the factory through thick bulletproof glass. He sees all his little minions. He watches Max with cold attention.

INT. BIOSPHERE FACTORY

Max grabs his dolly off the rack and walks to his spot at the end of an assembly line. He keeps his eyes on Carlyle.

> WORKER
> Dude, you crazy? Don't look at him.

> MAX
> Whatever. You think he had his face
> peel this morning?

The worker laughs.

Max uses a foot pedal to load the new ROBOTIC head. He pulls the silicone cover down and stretches it over the steel skull of the police droid. He puts the head into the pallet.

Jump cuts: more heads, more silicone, more pallets.

Max walks them over to the kiln. Unloads them. Goes back, gets more. Unloads them. Gets more.

He gets a fresh batch of robotic SKULLS, he starts pulling the silicone over one, he completes it.

Max looks around the factory. He looks up at the CEO, to make sure he isn't watching. He's not there.

Max grabs a permanent marker and writes "FUCK THE POLICE" over the droid's face. He then covers it with the silicone.

Case 4:18-cv-04952-YGH Document 1071-1 Filed 12/09/18 Page 10 of 135

17.

The kiln is full. He shuts the door. He looks at the large
buttons on the wall. CLICK he pushes THERMOPLAST. A large red
light shines. Through the three-inch thick glass porthole, we
see the massive microwave fire radiation at the DROID heads.

Once baked, the HEADS slide out of the back of the kiln. The
light goes off. A warning comes up. COOLING.

And then SAFE TO ENTER.

Max disengages the door and opens it. The kiln is EMPTY,
ready for more...

EXT. CCB HQ - DAY

The government building gleams. Outer space seen beyond it.

INT. CCB HQ BRIEFING ROOM - CONTINUOUS

The room looks like a military tribunal, all aimed at
Secretary RHODES who sits alone with a single microphone,
facing a panel of high-level POLITICIANS.

                    REP PATEL
          Do you understand that this
          administration was elected on the
          basis we would be more
          compassionate to Earth? Do you get
          that? We promised a kinder, gentler
          rule. Instead, now we have a PR
          nightmare on our hands.

                    RHODES
          Forgive me sir. I don't speak that
          language. I don't know what a PR
          nightmare is. I do however know
          that if this administration keeps
          dodging the real issue, then we
          will actually have a real nightmare
          on our hands.

                    REP BURRARD
          The real issue?

                    RHODES
          Jesus Christ. Yes the REAL issue.
          The ungodly influx of illegal
          immigrants into this orbital
          habitat. That issue. Go get your
          milk and cookies and go to bed,
          junior.

                    REP PENNY
          How old are you, Secretary?

                    RHODES
    I'm one hundred and eight, ma'am.

                    REP PENNY
    Well perhaps that explains your
    penchant for resorting to twentieth
    century tactics.

Representative Patel lifts a file sitting in front of him.

                    REP PATEL
    Then there's the use of this agent.
    A Mr M KRUGER. Fifteen human rights
    violations, spanning four
    territories, rapes, weapons charges,
    misappropriation of military
    resources, false flag operations,
    human rights atrocities--

                    REP PENNY
    The guy's been diagnosed with
    serious psychological issues.

                    REP PATEL
    We made it explicitly clear to you
    that we were no longer using
    sleeper agents. And this is the
    kind of person you hire? Some crazy
    sleeper agent hiding out on earth?
    You are a reckless fanatic, Rhodes.

                    RHODES
    A fanatic? Sir, I am a patriot. I'm
    the one protecting our children
    from the great unwashed.

                    REP PATEL
    I vote for a complete dismissal.

Not enough hands are raised. It's split.

                    REP PATEL (CONT'D)
    Alright. Fine, let's reduce her
    classification to level two, make
    sure she never fires another
    missile. And let's discharge this
    (looking at paper) Agent Kruger
    permanently. All in favour?

The majority hold up their hands. Rhodes clenches her jaw so
tightly we can see the muscles flexing under her skin.

> REP PATEL (CONT'D)
> Good. Effective immediately. Let's
> update the protocol.

Patel puts his hand onto a biometric screen in front of him.
The screen reads his hand. BEEEP. The other politicians do
the same on their screens. Beeeeep.

> REP PATEL (CONT'D)
> Secretary R Rhodes. Demoted to
> level two clearance only.

> OVERHEAD VOICE
> Accepted. Secretary Rhodes demoted.

INT. PROTOCOL ROOM

The familiar high tech room. Two heavily-armed DROIDS stand
outside. Inside, we see a server array of computers, with
AIDEM written across them. A screen flashes:

SECRETARY RHODES DEMOTED - LEVEL TWO CLEARANCE ONLY.

INT. CCB HQ BRIEFING ROOM

> REP PATEL
> AGENT M KRUGER discharged from CCB.

> OVERHEAD VOICE
> Agent Kruger discharged
> immediately.

The politicians take their hands off the screens.

> REP PATEL
> Thank you everyone, dismissed.

The politicians get up and leave. Rhodes accosts Patel,
getting in his way. She speaks low, deadly.

> RHODES
> Don't come crying to me when there
> are so many of them here that this
> place looks like Earth, and you
> need a nuclear weapon to restore
> order.

> REP PATEL
> Don't worry, I will have moved.

The politician turns, leaves. Rhodes watches him walk away.

20.

EXT. KRUGER'S SHACK -- DAY

A tin shack sits in the baking sun. Various feral dogs roam
around, barking. Poverty stricken children play.

INT. KRUGER'S SHACK - DAY

We see Kruger's hands using a CRKT tactical knife to RIP the
boy's red sweater apart, he pulls change out of its pockets.

His shack is stuffed to the brim with a mixture of absurd
Elysian weaponry, along with blades and swords and computer
tech. Various women's high heels and clothing lie around.

Kruger's wrist vibrates. He pulls his sleeve back, "incoming
encrypted NOTIFICATION."

"AGENT C M KRUGER immediate DISCHARGE from CCB. Please report
to HQ for debrief - repeat IMMEDIATE DISCHARGE."

Kruger stands motionless.

A new text flashes: RETURN all weaponry to local EMBASSY.

Kruger punches the wall with immense power. Suddenly he grabs
a throwing knife and hucks it out of the open door. We hear a
dog yelp in dying pain. And then silence.

INT. PAROLE HEARING OFFICE -- DAY

The office looks like the DMV. Throngs of plastic chairs line
the large room. Up in front of the reformed criminals are:

Booths where PAROLE OFFICER ROBOTS sit. Like a cheaply built
plastic robot version of a $1 kids ride outside a grocery
store, its mouth a simple speaker.

Tatoo-covered reformees sit and explain themselves to the
plastic bureaucrats.

MAX sits holding his paper number. BEEEP.

                    OVERHEAD VOICE
              Four hundred and thirty five.

Max walks to the cubicle booth. As he adjusts the chair and
sits down, speakers in the booth begin playing.

                    CUBICLE SPEAKERS
              Max Da Costa. 36 years old.
              Incarcerated twice. 2.4 years, 3.5
              years. Trafficking controlled
              substances. Grand theft auto.
              Vandalism.

>                    MAX
> Hi, hello, before we st--

>                    ROBOT PAROLE OFFICER
> Violation of penal code 221a today
> onboard metro transit train c4
> south.

>                    MAX
> Yes, I know, but if you would--

>                    ROBOT PAROLE OFFICER
> Immediate extension of parole
> duration by a further eight months.

>                    MAX
> WHAT?! No no wait, this is a--

>                    ROBOT PAROLE OFFICER
> Police officers noted violent anti
> social behavior. We regretfully
> must extend parole.

Max clenches his jaw. We see his hands under the table
flexing. The robot who has only been looking straight ahead
adjusts its head to face Max for the first time.

>                    ROBOT PAROLE OFFICER (CONT'D)
> Elevation in heart rate detected.
> Trace amounts of testosterone in
> bloodstream. Would you like a pill?

A small container sponsored by PFIZER pops up from the desk.

>                    MAX
> No no, thank you. I just wanted to
> explain that today was not my
> fault. It was a--

>                    ROBOT PAROLE OFFICER
> Stop talking. Have you engaged in
> the use or distribution of
> controlled substances in the last
> 24 hours?

>                    MAX
> No. What? All of that is behind m--

>                    ROBOT PAROLE OFFICER
> Stop talking. Personality matrix
> suggests a 78.3% chance of
> regression to old behavior
> patterns.
>                    (MORE)

Case 4:18-cv-04952-YGH Document 27-1 Filed 12/09/18 Page 19 of 135

22.

                        ROBOT PAROLE OFFICER (CONT'D)
          Trafficking of and soliciting of
          controlled substances. Theft. Would
          you like to talk to a human?

                        MAX
          (mocking in robot voice) No, I am
          ok.

                        ROBOT PAROLE OFFICER
          Change in speech pattern noted. Are
          you being sarcastic and or abusive.

                        MAX
          (still in robot voice) Negative.

                        ROBOT PAROLE OFFICER
          It is a federal offence to abuse a
          parole officer.

Max stands up aggressively and grabs his back pack.

                        MAX
          Understood.

                        ROBOT PAROLE OFFICER
          This meeting is adjourned. Next
          meeting is in three days.

EXT. FAVELA OUTDOORS - DUSK

Max arrives home at the favela. RAP blares, GANGSTERS mill
about. YOUNG KIDS and single MOTHERS all over.

Max finally gets to his shack. JULIO, Max's lifelong friend,
drinks beers outside his place with some other sketchy
looking GUYS. Julio follows Max in and grabs a beer for him.

INT. MAX'S SHACK - NIGHT

Max opens his closet and starts putting his stuff down. Julio
hands him a beer and slumps onto the bed.

                        JULIO
          What up man? How was the line?

Max takes a swig on the beer. Julio sees Max's lip.

                        JULIO (CONT'D)
          Dude! What happened?

Max feels his lip. He shrugs.

                        MAX
          The usual.

Case 4:13-cv-04952-YGH Document 567-1 Filed 12/09/18 Page 18 of 135

Julio leans forward and gets serious.

                    JULIO
          Listen man...

Max anticipates what's coming and stops him.

                    MAX
          Can we just skip to the part where
          I say no?

                    JULIO
          Hear me out first, okay? Please.

Julio takes a zip lock bag of weed out of his cargo pants.

                    JULIO (CONT'D)
          I got a new connection, giving me
          this shit for nothing, for dirt.
          I'm selling it like crazy, man.
          We're making good cash right now.

A beat. Max waits for the rest of the pitch.

                    MAX
          I'm sorry, was that it? Was that
          the whole pitch?

                    JULIO
          Shut up--

                    MAX
          No, I mean, did you rehearse that?

                    JULIO
          Look homey, I don't want to be
          selling this shit, I don't want
          this life, just like you, but we
          both want Elysium, right?

                    MAX
          Yeah.

                    JULIO
          So dude. Hello. You're like the
          best hustler on the block, let me
          hook you up, we go back doing it
          old school, the two of us. I swear
          to you, within a year we'll have
          enough cash for IDs and a flight up
          there.

Max lifts his pants leg to show Julio a parole anklet.

                    MAX
          I think you might have forgotten
          this little guy. This fella means
          ten-to-twenty next time. Got it?
          Yeah I want to get up there, live
          in a big house, eat all I want. But
          I gotta save up, man.

                    JULIO
          And how you gonna do that? Your big
          hip hop career?

Julio laughs. Max laughs with him.

                    MAX
          Shut up. I would have been awesome,
          I had some sick rhymes.

                    JULIO
          Ah, so it's not the rap career.

                    MAX
          No bitch, I got a job. Unlike some
          people.

Julio shakes his head.

                    JULIO
          Pussy.

                    MAX
          Idiot.

                    JULIO
          Puta.

                    MAX
          Shut the fuck up, get out.

Max stands up to force Julio out.

                    JULIO
          You wanna step out for some fun? We
          met some nice ladies on the beach.

                    MAX
          Oh yeah, I'm sure, like the last
          ones you got, what was it again?
          Herpes.

                    JULIO
          They can fix that shit on Elysium.

Max escorts Julio to the door as he speaks.

> JULIO (CONT'D)
> Seriously, these girls are really
> fine, they said they want to meet
> you, we all going to Raza's.

Julio takes the small zip locked bag of weed and dangles it
in front of Max's face.

> JULIO (CONT'D)
> Sell me, sell me. Buy a ticket,
> leave this shit hole.

Max laughs.

> MAX
> Get out.

> JULIO
> I will wear you down, you used to
> be a LEGEND.

He pushes Julio out and shuts the door.

EXT. MAX'S SHACK - CONTINUOUS

> JULIO
> Now you make the po po!

Julio turns and leaves, meets up with the other guys.

> JULIO (CONT'D)
> No dice.

INT. HOSPITAL - LOCKER ROOM - DAY

Frey slides her RFID chip across a digital punch-card
machine. It beeps. Work is over. Frey stands there for a
moment. Another NURSE approaches her.

> NURSE (O.S.)
> Hey, you okay?

Frey turns, nods politely.

> NURSE (CONT'D)
> Well look, if you need anything
> sweetheart, just lemme know. We all
> wanna do what we can.

> FREY
> Thank you.

26.

INT. HOSPITAL WARD - DAY

Frey arrives at a ward that reads CANCER. She walks through rows and rows of sickly children in creaking, rusted beds.

Frey goes into a private area with a curtain drawn. She finds a YOUNG GIRL laying in bed. 6 years old.

Frey checks the girl's vitals, charts. And then Frey just looks at her. And runs a hand through the girl's hair.

This sick kid is her daughter MATILDA. A beat. And...

A DOCTOR arrives.

                    DOCTOR
          Hey. I was wondering if we could
          have a quick word.

INT. X-RAY LAB - DAY

The Doctor finds an empty room, and they go inside.

                    DOCTOR
          Look, Frey, you know we've done
          everything we could for your
          daughter, right?

                    FREY
          What do you mean COULD?

                    DOCTOR
          I'm on your side, okay? But I had a
          meeting today with the board and
          they're recommending we send her
          home with you.

Frey's eyes well up. But she remains calm.

                    FREY
          But...how can I work here and leave
          her at home? You know that she
          could...it could happen any minute.

                    DOCTOR
          I know, I know. If she has a
          seizure, you can bring her back to
          the ward. But until then, she's
          discharged. We're not a rich
          facility, we need that room back.

Frey slowly shakes her head as though this isn't happening.

Case 2:18-cv-04826-VGH Document 271-1 Filed 11/09/23 Page 26 of 135

27.

                    FREY
          Can I just have till the end of the
          week? There are more supplies I
          have to get, please. Please.

                    DOCTOR
          Alright.

                    FREY
          Thank you. Thank you, Dr. Faizel.

The doctor turns and leaves. Frey leans back against the
wall. She puts her hands to her face.

EXT. LOS ANGELES FAVELA - MORNING

Morning light. The sound of dogs and chickens once more.

INT. MAX'S SHACK - MORNING

Max sits up as his alarm goes off. He splashes his face with
water, looks into the mirror.

INT. BIOSPHERE FACTORY - MORNING

Max walks along with many other slum dog FACTORY WORKERS.
They put on their MASKS and pass into the airlock.

INT. BIOSPHERE FACTORY - DAY

Max lifts yet another batch of HEADS onto the dolly. He
wheels them into the kiln, unloads them. He goes out, gets
one more, puts it in. He hits the button. The door shuts and
then JAMS. He looks inside: one of the pallets is skew.

He hits the CANCEL button, but it doesn't open the door.

He looks around for help. He walks to the guy next to him.

                    MAX
          Hey man, can I bug you for a second?

                    WORKER
          What? They gonna dock our pay.

                    MAX
          Yeah, it's just, the door is
          jammed. Have you seen that before?

He follows Max to his kiln, looks through the half open door.

                    WORKER
          Huh, shit that's weird. I think
          it's that skew one there, see that?

>           MAX
> Yeah, but I can't reset it to open.
>
>           WORKER
> Well just squeeze through.
>
>           MAX
> What? Fuck that.
>
>           WORKER
> Yeah, it's fine, fuck it, I have to
> get back.

The worker goes back over to his assembly line.

Max looks around nervously. The Foreman at the far end of the factory motions for Max to get back to work.

Max points at the broken door, but the Foreman doesn't care. Max looks back at the door, sees the skew palette.

>           MAX
> Why the hell didn't I take the
> Burger King job?

Max takes a breath, and tries to squeeze through the gap. He pops his body through and is <u>inside the kiln</u>. He goes over to the heavy palette and starts to straighten it.

BEEEEEEP. The door suddenly snags free and....<u>SHUTS</u>.

Max rushes to the door. He bangs hysterically on the glass.

The KILN fires up, we see WAVES OF HEAT DISTORTION as the RADIATION engulfs us. Max screams and collapses to the floor.

An emergency alarm sounds. Computer monitors read "ORGANIC TISSUE DETECTED K 34." The factory shuts down.

UP ABOVE: CEO Carlyle walks back to his window, he sees workers run to Max's kiln. A large overhead siren wails. On the window, we see holographic projections of BIOSPHERE stock prices falling with each second of non-production.

Max struggles to stay conscious. We see the Foreman rush to the door, other workers using CROWBARS to wrench it open.

They force it open and allow a small BOMB DISPOSAL-STYLE ROBOT to enter. It wheels itself up to Max and scans him. It grabs Max with its robotic pincer and starts to drag him out.

Max lies on the floor unconscious as he is dragged. CLOSE UP: Max's face.

Case 2:18-cv-04952-VAP-JHD Document 27-1 Filed 12/01/18 Page 22 of 135

29.

FLASHBACK:

EXT. ORPHANAGE - DAY

YOUNG MAX sits outside on a dilapidated merry go round in the dirty, sunny orphanage playground. He has his head in his lap. His eight year old knuckles are bloody.

The NUN we saw earlier walks out into the empty playground. She calmly sits down next to him. He lifts his head and looks over at her, he has a bloody nose.

>                    MAX
>           It wasn't my fault, sister.

>                    NUN
>           Yes I know. I know, Max.

Max slumps his chin onto his knee, squinting in the sunlight. We see ELYSIUM through his POV.

>                    MAX
>           I just want to go there.

The nun looks at the broken boy for a beat. She delicately reaches around her neck and unclips a gold chain. At the end of it is a small spherical pendant. She points up at Elysium.

>                    NUN
>           You see how beautiful it looks to
>           us from here?

The torus looks stunning, glinting in sunlight.

>                    MAX
>           Yeah.

>                    NUN
>           Well, look how beautiful we look
>           from there.

She opens the locket and it reveals a photo of EARTH from space. The blue marble. Equally stunning.

>                    NUN (CONT'D)
>           You keep this. This is yours now.
>           To never forget about where you
>           come from, little Max.

She puts it into his hand. He closes his fingers.

INT. FACTORY MED BAY - DAY

MAX POV: a blurred figure overhead. The image comes into focus. It is the small optical array "head" of the HAZMAT ROBOT. It runs a scan of him. A laser skims over Max.

                    MAX
          What.....what....happened?

He looks over to see he's in a gross little med bay. He sees a porthole embedded in a thick blast-proof door. The Foreman looks through it at Max.

EXT. FACTORY MED BAY - CONTINUOUS

Carlyle walks with purpose. Two heavily armed 24/7 security droids walk with him. As Carlyle approaches the Foreman, he takes out a Prada handkerchief, so repulsed by the setting.

                    CARLYLE
          What the hell is going on? Why has
          production stopped?

                    FOREMAN
          Sir, an accident in one of the
          thermoplast kilns, he's been
          exposed. (nodding at med bay)

                    CARLYLE
          Don't breathe on me, cover your
          mouth.

                    FOREMAN
          Sorry sir.

                    CARLYLE
          Are you telling me that our
          assembly lines are down because
          some worker got irradiated? Is that
          what you're telling me?

The Foreman averts his gaze, turns to some SUPERVISORS. He gives them a sign to start up. We hear machines rev to life.

                    FOREMAN
          Sorry, sir.

Carlyle moves to the glass porthole and looks in at Max. Max looks back. Their eyes lock.

                    CARLYLE
          I assume he signed the usual
          waivers. Does his skin fall off or
          something?
                         (MORE)

31.

                    CARLYLE (CONT'D)
          I don't want to replace that
          bedding in there, just get him out,
          get him out of there.

Carlyle turns and leaves.

INT. FACTORY MED BAY - CONTINUOUS

                    HAZMAT ROBOT
          You have endured a level four
          radioactive exposure.

Max is frozen as he hears the news.

                    HAZMAT ROBOT (CONT'D)
          Your white blood cell count will
          diminish rapidly, followed by
          multiple organ failure. Finally
          cardiac arrest, resulting
          approximately twenty days from
          exposure.

Max's hand grips the bed linen and crushes it.

                    HAZMAT ROBOT (CONT'D)
          For legal reasons we ask you use
          the secondary exit from the factory
          to avoid contamination of staff.

The robot drops a bottle of pills on Max.

                    HAZMAT ROBOT (CONT'D)
          MIPOROL will abate symptoms.
          Thank you.

The robot wheels itself out of the room. Max lies alone in
the tin bed. He looks over at the porthole. The Foreman
leaves the window. Max watches as he disappears.

Max lies back and slowly looks up at the roof. He tries to
control his breathing. He grits his teeth. Bites down hard.

EXT. BIOSPHERE FACTORY - DAY

Max hobbles out of a steel door into the LOS ANGELES
sunlight. His face is white and sick. His eyes black.

A wall of bulletproof plexiglass runs the length of the exit.
A thick yellow line shows the side WORKERS must stay on. Max
slowly puts one foot in front of the next, struggling.

Carlyle comes out of the factory on the other side of the
glass escorted by his security droids. A magnificent ELYSIAN
shuttle, like a Rolls Royce, sits waiting for him.

Max sways with nausea, he loses his footing, steps over the line, supports himself on the glass. INSTANTLY, sentry GUNS aim at him, getting too close to Carlyle.

> SECURITY SPEAKERS
> You have stepped into a restricted
> area. Please step back into the
> approved area.

Saliva drips from Max's mouth as he looks up at the guns and over at Carlyle, staring through the glass.

Carlyle is about to climb into his shuttle. He looks over at Max. Then he covers his face with his handkerchief, and climbs into the SHUTTLE. Max steps away from the plexiglass, as the turbines spool up. The guns return to neutral.

INT. TRAIN - DAY

Max sits in one of the chairs. He is awkwardly slumped. His face a sallow pale white. A thick glaze of sweat coats his features. His black bagged eyes look out over the city.

EXT. FAVELA - DUSK

Max hobbles very slowly up the stairs into the favela. The little CHILDREN circle him, curious about what his ailment is. Max is too weak to disperse them.

EXT. MAX'S SHACK - CONTINUOUS

Max is able to see his shack. Julio and the others are crowded around the area. Julio looks over at Max.

Max hangs onto the wall to stay upright. Julio runs to his friend. Max collapses and falls to the dirty favela floor.

> JULIO
> My god man, what happened? MAX!

INT. MAX'S SHACK - NIGHT

Julio has Max draped over his shoulder, other gangsters push the door open as Julio brings him inside and slumps him down on his bed. The others follow. Lots of noise and commotion.

Max looks over at the gangsters, weakly.

> MAX
> Get out, get the fuck out.

The gangsters all leave. Except Julio who sits on his bed.

                         MAX (CONT'D)
          Go.

                         JULIO
          No. No man.

Max looks over at his backpack, tries to reach it, his hands
tremble. Julio leans and grabs it for him.

                         MAX
          Water.

Julio runs out. Max slowly pulls the MIPOROL out of the bag,
Julio comes back with a coke bottle filled with water.

                         JULIO
          What's going on, Max?

Max ignores him and swallows the pills, sipping the water.

                         MAX
          Can they really cure anything up
          there?

                         JULIO
          Yeah, man...they fix it all.

                         MAX
          I need to get up there. Now.

                         JULIO
          Do you have any cash?

Max shakes his head.

                         JULIO (CONT'D)
          Listen, you can have everything I
          have, but a ticket from Spider is
          like 90, I don't even have half
          that yet, I been saving. Any other
          coyote will probably be double.

                         MAX
          I don't want your money. I just
          need to see Spider.

EXT. SPIDER'S LAIR - NIGHT

In the baddest area of the LA favelas, we find Spider's lair.
Thumping reggaeton spills out into the night air. Max and
Julio push their way through the busy sidewalk to the lair.

INT. SPIDER'S LAIR

A fat BOUNCER sits in front of a dented steel door. GANGSTERS lounge with GIRLS in skimpy clothing, maybe prostitutes. Max and Julio approach the bouncer.

> JULIO
> We need to talk to Spider.

The bouncer ignores Julio, keeps chewing on his toothpick.

> MAX
> Heey...

Max's voice is breaking from the sickness.

> MAX (CONT'D)
> Hey, asshole. We need to get in.

The bouncer carelessly motions to another THUG who sits on a plastic produce box, with an AK47 slung across his chest. He gets up and uses a metal detector on Max and his chum.

> THUG
> Clean.

The bouncer waves his fat arm without looking at them. The thug pushes the steel door open and Max enters.

Max and Julio walk into the lair. The halls are bustling with people. Max and Julio walk past hookers and dealers.

Max knows where he is going, he's clearly been here before. They finally reach a door leading to a large room, and enter--

INT. SPIDER'S LAIR MISSION CONTROL  - NIGHT

The mission control is where the illegal shuttles are launched from. The room is a strange combination of wall-sized plasmas and a favela. Litter and exposed brick next to super computers and monitors displaying flight routes.

TEN TECHIE GANGSTERS are working on computers.

It is the opposite of the clean, pristine CCB CONTROL ROOM.

We see a MAN orchestrating the scene, he sits in a chair. He leans back throwing a football up toward the roof and catching it. This is SPIDER. A walking stick lies next to his chair. One of his legs is paralysed. Despite his disability, he is muscular, powerful, almost regal in his shabby throne.

As the ball lands in his hands, he looks over at Max.

                SPIDER
         You look like shit.

Julio helps Max into the room. He collapses into an empty
chair, knocking over some cans and bottles and a keyboard.

                SPIDER (CONT'D)
         Goddamn, watch yourself.

Spider leans closer to Max, looking at him.

                SPIDER (CONT'D)
         What the hell's wrong with you?

                MAX
         I'm sick, I....I'm dying.

                SPIDER
         Interesting.

                MAX
         I need to get up there. I can pay
         you back when I'm cured, when I'm
         better. Then I can do whatever you
         want. But I need to get up there.

Spider leans back in his chair. He starts laughing. Some of
the other techie gangsters start laughing with him.

                SPIDER
         Oh man, that is priceless. You
         think you just waltz in here and
         demand a ticket, and I'm going to
         give it to you like I'm some kind
         of magic genie that grants wishes
         or some shit? Maybe I can lend you
         my flying rug too.

He laughs. Max gets really close to Spider's face.

                MAX
         How many jobs did I do for you? How
         many? I'm asking for help here, I
         need help Spider, please.

                SPIDER
         Do you have any idea how many
         idiots come in here saying this
         same bullshit? Do you think I'd be
         able to put food in my children's
         mouths if I ran a fucking charity?
         The fuel alone is more than 85% of
         what I charge. And forging an
         identity for you?
                (MORE)

                        SPIDER (CONT'D)
            That's two programers for six days
            straight. Who's gonna pay for that?
            SERIOUSLY get the fuck out.

Spider turns back to the tech guys.

                        JULIO
            I told you. Let's go.

Julio starts helping Max up. They are moving toward the door.
Spider returns to throwing his ball up in the air and
catching it. But suddenly he stops.

                        SPIDER
            Wait... You said it's terminal?
            This disease thing?

                        MAX
            Yes.

Spider tosses the ball in the air, catches it as he thinks.

                        SPIDER
            You willing to take a chance then?
            There's something I always wanted
            to do, but no one had the balls to
            do it.

Spider grabs his walking stick and hobbles over to them.

                        JULIO
            I don't like the sound of this.

                        MAX
            What is it?

INT. SPIDER'S LAIR ARMORY

Spider leads them inside. Serious guns and ammo lie all over
the place. Spider goes over to a pile of tech and starts
rummaging for something. He finally pulls out a small device:

                        SPIDER
            Here we go.

The size of a matchbox, it has a tethered tail of wire caked
in old blood. He puts it on the table in front of them.

                        SPIDER (CONT'D)
            That my friend, is your ticket up
            there. One last job for me, earn
            your way up.

                    MAX
          What is it?

Spider leans back against the wall, getting more comfortable.

                    SPIDER
          Take an Elysian asshole, a
          billionaire, he's down on earth
          doing some business, whatever. We
          hijack him OK?

                    MAX
          Fuck that.

                    SPIDER
          Relax. It gets much worse. Forget
          his watch, forget his ride, forget
          all that shit. (he taps his brow)
          This is what you take. Organic
          Information right out of his head.
          Bank codes, passwords, log in data.
          Access to billions. We got a few
          hours before they figure it out and
          switch the codes, you've extracted
          enough to fund your own army.

Max shakes his head, points to the data-port.

                    MAX
          You know what the failure rate is
          with those?

                    SPIDER
          Yeah. It's why all these pussies
          always bail on me.

                    MAX
          We couldn't even get into a
          hospital to install it.

                    SPIDER
          No no, HOSPITAL? What the fuck? My
          guys are very skilled. You don't
          have to worry.

                    JULIO
          Your GUYS? Are you kidding?

                    SPIDER
          Hey. These boys can hot wire a car
          in under ten seconds.

38.

                    JULIO
          So that means they can perform
          brain surgery?!

Spider looks at Max.

                    SPIDER
          C'mon, you know it's your only
          option. You do this for me, I
          guarantee you a clean ID and a
          ticket up there. All you have to do
          is walk into a house and use the
          med bay. Bingo, you're cured.

                    MAX
          You swear?

                    SPIDER
          On my children's life. Once we
          verify the data, I'll give you a
          one way ride, all expenses paid.
          I'll even throw in snacks and a
          drink.

Spider smiles, continues--

                    SPIDER (CONT'D)
          Sandro will do the surgery, he's
          good, we do it right here. But
          actually...

He rummages through more tech for something. He finds it:

A HULC SUIT. A metal exoskeleton that fits to human limbs. It
looks like a clump of STEEL, a dirt-bike chassis with joints.

                    SPIDER (CONT'D)
          You seem all weak and fucked up, so
          I'd have them install this too,
          you're already under the knife
          right? Ensure mission success.

He slaps the HULC suit.

                    SPIDER (CONT'D)
          Shit is hardcore. Last guy blinged
          it up a little, but it runs real
          good.

The HULC on second inspection has been "lowridered." Chrome
and sparkle green paint with gang artwork. Max considers.

                    MAX
          I pick the team, I don't want your
          attack dogs turning on me when
          things go bad, and small numbers,
          just four of us.

                    SPIDER
          Nah, I'm sending my own data
          wrangler, I don't want to fuck this
          up, brain to brain data is real
          tough. Small numbers, yeah sure.
          I'll give you Manuel, BALLS OF
          STEEL. You want him around. So
          that's two plus you.

                    MAX
          Do you know who the mark is?

                    SPIDER
          I got some ideas, some rich
          business guys.

                    MAX
          No. I know who it is. I know
          exactly who it is.

                    SPIDER
          Oh yeah? Who you thinking?

                    MAX
          John Carlyle.

Spider starts laughing. Julio looks down shaking his head.

                    SPIDER
          The CEO of Biosphere, CARLYLE?
          That's better than any shit I
          woulda came up with. Fucking guy
          BUILT Elysium, built their
          operating system, built the police
          droids. You aim high son. Good job.

                    MAX
          Yeah. He's gonna pay.

                    SPIDER
          Okay, you can shoot this
          motherfucker, stab him, do whatever
          you want, just don't damage his
          head. Then you plug into his brain,
          Sandro copies the data to you, and
          bingo. You're sipping margaritas on
          Elysium by sunset.

Spider starts to move, but--

           MAX
      I want another ticket.

Max points at Julio. Spider slows.

          SPIDER
      And if I say no?

           MAX
      Good luck finding somebody else.

Spider looks at Max, knows it's non-negotiable.

          SPIDER
      Alright. Two tickets up there.
      Thirty minutes, downstairs.

Spider leaves the room.

          JULIO
      You can't seriously be considering
      this.

           MAX
      You know a faster way to get up
      there?

Julio has no answer. Max gets close to him.

          MAX (CONT'D)
      This is it, man. This is our ticket.

EXT. SPIDER'S LAIR - NIGHT

Gangsters mill about. Laughing. Smoking spliffs. A bevy of
young favalitas flirting with them. We see a wiry gangster
MANUEL among them. The fat guard sits with his AK47.

FREY approaches the lair. She wears a hoodie over her nurse's
uniform. She pulls out a crumpled piece of paper with an
address. She looks up at the lair and triple checks the
address.  She watches the seedy patrons of Spider's world.

She reaches into her pocket and pulls out a wad of cash. It's
clasped together with a rubber band. She looks down at it.

And then puts it back in her hoodie. One of the tatted thugs
suddenly spots her. He is swigging from a tequila bottle.

          THUG
      Hey, hey Baby.

Frey turns away.

                    THUG (CONT'D)
          I ain't seen you around. Hey where
          you going? Come back here.

He starts walking after her. He grabs her arm.

                    THUG (CONT'D)
          I SAID....where you going?

She tries to tug her arm loose.

                    FREY
          Please. Just let go.

                    THUG
          C'mon, don't be like that. I can be
          real friendly.

Manuel sees what's happening.

                    MANUEL
          Hey! Marco, let her go.

Frey rips her arm free and briskly walks away. The thug
laughs and holds up his tequila.

                    THUG
          What? I just wanted to talk.

As Frey turns, she sees a silhouette in one of the windows of
the lair. It's MAX. Their eyes meet. She's not surprised to
see him in this criminal world.

She lowers her head, and walks away. He watches her go in her
uniform, the one clean thing in this dark, dirty world.

INT. ELYSIUM - RHODES HOUSE - DAY

RHODES enters her house. A ridiculous palatial mansion. She
puts her keys down on the marble center island. She tosses
her jacket over a chair as she walks out to--

EXT. RHODES HOUSE - DAY

Rhodes walks by the marble and granite infinity pool. Her two
little DAUGHTERS sit on the grass playing with dolls.

                    GIRL 1
          Hi mommy!

                    RHODES
          Hey sweetie.

                    GIRL 2
          How was your day?

                    RHODES
          It was...difficult, sweetheart.

                    GIRL 2
          Do you want to play?

                    RHODES
          In a minute. Mommy's got to make a
          call first.

She sits down at a patio. Her daughters go back to playing on
the grass in front of her. She dials into her wrist device.

                    RHODES (CONT'D)
          I hope I'm not intruding. But we
          need to talk.

INT. BIOSPHERE FACTORY – CEO OFFICE – DAY

Carlyle stands in his office. Rhodes is visible, an image
projected in front of him.

                    CARLYLE
          No intrusion. Go ahead.

                    RHODES
          I've had a bit of a setback.

                    CARLYLE
          What? What happened?

                    RHODES
          I have lost certain executive
          abilities. If we are going to pull
          this off, we need to do it soon.
          Extremely soon.

Carlyle looks over at a computer server array.

                    CARLYLE
          What do you think I've been doing
          down here? You think I enjoy
          spending time on Earth? I'm going
          as fast as I can, believe me, but
          if you want to control an entire
          mainframe, you need to get it
          right. Now, when's the soonest you
          can get down here so I can hook
          your biometrics into the program?

Case 4:18-cv-04529-PJH Document 27-1 Filed 12/06/18 Page 38 of 135

43.

> RHODES
> I'm afraid that's not going to be
> possible. There's no time.

> CARLYLE
> Well I don't feel comfortable
> moving this data if it's not wired
> to you. That's a blank cheque, it's
> too risky.

> RHODES
> Unfortunately, that's how it's got
> to be. I need you here in 12 hours.

Carlyle tightens.

> CARLYLE
> I'm sorry, Secretary, was that an
> order?

Rhodes bites down, trying to stay calm, respectful.

> RHODES
> Look, you designed the original,
> you're the genius, I have full
> confidence you can figure it out.

> CARLYLE
> Well that's very assuring, but it
> took me decades to make that
> program, DECADES, it was built to
> be impenetrable. This has to
> supercede that. We're not dealing
> with the grays of politics here,
> it's numbers, codes, variables--

> RHODES
> All of which is meaningless if I
> can't upload it. So, please, sir,
> just get it done.

Rhodes clicks off her headset and watches her girls playing
on the lawn. So peaceful, so happy. They smile toward her.

Her gorgeous HUSBAND comes out of the house. He hands her a
drink and starts massaging her neck and shoulders.

> HUSBAND
> You seem tense.

She shrugs his hands away.

> RHODES
> I am tense.

Rhodes rises and joins the girls. They play on the grass together, a beautiful happy family. Off this tableau...

INT. SPIDER'S LAIR - NIGHT

Julio and Max walk through dark, dirty halls following Spider to a staircase descending deeper into the lair.

INT. SPIDER'S LAIR SURGERY - NIGHT

The basement level room looks like a veterinary clinic, covered in graffiti. In the center is a makeshift surgery bed and several stainless steel tables of old medical equipment.

Around the table are three GANGSTERS wearing green medical aprons over baggy pants. One of them pulls his mask down to speak. His face is tattooed. He is smoking a joint. He takes it out, looks at Max.

                    SANDRO
          Is this the guy?

                    SPIDER
          This is him.

The other gangsters laugh. Sandro takes a drag.

                    SANDRO
          Shit, we gonna cut you up real
          good.

                    SPIDER
          Play nice, Sandro, play nice. And
          let's get him an ID first.

Sandro yells back at the guys.

                    SANDRO
          Ok man, let's get the chief one of
          them identification codes!

One of the "surgeons" hands Sandro a device that looks like a nail gun. The end has a laser lens.

                    SANDRO (CONT'D)
          Wrist up, bitch.

Max extends his wrist. Sandro places the device over it. He clicks the trigger, the tip of the device burns the ID into Max. There is a slight amount of smoke. Max grits his teeth.

                    SANDRO (CONT'D)
          Have to burn it right in there,
          merge it with the DNA.
                    (MORE)

45.

>                    SANDRO (CONT'D)
>          There you go, chief. Now you fit
>          right in. Like you were born there.

Max looks down at the barcode.

>                    SANDRO (CONT'D)
>          And now for the real fun.

Sandro holds the small data port in his latex gloved hand. He
taunts Max with it. Max doesn't respond. He just starts
taking off his shirt. Slow, steel. Resolved.

MONTAGE - MAX is naked in a tiled room as they hose him down.
His hair is shaved. They draw incision lines on his bald
head. We see computer monitors of vitals and internal images.

>                    SANDRO (CONT'D)
>          Move it over to vivisection.

MAX lies on a surgical table. Sandro stands over him. The
other gangsters are getting ready. We see carts wheeled in,
full of the most godawful looking saws and instruments.

>                    MAX
>          When this thing is installed, will
>          it hurt?

The gangsters laugh.

>                    SANDRO
>          Yeah bitch, it's gonna hurt.

A gangster grabs Max's hand and shoves a needle in between
his fingers. Max winces in pain, but doesn't make a sound.

>                    SANDRO (CONT'D)
>          Yo, Pablo, d'you got the bone saw
>          down here?

>                    PABLO
>          Nah, it's upstairs man.

SANDRO screams up the stairs.

>                    SANDRO
>          Yo! Marianna, hey, get the bonesaw.

We hear mumbling coming from up the stairs.

>                    SANDRO (CONT'D)
>          Huh?!...what!? I can't hear shit,
>          just get the bone saw bitch.

Spider grabs his walking stick, he turns to go.

46.

                    SPIDER
          Alright, this is where I leave.

Max slowly exhales. A tear runs down his cheek as he watches
Spider go. Julio sits in the corner watching his friend.

                    PABLO
          Don't cry homeboy. We gonna make
          you a fucking favela NINJA.

                    GANGSTER
          You gonna be a cold blooded killa.

Sandro looks over at Julio.

                    SANDRO
          You should take a walk now.

                    JULIO
          No, I'll stick around thanks.

He looks at Max who looks back. Max smiles. He gives the
thumbs up. Julio nervously smiles back.

POV - we see JULIO'S silhouette become blurred and fade...

TO BLACK.

                    SANDRO
          Ok...he's out...bring in the ENDO.

A large robotic bone-saw comes down and saws off the top of
Max's skull like a cap. We look down on Max's face, his eyes
closed. Specks of blood on his chin and neck.

                    PABLO
          Alright...full cerebral scan...in
          2...1...

The image fades out....

EXT. FAVELA - FLASHBACK

A filthy YOUNG MAX sits on the steps of a shack. YOUNG JULIO
is with him, joking and laughing.

An OLDER TOUGHER BOY comes down the stairs with a few other
young gang members. Max stops laughing. The older boy slaps
him across the face.

                    OLDER BOY
          You think this is a joke?

Max rubs his cheek.

                    MAX
No.

                    OLDER BOY
Good. (takes out butterfly knife)
because you (taps him on the nose
with the knife) need to act serious
if you wanna be in our gang.

The other older kids laugh.

                    OLDER BOY (CONT'D)
Now, I want you to go into her room
and steal something.

He points up to a shack high on the hill. A YOUNG GIRL leaves
carrying laundry.

                    OLDER BOY (CONT'D)
Make sure it's something that makes
me believe it's hers.

Max looks embarrassed. He leaves holding his head down.

He sneaks up the street. As he gets closer to the house, he
starts stalking, making sure the girl doesn't see him. He
hides himself behind a wall, and sneaks into--

INT. SHACK - DAY

Max creeps into the girl's room. He starts looking through
her stuff. She has very little. He opens a drawer in the
dresser, a small worn woman's WATCH sits alone.

He steals it. He turns to leave but...the GIRL stands at the
door holding the laundry basket looking at him.

                    YOUNG GIRL
Please Max. Please. Give it back.

Max runs for it and knocks her over as he races away. As he
disappears into the hazy favela, we return to....

EXT. SPIDER'S LAIR - DAWN

Dogs bark, sirens on the horizon. The dawn air looks crisp.

INT. SPIDER'S LAIR

A small window lets the morning light in. Max is lying on a
gurney. His head is bandaged. He slowly painfully sits up.

The HULC suit servos whine as he moves. He feels the
aluminium cladding over his body. IV cables dangling.

48.

He looks out the window, sees kids playing with a tattered
soccer ball. Feral dogs. He looks up into the morning sky to
ELYSIUM floating peacefully.

He slowly raises his hands to his bandaged head, he starts
pulling the bandages away. Julio enters the room.

                    JULIO
          Whoa whoa, don't do that, hang on.

Julio turns to yell up the stairs.

                    JULIO (CONT'D)
          Hey HEY! He's up.

Julio walks over to Max, looks at him.

                    JULIO (CONT'D)
          You OK man?

Max shrugs.

                    JULIO (CONT'D)
          Does it hurt?

Max slowly nods.

JUMP CUT: a dirty GHETTO CHICK hands Max a glass of water and
a handful of pills.

                    GIRL.
          They said you gotta take em all.

JUMP CUT: Sandro checks Max's eyes with a doctor's penlight.

Spider enters the room. Max is looking at the joints where
the HULC is bolted through his flesh into the bone.

                    MAX
          What is this...?

Spider looks at him, smiles.

                    SPIDER
          Your way out.

EXT. FAVELA - MORNING

Julio stands in the morning light. A cigarette dangles from
his lips as he caresses the fresh ID on his wrist.

Manuel and Sandro lean up against their crime vehicles. They
all watch Max come slowly toward them.

> MANUEL
> What's up, partner?

He goes in for a gangsta style shake, Max reciprocates.

> MANUEL (CONT'D)
> I'm your wingman today. How's that
> suit working out for you? I always
> wanted one. Surgery scares me too
> much. But fuck me. That is tight.

> MAX
> Where are the guns?

Manuel takes a final drag, flicks the cigarette and pulls out
his heavy duffel bag. He slams it down on the hood of the
car, unzips it and pulls out an old AK47. Hands it to Max.

> MAX (CONT'D)
> What is this? Family heirloom?

> MANUEL
> No no, wait for it.

Manuel leans into the bag and pulls out a few magazines. He
pops some of the rounds out into his hand. They don't look
like normal bullets at all, more like miniature tank rounds.

> MANUEL (CONT'D)
> Air bursting ammunition.

He takes the gun from Max and hands him the bullets. He lifts
the AK and shows Max a crazy Russian attachment at the end.

> MANUEL (CONT'D)
> Designate your enemy (click button)
> and any round you fire will explode
> around them, five meter kill
> radius, that shit will fuck you UP.

Max takes the gun and practices hitting the button.

> MAX
> Hmm. Yeah, this'll do.

Max climbs into the GTR and Julio hops in the driver's seat.
Manuel hops into the pickup while Sandro fires up the engine.

EXT. BIOSPHERE FACTORY - DAY

The huge factory pollutes the LA sky.

INT. BIOSPHERE FACTORY - CEO OFFICE - DAY

Carlyle types fast on his keyboard. His screen flickers:
SEQUENCE COMPLETE.

INT. CCB HQ CONTROL ROOM

Rhodes sits at her terminal in the huge CCB control room. Her
wrist vibrates. She casually pulls her sleeve back revealing
a Patek Phillipe wrist iPod device. It reads:

COMPLETED....ON MY WAY.

INT. BIOSPHERE FACTORY - CARLYLE'S OFFICE

Carlyle sits down at the large server array. He opens a small
USB style socket in the computer. He plugs a wire into the
socket, he then feels around next to his ear. The same SOCKET
exists in his head. A wetware interface. He plugs it in.

A small blue LED lights up next to his ear.

MONITOR: SYNCING..... please stand by.

He transfers the data to his head. The exabytes COUNTING as
it transfers. Once complete, he burns the original.

INT. GTR - CONTINUOUS

Julio is sweating, focusing on the road. Max grabs a walkie.

                    MAX (INTO WALKIE)
          You read me?

INT. PICK UP TRUCK - CONTINUOUS

Manuel picks up his walkie. He is wearing what looks like a
fighter jet HELMET, with a bulletproof face-plate.

                    MANUEL
          I got you.

INT. GTR - CONTINUOUS

                    MAX
          Here's the deal, Spider's guys
          scrambled the shuttle, so Carlyle's
          gonna have to drive out to the
          launchpad. You get ahead of his
          ride. Then when the time's right,
          we box him in. Pin him down. Any
          questions?

None. Max puts down his walkie. He sees Julio sweating.

> MAX (CONT'D)
> Relax. You'll be fine. This is
> gonna work.

> JULIO
> Relax? Shit, you're not nervous at
> all?

> MAX
> No.

> JULIO
> Well I fucking am, ok? I haven't
> done this shit in years.

MAX slowly extends his newly augmented arm. The hydraulic
pistons hiss and whir, hinting at the immense power. He drops
his hand down into his lap. Looking at it.

> MAX
> Actually, maybe I am.

Julio looks at him, smiles.

> JULIO
> Yeah, see you've had this stone
> cold thing going on since last
> night.

> MAX
> Yeah. I'm actually shitting myself.

Julio laughs. Max smiles at his friend. For a moment, they
are like kids again. They slap hands.

INT. CARLYLE'S OFFICE - DAY

A heavily armed SECURITY DROID comes to the door.

> SECURITY DROID
> Sir, we are having technical
> problems with your shuttle. We need
> to drive to the central launch pad.
> Security is standing by.

Carlyle stands up, grabs his jacket. As they head out,
another scary SECURITY DROID falls into step with them.

EXT. BIOSPHERE FACTORY

Carlyle's LIMO pulls out of the dirty factory. The car is a
cross between an IRAQ anti-IED vehicle and a Rolls Royce. On
the roof sits an automated 50 cal machine gun.

INT. CARLYLE LIMO

Carlyle looks out of the bulletproof glass. His judging eyes watching the decrepit world of LA passing him by while stock prices and commercials play on holographic screens. He sees:

Burrito stands and beggars. Filthy children and feral dogs.

The LIMO slows at a stop. A donkey-drawn cart wheels by in front. Carlyle looks over to see a child at the glass window. Hand outstretched. Carlyle turns away. The LIMO accelerates.

More kids, poverty, pollution pass. Then SUDDENLY--

SCREEEEECH. SNAKE's pickup truck SLAMS its brakes up ahead. CRAAASHHH! The LIMO dives into the back of the truck.

The GTR comes up behind the LIMO.

Julio accelerates and SMASHES into the LIMO wedging the GTR against the back bumper of the limo, which is now sandwiched between the two cars, stopped in the middle of the road.

INT. ROLLS - CONTINUOUS

The Security Droids grabs their guns.

                    SECURITY DROID
          Stay down, sir.

The Security Droid driving tries to reverse out, but the wheels spin against the front of the GTR. Carlyle looks out of his window at the horrendous human hijackers.

                    CARLYLE
          Kill them!

                    SECURITY DROID
          Activating remote gun station.

We see the 50 cal roof GUN spin toward the GTR.

INT. GTR

Max pulls out his handgun and kicks his door open.

                    MAX
          Here we GO.

Max opens fire on the limo. His bullets ping pathetically off the composite materials. The sentry gun spins and faces Max.

                    SECURITY DROID
          Targeting...

The gun opens fire at Max, TEARING UP the hood and windshield of the GTR. Max dives away.

Manuel hops out of the pickup holding a SLEDGE HAMMER. He hops onto the hood of the LIMO and wields the hammer behind his head. He takes a MASSIVE swing, BANGGGG!

He smashes the gun off its turret, it sparks and blasts to pieces.

He looks through the bulletproof glass at Carlyle's terrified face. Manuel smiles and taps the glass with the hammer.

INT. CCB HQ CONTROL ROOM

The giant wall-screen suddenly flashes "CITIZEN UNDER THREAT." Rhodes whips her head over to the wall screen.

                    CCB AGENT
          Ma'am, we have an Elysian citizen
          on Earth under threat. Data coming
          up now, it's a... J CARLYLE.

All the agents slow, recognizing the name.

                    CCB AGENT 3
          My god.

Extreme close-up of RHODES. Beads of sweat on her forehead.

                    RHODES
          Bring it up, please.

The screen pops to a satellite feed of the heist.

                    CCB AGENT 4
          Recovery task force has been
          scrambled, ma'am. En route now.

INT. CCB ARMORY

We see MILITARY DROIDS grabbing guns. Jump cut to them hopping on board a shuttle. The shuttle SHOOTS toward earth.

INT. CCB HQ CONTROL ROOM

Rhodes gets up from her desk and walks out of the control room. The agents watch her go. Confused.

INT. CCB HQ

Rhodes walks through corridors, through airlocks. Nervously looking around, she swipes into--

INT. CCB ARMORY

Rhodes walks into the room full of weaponry and lockers. She grabs a headset, and dials fast on a wrist computer.

EXT. LANDFILL LOS ANGELES - DAY

Kruger stands on a landfill in LA. He presses the receive call on his wrist computer.

> RHODES
> I've got a situation here.

INT. GTR - CONTINUOUS

Max dives back behind the GTR holstering his handgun and getting the ferocious AK ready.

Suddenly, the DROID side door of the limo opens. The first droid moves out like a combat veteran, firing at Manuel.

It targets his face in a millisecond. BANG BANG. Two shots CRACK his face visor, in what would have been a killshot.

Manuel drops violently, looking out through his cracked face plate. He returns fire in a panicked spray. The bullets ping off the droid's metal shell.

In one motion, the droid leaps behind the limo, unclips a GRENADE and tosses it at Manuel.

> MANUEL
> YOU GOTTA BE SHITTING ME.

He dives as the grenade goes off, sending him flying back.

Max dodges the shrapnel. The droid turns and fires from behind the limo. Max turns the proximity fuze device on.

> MAX
> Let's see how you do against this.

Max targets and fires a burst in the direction of the droid.

ULTRA SLOW MO: the droid lifts his gun to fire back, but the small bullets come spiraling in, each of them detonating into miniature airborne claymores. A magnificent shower of gold shrapnel, as the droid is torn to smithereens.

Sandro ducks behind the PICKUP, he has the laptop connected to his chest armor, booting up. He gives a go sign.

Max gets up and runs toward the ravaged limo. Julio runs around the back of the pickup, breathing heavy.

Manuel rises, goes for the pickup truck. Max looks over at Sandro who is holding a LASER DEVICE.

> MAX (CONT'D)
> Go go go! Cut it open!

Sandro jumps out with the LASER. Manuel covers him. Sandro lifts the beast of a LASER and aims at Carlyle's door. A bright red circular target is projected onto the door.

> MAX (CONT'D)
> HIT IT.

Sandro presses the trigger. FIIZZZ. The entire door area is MELTED free in a millisecond, the shape of laser cutting across door and body alike. The huge steel plates clang onto the road, smoking, leaving Carlyle exposed, drenched in sun.

Suddenly the opposite side door opens and the second SECURITY DROID hops out with amazing speed. BRRRR, he fires a burst straight toward Manuel. Manuel dives behind the pickup.

He flips the VISOR down on his helmet. It syncs with the camera on his gun. The droid keeps firing at Manuel, but--

Manuel sticks the barrel of his gun AROUND the pickup. He sees the droid in his visor, and he unloads on it, shredding its mechanical legs. As it goes down, it lunges at SANDRO, hurling its legless torso at him, grabbing the LASER DEVICE.

They wrestle with it violently, suddenly it goes off aimed at the pick-up truck. The beam SLICES the truck in half FLIPPING one half with glowing red edges over, almost onto Manuel.

Manuel fires wildly at the droid, chewing the entire area to shreds. Bullets fly dangerously close to everyone.

> MAX (CONT'D)
> Don't hit the mark!

Manuel holds his finger down, the 1000 round mag shredding the street, pinging the limo. Hitting Carlyle in the chest.

> MAX (CONT'D)
> NO!!!!

Max aims and pulls the trigger, click, gun jam.

> MAX (CONT'D)
> Fuck!

Max tosses the jammed gun and leaps up toward the droid. The enhanced power of the suit thrusting him through the air.

                        MAX (CONT'D)
            JESUUUSSSSS!

He comes FLYING across and body-checks the droid, ripping it
away from Sandro, tearing the laser out of its grip.

Max and the droid smash up against the limo and struggle with
one another, <u>thousands of pounds of pressurised hydraulic</u>
<u>pistons wrestling, suit vs droid</u>.

Max slams the droid up against the limo, using all of his new
synthetic might, <u>he tears the head of the droid off its</u>
<u>shoulders</u>. Oil and lubricant spray everywhere. He tosses the
upper metal carcass into the weeds.

Carlyle lies slumped in his seat, gasping for air.

INT. CCB ARMORY

Rhodes briefs Kruger via headset.

                    RHODES
            There's a package of utmost secrecy
            being transported in the city right
            now. Problem is some thieves are
            trying to hijack it.

                    KRUGER
            What is it?

                    RHODES
            That's classified.

                    KRUGER
            No no no. You don't call a recently
            deactivated agent to retrieve data.
            I'm betting the government doesn't
            know it exists. Am I right?

Silence.

                    KRUGER (CONT'D)
            I am right. Which means it's
            illegal. Which means this job is
            undocumented. Which means I can ask
            for whatever I want.

                    RHODES
            Look, we don't have much time,
            there's a recovery task force
            headed to earth now. You need to
            recover this data before they do.
            You understand?

> KRUGER
> I want a fresh clean slate.

> RHODES
> Fine.

> KRUGER
> New name, new citizenship number. I want those, those other...issues to go away. You understand?

> RHODES
> Fine, YES.

> KRUGER
> Good, I want a mansion of my choosing. And...I want to bring a human back, I want to bring a human from Earth, and I want customs to look the other way. None of that bullshit like before.

> RHODES
> Fine, DONE... I've commissioned two of your old agents. Off the books. They should be at your position in thirty seconds.

Kruger watches a VTOL RAVEN flying toward him.

> KRUGER
> Send me the mission data.

Kruger clicks his wrist off. He casually takes out a tactical blade. He carves out the CITIZENSHIP CHIP in his wrist. He pulls the chip out and throws it into the weeds.

The RAVEN slows and hovers, blowing garbage. It gently touches down. Like a cross between an Osprey helicopter and a space-ship, it looks sleek and lethal.

Two special forces ELYSIAN tough guys DRAKE and CROWE greet Kruger. He tosses his bag into the Raven.

> KRUGER (CONT'D)
> Drake, Crowe. Howsit boys?

They smile as he climbs aboard.

> DRAKE
> Lekker, boss. Good to see you.

EXT. LOS ANGELES LANDFILL

The RAVEN accelerates, blasting the garbage and litter
beneath it as it gains altitude.

EXT. LOS ANGELES STREETS

Julio keeps his eyes open, looking around the area as Max and
Sandro run up. Manuel keeps watch too. Waving people away.

Max leans into the LIMO, gun drawn on the ruthless CEO. Max
watches him as he breathes shallowly, his lungs punctured.

                    MAX
          Tell me. How does that feel?

INT. LIMO

Sandro climbs in. He frantically pulls out the router cables.

                    SANDRO
          We are fucked for time.

Carlyle sees the DATA ROUTER. He lifts his finger and feels
the data port on his own head. With his other hand--

He suddenly pulls a gold plated DESERT EAGLE out of his
jacket. Max and Sandro watch in disbelief as--

Carlyle lifts the gun to his own head.

                    CARLYLE
          You can't, you can't have it--

He is about to pull the trigger when Max SLAPS the gun away.
BANG! It fires, blowing a hole in the seat.

                    MAX
          You don't get off that easy.

Sandro passes a long USB-like cable to Max.

                    SANDRO
          Ok, plug this into him.

Max grabs Carlyle's head, forces the data flap open at the
back and sticks the cable into the port. Sandro passes a
second cable leading out of the data router to Max.

                    SANDRO (CONT'D)
          OK, and this into you...

Max plugs the cable into his own data port. Sandro furiously
hits keys on his computer.

                    SANDRO (CONT'D)
          Syncing.

EXT. LIMO - CONTINUOUS

Julio is getting nervous, eyes ticking, fingers tensing.

INT. LIMO - CONTINUOUS

Max watches Carlyle, as Sandro types on the keyboard.

                    MAX
          I'm going to let you bleed out.

Carlyle struggles to form a sentence.

                    CARLYLE
          You...you have no idea...what you
          have done.

                    SANDRO
          OK, we're synced.

His finger hits the transfer button. The blue LEDs on both of
their heads light up like IPODS. We see the DATA bar start
copying on the small router screen.

                    SANDRO (CONT'D)
          Come on, baby.

We hear the whine of jet turbines. Sandro looks out of the
window to see the RAVEN approaching.

                    SANDRO (CONT'D)
          Fuck me.

TAT TAT. Julio FIRES at the RAVEN on the horizon.

                    JULIO
          We gotta go, we gotta go right now!

INT. LIMO

Max looks at the data screen, beads of sweat dripping. 90%
91% 92%. He looks up at the incoming ship. Closer, closer.

We cut to the data screen: 94% 95% 96%...

INT. CCB HQ CONTROL ROOM

An Agent watches warnings come up on his terminal.

60.

                    CCB AGENT 4
          The assailants are initiating a
          data heist, they are syncing NOW.

Rhodes clenches her jaw and crunches back into her chair. She
casually lifts her wrist. And speaks under her breath.

                    RHODES
          They have the data.

INT. RAVEN

The open door of the Raven feels like a Vietnam era Huey, the
terrain of Los Angeles flies by at 400kph. Kruger hears:

                    RHODES (IN EARPIECE)
          Repeat. The thieves have the data.
          Destroy the original.

                    KRUGER
          Got it.

INT. LIMO

Sandro watches the screen intently.

                    SANDRO
          C'mon baby...almost there...

BEEP. The data screen flashes: TRANSFER COMPLETE.

                    MAX
          DID WE GET IT?

                    SANDRO
          Hang on!

He types into the data port, starts shaking his head.

                    SANDRO (CONT'D)
          There's an error, I CAN'T READ the
          data. Something must be corrupted.

                    MAX
          What?!

Manuel leans in, holding his massive gun.

                    MANUEL
          It's no good?

                    SANDRO
          The data is FUCKED.

Manuel takes off. Sandro looks out the window at the incoming
RAVEN. It's bearing down now, bigger and bigger.

                    SANDRO (CONT'D)
          I'm bailing.

Max grabs his shirt.

                    MAX
          No! You can't go! I need that data,
          that's my ticket!

The WHINE of the Raven turbines is now thunderous.

                    SANDRO
          Fuck you, don't touch me--

                    MAX
          We went through all this shit, DO
          IT AGAIN!

Sandro breaks Max's grasp and runs out.

                    MAX (CONT'D)
          COME BACK HERE!

Julio watches the extremely close Raven. He leans into the
car and grabs Max by his backpack.

                    JULIO
          We need to get out of here!

He drags Max out of the car.

                    MAX
          I NEED THE DATA! LEMME GO!

Max looks back at Carlyle who is losing consciousness.

INT. CCB HQ CONTROL ROOM

The satellite feed plays on the huge screen. An alarm beeps.
CITIZEN IN CRITICAL STATE scrolls across the screen.

                    CCB AGENT 4
          Recovery team is almost there ma'am.

EXT. SPACE

We see the shuttle whip by toward earth.

EXT. LOS ANGELES

As Sandro runs, the deadly RAVEN finally gets right on top of them. The turbines blow debris all over.

Max tries to run, but he COLLAPSES. He clasps his head in pain. Julio runs over to him. Trying to lift him.

> JULIO
> Come on man! Get up!

Max clasps his head like a migraine. The DATA creating an epileptic white STATIC in his head. Julio tries to drag him.

> JULIO (CONT'D)
> COME ON!

INT. RAVEN

Kruger leans out of the door, sees Max clasping his head, he sees Sandro running like a trapped rat, Manuel close behind.

Kruger pulls a laser designator off his wrist computer, he shines it on Sandro. BEEEP.

> KRUGER
> Tag, you're it.

EXT. LOS ANGELES

Sandro slides two Beretta handguns down their rails and into his palms. He sprays the entire area between him and the RAVEN. The hail of bullets splinter around Max.

INT. RAVEN

Kruger calmly takes cover inside the ship for a second. His hand still out, pointing the laser on SANDRO. Not even watching his victim, he presses a button on his wrist tech.

EXT. LOS ANGELES

BOOOOOM!! Sandro EXPLODES in a blinding flash.

INT. RAVEN

> KRUGER
> I think I got him! Did I get him?

Crowe and Drake laugh.

> CROWE
> Yessir, I think you did.

63.

EXT. LOS ANGELES — CONTINUOUS

Julio hops into the driver side, screeches up to Max.

                    JULIO
          Let's go!

Max pulls himself in. Julio floors the car in reverse.

INT. RAVEN

Kruger uses his laser designator again, shining it on the
HOOD of the moving vehicle. CLICK. He presses the button.

EXT. LOS ANGELES

BOOOOOM!! The hood of the GTR is hit with the force of an
IED. It EXPLODES sending the vehicle FLIPPING onto its roof.

INT. CCB HQ CONTROL ROOM

The satellite imagery of Kruger flipping the car plays to
open mouths in the control room. Rhodes watches silently.

                    CCB AGENT 4
          Jesus. Who the hell is that?

A tracking program on the huge screen reads IDENTITY UNKNOWN.

                    CCB AGENT
          That's military tech.

INT. GTR

The upside-down interior is smoky, filled with broken glass,
flames. Max comes to. He can barely fit through the crushed
window, he uses his jaws-of-life power to crumple the car
like a coke can. He drags an unconscious Julio out to safety.

EXT. LOS ANGELES

The Raven descends, hovering a few feet off the ground.
Kruger hops out, and starts walking to the smoking wreckage,
watching Max pathetically try to save his friend.

Suddenly, another blast of STATIC PAIN grates through Max's
brain. He screams, holding his head.

Max can see the blurred figure of Kruger coming. He staggers
to his feet. Like a drunk in a bar, he clambers for a grip on
the concrete. Max pulls out his gun.

Kruger deliberately draws a large, lethal knife.

64.

Before Max even has time to realize what happened, Kruger
disarms Max, grabs him in a jiu jitsu position and stabs the
huge blade into his kidney. Max howls and drops.

                    KRUGER
          And now my friend...I'm going to
          cut off your head.

Kruger gets ready to lop off his head, but suddenly JULIO
fires a burst of bullets at Kruger's side. Kruger evades the
bullets and sweeps the gangster's feet out from under him.

Max sees his friend go down. Max starts fumbling the magazine
out of his gun, trying to put a new one in.

                    MAX
          Get it together get it together.

Julio takes one last SHOT at Kruger. He misses. And--

WHHM. Kruger drives his knife through Julio's chest.

                    MAX (CONT'D)
          NOOOOOOOOOOOOO!

Max stands up and clicks the magazine in place, he cocks the
gun and fires a fresh batch of fuzed ammunition at Kruger.

But Kruger drops his sword and pulls a device off his chest
armor, it is a DEFLECTOR. As he clicks it on, a faintly
visible force-field surrounds him.

BANG BANG BANG, the lethal rounds explode around Kruger like
Guy Fawkes, but they are violently deflected.

The force of the bullets is still enough that Kruger
stumbles, dazed, like being shot in the chest wearing a
bulletproof vest.

Max turns and runs back to his friend, rolls him over.
NOTHING. A pool of dark blood spills out.

                    MAX (CONT'D)
          No no...noooocoooo!

He looks around in desperation, looks over at Kruger who is
steaming, rising again. Max looks back at Julio. He looks
over to see the RECOVERY TASK FORCE SHIP coming in fast.

                    MAX (CONT'D)
          Please, JULIO, COME ON MAN!

But Julio's eyes flutter.....dead. Max rips himself away from
his best friend, pained, limping as fast as he can.

Kruger staggers to his feet. The Raven descends for him to
climb aboard. He looks at CARLYLE, as the wheezing CEO gasps
a few remaining breaths. Kruger aims his gun, and--

BANG! He SHOOTS the billionaire in the middle of his head.

EXT. FAVELA - DUSK

Max runs, clasping his stomach. He darts between old shacks.
He turns back to see Kruger climbing aboard the RAVEN.

EXT. LOS ANGELES

As the RAVEN takes off, the smaller recovery SHUTTLE touches
down. Kruger watches as the droids start to leap out.

                    KRUGER
          Good luck!

The droids move fast, guns drawn. They run to Carlyle and
begin treating him like paramedics. A DROID SLAMS a
hypodermic of adrenalin into him. NOTHING. He's dead.

                    DROID
          Citizen has sustained irreversible
          damage to multiple brain areas.
          Time of death E-EST 17:45.

ON CCB SCREENS: CITIZEN DECEASED.

EXT. FAVELA OUTDOORS

Max limps and struggles through the run-down favela. He hears
the whine of the RAVEN behind him. A single OLD WOMAN leads a
pack of mangy DONKEYS. She stops when she sees Max.

He can barely walk. He drops to one knee, tries to keep
moving. The Old Woman looks the bloody gangster up and down.

                    OLD WOMAN
          Policia?

Max looks at her with specks of blood on his face. Nods. She
waits a beat, hearing the sound of the Raven. She slowly
walks the pack of filthy beasts toward him and completely
covers him.

Max lies on the dirt between the horse hooves.

The RAVEN approaches, hovering low over the street.



INT. RAVEN

Drake works a monitor as it scans all the faces in the area.
We see the targeting system scanning the surroundings,
instantly acquiring the Old Woman and a small herd of
donkeys. Everything shows up in thermo as a hot white blob.

> DRAKE
> Nothing sir, not showing up here.

EXT. FAVELA - DUSK

We see Max hiding under the hooves, the jet wash overhead
howling, dust swirling. He blinks hard, and...

The Raven leaves the area to search other places. Max watches
it disappear. So does the Old Woman. She clicks her tongue
and casually leads the animals away, not even looking back.

Max looks down at his wound. He slowly pulls himself up,
needing serious medical attention. He knows where he's going.

INT. HOSPITAL - DUSK

Frey puts down a bundle of medical forms and stacks them in a
filing case, she punches her time card, done for the night.

INT. PEDIATRICS WARD - NIGHT

Frey goes into Matilda's small area and pulls the curtain
shut sealing them in. She checks all the medical details, and
runs diagnostics on the machines linked to her daughter.

Then Frey caresses her daughter's hair, and gazes at this
peaceful child. Slowly, Matilda wakes up.

> FREY
> Hey sweetie.

> MATILDA
> Hi.

> FREY
> So, remember how mommy said we
> could go home when you get better?

> MATILDA
> Am I better? Can we go?

Frey nods. Matilda starts to sit upright excitedly.

> FREY
> Whoa, easy, remember we have to be
> slow, take it easy.

Frey starts undoing the medical gear, forcing a smile.

EXT. LOS ANGELES - NIGHT

Max hobbles through a shanty town. Fires burn. He sees the
dilapidated hospital up ahead. He keeps limping.

INT. PEDIATRICS WARD - NIGHT

Frey gently takes out the IV from her child's arm, leans
forward and gives her a kiss on the forehead.

> FREY
> I'm going to get the car, I'll be
> right back, ok?

EXT. LOS ANGELES - NIGHT

Kruger's Raven hovers over the city. The blanket of lights
twinkling under the VTOL jet.

INT. RAVEN

Kruger leans over a series of monitors. All FLIR infrared.
The images are scanning every single person. He whispers:

> KRUGER
> Where are you, peasant?

Kruger walks through the jet over to the control center.

> KRUGER (CONT'D)
> Alright, let's get surveillance up.

EXT. RAVEN

Three SURVEILLANCE UAVs (Unmanned Aerial Vehicles) take off
and fly into the favela. They look like metal birds of prey
with high-tech cameras fixed into their heads.

INT. RAVEN

The camera feed from the UAVs is visible on the monitors.

> KRUGER
> Okay, let's contain this fucker.
> Put up a jamming signal across the
> whole city.

Drake types into the keyboard. We see the satellite dish and
radar array on top of the Raven fire to life. The satellite
dishes orient themselves and lock in.

68.

                    DRAKE
          Grid is up, sir.

INT. SPIDER'S LAIR

SPIDER sits at a terminal eating crisps out of a bag. The
wall screen suddenly goes red with a warning: SIGNAL JAM.

                    SPIDER
          What the hell...? They put up a
          net. Ground all our flights!

The techie gangsters check commands on computers. A techie
slams his keyboard and lifts his hands in the air.

                    TECHIE
          We're locked out. The whole
          system's down.

Spider looks stunned, confused.

EXT. LOS ANGELES STREETS - DUSK

Max hobbles through people, on the verge of death. No one
seems to care about him. He gets closer to the hospital.

But he sees: A COP standing at the entrance. Max limps
forward, the cop seems to be looking away, the huge glass
doors open. Diseased people bustle in and out.

One of Kruger's UAVs flies overhead, coming in low like a
hawk stalking its prey. Max sees it, and takes cover under a
garbage dumpster. The UAV passes right overhead, the little
propellers kicking up leaves and dirt as it hovers.

Once satisfied, it takes off to search the next area.

Max gets up, he watches the cop with eagle-like focus. He
moves over to the side of the hospital. Struggling with the
pain, he looks through the windows. He catches a glimpse of:

FREY as she walks in the opposite direction.

Max uses all of his energy to walk in that direction. He
heads down an ALLEY, holds onto the wall for support. He
tries to walk more, but he collapses onto a knee.

                    MAX
          C'mon... get up.

Max looks down the alley. A rear exit door is visible.

                    MAX (CONT'D)
          C'mon motherfucker... GET UP!

He forces himself onto shaky legs. He stumbles forward a few
paces and collapses completely, smashing over garbage.

He rolls onto his back. He lies still, looks up into the sky.
He can see ELYSIUM. It's never felt so far away.

INT. HOSPITAL - NIGHT

Frey heads down a corridor toward a door. She swipes her ID
tag and the door buzzes. She opens it and walks out into--

EXT. HOSPITAL ALLEY - CONTINUOUS

Frey heads for the garage, but she hears--

>               MAX
          Frey...

Frey stops abruptly, spins and looks down amongst the
garbage. Max lies curled up in blood. He raises his hand.

>               MAX (CONT'D)
          Please...

Frey looks at his wounds and the unbelievable stitches at the
back of his head.

>               FREY
          Max? My god, what happened to you?
          Let me get the medics.

She heads for the door.

>               MAX
          No! (coughs) No please...don't go.

>               FREY
          You need serious help, Max.

>               MAX
          I can't. They'll kill me. Please. I
          came here to find you. You have to
          help me.

Frey shakes her head.

>               FREY
          There are people in triage who can
          help you. Much better than me.
          I...I can't get involved in your
          crime.

Case 4:18-cv-04825-VGH Document 567-1 Filed 11/09/18 Page 230 of 356

70.

                    MAX
          Please...they'll find me. Frey, I'm
          begging you, please...don't go in
          there.

Frey looks at Max, his wounds.

                    FREY
          I'm sorry, I can't get involved.
          You need serious attention.

                    MAX
          Not...not in there.

He coughs. Frey looks at him, conflicted.

                    FREY
          You've got to go through the system
          to get treatment. I can get the
          paramedics out here to carry you
          in. I can help you, Max. Let me.

                    MAX
          No. (weakly) Please. I came here
          for you. I need you, Frey...

Frey rises and walks away from Max. She looks straight ahead,
but then stops abruptly and looks back at him, this dying man
in a dirty alley. As she makes her decision...

INT. CCB HQ

Rhodes walks towards us, leaving the control room corridor.
In front of her is the PROTOCOL ROOM. Two armed DROIDS stand
on either side of the airlock. Rhodes walks between them.

She swipes her card and walks into the security airlock. She
types a code and the second doors open.

INT. PROTOCOL ROOM

The room is cylindrical and glossy. Housing the most
important computer in ELYSIUM. Rhodes walks across a glass
floor. EARTH is fully visible under her feet as she walks to
a central server database in the middle of the room.

She puts her hand on the biometric reader.

                    OVERHEAD VOICE
          Recognized. Secretary R RHODES.

Rhodes looks around nervously.

71.

                    RHODES
          I need all files from Biosphere CEO
          J Carlyle moved to my data cluster.

                    OVERHEAD VOICE
          Negative. You do not have clearance.

The doors suddenly open. REP PATEL steps in.

                    REP PATEL
          Rhodes.

Rhodes turns, surprised to see him.

                    RHODES
          Don't you have some fundraisers you
          should be attending?

                    REP PATEL
          I'm assuming because you're in
          intelligence you know that the
          weapons assigned to your attack-
          dog Kruger were used at that crime
          scene today.

Rhodes looks back at him defiantly.

                    RHODES
          Okay.

They both stare at one another.

                    RHODES (CONT'D)
          Do you actually have something to
          say? Or can I get back to looking
          for these criminals.

                    REP PATEL
          PERHAPS Secretary...you are looking
          in the wrong place?

                    RHODES
          If you have something to say, just
          say it.

Patel looks into her eyes. A beat. Rhodes turns and leaves.
The politician watches her go.

EXT/INT. FREY HOUSE - DUSK

A small house with burglar bars. Looks like a rough
neighborhood. But at least it's a house and not a shack.

Frey knocks the front door open with speed. She helps Max inside. She dumps him onto a couch. He's barely conscious.

The room is bizarre, part house, part hospital.

                    MAX
          Are we.... in your house?

                    FREY
          Stop talking.

Frey goes outside and comes back with Matilda in her arms. She puts the little girl down in her room.

                    FREY (CONT'D)
          Try and sleep, honey.

                    MATILDA
          I want to see the man. What's wrong
          with him?

Frey doesn't answer. She goes back to Max. There's a hospital gurney in the corner of the room. She puts a new sheet on it.

                    MAX
          It's like a...hospital.

Frey helps him over to the gurney and lifts his legs onto the bed. Frey starts moving faster, his situation deteriorating.

She grabs heart-rate monitors and medical equipment. She links them up to Max with lightning speed.

She rips off his heavy tactical webbing, grabs medical scissors and cuts his shirt off, revealing the knife wound.

                    FREY
          My god.....

He tries to push the wound area shut with his hand. But becoming weak, his hand slides away and flops off the table.

                    FREY (CONT'D)
          Max. This is a life threatening
          wound. You need to put as much
          pressure on it as you can okay?
          Help me out here.

                    MAX
          Ok.

Max's eyes begin to roll back in his head. We hear the heart rate monitor suddenly flatline... BEEEEEEEEEEEP.

Frey races into another room and comes back with electric defibrillators. She jump-starts his heart. Again. Again.

Beep...beep...she looks panicked and......beepbeepbeepbeep, his heart starts.

Frey exhales, knows Max will make it. She looks at him. His head lies peacefully unconscious.

We slowly PUSH IN on MAX'S FACE. It blurs.

EXT. LOS ANGELES FAVELA - FLASHBACK

YOUNG MAX and YOUNG JULIO and other children play in a city fire hydrant. They laugh and throw water at one another.

Max climbs up onto the top of a concrete wall. Lying in the sun. Young Julio sitting down below him.

                    JULIO
          What you doing?

                    MAX
          Thinking.

                    JULIO
          Bout who you can mug?

The other kids laugh. Max squints into the bright blue sky. He sees ELYSIUM glinting in the sunlight. Although several hundred thousand kilometers away, it is huge in the sky.

                    MAX
          I'm going to live there.

Julio and the other kids laugh.

                    JULIO
          You're not going to live there,
          SLUM RAT.

                    MAX
          Yes I am. I'm gonna be somebody
          someday.

                    JULIO
          You think we'll still be friends?

Max turns and looks down at Julio.

                    MAX
          Yeah man, always.

They slap hands, the same way they did before the heist.

INT. FREY HOUSE - EARLY MORNING

Max wakes up. He winces in pain. He feels his neck, it's neatly bandaged. He looks down to see his stomach bandaged.

Frey stands at the entrance of the room sipping coffee. She looks as though she had no sleep. Max delicately puts his hand on the bandages where the wound is.

                    MAX
          Thank you.

Frey nods as she sips her coffee.

                    MAX (CONT'D)
          You always see me at my best.

                    FREY
          The blade went into your kidney.

                    MAX
          You live here alone?

                    FREY
          It's a very serious wound Max. But
          the more serious part is...your
          kidney was already failing. The
          wound will be okay, that doesn't
          concern me as much. The real
          problem is whatever this is.

She points to his entire body.

                    FREY (CONT'D)
          I've never seen anything like it.
          You're okay now because I pumped
          enough meds into your body that you
          could get hit by a train and walk
          away. But your organs are failing,
          one after the next. Your body...it
          only has a few days before it just
          stops running.

                    MAX
          A few days?

                    FREY
          At the very most.

Max hardens, snapped back to reality. He SLAMS his fist down, hits a tray of surgical utensils. Frey goes to pick them up.

                    MAX
          I'm sorry, I'm...

Another voice rings out from the next room.

>                    MATILDA (O.S.)
>          Mommy?

Max realizes he's looking at drawings on the wall, a kid's
painting of a girl in a field of blue flowers.

Suddenly Matilda enters the room. She holds a tattered doll.
The little girl is clearly very sick, small IV's still
attached to her wrists. Her hospital bracelet visible.

>                    MATILDA (CONT'D)
>          This is the man...?

>                    FREY
>          His name is Max. Mommy knew him
>          when he was just your age.

>                    MAX
>          Hello.

Max holds out his hand, along with its HULC stainless steel
knuckle dusters.

>                    MAX (CONT'D)
>          What's your name?

Matilda looks away from him and nuzzles into her mom's chest.

>                    MAX (CONT'D)
>          Too formal I think. The whole
>          handshake.

>                    FREY
>          Baby, go watch cartoons, I'll come
>          lie with you soon soon, OK?

Matilda leaves the room, she stops at the door and gives Max
an evil eye. He looks kind of worried. Frey gets up and
closes the door gently. Frey stands there a moment.

>                    FREY (CONT'D)
>          Matilda.....is her name.

>                    MAX
>          She's beautiful. Like you. Who's her
>          father? Where is he?

>                    FREY
>          Dead. Ran around with the same kind
>          of guys you did... Look, Max, I
>          helped you. Now I need you to help
>          me.

Frey gets closer.

                    FREY (CONT'D)
          She's in the final stages of
          leukemia. I need to get her up
          there. Up to Elysium.

Max looks at her, surprised.

                    MAX
          And you think I can help?

                    FREY
          Well... you know who to talk to,
          right? I mean you're still involved
          in crime obviously?

                    MAX
          Obviously? What is it with you?
          I've been--

                    FREY
          Keep your voice down--

                    MAX
          I've been trying to live like a
          decent person, ok? I've been doing
          the right thing, and this, THIS is
          what I got for it.

He motions to his wounds, his body.

                    FREY
          Look Max, I don't care how you got
          here, I really don't. But you're
          here now. And you have to help my
          daughter. I've saved up enough to
          get her a ticket up there and an
          ID...but I don't have enough for
          me. So you have to take her. Take
          her with you and heal her as soon
          as you land. Then when I have
          enough, I'll come too.

Max leans back in his hospital gurney.

                    MAX
          How do you know I'm going?

She motions to the ID burned into his wrist.

                    FREY
          That's not a gang tatt. And I saw
          you at Spider's.

Max looks away from Frey. Looks at the drawing on the walls.

                    MAX
          You really have enough money?

                    FREY
          I have enough for her.

Max considers. Slowly turns his head back to Frey.

                    MAX
          Yeah. Okay. I can help.

                    FREY
          Thank you... (she puts her hand on
          his arm) Thank you.

                    MAX
          Can I get up?

                    FREY
          Yes. I need to get you some more
          supplies from the hospital. I won't
          be long. Can you watch her?

                    MAX
          Yeah.

Frey stands, tightens her sweater. She starts to go, stops.

                    FREY
          Max...

He looks at her. She tries to hold back her emotion.

                    FREY (CONT'D)
          I think you were sent to me. That's
          what I think.

He has no response. He watches Frey leave the house.

INT. FREY HOUSE - LATER

Max stands, looks at himself in the mirror. He inspects his
body, looks at the scars. He runs his hand over the bandages.
He moves in close to the mirror looking at his own face.

Suddenly he has a mini SEIZURE. The searing white light. The
migraine. His head wants to explode.

He collapses down onto the ground. Breathing heavy.

His fingers run up to the WETWARE socket in his skull, he
feels it. Like a USB plug in his flesh.

> MAX
> Goddamn sons of bitches.

He smashes some medical paraphernalia that rattles about the room. He lies there. Defeated. Head sideways against the wall. Breathing slowly. Eyes shifting as he thinks.

His eyes slowly focus. And he gets up.

INT. LIVING ROOM - CONTINUOUS

Max quietly enters the living room. Matilda lies sleeping on the couch. He watches her for a beat and then...

INT. FREY'S ROOM - CONTINUOUS

Max walks into Frey's room. He pulls open her cupboards. Starts looking through her stuff. Shoe boxes. Drawers.

Fast jump cuts as he quietly rips the room apart. Finally he finds a small box with a ballerina on it. He opens it.

We see a ton of MONEY clumped together in neat bills. He puts the box down on the dresser and sits on her bed.

He looks at himself in the dresser mirror. Stares at himself.

He suddenly grabs the money and counts it. A beat.

> MAX
> Thank you god.

He puts his hoodie on and buries the money in a pocket. He quietly walks out of Frey's room into--

INT. FREY HOUSE - HALL

Little Matilda is standing in the hallway.

> MATILDA
> Where's mommy?

> MAX
> She'll be back in a minute.

> MATILDA
> You have bandages.

She points to her own bandages on her arms.

> MAX
> Oh, yeah. We both have them.

The two stand awkwardly. She has a book in hand.

                    MATILDA
Do you want to hear my story?

                    MAX
Your what?

                    MATILDA
My story. It's about a meerkat.

                    MAX
A meerkat?

                    MATILDA
He was hungry. But he was small. So
small. And the other big animals
had all the food, cause they can
reach the fruits. So he had to
watch them eat all the nice foods
and berries cause he so small.

Max feels the money behind his back.

                    MATILDA (CONT'D)
So he made friends with a
hippopotamus, so he can stand on
the hippopotamus to get all the
fruits he wants. And they eat all
the fruit together.

Max just looks at her.

                    MAX
Yeah, I wish that's how it ended.

                    MATILDA
It is, that's how the story ends.

                    MAX
Not in the real world, kid. (moves
for the door) Be right back, ok?

Before she can answer, he's out the door. He closes it behind
him. Pauses there. Conflicted. Then he walks away.

EXT. LOS ANGELES STREETS - DAY

Max moves quickly down the road, but stops when he sees: A
UAV coming toward him, scanning.

                    MAX
Fuck.

The UAV spots him. It relays the info to--

80.

INT. RAVEN

Crowe sees the flashing light on a monitor.

                    CROWE
          Sir, I think we got him.

Kruger whips his head over. He sees a shot of Max from the
UAV. The computer facial recognition software ID's him.

                    KRUGER
          There you are.

EXT. LOS ANGELES

The hovering Raven drops fast down to the city.

EXT. LOS ANGELES STREETS

Max moves fast, trying to lose the UAV. It flies over him,
not letting him out of its sight.

Max dives under a concrete OVERPASS to a highway. We hear the
UAV hovering and scanning. Max crawls under the narrow
overpass, and gets away on the other side.

                    MAX
          Christ! Leave me alone!

Max grabs baseball-sized ROCKS and starts hucking them at the
UAV, missing, missing, then PING! He cracks one of the
propellers. It dives onto the ground and bounces down a
filthy embankment. Max scrambles away.

EXT. LOS ANGELES - DAY

The massive RAVEN flies down.

INT. RAVEN - DAY

Kruger grabs a gun off the weapons rack and loads it. Drake
and Crowe arm up behind him.

INT. FREY HOUSE - DAY

Frey comes into her house carrying medical supplies. Frey
throws the keys on the table and freezes. She slowly looks
around at the mess. Drawers out. Clothes on the floor.

                    MATILDA
          Mommy. The man left.

                    FREY
          No...no no no...

She runs into her room. She is about to look in the drawer
when she sees the box with the ballerina sitting on the
dresser. She picks it up very slowly and opens it.

Frey collapses down the side of the bed onto the floor.

> FREY (CONT'D)
> Stupid stupid stupid.

Matilda is standing at the door.

> MATILDA
> What's wrong?

Frey uses every ounce of strength to hold herself together.

> FREY
> Nothing baby. Come here.

She hugs her kid, tears forming in her eyes.

EXT. SPIDER'S LAIR - DAY

Max arrives outside the lair. We notice an unusually large
number of people piled up. Throngs of them, on crutches, in
wheelchairs, sick, dying. Max moves past them.

INT. SPIDER'S LAIR - CONTINUOUS

Max walks down the corridor, sweat beading off his forehead.
It's loud and crammed with people shouting. Max checks each
room as he passes, searching for Spider.

Finally he reaches the main room. Spider looks over at him.

> SPIDER
> Oh god (mockingly) someone call the
> POLICE. Jesus, that's the last time
> I send you on a mission. Could you
> have fucked up any worse?

Max tries to walk right in. A BODYGUARD attempts to stop him.
Max effortlessly chokes him out and tosses him into the hall.
Max marches right up to Spider.

> MAX
> You need to get me up there. Now.

> SPIDER
> Bullshit, Manuel said the data is
> fucked. No data...no ticket. Now
> get the fuck out, and go downstairs
> so they can take back my suit.

82.

Max slams all the money down on the table.

                    MAX
            90. It's all there.

Spider looks at the roll of cash.

                    SPIDER
            Where did you get that?

                    MAX
            Who gives a shit? Put the fuel in
            the jet. Let's go!

                    SPIDER
            We CAN'T.

Max shakes his head, the words don't register.

                    MAX
            That's the right amount? That's a
            one way ticket. Fuck our other deal!

Spider picks up the cash and hands it back to Max.

                    SPIDER
            THE...FLIGHT...SYSTEM...IS JAMMED.

Max stares blankly at Spider, desperate.

                    MAX
            I...I gotta get up there.

                    SPIDER
            Join the club. I don't mean to be
            blunt but you need to get the fuck
            out of here. I need to see if we
            have a hope in hell, which I
            personally don't think we do, of
            EVER getting back online.

Max collapses forward, holding his head. He instinctively
feels the data port scars on his head, rubbing them, in total
frustration and anguish.

                    SPIDER (CONT'D)
            What happened out there?

Max doesn't seem to hear him.

                    SPIDER (CONT'D)
            Answer me. How did you manage to
            get everyone killed? And corrupt
            the data.

     MAX
   Corrupt? CORRUPT!? They came
   looking for me because of this
   fucking data.

     SPIDER
  What?

     MAX
   Some kind of CCB hitman came after
   me. Said he was going to CUT OFF MY
   FUCKING HEAD. For data which
   according to you is apparently
   fucking useless. Explain that,
   genius.

Max starts hitting the side of his head.

     MAX (CONT'D)
   THIS! This! Stuff in my head.
   Codes, numbers, PROTOCOL, every
   time I think of it, I see it in my
   eyes, like a fucking nightmare!

He forces his thumbs into his eyes, as if trying to stop a
migraine. Spider looks at him.

     SPIDER
   That's.... How can that be...?

Spider looks back at the monitors flashing NO FLY INITIATED.
He turns back toward Max, putting the pieces together.

     SPIDER (CONT'D)
   We have to see what's in your head.

     MAX
  What?

     SPIDER
   I think we may have caused this.

Spider hobbles over to a computer console, grabs a long cable
and tries to plug it into Max's head. Max slaps it away.

     SPIDER (CONT'D)
   Listen, Max...if they are hunting
   you, don't you want to know WHY?

Max considers. The words resonate. He lowers his hands.

Spider plugs in. He fires up a program and the computer scans
Max's head. Huge monitors display billions of lines of code.

                    SPIDER (CONT'D)
          My god...

                    MAX
          What, what is it?

Spider is speechless. He turns to look at Max.

                    SPIDER
          They will hunt you to the edge of
          the earth for this.

He slumps back in his chair, stunned by the discovery.

                    MAX
          What is it?

                    SPIDER
          We could make every human a citizen
          of Elysium. That code gives us the
          power to run their whole system.

Max looks down, holding the money he stole.

                    MAX
          Humans could live there? Legally?
          Medical? All of it?

                    SPIDER
          Yeah. But I don't give a shit about
          that, have a nice house, whatever.
          I care about the larger picture...
          WE CONTROL THEM.

                    MAX
          How the fuck do we do that?

                    SPIDER
          Well...we fly up there, break into
          the central server and upload this
          into it. This data lets us take
          control of every single Biosphere
          droid. They have no military, no
          police, they only have these
          droids. Which means, I control
          them, I control Elysium.

Max looks at him.

                    MAX
          Break into the mainframe?

                    SPIDER
          Yes.

                    MAX
          The one in Elysium? The most
          protected in the universe?
               (chuckles coldly)
          If you want to kill yourself, go
          right ahead. Don't expect me to go.

Spider hobbles closer to Max.

                    SPIDER
          Listen kid, I can appreciate that
          you don't have the capacity to
          understand how important this is.
          BUT YOU HAVE TO TRY.

                    MAX
          No. You're the one who doesn't
          understand.

Max stands up aggressively.

                    MAX (CONT'D)
          I don't give a shit about your
          suicide mission. I just need a ride
          up there. You're a taxi service to
          me. Get it? You're a fucking BUS.

Max throws the chair out of the way and starts leaving.

                    SPIDER
          You selfish sonofabitch. You hold
          the key to flipping the whole
          system, and you don't have the
          balls to man up and do it!

Max rips the door open to leave, we see Spider clumsily grab
a tiny stamp of technology off his desk.

                    SPIDER (CONT'D)
          Hey! Don't you leave! Where are you
          gonna go? Huh? Go curl up under a
          bridge somewhere? YOU NEED ME!

Spider tries to stop Max, his uncoordinated hands feverishly
clawing for a grip on Max's chest. However, with a very fast
sleight of hand he sticks a tracking microchip on Max's HULC.

Max effortlessly pushes him back across the room, sending him
crashing into tables, computers. Max points to his own head.

                    MAX
          If they want this thing so fucking
          bad?
               (MORE)

                    MAX (CONT'D)
          Then they will cut me a deal,
          they'll give me WHAT I WANT. A
          ticket up there.

                    SPIDER
          Or WHAT?

Max leans down to the knocked-out guard, pulls a grenade off
his kevlar. He holds up the grenade and points to his head.

                    MAX
          Or I'll blow it up.

Max walks out, Spider yells from the floor.

                    SPIDER
          Come back here! You can't give that
          to them.

Spider desperately grabs for a walkie.

                    SPIDER (INTO WALKIE) (CONT'D)
          Stop him!

INT. SPIDER'S LAIR - VARIOUS

We hear SPIDER'S crunchy RT voice echo off gangsters'
walkies. They attempt to stop Max as he leaves, but--

He effortlessly takes them out, using the super-strength of
the HULC, his metal enhanced limbs flashing in the shadows.

Max leaves bodies in his wake. He turns a corner and faces:

A sea of destitute people.

Refugees waiting for Spider to save them. Each one needing a
ticket to the land of salvation. They look at Max, deep into
his eyes. A big beat, and...Max starts walking through them.

We can hear Spider YELLING through the open door.

                    SPIDER
          They will NEVER bargain with you,
          IDIOT. YOU'RE A DEAD MAN!

Max walks out the front door. The guard knows better than to
pull a gun on him. He just puts his hands up.

INT. FREY HOUSE - DAY

Frey tucks Matilda into a bed inside her room. The mess lies
about everywhere. Frey starts cleaning it up.

                        MATILDA
           Why are you crying?

                        FREY
           Oh, nothing sweetie just a bad day.

                        MATILDA
           Is it cause of that man? Who was
           he?

                        FREY
           He was..... what I thought he was.

Suddenly, they hear whining jet engines. The sound of the
shuttle touching down outside. Frey moves for the door when--

BOOM. CROWE kicks the door open, DRAKE storms the room, guns
out. KRUGER enters behind them.

                        FREY (CONT'D)
           What are you -- please no --

Crowe violently takes Frey to the ground. Drake goes to check
rooms. Kruger slowly steps toward Frey.

                        FREY (CONT'D)
           Who are you? You have no right.
           Leave us alone!

                        KRUGER
           Oh...my my...we have no right.

Kruger grabs Frey by the upper arms, pulls her close.

                        KRUGER (CONT'D)
           Where is he?

                        FREY
           Are you looking for that criminal?
           I hope you find him, I hope you
           throw him in jail for the rest of
           his life!

Kruger smiles, looks at his men.

                        KRUGER
           Lot of anger there, lotaaaa anger
           there boys.

Kruger gently feels her hair between his fingers. He lifts a
handful of it and smells. His eyes focus over to see MATILDA.

                        KRUGER (CONT'D)
           And who is this little one?

Case 2:18-cv-04952-VC-JH Document 27-1 Filed 12/01/18 Page 84 of 135

88.

                         FREY
              Please. He's gone, just leave us. I
              don't know anything, I just helped
              him, he was wounded.

Kruger silences her by putting his finger on her lips.

                         KRUGER
              Shhhhh, I know I know...

Kruger gently walks over and sits next to Matilda.

                         KRUGER (CONT'D)
              And what's your name?

                         MATILDA
              Mommy...

Frey runs over and picks her up.

                         FREY
              Please...you're scaring her.

Drake returns to the room.

                         DRAKE
              There's no sign of him here, sir.

                         KRUGER
              Well, that's alright for now. I've
              found something else...

Kruger motions for them to take Frey. Crowe grabs her.

                         FREY
              No! No please! Listen! I don't know
              anything. I don't know where he is!
              He took everything from me!

                         MATILDA
              MOMMY!

Kruger gently caresses the child's head.

                         KRUGER
              There there, don't worry little
              one.

                         FREY
              LEAVE HER ALONE! I told you
              everything I know! What the hell do
              you want from me?

Kruger looks at Frey, smiles.

                    KRUGER
          What do I want? Now I want...you.

He turns toward Matilda.

                    KRUGER (CONT'D)
          Both of you. I want a family.

EXT/INT. RAVEN - DAY

The back hydraulic bay doors open. Kruger's men drag Frey and
Matilda inside. Frey is forced into a seat. A huge chest-
restraint bolts her in like a rollercoaster brace.

                    FREY
          Please don't do this, please just
          let us go, I'm begging you.

Kruger ignores her, turns to his men.

                    KRUGER
          Let's get comms up with the embassy
          team, need FMRI scan in twenty.

The rear hydraulic doors seal up. Frey looks to Matilda.

                    FREY
          It's ok sweetie, it's ok.
          Everything's going to be ok.

For the first time, her words are hollow. And the little girl
knows it. Frey reaches out, pulls Matilda close.

EXT. LOS ANGELES STREETS

Max walks fast through the streets. Suddenly, he sees--

The shuttle rise up from behind some houses. Max begins
yelling, waving his arms.

                    MAX
          Hey! Hey!! I'm right here. Come and
          get me, you sack of shit.

He realizes they are still leaving. Max runs down the road
toward the area where he escaped the UAV.

INT. RAVEN - DAY

Kruger steps close to Frey, almost kissing her cheek.

                    KRUGER
          I always wanted a wife. I never
          could quite settle down, if you
          know what I mean. You'll love
          Elysium, feel right at home....and
          you (to Matilda) you can have any
          pet you want. Even a parrot.

Frey tries to push him, but she is bolted down by the chest
restraints. He violently pushes her arms back, laughs.

                    KRUGER (CONT'D)
          You need to have more respect for
          me, if we're going to be a happy
          family.

EXT. LOS ANGELES - DAY

Max climbs down the embankment to find the UAV operational in
the weeds. He lifts it up. Looks into the lens.

INT. RAVEN - CONTINUOUS

MAX's FACE comes up on one of the monitors. They can see him
yelling into the lens but cannot hear any audio.

                    DRAKE
          Holy shit. Sir, you better take a
          look at this.

Kruger snaps his attention away from Frey. He walks over to
the monitor. He sees Max, then looks to his men.

                    KRUGER
          TURN US AROUND.

EXT. LOS ANGELES

The RAVEN hovers for a second and then rapidly descends.

EXT. LOS ANGELES HIGHWAY - DAY

Max throws the UAV to the dirt. He walks through a line of
weeds on the side of the highway and leaps onto the road.

The shuttle approaches head on. Max stands in the road.

The RAVEN lands, weeds and garbage spin in its vortex.

INT. RAVEN - CONTINUOUS

Kruger snaps his kevlar vest on, and hits the rear door
button. The hydraulic steel door whines as it opens.

EXT. LOS ANGELES HIGHWAY - CONTINUOUS

Max reaches into his pocket and pulls out the THERMAL
GRENADE. He pops the pin. Holds it closed with his hand.

Kruger emerges from the Raven. He walks out into the sunlight
towards Max.  Max watches him coming like a hawk.

                    KRUGER
          There's my favorite human. What's
          that for? I am unarmed, my dear.

                    MAX
          If you ever want to use this
          bullshit (pointing to his head),
          you're going to do exactly what I
          say. You understand?

Kruger stops walking. They stand facing each other. The hot
sun beating down on the road.

                    KRUGER
          It seems as though you hold the
          upper hand my friend. Step on board
          and let's discuss.

                    MAX
          Does it look like I WANT TO DISCUSS
          THINGS?! Fly me up there. I need
          medical attention now.

                    KRUGER
          Fine.

                    MAX
          You can have whatever this shit is
          (pointing at head) when I'm healed.

                    KRUGER
          OK. Let's go. Climb aboard partner.

Kruger points to the doorway of the RAVEN. Max's eyes dart
over to the large shuttle and back to Kruger.

                    MAX
          I swear to Christ, you make one
          move, I will blow this fucking
          thing and myself into red mist.

Kruger nods and smirks.

                    KRUGER
          Let's go. Let's take you up there
          to your new existence.
                    (MORE)

Case 2:18-cv-04952-VCH Document 567-1 Filed 11/09/18 Page 85 of 135

92.

> KRUGER (CONT'D)
> Leave this terrible latrine of a
> planet. Leave all this behind you.
> Get that horrible irradiated body
> fixed.

Kruger heads for the Raven. Max grips his grenade and follows
him. Kruger walks into the shuttle. Max enters and sees......

FREY.

Max freezes in his tracks. His eyes transfixed on her. As she
comforts Matilda, she looks at him. Tears run down her face.

> FREY
> What........

Suddenly her demeanor changes. She becomes ice cold.

> FREY (CONT'D)
> You backstabbing bastard. You did
> this to us--

Kruger covers her mouth, she struggles, only angry muffled
sounds can be heard. Max stands speechless, stunned.

> KRUGER
> Okay, let's head out boys!

The rear bay doors seal up with a hydraulic HISS.

EXT. LOS ANGELES

The RAVEN accelerates up into the sky at blistering speed.

INT. RAVEN

Max still holds his grenade. He sits opposite Frey. He looks
at her without blinking.

> MAX
> I'm....I....I didn't...

He turns to look at Kruger.

> MAX (CONT'D)
> Let her go for god's sake. What the
> hell does she have to do with this?

Kruger turns to Max and smiles.

> KRUGER
> Well, you two are obviously old
> friends.
> (MORE)

> KRUGER (CONT'D)
> Please feel free to come round and
> visit, you can catch up on old
> times. We have a lovely patio at
> home. (icy to Max) Focus on your
> own problems, son.

INT. SPIDER'S LAIR

Spider hobbles over to a computer. A techie operates it.

> SPIDER
> Ok, where is he?

> TECHIE
> Just pulling it up sir.

The tracking point on Max shows up as a dot on the screen.

> TECHIE (CONT'D)
> Whoa... he's airborne. Leaving
> earth sir, bound for Elysium.

Spider looks shocked. Then snaps into motion.

> SPIDER
> Manuel, Rico, fire up the shuttle.
> Get weapons, get kit. We're going
> up.

INT. CCB HQ CONTROL ROOM - DAY

RHODES sits at her desk. Her wrist vibrates. She sees the
number, very calmly and quietly leans forward.

> RHODES
> Do you have it?

> KRUGER
> Protocol is onboard.

Rhodes looks around to make sure nobody is watching.

> RHODES
> I'll expect you in 19 minutes.

EXT. SPACE

The RAVEN hurtles toward ELYSIUM at 22 thousand kph.

INT. RAVEN

Max watches Frey. He attempts to say something.

94.

MAX
Frey...

She doesn't look at him. Max glances over at Crowe, who
stares back, getting uneasy in the Zero G.

MATILDA
Mommy I'm scared.

FREY
Don't worry, everything's going to
be fine, I promise.

She slowly looks up at Max. Their eyes meet. He looks away.

He grips the grenade so hard his tendons flex.

He looks around the craft. And his eyes slow on warning
logos: "warning pressurised hull."

Max looks out the porthole at the vacuum of space. He sees
ELYSIUM coming into focus. Frey looks at him. Hard, bitter.

FREY (CONT'D)
This how you always imagined it?

He says nothing. Deeply conflicted.

Suddenly the jet hits the atmosphere of Elysium. Shaking and
reverberating through the whole ship. Matilda starts CRYING.

FREY (CONT'D)
It's ok sweetie. It's alright.

Kruger goes and sits dangerously close to Matilda.

KRUGER
It's just called reentry. We're
about to land. We're home. I
promise you, you're gonna love it.

Max looks out his window. The ship slows, rows of gorgeous
mansions extend forever. His dream, right there.

He looks back at Frey, Matilda. The child terrified, tears on
Frey's cheeks. Max blinks hard, makes an impossible decision.

MAX
Fuck it.

He reels back and tosses the GRENADE all the way up to the
cockpit. It clinks and rolls up to Drake.

SLOW MO: Kruger whips his head over, his pupils dilate. Drake looks at the grenade at his feet in disbelief.

                    MAX (CONT'D)
          (to Frey) Cover your ears!!!

Max is free in his seat, he moves fast and grabs Matilda. He covers her ears and gets into a firm brace position as--

EXT. ELYSIUM

BOOOCOOOOOOOOOM.

A MASSIVE EXPLOSION tears through the RAVEN cockpit. The explosion sends the RAVEN screaming downward into the mansions, crashing into the lawns.

SSSSSSMMMMMAAAAASHHHHHHHH. Frey is shaken around violently, screaming, but she's held by her harness. Max hangs onto Matilda for dear life as the impact sends everything flying.

EXT. ELYSIUM

THE RAVEN clips a MANSION, blasting cement dust out like a meteor hit, it digs into the lawn sending clumps of dirt and grass hundreds of feet in the air.

Martini sipping ELYSIAN women scream and PANIC, jumping out of their hot tub as the ship tears through their garden.

INSIDE THE RAVEN:

Crowe is shaken violently in his harness.

Kruger is unbelted and slammed into the cockpit with car-crash speed, smashing his head on a steel railing.

The behemoth scrapes along, tearing up the Bel Air style garden, finally smashing into a mansion and stopping.

INT. SPIDER'S UPLOAD ROOM - DAY

A techie sits watching a monitor. He speaks into a mic.

                    TECHIE
          They just went down on the surface.

INT. SPIDER'S SHUTTLE

We find Spider in his own shuttle with Manuel and gangsters.

                    SPIDER
          Got it... Go faster.

INT. CCB HQ CONTROL ROOM - DAY

Rhodes spins her head around as an alarm rings inside the CCB control room. The huge wall screen in the CCB displays a massive warning: FOREIGN VESSEL IMPACT, BETA QUADRANT.

                    CCB AGENT 4
          What do you want us to do ma'am?

Rhodes abruptly stands and grabs her coat.

                    RHODES
          Scramble a jet for me.

EXT/INT. RAVEN

The dust begins to settle. Electrical circuits spark and hiss. Max coughs and pulls himself upright, the entire RAVEN is on its side, the walls are now the floor.

Frey hangs suspended from the roof inside her harness.

                    FREY
          MATILDA! WHERE IS SHE??

Max finds her still in his arms.

                    MAX
          She's fine, I got her.

Matilda is crying.

                    MATILDA
     Mommy!

                    FREY
          It's ok sweetie, it's ok.

Max looks around the sparking smoked-up interior. He sees Crowe beginning to stir.

Max goes to Frey, tries to get her out of the harness, but--

It won't budge. He runs over to a console of switches and buttons at the back and hits them, one after the next, accidentally the rear BAY DOORS hydraulically hiss open.

Sunlight spills into the smoke-filled interior, along with ash and embers. Fire from the jet fuel burns outside.

As Max tries to find the button to release Frey, Crowe begins to rise. Max looks over at him, he looks back at Frey and violently tries to rip the harness open. It won't budge.

                    MAX
          (to Matilda) Go go, run!

                    MATILDA
          No! MOMMY!!

                    FREY
          Run, Matilda! RUN I'LL COME FOR
          YOU! GO!

Crowe stumbles to his feet.

                    CROWE
          You're dead.

                    FREY
          RRRUUUNNNN!!!

Matilda runs out the back into the garden. She hides in the
rose bushes.

SLOW MOTION: Drake grabs his huge SMART GUN and harnesses it
into a bracket connected to his chest armor.

Max dives and grabs the DEFLECTOR off a weapons rack.

Drake's finger on the trigger. CLICK.

Max's finger on the Deflector. CLICK.

Normal speed: the smartgun unloads an ungodly amount of lead
at Max, the deafening gun filling the interior with smoke.

ULTRA SLOW MO: the bullets hit the force-field around Max and
deflect in all directions, knocking Max violently back. Crowe
keeps firing, walking toward Max, never letting up.

                    CROWE
          Die, peasant.

Most of the barrage of lead is sent out of the Raven, tearing
up the lawn sending plumes of dirt up.

EXT. RAVEN

The force of the bullets knocks Max out of the RAVEN onto the
dirt and the metal subsurface of Elysium exposed by the
crash.

Despite the violence, as soon as Max makes contact with
Elysium's surface, the mainframe becomes aware of him:

HOLOGRAPHIC icons and data popup all around Max: "deal on
HUGO BOSS," "amazon account - not registered," etc.

Max falls on his back, the deflector is knocked out of his hand, the force-field goes away. Max moves like a lightning bolt toward Crowe, grabbing the huge gun while the psycho continues firing. Max uses his superior HULC strength and smashes the gun in two over his titanium covered knee.

With awesome martial arts moves, Max grabs Crowe's arm, pops his elbow. Crowe howls in pain. Icons and data pop up, showing directions to the closest medical bay.

Max reaches over to Crowe's tactical webbing, pulls the pin out of a GRENADE and kicks him back onto the lawn.

Max moves back inside to help FREY, BOOOOOOOM! A cloud of blood, dirt and grass is hurled into the air behind Max.

INT. RAVEN - CONTINUOUS

Kruger stumbles up, very unsure on his feet. Frey looks at him, trembles with fear. He slowly pulls two throwing knives.

                    KRUGER
          The pain isn't real.

EXT. ELYSIUM

Kruger hurls the throwing knives with cobra-like snaps. But Max moves so fast that he deflects the blades in the air.

                    MAX
          C'mon. You can do better.

Kruger throws a barrage of four, Max smacks three out of the air, one digs into his stomach, he stumbles backwards.

In the second it takes Max to pull the blade from his stomach, Kruger draws his KATANA and comes at Max full force.

He swings his sword like a drunken pro. Max uses the exo-suit on his wrists and shins as steel shields.

KLINK KLINK. Kruger's sword is stopped by Max's augmented limbs. But the sheer aggressive onslaught is too much, finally knocking Max back to the ground.

The maniac stands over Max, puts a boot on his chest.

                    KRUGER
          I'm going to enjoy this. I'm going
          to hand deliver them your head.

Kruger slowly raises the KATANA. Max's fingers outstretched, feeling for anything, he feels the tactical webbing of the remains of Crowe, and then his fingers find Crowe's SHOTGUN.

As Kruger brings the blade down, with bullet-like speed Max grabs the shotgun and uses it as a shield.

ULTRA SLOW MO: the KATANA shatters like glass, glinting pieces of titanium fracturing and splintering into the sunlight. Twinkling in front of Max's face.

Max spins up and KICKS Kruger so hard, the kick FLINGS Kruger back against the Raven like a rag doll. The coughing wheezing maniac drops the remains of his sword, trying to breathe.

INT. RAVEN - CONTINUOUS

Frey watches as the violence unfolds just outside the ship:

Max swings the shotgun up, cocks it and steps right up to Kruger who is now lying propped up against the Raven door. Max puts the shotgun in Kruger's face.

> KRUGER
> (Weakly) See you soon...

Kruger smiles, and licks the barrel of the shotgun.

CLOSE UP: Max's trigger finger... CLICK.

The shotgun pellets BLOW Kruger's face off.

EXT. MANSION ELYSIUM

An ELYSIAN FATHER comes out of his house to see Max executing Kruger. The man panics.

> ELYSIAN MAN
> Oh god! Sweetie call immigration,
> get the kids!

Max drops the gun and suddenly remembers Frey. He goes into--

INT. RAVEN - CONTINUOUS

Max walks into the smoky interior, and fires his shotgun at the control panel. BOOM! The ship flickers, the harnesses all snap open. Frey is released and falls against the wall. She slumps down. Max moves toward her, but she pushes past him.

> FREY
> MATILDA!!

Matilda races out of the bushes, rushes up to her mom. Frey drops down and hugs her little girl tighter than ever.

Max turns to the rack of guns in the RAVEN and grabs a RAILGUN. He sees a MEDPACK on the ammo shelf and grabs it.

He runs over to FREY, about to pull the two girls to safety when he realizes the beauty and scale of ELYSIUM.

Frey rises slowly, holding Matilda. The three earthlings take a moment. They have never seen anything like this before. The stunning torus creates a horizon that never ends.

But Max hears something. He snaps his head over to see: a HOMELAND DEFENSE RAVEN incoming.

> MAX
> We gotta get out of here. Now.

He turns to grab Frey, she rips her arm away.

> MAX (CONT'D)
> Look. I know words mean nothing,
> but I promise you right now if you
> want to get out of this alive, you
> have to come with me. Please.

The HOMELAND DEFENSE RAVEN is coming in fast. Max grabs Matilda and pulls Frey. They run across the manicured lawn. The smoking wreckage of the shuttle smoulders behind them.

INT. HOMELAND DEFENSE RAVEN - CONTINUOUS

Rhodes stands at the open door. IMMIGRATION DROIDS peer over her shoulder watching the illegals run across the lawn.

> DROID
> Three suspects, ma'am.

> CABIN SPEAKERS
> Dispensing tear gas and net guns.

> RHODES
> Negative. Use live ammunition,
> wound the male, but do not damage
> his head. Kill the other two.

> DROID
> Roger that, ma'am.

The droid shoulders his SMG and FIRES!

EXT. MANSION ELYSIUM

Matilda screams as BULLETS kick up the dirt behind them. They race up the stairs of a palatial mansion.

Frey tries desperately to get into the house. All the doors are locked.

The droids fire again, tearing up potted plants and shattering tiles. Max turns and fires his RAILGUN at them, HYPERSONIC ROUNDS tearing straight through the Raven.

RHODES ducks as splinters of metal shatter through the cabin. Pin-pricks of light poke through the punctured hull.

Frey keeps trying to find a way into the house.

>                     MAX
>           This way!

Max and the girls run along the side of the mansion, and then down stairs. The droids fire at them, blowing chunks out of the earth, kicking up water from the pool.

Max turns and fires, he BLOWS one of the droids away. The shattered droid boils across the cabin floor. Sparks and bolts ping around the cabin. Rhodes protects her head.

>                     RHODES
>           Take him out!

The droid mans a huge DOOR-GUN, and opens fire, trimming palm trees with a beam of lead. Max trips and falls, Frey turns.

>                     MAX
>           Go go! Keep going!

He lifts his rifle and takes a second to aim. He fires straight into the wing turbine. The engine explodes! The RAVEN immediately begins to lose altitude.

Max gets up. As he sprints after Frey and Matilda, we see the Raven smack into the lawn, like a very hard chopper landing.

INT. RAVEN

Rhodes hangs on as it SLAMS to the ground and comes to rest. Warning alarms blare. Rhodes uncouples herself and steps out of the smoke into the sun. She looks around for Max. Gone.

EXT. MANSIONS

Max and the girls keep running across mansion grounds. Max is clearly in serious pain, struggling. Frey looks back.

EXT. MANSION ELYSIUM

Rhodes walks over to the smoky remains of Kruger's shuttle. She sees KRUGER'S BODY. She takes a moment to look at the sheer devastation. Then she hears--

The slow whine of a third RAVEN incoming. She turns to look at it. She waves her arms, directing it down toward her.

EXT. ELYSIUM MANSIONS

Max and the girls break through a perfect hedge. They race up marble steps. Max shatters a window and--

INT. MANSION ELYSIUM

Max lands on the marble floor. Frey and Matilda follow. They hear the roar of the CCB RAVEN outside.

Max silently peers over the edge of the windowsill. He watches as the Raven screams by overhead, departing with Rhodes in it. He watches it disappear, then--

Max starts laughing, relief washing over him.

Matilda gets up and runs through the immense house. Max slowly stands. He walks around taking it all in.

He and Frey walk onto a back deck that looks out at the magnificence of Elysium. Bright flowers. Shimmering lakes.

> FREY
> I never thought it could be so....

> MAX
> Beautiful. Yeah.

A look between them. They made it.

An overhead computer voice begins reading features about the house. It is for sale. Matilda runs into the children's room.

> MATILDA (O.S.)
> Mommy! Come and see.

Frey walks into the children's room, which is bigger than their house. It is stuffed with brand new toys.

> MATILDA (CONT'D)
> Please can we stay?

Max enters the room. As he looks around, we see a FLASH of his ORPHANAGE. We cut back to the room and--

Suddenly Max DOUBLES OVER in pain. The barcode on his wrist lights up for a second as the house scans it. BEEP.

> OVERHEAD VOICE
> RUNNING MEDICAL SCAN...completed.
> Please report to the medical bay at
> once citizen. Multiple organ
> failure imminent, white blood cell
> diminishing. Please report.

Frey rushes over to him. She feels for his vitals.

> FREY
> Oh god.

She lifts him up, he winces in pain.

INT. CCB HQ

We follow Rhodes as the CCB droids walk behind her. They
carry KRUGER in a body bag. They move through a door to--

INT. CCB ARMORY

The large high-tech room is a mixture of equipment and
weaponry. Two CCB MEDICAL DROIDS stand waiting. Rhodes waves
the droids carrying KRUGER in. They dump the body on a table.

> RHODES
> Fix him.

The droids pull the bodybag off Kruger. His wound seems
beyond the point of repair. The medical DROIDS grab plastic
packages, they break the seals and pour the white powder
contained within all over Kruger's destroyed face.

A robotic ultra-violet light begins interacting with the
powder. Magically we see Kruger's face begin to regrow. As
this happens, the droids begins linking up IV's and sensors.
Starting the heart again. Getting the body back online.

> MED ROBOT
> Blood flow is looking good.

The body starts breathing, then its eyes open. The droids
start pulling off all the medical sensors. KRUGER'S face is
complete. As good as new. In fact, better. No scars.

INT. MANSION ELYSIUM

Frey helps Max into the medical room while Matilda watches.
The room looks like a hospital MRI ROOM designed by
poggenpohl. There is a medical table.

Frey knocks the flower jars off and puts Max down. There is
one large button. She hits it. A laser scans Max's FAKE ID.
A holographic menu pops up. A choice of cosmetic upgrades.

                    OVERHEAD VOICE
          A variety of health upgrades are on
          offer. We have a sale at the moment
          in the Armani range. Please make
          your selection from the menu.

Max looks at Frey and Matilda. He touches the Armani logo.
The overhead cover begins coming down. Closing Max inside.

EXT. MANSION ELYSIUM

SPIDER'S graffiti-ridden ship comes in fast and lands on the
lawn outside the mansion. Spider hops out. Manuel and Rico
hop out with him. Spider looks back into the shuttle.

                    SPIDER
          Take off, give them some exercise.

The shuttle takes off behind them and leaves.

INT. MANSION ELYSIUM

Spider smashes the door open. He walks inside following his
tracker. It leads him to the MED BAY. He sees Max about to be
re-atomized and healed.

                    SPIDER
          NO!!!

Spider lunges forward and uses his gun to jam the machine
from closing. He hits the CANCEL button.

                    MAX
          What the fuck are you doing? What
          are you doing here?!

                    SPIDER
          You can't do that. Not yet. It'll
          destroy the data.

                    MAX
          I don't care about your fucking
          DATA. I'M DYING. Do you know what I
          went through to get here?

                    SPIDER
          Please....If you're re-atomized
          now, it'll scramble the data. You
          can't heal yourself, not yet.

                    MAX
          Are you kidding? Get the hell out!

Max tries to push him away.

                    SPIDER
          Will you listen? There's another
          way. There's another way asshole!

Matilda cries, the fighting getting to her.

                    FREY
          Let's get you out of here.

Max throws Spider from the med bay. Spider knocks over plants
and vases, smashing them. Matilda starts trembling.

                    FREY (CONT'D)
          Baby? Hey sweetie?!

                    MAX
          Get out! GET the hell OUT!

The gangsters point their AK47s at Max.

                    RICO
          I'm gonna waste this motherfucker!

                    SPIDER
          NO! NO!! Don't!

Matilda's eyes roll back. She is having a full seizure.

                    FREY
          MATILDA? MATILDA!!

Max and Spider and the gangsters all stop and look at the
little girl. Frey stands up frantically.

                    FREY (CONT'D)
          No! No!!

She grabs Matilda, rushes to the medical bay and puts the
child down gently. Spider is helped up by the gangsters.

                    FREY (CONT'D)
          Please god, don't let this happen.

She hits the ANALYZE button. There is a loud error BEEP.

                    OVERHEAD VOICE
          Error, no citizen detected.

                    FREY
          NOOOO!!! PLEASE!!!!

She violently hits the button again.

                    OVERHEAD VOICE
          Error, no citizen detected.

Frey starts hitting the machine.

                    FREY
          PLEASE!!

She SMASHES the button again.

                    OVERHEAD VOICE
          Error, no citizen detected.

She looks at Max.

                    FREY
          GIVE HER YOUR CITIZEN CHIP! YOUR
          ARM! GIVE IT TO HER!

Max looks down at the ID burned into his arm.

                    SPIDER
          He _can't_. It's coded to his DNA.

Frey collapses onto her knees beside the table. She chokes
back tears. She strokes Matilda's hair.

                    FREY
          Just hold on baby, mommy will find
          a way. Just hold on.

Max looks out at the sprawling estate. The manicured lawns
extending for ages. The magnificent curve of Elysium.

Then he turns back to Frey and Matilda.

                    MAX
          Ok... (turns to Spider) If I do
          this, it'll help her right?

Spider nods. Max looks back down at his broken body.

                    MAX (CONT'D)
          Let's get on with it.

INT. CCB MED-LAB

KRUGER is now alive. The MED BOTS disengage the cables that
suspend him, and he collapses like a marionette. Slowly his
fingers uncurl. His muscles tremble as he rises to his feet.

                    KRUGER
          Christ I hate rehabilitation.

He looks around, slowly walks over to a row of sinks and mirrors. He checks out his reflection.

                    RHODES
          Do you realize what you've done?
          You crashed a CCB vehicle into the
          Bryanston sector!

Kruger continues to look at his new face.

                    KRUGER
          I hate how new it is. Like a baby.

                    RHODES
          I hired you to be covert! You know
          how much I have to clean up now?

Kruger suddenly punches the mirror. The broken glass cascades everywhere. Rhodes seems momentarily shocked.

                    RHODES (CONT'D)
          Are you listening to me?

Kruger takes a shard of glass and cuts above his eyebrow.

                    RHODES (CONT'D)
          That human is running around here
          now, god knows where. We need to
          get that data out of his head
          before he realizes what he has, or
          before the administration realize
          what we were doing and hang us both
          for treason. You understand?

Kruger admires himself in the mirror, his fresh scars. He looks more like the old Kruger. Rhodes steps closer.

                    RHODES (CONT'D)
          Kruger. Have you heard a word I've
          said?!

Kruger cocks his head, then turns and with lightning speed SLITS RHODES' THROAT.

SLICE.

Rhodes chokes and falls to her knees gurgling. Kruger throws the piece of glass, KLINK, it bounces off tiles somewhere.

The med robots stand by. Rhodes cannot form a sentence to get them to help her. She falls, dead.

> KRUGER
> Now nobody knows about that data.
> Nobody but him and me. Which means,
> when I get it, this place is mine.

Kruger grabs a weapon, and steps over Rhodes as he heads out.

INT. MANSION ELYSIUM

Max and Spider huddle over a tattered MAP OF ELYSIUM. It is big, taking up the whole kitchen table. Gangsters look on.

> SPIDER
> We need to get that data out before
> you're healed. The healing process
> strips the atoms and realigns them,
> it will corrupt the data instantly.
> After we extract the data, then
> we'll fix you up. Plan is, we break
> in, download it, then get you here
> right away. (points to map) They
> have medical bays in the armory.

Max looks over at Frey and Matilda. Frey has a wet cloth on her brow, cooling her daughter down.

> MAX
> You're sure this will work? This
> will give them what they need?

> SPIDER
> Brother. If we do this, humans
> become citizens of Elysium. She can
> get cured right away. Along with
> nine billion others.

Max contemplates the answer. Spider motions to the map.

> SPIDER (CONT'D)
> We drop in here. This is a back
> entrance to the control room.

We follow his finger along the illegal map.

> SPIDER (CONT'D)
> All the way in here. Boom. This is
> the protocol room.

> MAX
> How do we get through these?

He points at the airlocks. Spider reaches into his bag and pulls out a swipe card connected to a handheld computer.

                    SPIDER
          Run a bypass. I always come
          prepared, son.

                    MANUEL
          Goddamn suicide run.

Spider gives a rueful smile.

                    SPIDER
          It's much worse than that.

He looks over at Frey.

                    SPIDER (CONT'D)
          We could use your help.

                    FREY
          I'm not leaving her.

Spider holds up a headset and laptop.

                    SPIDER
          Just guide us. Real time satellite
          feed. When the shit hits the fan in
          there, you can be our eyes.

Frey nods. Max stands, lifts an AK47, checks the breach.

                    MAX
          Alright then.

JUMP CUTS: various guns/ammo loaded into pouches. Zipped up,
backpacks on.

They stand at the front door to the mansion. About to leave.
Max takes a headset and earpiece from Spider. He puts it on.
Frey walks over to Max. Quiet.

                    FREY
          Thank you.

Max looks back.

                    MAX
          Listen... I'm.....I just....

                    SPIDER
          Let's go, son.

                    FREY
          It's ok...Max...Go.

INT. CCB ARMORY

Kruger sits on a medical bench as the MED BOTS BOLT a HULC SUIT into his bones. Similar to Max. But more expensive. More high-tech. Like an F22 vs an F14. It's magnificent.

Once secured, Kruger goes to his LOCKER. Still has his name on it. He opens the locker and starts pulling out his gear.

EXT. MANSION ELYSIUM - NIGHT

Manuel and the gangsters run ahead into the night. The huge mansions flood-lit. Max and Spider follow. Guns drawn.

INT. MANSION ELYSIUM

Frey wears the head-set. She watches them on the laptop. The access hatch shows up in the satellite data.

                FREY
      It's about 20 meters ahead of you.

EXT. MANSION ELYSIUM

They arrive at the still smouldering crash site. Using flashlights, they find the hatch under the ripped-up earth. They open it, and jump into the SUBSTRUCTURE of Elysium.

INT. CCB HQ

Kruger calmly walks out of the armory. He steps into the central corridor. He casually lifts a grenade from a pouch, pulls the ring and throws it down the corridor. He walks back into the airlock. BOOOOOOOOOM!!!! Fire and smoke billow.

INT. SUB STRUCTURE

We hear the deep base rumblings of the explosion.

                MAX
      What the hell was that?

INT. CCB HQ CONTROL ROOM

Warning lights start spinning. All the CCB agents rise. Rushing for the exits. The lighting blinks on and off, as though the grenade has damaged the power source.

             OVERHEAD VOICE
      All agents, go to the nearest exit
      and proceed calmly to ground level.

The panicked agents run out of the CCB headquarters.

SLOW MO: we see KRUGER move in the opposite direction to them, walking toward us. He flips his hood down. Deadly.

INT. CCB HQ

A hatch opens above the hallway. Manuel drops down and pulls out his gun. He spins the other way. NO ONE.

He stands like a sentry as another gangster, RICO, hops down. The CCB is smoky, burning embers floating through the air.

> MANUEL
> Where the hell is everybody?

Spider is lowered down by Max. Max hops into the corridor.

> FREY (IN COMM)
> Okay. It's to your right.

Spider leads the brigade to the first airlock sealed doors. He slips his SECURITY CARD into the reader and scans the code, he types and...TSSSHHHHH the doors open.

> SPIDER
> Come on, let's move.

> FREY (IN COMM)
> Seems clear.

Spider opens the second doors to be met by more smoke. Max cautiously checks the room, waves his gun from side to side. Clear. They start moving into it. And suddenly--

Max hears a blood-curdling SCREAM from RICO. They spin to see him exploded by--

KRUGER. The gangster is hurled across the room. Kruger's deadly wrist device sparking and winding down from the kill.

Max lifts his gun and FIRES, but--

Kruger's high-tech suit MELTS the gun in Max's hand. Liquid molten AK47 drips all over the floor.

> MANUEL
> RUUUUNNN!!! SPIDER GO!!! TAKE HIM!

Spider tries to grab Max.

> MAX
> NO! Don't leave him!



Manuel lifts his assault rifle, pops off a few rounds, but the bullets just glance off Kruger's billion dollar HULC.

Case 2:18-cv-04853-PG1 Document 60-1 Filed 12/09/19 Page 105 of 119

112.

Kruger casually lifts his wrist, sending a beam that turns Manuel's gun into ASH. Manuel screams as his hands are burnt. Smoking embers of burning metal floating around the room.

Kruger spin-kicks Manuel across the room, the gangster bounces off the wall like a soccer ball.

> MAX (CONT'D)
>> FUCK THIS.

Max summons his energy, runs toward Kruger and LEAPS.

He smashes into Kruger, sending them both back, DENTING an airlock door with 500 lbs of steal exo strength.

Max grabs one of the throwing knives off Kruger's vest and stabs it through Kruger's wrist WEAPON. The device crackles and sparks. Blood leaking across the white stark CCB.

> KRUGER
>> That's a cheap shot, that's a
>> fucking cheap shot.

Max starts to take the upper hand when....

Max goes into a white hot flash of cerebral pain. The epileptic seizure of DATA-OVERLOAD hits him, he trips and stumbles over desks and terminals, holding his head.

Manuel grabs Max and pulls him back toward Spider.

Kruger rises, whips out a deadly throwing knife and wings it at Manuel. It digs into his sternum. He drops to his knees.

Spider looks back to see his friend go down, gasping for air. Spider turns back, hacking the control-room airlock.

Max sees Manuel die. Anger coursing through his veins, Max uses every ounce of strength to will himself to his feet.

Kruger lunges at him. His knife comes flashing toward Max's head like lightning, barely missing his jugular.

Max delivers a sequence of awesome martial arts kicks and punches knocking Kruger back, giving him time to escape.

Max dives into the airlock and hits the SHUT button. The door starts shutting. But Kruger leaps and wedges his steel encased body in between the airlocked doors, jamming them. He's trapped there.

Max drags himself away, looking back as Kruger struggles to free himself. Max and Spider hobble into--

INT. CCB HQ CONTROL ROOM

Max and Spider make their way through the immense, abandoned CONTROL ROOM. Walls still flicker with warnings:

ILLEGALS DETECTED IN CONTROL ROOM.

They reach the next airlock. Max turns back to see Kruger pulling free himself.

                    MAX
          Come on come on--

Spider disengages the door, and they move fast into--

INT. GANTRY ELYSIUM

The gantry is suspended hundreds of meters up, like a bridge over the immense sub-structure of Elysium. It looks like something out of STAR WARS. Huge volumes of wind swirl.

Max and Spider hobble along the gantry, MEDBAY and PROTOCOL station writing in signs overhead. Max looks up, sees:

Kruger keeps coming, a relentless killer.

                    SPIDER
          Come on, keep moving!

Max stops, watches this cold-blooded killer.

                    MAX
          No, no... He'll never stop.

A calm passes over Max, as Kruger bears down.

                    MAX (CONT'D)
          You got nothing to fight for. I do.

Max and Kruger collide in a deadly sequence of moves.

                    KRUGER
          I have everything to fight for. I
          have all this.

Max struggles. But he makes a desperate move, GRABBING hold of the NERVE CENTER on the back of Kruger's HULC.

Max tears it off with all his strength. SPARKS explode and shredded circuitry come out in his hand. We hear Kruger's suit power down, and--

Max kicks the living shit out of him.

Case 2:13-cv-04856-PD Document 57-1 Filed 11/29/18 Page 107 of 139

114.

Kruger falls into a crumpled heap. They are at the end of the gantry, where the ARMORY has MEDBAYS LINED UP.

Kruger looks at Max's dying body. He looks into the ARMORY, then back at Max, choking, laughing.

>                    KRUGER (CONT'D)
>           Your....friend...didn't tell you
>           everything, did he?

Max looks at Kruger, confused.

>                    KRUGER (CONT'D)
>           You think...you can pull that data
>           out of your head and live? You
>           think you just carry on with your
>           little life?

Kruger is laughing, choking.

>                    KRUGER (CONT'D)
>           You fucking idiot... That data will
>           kill you the second it's retrieved.

Max turns to Spider.

>                    MAX
>           What..? Is that...true?

A beat. Spider looks back at him. Yes.

>                    KRUGER
>           You wanna save...all your little
>           earthlings...then you're gonna die.

INT. MANSION ELYSIUM

Frey covers her mouth as she hears them over the comms.

INT. GANTRY

Max looks at Spider.

>                    MAX
>           HOW COULD YOU DO THIS TO ME?

Kruger laughs with his dying breath.

>                    KRUGER
>           Dead.... You're dead.

Max gets up in a rage, he grabs Kruger's BODY and HURLS him off the edge of the GANTRY into oblivion. Kruger disappears into the darkness. For good. Max drops, devastated.

> SPIDER
> I'm sorry man, I'm sorry. I didn't
> know how to tell you. You can still
> choose. It's one or the other.

> MAX
> I'm not dying here.

Frey listens to the conversation. She looks toward Matilda.

> SPIDER
> You have the ability to save
> everyone, <u>everyone</u>. But I'm not
> going to force you, I know I can't.
> It's right there (points at med
> bay)... You choose.

> MAX
> And what? I have to die. That's my
> goddamn choice?

Spider turns to see the security droids and politicians have
arrived at the end of the GANTRY.

Max gets up and stumbles toward the MEDBAY. Spider SHUTS the
security door behind them as they leave the gantry. He MELTS
the control circuit, sealing it.

Max stumbles over to a MEDBAY, and leans against the machine.
His fingers caress the "DIAGNOSE" and "HEAL" buttons.

We hear the sound of cutting metal. Spider looks up to see
CCB DROIDS cutting through the security door.

Max blinks hard. He wipes his face and turns away from the
machine. He looks back at the droids. He limps toward Spider.

> MAX (CONT'D)
> Let's finish this.

He motions to the final airlock before the PROTOCOL ROOM. He
steps away from the MED BAY, he has made his decision.

INT. PROTOCOL ROOM

Spider runs a bypass on the protocol door. The hydraulic door
opens revealing the PROTOCOL CORE. Max stands for a moment,
stares at the space, the inner core of Elysium.

EXT. MANSION ELYSIUM

We follow IMMIGRATION DROIDS as they load up guns with tear-
gas and run across the LAWN towards Frey in the mansion.

116.

IMMIGRATION DROID
Two illegals detected.

INT. PROTOCOL ROOM

Max collapses next to the central computer. Spider closes and seals the door behind them.

The glass floor of the protocol room is the final barrier between the inside of Elysium and space. EARTH looms directly under them. Max looks down at the world that raised him.

INT. MANSION ELYSIUM

Frey sees Max as a small infrared heat dot on the screen.

She is fighting back tears. She sees the Immigration Droids coming across the LAWN. She leans over and pulls Matilda closer. But doesn't leave the monitor.

INT. PROTOCOL ROOM

Spider walks over to the central console and takes out his little computer, he plugs his USB wire into the PROTOCOL. He gives the other end to Max. Max clumsily plugs it into his own head. He calmly looks back down at Earth. He remembers the locket on his neck. He snaps it off, holding it.

                    MAX
          Frey.

She swallows and then adjusts her mic to speak into it.

                    FREY
          Yeah.

                    MAX
          Remember, when I stole your watch.

                    SPIDER
          Ok, syncing.

                    FREY
          Yeah.

                    MAX
          I'm sorry about that. It's just....
          I don't know why I took it, I
          wanted to get into that stupid
          gang.

                    FREY
          It's ok.

Max opens the locket, looking at the image of Earth. The same one he can see with his own eyes now.

Spider types furiously, hacking into the system core. He looks up to see the DROIDS running to the final door.

> SPIDER
> Shit. Here they come.

> MAX
> You forgive me?

> FREY
> Yes, Max.

BANG. They hit the door. THUMP THUMP, sparks fly as the acetylene torch starts cutting.

> MAX
> And then, I stole......Matilda's
> money. I'm really sorry, I swear.

SLOW MO the sparks drizzle into the room. The security droids raising guns.

> FREY
> I forgive you, Max.

> MAX
> For both times?

> FREY
> Yes, both times.

INT. MANSION ELYSIUM

The droids smash open the doors to the mansion and enter. Frey looks up at them on the other side of the house.

INT. PROTOCOL ROOM

The computer screen reads: "PLEASE ENCODE NEW ADMINISTRATOR."

> SPIDER
> If I don't get this working soon,
> we are fucking dead.

Spider puts his open hand to the biometric reader. -SCAN- Complete. -COMPILING-

> SPIDER (CONT'D)
> HURRY UP HURRY UP!!

BEEP. SYSTEM READY.

> SPIDER (CONT'D)
> We're good, we're good--

> MAX
> WAIT. Give it to me.

Spider hands the KEYBOARD to Max. Max takes it. With his other hand he drops the locket on the glass floor. Two earths, one real one image, hanging there.

> MAX (CONT'D)
> Frey.

> FREY
> Yes?

Max looks at the ENTER key. His finger hovers over it.

> MAX
> Thank you.

SLOW MO: MAX hits the ENTER KEY.

His eyes close. His hand drops to the floor......<u>dead</u>.

The computer screen fills with billions of lines of code.

BOOM. The door finally gives way. The DROIDS run in. They are trailed by REP PATEL and a young politician, REP SMYTHE. The droids GRAB SPIDER violently, beating him.

> SPIDER
> NO--

Patel enters the room, aghast to see the immigrants in the most secure zone.

> REP SMYTHE
> Kill him!

INT. MANSION ELYSIUM

The DROIDS smash the laptop in front of Frey and violently rip her from the chair. Another one grabs Matilda.

INT. PROTOCOL ROOM

Computer screen: COMPILED. HUMAN STATUS: .......<u>LEGAL</u>.

INT. MANSION ELYSIUM

Instantaneously, the DROIDS let go of Frey. The code on their visors suddenly starts scrolling, like a DOS REBOOT.

INT. PROTOCOL ROOM

The droids let go of Spider and help him up.

> DROID
> APOLOGIES CITIZEN.

> REP PATEL
> Arrest him!

> REP SMYTHE
> Shoot him! Now!

> DROID
> I cannot harm a citizen of Elysium.

> REP SMYTHE
> A CITIZEN? A what?!

Spider calmly grabs his handheld computer off the deck.

> SPIDER
> Guess who Elysium belongs to now,
> bitch?

He smiles at the politicians as he leaves. The men look at each other, knowing their days are over. MAX'S BODY lays there dead. And we see one final flash of memory:

INT. YOUTH PRISON - DAY

Young prisoners line up against the wall. The WARDEN makes them stick out their tongues, while he checks for contraband. He walks up to ELEVEN YEAR OLD MAX.

> WARDEN
> You again, back for more, hey? Open
> your mouth.

Max sticks his tongue out at the Warden, the other kids laugh. He punches Max in the stomach. Max collapses, lying at the Warden's feet gasping for air. The kids quiet.

> WARDEN (CONT'D)
> No one knows your name.

The Warden leans down next to him.

> WARDEN (CONT'D)
> No one will remember you. You will
> never accomplish anything...

INT. ORPHANAGE - NIGHT

Young Max cries. The Nun sits on the edge of his ratty bed.

> NUN
> Everyone has one special thing Max,
> one thing that they are meant to
> do, one thing they were born for.

INT. MANSION ELYSIUM

Frey gently places Matilda down on the med table. She presses the ANALYZE button.

> OVERHEAD VOICE
> CITIZEN M SATIAGO. Female. Severe
> epileptic edema.

A soft blue/white light moves up and down Matilda's body. RE-ATOMIZING. Frey watches in disbelief as her daughter is mended. The machine gently opens.

Frey stands with baited breath. Matilda slowly opens her eyes. She turns and looks over at her mom. 100% CLEAR.

MONTAGE:

Humans all over Elysium come out of hiding. The old, the sick, all getting medical care in their mansions.

Shots of humans on earth scrambling for tickets to ships. SHUTTLES stuffed like Indian trains. Bound for Elysium.

Frey and Matilda play in their garden. The huge orb of Earth floats behind them. Frey wears Max's necklace now. She holds it for a moment. And then continues to play with Matilda...

Ex. C

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
## PAu 3-683-232

**Effective date of registration:**

June 21, 2013

---

## Title

**Title of Work:** Butterfly Driver
**Previous or Alternative Title:** Uberopolis: City of Light

## Completion/Publication

**Year of Completion:** 2005

## Author

■ **Author:** Steve Kenyatta Wilson Briggs
**Author Created:** text

**Citizen of:** United States    **Domiciled in:** United States
**Year Born:** 1964

## Copyright claimant

**Copyright Claimant:** Steve Kenyatta Wilson Briggs
681 Edna Way, San Mateo, CA, 94402, United States

## Certification

**Name:** Steve Kenyatta Wilson Briggs
**Date:** June 21, 2013

Page 1 of

EX. D

# THINKPROGRESS

## 'Elysium's Success Or Failure Is A Big Test For The Appeal Of Deeply Political Films

BY **ALYSSA ROSENBERG** 🐦 ON JULY 31, 2013 AT 11:03 AM



*Credit: Screencrush*

In the New York Times yesterday, <u>Brooks Barnes makes the case</u> that *Elysium*, Neill Blomkamp's much-anticipated–at least at this blog and in this household–follow-up to his creative alien invasion movie *District 9* is a major test case for Sony, which has had a number of high-profile blockbuster flops this summer, including *After Earth* and *White House Down*, and is being pressured by an activist investor to either overhaul its movie business or get out of the game entirely. As Barnes notes, the movie has some genuine claims to originality: "There is no sex. There is no goofy sidekick. It will not be released in 3-D. It is rated R....Don't expect to see the obligatory camera shot of a ruined New York City."

But towards the end of the piece, Barnes quotes Mordecai Wiczyk, the co-chairman of Media Rights Capital, which helped finance *Elysium* as saying that the movie will draw in viewers because it is deeply politically relevant. Barnes writes:

> Mr. Wiczyk declined to speculate on ticket sales, saying it was much too early to make a judgment. But he did say that "Elysium" has a counterintuitive insurance policy. While trying not to give moviegoers the same "orgy of special effects" that

they have seen over and over, the film also deals with topics that are very relatable — familiar, even.

"Look at Bangladeshi working conditions, people having problems accessing health care, immigration issues, the Occupy movement," Mr. Wiczyk said. "This movie may be science-fiction, but it's also about what is happening in the world right now."

What he doesn't say, though, and what makes *Elysium* an anxiety-inducing prospect as well as an exciting one, is that Wiczyk is setting up the movie as a test case for whether politics will get audiences to movie theaters. It's become extremely fashionable to have a patina of politics in action movies, whether Bane and Catwoman are nodding at economic inequality in *The Dark Knight Rises*, or *Star Trek*, *Iron Man 3* and *Man of Steel* are getting their quota of drone politics in. But that's very different from having a political issue like inequality or _____ing a story with a

Share this:

*The Dark Knight Rises* revealed Bane's rhetoric to be a red herring for a more nebulously ideological plot, sticking with the rather comfortable idea that private generosity could cure Gotham's social ills. *Star Trek*'s rhetorical gestures at the idea that war criminals need to be tried to ensure the integrity and moral legitimacy of the Federation dissolved in favor of a storyline that advocated keeping Khan alive so his blood could be used to cure Kirk: the much-discussed trial happened off-screen if it happened at all (one can imagine it might have been complicated by his single-handed destruction of much of San Francisco), and the last we saw of Khan, he was being packed away again into permanent hibernation. These are convenient endings for movies that would rather not risk drawing a conclusion that an audience there to see punchings and explosions disagrees with.

But Blomkamp *is* a political director. *District 9* was a searing examination of what human beings are willing to do to the other, and of the agony of moving from a state of personhood and citizenship to a category outside of those designations. *Elysium* is obviously and bluntly about inequality and health care, and has rhetorically situated audiences on the side of the have-nots. I doubt *White House Down* or *After Earth* will be used to discredit the idea of generating stakes by putting the president in danger, or destroying entire cities, or even of post-apocalyptic fiction. But I can very easily see a failure by *Elysium* at the box office discrediting the kind of political science fiction that would really invigorate our action movie environment.

## From the Web

by Taboola

Ex. E

Case 3:18-cv-04952-VC JH Document 5617-2 Filed 11/09/18 3 Page 287 of 356

**FILM      TELEVISION      PRESS      ABOUT**

**CONTACT**

# MEDIA RIGHTS CAPITAL

**SENIOR MANAGEMENT**

**Asif Satchu and Modi Wiczyk**
Co-Chairmen and Co-CEOs

**Scott Tenley**
President, Business Affairs

**Erika Hindle**
Chief Financial Officer

**James Glander**
Senior Vice President, Head of Physical Production

**Joe Hipps**
Senior Vice President, Television Production

**Brye Adler**
Vice President, Production

**Jonathan Golfman**
Vice President, Head

**About MRC**

MRC is an independent film and television studio founded by Asif Satchu and Modi Wiczyk. It is backed by Goldman Sachs, AT&T, WPP Group and ABRY Partners. MRC specializes in the creation of premium entertainment content that has been distributed by Universal, Sony, Warner Brothers, Paramount, Fox, HBO, ABC, CBS, Netflix, Google and other leading international distributors.

**MRC Film**

MRC has been financing and producing films since 2006, all of which have been distributed by major US studios in addition to many leading international distributors. MRC's films have received Academy Award®, Golden Globe®, BAFTA® and SAG Award® nominations. Notable films include Seth MacFarlane's hit comedy Ted, which set records for the highest opening weekend ever and highest International box office gross for an original R-rated comedy; Academy Award® Best Picture nominee Babel; Bruno starring Sacha Baron Cohen; The Adjustment Bureau starring Matt Damon and Emily Blunt and District 9 director Neill Blomkamp's second feature film,

Ex. F

HOME PAGE | MY TIMES | TODAY'S PAPER | VIDEO | MOST POPULAR | TIMES TOPICS

Log In | Register Now

# The New York Times

## Media & Advertising

Business  All NYT   Search

Capital One

WORLD | U.S. | N.Y. / REGION | BUSINESS | TECHNOLOGY | SCIENCE | HEALTH | SPORTS | OPINION | ARTS | STYLE | TRAVEL | JOBS | REAL ESTATE | AUTOS

MEDIA & ADVERTISING   WORLD BUSINESS   YOUR MONEY   DEALBOOK   MARKETS   YOUR BUSINESS   COMPANY RESEARCH   MUTUAL FUNDS   STOCK PORTFOLIO   ALERTS

## Tilting Hollywood's Balance of Power to Talent Agency Clients

More Articles in Business »



Steve Goldstein for The New York Times
Asif Satchu, left, and Mordecai Wiczyk, co-chiefs of Media Rights Capital.

By MICHAEL CIEPLY
Published: March 19, 2007

LOS ANGELES, March 18 — Almost six years ago, big thinkers at Hollywood's Endeavor talent agency, best known as the players behind the industry satire "Entourage" on HBO, drilled into a bothersome question: Why should a star or director work for low pay on a labor of love only to see a film studio or foreign sales company strike it rich if the movie thrives in worldwide theatrical and video markets?



Murray Close/Paramount Vantage
Media Rights Capital, the firm that helped finance "Babel," is partly owned by the prominent talent agency Endeavor.

Far better, they reckoned, would be to put those dollars in the pockets of clients and, not incidentally, of the agents who represent them.

By late 2003, a young agent, Mordecai Wiczyk, under the wing of the Endeavor partners Ariel Emanuel and Patrick Whitesell, joined with a Harvard Business School classmate, Asif Satchu, to do just that by creating Media Rights Capital.

It soon built high-profile movies — like Alejandro González Iñárritu's "Babel" and the comedic actor Sacha Baron Cohen's planned "Bruno" — around clients of Endeavor, which was quietly given part ownership in return for helping to find film projects and make deals.

AT&T and the advertising conglomerate WPP Group joined Goldman Sachs as investors. This combination, Mr. Wiczyk

### MOST POPULAR - BUSINESS

EMAILED | BLOGGED | VIEWED

1. Glaxo Says It Will Stop Paying Doctors to Promote Drugs
2. Whole Foods Finds Success in Smaller Cities
3. More Retailers See Haggling as a Price of Doing Business
4. Shortcuts: An Alternative to Giving Up the Car Keys
5. DealBook: Big Bonuses, but a Shift in Who Gets the Biggest
6. Many Detect End of Line for Stimulus by the Fed
7. Wealth Matters: For Top Earners, a Bigger Tax Bite This Year
8. Surge Seen in U.S. Oil Output, Lowering Gasoline Prices
9. The Sketch Guy: How to React to Diminishing Returns
10. On the Road: Credit Card Peace Offerings Bring an Outcry Instead

Go to Complete List »

NEW! TRADE NOW FOR $6.95
• No account minimum to open
• Free stock ratings & analyst reports
shareBUILDER   $100 BONUS
Click here




SAVE ONCE. READ ANYWHERE.   The New York Times
FOR REGISTERED USERS ONLY.   Register for Free



HBO

Other projects have included "Bruno," based on a character created by Sacha Baron Cohen.

and Mr. Satchu said, gives Media Rights the ability to invest $400 million a year into movies, television shows and broadband Internet episodes, a considerable amount even at a time when Hollywood is crawling with aspiring financiers.

If they succeed, the pair may help shift the balance of power in Hollywood by increasing opportunity for idiosyncratic movies like the multilingual "Babel," and by giving filmmakers and stars more earning power and ownership of their projects.

Despite the new money and the seven Oscar nominations for "Babel," the company has yet to convince a skeptical film business that it is not just a stalking horse for Endeavor and its clients. To expand its reach, Media Rights must overcome a widespread sense that the company is playing loose with restrictions on agencies employing their own clients or that it is somehow beholden to the agency that helped create it. "Everyone who is not in the bus, we're going to keep stopping by the house and opening the door," Mr. Wiczyk said in an interview this month at the company's office in the building that also houses Endeavor.

Mr. Wiczyk, who previously worked at the foreign sales company Summit Entertainment, and Mr. Satchu, who co-founded and later sold the online industrial supply-chain management company SupplierMarket at the height of the dot-com boom, remain more business school than Hollywood in their delivery.

Working the phones from their barebones office on Wilshire Boulevard in Beverly Hills, Mr. Satchu, 35, acknowledged a penchant for making points with scrawls on a whiteboard. Mr. Wiczyk, 34, spoke with considerable passion about their zeal for market information. "We spend all of our time thinking about the data we don't have and what would we do if we had it," he said.

The pair described a process in which information shared among partners like WPP and AT&T at the formative stages of a project — like a DVD and Internet program for homemakers, suggested by the actress Raven-Symoné — may increase its marketability later. They said the company worked through likely outcomes from, say, a series of 10 five-minute spots as opposed to 20 of half that length, granting the actress and her collaborators the final call.

Meanwhile, detailed assessments of foreign markets may influence decisions about selling rights to films like "Sleuth," coming in the fall.

"We get people comfortable; we get people to give us their information," said Mr. Wiczyk, who described himself as being "evangelical" about using data to help artists seize the value in their own work.

And they dream big. They talk of financing 10 films, five or six television shows, and 20 mobile or broadband shows annually.

A financier's connection with a talent agency is not a novelty in Hollywood. Stung by the studios' continuing retreat from star-driven films, talent companies like Creative Artists Agency, the William Morris Agency, International Creative Management and the United Talent Agency have all sought to connect their clients with alternative financing.

Cassian Elwes and his division, William Morris Independent, for instance, have helped Morris clients put together movies (like the planned "Grace Is Gone") outside the studio system. But representatives of several such companies said last week that they knew of no firm that has pushed its alliance with an agency as far as Media Rights.

Films backed by the financier have included substantial talent from other agencies — Brad

Pitt and Cate Blanchett, stars of "Babel," are represented by Creative Artists.

But virtually all of the company's projects have been built around an Endeavor-backed participant, like the actor Jude Law in "Sleuth," or Hugh Jackman, in "The Tourist."According to Mr. Wiczyk and Mr. Satchu, the agency owns a minority, nonvoting stake in their company, which they declined to specify. They added that no Endeavor agent holds an individual stake or sits on the Media Rights board.

Still, those at other agencies would like to know more. Requesting anonymity because of general industry reluctance to speak publicly about a rival's business, some agents last week questioned whether Media Rights could be trusted not to put their proprietary information in the service of Endeavor. Others wondered if the Endeavor's ownership stake ran afoul of regulatory provisions in California law or contracts with guilds.

"For us, financing opportunities are always exciting and interesting," said Jeremy Zimmer, a partner at United Talent. Mr. Zimmer said that his agency has not done business with Media Rights, but might do so if it was satisfied that the company's ownership and influences were clear. "What becomes critical is who is the management?" he asked. "What level of transparency are we going to have?"

Robert Jones, California's acting labor commissioner, whose office regulates talent agents, said the state's labor code has a provision banning conflicts of interest by agencies. The law, from a time when models were sometimes sent for hair and makeup work by operators with a close connection to their agencies, says that no agent may refer a client for services to any entity in which the agency has a direct or indirect financial interest.

The law's wording has a broad sweep, but does not specifically address film financing. Mr. Jones said he was not aware of any complaints related to the Media Rights-Endeavor association. Any ruling on a conflict, he added, would depend on the facts of a particular case.

An overall franchise agreement under which the Screen Actors Guild restricted the right of agencies to engage in film production expired in 2001, and Hollywood's major agencies have since operated without a formal agreement with that guild.

Media Rights has been careful to distinguish itself as a financier rather than a producer. Representatives of Endeavor and Media Rights said the two companies became involved only after a legal review, conducted by an outside labor lawyer, persuaded them that agency law and guild regulations permitted the venture.

Meanwhile, the studios are wary because they are likely to have only so much appetite for films in which they are not the principal owners. Last year, Universal paid $42.5 million to acquire the rights in English-speaking regions and some European territories to Mr. Baron Cohen's "Bruno," based on its namesake character, a gay Austrian fashion expert.

Some rival executives considered the figure excessive, given the limited scope of the rights (Universal will not own the negative) and the risk factor in returning to the mockumentary format that worked in "Borat: Cultural Learnings of America for Make Benefit Glorious Nation of Kazakhstan."

"From my perspective, this kind of deal is only bad for the business if you did it all the time," David Linde, the studio's co-chairman, said. He pointed out that his company had agreed to make more than two dozen of its own movies over the last 10 months; adding "Bruno" would only strengthen its release schedule.

Yet John Lesher, president of Paramount Vantage, which released "Babel," said a similar arrangement was ultimately sound, if not spectacularly lucrative, for his company. Paramount Vantage bought rights in English- and Spanish-speaking territories, and left the rest. "I'm not going to make a tremendous amount, but I'm going to make money on the film," said Mr. Lesher, who made the deal as the director's agent before joining the boutique studio.

Case 3:18-cv-04952-VC Document 5617 Filed 11/09/18 Page 292 of 356
Case 4:13-cv-05349 Document 11 Filed 11/09/18 Page 4 of 5

The film has made about $114 million at the box office, almost 70 percent of that abroad. Paramount will most likely have strong sales from DVD, thanks to the movie's Oscar nominations, but it also invested heavily in a sustained award campaign.

According to Jon Kilik, a producer of "Babel," the film cost about $30 million to make, and Paramount Vantage paid less than the production cost for its rights. Mr. Kilik said Media Rights assisted the process by providing what he called bridge financing, which held the movie together for several months while talent deals and more conventional film lending were put in place. Financial benefit from the deal was ultimately split among Mr. Iñárritu, the producers, stars and writer of the film, he said.

Endeavor had a jolt last week when Mr. Iñárritu — whose film was a showcase for that agency and Media Rights — bolted to the competing Creative Artists Agency. People associated with the director said his departure had nothing to do with Media Rights, and in a statement on Friday, Mr. Iñárritu said he hoped to find a new project with the financier.

Mr. Whitesell of Endeavor, in a phone interview, said he believed that the information-sharing tack taken by Media Rights would persuade other agencies to embrace its projects, though he suspected that some might foster similar financing entities rather than signing on.



"I have mixed feelings about other people getting into it," Mr. Whitesell added. "But that will just create more opportunity for clients."

**More Articles in Business »**

Get 50% Off The New York Times & Free All Digital Access.

---

Ads by Google                                    what's this?

**Modeling Agencies**
Training for serious models seeking representation. Register Now!
www.modelandactnow.com

**2013 Best Skin Tighteners**
An Unbiased Review List of The Top Performing Skin Tighteners In 2013
www.skincaresearch.com/FaceLifting

**Start Acting with Us**
Open Audition for Extras: Roles in Movies, & TV - Become an Actor!
www.onesourcetalent.com

---

**Tips**
To find reference information about the words used in this article, double-click on any word, phrase or name. A new window will open with a dictionary definition or encyclopedia entry.

**Related Searches**
Motion Pictures
Finances
Endeavor Agency
Actors and Actresses

### INSIDE NYTIMES.COM

| HEALTH » | OPINION » | WORLD » | SPORTS » | OPINION » | ARTS » |
|---|---|---|---|---|---|
|  |  |  |  | A Global Standard for High Schools Room for Debate asks whether American secondary schools should offer the rigorous International Baccalaureate program. |  |
| Terrible Twos Who Stay Terrible | Op-Ed: A Transgender Volunteer | Growth Spurt Alarms the House of Lords | Britain Is Pushing for an Olympic Medal in Curling | | A New Preamble Before the Big Show |

---

Home | World | U.S. | N.Y. / Region | Business | Technology | Science | Health | Sports | Opinion | Arts | Style | Travel | Jobs | Real Estate | Automobiles | Back to Top

Ex. G

# Fw: Read this screenplay -not the other one

From: **Saul Goode** (q22skidoo@yahoo.com)    This sender is in your contact list.

Sent: Sat 6/01/13 4:54 PM

To:    Steve Wilson-Briggs (birdynumnumz@hotmail.com)

----- Forwarded Message -----

**From:** Steve Wilson-Briggs <birdynumnumz@hotmail.com>

**To:** Saul Goode <q22skidoo@yahoo.com>; Morgan Marchbanks <mmarchba@seq.org>; marina wilson <marinahope@hotmail.com>; dennis <denwil@sonic.net>; Cecile Lusby <cecilusby@hotmail.com>

**Sent:** Wednesday, May 25, 2005 6:31 AM

**Subject:** Read this screenplay -not the other one

Uberopolis: City Of Light

ANGLE ON: A DEAD MAN'S BODY FLOATS IN SPACE HIGH ABOVE
THE EARTH. IN THE BACKGROUND, THE EARTH IS SEEN -HALF
SHADED IN THE COVER OF NIGHT, BUT THE SUNLIT HALF IS SEEN
WITH ENORMOUS GRAY AND BROWN CLOUDS OF POLLUTION
COVERING MOST OF THE SKY. THE OCEAN IS AN UNHEALTHY
GREENISH-BLUE -NOT THE VIBRANT BLUE OCEAN OF THE PAST.
THE DEAD BODY IS SLOWLY SUCKED INTO EARTH'S
GRAVITATIONAL PULL UNTIL ITS SKIN BEGINS TO PEEL AND
BURN FROM THE HEAT GENERATED FROM THE FRICTION OF RE-
ENTRY. THE BODY IGNITES AND ROCKETS TOWARD THE DARK
SIDE OF EARTH.
THE CAMERA DESCENDS FROM THE SKY TO A SMALL CITY AT
NIGHT, FULL OF LIGHT, SOMEWHERE IN SOUTH AMERICA. THE
CAMERA DESCENDS AND MOVES IN CLOSER AND CLOSER UNTIL
IT IS CLEAR THAT THE LIGHTED CITY IS LITTLE MORE THAN A
WASTELAND.
EXT. A GLOOMY WASTELAND STREET -- NIGHT
Beneath a polluted night sky, an attractive Latina mother (perhaps 35) walks
alongside her fairly-muscular ("multinational looking") teen-aged son (John
Carlos) on a desolate street on the outskirts of a large third world city. She
carries a small bag of groceries while her son carries the woman's 6 year old
daughter (his sister, Franny). On the streets around them futuristic police and
military vehicle hover ominously over the streets as they cruise slowly past,
belching ever-more pollution into the air, homeless people burn fires in trash cans
and barrels to keep warm, children run in and out of shanty-town dilapidated box

Case 3:18-cv-04952-VC Document 17-2 Filed 11/09/18 Page 295 of 356

houses, few teens wearing headphones sniff paint from a plastic bag in the shadows, other shabbily dressed teen-aged boys wearing headsets and headphones, stand eerily on the corners and stoops, scanning the street predatorily for some unsuspecting prey. The woman's teen-aged son keeps a firm tough look on his face, careful not to seem like an easy target. The mother keeps her gaze down, not wanting to invite the thugs' cat calls and advances.

The flash of the shooting star (the dead body) whips across the sky. The young daughter (Franny) notices it and lifts her head from her brother's shoulder and points a weak finger.

                          FRANNY

          Mama, look! A shooting star!

The mother (Rianna) and her son (John Carlos) turns to see.

                          RIANNA

          Easy, relax remember your breathing.

                          FRANNY

          But a star...

                          RIANNA

          You're right, Franny. Make a wish.

                          FRANNY

          No, you.

                          RIANNA

          No, I'm too old. Wishes are for the young. You sound
          wheezy... I think you need your inhaler.

Rianna digs in her jacket pocket and produces a long kid's inhaler. Rianna hands the inhaler to Franny.

                          FRANNY

          Then you, John Carlos.

As John Carlos speaks Franny puffs the inhaler.

                          JOHN CARLOS

          I didn't see it. You make the wish.

FRANNY

Maybe I'll save it for daddy.

JOHN CARLOS

The person who sees it is supposed to make the wish.

FRANNY

OK. I want...

John Carlos puts a finger over each of their lips.

JOHN CARLOS

Shhh. You're not supposed to tell...

John Carlos's eyes dot back and forth, as if he's aware that perhaps the local thugs have caught him in a tender moment with his sister. He takes his fingers down from their lips.

FRANNY

Oohhh...

Franny contemplates, then closes her eyes briefly to wish.

FRANNY

It was a good one.

Franny takes another puff of her inhaler.

JOHN CARLOS

Yeah. But mine woulda been better, if I woulda seen it.

RIANNA

When I was a little girl shooting stars were so uncommon - maybe once or twice a year I'd see one. Now, it seems like every night you can see them - even through all this pollution.

A teen age male's voice calls out from the streets in a tough Spanish accent.

VOICE

Ex. H

00000000049.200601101348034s.00000000119

# Documentation of Registration

Writers Guild of America, west, Inc.
Intellectual Property Registry
7000 West Third Street
Los Angeles, California 90048-4329
Telephone 323-782-4500
Fax 323-782-4803

The Writers Guild of America, west, Inc. issues this certificate to:

STEVE KENYATTA WILSON BRIGGS

for the material entitled

Uberopolis: City of Light

by the following

STEVE KENYATTA WILSON BRIGGS - Writer

Registration #: 1108287
Material Type: SCREENPLAY
Registered By: STEVE KENYATTA WILSON BRIGGS

Effective Date: 12/16/05
Expiration Date: 12/16/10

Ex I

Steve Wilson Briggs
4996 Broadway #4G
New York, NY 10034

02/01/2006

AABAAL LITERARY ASSOCIATES
1110 STATE ROUTE 109
P.O. BOX 482
HOQUIAM, WA 98550

Dear Aabaal Literary Associates,

911... Iraq... Outsourcing...
How will the world look 100 years from now if current geo-political trends continue? "Uberopolis: City Of Light" is an unblinking look into the eye of that future.

I'm a screenwriter looking for a committed representative, and thought a reading of my new screenplay "Uberopolis: City Of Light" might interest you in adding me to your client family. City Of Light is a thoughtful action-adventure, set 114 years in the future, predicated on the ripple-effect of recent headlines, with a simple storyline:

In 2120, fugitive and former American war hero, Arlo Grainer, has his wife turn-him-in to the government to collect the bounty to pay his daughter's medical expenses. Aware of a dark government secret, the high profile prisoner is taken to labor on Uberopolis, a huge half completed satellite-city, where on one side of a giant construction wall the ultra-rich live in decadent excess; while on the other side, countless prisoners toil to complete the ultimate-city. But when the government attempts to dump him and 200 other prisoners from a shuttle into space, Arlo narrowly escapes back to Earth –where he discovers the state has reneged on the bounty to his wife, and his daughter is near death. Learning of a guardedly protected medication for his daughter (rumored to be made on Uberopolis) Arlo races through Earth's urban underbelly to get a shuttle ticket back to Uberopolis –this time to the glamorous golf course and casino-filled side of the construction wall. Soon, Arlo is racing security forces down the crowded, silver streets of Uberopolis –with time and the armies of the world against him.

In addition to "Uberopolis: City Of Light", I've recently completed "Sunflowers", a smart comedy-adventure about four young American artist (and friends) who haplessly stumble into an English counterfeit art ring.

"Uberopolis: City Of Light" is available at your request. I've included an SASE for your convenience. Thanks for your consideration

Best Regards,
Steve Wilson Briggs

birdynumnumz@hotmail.com
646 508 6389

2-9-2006

Suggest that the wife be the one to "turn in" your hero Arlo. Her motivation is a new boyfriend, plus money for the daughter's medical expenses. Why would I suggest this? It is because your hero should be blameless.

I like the idea of very high medical expenses!

Are your scenes about 1⅔ pages? Do you have about 80 scenes? Do you have a slug line for scenes? I imagine you do since you sound very knowledgeable.

"City of Light" sounds best but we can discuss your other screenplay over the phone. Call me from 7-9 Pacific Standard Time

Carole Bosley ALA

## Marcia Amsterdam Agency

Thank you for sending us this material. We're sorry, but it doesn't meet our present needs.

### 41 West 82 Street   New York, NY 10024-5613



Dear Author,

Please forgive this impersonal note. We receive a tremendous number of query letters and are forced to focus our attention on a limited number of projects. We regret that we must decline the offer to review your work. We encourage you to keep writing and we wish you every success.

Sincerely,

VICTORIA SANDERS



The Promark Center
3599 Cahuenga Blvd. West, 3rd Floor
Los Angeles, CA 90068

Mr Steve Wilson Briggs
4996 Broadway #4G
NEW YORK, NY

. Briggs
5 Broadway #4G
York, NY 10034



NEW YORK NY 100

02 FEB 2006   PM 14 T



THE DEITER LITERARY AGENCY
10707 AVERETT DRIVE
FAIRFAX, VA 2

NIXIE     201     1       00 02/
RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD

BC: 10034166947      *3045-03941-

22035+121 10034x1669

N. Briggs
96 Broadway #4G
w York, NY 10034

NEW YORK NY 100

02 FEB 2006  PM 13 T

STRATA SPHERES INC.
205 MULBARRY STREET #
NEW YORK,



NIXIE     100     1       00 02/(
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 10034166947      *2945-14225-

10012+4556 10034x1669

# Re: Screenplay Query - Uberopolis: City Of Light

From: **cedargroveagency@juno.com**
Sent:  Sun 1/15/06 8:57 AM
To:    birdynumnumz@hotmail.com

Dear Mr. Wilson-Briggs:

Thank you for bringing "Uberopolis: City of Light" to my attention.  Although the premise sounds intriguing, I unfortunately must pass as I do not think it is something for Cedar Grove at this time.

I appreciate your interest and wish you the best of luck on your search for representation.

Sincerely,

Samantha Powers
Story Editor

http://www.theliteracysite.com/cgi-bin/WebObjects/CTDSites.woa/612/wa/gotoSite?
destSite=LiteracySite&origin=bcsTY&wosid=qr6000Cv000YW600E2&revisionCode=BCSthankyoupg_LSlogo

On Sat, 14 Jan 2006 12:15:15 -0800 "Steve Wilson-Briggs" <birdynumnumz@hotmail.com> writes:
> UBEROPOLIS: CITY OF LIGHT
>
> An omnipotent world leader forces a political captive into a
> prisoner work
> brigade on a giant satellite city orbiting Earth. There, amid a
> massive
> prisoner extermination, the hero escapes back to Earth to save his
> daughter
> —and face his nemesis... and all the world's armies.
>
> Dear Cedar Grove Agency Entertainment,
>       Thank you for reading the logline to my screenplay
> Uberopolis:
> City Of Light, a sci-fi adventure thriller .  I'm querying to learn
> if you
> are currently considering new screenwriters to represent?  I'm a
> new,
> energetic screenwriter, hoping to bring two new completed
> screenplays to
> market. Uberopolis is a fast past futuristic story set 115 years in
> the
> future. The story's characters mirror a broad swath of the American
> and
> international landscape, with a fair balance of compelling male and
> female

5/28/13     Outlook Print Message
Case 3:13-cv-04952-JH-Document 1-2 Filed 11/09/13 Page 305 of 356
Case 4:13-cv-04952-PJH Document 72-2 Filed 12/12/13 Page 19 of 756

# RE: Screenwiter Seeking Agent - Uberopolis: City Of Light

From: **Paul S. Levine** (pslevine@ix.netcom.com)
Sent: Sun 1/15/06 8:51 PM
To: 'Steve Wilson-Briggs' (birdynumnumz@hotmail.com)


Not for me-thanks anyway.


Paul S. Levine

-----Original Message-----
From: Steve Wilson-Briggs [mailto:birdynumnumz@hotmail.com]
Sent: Sunday, January 15, 2006 4:11 AM
To: pslevine@ix.netcom.com
Subject: Screenwiter Seeking Agent - Uberopolis: City Of Light

Dear Mr. Levine,
I'm a new screenwriter in need a successful representative and I
hoped to interest you in becoming my agent. I have two quick and
entertaining finished scripts to market, but I think you might be most
interested in UBEROPOLIS: CITY OF LIGHT.

Logline:
Set in the year 2120, on a depleted, overpopulated Earth, a fugitive -
and
former American hero- is drawn out of hiding to pay for medication his
ailing daughter needs. His nemesis, the omnipotent world leader,
imprisons
the hero and sends him to work in a prison labor brigade on a beautiful,
giant, half-completed satellite-city orbiting Earth. But amid a
government
planned mass prisoner extermination attempt, the hero escapes back to
Earth,
to save his ailing daughter -and face his nemesis. and all the world's
armies.

The storyline is simple enough for the youngest and most basic
viewers to appreciate, yet it replete with social, scientific and
political
themes for the most discriminating viewers to enjoy. Uberopolis is a
fast
past futuristic story, whose characters mirror a broad swath of the
American
and international landscape, balanced by compelling male and female
characters. Factors that assure Uberopolis: City Of Light a healthy
national
and international following. Further, the dark, technological social

# Re: Screenplay Query - Uberopolis: City Of Light

---

From: **Gregory Bell** (gbell.11@gmail.com)
Sent: Mon 1/16/06 4:38 PM
To:   Steve Wilson-Briggs (birdynumnumz@hotmail.com)

Steve,

Sounds interesting. Could you send me a script in pdf or ms word form?

Greg Bell

On 1/16/06, Steve Wilson-Briggs <birdynumnumz@hotmail.com> wrote:
> Dear G. Bell,
> The future is a deadly place...
> How will the world look 100 years from now, if current
> geo-political trends continue? UBEROPOLIS: CITY OF LIGHT is an
unblinking
> look into the eye of that future.
>
> The year is 2120. 14 years after America was absorbed into the
> new United World Nation. With little money, and his daughter ailing
from a
> pollution driven respiratory condition, a fugitive and former American
> soldier, Arlo Grainer, has his wife turn him in to the government -to
> collect the unconditional bounty offered for his arrest.
> Dubbed "a national threat" Arlo carries an explosive secret into
> the prison system. A secret the United World Nation President, Peter
Drexler
> wants forgotten. Arlo is quickly taken to work on a huge satellite
city,
> orbiting 10,000 miles above Earth, Uberopolis. But Uberopolis is only
half
> completed. On one side of the giant construction barrier the super-
rich and
> famous live in decadent excess. On the other side, thousand of prison
> workers toil to complete the ultimate-city.
> On Uberopolis, Arlo narrowly escapes a government sponsored
> prisoner extermination plan and races back to Earth in a stolen
shuttle
> -chased chased by guided warheads. Back on Earth, Arlo discovers the
state
> has reneged on the reward money to his wife, and his daughter is near
death.
> But after learning of an extremely expensive, and guardedly protected
> medicine (rumored to be made on Uberopolis) capable of reversing his
> daughter's condition, Arlo uses his underworld ties to secure a
shuttle

# (no subject)

From: **SouthSeventeen@aol.com**
Sent: Wed 1/18/06 9:09 PM
To:   birdynumnumz@hotmail.com

**Hi there,**

**I located your Logline via the screenwriters market. Your idea is very intriguing and I would love to take a look at the script at your earliest convenience. I would be happy to sign a nondisclosure if necessary. I look forward to hearing from you.**

**Cheers**
**Matthew Morris**
**South17 Entertainment**

# Re: Screenplay query

From: **Zero Gravity Mgmt** (zerogravity.mgmt@verizon.net)
Sent: Fri 1/20/06 3:48 PM
To: Steve Wilson-Briggs (birdynumnumz@hotmail.com)

    1 attachment
    STANDARD RELEASE FORM.doc (23.0 KB)

Thanks for the query. You can send your script City Of Light via regular
mail or email (.pdf only please) along with the attached submission form
and
a copy of your original email. If sending your script via email you may
'electronically' sign the form by typing in your name where it requires
your
signature.


Since we do receive a lot of scripts we are only able to reply to those
we
are interested in pursuing and do not send out rejection notices.



Best,


Georgia


Zero Gravity Management

1531 14th Street

Santa Monica, Ca 90404
----- Original Message -----
From: "Steve Wilson-Briggs" <birdynumnumz@hotmail.com>
To: <zerogravity.mgmt@verizon.net>
Sent: Friday, January 20, 2006 7:03 AM
Subject: Screenplay query


> Dear Zero Gravity Management,
>
> I am responding to your query for screenplays posted on
moviebytes.com.

# RE: Screenplay query: Uberopolis: City Of Light

From: **Submisions** (submissions@aeionline.com)
Sent: Mon 1/30/06 4:44 PM
To:  Steve Wilson-Briggs (birdynumnumz@hotmail.com)

Thank you for thinking of us; however, I don't think that AEI is the
right company for this project.

We appreciate your interest in AEI, and wish you the best of luck in
finding the appropriate place for your work.

Jennifer Pope
AEI

-----Original Message-----
From: Steve Wilson-Briggs [mailto:birdynumnumz@hotmail.com]
Sent: Saturday, January 14, 2006 3:59 AM
To: Submisions
Subject: Screenplay query: Uberopolis: City Of Light

UBEROPOLIS: CITY OF LIGHT
(sci-fi - adventure - thriller)
An omnipotent world leader forces a hated political prisoner into a
prison work brigade on a giant satellite city orbiting Earth. Amid a
massive prisoner extermination attempt the hero escapes back to Earth to
save his daughter -and face his nemesis -and all the world's armies.

Dear Jennifer Pope,

Thank you for reading the logline to my screenplay Uberopolis:
City Of Light. I'm querying to learn if you are currently considering
new screenwriters to represent? Uberopolis: City Of Light is one of two
completed screenplays I'm currently trying to market. Uberopolis: City
Of Light is a fast past futuristic story set 115 years in the future.
The story's characters mirror a broad swath of the American and
international landscape, with a fair balance of compelling male and
female characters.

"In the year 2120, on a depleted, overpopulated Earth, a fugitive (and
former American hero) is drawn out of hiding to fight the all powerful
world government to get the medication his ailing daughter needs."

The storyline is simple enough for the youngest and most basic
viewers to appreciate, yet it replete with social, scientific and
political themes for the most developed and discriminating viewers. All
these factors all but guarantee that Uberopolis: City Of Light will
garner a healthy national and international following. Further, the

EX. J

# The Philadelphia Logline Festival BEGINS NOW!

From: **Joe Frio** (phillyscriptfest@screenplayfest.com)
Sent: Sat 3/31/07 2:37 PM
To:    phillyscriptfest@screenplayfest.com

Congratulations!

Your Logline has been accepted into the Philadelphia Logline Festival! Your Logline has been posted on our website for members to vote on and review – visit our website today! Remember — the Logline with the highest votes wins the Logline Festival – So Tell Your Friends and Vote Now! Voting CLOSES on July 1, 2007!

We are very excited for all our contestants and are thankful for your support in our festival. Website updates are still being made so please be patient.

AWARDS:

The Top Twenty Loglines receive a discounted price of $20 into our Screenplay Festival.

The Top Three Loglines receive Chris Soth's "Million Dollar Screenwriting" and Free Entry into our Screenplay Festival.

The Top Logline also receives a Free Ticket to the Great American Pitchfest (a value of $250).

**VOTER'S AWARD:**

The Number One Voter/Reviewer will receive a **$20 Reward!** So Vote Now and Tell Your Friends! We encourage everyone to review, comment and critique the Loglines.

RULES:

**You must register with B-Side in order to vote (You have NOT done so yet - Just visit our Logline Festival Page and enter the festival to do so).**

Please use your email address as your Desired Username when registering.

Outlook Print Message

You will be disqualified if you vote more then once on each Logline.

You must vote on a minimum of Ten Loglines for your votes to count.

<u>VOTER BIAS RULE</u> - your votes will NOT count if you are bias (if you vote 5 stars on one logline and 1 star on nine loglines).

Contestants are allowed ONE FREE revised submission of their Logline throughout the duration of the Logline Festival. You are allowed to submit more revisions but you will be charged a processing fee of $5. We do this to make the festival fair and more challenging for our contestants.

Email your revised Logline Submissions to <u>phillyscriptfest@screenplayfest.com</u>. An application is required to be mailed to us after using your FREE Logline Revision Submission. Please <u>click here</u> for more information.

PLEASE NOTE: One hundred percent of all fees will be plowed back into the Festival, e.g., building the best possible website, publicity and advertising, size of Awards, dinner for winners, etc.

**The Philadelphia Screenplay Festival is presently accepting submissions. If you would like to submit a screenplay to our festival please visit our website – you may submit more then one screenplay! $500 in prizes! We are working towards a cash prize of $10,000! Enter Today!**

We thank you for your support and wish you a great competition!

**Joseph Frio**

**Founder**

**The Philadelphia Screenplay Festival**

**www.ScreenplayFest.com**

Ex K

Case 3:13-cv-04253-OJH Document 56-1 Filed 11/09/18 Page 314 of 356
Case 4:13-cv-04253-OJH Document 1-2 Filed 12/13 Page 20 of 356

# 2006 Slamdance Screenplay Competition Quarterfinalist Announcement!

From: **John Stoddard** (screenplay@slamdance.com)
Sent: Tue 8/29/06 8:59 PM
To:    John Stoddard (screenplay@slamdance.com)


Gentle Writer,

Thank you for participating in the 2006 Slamdance Screenplay
Competition. We
received over 2,000 submissions this year. Please visit the Slamdance
website for an entire list of the top 200 quarterfinalists:
www.slamdance.com/screencomp/winners.asp

Unfortunately the screenplay that you submitted did not make it to the
final
rounds of consideration in our Competition. In the event that you
submitted
multiple entries, unless you receive notification of quarterfinalist
status
for a different entry, this letter may apply to everything you
submitted.
If you resubmitted a version of your screenplay that made the
quarterfinals,
this letter may apply to an earlier draft.

We continue to hone our online application process and corresponding
online
feedback and coverage. If you haven¹t already, please visit
www.slamdance.com/screencomp and sign onto the website using your
username
and password to review feedback. If there is any missing coverage or
feedback, please alert the Slamdance office immediately by e-mail:
coverage@slamdance.com

For those that requested coverage, a new feature added midseason this
year
includes a scoring function allowing you to rate your satisfaction with
the
feedback on a scale of 1-10. If you have not already, please return to
the
Slamdance website, review your coverage, and provide a score. This will
allow us to further hone our coverage service.

We would very much appreciate any feedback you can provide on your
experience with this year¹s competition. For any delay in coverage or

feedback we apologize. You can trust that every screenplay was thoroughly
read and considered for the competition, and that any missing feedback or
coverage does not mean your script fell through the cracks. It simply means
there is a glitch in the system that we now have to rectify. Also keep in
mind that the number of responses to your screenplay does not represent the
complete amount of consideration that went into the decision-making process
regarding your submission.

Please e-mail screenplay@slamdance.com with your feedback and comments. You
can always resubmit in 2006 based on the feedback provided for a discounted
price. We begin accepting submissions in November 2006. Our 2006 Teleplay
Competition is currently accepting online applications. Please visit
www.slamdance.com/teleplay for more information. If you have any interest in
writing Horror, we are accepting applications for a brand new Horror
Screenwriting Competition. The submission deadline is October 31, 2006 visit
www.slamdance.com/screencomp/horror for more information.

Thank you for choosing Slamdance.

Sincerely,

John Stoddard
Screenplay Competition Director

Ex l

# Expiration of listing

From: **jerrol@InkTip.com**
Sent: Tue 8/15/06 2:10 AM
To:  birdynumnumz@hotmail.com


Dear Steve Wilson Briggs,

Re: Uberopolis

This listing has now expired and will be deleted soon.

If you would like to keep it on the site, please log
in and click on the 'Purchase' tab. It is $50 per
placement for 6 months. You can pay by credit card or
you can mail a check to:

InkTip.com
PO Box 312
Glendale, CA 91209

Please let me know which you plan to do.

If you don't want to keep it on the site, please print
the pages showing who viewed your synopsis, treatment
and/or script for your records. Log into the site and
click on the 'New Viewings' link at the top left in the
'Viewings Summary' box.

Thanks,
Maia
http://www.InkTip.com
This is an automated email.

# 6 Week Warning

From: **jerrol@InkTip.com**
Sent: Mon 11/05/07 2:10 AM
To:    birdynumnumz@hotmail.com


Dear Steve,

Re: Butterfly Driver

This listing will be expiring in 6 weeks.
If you have not done so recently, please
update your placement for maximum exposure.

We have set up the site so that every six
weeks you can modify any part of your listing
to have it brought back up to the top of the list.
Just log into the site and click on the title of
your work on the left. We suggest at least updating
your logline and synopsis so that it shows up new
and fresh for the industry pros.

For tips on loglines and synopses, please log into
the site and click on the 'Help and Directions' tab.
Select 'Tips on Loglines and Synopses', the 4th option down.

Thanks,
Maia
www.InkTip.com
This is an automated email.

# Notice: Your Work has been Viewed!

From: **Jerrol LeBaron** (jerrol@inktip.com)
Sent: Tue 11/27/07 10:50 AM
To:    Steve Wilson Briggs (birdynumnumz@hotmail.com)

Dear Steve,

An industry professional has viewed or downloaded one of your works
(synopsis, treatment, or script) on www.InkTip.com. For more
information, log in and click "New Viewings" under 'Viewings Summary' on
the 'My InkTip' tab. (If you are a representative, log in and select
"Scripts I Represent.")

FOR WRITERS: If only your synopsis was viewed, please do not contact the
industry pro. If the industry pros have further interest, they will
either contact you or view your treatment or script. Please see "User
Protocol" for further details: http://www.InkTip.com/protocol.php

To ensure you get the best results from the website, please read 'Make
InkTip Work for You!' (available on the 'Help & Directions' tab).

Best Wishes,
The InkTip Team


This is an automated e-mail. Sorry we couldn't send it personally!
birdynumnumz@hotmail.com
A6020361389(*I5VW

Ex M

Case 3:13-cv-04460-PJH Document 7-2 Filed 11/09/13 Page 321 of 356
Case 4:13-cv-04460-PJH Document 1-2 Filed 09/26/13 Page 35 of 56
Outlook Print Message

# TriggerStreet.com Review Notification (Friday, March 2, 2007)

From: **TriggerStreet Dispatcher** (dispatcher@triggerstreet.com)
Sent: Sat 3/03/07 1:05 AM
To:  birdynumnum (birdynumnumz@hotmail.com)

```
-------------------------------------
TRIGGERSTREET.COM REVIEW NOTIFICATION
Friday, March 2, 2007
-------------------------------------
```

Dear TriggerStreet User:

This nightly update charts upload and review activity at
TriggerStreet.com. In our attempt to deliver you the best possible user
experience, our system returns running stats. By following these nightly
updates you can keep track of your uploads - when they have been
reviewed, where your short film is being ranked, and who is responding
to the reviews that you may have already posted.

So get connected, and stay connected. All you have to do is log-in to:
http://www.triggerstreet.com


```
----------------
BUTTERFLY DRIVER
----------------
```
Written By: Steve Wilson Briggs

Total Reviews: 1
Reviews Today: 1
Total Views: 9
Screenplay Ranking: Review minimum currently not met.

New Review:
* "REVIEW OF BUTTERFLY DRIVER" (reviewed by Myriads In Blue Ascending)


```
--------------------------------------------------
```
If you would like to stop receiving review notification alerts, please
log-in to http://www.triggerstreet.com/ and select "My Trigger Page"
from the main navigation. Once there, select edit account on the top
left of
the page to edit your settings.
```
--------------------------------------------------
```

Outlook Print Message

# TriggerStreet.com Review Notification (Saturday, March 3, 2007)

From: **TriggerStreet Dispatcher** (dispatcher@triggerstreet.com)

Sent: Sun 3/04/07 1:02 AM

To: birdynumnum (birdynumnumz@hotmail.com)

```
--------------------------------------
TRIGGERSTREET.COM REVIEW NOTIFICATION
Saturday, March 3, 2007
--------------------------------------

Dear TriggerStreet User:

This nightly update charts upload and review activity at
TriggerStreet.com. In our attempt to deliver you the best possible user
experience, our system returns running stats. By following these nightly
updates you can keep track of your uploads - when they have been
reviewed, where your short film is being ranked, and who is responding
to the reviews that you may have already posted.

So get connected, and stay connected. All you have to do is log-in to:
http://www.triggerstreet.com


----------------
BUTTERFLY DRIVER
----------------
Written By: Steve Wilson Briggs

Total Reviews: 2
Reviews Today: 1
Total Views: 9
Screenplay Ranking: Review minimum currently not met.

New Review:
* "Review of BUTTERFLY DRIVER" (reviewed by f chong rutherford)


-------------------------------------------------
If you would like to stop receiving review notification alerts, please
log-in to http://www.triggerstreet.com/ and select "My Trigger Page"
from the main navigation. Once there, select edit account on the top
left of
the page to edit your settings.
-------------------------------------------------
```

# TriggerStreet.com Review Notification (Tuesday, March 6, 2007)

From: **TriggerStreet Dispatcher** (dispatcher@triggerstreet.com)
Sent: Wed 3/07/07 1:02 AM
To: birdynumnum (birdynumnumz@hotmail.com)

```
----------------------------------------
TRIGGERSTREET.COM REVIEW NOTIFICATION
Tuesday, March 6, 2007
----------------------------------------
```

Dear TriggerStreet User:

This nightly update charts upload and review activity at TriggerStreet.com. In our attempt to deliver you the best possible user experience, our system returns running stats. By following these nightly updates you can keep track of your uploads - when they have been reviewed, where your short film is being ranked, and who is responding to the reviews that you may have already posted.

So get connected, and stay connected. All you have to do is log-in to:
http://www.triggerstreet.com

```
----------------
BUTTERFLY DRIVER
----------------
```
Written By: Steve Wilson Briggs

Total Reviews: 3
Reviews Today: 1
Total Views: 10
Screenplay Ranking: Review minimum currently not met.

New Review:
* "Butteryfly Driver Review" (reviewed by filmsnoir)

```
--------------------------------------------------
```
If you would like to stop receiving review notification alerts, please log-in to http://www.triggerstreet.com/ and select "My Trigger Page" from the main navigation. Once there, select edit account on the top left of the page to edit your settings.
```
--------------------------------------------------
```

Ex. N

# Re: Thanks for the input

From: **tomgilman1@netzero.net** (tomgilman1@netzero.net)
Sent: Sat 3/03/07 7:00 AM
To: birdynumnumz@hotmail.com

All right, there are only two kinds of headings, MAJOR and MINOR. From the previous sentence you drop THREE SPACES for a MAJOR HEADING, and TWO SPACES for a MINOR HEADING. A major heading is supposed to look like this: INT. JOE'S HOUSE - DAY A minor heading is to be used once we're already in Joe's house and want to move around. A minor heading doesn't need INT. OR EXT. and so five minutes after you've entered the house and the scene moves, you have IN THE KITCHEN or UP THE STAIRS or UNDER THE BED. Minor headings don't need formality, they just need CAPS.

Examples of varity in headings -- INT. JOE'S HOUSE - UPSTAIRS TOILET - DAY

INT. JOE'S HOUSE - SECOND STORY LANDING - DAY

You can accomplish a great deal with a properly formatted heading, and whatever you do be brief and direct, and NEVER LET A HEADING RUN MORE THAN ONE LINE.

Time elements? You look like a pro just by keeping it simple, by which I mean use nothing but DAY or NIGHT. If you absolutely must convey to the reader that it's something else, something more precise, use your descriptive line for that, e.g. dusk, twilight, early evening, late evening, before sunrise, just after sunrise.

To qualify as a legitimate heading you need INT. or EXT. up front. You cannot just have BACK IN THE HOUSE WHERE JOE BANGED SUZY BEFORE. You cannot have IN THE KITCHEN WHERE ANNA PRAYED WITH JOHNNY FOR JOE BECAUSE THEY CAUGHT HIM BANGING SUZY.

Except for headings and specific SOUNDS it's important to stay away from using upper case words. That and too many exclamation points makes your text look like a comic book. And you certainly don't want one, two, three or four lines of description (action lines) done in CAPS. It not only looks amatuerish, it is amatuerish. Writers I review get after me for being a stickler about formatting, but believe me when I say that nothing will get your script thrown onto the reject pile faster than formatting errors. Why? Because it tips the reader off that they're reading the work of a beginner who has not put in the time to learn the craft, and they run down the hallway screaming LEPROSY! RUN FOR YOUR LIVES!

I hope this little bit helps. If there's anything else, let me know. Enjoy the day. Tom

# Re: Thanks for the input

---

From: **tomgilman1@netzero.net** (tomgilman1@netzero.net)

Sent:  Sat 3/03/07 10:57 AM

To:    birdynumnumz@hotmail.com

Steve ~ I think I got your second email first. Here's the answer about shots and angles.

It's incredibly simple, though it seems enormously complex and troubling.

You can direct your characters and the action all you want by simply pointing the camera of your words where you want it to go. You focus our attention, just like a camera does, on who or what you want to focus it on. It's all about the headings, here's how.

XT. JONE'S RANCH - DAY

It's a large spread, well kept. There's a RACKET in

THE BARN

and smoke rises from the roof where the fire started. The roof is almost gone when

JOHN

runs from the house. He yells at

BILL AND CURLY

as they come from

THE BUNKHOUSE

where Woody and Jeff appear.

Whatever you make your heading is what the camera in the reader's imagination shows.

Screenplays used to be filled with ANGLE ON and CUT TO and WIDEN FRAME until it was made clear that spec scripts are for storytelling, while shooting scripts are for the production people to make the movie from. You want as little fancy clutter in your spec script as possible because it makes you look like an amatuer and distracts from the story your reader is desperate fo focus on and you're equally desperate to tell.

One final thing -- invest in David Trottier's SCREENWRITER'S BIBLE. You absolutely will not make it without it or one like it. Buy it, read it, memorize it.

Anytime, Tom

Ex. O

Outlook Print Message

# Re: ? about "Butterfly Driver"

From: **Jason Beck** (phreesh@yahoo.com)
Sent: Thu 8/02/07 6:58 AM
To:   Steve Wilson Briggs (birdynumnumz@hotmail.com)

I think its okay. I'm not passionate about it, but it didn't bother me.

Thinking about why I didn't *love* it...

Maybe placement? Could it be put into a place that felt more like the story was possibly over? I'm not sure if there's a spot for it just a little later. Maybe something to think about.

Maybe different visuals? What would most be on Arlo's mind when he's dying? And it'd be double-good if you could include either some foreshadowing or reveal a plot twist.

I think you've done a good job making it suitably 'dreamlike'. The child in the cockpit, the dolphin in the cargo bay (bonus points for making the window look like a porthole) work well, I think.

Frankly, I don't have any concrete advice. Like I said, I think it's decent (I, too, generally dislike dream sequences), but not mind-blowing.

Good luck,

Phreesh
----- Original Message ----
From: Steve Wilson Briggs <birdynumnumz@hotmail.com>
To: phreesh@yahoo.com
Sent: Thursday, August 2, 2007 7:14:39 AM
Subject: Re: ? about "Butterfly Driver"

Phreesh (or Jason),

I've been laboring to repair my script. I'm still floored by all the insight and sage advise you offered. I was wondering, if you have a moment -and still remembered the script this long after the fact- but when Arlo was apparently dying, at the end, and had the dream, with the dolphin, which triggered his final epiphany, did that work for you? I usually avoid flashbacks and dreams like the plague, but this tied into Benni's belief in dreams, which may work for a motiff, but not for the story. So I was hoping to get your thoughts. If you don't have time, or don't recall, I understand. Thanks again.

>From: Jason Beck <phreesh@yahoo.com>
>To: Steve Wilson Briggs <birdynumnumz@hotmail.com>
>Subject: Re: ? about landscape of "Butterfly Driver".
>Date: Tue, 31 Jul 2007 06:57:53 -0700 (PDT)
>
>I have to first say that the instinct to pare down description is the right
>one. Especially in the first ten pages. You want to get your story going
>right away and engage the reader. That said, because you set this in a
>world very different from our own, I think you need to orient us a little.
>
>The thing that was missing to me was, I guess, a sense of the
>'neighbourhood'. Is Arlo's place a typical suburban house that has all the
>comforts of the modern future? Or is this more of a downtrodden place that
>has a lot of abandoned homes and makeshift shelters? I guess I'm wondering
>what the quality of life is like for Arlo and his friends. And then
>describe the important bits of technology a little more fully. What does
>Arlo's bike look like and what does it do (I recall that you did a pretty
>decent job of this). And the omni-com. What size is it? What does it
>look like?
>
>And then, what life is like in Los Angeles. Is it like the Star Warz
>prequels with beautiful, immaculate, huge buildings or like Blade Runner
>with a hodgepodge of different cultures and economic lifestyles?
>
>Now that I think about it, I think a sense of 'lifestyle' is what I'm
>looking for. You do a pretty good job of describing Uberopolis and its
>decadent lifestyle. I think you need to do just as good a job with Earth
>(or at least the bits that you show).
>
>Best of luck,
>
>Phreesh
>
>
>
>----- Original Message ----
>From: Steve Wilson Briggs <birdynumnumz@hotmail.com>
>To: phreesh@yahoo.com
>Sent: Monday, July 30, 2007 3:07:50 PM
>Subject: Re: ? about landscape of "Butterfly Driver".
>
>

>Jason,
>
>I'm honored that you emailed back. I haven't had an opportunity to read
>your
>work, but from the great reviews and your evident acumen, I have a feeling
>I'm corresponding with a future "insider".
>Anyway, if you have a minute or two...
>You mention that maybe I should make the world I've envisioned a little
>more
>clear. I cut out substantial stuff after receiving input that the world was
>too elaborate, a few months ago. I have about twenty out takes that could
>help concretize my world of the future -and some new ideas. Are there any
>specific ways that you felt my world lacking?
>Oh yeah. Thanks for pointing out my margin problems. I can't figure how or
>when they got screwed up.
>
>Take care.
>
>
>
> >From: Jason Beck <phreesh@yahoo.com>
> >To: "TriggerStreet Member: birdynumnum" <birdynumnumz@hotmail.com>
> >Subject: Re: Thanks for the review of "Butterfly Driver".
> >Date: Mon, 30 Jul 2007 08:07:31 -0700 (PDT)
> >
> >I DID notice the reference to violets at the end, but didn't give you
> >enough credit as a writer.  I thought it was more of an accidental
> >reference and it made me think of Benni and that you had forgot her.
> >
> >Now that you've pointed out that it was on purpose, I can see where you
> >were going.
> >
> >Maybe it's too subtle?  Could be just me.  Now that you've pointed it
>out,
> >I like it.
> >
> >Beaver Foods sez:
> >
> >"We take care of the meat.
> >You do the rest."
> >
> >
> >
> >----- Original Message ----
> >From: TriggerStreet Member: birdynumnum <birdynumnumz@hotmail.com>

> >To: phreesh <phreesh@yahoo.com>
> >Sent: Monday, July 30, 2007 1:02:15 AM
> >Subject: Thanks fpr the review of "Butterfly Driver".
> >
> >
> >This is the third time I've posted BD, and your reviw was the most
>thorough
> >and thoughtful to date. Much of your input I expect to act on as soon as
>I
> >finish this email; a few things are style decisions that I may stick
>with.
> >There were two points you mentioned I was hoping to explore with you. 1)
> >you mentionen the gens inclusion being sort of random an undeveloped. The
> >gens were suposed to part of the State's cover up of the prisoner
>execution
> >program. Let the concerned families chat with gens in a simulated
>prison...
> >I guess I may not have done my job as a writer on this point. 2) I really
> >appreciate that you noticed the VIOLET theme and how that was supposed to
> >be connect visual to Benni. In the final pages when Arlo's saying goodbye
> >to his wife Rianna, we see her VIOLET mascara runnig, and Arlo says she's
> >"...still beautiful in the rain." This was supposed to be a refference to
> >Benni, who said of her violet was"...even prettier in the rain,". The
> >clossing refference was intended also to suggest that Arlo had an
>enduring
> >interest in Benni.
> >Thanks a bunch.
> >Steve
> >
> >
> >     Be smarter than spam. See how smart SpamGuard is at giving junk
> >email the boot with the All-new Yahoo! Mail at
> >http://mrd.mail.yahoo.com/try_beta?.intl=ca
> >
> 
>_____
>Local listings, incredible imagery, and driving directions - all in one
>place! http://maps.live.com/?wip=69&FORM=MGAC01
>
>
>     Be smarter than spam. See how smart SpamGuard is at giving junk
>email the boot with the All-new Yahoo! Mail at
>http://mrd.mail.yahoo.com/try_beta?.intl=ca
>

Ex P

# RE: Thanks for the Butterfly Driver review

From: **Thielke, Bob** (BThielke@TLIsolutions.com)

Sent: Tue 7/31/07 8:19 AM

To:   TriggerStreet Member: birdynumnum (birdynumnumz@hotmail.com)


Hey Steve

It's nice to hear the feedback on the reviews, I'm glad I was of some
help. Regarding Drexler, if you can ever get ahold of the script for LA
confidential, see how they handle the police chief whose name escapes
me. He's THE bad guy in the story, but they include him early and fairly
often as a good guy with only the slightest hints that there may be
problems with him. I know exactly what you're saying about the feeling
of arlo finding the bodies with the donor organs. The other way of
looking at it is to suggest that cloning doesn't work for some
particular organs, then you could still have the need for donor organs.
Maybe some environmental calamity causes the cloned organs to fail. just
throwing stuff out there.

I liked the story alot and think it has some serious potential.

bob

-------------------------------------------

From: TriggerStreet Member: birdynumnum
[mailto:birdynumnumz@hotmail.com]
Sent: Mon 7/30/2007 3:39 PM
To: Thielke, Bob
Subject: Thanks for the Butterfly Driver review


Thanks for the good input. I intend to implement most of your points.
The stuff about the donor organs vs. clonong was right on point. I
thought about changing it, but kept it only because Arlo finding the
bodies had a certain 'feeling'. But it needs to go. I decided to
introduce Drexler gradually, and maybe late, because putting too much
attention and focus on him early tended to telegraph him as the "heavy".

Thanks again for your thoughts and advice.

Steve

EX 2



I'm hoping to begin shooting the following scripts, perhaps shooting Sweeter Nectar Channel first. But we need help. We are seeking investment and production partners to get these projects finished.

[text partially illegible] ... AUDIENCE!

SEE IT! In high def and AMAZING     technology!!

Ex. P

## Why Jodie Foster Is Sworn to Secrecy

By Julie Michaels March 13, 2013 ( http://wjltevansville.com/why-jodie-foster-is-sworn-to-secrecy/ )

At a Comic-Con: International press conference in San Diego, Academy Award winning actress, Jodie Foster revealed she has been sworn to secrecy. Her one and only secretive movie is the new movie "Elysium," an upcoming American sci-fi thriller, written and directed by Neill Blomkamp. Foster plays "Secretary Delacourt," a government official on a pristine man-made space station called "Elysium." In rare publicity photos from the movie, Jodie is seen sporting a very short, sassy blonde do.

Geektyrant.com describes Elysium as a "ring-shaped world created and inhabited by the rich that orbits the Earth; a paradise where any sickness can apparently be healed and on which only people who reach a certain income level can afford to step foot." Anti-immigration laws are in place on Elysium to preserve their citizens' luxurious lifestyle.

## Jodie Foster Talks ELYSIUM

by Christina Radish   ( http://collider.com/jodie-foster-elysium-2/ )

At the press day for the independent drama The Beaver, directed by Jodie Foster, Collider was able to briefly talk to the multi-talented artist about her upcoming role in Neill Blomkamp's next sci-fi alien film, the highly anticipated Elysium, which is starring Matt Damon, Sharlto Copley and William Fichtner. While we'll run the portion of the interview about The Beaver closer to that film's May 6th release date, we wanted to post the little bits she did hint at, as the film has been so closely guarded, having only revealed previously that it will involve a battle between an alien race and the human race. Check out what she had to say after the jump. You can catch up on all of our Elysium coverage here.

jodie-foster-imageQuestion: The L.A. Times quoted you this week as saying that you would be playing "the head of an alien planet" in Neill Blomkamp's next film, Elysium. Would you say that's an accurate description of the role?

JODIE FOSTER: Yes. I hope I'm allowed to say that. I think I'm allowed to say that. That's pretty vague.

Is there anything else you can say about the film?

FOSTER: Those sci-fi movies are all really hush-hush. I don't even own a screenplay. They won't even give me a screenplay. I've read it, but they won't give me one to physically keep in my home 'cause they're so worried about everybody.

What was it about that project that appealed to you and made you want to get involved? Did you just want to work with Neill Blomkamp?

FOSTER: Yes, definitely. He did District 9, which I think is as close to a perfect movie as you can get. It's just an extraordinary film. And, this film has a lot of that social commentary in it, but uses sci-fi to get there. It's great.

Ex.S

December 17, 2013

HUFF
POST ENTERTAINMENT

# Jodie Foster's 'Elysium' Role Was Originally Written For A Man

Posted: 07/29/2013 12:43 pm EDT | Updated: 07/29/2013 12:56 pm EDT



Jodie Foster's "Elysium" role was originally a man.

Jodie Foster stars as the antagonist in Neill Blomkamp's "Elysium," making her one of the few female villains on screen this summer. In a new interview with EW.com, however, Blomkamp revealed that Foster's character was initially written as a male, before he had a change of heart. It was then that Foster entered into his thinking for the role.

"I thought, 'That would be f—king awesome, but there's just no way," Blomkamp said about casting Foster. "But then, within, like, a day I had a meeting with her and she said, 'I want to play it.' I was like, 'Holy sh-t!'"

The news that Foster's character in "Elysium" was initially written for a man might have surprised the actress. In an interview with Movieline at the 2012 edition of Comic-Con, Foster said the part "pretty much was" always a woman.

"I think genre films, because they have to, usually paint things much more in black and white, whether it's women or not women, because the storytelling in ways is a lot more primitive," Foster said.

Foster isn't the first actress this summer to play a character originally written for a man; Helen Mirren's role in "Monsters University" was also male, before the part changed genders in the development process.

For more on "Elysium," head to EW.com.

[via EW]

Loading Slideshow

Ex. T

Case 3:13-cv-04527-VC JP Document 44 Filed 11/06/13 Page 341 of 356
Case 3:13-cv-04527-VC JP Document 44 Filed 11/06/13 Page 55 of 76



# Gmail

## Seeking representation vs Sony Pictures, Tristar...

**Steve Wilson Briggs** <snc.steve@gmail.com>
To: dkinsella@kwikalaw.com

Mon, Jun 3, 2013 at 6:35 PM

Dear Kinsella,

My name is Steve Wilson Briggs, the writer/producer/director of the feature film The Amazing Mr. Excellent, filmmaker and writer of several other developmental scripts. Recently I discovered that one of scripts (written in 2004-2005, registered wga-w # 1103287) was stolen, wholesale (changing only dialogue and peripheral content), and produced into a major motion picture, projected **to be released August 2013, by Sony and TriStar Pictures**. There are no differences in plot, setting or structure.

The synopsis/logline to my script, titled "Uberopolis: City of Light" and/or "Butterfly Driver" reads:

*To get medicine to save his daughter, a fugitive has seven days to travel across the impoverished, crime-ridden ruins and wastelands of Earth to find transport to the* <u>*beautiful space satellite city -and home of the ultra-rich, Uberoplis.*</u> *Because the fugitive has secret information about the villainous owner of Uberopolis, he is tracked by a relentless special investigator.*

The synopsis/logline to my stolen script (now called "Elysium" by Sony, TriStar) reads almost identically:

*To get medicine to save himself, a fugitive has five days to travel across the impoverished, crime-ridden ruins and wastelands of Earth to find transport to the* <u>*beautiful space satellite city -and home of the ultra-rich, Elysium.*</u> *Because the fugitive has secret information about the villainous administrator of Uberopolis, he is tracked by a relentless tracker.*

The plagiarizers even kept my underlying themes of the indignity of immigration, healthcare themes, and my treatment of genetic reprogramming for the rich on Uberopolis/Elysium. They also took my post-apocalyptic vision of the war-torn overpopulated, brutal, police-state wasteland of planet Earth, where corporations capitalize on cheap labor by manufacturing in the ruins. Additionally they took my vision of futuristic hover-cars, trucks and cycles flying above these ruins –and on Uberopolis/Elysium.

From 2005-2007 I marketed my script, heavily, online and through conventional mail. Among other places I posted my script on Inktip.com (connecting 50,000 users with thousands of industry professionals), Kevin Spacey's Triggerstreet.com (also serving thousands of members and industry professionals). I also posted my loglines and synopses on countless screenwriting websites, and sent it to many agents and producers, as well as entering the script into several screenplay competitions. I've kept most of those exchanges and verifications.

In addition to the script and my WGA registration, I have a bounty of verification of my efforts to sell my script from 2005 to almost 2008. I DID attract some interests before I decided not to sell the script; choosing to keep it to produce myself -after I garnered a reputation producing and directing a few less ambitious projects.

That said, I am contacting you to see if you might be willing to represent me in suits against Sony, TriStar, Simon Kinberg, Media Rights Capital, QED International and Neill Blomkamp. The movie will be released in just over two months. I know time is critical. I am hoping to find an attorney who is willing to represent me on contingency, because I have no disposable income. I am also hoping to find an attorney who might consider NOT settling and going to trial, if necessary, as I convinced the entire movie is my intellectual property. Thus, in addition to monetary compensation, it's important to me to reclaim creative credit and licensing rights of my intellectual property –which means a reasonable share of profits and licensing. Because of the exciting landscape that I designed, Sony (owner of Playstation) will likely make more from video-gaming from this movie than they will make from the actual movie itself.

12/18/13
Case 3:13-cv-04952-VC Filing: Seeking representation or Financing Friday 1/1/09 | Page 342 of 356
Case 4:13-cv-04952-VC-JFP Document 1-2 Filed 12/11/14 Page 36 of 56

I will forward you a copy of the screenplay upon your request. I live in the SF Bay Area (California), but I'm hoping to arrange a meeting with you next week, if you are interested.

Thanks for your consideration.


Steve Wilson Briggs

Ex. U

## Hollywood Accounting

From Wikipedia, the free encyclopedia
(some passages of this article have been edited out, for brevity)

Hollywood accounting (also known as Hollywood bookkeeping)[1] refers to the opaque accounting methods used by the film, video and television industry to budget and record profits for film projects. Expenditures can be inflated to reduce or eliminate the reported profit of the project, thereby reducing the amount which the corporation must pay in royalties or other profit-sharing agreements, as these are based on the net profit.

Hollywood accounting gets its name from its prevalence in the entertainment industry—that is, in the movie studios of Hollywood. Those affected can range from the writers[2] to the actors.[3]
John D. MacDonald's novel Free Fall in Crimson (1981) references Hollywood accounting in its dialogue:
Darling! This is the Industry! The really creative people are the accountants. A big studio got over half the profit, after setting breakeven at about three times the cost, taking twenty-five percent of income as an overhead charge, and taking thirty percent of income as a distribution charge, plus rental fees, and prime interest on what they advanced.

How it works

Hollywood accounting can take several forms. In one form, a subsidiary is formed to perform a given activity and the parent entity will extract money out of the subsidiary not in terms of profits but in the form of charges for certain "services". The specific schemes can range from the simple and obvious to the extremely complex.
Three main factors in Hollywood accounting reduce the reported profit of a movie, and all have to do with the calculation of overhead:
Production overhead: Studios, on average, calculate production overhead by using a figure around 15% of total production costs.
Distribution overhead: Film distributors typically keep 30% of what they receive from movie theaters ("gross rentals").
Marketing overhead: To determine this number, studios usually choose about 10% of all advertising costs.
All of the above means of calculating overhead are highly controversial, even within the accounting profession. Namely, these percentages are assigned without much regard to how, in reality, these estimates relate to actual overhead costs. In short, this method does not, by any rational standard, attempt to adequately trace overhead costs.
Due to Hollywood accounting, it has been estimated[citation needed] that only about 5% of movies officially show a net profit, and the "losers" include such blockbuster films as Rain Man, Forrest Gump, Who Framed Roger Rabbit, and Batman, which all took in huge amounts in box office and video sales.
Because of this, net points (a percentage of the net income (i.e. gross income minus expenses), as opposed to a percentage of the gross income) are sometimes referred to as "monkey points", a term attributed to Eddie Murphy, who is said to have also stated that only a fool would accept net points in his or her contract.[5][6]
All of this shows why so many big-name actors insist on "gross points" (a percentage of some definition of gross revenue) rather than net profit participation. This practice reduces the likelihood of a project showing a profit, as a production company will claim

a portion of the reported box-office revenue was diverted directly to gross point participants.

Examples

Winston Groom's price for the screenplay rights to his novel Forrest Gump included a share of the profits; however, due to Hollywood accounting, the film's commercial success was converted into a net loss, and Groom received nothing.[7] That being so, he has refused to sell the screenplay rights to the novel's sequel, stating that he "cannot in good conscience allow money to be wasted on a failure".
Stan Lee, co-creator of the character Spider-Man, filed a lawsuit after the producers of the movie Spider-Man (2002) did not give him a portion of the gross revenue.[8]
The estate of Jim Garrison sued Warner Bros. for their share of the profits from the movie JFK, which was based on Garrison's book On the Trail of the Assassins.[9]
Art Buchwald received a settlement after his lawsuit Buchwald v. Paramount over Paramount's use of Hollywood accounting. The court found Paramount's actions "unconscionable", noting that it was impossible to believe that a movie (1988's Eddie Murphy comedy Coming to America) which grossed US$350 million failed to make a profit, especially since the actual production costs were less than a tenth of that. Paramount settled for an undisclosed sum, rather than have its accounting methods closely scrutinized.
The film My Big Fat Greek Wedding was considered hugely successful for an independent film, yet according to the studio, the film lost money. Accordingly, the cast (with the exception of Nia Vardalos who had a separate deal) sued the studio for their part of the profits. The original producers of the film have sued Gold Circle Films due to Hollywood accounting practices because the studio has claimed the film, which cost less than $6 million to make and made over $350 million at the box office, lost $20 million.[10]
Peter Jackson, director of The Lord of the Rings, and his studio Wingnut Films, brought a lawsuit against New Line Cinema after "an audit... on part of the income of The Fellowship of the Ring". Jackson stated this is regarding "certain accounting practices", which may be a reference to Hollywood accounting. In response, New Line stated that their rights to a film of The Hobbit were time-limited, and since Jackson would not work with them again until the suit was settled, he would not be asked to direct The Hobbit, as had been anticipated.[12] Fifteen actors are suing New Line Cinema, claiming that they have never received their 5% of revenue from merchandise sold in relation to the movie, which contains their likeness.[13] Similarly, the Tolkien estate sued New Line, claiming that their contract entitled them to 7.5% of the gross receipts of the $6 billion hit.[14] Overall according to New Line's accounts the trilogy made "horrendous losses" and no profit at all.[15]
According to Lucasfilm, Return of the Jedi despite having earned $475 million at the box-office against a budget of $32.5 million, "has never gone into profit".[16]
A WB receipt was leaked online, showing that the hugely successful movie Harry Potter and the Order of the Phoenix ended up with a $167 million loss on paper.[17]
Michael Moore is suing Bob and Harvey Weinstein for creative accounting to deprive him of his share of profits for the film Fahrenheit 9/11.[18]
The famous and critically acclaimed educational TV show Bill Nye the Science Guy was ended because the producers had not "shown a profit" in twenty years due to this practice.

Ex. √

12/17/13

Case 3:13-cv-04850-JCS Document 56-1 Filed 11/08/13 Page 347 of 356
Loeb's Letter: Sony Entertainment Lacks Discipline, Accountability - MoneyBeat - WSJ

THE SHOPS

News, Quotes, Companies, Videos     SEARCH

Log In

MARKETS & FINANCE

ONLY $1 A WEEK FOR 12 WEEKS
SUBSCRIBE NOW >>     For a limited time



# MONEYBEAT



**MARKETS**
Morning
MoneyBeat: How to
Play the Fed? Look
to the Smart Money



**MARKETS**
Bubble in U.S.
Stocks? Think Again

MARKETS    DEALS    BANKS    PRIVATE EQUITY    HEDGE FUNDS    BANKRUPTCY

HOT TOPICS: DELL BUYOUT   MICROSOFT-NOKIA   VERIZON WIRELESS          SELECT A REGION: GLOBAL

8:11 pm
Jun 17, 2013     DEALS

PREVIOUS
Morning MoneyBeat
Asia: Like, Chill Out

NEXT
REITs in Hong Kong,
Singapore Lose Their
Allure

# Loeb's Letter: Sony Entertainment Lacks Discipline, Accountability

ARTICLE | COMMENTS (1)

SEARCH MONEYBEAT     GO

DAN LOEB   SONY   THIRD POINT

Email   Print

By STEPHEN GROCER

Daniel Loeb is ratcheting up a campaign to convince Sony 6758.TO -1.06% to launch an initial public offering of its entertainment division.

Loeb has boosted its stake in Sony and Tuesday morning his hedge fund hand-delivered a letter from him to Sony Chief Executive Kazuo Hirai that reiterates the investor's argument that Sony should sell a 15% to 20% stake in its entertainment arm.

Here is the letter:

\* \* \*

Mr. Kazuo Hirai
President and CEO
Sony Corporation
7-1, Konan 1-Chome, Minato-ku,
Tokyo 108-0075 Japan

Dear Mr. Hirai:

Sony Corporation ("Sony" or "the Company") appears to be regaining its competitive edge. Recent highlights include the debut of PlayStation 4 with its consumer-friendly approach to next-generation gaming and Xperia, which recently overtook Apple as the #1 smartphone in Japan. We expect the upcoming Xperia Z Ultra to generate similar success in Europe and were pleased to see Vodafone VOD.LN +0.37% 's CEO using an Xperia Z in a recent meeting.

As a sign of our increased confidence in the Company's direction under your leadership, funds managed by Third Point LLC ("Third Point") have increased their stake in Sony to 70 million shares valued at ¥136.5 billion ($1.4 billion), held via 46 million shares of ordinary stock valued at ¥89.7 billion ($944 million) and economic exposure to 24 million shares valued at ¥46.8 billion ($492 million) through cash-settled swaps. Given our large stake, we reiterate our offer to serve on Sony's Board of Directors.

Another sign of progress is the news that the Company has retained financial advisors to help evaluate our proposal to publicly list a minority stake in Sony Entertainment ("Entertainment") through a rights offering backstopped by Third Point. We remain convinced that the proposed transaction will strengthen the Company as a whole. The newly-listed entity will thrive with a governance structure which focuses on increasing profitability, competitiveness and accountability. We expect that this transaction will strengthen rather than diminish Sony's ability to exploit meaningful synergies between

**Popular Now**     What's This?

**1** First-Year Law School
Enrollment At 1977
Levels



**2** A Full-Featured, $38 Tablet Is Coming to the
U.S.

the Entertainment and Electronics divisions, a goal we share.

Our proposal is a simple one: it contemplates a *semi-independent* governance structure. We believe that you, Mr. Hirai, should serve as Chairman of both Boards, to promote synergies between Entertainment and Sony Corporation. Entertainment's dedicated Board should be composed of diverse individuals with deep knowledge of media, entertainment and digital technology, who value creative talent and can institute best practices of governance. Today, Entertainment is a sleeping giant — a multi-platform content business with a global footprint, encompassing leading film and television production, cable networks and music interests. An incredible opportunity exists to integrate Entertainment's components to create a dominant creative platform for today's artist-entrepreneurs – *but the right leadership at the Board level is imperative.*

An independent Entertainment Board will go a step further: holding management accountable by establishing goals for growth while setting compensation tied to value creation using stock and options. It can also help determine important capital allocation decisions, ensuring that Entertainment's robust cash flow is used efficiently. A capital shortfall has prevented Sony from taking advantage of attractive acquisition opportunities; instead, the Company has resorted to joint ventures and costly loans to engage in strategic transactions like those in music publishing (i.e. EMI). Our research has confirmed media reports depicting Entertainment as lacking the discipline and accountability that exist at many of its competitors. In light of this track record, it seems difficult to argue that Entertainment would not be strengthened by the transparency that comes with public reporting, an active media analyst community evaluating financial performance regularly, and an expert Board with strongly aligned incentives.



We understand past Sony management teams have considered a complete spin-off of Entertainment, but concluded that the potential for synergies outweighed the obvious value that would result. We respectfully disagree with any suggestion that listing a minority stake in the Entertainment division would curtail opportunities for cooperation. While we trust management's judgment that this theoretical opportunity is ripe, it remains an unfulfilled aspiration twenty-four years after the acquisition of Columbia Pictures. Shareholders should not have to wait any longer. We support efforts to create an integrated Sony ecosystem but must not forget that today the Company's most valuable untapped synergies lie within Entertainment itself.

While the transaction we have proposed is not a panacea, it will provide a necessary organizational apparatus to streamline an overly cumbersome corporate structure and allow each company to *focus* on its strengths without sacrificing potential alliances. We encourage management and the newly-appointed Board members to maintain the brisk pace of change you have recommended. Indeed, Sony has an opportunity to serve as a shining example of how structural reforms, the "Third Arrow" of Prime Minister Abe's economic plan, can be implemented successfully through constructive shareholder engagement.



Although we have not yet been asked to discuss our ideas with the Company's investment bankers or Board, we would like to do so promptly. We hope that after seriously considering the merits of our proposal, Sony's Board will share the enthusiasm that other shareholders have resoundingly expressed for it. We can think of no better opportunity for you and the Board to demonstrate real commitment to your declaration that "Sony Must Change."

Sincerely,

Daniel S. Loeb
Chief Executive Officer

DAN LOEB    SONY    THIRD POINT

| PREVIOUS | NEXT |
| Morning MoneyBeat Asia: Like, Chill Out | REITS in Hong Kong, Singapore Lose Their Allure |

MONEY BEAT HOME PAGE

[ Email ]   [ Print ]

## Don't Miss
[2]


**Charles Schwab: Biggest Mistake Investors Make**


**Intermittent Fasting: Better for the Waistline and Brain**

---



**3** First-Year Law School Enrollment Lowest Since 1977



**4** The 1% Secret to Getting Richer



**5** 'The Voice' Finale: Who Will Win?



[ Show 5 More ]

## The MoneyBeat Team


Stephen Grocer
Editor


Phillipa Leighton-Jones
European Editor


Paul Vigna
Reporter
New York


Steven Russolillo
Reporter
New York


David Benoit
Reporter
New York


Isabella Steger
Reporter
Hong Kong


Gillian Tan
Reporter
Sydney


David Cottle
Reporter
London

## MoneyBeat Columnists


Ronald Barusch
Dealpolitik


Francesco Guerrera
Current Account


David Weidner
Writing on the Wall


Jason Zweig
The Intelligent Investor


Michael J. Casey
Horizons


Spencer Jakab
Ahead of the Tape


Simon Nixon


E.S. Browning

EX. W



SOCIAL SECURITY ADMINISTRATION
PO BOX 33018
BALTIMORE MD 21290-3018

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

TO BE OPENED BY ADDRESSEE ONLY, UNDER PENALTY OF LAW

PRSRT
FIRST-CLA
POSTAGE &
SOCIAL S
ADMINIST
PERMIT I

000104727  01 AV  0.324 A1 R 0412
STEVEN K. WILSON BRIGGS
4322 CHICO AVE
SANTA ROSA  CA  95407-6506

# CALIFORNIA

### DRIVER LICENSE

CLASS: C

EXPIRES 09-24-12

STEVE KENYATTA
WILSON-BRIGGS
4322 CHICO AVE
SANTA ROSA CA 95407

SEX:M     HAIR:BLK     EYES:GRN
HT:5-10   WT:178       DOB:09-24-64

12/10/2008 SSS 07   FD/13



Name    STEVE WILSON BRIGGS

Acct.
No.

Signature

**Member Identification Card**
Present This Card When You Conduct Business Here.

**Platinum Check Card**

WELLS FARGO

4342

DEBIT

VISA





Emergency Road Service
(800) 222-4357

2014          JUL 5 2014
STEVE K WILSON BRIGGS

SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / FIRMA DEL TITULAR

PASSPORT
PASSEPORT
PASAPORTE

**UNITED STATES OF AMERICA**

Type / Code / Codigo    Passport No. / No. du Passeport / No. de Pasaporte
**USA**

Surname

**BRIGGS**
Given Names / Prénoms / Nombres
**STEVE KENYATTA**
Nationality / Nationalité / Nacionalidad
**UNITED STATES OF AMERICA**
Date of birth / Date de naissance / Fecha de nacimiento
**24 Sep 1964**
Place of birth / Lieu de naissance / Lugar de nacimiento
**CALIFORNIA, U.S.A.**                          Sex / Sexe / Sexo
Date of issue / Date de délivrance / Fecha de expedición     **M**
**04 Aug 2009**                              Authority / Autorité / Autoridad
Date of expiration / Date d'expiration / Fecha de caducidad    **United States**
**03 Aug 2019**                          **Department of State**
Endorsements / Mentions Spéciales / Anotaciones
**SEE PAGE 27**

**USA**

P<USABRIGGS<<STEVE<KENYATTA<<<<<<<<<<<<<<<<<<<<
JUSA6409247M1908033230761636<287278

Official Business
Penalty for Private Use, $300

95407



Department of the Treasury
**Internal Revenue Service**
Fresno, CA  93888-0010

319807.449858.1497.034 1 AV 0.324 863

STEVE K  WILSON-BRIGGS
4322 CHICO AVE
SANTA ROSA  CA   95407-6506224

319807

PRE
FIRST-
POSTAGE

PERM

---

SR 12 (REV. 11/2003)

***DEPARTMENT OF MOTOR VEHICLES***
*P.O. BOX 942884*
*SACRAMENTO, CA 94284-0884*



PRESORTED
FIRST CLASS

021210+1609C3254539WIL051609
STEVE KENYATTA WILSONBRIGGS
4322 CHICO AVE
SANTA ROSA, CALIFORNIA 95407

AGOWNGi 95407



Mail    Compose    Delete    Reply    Reply All    Forward    Add Sender    Print Ready    **Move Message To:**    Logout

⇡ ⇣    13 of 40 In INBOX

*(handwritten: dack to California from N.E.L. June 21 2005)*

**From:** JetBlue Reservations <jetblue.190480.7903.25430214@reply.jetblue.com>
**To:**
**Date:** Sat Jun 04, 2005 08:18:36 PM PDT
**Subject:** Your JetBlue E-tinerary

# Blue
### AIRWAYS·

Kiosk Check-in

### You're all set!

Thanks for choosing JetBlue. Attached is the booking confirmation for your trip. Please review the confirmation carefully as it includes some important information about flying with us. Although you do not need this document to check in, we recommend that you print it out for your own reference.

Change your flights online and save $5. It's fast and easy.

Find out what's showing on our DIRECTV® service. Print a program guide for your flight.

You can also access our Real-Time Flight Tracker to check the arrival or departure status of your trip.

Do-it-yourself check in. Now customers traveling without checked baggage have two new ways to check in for their flights. At the airport, take advantage of our easy-to-use self-service kiosks to check in, select or change seat assignments and print boarding passes. Or, from your home or office, check in using our new Online Flight Check-in tool, which is available up to 24 hours, but no less than 90 minutes, prior to your scheduled departure time.

Extra! Extra! Legroom! Those who would prefer two extra inches of legroom should pick seats between rows 11-26. Remember to pick the seat that's right for you. There's not a bad seat in the house.

Please note: JetBlue's terminal at JFK now offers great new food and dining options. There are delicious choices whether you want to sit and relax or grab and go. Soon even more choices will be available, so we appreciate your patience during the construction period.

We look forward to welcoming you aboard.

### Flight Summary

**STEVE WILSON BRIGGS**
600 W. 218th St. # 1-B
New York, NY 10034

| | |
|---|---|
| Confirmation Number: | **KK54CX** |
| | **(change flights)** |
| Date Booked: | **04 Jun 05** |
| Modified: | **04 Jun 05** |
| Booked By: | **96641** |

| | Name | TrueBlue Number |
|---|---|---|
| Welcome Aboard: | STEVE WILSON BRIGGS | |

| Date | Flt | Depart | Arrive | Stops |
|---|---|---|---|---|
| 21 Jun 05 | 93 | New York, JFK 07:05am | Oakland, CA 10:15am | 0 |

Total for 2 customers

| | |
|---|---|
| Fare: | 295.82 |
| Tax: | 28.58 |
| Security Fee: | 5.00 |
| Passenger Facility Charge: | 6.00 |
| **Total:** | **$335.40** |

**PASSENGER TICKET AND BAGGAGE CHECK**
SUBJECT TO CONDITIONS OF CONTRACT

PASSENGER RECEIPT

ISSUED BY
**A T A AIRLINES**

DATE OF ISSUE 06SEP05
ISSUING OFFICE CODE 01705DSE

PLACE OF ISSUE SAN FRANCISCO

ISS. AGENT IC. SFO 4HT

NAME OF PASSENGER NOT TRANSFERABLE
WILSON BRIGGS/STEVE

**ATA AIRLINES
REFUNDABLE ONLY WITH
RELATED FLIGHT CPN
RETAIN THIS RECEIPT
THROUGHOUT YOUR
JOURNEY

FOR CONDITIONS OF
CONTRACT - SEE
PASSENGER TICKET AND
BAGGAGE CHECK

NOT VALID FOR TRAVEL**

**NOT VALID FOR
TRANSPORTATION**

PSGR TICKET 3662113564773

MUUPZ/TZ

SFOMDW-TZ MDWLGA-TZ
ORIGINAL ISSUE
01  O'ERWEIGHT 51-70 LBS

ISSUED IN EXCHANGE FOR
25.00

FARE USD  25.00
TAX  NA
TAX  NA
TAX  NA
TOTAL USD  25.00

EQUIV. FARE PAID
FORM OF PAYMENT FF CASH

STOCK CONTROL NUMBER TX
36600939639444

COUPON  AIRLINE
0 366 2600226882 2

EFF 3/06

---

☰ **U N I T E D**   DEPARTURE MANAGEMENT CARD

WILSONBRIGGS/STEVE

CONFIRMED IN  UNITED ECONOMY
BP CATEGORY:  BP2
TIME ADDED TO ON:  1246
UA577  20-DEC-05
FROM:  CHICAGO/OHARE
TO:  SACRAMENTO
GATE:
BOARDS AT:  450P
DEPARTS AT:  520P

DOCS CHECKED:  N  BAGS CHECKED:  N

RECLOC:  N57R58
AGENT ID:  RLGAU03
037 2160429681 2

ETKT  SSRS: NONE

---

☰ **U N I T E D**

ETKT  PASSENGER RECEIPT
DUPLICATE  1579452645
A24639860  19DEC05
01WZ  19DEC05
WILSONBRIGGS/STEVE JMLW64/UA SA14UNL  O
**NOT VALID FOR
TRANSPORTATION**  THIS IS YOUR RECEIPT
WZ2WEB
NREF-CHG100PLUSFAREDIF-/CXL BY FLT DATE OR NOVALUE
XXXXXXXXXXXX8020
XT 6.40ZP 5.00AY 9.00XFSF04.50RD4.5

USD125.11
US9.39
XT20.40
USD154.90

0 016 1579452645 2

☰ **U N I T E D**

1579452645
WILSONBRIGGS/STEVE
SFOORDUA 906 S 3JAN
ORDLGAUA 692 S 3JAN
*********************
*********************
*********************
*********************
*********************
*********************
*********************
*********************

NOT VALID FOR TRAVEL
0 016 1579452645 2

