KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
MICHAEL J. KUMP (SBN 100983)
  mkump@kwikalaw.com
GREGORY P. KORN (SBN 205306)
  gkorn@kwikalaw.com
KATE MANGELS (SBN 301811)
  kmangels@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Defendants
MRC II DISTRIBUTION COMPANY LP;
MORDECAI WICZYK; ASIF SATCHU;
SONY PICTURES ENTERTAINMENT INC.;
and ARIEL EMANUEL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WILSON BRIGGS,<br><br>Plaintiff,<br><br>vs.<br><br>KEVIN SPACEY, et al.,<br><br>Defendants. | Case No. 3:18-cv-04952-VC<br><br>[Hon. Vince Chhabria]<br><br>**CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>[FED R. CIV. P. 7.1 and L.R. 3-15] |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Sony Pictures Entertainment Inc. hereby states that it is an indirect subsidiary of Sony Corporation and that no other publicly held corporation owns 10% or more of its stock.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant MRC II Distribution Company LP hereby states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: November 9, 2018    Respectfully submitted,

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP

By:    */s/ Gregory Korn*
       Gregory Korn
       Attorneys for Defendants
       MRC II DISTRIBUTION COMPANY LP;
       MORDECAI WICZYK; ASIF SATCHU;
       SONY PICTURES ENTERTAINMENT INC.; and
       ARIEL EMANUEL

10021.00024/606271.1

**KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP**
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850