1  Steve Wilson Briggs
   4322 Chico Ave.,
2  Santa Rosa, CA 95407
3  510 200 3763
   snc.steve@gmail.com
4  PLAINTIFF In Propria Persona

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WILSON BRIGGS | Civ No: 18-cv-04952-VC |
| Plaintiff, | **PROOF OF SERVICE DECLARATION OF NEXUS ASSOON, REGARDING SERVICE OF PROCESS OF DEFENDANTS MRC (MRC II DISTRIBUTION COMPANY, L.P.); ASIF SATCHU; MORDECAI WICZYK** |
| vs | |
| KEVIN SPACEY; et al | |

**PROOF OF SERVICE DECLARATION OF NEXUS ASSOON, REGARDING SERVICE OF PROCESS OF DEFENDANT MRC (MRC II DISTRIBUTION COMPANY, L.P.)**

My name is Nexus Assoon, and I declare the following:

I am over 18, and not a party of this action.

I am a resident of Los Angeles County, where this service of process took place.

My address is 3007 4th Ave., Los Angeles, CA 90018.

On **October 26**, 2018, I served Summons, Complaint and other legal documents on Defendants **Media Rights Capital (MRC** —whose proper identity, I have been informed, is **MRC II Distribution Company, LP)**, as well as serving Defendants Asif Satchu and Mordecai Wiczyk, who I am told are co-CEO's of all MRC companies. I executed this service by

1  personally delivering Summons, Complaint and other legal documents to the Principal Address
2  claimed by MRC II Distribution Company, LP in their current and active California Secretary of
3  State's *business entity statement of information*, which is 9601 Wilshire Blvd (Suite #610),
4  Beverly Hills, CA 90210.  It should also be noted that Plaintiff, Steve Wilson Briggs, informed me
5  that MRC II Distribution Company, LP identified itself as the proper Defendant in *Briggs v*
6  *Blomkamp*, in its corporate disclosure.

7  Due to a few unusual statements made during this service, it is necessary to review a few
8  events from my October 19, 2018 service of MRC and the WME Defendants (Ari Emanuel, Matt
9  Damon, Ben Affleck, and Neill Blomkamp), before reviewing the details of the successful service
10 of MRC, Stachu and Wiczyk on 10/26/2018.

11 On October 19, 2018, I attempted to serve Media Rights Capital (MRC), unsuccessfully,
12 by first attempting to serve the documents to MRC's 9665 Wilshire Blvd, Beverly Hills address;
13 then, when I was informed that MRC was not in that building due to construction, by attempting to
14 serve the documents at the address listed on the current California Secretary of State's Business
15 Entity statement for "Media Rights Capital II", at 1800 Century Park East, (10th floor), which its
16 Business Entity report claimed as the Principal Address for both Media Rights Capital II, L.P., and
17 as the address for its registered agent (Scott Tenley). However, when I arrived at that address on
18 10/19/2018, I was told neither MRC or Scott Tenley were located at that address. Rather, I was
19 told that MRC moved back to the 9665 Wilshire address. I signed a statement for Mr. Briggs
20 concerning this service failure on October 20, 2018, which Mr. Briggs has submitted to the Court.

21 A couple days after this service failure, Mr. Briggs informed me that he did some research
21 and discovered that the Principal Address for MRC II Distribution Company, LP, listed in its
22 current and active California Secretary of State's *business entity statement*, was 9601 Wilshire
23 Blvd, Suite #610, Beverly Hills 90210. Mr. Briggs also informed me that this address information
24 has not changed or been updated in over 11 years —since 2007. This building is also the
25 headquarters of William Morris Endeavor (WME), and is the location where I successfully served
26 Ari Emanuel, Neill Blomkamp, Matt Damon and Ben Affleck a week earlier, on October 19,
27 2018.

28 With this new address, I agreed to attempt to serve MRC and its co-CEO's, Asif Satchu and

1  Mordecai Wiczyk.

2  I attempted this third service of Defendants MRC (MRC II Distribution Company, L.P.),
3  Mr Satchu and Mr Wiczyk, on October 26, 2018. What follows are the service details.

4  At approximately 12:30pm, Friday, October 20, 2018, I entered the WME building, at
5  9601 Wilshire Blvd, in Beverly Hills. I walked to the *help desk* for assistance, however no one
6  was at the desk. As I waited, I noticed a tall caucasian man, about 6' 3", and about 65 years old
7  with short gray/white hair approaching me from the elevator. He politely asked if he could assist
8  me. The man had what sounded like an Australian accent.

9  I explained that I was there to serve summons and complaints to MRC II Distribution
10 Company, and Asif Satchu and Mordecai Wiczyk, in their office at this address, suite #610.

11 The man immediately said that **there was no suite #610 in the building**, but kindly offered
12 to escort me up to the sixth floor. We rode up together on the elevator.

13 On the sixth floor, we exited the elevator. The tall man led me down a few halls. I saw no
14 room #610. Soon we arrived to a door marked (to the best of my recollection): "WME
15 Mailroom." The tall man and I entered.

16 Entering the room, I observed about five mailroom employees working there. Two men sat
17 near the door, at a large desk with two computer monitors, while three others worked a bit further
18 back in the room, behind the service desk/counter. The tall Australian man introduced me to the
19 two men sitting at the desk, behind the computer monitors.

20 I explained to the men at the desk that I was there to serve Summons and Complaint to
21 MRC II Distribution Company, Asif Satchu and Mordecai Wiczyk.

21 As soon as I said that, a tall man with short blond-ish hair, wearing a brown shirt near the
22 center of the room, asked in a loud voice, "You that guy from last week?"

23 From the man's unfriendly facial expression and voice tone, I took his question to be an
24 attempt to intimidate me.

25 I assumed from the man's question that he was aware that I served documents for
26 Defendants Emanuel, Affleck, Damon and Blomkamp, downstairs in the WME basement
27 mailroom, the previous Friday, 10/19/2018. I also assumed that there were some details in my
28 proof of service declaration of that failed service attempt (which Mr Briggs later filed with the

1 Court) that this man must have found out about, and clearly he did not like those details. I believe
2 this man was the mailroom supervisor, due to the way he took charge of matters while I was there,
3 and the way the other workers quietly deferred to him.
4  I decided that it was wisest to ignore this question and his aggressive manner. Rather, I
5 asked if he could accept the Summons and other documents.
6  The mailroom supervisor replied something like, "No. Keep me out of this." He then picked
7 up his phone and called a person in WME's legal department, and said something like, "There's a
8 guy up here serving legal documents for MRC Distribution and some other guys."
9  I then began waiting for someone from the legal team to arrive. While I was waiting, I placed
10 the three large envelopes I was carrying (containing the legal documents) on a counter in the
11 entry/service area of the room.
12  After about four minutes a caucasian man, whom I took to be an attorney, with medium
13 length brown hair, about 5' 7" tall, slender to medium build, and about 28-33 years in age, entered
14 the room. "You have something for me?" the attorney asked.
15  I told him I was there to serve Summons, Complaint and other legal documents to MRC II
16 Distribution Company, L.P., Asif Satchu and Mordecai Wiczyk.
17  The attorney said, "MRC is not even at this address."
18  I replied, "According to the California Secretary of State they are." I then held up the screen
19 of my phone, for him to see a PDF copy of the Secretary of State's *business entity statement* for
20 MRC II Distribution Company, L.P.
21  "I know the law!" The attorney replied, abruptly, then added, "**I refused to take those**."
21 The attorney pointed at the envelopes containing the Summons and Complaints.
22  I replied (as I recall), "That's OK. But I've been instructed not to leave here with them."
23  The attorney then raised his voice and turned his head to speak to the mailroom supervisor,
24 and said (to the best of my recollection), "Call the custodian and tell him to throw those in the
25 trash!" The attorney gestured toward the documents on the counter as he spoke.
26  Several of the mailroom employees found this amusing and began laughing, looking at me
27 as they did so. I took their laughter to be an opportune attempt to intimidate me.
28  I then asked the attorney, "Can I have your name, please?"

1  "No. I'm not giving them my name. I'm not involved in this!" The attorney answered, with
2  what sounded like anger in his voice.
3  The attorney and I then walked out of the mailroom to the elevator, neither of us speaking to
4  the other. We then shared an elevators down, in silence
5  According to the California Code of Civil Procedure 415.20(b):

(a) In lieu of personal delivery of a copy of the summons and complaint to the person to be served as specified in Section 416.10, 416.20, 416.30, 416.40, or 416.50, **a summons may be served by leaving a copy of the summons and complaint during usual office hours in his or her office** or, if no physical address is known, at his or her usual mailing address, other than a United States Postal Service post office box, **with the person who is apparently in charge thereof, and by thereafter mailing a copy of the summons and complaint by first-class mail, postage prepaid to the person to be served at the place where a copy of the summons and complaint were left.** When service is effected by leaving a copy of the summons and complaint at a mailing address, it shall be left with a person at least 18 years of age, who shall be informed of the contents thereof. Service of a summons in this manner is deemed complete on the 10th day after the mailing.

(b) If a copy of the summons and complaint cannot with reasonable diligence be personally delivered to the person to be served, as specified in Section 416.60, 416.70, 416.80, or 416.90, **a summons may be served by leaving a copy of the summons and complaint at the person's** dwelling house, usual place of abode, **usual place of business**, or usual mailing address other than a United States Postal Service post office box, **in the presence of a** competent member of the household or a **person apparently in charge of his or her office,** place of business, or usual mailing address other than a United States Postal Service post office box, at least 18 years of age, **who shall be informed of the contents thereof, and by thereafter mailing a copy of the summons and of the complaint by first-class mail, postage prepaid to the person to be served at the place where a copy of the summons and complaint were left.** Service of a summons in this manner is deemed complete on the 10th day after the mailing.

22  35.  In compliance with this law, on October 26, 2018, I left a copy of the summons and
23  complaint in MRC II Distribution Company, L.P.'s usual place of business, by delivering the
24  documents to the address that MRC II Distribution Company, L.P. has claimed on its California
25  Secretary of State *business entity statement of information* since 2007. Further in compliance
26  with CCP 415.20(b), I left the Summons and Complaint in the presence of a competent person
27  who was seemingly in charge of MRC's (MRC II Distribution Company, L.P.'s) usual mailing
28  address.

1  I then completed the final step of service on MRC (MRC II Distribution Company, LP) on
2  November 1, 2018, by placing said Summons, Complaint and other legal documents in an
3  envelope, then addressing said envelope to the place where the documents were left, then
4  depositing the envelope (containing said documents) in a USPS mail drop-box, in Los Angeles
5  County. Therefore, service will officially be "complete" ten days after mailing: on Nov 11, 2018.

6  The three envelopes that I mailed to the defendants were addressed as follows:

7  1.
8     MRC II Distribution Company, L.P.
9     9601 Wilshire Blvd (Suite #610)
   Beverly Hills, CA 90210

10  2.
11     Asif Satchu
12     (co-CEO of MRC & MRC II Distribution Company, L.P.)
   9601 Wilshire Blvd (Suite #610)
13     Beverly Hills, CA 90210

14  3.
15     Mordecai Wiczyk
   (co-CEO of MRC & MRC II Distribution Company, L.P.)
16     9601 Wilshire Blvd (Suite #610)
17     Beverly Hills, CA 9021

18  The documents that I served upon MRC II Distribution Company, LP , by personally
19  delivering, then mailing them to the previously stated location, were:

20     a. **Summons** In A Civil Action (2)
21     b. **Complaint**
21     c. **Civil Cover Sheet**
22     d. Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction
23     e. Consent Or Declination To Magistrate Judge Jurisdiction
24     f. Welcome To The Oakland Divisional Office
25     g. ECF Registration Handout
26     h. Proposed Order Granting Motion For Permission For Electronic Case Filing
27     i. Order Setting Initial Case Management And ADR Deadlines
28     j. Standing Order General (SBA)

1.     k. Standing Order For All Judges OF The Northern District Of California
2.     l. Standing Order - General (SBA) Patent Case
3.     m. Order Relating Cases (Hon. Judge Vincent Chhabria)
4.     n. Reassigned Case - Notice of New Hearing Date -VC
5.     o. Related Case Order
6. I am not a professional process server.
7. I declare under penalty of perjury under the laws of the United States of America that the
8. foregoing is true and correct.
9.
10. Dated: _____11/01/2018_____ Signed: _____
11.                                                Nexus Assoon

**PROOF OF SERVICE**