Steve Wilson Briggs
4322 Chico Ave.,
Santa Rosa, CA 95407
510 200 3763
snc.steve@gmail.com
PLAINTIFF In Propria Persona

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| STEVE WILSON BRIGGS,<br><br>Plaintiff,<br><br>vs<br><br>KEVIN SPACEY et al,<br><br>Defendants. | Civ No: 18-cv-04952-VC<br><br>**STATUS REPORT (ADDENDUM), REGARDING SERVICE OF PROCESS DEVELOPMENTS CONCERNING DEFS SPACEY AND BRUNETTI, AND THEIR AGENTS' FINAL EFFORTS TO EVADE AND REFUSE SERVICE**<br><br>Date:       November 13, 2018<br>Judge:     Hon. Vince Chhabria |
|---|---|

**STATUS REPORT (ADDENDUM), RE SERVICE OF PROCESS**

On this final day of Plaintiff's 90 day service deadline (11/13/2018), Plaintiff submits this service of process Status Report Addendum, to assist the Court.

Perhaps the most noteworthy detail contained this Addendum is that, on this day, 11/13/2018, the Plaintiff sent his process server (Zena Briggs) to serve Defendants (**Defs**) Spacey and Brunetti through their registered agent (agency) at *Altman Greenfield & Selvaggi* (**AGS**) in Los Angeles.  However, in the AGS office, more than one AGS agent, including David Altman himself, refused to accept the Summons and Complaint—claiming, first, that the Los Angeles office was the wrong office (they claimed NY was the proper office), then claiming neither Spacey nor Brunetti were AGS clients.

Additionally, on this day, Plaintiff had another server (Cecile Lusby) serve Def Spacey two more times (at two separate NY addresses, via certified mail with return

receipt requested, and with notice and Acknowledgment of Receipt of Summons, per CCP 415.30(b)).  Ms Lusby also made another service attempt of Defendant Brunetti (via certified mail with return receipt requested, and with notice and Acknowledgment of Receipt of Summons, per CCP 415.30(b)).

Plaintiff will submit the service declarations of Zena Briggs and Cecile Lusby posthaste.

**Brief Details of Server Zena Briggs' Attempted Service of Process on Defs Spacey and Brunetti through their Agent for Service of Process in Los Angeles, *Altman Greenfield & Selvaggi*, on November 13, 2018:**

The morning of November 13, 2018, server Zena Briggs attempted to serve Defendants Spacey and Brunetti at *Altman Greenfield & Selvaggi*, at 10960, Suite 1900, Wilshire Blvd, Los Angeles, CA 90024. This address is the address used for the agent for service of process in Dana Brunetti's current and active Business Entity Statement with the California Secretary of State (for his business 18th Amendment, LLC, and Spartan 97, LLC); Brunetti specifically identifies Frank Selvaggi as his agent in that filing. [**See Exhibit A**].  Plaintiff also asked Zena Briggs to deliver a Summons and Complaint for Defendant Spacey to this address because recently the Plaintiff learned (via his server, Nexus Assoon) that Frank Selvaggi and *Altman Greenfield & Selvaggi* are no longer located at the address on file with the California Secretary of State for Trigger Street Productions, Inc.  *Altman Greenfield & Selvaggi* are identified as "*care of*" entities, with Frank Selvaggi identified as the agent for service of process in California, in Trigger Street Productions' California State business registration. [**See Exhibit B**].

However, David Altman (of *Altman Greenfield & Selvaggi*) and his subordinates refused to accept the Summons and Complaints from Ms Briggs. Altman and his agents claimed that Zena Briggs was delivering the packages to the wrong address (insisting that the New York address was proper). He then claimed that *Altman Greenfield & Selvaggi* no longer represented either Spacey or Brunetti.

**Cecile Lusby's Final Service of Defs Spacey and Brunetti**

**via Certified Mail (11/13/2018)**

On November 13, 2018, the Plaintiff's process server, Cecile Lusby sent Summons and Complaint certified mail with return receipt requested (and with Acknowledgment of Receipt of Summons, per CCP 415.30(b)) to Defendant Kevin Spacey to **two (2)** New York state addresses [1. Kevin Spacey ℅ Altman Greenfield & Selvaggi 120 West 45th St, #3601, New York, New York 90036; and 2. Kevin Spacey ℅ Frank Selvaggi 200 Park Ave South, 8th Floor, New York, New York 10003]. Ms Lusby also sent a Summons and Complaint certified mail with return receipt requested (and with Acknowledgment of Receipt of Summons, per CCP 415.30(b)) to Dana Brunetti, at 200 Park Avenue South, 8th Floor, New York, New York, 10003.

**CONCLUSION**

The Plaintiff hopes this Status Report Addendum is useful to the Court.

Dated: November 13, 2018.        Signed:   /s/ <u>Steve Wilson Briggs</u>
                                                     STEVE WILSON BRIGGS
                                                     Plaintiff, In Propria Persona