2063350

# STATEMENT AND DESIGNATION BY FOREIGN CORPORATION

FILED
In the office of the Secretary of State
of the State of California

DEC 1 6 1997

Bill Jones
BILL JONES, Secretary of State

<u>Trigger Street Productions, Inc.</u>
(Name of Corporation)

_____, a corporation organized

and existing under the laws of <u>New York</u>, makes the following
(State or Place of Incorporation)

statements and designation:

1. The address of its principal executive office is <u>C/O Altman, Greenfield, & Selvaggi</u>
<u>120 W. 45th St., STE 3601, New York, NY 10036</u>
(Insert complete address of principal executive office wherever located.)
**DO NOT USE POST OFFICE BOX**

2. The address of its principal office in the State of California is <u>C/O Altman, Greenfield, & Selvaggi</u>
<u>11766 Wilshire BLVD, STE 1610, Los Angeles, CA 90025</u>
(Insert complete address of principal office in California.)
**DO NOT USE POST OFFICE BOX**

**DESIGNATION OF AGENT FOR SERVICE OF PROCESS IN THE STATE OF CALIFORNIA**
(Complete Either Item 3 or Item 4)

3. (Use this paragraph if the process **agent is** a natural **person.**)

<u>Frank Selvaggi</u>,

a natural person residing in the State of California, whose complete address is

<u>11766 Wilshire Blvd., STE 1610, Los Angeles, CA 90025</u>,

**DO NOT USE POST OFFICE BOX**

is designated as agent upon whom process directed to the undersigned corporation

may be served within the State of California, in the manner provided by law.

Page 1 of 2

*Secretary of State Form*
*S&DC-GENERAL (2-96)*

4. (Use this paragraph if the process **agent is a corporation.**)

_____ , a corporation

organized and existing under the laws of _____ , is designated as

agent upon whom process directed to the undersigned corporation may be served

within the State of California, in the manner provided by law.

**NOTE:** Before a corporation may be designated by any other corporation as an agent for service of process, a corporate agent must have complied with Section 1505, California Corporations Code.

5. The undersigned corporation hereby irrevocably consents to service of process directed to it upon the agent designated above, and to service of process on the Secretary of State of the State of California if the agent so designated or the agent's successor is no longer authorized to act or cannot be found at the address given.

Trigger Street Productions, Inc.
(Name of Corporation)

*[signature]*
(Signature of Corporate Officer)

Kevin Spacey (President)
(Typed Name and Title of Officer Signing)

# State of New York } ss:
# Department of State

I hereby certify, that the certificate of incorporation of TRIGGER STREET PRODUCTIONS, INC. was filed on 06/22/1993, with perpetual duration, and that a diligent examination has been made of the index of corporation papers filed in this Department for a certificate, order, or record of a dissolution, and upon such examination, no such certificate, order or record has been found, and that so far as indicated by the records of this Department, such corporation is a subsisting corporation.

\*\*\*

*Witness my hand and the official seal of the Department of State at the City of Albany, this 26th day of November one thousand nine hundred and ninety-seven.*



*Special Deputy Secretary of State*

*199711280116  59*