```
1  Steve Wilson Briggs
2  4322 Chico Ave.,
   Santa Rosa, CA 95407
3  510 200 3763
4  snc.steve@gmail.com
   PLAINTIFF In Propria Persona
5
6
7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WILSON BRIGGS<br><br>Plaintiff,<br><br>vs<br><br>KEVIN SPACEY; et al | Civ No: 18-cv-04952-VC<br><br>PROOF OF SERVICE DECLARATION OF CECILE LUSBY, REGARDING 11/13/2018 SERVICE OF PROCESS TO DEFENDANTS KEVIN SPACEY AND DANA BRUNETTI VIA U.S.P.S CERTIFIED MAIL WITH RETURN RECEIPT AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS |

**PROOF OF SERVICE DECLARATION OF CECILE LUSBY, REGARDING 11/13/2018 SERVICE OF PROCESS TO DEFENDANTS KEVIN SPACEY AND DANA BRUNETTI VIA U.S.P.S CERTIFIED MAIL WITH RETURN RECEIPT AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS**

My name is Cecile Lusby, and I declare the following:

I am over 18, and not a party of this action.

I am a resident of Sonoma County, where the mailing took place.

My address is 4322 Chico Avenue, Santa Rosa, CA 95407.

On November 13, 2018, I served Summons, Complaint and other legal documents on Kevin Spacey and Dana Brunetti via USPS first class certified mail, with return receipt requested, and notice and Acknowledgment of Receipt of Summons, per CCP 415.30(b).

1  I served served the document to Kevin Spacey at two (2) separate addresses, and
2  to Dana Brunetti a single address. The envelopes were addressed as follows:

3  1.  Kevin Spacey
4      ℅ Altman, Greenfield & Selvaggi
5      120 West 45th Street #3601
     New York, New York 10036
6  2.  Kevin Spacey
7      ℅ Frank Selvaggi
8      200 Park Avenue South, 8th Floor
     New York, New York 10003
9
10 3.  Dana Brunetti
     ℅ Frank Selvaggi
11   200 Park Avenue South, 8th Floor
12   New York, New York 10003

13     Each envelopes contained the following documents:
14        a.  **Summons** In A Civil Action (2)
15        b.  **Complaint**
16        c.  **Civil Cover Sheet**
17        d.  Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction
18        e.  Consent Or Declination To Magistrate Judge Jurisdiction
19        f.  Welcome To The Oakland Divisional Office
20        g.  ECF Registration Handout
21        h.  Proposed Order Granting Motion For Permission For Electronic Case Filing
21        i.  Order Setting Initial Case Management And ADR Deadlines
22        j.  Standing Order General (SBA)
23        k.  Standing Order For All Judges OF The Northern District Of California
24        l.  Standing Order - General (SBA) Patent Case
25        m.  Order Relating Cases (Hon. Judge Vince Chhabria)
26        n.  Reassigned Case - Notice of New Hearing Date -VC
27        o.  Related Case Order
28        p.  **2 copies Acknowledgment of Receipt of Summons** (per CCP 415.30(b))

1     q. 2 Notices (per CCP 415.30(b))

2     r. Stamped self addressed envelope

3     I served the Summons, Complaint and other legal documents by placing three (3) separate sets of documents in three (3) separate envelopes, addressed to the Defendants as previously described. I then gave the three envelopes to a US postal clerk at the US Post Office at 2585 Sebastopol Rd., Santa Rosa, California, and paid his for priority postage, with certification and return receipt requested.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 11/14/2018      Signed: *Cecile Lusby*

    Cecile Lusby

3
PROOF OF SERVICE