Steve Wilson Briggs
4322 Chico Ave.,
Santa Rosa, CA 95407
510 200 3763
snc.steve@gmail.com
PLAINTIFF In Propria Persona

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WILSON BRIGGS<br><br>Plaintiff,<br><br>vs<br><br>KEVIN SPACEY;  et al | Civ No: 18-cv-04952-VC<br><br>**DECLARATION OF  ZENA BRIGGS, CONCERNING THE REFUSAL OF SERVICE OF PROCESS BY DEFENDANTS SPACEY AND BRUNETTI'S AGENCY FOR SERVICE OF PROCESS (ALTMAN, GREENFIELD & SELVAGGI)** |

**DECLARATION OF  ZENA BRIGGS, CONCERNING THE REFUSAL OF SERVICE OF PROCESS BY DEFENDANTS SPACEY AND BRUNETTI'S AGENCY FOR SERVICE OF PROCESS (ALTMAN, GREENFIELD & SELVAGGI)**

   My name is Zena Briggs, and I declare the following:

   I am over 18, and not a party of this action.

   I am a resident of Los Angeles County, where these events occurred.

   My address is 962½ S Catalina St., Los Angeles, CA 90006 .

   At approximately 910:15 a.m., on November 13, 2018, I arrived at 10960 Wilshire Blvd, Los Angeles, CA 90024, intent to serve Summons and Complaint to the office of *Altman, Greenfield & Selvaggi*, located in suite 1900, on the 19th floor of this address. I am a health and human services case manager, and I had an appointment with a client at 10:00 a.m. (across town), so I was in a bit of a rush when I entered the building.

   I entered an elevator and went up with a group of people. I soon learned that exiting on

the 19th floor required a special access (apparently reserved for employees only). Unable to stop the elevator at the 19th floor, I exited at the 20th floor and got on the next elevator down (intent to return to the lobby to seek help from the service desk). However, on my way back down, the elevator happened to stop on the 19th floor.

    I exited and and walked to suite #1900.

    I pushed the intercom "buzzer" outside of the office.

    Someone inside the office "buzzed" the door open.

    I entered.

    Immediately after I entered a tall-ish man named Peter (with dark hair, and who appeared as if he might be of Hispanic descent) approached and asked me how he could help me.

    Reading from a "queue card" that Plaintiff Steve Wilson Briggs prepared for me, I informed Peter that I was there to serve Summons and Complaints for Kevin Spacey and Dana Brunetti, in care of their agents for service of process—Frank Selvaggi or *Altman, Greenfield & Selvaggi*.

    Peter asked me to wait a minute, and said he would be back with someone who could help me.

    A few moments later Peter returned with a caucasian woman of average height and build, perhaps in her mid 40s, with sandy blonde hair. I did not get the woman's name. The woman asked how she could help me.

    Once again, I explained, using my "queue card" that I was there to serve Summons and Complaints for Kevin Spacey and Dana Brunetti, in care of their agents for service of process, Frank Selvaggi or *Altman, Greenfield & Selvaggi*.

    The woman told me that I was serving the wrong office. The woman explained that Spacey and Brunetti were clients of the New York office.

    The woman then left the room, returning to what I assumed was her office.

    Rather than leaving, I hesitated in the office, somewhat confused —due to the fact that the Plaintiff (Mr Briggs) assured me that numerous active California Secretary of State business filings stated that Frank Selvaggi and *Altman, Greenfield & Selvaggi* were authorized to accept service of process for Spacey and Brunetti.

| | |
|---|---|
| 1 | Another man emerged from a back office and approached me. The man was perhaps in his early sixties, balding, dark hair, a bit shorter than average. The man promptly informed me that he did not think Spacey and Brunetti were his clients. |
| 4 | I asked the man (to the best of my recollection), "Are you saying that Spacey and Brunetti are not clients of this office?" |
| 6 | The man answered, "No, I'm saying I'm not sure if they are our clients at all." |
| 7 | I decided to call Mr Briggs (plaintiff) to get his advice. |
| 8 | I then informed Mr. Briggs (on the phone) that the man informed me that Spacey and Brunetti may not be *Altman, Greenfield and Selvaggi* clients at all. |
| 10 | Over the phone, Mr Briggs asked me to ask the man for his name. |
| 11 | I asked the man his name. |
| 12 | The man replied David Altman. |
| 13 | I then looked at the queue card Mr. Briggs gave me, with the company name "Altman Greenfield & Selvaggi" written on it. I then asked the man if his last name was spelled A-L-T-M-A-N. |
| 16 | The man replied, "Yes." |
| 17 | At about this point the woman with sandy blonde hair returned. The woman said frankly that Kevin Spacey was not their client. |
| 19 | I then asked, "What about Dana Brunetti?" Directing my question to Mr. Altman. |
| 20 | Mr. Altman answered, "I'm not sure." |
| 21 | The woman then insisted that both Spacey and Brunetti were not their clients, and insisted that their company (Altman, Greenfield & Selvaggi) could not accept documents. |
| 22 | I then left, with the documents still in hand. |
| 23 | The proceeding facts and events are recounted to the very best of my recollection. |
| 24 | I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |
| 27 | Dated:   11/14/2018         Signed: _____ *Zena Briggs* _____ |
| 28 | Zena Briggs |