| | |
|---|---|
| Steve Wilson Briggs<br>4322 Chico Ave.,<br>Santa Rosa, CA 95407<br>510 200 3763<br>snc.steve@gmail.com<br>PLAINTIFF In Propria Persona | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVE WILSON BRIGGS,<br><br>Plaintiff,<br><br>vs<br><br>KEVIN SPACEY et al,<br><br>Defendants. | Civ No: 18-cv-04952-VC<br><br>**[PROPOSED] ORDER**<br><br>Date:       December 13, 2018<br>Courtroom:  4<br>Time:       10:00 a.m.<br>Judge:      Hon. Vince Chhabria |

   Having considered the Defendants motion to dismiss, entitled "Defendant Trigger Street Productions, Inc.'s Notice Of Motion And Motion To Dismiss Complaint Pursuant To Fed. R. Civ. P. 12(B)(6) And/Or 9(B); Memorandum Of Points And Autorities [sic] In Support Thereof" and finding insufficient bases for such a motion, **IT IS HEREBY ORDERED:**

1. Trigger Street Productions Inc's motion to dismiss, entitled "Defendant Trigger Street Productions, Inc.'s Notice Of Motion And Motion To Dismiss Complaint Pursuant To Fed. R. Civ. P. 12(B)(6) And/Or 9(B); Memorandum Of Points And Autorities [sic] In Support Thereof" is **DENIED**.

Dated:_____        Signed:_____

                                      The Honorable Vince Chhabria