## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing document, captioned **"PLAINTIFF'S OPPOSITION TO DEFENDANT TRIGGER STREET PRODUCTIONS INC'S MOTION TO DISMISS,"** and "[**PROPOSED ORDER**]" by filing same with the Clerk of the Court for the United States District Court, Northern District Of California, San Francisco Division, by using the District's Pacer system on November 19, 2018.

Dated: November 19, 2018.        Signed: /s/ Steve Wilson Briggs
                                 STEVE WILSON BRIGGS
                                 Plaintiff, In Propria Persona