UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE KENYATTA WILSON BRIGGS,<br><br>  Plaintiff,<br><br>  v.<br><br>KEVIN SPACEY, et al.,<br><br>  Defendants. | Case No.  18-cv-04952-VC<br><br>NOTICE RE: NON-COMPLIANCE WITH COURT ORDER |

The parties have failed to file an ADR Certification as required by the Initial Case Management Scheduling Order.  Counsel shall comply promptly with the requirements of ADR L.R. 3-5(b) and shall file the ADR Certification.

Dated: 11/19/2018


_____
Claudia M. Forehand
ADR Program Manager
Claudia_Forehand@cand.uscourts.gov
415-522-2059

**PROOF OF SERVICE**

Case Name: Briggs v. Spacey

Case Number: 18-cv-04952-VC United States District Judge

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

ADR Program
United States District Court
Norther District of California
450 Golden Gate Avenue Floor 16
San Francisco, CA 94102

On 11/19/2018, I served a true and correct copy of:

    Notice Re: Noncompliance With Court Order

[ ] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:
[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[X] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

Steve Kenyatta Wilson Briggs
681 Edna Way
San Mateo, CA 94402

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on 11/19/2018 in San Francisco, California.

SUSAN SOONG
Clerk

by:

*C. Forehand* (signature)
_____

Claudia M. Forehand
ADR Program Manager
Claudia_Forehand@cand.uscourts.gov
415-522-2059