1  Stephen G. Larson (SBN 145225)
   slarson@larsonobrienlaw.com
2  Jonathan E. Phillips (SBN 233965)
   jphillips@larsonobrienlaw.com
3  A. Alexander Lowder (SBN 269362)
   alowder@larsonobrienlaw.com
4  **LARSON O'BRIEN LLP**
   555 South Flower Street, Suite 4400
5  Los Angeles, CA  90071
   Telephone:  213.436.4888
6  Facsimile:   213.623.2000

7  Attorneys for TRIGGER STREET
   PRODUCTIONS, INC.
8

9              **UNITED STATES DISTRICT COURT**

10             **NORTHERN DISTRICT OF CALIFORNIA**

11
   STEVE WILSON BRIGGS,                    Case No: 3:18-cv-04952-VC
12                                          Related Case No. 3:17-CV-6552-VC
                Plaintiffs,
13
        v.                                 [Hon. Vince Chhabria]
14
   KEVIN SPACEY; ARI (ARIEL);              **DEFENDANT TRIGGER STREET**
15 EMANUEL; MATT DAMON; BEN                **PRODUCTIONS, INC.'S**
   AFFLECK; NBC UNIVERSAL                  **OPPOSITION TO PLAINTIFF'S**
16 MEDIA, LLC; SONY PICTURES ENT           **MOTION TO STRIKE**
   INC.; TRIGGER STREET                    **DEFENDANT TRIGGER STREET**
17 PRODUCTIONS; NEILL                      **PRODUCTION'S MOTION TO**
   BLOMKAMP; ASIF SATCHU;                  **DISMISS PLAINTIFF'S**
18 MORDECAI (MODI) WICZYK;                 **COMPLAINT**
   WILLIAM (BILL) BLOCK; DANA
19 BURNETTI; SOUND POINT CAPITAL           Date: December 13, 2018
   MANAGEMENT, LC; MRC (and all            Time: 10:00 a.m.
20 MRC entities and subs.),                Crtrm.: 4

21              Defendants.

22
23
24
25
26
27
28

Plaintiff Steve Wilson Briggs's Motion to Strike is moot.  On November 5, 2018, the day before Plaintiff filed his Motion to Strike, Defendant Trigger Street Productions, Inc.'s counsel advised Plaintiff that it would be filing its Certification of Interested Parties soon.  On November 9, 2018, Defendant Trigger Street Productions, Inc. filed its Certification of Interested Parties.  (*See* Docket No. 47.)  Accordingly, even if Plaintiff was correct that failure to file a Certification of Interested Parties is somehow grounds to strike a pending motion—which it is not—Plaintiff's motion to strike should be denied as moot.

Dated:  November 20, 2018                          LARSON O'BRIEN LLP


By:  */s/* Jonathan E. Phillips
Stephen G. Larson
Jonathan E. Phillips
A. Alexander Lowder
Attorneys for TRIGGER STREET PRODUCTIONS, INC.