1  Steve Wilson Briggs
2  4322 Chico Ave.,
   Santa Rosa, CA 95407
3  510 200 3763
   snc.steve@gmail.com
4  PLAINTIFF In Propria Persona
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| STEVE WILSON BRIGGS, | Civ No: 18-cv-04952-VC |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER** |
| vs | |
| KEVIN SPACEY et al, | Date:       December 20, 2018 |
| Defendants. | Courtroom: 4 |
| | Time:      10:00 a.m. |
| | Judge:      Hon. Vince Chhabria |

   Having considered the Defendants motion to dismiss, entitled "Defendants' Notice Of Motion And Motion To Dismiss Complaint Pursuant To Fed. R. Civ. P. 12(B)(6) And/Or 12(B)(1); Memorandum Of Points And Authorities In Support Thereof" and finding insufficient bases for such a motion, **IT IS HEREBY ORDERED:**

1. Defendants MRC II Distribution Company LP's, Mordecai Wiczyk's, Asif Satchu's, Sony Pictures Entertainment Inc's, and Ariel Emanuel's Motion To Dismiss Complaint, entitled "Defendants' Notice Of Motion And Motion To Dismiss Complaint Pursuant To Fed. R. Civ. P. 12(B)(6) And/Or 12(B)(1); Memorandum Of Points And Authorities In Support Thereof" is **DENIED**.

Dated:_____          Signed:_____

                                        The Honorable Vince Chhabria