## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing document, captioned **"PLAINTIFF'S OPPOSITION TO MRC II DISTRIBUTION COMPANY LP'S, MORDECAI WICZYK'S, ASIF SATCHU'S, SONY PICTURES ENTERTAINMENT INC'S, AND ARIEL EMANUEL'S MOTION TO DISMISS COMPLAINT"** and "[**PROPOSED**] ORDER" by filing same with the Clerk of the Court for the United States District Court, Northern District Of California, San Francisco Division, by using the District's Pacer system on November 19, 2018.

Dated: November 21, 2018.                Signed:   /s/   Steve Wilson Briggs
                                                                    STEVE WILSON BRIGGS
                                                                    Plaintiff, In Propria Persona