1  Steve Wilson Briggs
   4322 Chico Ave.,
2  Santa Rosa, CA 95407
3  510 200 3763
   snc.steve@gmail.com
4  PLAINTIFF In Propria Persona
5
6
7

8                    **UNITED STATES DISTRICT COURT**
9                    **NORTHERN DISTRICT OF CALIFORNIA**

| 10 | STEVE WILSON BRIGGS, | Civ No: 18-cv-04952-VC |
| 11 | Plaintiff, | **[PROPOSED] ORDER** |
| 12 | vs | |
| 13 | KEVIN SPACEY et al, | Date:       December 20, 2018 |
| 14 | Defendants. | Courtroom: 4<br>Time:       10:00 a.m. |
| 15 | | Judge:      Hon. Vince Chhabria |

16

17        Having considered the Defendant NBCUniversal Media, LLC's motion to dismiss,
18 captioned "Motion To Dismiss Complaint; Memorandum Of Points And Authorities" and
19 finding insufficient bases for such a motion, **IT IS HEREBY ORDERED:**
20    1. Defendants NBCUniversal Media, LLC's motion to dismiss plaintiff's Complaint,
21       entitled "Motion To Dismiss Complaint; Memorandum Of Points And Authorities"
21       is **DENIED**.
22
23  Dated:_____     Signed:_____
24                                      The Honorable Vince Chhabria
25
26
27
28