## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing document, captioned **"PLAINTIFF'S OPPOSITION TO DEFENDANT NBCUNIVERSAL MEDIA, LLC'S MOTION TO DISMISS COMPLAINT"** and "[**PROPOSED**] **ORDER**" by filing same with the Clerk of the Court for the United States District Court, Northern District Of California, San Francisco Division, by using the District's Pacer system on November 19, 2018.

Dated: November 23, 2018.          Signed:   /s/   Steve Wilson Briggs
                                                     STEVE WILSON BRIGGS
                                                     Plaintiff, In Propria Persona