```
1   Steve Wilson Briggs
2   4322 Chico Ave.,
    Santa Rosa, CA 95407
3   510 200 3763
    snc.steve@gmail.com
4   PLAINTIFF In Propria Persona
5
6
7
```

8                    **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

| 10 | STEVE WILSON BRIGGS, | Civ No: 18-cv-04952-VC |
|----|----|----|
| 11 | Plaintiff, | **[PROPOSED] ORDER** |
| 12 | vs | |
| 13 | KEVIN SPACEY et al, | Date:         December 20, 2018 |
| 14 | Defendants. | Courtroom:  4<br>Time:         10:00 a.m. |
| 15 | | Judge:       Hon. Vince Chhabria |

17    Having considered Defendant MRC II Distribution Company LP's motion to dismiss, captioned "Motion For An Order Declaring Plaintiff A Vexatious Litigant And For Pre-filing Screening Order; Memorandum Of Points And Authorities In Support Thereof" and finding insufficient bases for such a motion, **IT IS HEREBY ORDERED:**

1. Defendant MRC II Distribution Company LP's "Motion For An Order Declaring Plaintiff A Vexatious Litigant And For Pre-filing Screening Order; Memorandum Of Points And Authorities In Support Thereof" is **DENIED**.

Dated:_____      Signed:_____

                                          The Honorable Vince Chhabria