**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing document, captioned **"PLAINTIFF'S OPPOSITION TO DEFENDANT MRC'S MOTION FOR AN ORDER DECLARING PLAINTIFF A VEXATIOUS LITIGANT AND FOR PRE-FILING SCREENING ORDER,"** and **"[PROPOSED] ORDER,"** by filing same with the Clerk of the Court for the United States District Court, Northern District Of California, San Francisco Division, by using the District's Pacer system on November 26, 2018.


Dated: November 26, 2018.              Signed:   /s/   Steve Wilson Briggs
                                       STEVE WILSON BRIGGS
                                       Plaintiff, In Propria Persona