KELLI L. SAGER (State Bar No. 120162)
  kellisager@dwt.com
ROCHELLE L. WILCOX (State Bar No. 197790)
  rochellewilcox@dwt.com
BRENDAN N. CHARNEY (State Bar No. 293378)
  brendancharney@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, California 90017
Telephone:     (213) 633-6800
Facsimile:      (213) 633-6899

Attorneys for Defendant
NBCUNIVERSAL MEDIA, LLC

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVE WILSON BRIGGS,<br><br>             Plaintiff,<br><br>      v.<br><br>KEVIN SPACEY; ARE (ARIEL) EMANUEL; MATT DAMON; BEN AFFLECK; NBCUNIVERSAL MEDIA, LLC., SONY PICTURES ENT INC.; TRIGGER STREET PRODUCTIONS; NEILL BLOMKAMP; ASIF SATCHU; MORDECAI (MODI) WICZYK; WILLIAM (BILL) BLOCK; DANA BRUNETTI: SOUND POINT CAPITAL MANAGEMENT, LC; MRC (and all MRC entities and subs.)<br><br>             Defendants. | Case No. 18-cv-04952<br><br>**NOTICE OF APPEARANCE OF COUNSEL**<br><br>Hon. Vince Chhabria |

**TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:**

PLEASE TAKE NOTICE that Kelli L. Sager, Rochelle L. Wilcox and Brendan N. Charney of the law firm Davis Wright Tremaine LLP, who are members of the bar of this Court, hereby enter their appearances in this action on behalf of Defendant NBCUniversal Media, LLC. Contact information for Ms. Sager, Ms. Wilcox and Mr. Charney is:

> Kelli L. Sager (State Bar No. 120162)
> kellisager@dwt.com
> Rochelle L. Wilcox (State Bar No. 197790)
> rochellewilcox@dwt.com
> Brendan N. Charney (State Bar No. 293378)
> brendancharney@dwt.com
> DAVIS WRIGHT TREMAINE LLP
> 865 S. Figueroa Street, Suite 2400
> Los Angeles, CA  90017
> Tel:  (213) 633-6800
> Fax:  (213) 633-6899

DATED: November 27, 2018                    Respectfully submitted,

                                                 DAVIS WRIGHT TREMAINE LLP
                                                 KELLI L. SAGER
                                                 ROCHELLE L. WILCOX
                                                 BRENDAN N. CHARNEY

                                                 By:/s/ Rochelle L. Wilcox
                                                            Rochelle L. Wilcox

                                                 Attorneys for Defendant
                                                 NBCUNIVERSAL MEDIA, LLC

DAVIS WRIGHT TREMAINE LLP