Steve Wilson Briggs
4322 Chico Ave.,
Santa Rosa, CA 95407
510 200 3763
snc.steve@gmail.com
PLAINTIFF In Propria Persona

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WILSON BRIGGS, <br><br> Plaintiff, <br><br> vs <br><br> KEVIN SPACEY et al, <br><br> Defendants. | Civ No: 18-cv-04952-VC <br><br> **PLAINTIFF'S** <br> **ADR CERTIFICATION** |

**PLAINTIFF'S ADR CERTIFICATION**

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), Plaintiff certifies that he has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" (available at cand.uscourts.gov/adr).

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution.

Plaintiff would prefer to discuss ADR options with assigned judge at the ICMC.

Date: December 3, 2018          Signed:   /s/ Steve Wilson Briggs
                                          Steve Wilson Briggs
                                          Plaintiff, In Propria Persona