Steve Wilson Briggs
4322 Chico Ave.,
Santa Rosa, CA 95407
510 200 3763
snc.steve@gmail.com
PLAINTIFF In Propria Persona

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WILSON BRIGGS<br><br>Plaintiff,<br><br>vs<br><br>KEVIN SPACEY;  et al | Civ No: 18-cv-04952-VC<br><br>**PROOF OF SERVICE DECLARATION OF CECILE LUSBY, REGARDING 11/13/2018 SERVICE OF PROCESS TO DEFENDANTS KEVIN SPACEY AND DANA BRUNETTI VIA U.S.P.S CERTIFIED MAIL WITH RETURN RECEIPT AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS** |

**PROOF OF SERVICE DECLARATION OF CECILE LUSBY, REGARDING 11/13/2018 SERVICE OF PROCESS TO DEFENDANTS KEVIN SPACEY AND DANA BRUNETTI VIA U.S.P.S CERTIFIED MAIL WITH RETURN RECEIPT AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS**

My name is Cecile Lusby, and I declare the following:

    I am over 18, and not a party of this action.

    I am a resident of Sonoma County, where the mailing took place.

    My address is 4322 Chico Avenue, Santa Rosa, CA 95407.

    On November 13, 2018, I served Summons, Complaint and other legal documents on Kevin Spacey and Dana Brunetti via USPS first class certified mail, with return receipt requested, and notice and Acknowledgment of Receipt of Summons, per CCP 415.30(b).

1

PROOF OF SERVICE

1    I served served the document to Kevin Spacey at two (2) separate addresses, and

2   to Dana Brunetti a single address. The envelopes were addressed as follows:

3   1.    Kevin Spacey

4         % Altman, Greenfield & Selvaggi

         120 West 45th Street #3601

5         New York, New York 10036

6   2.    Kevin Spacey

7         % Frank Selvaggi

         200 Park Avenue South, 8th Floor

8         New York, New York 10003

9

10  3.    Dana Brunetti

         % Frank Selvaggi

11        200 Park Avenue South, 8th Floor

12        New York, New York 10003

13    Each envelopes contained the following documents:

14        a.  **Summons** In A Civil Action (2)

15        b.  **Complaint**

16        c.  **Civil Cover Sheet**

17        d.  Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction

18        e.  Consent Or Declination To Magistrate Judge Jurisdiction

19        f.  Welcome To The Oakland Divisional Office

20        g.  ECF Registration Handout

21        h.  Proposed Order Granting Motion For Permission For Electronic Case Filing

21        i.  Order Setting Initial Case Management And ADR Deadlines

22        j.  Standing Order General (SBA)

23        k.  Standing Order For All Judges OF The Northern District Of California

24        l.  Standing Order - General (SBA) Patent Case

25        m.  Order Relating Cases (Hon. Judge Vince Chhabria)

26        n.  Reassigned Case - Notice of New Hearing Date -VC

27        o.  Related Case Order

28        p.  **2 copies Acknowledgment of Receipt of Summons** (per CCP 415.30(b))

**PROOF OF SERVICE**

1       q.  2 Notices (per CCP 415.30(b))

2       r.  Stamped self addressed envelope

3       I served the Summons, Complaint and other legal documents by placing three (3)

4 separate sets of documents in three (3) separate envelopes, addressed to the Defendants as

5 previously described. I then gave the three envelopes to a US postal clerk at the US Post

6 Office at 2585 Sebastopol Rd., Santa Rosa, California, and paid his for priority postage,

7 with certification and return receipt requested.

8       I declare under penalty of perjury under the laws of the United States of America that

9 the foregoing is true and correct.

10

11   Dated:_____11/14/2018_____   Signed:_____Cecile Lusby_____

12                         Cecile Lusby

13

14

15

16

17

18

19

20

21

21

22

23

24

25

26

27

28

3

**PROOF OF SERVICE**