1  Steve Wilson Briggs
2  4322 Chico Ave.,
   Santa Rosa, CA 95407
3  510 200 3763
   snc.steve@gmail.com
4  PLAINTIFF In Propria Persona
5
6
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10 | Civ No: 18-cv-04952-VC |
| 11  STEVE WILSON BRIGGS | **DECLARATION OF NEXUS ASSOON REGARDING ATTEMPTED SERVICE OF PROCESS ON KEVIN SPACEY, DANA BRUNETTI, AND TRIGGER STREET PRODUCTIONS, INC.** |
| 12              Plaintiff, | |
| 13              vs | |
| 14  KEVIN SPACEY;  et al | |

15
16  **DECLARATION OF NEXUS ASSOON REGARDING ATTEMPTED SERVICE OF**
17  **PROCESS ON KEVIN SPACEY, DANA BRUNETTI, AND TRIGGER STREET**
18  **PRODUCTIONS, INC.**
19
20       My name is Nexus Assoon, and I declare the following:
21   1.  I am over 18, and not a party of this action.
21   2.  I am a resident of Los Angeles County, where this service of process took place.
22   4.  My address is 3007 4th Ave., Los Angeles, CA 90018.
23   5.  On **October 19th**, 2018, I served attempted to serve summons, Complaint and other
24  legal documents on **Kevin Spacey, Dana Brunetti,** and **Trigger Street Productions, Inc.,**
25  by personally delivering said legals documents to the Sony Pictures Entertainment, Inc's
26  stated address for service: 11766 W. Wilshire Blvd., Los Angeles, CA 90025 (designated in
27  the California Secretary of State's Business Entity statement as the address for service of
28  process for Trigger Street Productions and its executives).

6. Entering the building, as I approached the elevators I observed a sign that read, as I recall: **"VISITORS: Please check in at the Visitors' Desk before entering the elevator."**

7. At the visitors' desk, I told the receptionist that I was there to give legal documents Trigger Street Productions' registered agent for service of process—Frank Selvaggi, in suite #1610, for service of process on Selvaggi's clients Kevin Spacey, Dana Brunetti, and Trigger Street Productions, Inc.

8. The receptionist at the visitors' desk (a man with medium brown skin, a reddish afro, and African American features) then told me that Altman, Greenfield & Selvaggi (the company that Frank Selvaggi works for) **moved out of the building four of five years earlier**, and further stated that room #1610 is completely vacant and has been vacant since Altman, Greenfield & Selvaggi moved out 4 or 5 years ago. The receptionist then told me that he understood that Altman, Greenfield and Selvaggi moved to "the Equinox building near U.C.L.A."

9. I had, and have, no idea what or which "Equinox" building the receptionist was referring to.

10. I am not a professional process server.

11. I was paid a total of $500 to serve these documents upon several Defendants in the matter of *Briggs v Spacey, et al* .

12. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:_____10/20/2018_____   Signed:_____

Nexus Assoon