Steve Wilson Briggs
4322 Chico Ave.,
Santa Rosa, CA 95407
510 200 3763
snc.steve@gmail.com
PLAINTIFF In Propria Persona

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Civ No: 18-cv-04952-VC

STEVE WILSON BRIGGS

　　　　　Plaintiff,

　　vs

KEVIN SPACEY; et al

**DECLARATION OF MELVIN JACKSON, REGARDING SERVICE OF PROCESS FOR DEFENDANTS MATT DAMON AND BEN AFFLECK, VIA THEIR AGENT FOR SERVICE OF PROCESS, GARY KRESS**

**DECLARATION OF MELVIN JACKSON, REGARDING SERVICE OF PROCESS FOR DEFENDANTS MATT DAMON AND BEN AFFLECK, VIA THEIR AGENT FOR SERVICE OF PROCESS, GARY KRESS**

　　My name is Melvin Jackson and I declare the following:

　　I am over 18, and not a party of this action.

　　I am a resident of Los Angeles County, where the process service took place.

　　My address is 10998 Sampson Ave. Lynwood, CA. 90262

　　On **October 30th**, 2018, I served (2) total envelopes (one for Defendant Matt Damon and one for Defendant Ben Affleck) to Gary Kress, who is the *Agent For Service Of Process* for two of Defendant Matt Damon and Ben Affleck's personal businesses, namely Pearl Street Productions, Inc., and Mad Post Productions, LLC. The Plaintiff in this matter, Steve Wilson Briggs, informed me that according to the California Secretary of State's current and active *business entity statement* for Mad Post Productions, LLC, the business's Principal Executive Office address is 2401 Main Street, Santa Monica, CA 90405. The business entity statement also

1  gave this same address as the personal address for Matt Damon, Ben Affleck and the company's
2  agent for service of process, Gary Kress.
3      The details of the service of Matt Damon and Ben Affleck, via their agent for service of
4  process, Gary Kress, are as follows.
5      At approximately 3:30 PM, on October 30th, 2018, I entered what appeared to be an
6  office building, at the address: 2401 Main Street Santa Monica, CA 90405. I was politely greeted
7  by a woman, whom I assume was the business's receptionist. I informed the woman that I was
8  there to serve Summons and Complaint FOR Matt Damon and Ben Affleck, TO registered agent
9  for service of process, Gary Kress.
10     The woman informed me that Mr Kress was in his office, in the back. The woman then
11 went to the back to get Mr Kress.
12     Mr Kress quickly emerged from his office. I explained, again, that I was there to serve him
13 Summons and Complaint for Matt Damon and Ben Affleck.
14     Mr Kress Politely accepted the documents for both Matt Damon and Ben Affleck.
15     The documents that I delivered to Mr Gary Kress, in two separate parcels for Ben Affleck
16 and Matt Damon, providing each defendant his own copy of each document, were:
17     a. **Summons** In A Civil Action (2)
18     b. **Complaint**
19     c. **Civil Cover Sheet**
20     d. Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction
21     e. Consent Or Declination To Magistrate Judge Jurisdiction
21     f. Welcome To The Oakland Divisional Office
22     g. ECF Registration Handout
23     h. Proposed Order Granting Motion For Permission For Electronic Case Filing
24     i. Order Setting Initial Case Management And ADR Deadlines
25     j. Standing Order General (SBA)
26     k. Standing Order For All Judges OF The Northern District Of California
27     l. Standing Order - General (SBA) Patent Case
28     m. Order Relating Cases (Hon. Judge Vincent Chhabria)

**PROOF OF SERVICE**

1      n. Reassigned Case - Notice of New Hearing Date -VC

2      o. Related Case Order

3

4    I am not a professional process server.

5    I declare under penalty of perjury under the laws of the United States of America that the

6 foregoing is true and correct.

7

8    Dated: 11/01/2018    Signed: /s/ M. Jackson Jr.

9                                      Melvin Jackson

10

11

12

13

14

15

16

17

18

19

20

21

21

22

23

24

25

26

27

28