

# State of California
## Secretary of State

**STATEMENT OF INFORMATION**
(Limited Liability Company)

L  64

Filing Fee $20.00. If amendment, see instructions.

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

1. **LIMITED LIABILITY COMPANY NAME** (Please do not alter if name is preprinted.)

   MAD POST PRODUCTIONS, LLC

**FILED**
in the office of the Secretary of State
of the State of California

DEC 0 9 2005

*ec* This Space For Filing Use Only

**DUE DATE:**

**FILE NUMBER AND STATE OR PLACE OF ORGANIZATION**

2. SECRETARY OF STATE FILE NUMBER: 199919510102
3. STATE OR PLACE OF ORGANIZATION: California

**NO CHANGE STATEMENT**

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the Secretary of State, check the box and proceed to Item 13.

If there have been any changes to the information contained in the last Statement of Information filed, or no Statement of Information has been previously filed, this form must be completed in its entirety.

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE: 2401 Main Street — CITY AND STATE: Santa Monica, CA — ZIP CODE: 90405
5. CALIFORNIA OFFICE WHERE RECORDS ARE MAINTAINED (DOMESTIC ONLY): 2401 Main Street — CITY: Santa Monica — STATE: CA — ZIP CODE: 90405

**NAME AND COMPLETE ADDRESS OF THE CHIEF EXECUTIVE OFFICER, IF ANY**

6. NAME: — ADDRESS: — CITY AND STATE: — ZIP CODE:

**NAME AND COMPLETE ADDRESS OF ANY MANAGER OR MANAGERS, OR IF NONE HAVE BEEN APPOINTED OR ELECTED, PROVIDE THE NAME AND ADDRESS OF EACH MEMBER** (Attach additional pages, if necessary.)

7. NAME: Benjamin Affleck — ADDRESS: 2401 Main Street — CITY AND STATE: Santa Monica, CA — ZIP CODE: 90405
8. NAME: Matthew Damon — ADDRESS: 2401 Main Street — CITY AND STATE: Santa Monica, CA — ZIP CODE: 90405
9. NAME: — ADDRESS: — CITY AND STATE: — ZIP CODE:

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California address. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 11 must be left blank.)

10. NAME OF AGENT FOR SERVICE OF PROCESS: Gary Kress
11. ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL: 2401 Main Street — CITY: Santa Monica — STATE: CA — ZIP CODE: 90405

**TYPE OF BUSINESS**

12. DESCRIBE THE TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY: entertainment

13. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT

Benjamin Affleck — Manager — 12-05-05
TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM — SIGNATURE — TITLE — DATE

LLC-12R (REV 05/2005)                                APPROVED BY SECRETARY OF STATE