1  Steve Wilson Briggs
2  4322 Chico Ave.,
   Santa Rosa, CA 95407
3  510 200 3763
   snc.steve@gmail.com
4  PLAINTIFF In Propria Persona
5
6
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10
11  STEVE WILSON BRIGGS            Civ No: 18-cv-04952-VC
12          Plaintiff,             **PROOF OF SERVICE**
                                   **DECLARATION OF CECILE LUSBY,**
13          vs                     **REGARDING SERVICE OF**
                                   **PROCESS BY U.S.P.S. MAIL TO**
14  KEVIN SPACEY;  et al           **DEFENDANTS ARI EMANUEL;**
                                   **NEILL BLOMKAMP;**
15                                 **MATT DAMON; BEN AFFLECK**
16
17
18
19       **PROOF OF SERVICE DECLARATION OF CECILE LUSBY,**
20   **REGARDING SERVICE OF PROCESS BY U.S.P.S. MAIL TO DEFENDANTS**
21       **ARI EMANUEL; NEILL BLOMKAMP; MATT DAMON; BEN AFFLECK**
21
22       My name is Cecile Lusby, and I declare the following:
23       I am over 18, and not a party of this action.
24       I am a resident of Sonoma County, where the mailing took place.
25       My address is 4322 Chico Avenue, Santa Rosa, CA 95407.
26       On November 1, 2018, I served Summons, Complaint and other legal documents on Ari
27  Emanuel, Neill Blomkamp, Matt Damon, and Ben Affleck, all via USPS mail.  The
28  envelopes were addressed to **Ari Emanuel, Neill Blomkamp, Matt Damon** and **Ben**

1
PROOF OF SERVICE

1  **Affleck**, as follows:

2  1.

3     Ari (Ariel) Emanuel

4     ℅ William Morris Endeavor

   9601 Wilshire Blvd (3rd Floor)

5     Beverly Hills, CA 90210

6

7  2.

   Neill Blomkamp

8     ℅ William Morris Endeavor

9     9601 Wilshire Blvd (3rd Floor)

   Beverly Hills, CA 90210

10

11  3.

12     Matt Damon

   ℅ Gary Kress

13     2401 Main Street,

14     Santa Monica, CA 90405

15

16  4.

   Ben Affleck

17     ℅ Gary Kress

18     2401 Main Street,

   Santa Monica, CA 90405

19

20  Each envelopes contained the following documents:

21     a.  **Summons** In A Civil Action (2)

21     b.  **Complaint**

22     c.  **Civil Cover Sheet**

23     d.  Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction

24     e.  Consent Or Declination To Magistrate Judge Jurisdiction

25     f.  Welcome To The Oakland Divisional Office

26     g.  ECF Registration Handout

27     h.  Proposed Order Granting Motion For Permission For Electronic Case Filing

28     i.  Order Setting Initial Case Management And ADR Deadlines

1       j.  Standing Order General (SBA)

2       k.  Standing Order For All Judges OF The Northern District Of California

3       l.  Standing Order - General (SBA) Patent Case

4       m.  Order Relating Cases (Hon. Judge Vincent Chhabria)

5       n.  Reassigned Case - Notice of New Hearing Date -VC

6       o.  Related Case Order

7

8       I served the Summons, Complaint and other legal documents by placing four separate
9  sets of documents in four separate envelopes, addressed to each of these four named
10  defendants, as above, with postage paid; I then gave the four envelopes to a US postal clerk
11  at the US Post Office at 2585 Sebastopol Rd., Santa Rosa, California.

12      I declare under penalty of perjury under the laws of the United States of America that
13  the foregoing is true and correct.

14

15  Dated:  11/01/2018    Signed: *Cecile Lusby* (signature)

16                                       Cecile Lusby

17

18

19

20

21

21

22

23

24

25

26

27

28