1  Steve Wilson Briggs
2  4322 Chico Ave.,
   Santa Rosa, CA 95407
3  510 200 3763
   snc.steve@gmail.com
4  PLAINTIFF In Propria Persona
5

6

7

8           **UNITED STATES DISTRICT COURT**

9         **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 10  STEVE WILSON BRIGGS, | Civ No: 18-cv-04952-VC |
| 11  Plaintiff, | **[PROPOSED] ORDER** |
| 12  vs | |
| 13  KEVIN SPACEY et al, | Date:        January 10, 2019 |
| 14  Defendants. | Courtroom: 4 |
| 15 | Time:        10:00 a.m. |
| | Judge:       Hon. Vince Chhabria |

16

17         Having considered Plaintiff's Notice Of Motion And Motion For Default Judgment

18  Against Defendants Spacey, Brunetti, Damon, Affleck And Blomkamp" and finding just

19  and sufficient bases for the motion, **IT IS HEREBY ORDERED:**

20     1.  Defendants Spacey, Brunetti, Damon, Affleck and Blomkamp are hereby **defaulted**.

21

21  Dated:_____        Signed:_____

22                                  The Honorable Vince Chhabria

23

24

25

26

27

28

[PROPOSED] ORDER