## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing document, captioned **"PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS SPACEY, BRUNETTI, DAMON, AFFLECK AND BLOMKAMP,"** and **"[PROPOSED] ORDER,"** by filing same with the Clerk of the Court for the United States District Court, Northern District Of California, San Francisco Division, by using the District's Pacer system on December 4, 2018.

Dated: December 4, 2018.          Signed:   /s/   Steve Wilson Briggs
                                           STEVE WILSON BRIGGS
                                           Plaintiff, In Propria Persona