KELLI L. SAGER (State Bar No. 120162)
  kellisager@dwt.com
ROCHELLE L. WILCOX (State Bar No. 197790)
  rochellewilcox@dwt.com
BRENDAN N. CHARNEY (State Bar No. 293378)
  brendancharney@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, California 90017
Telephone:    (213) 633-6800
Facsimile:    (213) 633-6899

Attorneys for Defendant
NBCUNIVERSAL MEDIA, LLC

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVE WILSON BRIGGS, | Case No. 18-cv-04952 |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE OF COUNSEL** |
| KEVIN SPACEY; ARE (ARIEL) EMANUEL; MATT DAMON; BEN AFFLECK; NBCUNIVERSAL MEDIA, LLC., SONY PICTURES ENT INC.; TRIGGER STREET PRODUCTIONS; NEILL BLOMKAMP; ASIF SATCHU; MORDECAI (MODI) WICZYK; WILLIAM (BILL) BLOCK; DANA BRUNETTI: SOUND POINT CAPITAL MANAGEMENT, LC; MRC (and all MRC entities and subs.) | Hon. Vince Chhabria |
| Defendants. | |

NOTICE OF APPEARANCE OF COUNSEL
Case No. 18-cv-04952
4832-1068-5306v.2 0020040-000144

**TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:**

PLEASE TAKE NOTICE that Brendan N. Charney of the law firm Davis Wright Tremaine LLP, who is a member of the bar of this Court, hereby confirms notice of his appearance in this action on behalf of Defendant NBCUniversal Media, LLC, along with co-counsel at Davis Wright Tremaine LLP who have previously entered their appearances. This supplemental notice is being filed in order to facilitate receipt of ECF Notices, in accordance with advice from the ECF Help Desk. Contact information for Mr. Charney is:

> Brendan N. Charney (State Bar No. 293378)
> brendancharney@dwt.com
> DAVIS WRIGHT TREMAINE LLP
> 865 S. Figueroa Street, Suite 2400
> Los Angeles, CA  90017
> Tel:  (213) 633-6800
> Fax:  (213) 633-6899

DATED: December 6, 2018                    Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP
KELLI L. SAGER
ROCHELLE L. WILCOX
BRENDAN N. CHARNEY

By: /s/ Brendan N. Charney
       Brendan N. Charney

Attorneys for Defendant
NBCUNIVERSAL MEDIA, LLC