```
1   Steve Wilson Briggs
2   4322 Chico Ave.,
    Santa Rosa, CA 95407
3   510 200 3763
4   snc.steve@gmail.com
    PLAINTIFF In Propria Persona
```

UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVE WILSON BRIGGS<br><br>Plaintiff,<br><br>vs<br><br>KEVIN SPACEY;  et al | Civ No: 18-cv-04952-VC<br><br>**DECLARATION OF PLAINTIFF STEVE WILSON BRIGGS, IN SUPPORT OF COMPLAINT**<br>**(FILED  08/15/2018)** |

**DECLARATION OF PLAINTIFF STEVE WILSON BRIGGS,**

**IN SUPPORT OF COMPLAINT**

My name is Steve Wilson Briggs, and I declare the following:

I am the Plaintiff in this matter.

On August 15, 2018, I submitted a Complaint to this Court, initiating action against Defendants Kevin Spacey, Ari Emanuel, Matt Damon, Ben Affleck, NBCUniversal, Sony Pictures Entertainment, Trigger Street Productions Inc., Neill Blomkamp, Asif Satchu, Mordecai Wiczyk, Bill Block, Dana Brunetti, MRC (and all the various MRC entities).

All of the allegations made in said Complaint were made from personal knowledge of the facts, or upon information and belief.

If called as a witness regarding the Complaint and the facts and allegations contained therein, I could and would competently testify.

1. Sometime in or around 2003, I joined the screenwriter website Inktip.com. Inktip.com was, and is, a web service dedicated to connecting screenwriters with film industry professionals. I submitted loglines and synopses to Inktip.com, on and off, until approximately 2008, when I decided to begin filming my own screenplays.

2. I joined Inktip.com because I found their safety and security features to be very sound and transparent.

3. Eventually, in 2006, I also joined the screenwriter/filmmaker social network TriggerStreet.com (**TS**). TS is the screenwriter/filmmaker social network created by Kevin Spacey and Dana Brunetti in or around 2002. I joined this social network after reading the various *Terms of Use*, *About Us* and other webpages found on the TS website, and after being convinced that the website employed "industry standard" security measures.

4. I uploaded my screenplay (alternately titled U*beropolis: City of Light*, and/or *Butterfly Driver*) in and through most of 2007. I revised it and resubmitted the screenplay numerous times during 2007. I permanently removed the screenplay in late 2007, when I began working on plans to film my newest screenplay "*The Amazing Mr Excellent*". I remained a member of TS until it closed in 2014.

5. In 2013 I filed a federal lawsuit against Neill Blomkamp, Media Rights Capital, Sony Pictures Entertainment Inc, and two other parties, alleging that Blomkamp's film Elysium was an infringement of my screenplay (Butterfly Driver); *Briggs v Blomkamp* (2013). The suit alleged that Neill Blomkamp accessed my work on TriggerStreet.com.

6. In the *Briggs v Blomkamp* complaint, I made it clear that I did not feel that TriggerStreet.com and Kevin Spacey were complicit or involved in Blomkamp's infringement.

7. However, in February of 2016, I found a news article in which Defendant Spacey was in Barcelona, Spain, boasting that TS had over 400,000 members around the world. I used this information to submit an "errata" to the Ninth Circuit, to inform the Court that the actual number of TS members stated in my Appellate Brief should be closer to 400,000 members (rather than the mere 100,000 members that I had stated in the brief). This new figure fortified my argument for widespread distribution.

1. However, after submitting the *errata* to the Court, I became concerned that Spacey had gone to Spain to discuss TS, and that he admitted that TS had members "around the world." I was concerned because I would never have placed my work on a website that displayed my work *around the world*.

2. I then went to the TS website to check their *Terms of Use* and other such contract pages. However, when I tried to access the website, I learned that TS closed almost a year and a half earlier —in November 2014, six days after I filed Notice of Appeal to the Ninth Circuit Court of Appeals (re Briggs v Blomkamp).

3. Thus, I went to the internet archives (and my personal files) to review the now defunct TS contract pages. I discovered that I was right: TS's terms of Use stated that TS was intended solely for use in the USA. I also found other false statements contained in the TS *Terms of Use*, and other contract pages.

4. I was then certain that Spacey and Brunetti had actually been involved with Blomkamp, MRC et al in infringing my work, and destroying the evidence. By closing and destroying the TS website, Spacey and the Defendants made it impossible for me to deploy a computer/internet web forensic expert to prove that Blomkamp accessed my work on TS (if the Ninth Circuit had decided to remand the case for trial).

5. I then began researching Defendants Spacey, Brunetti, and Trigger Street Productions Inc, connections with the other Defendants.

6. It is possible that eventually I would have filed suit against Spacey an the other Defendants, based on the previously disclosed facts concerning Breach of Contract, Spoliation and Fraud. However, almost a year after discovering Spacey's trip to Spain and the sudden closing of TS, in 2017, I discovered that in October of 2016, Jeff Rovin (the Defendants' expert witness in *Briggs v Blomkamp*) had gone on *The Sean Hannity Show* to admit that he was an elite professional fixer, who had worked for President Bill Clinton, for years, during the Clinton Presidency. Upon learning this, I was certain the Defendants had engaged in a corrupt conspiracy to subvert justice, and I resolved to take action.

7. I attached numerous evidentiary exhibits to the Complaint, and incorporated them by reference. But a good deal of evidence was not included, in order to reduce the length of

the Complaint (which was nearly 60 pages, with 180 pages of exhibit attachments). I assumed that I could introduce additional evidentiary material during discovery, or perhaps by amending the Complaint. However, at the time that I am composing this declaration (mid December, 2018), it appears the court might possibly decide this matter much earlier than I had expected, and there may not be an opportunity to introduce supplemental facts.

Among the documents I had hoped to submit to the Court in a later filing was Defendants Spacey's and Brunetti's application for a patent for the email masking system used on TriggerStreet.com. This patent was granted by the **United States Patent and Trademark Office**. (A true and correct copy of this patent application is attached as "**Exhibit A**" and and is incorporated by reference as if fully set out herein.) This patent describes the email masking technology that allowed Defendants Spacey and Brunetti to allow elite, "whitelisted", or preferred TS users to look at any regular TS member's work, completely masked (unable to be detected). This patented system also allowed the Defendants to erase all internal-email exchanges between regular users and whitelisted users once the member's screenplay was removed from the TS. These whitelisted users would be the Defendants', of course, and their select industry insiders (writers, directors, producers). This email system is described on pages 6-7 of the Complaint.

The Plaintiff also hoped to submit facts and information showing that producer Harvey Weinstein, and film director James Cameron were also engaged with the Defendants in their unlawful activities, and had "whitelist" access to all TS screenplays.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 17th day of December, 2018, in Santa Rosa California.


Signed: /s/ Steve Wilson Briggs
Steve Wilson Briggs
Plaintiff, In Propria Persona