## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing document, captioned **"ERRATA,"** by filing same with the Clerk of the Court for the United States District Court, Northern District Of California, San Francisco Division, by using the District's Pacer system on December 17, 2018.

Dated: December 17, 2018.              Signed:   /s/   Steve Wilson Briggs
                                                STEVE WILSON BRIGGS
                                                Plaintiff, In Propria Persona