UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE KENYATTA WILSON BRIGGS,<br>　　　　Plaintiff,<br>　　v.<br>KEVIN SPACEY, et al.,<br>　　　　Defendants. | Case No. 18-cv-04952-VC<br><br>**JUDGMENT** |

On December 22, 2018, the Court dismissed the Complaint with prejudice. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of the defendants and against the plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: December 22, 2018

_____
VINCE CHHABRIA
United States District Judge