Steve Wilson Briggs
4322 Chico Ave.,
Santa Rosa, CA 95407
510 200 3763
snc.steve@gmail.com
PLAINTIFF In Propria Persona

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| STEVE WILSON BRIGGS, | |
|---|---|
| Plaintiff, | Civ No: 18-cv-04952-VC |
| vs | **[PROPOSED] ORDER** |
| KEVIN SPACEY et al, | |
| Defendants. | |

Having considered "PLAINTIFF'S NOTICE OF MOTION AND MOTION LEAVE TO FILE MOTION FOR RECONSIDERATION" and finding just and sufficient bases for the motion, **IT IS HEREBY ORDERED:**

1. Plaintiff's filing captioned "PLAINTIFF'S NOTICE OF MOTION AND MOTION LEAVE TO FILE MOTION FOR RECONSIDERATION" is **GRANTED**.
2. Plaintiff's filing captioned "PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR RECONSIDERATION" is **GRANTED**.
3. The matter will be rescheduled for ICMC and other relevant jury trial scheduling.

Dated:_____        Signed:_____
                                                The Honorable Vince Chhabria