## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing documents, captioned **"PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION," and "PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FOR RECONSIDERATION,"** by filing same with the Clerk of the Court for the United States District Court, Northern District Of California, San Francisco Division, by using the District's Pacer system on January 14, 2019.

Dated: January 14, 2019.          Signed:   /s/   Steve Wilson Briggs
                                                    STEVE WILSON BRIGGS
                                                    Plaintiff, In Propria Persona