UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE KENYATTA WILSON BRIGGS,<br><br>            Plaintiff,<br><br>    v.<br><br>KEVIN SPACEY, et al.,<br><br>            Defendants. | Case No. 18-cv-04952-VC<br><br>**ORDER DENYING LEAVE TO FILE MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 92 |

Briggs's Motion for Leave to File a Motion for Reconsideration is denied. He does not provide any additional evidence that is relevant to the Court's order, nor does he present new arguments that demonstrate the Court's order made manifest errors of law or fact, or was otherwise manifestly unjust. *Cf. Hiken v. Dep't of Defense*, 836 F.3d 1037, 1042 (9th Cir. 2016).

**IT IS SO ORDERED.**

Dated: January 22, 2019

VINCE CHHABRIA
United States District Judge