Steve Wilson Briggs
4322 Chico Ave.,
Santa Rosa, CA 95407
510 200 3763
snc.steve@gmail.com
PLAINTIFF In Propria Persona

FILED
JAN 22 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| STEVE WILSON BRIGGS, <br> Plaintiff, <br> vs <br> KEVIN SPACEY, ARI EMANUEL, MATT DAMON, BEN AFFLECK, NEILL BLOMKAMP; NBCUNIVERSAL MORDECAI (MODI) WICZYK; ASIF SATCHU; MRC (MEDIA RIGHTS CAPITAL;DANA BRUNETTI; SONY PICTURES ENTERTAINMENT; TRIGGER STREET PRODUCTIONS, INC; <br> Defendants. | Civ No: 18-cv-04952-VC <br><br> 1. NOTICE OF APPEAL; <br><br> AND <br><br> 2. REPRESENTATION STATEMENT <br><br> (PLAINTIFF'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT; AND REPRESENTATION STATEMENT) |
|---|---|

**NOTICE OF APPEAL**

Notice is hereby given that Steve Wilson Briggs, Plaintiff in the above referenced case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the District Court's December 22, 2018 **Order** (Docket No. 90), and the District Court's December 22, 2018 **Judgment** (Docket No. 91), in favor of the Defendants' various motions to dismiss. This case (18-cv-04952-VC) was initiated on August 15, 2018, in the United States District Court of the Northern District Of California, San Francisco Division.

Dated: January 22, 2019    Respectfully submitted,

By, _/s/ Steve Wilson Briggs_
Steve Wilson Briggs
Plaintiff, In Propria Persona

1
NOTICE OF APPEAL & REPRESENTATION STATEMENT

## REPRESENTATION STATEMENT

The undersigned represents himself, and is the plaintiff and appellant is this matter. The following is a list of all parties in this action and the information regarding their counsel.

### APPELLANT:

**Plaintiff Steve Wilson Briggs**
In Propria Persona
4322 Chico Ave., Santa Rosa, California 95407
Phone: 510 200 3763
Email: snc.steve@gmail.com.

### APPELLEES:

**Defendant MRC II Distribution Company LP**
Michael J. Kump (SBN 100983)
Gregory P. Korn (SBN 205306)
Kate Mangels (SBN 301811)
KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850
mkump@kwikalaw.com
gkorn@kwikalaw.com
kmangels@kwikalaw.com

**Defendant Mordecai Wiczyk;**
Michael J. Kump (SBN 100983)
Gregory P. Korn (SBN 205306)
Kate Mangels (SBN 301811)
KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850
mkump@kwikalaw.com
gkorn@kwikalaw.com
kmangels@kwikalaw.com

**Defendant Asif Satchu;**
Michael J. Kump (SBN 100983)
Gregory P. Korn (SBN 205306)
Kate Mangels (SBN 301811)
KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850
mkump@kwikalaw.com
gkorn@kwikalaw.com
kmangels@kwikalaw.com

**Defendant Sony Pictures Entertainment Inc.**
Michael J. Kump (SBN 100983)
Gregory P. Korn (SBN 205306)
Kate Mangels (SBN 301811)
KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850
mkump@kwikalaw.com
gkorn@kwikalaw.com
kmangels@kwikalaw.com

**Defendant Ariel Emanuel**
Michael J. Kump (SBN 100983)
Gregory P. Korn (SBN 205306)
Kate Mangels (SBN 301811)
KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850
mkump@kwikalaw.com
gkorn@kwikalaw.com
kmangels@kwikalaw.com

**Defendant NBCUniversal**
Kelli L. Sager (State Bar No. 120162)
Rochelle L. Wilcox (State Bar No. 197790)

Brendan N. Charney (State Bar No. 293378)
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street,
Suite 2400 Los Angeles, California 90017
Telephone: (213) 633-6800
Facsimile: (213) 633-6899
kellisager@dwt.com
rochellewilcox@dwt.com
brendancharney@dwt.com

**Defendant Trigger Street Productions, Inc.,**
**Stephen G. Larson** (SBN 145225)
**Jonathan E. Phillips** (SBN 233965)
**A. Alexander Lowder** (SBN 269362)
LARSON O'BRIEN LLP
555 South Flower Street
Suite 4400 Los Angeles, CA 90071
\Telephone: 213.436.4888
Facsimile: 213.623.2000
slarson@larsonobrienlaw.com
jphillips@larsonobrienlaw.com
alowder@larsonobrienlaw.com

**Defendant Kevin Spacey**

Defendants did not respond to proper service of process; thus, Plaintiff (Appellant) moved for a default judgment against the Defendant. The Appellee's contact information on file with the CA Sec of State is:

℅ Frank Selvaggi
200 Park Avenue South, 8th Floor
New York, New York, 10003

**Defendant Matt Damon**

Defendants was duly served to his registered agent, but did not respond; thus, Plaintiff (Appellant) moved for a default judgment against the Defendant. His contact information on file with the CA Sec of State is:

℅ Gary Kress,
3401 Main St.,
Santa Monica, CA, 90405.

### Defendant Ben Affleck

Defendant was duly served to his registered agent, but did not respond; thus, Plaintiff (Appellant) moved for a default judgment against the Defendant. The Appelle's contact information on file with the CA Sec of State is:

℅ Gary Kress,
3401 Main St.,
Santa Monica, CA, 90405.

### Defendant Dana Brunetti

Defendant did not respond to proper service of process; thus, Plaintiff (Appellant) moved for a default judgment against the Defendant (Appellee). The Appellee's contact information on file with the CA Sec of State is:

℅ Altman, Greenfield, Selvaggi
10960 Wilshire Blvd,
Los Angeles, CA 90024.

### Defendant Neill Blomkamp

Defendant was served through his talent agent, Defendant Ariel Emanuel. This Defendant's address is unknown. He is not a citizen of the U.S.A.

### Defendant William (Bill) Block

Defendant was NOT duly served, and was therefore dismissed from this action.

### Defendant Sound Point Capital Management

Plaintiff (Appellant) voluntarily dismissed the Defendant. Defendant is no longer a party to this action.

Dated: January 22, 2019       Respectfully submitted,

By,_____
/Steve Wilson Briggs
Plaintiff, In Propria Persona

**CERTIFICATE OF SERVICE**

I hereby certify that I submitted to the Clerk of the Court for the United States District Court, Northern District Of California, San Francisco Division, the foregoing documents, captioned: **"1. Notice Of Appeal; & 2. Representation Statement (Plaintiff Steve Wilson Briggs' Notice Of Appeal To The United States Court Of Appeals For The Ninth Circuit, And Representation Statement)"**. Thus, all counsel of record will be notified of such by the CM/ECF system. Additionally, I have served the foregoing on all counsel of record by electronic mail (email), and have served same on all counsel of record by conventional first class USPS mail.

Dated: January 22, 2019.            Signed: _____
                                            Steve Wilson Briggs
                                            Plaintiff, In Propria Persona

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611139806
Cashier ID: sprinka
Transaction Date: 01/22/2019
Payer Name: steve wilson briggs
```
---
```
NOTICE OF APPEAL/DOCKETING FEE
 For: steve wilson briggs
 Case/Party: D-CAN-3-18-CV-004952-001
 Amount:       $505.00
```
---
```
CASH
 Amt Tendered:  $505.00
```
---
```
Total Due:      $505.00
Total Tendered: $505.00
Change Amt:       $0.00
```

vc

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.