Steve Wilson Briggs
4322 Chico Ave.,
Santa Rosa, CA 95407
510 200 3763
snc.steve@gmail.com
PLAINTIFF In Propria Persona

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| STEVE WILSON BRIGGS, | Civ No: 18-cv-04952-VC |
|---|---|
| Plaintiff, | **DESIGNATION OF RECORD ON APPEAL** |
| vs | |
| KEVIN SPACEY et al, | |
| Defendants. | |

    Plaintiff hereby, and respectfully, requests the Clerk's Office to forward the record of this case, Briggs v Spacey, et al (18-cv-04952-VC), to the Ninth Circuit Court of Appeals. Pursuant to FRAP 10(a), a complete record on appeal consists of the district court Clerk's record of original pleadings, exhibits and other papers filed with the district court.

    Sequentially, the first document in the record should be (1) Notice of Appeal, followed by (2) **ALL** original pleadings, exhibits and other papers filed with the district court, **including all motions and oppositions**, (3) the Order (Dkt #90), and (4) the Judgment (Dkt #91).

    Should it be useful, the Ninth Circuit Court of Appeals, case number is 19-15128.

    Please, forward the Plaintiff a bill for any costs associated with this request, and he will submit payment immediately.

Dated:  02/13/2019            Signed:   /s/ Steve Wilson Briggs
                                                          Steve Wilson Briggs
                                                          Plaintiff, In Propria Persona