KELLI L. SAGER (State Bar No. 120162)
  kellisager@dwt.com
ROCHELLE L. WILCOX (State Bar No. 197790)
  rochellewilcox@dwt.com
BRENDAN N. CHARNEY (State Bar No. 293378)
  brendancharney@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, California 90017
Telephone:   (213) 633-6800
Facsimile:    (213) 633-6899

Attorneys for Defendant
NBCUNIVERSAL MEDIA, LLC

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVE WILSON BRIGGS,<br><br>          Plaintiff,<br><br>     v.<br><br>KEVIN SPACEY; ARE (ARIEL) EMANUEL; MATT DAMON; BEN AFFLECK; NBCUNIVERSAL MEDIA, LLC., SONY PICTURES ENT INC.; TRIGGER STREET PRODUCTIONS; NEILL BLOMKAMP; ASIF SATCHU; MORDECAI (MODI) WICZYK; WILLIAM (BILL) BLOCK; DANA BRUNETTI: SOUND POINT CAPITAL MANAGEMENT, LC; MRC (and all MRC entities and subs.)<br><br>          Defendants. | Case No. 18-cv-04952<br><br>**NBCUNIVERSAL MEDIA, LLC'S RESPONSE TO PLAINTIFF'S DESIGNATION OF RECORD ON APPEAL**<br><br>(Ninth Circuit No. 19-15128)<br><br>Hon. Vince Chhabria |

NBCUniversal Media, LLC ("NBCU") respectfully requests that the District Court Clerk prepare a clerk's record in accordance with Circuit Rule 10-2 in case of a request by the Clerk of the Court of Appeals under Circuit Rule 11-4.4.  Given that the instant appeal is from an Order issued by the District Court without hearing or oral argument, no reporter transcript will be ordered.  NBCU expects and proposes that the parties will prepare and file Excerpts of Record in accordance with Circuit Rule 30-1.

DATED: February 26, 2019              Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP
KELLI L. SAGER
ROCHELLE L. WILCOX
BRENDAN N. CHARNEY

By:   */s/ Brendan N. Charney*
         Brendan N. Charney

Attorneys for Defendant
NBCUNIVERSAL MEDIA, LLC