UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 05 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STEVE K. WILSON BRIGGS,<br><br>        Plaintiff - Appellant,<br><br>v.<br><br>KEVIN SPACEY; et al.,<br><br>        Defendants - Appellees,<br><br>and<br><br>SOUND POINT CAPITAL MANAGEMENT, LC,<br><br>        Defendant. | No. 19-15128<br><br>D.C. No. 3:18-cv-04952-VC<br>U.S. District Court for Northern California, San Francisco<br><br>**MANDATE** |

      The judgment of this Court, entered February 12, 2020, takes effect this date.

      This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

      FOR THE COURT:

      MOLLY C. DWYER
      CLERK OF COURT

      By: Rhonda Roberts
      Deputy Clerk
      Ninth Circuit Rule 27-7